IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 3:20-cr-44 (CAR) |
| : | |
| MARQUET ANTWAIN : | |
| BURGESS MATTOX, : | |
| : | |
| Defendant. : | |

## ORDER

Defendant Marquet Antwain Burgess Mattox appeared on October 9, 2020, for an initial appearance and arraignment pursuant to Rule 5 of the Federal Rules of Criminal Procedure. Defendant was provided a copy of the indictment and informed of the charges. Defendant was also informed of his right not to make a statement and his right to counsel, and appointed counsel was present for the proceeding. Defendant refused the assistance of counsel and refused to enter a plea. Accordingly, pursuant to Rule 11(a)(4) of the Federal Rules of Criminal Procedure, the Court hereby enters a plea of <u>Not Guilty</u> on Defendant's behalf.

**SO ORDERED**, this the 9th day of October, 2020.

_____
Charles H. Weigle
United States Magistrate Judge