# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CASE NO. 3:20-CR-00044-CAR-CHW |
| MARQUET MATTOX, | : |
| Defendant | : |

## MOTION TO UNSEAL

COMES NOW the United States of America, by and through its attorney, the United States Attorney for the Middle District of Georgia, and respectfully submits this its Motion to Unseal as follows:

The Government respectfully requests that the Court unseal Case No. 3:20-CR-44, and all documents filed therein.

Respectfully submitted, this 14th day of October, 2020.

                                        CHARLES E. PEELER
                                        UNITED STATES ATTORNEY

By:    */s/ Lyndie M. Freeman*
           LYNDIE M. FREEMAN
           Assistant United States Attorney
           Georgia Bar No. 119499
           United States Attorney's Office
           Middle District of Georgia
           Post Office Box 1702
           Macon, Georgia 31202
           Telephone: (478) 752-3511
           Email: lyndie.freeman@usdoj.gov