**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **CASE NO. 3:20-CR-00044-CAR-CHW** |
| **MARQUET MATTOX,** | : | |
| **Defendant** | : | |

**ORDER TO UNSEAL**

The Court having read the Motion to Unseal in this matter, and it appearing to the

Court that Case No. 3:20-CR-44, and all documents filed therein, should be unsealed,

IT IS ORDERED that Case No. 3:20-CR-44, be unsealed.

SO ORDERED, this 16th day of October, 2020.


s/ Charles H. Weigle
CHARLES H. WEIGLE
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF GEORGIA


Presented by:


/s/ Lyndie M. Freeman
LYNDIE M. FREEMAN
ASSISTANT UNITED STATES ATTORNEY