IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal: 3:20-CR-44 (CAR) |
| MARQUET ANTWAIN BURGESS MATTOX, | |
| Defendant. | |

## NOTICE OF APPEARANCE AS STANDBY COUNSEL

Comes now undersigned counsel, Jared Scott Westbroek, who enters his appearance as *standby counsel* on behalf of **Marquet Antwain Burgess Mattox**, Defendant in the above-styled case. All future court filings and notifications should be directed to undersigned counsel.

Respectfully submitted, this 21st day of October, 2020.

*s/ Jared Scott Westbroek*
JARED SCOTT WESTBROEK
Ga. Bar No. 198008

Federal Defenders of the
Middle District of Georgia, Inc.
440 Martin Luther King, Jr. Blvd.
Suite 400
Macon, Georgia 31201
Tel: (478) 743-4747
Fax: (478) 207-3419

## CERTIFICATE OF SERVICE

I, Jared Scott Westbroek, hereby certify that, on October 21, 2020, I electronically filed the foregoing *"NOTICE OF APPEARANCE AS STANDBY COUNSEL"* with the Clerk of Court using the CM/ECF system which will send notification of such to all counsel of record.

*s/ Jared Scott Westbroek*
JARED SCOTT WESTBROEK
Ga. Bar No. 198008

Federal Defenders of the
Middle District of Georgia, Inc.
440 Martin Luther King, Jr. Blvd.
Suite 400
Macon, Georgia 31201
Tel: (478) 743-4747
Fax: (478) 207-3419