# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CASE NO. 3:20-CR-44-CAR-CHW** |
| : | |
| v. : | |
| : | |
| **MARQUET MATTOX,** : | |
| : | |
| **Defendant.** : | |
| : | |

## NOTICE OF APPEARANCE

COMES NOW, ALEX KALIM, Assistant United States Attorney, and hereby files this notice of appearance as co-counsel on behalf of the United States of America. Accordingly, Counsel requests that such appearance be shown in the records of the case and that Counsel be informed of all case related activities regarding this case.

RESPECTFULLY SUBMITTED, this 21st day of October, 2020.

                CHARLES E. PEELER
                UNITED STATES ATTORNEY

BY:   */s/ Alex Kalim*
        ALEX KALIM
        Assistant United States Attorney
        Maryland Bar Number: 1506160160
        United States Attorney's Office
        Middle District of Georgia
        Post Office Box 1702
        Macon, Georgia 31202-1702
        Telephone: (478) 752-3511
        Fax: (478) 621-2655
        E-mail:  alex.kalim@usdoj.gov

## CERTIFICATE OF SERVICE

I, Alex Kalim, Assistant United States Attorney, hereby certify that I electronically filed the within and foregoing *Notice of Appearance* by electronically filing said motion with the Clerk of the Court using the CM/ECF system.

Respectfully submitted, this 21st day of October, 2020.

CHARLES E. PEELER
UNITED STATES ATTORNEY

BY:   */s/ Alex Kalim*
ALEX KALIM
Assistant United States Attorney
Maryland Bar Number: 1506160160
United States Attorney's Office
Middle District of Georgia
Post Office Box 1702
Macon, Georgia 31202-1702
Telephone: (478) 752-3511
Fax: (478) 621-2655
E-mail:   alex.kalim@usdoj.gov