## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL ACTION NO. |
| v. | 3:20-CR-44-CAR |
| MARQUET ANTWAIN BURGESS MATTOX, | |
| Defendant. | |

### FARETTA WAIVER

### READ THIS DOCUMENT CAREFULLY.

### DISADVANTAGES OF SELF-REPRESENTATION

1.  Do you understand that self-representation is most always unwise? _NO_

2.  Do you understand that you may defend yourself ultimately to your own

    detriment? _yes_

3.  Do you understand that you are not entitled to special treatment by the court if

    you represent yourself? _yes_

4.  Do you understand that you must follow all the technical rules of substantive

    law, criminal procedure and evidence for the making of motions, objections, the

    presentation of evidence, jury selection and argument even if you do not know

    those rules? _yes_

5.  Do you understand that you will have to abide by the same rules that it took years for lawyers to learn? *yes*

6.  Do you understand that if you represent yourself you are assuming full responsibility for your defense? *yes*

7.  Do you understand that you may miss important defenses to the case because of you lack knowledge of the law? *yes*

8.  Do you understand that even if you have some knowledge of the law, you will lose the benefit of an independent perspective of an attorney in analyzing, reviewing and presenting the case in the most effective way? *yes*

9.  Do you understand if you are found guilty you may not be able to present the case in a manner to obtain the most favorable sentence? *yes*

10. Do you understand that your access to the United States Attorney will be reduced, making it more difficult to defend yourself because you will have less of a chance to work out a favorable resolution? *yes*

11. Do you understand that the prosecution will be represented by an experienced and skilled attorney? *yes*

12. Do you understand that the prosecutor will not "go easy" on you just because you represent yourself? *yes*

13. Do you understand that you will not receive any special treatment or help from the court? *yes*

14. Do you understand that if you behave in a disruptive manner in the courtroom the court can terminate your self representation? _yes_

15. Do you understand that if you are convicted, you cannot claim your own incompetency as a basis for appeal? _yes_

16. Do you understand that you will not be given any extra time for preparing the case for trial simply because you are representing yourself? _yes_

17. [If you are incarcerated] Do you understand that your ability to investigate, research, and prepare your defense will be severely limited? _yes_

18. Do you understand that if you had a lawyer, the lawyer would not be subject to those limitations? _yes_

### ADVANTAGES OF HAVING A LAWYER

19. Do you understand that you have a right to the effective assistance of a lawyer at all critical stages of this case, and if you cannot afford a lawyer, the court will appoint one to represent you? _yes_

20. Do you understand that the lawyer would select a jury to try the case, including questioning and trying to remove those jurors who would not be good jurors for you? _yes_

21. Do you understand that the lawyer may make an opening statement to the jury about your side of the case? _yes_

22. Do you understand the lawyer would subpoena witnesses for you, question

witnesses against you, and present physical and documentary evidence on your

behalf? _yes_

23. Do you understand that the lawyer will object to the prosecutor's questions and

evidence? _yes_

24. Do you understand that the lawyer may make various motions on your behalf

such as a motion to keep out prosecution evidence, to dismiss the case, and to

give you a new trial? _yes_

25. Do you understand that the lawyer will argue your side of the case to the

jury? _yes_

26. Do you understand that the lawyer will prepare and propose jury instructions

for the court to consider that would be favorable to you? _yes_

27. Do you understand that the lawyer will argue for leniency at sentencing if you

are convicted? _yes_

**CHARGES AND CONSEQUENCES**

28. Have you received a copy of the indictment stating the charges against

you? _yes_

29. Have you read it? _yes_

30. Do you understand the charges against you? _NO_

31. Do you understand what the possible penalties are in the case if you are found

guilty of all of the charges? _NO_

32.  Do you understand that if you are not a citizen of the United States and you are found guilty of the charge, you could be deported from this country, excluded from entering this country and denied an opportunity to become a naturalized citizen of this country? _yes_

33.  Do you understand that once the trial begins, you cannot then change your mind and ask for a lawyer to represent you? _yes_

## BACKGROUND

34.  What is your date of birth? _March 16, 1972_

35.  How many years of school have you completed? _12 +_

36.  Can you read? _yes_

37.  Can you write? _yes_

38.  Do you have any difficulty understanding or speaking the English language? _NO_

39.  Have you previously represented yourself in any civil or criminal cases?

40.  Have you ever been under the care of a psychiatrist, psychologist or other mental health professional? _NO_

## WAIVER

41.  Has anyone threatened you in any way in order to get you to waive your right to have a lawyer represent you? _NO_

42.  Has anyone promised you anything in exchange for giving up your

constitutional right to have an attorney represent you in this case? _NO_

43.   Do you specifically waive your right to have a lawyer represent you in this

case? _yes_

I acknowledge that the Court has reviewed these questions with me. After having the

Court explain my Constitutional rights to me (specifically including the

disadvantages of self-representation), I knowingly, voluntarily and intelligently

waive my right to an attorney and exercise my Constitutional right to represent

myself in this criminal proceeding.

_____

Defendant