IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARQUET ANTWAIN BURGESS MATTOX | Case No.: 3:20-CR-44 (CAR) |

NOTICE OF APPEARANCE AS STANDBY COUNSEL AND SUBSTITUION OF COUNSEL

Comes now undersigned counsel, Catherine M. Williams, who enters her appearance as *standby counsel* on behalf of Marquet Antwain Burgess Mattox, Defendant in the above-styled case, in place of prior counsel, Assistant Federal Defender Jared Scott Westbroek. All future notices of filings and proceedings should be directed to her.

Dated this 27th day of April, 2021.

Respectfully submitted,

*S/ Catherine M. Williams*
CATHERINE M. WILLIAMS
Ga. Bar No. 444752

Federal Defenders of the
Middle District of Georgia, Inc.
440 Martin Luther King, Jr. Blvd.
Suite 400
Macon, Georgia 31201
Tel: (478) 743-4747
Fax: (478) 207-3419
Email: catherine_m_williams@fd.org

## CERTIFICATE OF SERVICE

I, Catherine M. Williams, hereby certify that, on April 27, 2021, I electronically filed the foregoing *Notice of Appearance as Standby Counsel and Substitution of Counsel* with the clerk of Court using the CM/ECF system which will send notification of such to all counsel of record.

*S/ Catherine M. Williams*
CATHERINE M. WILLIAMS
Ga. Bar No. 444752

Federal Defenders of the
Middle District of Georgia, Inc.
440 Martin Luther King, Jr. Blvd.
Suite 400
Macon, Georgia 31201
Tel: (478) 743-4747
Fax: (478) 207-3419
Email: catherine_m_williams@fd.org