IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | |
| | : | No. 3:20-CR-44 (CAR) |
| MARQUET ANTWAIN | : | |
| BURGESS MATTOX, | : | |
| | : | |
| _____ | : | |

### ORDER ON THE GOVERNMENT'S REQUEST FOR NINETY (90) DAYS' NOTICE

Before the Court is the Government's request for ninety (90) days' notice before the date of trial in this case.[1] The Government represents that such notice is necessary to ensure the availability of witnesses from the Internal Revenue Service who must travel from Washington, D.C. for the trial. The Court finds that 73 days' notice should be sufficient for the Government to ensure the availability of witnesses. The Government's request is hereby **DENIED**, and the date of trial is **SET** for August 16, 2021**.**

**SO ORDERED,** this  4th day of June, 2021.

*s/C. Ashley Royal*
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] The Government made this request during a hearing in Athens on June 3, 2021.

1