UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION
AT ATHENS, GEORGIA

MINUTE SHEET
OF COURT PROCEEDINGS



| | | | |
|---|---|---|---|
| Date: | 6/3/2021 | Hearing: | Motion to Review Detention Order Status Conference |
| Judge: | Ashley Royal | Reporter: | Tammy DiRocco |
| Courtroom Deputy: | Nora Paul | Law Clerk: | Matthew Hall |

Case Number:  3:20-cr-44-CAR

| | | | |
|---|---|---|---|
| USA | | Counsel: | Lyndie Freeman |
| V | | | |
| Marquet Antwain Burgess Mattox | | Counsel: | Pro-Se/Catherine Williams, stand-by |

*Disclaimer:  Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record.  Attorneys should contact the court reporter for an official transcript.*

Court time: 10:16-11:19=1 hr 3 mins

Deft will continue to represent himself in this case.  The Court reiterates the disadvantages of Deft representing himself.  Trial is set to begin on August 9, 2021 in Athens.

Motion to Review Detention Order.  The Court has read the transcripts of four prior hearings regarding detention.  Transcripts of all hearings will be provided to Deft.

The Deft discusses private trust documents given to Judge Weigle – Judge Weigle's CRD is directed to try and locate the documents and return them to Deft.  The Govt will also receive a copy and the documents will be made a part of the record.  The Court will consider the documents and will then revisit the motion if the Court deems the documents warrant release.  Deft Exhibit #1 – Partial True Bill of Indictment – Admitted 6/3/2021 but deemed to have no evidentiary value.  Deft addresses the Court regarding detention.  The Court outlines the case and denies the motion from the Bench.  Deft responds to the order and addresses the funds seized by the IRS.  Forfeiture of property.  Deft apologizes for his actions before Judge Weigle on 10/7/2021 in Macon.  Deft addresses his nationality as an American Indian.   Civil action filed in the NDGA may dispose of the forfeiture clause in the indictment.  PTC will be held in mid to late July.

The Govt notes the IRS needs a 90 day notice for witnesses to travel to trial.  The Court takes this matter under advisement.  The Govt requests the speedy trial clock be protected from 5/4/2021 up to the date of trial.  Granted.

Rulings to Deft which will not be allowed at trial – Deft cannot say his name is protected by the Fourth Amendment.  His name is protected under The Lanham Act.   That he is an attorney for the trademark.  Power and jurisdiction of the Conveyances to and for the account of the United States.  Deft cannot interrupt the Court or prosecutor.  The Court has the absolute authority as to how the trial should proceed.  If Deft disrupts the Court during trial he will be removed from the courtroom.  These rulings are appealable.

Hearing adjourned.