(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c) through Title 18, United States Code, Section 981(a)(1)(C).

All pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

A TRUE BILL.

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

PRESENTED BY:

CHARLES E. PEELER
UNITED STATES ATTORNEY

LYNDIE M. FREEMAN
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 17 day of September AD 2020.

_C. Ouston_
Deputy Clerk

I hereby Convey and Assign this TRUE BILL and interest to and for the account of the United States.

Executed on October 23, 2020

Signed by: [signature]

8


DEFENDANT'S EXHIBIT 1

All in violation of Title 18, United States Code, Section 287.

## COUNT TWENTY

### Theft of Government Funds
### 18 U.S.C. § 641

9. The Grand Jury re-alleges and incorporates by reference paragraph 1 of this Indictment as if fully set forth herein.

10. Between on or about September 22, 2016, and on or about November 7, 2017, in the Middle District of Georgia, and elsewhere,

**MARQUET ANTWAIN BURGESS MATTOX, aka
"MARQUET ANTWAIN BURGESS MATTOX EL," aka
"MARQUET BURGESS MATTOX," aka
"ASIM ASHUNTA EL," aka
"ASIM EL BEY,"**

Defendant herein, did willfully and knowingly steal, purloin, and convert to his own use, approximately $2,897,192.74 in United States funds administered by the IRS in the form of federal income tax refunds issued to "Burgess Mattox Bey Investment Trust,";

All in violation of Title 18, United States Code, Section 641.

### FORFEITURE NOTICE
(18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c) – Criminal Forfeiture)

1. The allegations contained in Counts One through Nine and Twenty of this Indictment are hereby re-alleged and incorporated by reference into this Notice for the purpose of alleging forfeiture to the United States of America, pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

and fraudulent tax returns as listed below, each transmission constituting a separate count of this Indictment:

| COUNT | DATE | WIRE TRANSMISSION |
|---|---|---|
| 1 | September 10, 2016 | Form 1041 Tax Return for Kemahra Investment Trust, for tax year 2015 |
| 2 | September 22, 2016 | Form 1041 Tax Return for Burgess Mattox Bey Investment Trust, for tax year 2015 |
| 3 | March 2, 2017 | Form 1041 Tax Return for Kemahra Investment Trust, for tax year 2016 |
| 4 | September 22, 2017 | Form 1041 Tax Return for Burgess Mattox Bey Trust, for tax year 2016 |
| 5 | November 17, 2017 | Form 1041 Tax Return for Burgess Mattox Bey Trust, for tax year 2016 |
| 6 | November 18, 2017 | Form 1041 Tax Return for Burgess Mattox Bey Investment Trust, for tax year 2016 |
| 7 | November 18, 2017 | Form 1041 Tax Return for Kemahra Investment Trust, for tax year 2016 |
| 8 | August 10, 2018 | Form 1041 Tax Return for Burgess Mattox Bey Investment Trust, for tax year 2015 |
| 9 | August 10, 2018 | Form 1041 Tax Return for Kemahra Investment Trust, for tax year 2015 |

All in violation of Title 18, United States Code, Section 1343.

### COUNTS TEN THROUGH NINETEEN

**False Claims against the United States Government
18 U.S.C. § 287**

7. The Grand Jury re-alleges and incorporates by reference paragraphs 1 through 6 of this Indictment as if fully set forth herein.

8. On or about the dates set forth below, each date constituting a separate count of this Indictment, in the Middle District of Georgia, and elsewhere,

4

amount of federal income tax withheld during the tax year, the amount of federal income tax, and the amount of tax due or refund claimed.

      c.      The IRS relied upon information from submitted Forms 1041 in determining and issuing refunds. After receiving this information, the IRS issued a refund to the taxpayer by mail, among other methods, if the trust or estate appeared to be entitled to a refund and there were no outstanding tax liabilities or other federally authorized deductions on record with the IRS.

    2.    Beginning no later than September 10, 2016, and continuing through at least August 10, 2018, in the Middle District of Georgia, Athens Division, and elsewhere,

**MARQUET ANTWAIN BURGESS MATTOX, aka
"MARQUET ANTWAIN BURGESS MATTOX EL," aka
"MARQUET BURGESS MATTOX," aka
"ASIM ASHUNTA EL," aka
"ASIM EL BEY,"**

Defendant herein, aided and abetted by others known and unknown to the Grand Jury, devised, intended to devise, and participated in a scheme to defraud the Internal Revenue Service, and to obtain money by means of materially false and fraudulent pretenses, representations, and omissions, as described in the following paragraphs.

    3.    In furtherance of the scheme to defraud, Defendant filed and caused to be filed false and fraudulent Form 1041 U.S. Income Tax Returns with the IRS for tax years 2015 through 2017 for the following twelve entities:

1. Kemahra Investment Trust
2. Burgess Mattox Bey Investment Trust
3. Burgess Mattox Bey Trust