```
1                IN THE UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF GEORGIA
2                          ATHENS DIVISION

3        _____


4   THE UNITED STATES OF AMERICA    :     3:20-cr-44-CAR

5            VS.                    :     October 7, 2020

6   MARQUET ANTWAIN BURGESS MATTOX  :     Macon, Georgia
                   Defendant
7   _____

8


9        TRANSCRIPT OF ARRAIGNMENT/INITIAL APPEARANCE HEARING
             BEFORE THE HONORABLE CHARLES H. WEIGLE,
10             UNITED STATES COURT MAGISTRATE JUDGE

11


12  APPEARANCES:

13  FOR THE GOVERNMENT:       SHANELLE BOOKER, AUSA
                              UNITED STATES ATTORNEY'S OFFICE
14                            P. O. BOX 1702
                              MACON, GA 31202-1702
15

16  FOR THE DEFENDANT:        PRO SE

17

18

19

20

21  _____

22                     TAMMY W. DIROCCO, USCR
                          P.O. BOX 539
23                     MACON, GA 31202-0539
                         (478-752-3497)
24

25
```

Tammy W. DiRocco * Federal Reporter * 478-752-2607

```
 1  October 7, 2020
 2  3:00 p.m.
 3  Macon, Georgia
 4                    P R O C E E D I N G S
 5        THE COURT:  Ms. Hunt, I did ask you to come provide
 6  him with assistance today.  Are you going to be sitting in
 7  with him?
 8        MS. HUNT:  No, Your Honor.
 9        THE COURT:  Okay.  All right.
10        Mr. Mattox, you can have a seat right there.
11        THE DEFENDANT:  With all due respect, my name is
12  private and protected by the Fourth Amendment.  So I prefer
13  that you not refer to me as Mr. Mattox, please, sir.
14        THE COURT:  I'm going to refer to you by the name
15  that is on the indictment, Mr. Mattox and we can deal with
16  that issue later.  But please have a seat.  And you will need
17  to speak up a little bit.  You're not entirely clear.
18        But, before you do that, you probably should let me
19  speak.  So please have a seat, Mr. Mattox.
20        THE DEFENDANT:  My name is private and protected by
21  the Fourth --
22        THE COURT:  Please have a seat.  All right.
23  Mr. Mattox you are here today because --
24        THE DEFENDANT:  My name is private and protected by
25  the Fourth Amendment.  I am the attorney-in-fact for the
```

1  trademark being diluted here today as fully protected by the
2  Lanham Act of 1946, trademark series number 90234471.
3          THE COURT:  All right.  Very good.  Please have a
4  seat, as I told you, and remain seated and you need to listen
5  to me before you start talking.
6          MS. BOOKER:  Your Honor, may I ask that he speak in
7  to the microphone for purposes of the record.
8          THE COURT:  We're going to take a recess.  I'm going
9  to ask that Mr. Mattox be taken into custody by the Marshals
10 Service until we can get some order in my court.
11         THE DEFENDANT:  My name is private and protected by
12 the Fourth Amendment.
13         THE COURT:  We're going to take a recess.
14         CSO OFFICER:  All rise.  This Court is in recess.
15         (Recess).
16         CSO OFFICER:  All rise.  This court is now back in
17 session.  Be seated and come to order.
18         THE COURT:  All right.  We are back in session in
19 case number 3:20-CR-44.  We are here today because a Grand
20 Jury has returned an Indictment that charges you with certain
21 violations of federal law. --
22         THE DEFENDANT:  With all due respect, I ask that you
23 do not refer --
24         THE COURT:  -- We're going to go through the charges
25 in that indictment and I'm going to tell you some things about

1  your rights in the case.
2          THE DEFENDANT: With all due respect I ask that you
3  do not refer to me as "you." You is a trust. I do not
4  consent to "you" without just cause and compensation.
5          THE COURT: All right. Has Mr. Mattox received a
6  copy of the indictments, Ms. Booker?
7          THE DEFENDANT: My name is private and protected by
8  the Fourth Amendment. I am the attorney-in-fact for the
9  trademark being diluted here today --
10         MS. BOOKER: Yes, Your Honor. I'm going to provide
11 him with a copy now.
12         THE DEFENDANT: -- that's protected by the Lanham
13 Act of 1946 trademark number -- trademark series
14 number 90234471.
15         THE COURT: All right. The government has provided
16 you a copy of the indictment and that list the charges in this
17 case.
18         Ms. Booker would you state for the record what the
19 charges are in this indictment, please.
20         THE DEFENDANT: Your Honor, you are -- it is
21 understood that this obligation has been conveyed back to the
22 United States.
23         MS. BOOKER: Your Honor, he is charged in 20
24 different counts in the Indictment. Counts 1 through 9
25 alleged wire fraud --

1    THE DEFENDANT:  This is an obligation -- Your Honor,
2 this is an obligation --
3    MS. BOOKER:  -- in violation of Title 18, United
4 States Code, Section 1343.
5    Specifically on page 4 of the Indictment it alleges
6 nine different transactions wherein Mr. Mattox is alleged to
7 have committed wire transmissions related to tax returns, Form
8 1041.  Counts 10 through 19 charge Mr. Mattox with false
9 claims against the --
10    THE DEFENDANT:  Object.
11    MS. BOOKER:  -- United States government --
12    THE DEFENDANT:  Object.  Hearsay.
13    MS. BOOKER:  -- in violation of Title 18, United
14 States Code --
15    THE DEFENDANT:  Object.  Hearsay.
16    MS. BOOKER:  -- Section 287.
17    THE DEFENDANT:  Object.  Hearsay.
18    MS. BOOKER:  On page 5 of the indictment there is a
19 --
20    THE DEFENDANT:  Object.  Hearsay.
21    THE COURT:  (Gavel used at this time.)  If you open
22 your mouth one more time while the government is talking I'm
23 going to have you held in contempt and taken into custody.  Do
24 you understand me?
25    THE DEFENDANT:  I ask that you do not refer to me as

1  "you."  You is a trust and I do not consent to "you" without
2  just cause and compensation.  My name is private and protected
3  by the Fourth Amendment.  I am the attorney -- for the third
4  time I am the attorney-in-fact for the trademark being diluted
5  here today that is protected by the Lanham Act, 1946 trademark
6  series number 90234471.
7          Your Honor, you -- it is -- an understanding that --
8  this obligation has been conveyed back to the United States.
9  And being conveyed back to the United States -- being
10 conveyed --
11         THE COURT:  Ms. Booker, if you would continue
12 reading those charges.  I remind you Mr. Mattox, "you" that if
13 you continue --
14         THE DEFENDANT:  My name is private --
15         THE COURT:  -- talking while I am talking or while
16 the government is talking I will have you held in contempt and
17 taken into custody.
18         THE DEFENDANT:  I ask that you do not refer to me as
19 "you."
20         MS. BOOKER:  Counts 10 through 19 allege false
21 claims against the United States --
22         THE DEFENDANT:  Object.  Hearsay. --
23         MS. BOOKER:  -- government in violation of Title --
24         THE DEFENDANT:  Object.  Hearsay.
25         MS. BOOKER:  --  18, United States Code, Section --

```
 1              THE DEFENDANT:  Object.  Hearsay.
 2              MS. BOOKER:  -- 287.  Counts 10 through 19 are
 3    alleged on page 5 --
 4              THE DEFENDANT:  Object.  Hearsay.
 5              MS. BOOKER:  -- of the indictment in the table.
 6              THE DEFENDANT:  Object.  Hearsay.
 7              MS. BOOKER:  Each count has the date --
 8              THE COURT:  (Gavel used at this time).  All right.
 9         I'm going to hold you in contempt, Mr. Mattox.  I
10    have warned you multiple times not to speak while the
11    government's attorney is speaking.  And I have --
12              THE DEFENDANT:  My name is private and protected by
13    the Fourth Amendment.
14              THE COURT:  -- told you to sit down and you have
15    refused to sit down.  I told you to be quiet --
16              THE DEFENDANT:  My name is private and protected by
17    the Fourth Amendment.
18              THE COURT:  -- and you have refused to be quiet.
19              THE DEFENDANT:  I am the attorney-in-fact for the
20    trademark being diluted here today.
21              THE COURT:  Therefore I am holding you in contempt
22    at this time.  I'm going to direct that the United States
23    Marshals Service take you into custody.
24         We will continue this hearing until Friday afternoon
25    at 2:30.  We will come back at that time to continue the
```

1  initial appearance at that time.
2           We will be in recess while the Marshals Service
3  takes the Defendant into custody.
4           CSO OFFICER:  This court is in recess.
5           (Recess)

```
 1                CERTIFICATE OF OFFICIAL REPORTER

 2

 3        I, Tammy W. DiRocco, Federal Official Court Reporter,

 4   in and for the United States District Court for the Middle

 5   District of Georgia, do hereby certify that the foregoing is a

 6   true and correct transcript to the best of my knowledge and

 7   ability from the digitally recorded recording provided in the

 8   above-entitled matter and that the transcript page format is

 9   in conformance with the regulations of the Judicial Conference

10   of the United States.

11

12                          Dated this 21st day of May, 2021

13

14

15                          _____
                            Tammy W. DiRocco CCR
16                          Federal Official Court Reporter
```