```
 1                IN THE UNITED STATES DISTRICT COURT
                  FOR THE MIDDLE DISTRICT OF GEORGIA
 2                          ATHENS DIVISION
                   _____
 3

 4   THE UNITED STATES OF AMERICA   :    3:20-cr-44-CAR

 5            VS.                   :    May 5, 2021

 6   MARQUET ANTWAIN BURGESS MATTOX :    Athens, Georgia
                         Defendant
 7   _____

 8

 9          TRANSCRIPT OF PRETRIAL CONFERENCE HEARING
              BEFORE THE HONORABLE C. ASHLEY ROYAL,
10              UNITED STATES COURT DISTRICT JUDGE

11

12   APPEARANCES:

13   FOR THE GOVERNMENT:     LYNDIE FREEMAN
                             US ATTORNEY'S OFFICE
14                           P.O. BOX 1702
                             MACON, GA 31201
15

16   FOR THE DEFENDANT:      CATHERINE WILLIAMS, FEDERAL DEFENDERS
                             OF THE MIDDLE DISTRICT OF GA, INC.
17                           P.O. BOX 996
                             MACON, GA 31202
18

19

20

21

22   _____
23               TAMMY W. DIROCCO, USCR
                     P.O. BOX 539
24                MACON, GA 31202-0539
                    (478-752-3497)
25
```

```
1    May 5, 2021
2    11:41 a.m.
3    Athens, Georgia
4                        P R O C E E D I N G S
5         THE COURT:  Ms. Williams, what's going to happen
6    with Marquet Mattox?
7         MS. WILLIAMS:  Your Honor, that is a case in which
8    we have only been appointed as standby counsel.
9         THE COURT:  Come over here, please.
10        MS. WILLIAMS:  Your Honor, our office was appointed
11   as standby counsel only in that case.  I believe the attorney
12   before me, Jared Westbroek, had attempted to set up a zoom
13   call with Mr. Mattox, which he declined, and he also declined
14   to speak with me today.  So we are merely here just as standby
15   counsel in the event that he does need to ask an attorney a
16   question.
17        THE COURT:  Do you have anything to say about that?
18        MS. FREEMAN:  No, Your Honor.  The Faretta inquiry
19   was conducted by Judge Weigle and Mr. Mattox asserted his
20   desire to represent himself.  And my understanding is that he
21   still wishes to represent himself in this case.
22        THE COURT:  Is that correct, Mr. Mattox?
23        THE DEFENDANT:  Am I able to ask a question?
24        THE COURT:  Yes.  Take your mask down.
25        THE DEFENDANT:  Am I able to ask a question?
```

1           THE COURT:  Yes.  Yes.
2           THE DEFENDANT:  Is it possible for me to have the
3  right free so I can write, please?
4           THE COURT:  Take your mask down, sir, because I'm
5  not hearing you.
6           THE DEFENDANT:  Is it possible for me to have the
7  right side free so I can write, please?
8           THE COURT:  What do you need to write?
9           THE DEFENDANT:  I would like to take notes, please,
10 sir.
11          THE COURT:  Well, I'm trying to find out are you
12 going to plead guilty today or what are you going to do?
13          THE DEFENDANT:  I was not aware of court today until
14 this morning.  So I have not received any communication
15 whatsoever.  So I'm not able to really answer that question
16 because I --
17          THE COURT:  Okay.  Well, we're going to take this
18 off because he is obviously not prepared to go forward and he
19 doesn't have sufficient notice.
20          MS. WILLIAMS:  Your Honor, that was part of the
21 question I had for prior counsel today was, you know, who was
22 responsible for getting him the materials.
23          And it's my understanding, through my office, that
24 we were to not send him anything and that that would come from
25 the government.

1    THE COURT:  Well, something has to be done about
2  getting him the notice.  Usually I know about this before
3  11:45 on the day that we're going to have the calendar.
4    MS. FREEMAN:  Your Honor, it is our understanding
5  that -- so, per Mr. Westbroek's request, his prior standby
6  counsel, we did send all the discovery materials both to the
7  jail and to the Federal Defender's Office so that copies exist
8  in both places.  And we understand that he is getting some
9  kind of written notification from the court about hearings
10 like today.
11    THE COURT:  Okay.  Well, when are we coming -- we're
12 coming back up here in June.  We're going to reschedule this
13 for June.  What's the date on that?
14    COURTROOM DEPUTY:  June 6th.
15    THE COURT:  June 6th.
16    COURTROOM DEPUTY:  June 7th.
17    THE COURT:  Is that a Friday?
18    COURTROOM DEPUTY:  No.  It's a Monday.
19    THE COURT:  Monday, okay.
20    MS. WILLIAMS:  I think that's the trial term.
21    COURTROOM DEPUTY:  It's the trial term.
22    THE COURT:  Did you understand that, sir?
23    THE DEFENDANT:  Am I able to ask questions?
24    THE COURT:  Sure.
25    THE DEFENDANT:  There was a motion actually filed on

1  May 5th in regards to the -- and I apologize -- in regards to
2  the motion to revoke the detention order.  But there has
3  been no communication from the court in regards to the motion
4  that was filed.  And as far as being given the adequate
5  opportunity to actually prepare I have not received any
6  communication, nor the adequate opportunity, nor time to
7  prepare.
8          THE COURT:  Did you file that or did someone file it
9  for you?
10         THE DEFENDANT:  It was me but through a process
11 servicer.  That was actually filed on November 5th.  And I
12 think I may have a copy of it that was filed in Macon through
13 a process servicer.
14         THE COURT:  Okay.  We have a record of that and it
15 was referred to Judge Weigle and we will find out from Judge
16 Weigle what the status of that is.
17         THE DEFENDANT:  Okay.  And --
18         THE COURT:  Check with him, please, Nora.
19         THE DEFENDANT:  And is it possible in regards to a
20 release to have the opportunity to prepare.  Because I have
21 been actually held in Butts County jail almost seven months
22 but limited to no communication whatsoever.
23         THE COURT:  Well, I'm not clear what you want to
24 prepare for.  Do you want to prepare your argument for why you
25 should be released; is that what you're saying?

1    THE DEFENDANT:  That motion was actually filed on
2  November 5th.
3    THE COURT:  Right.
4    THE DEFENDANT:  In regards to the motion to revoke
5  the detention order.  That was actually submitted.
6    As far as also settling the debt in regards to Title
7  50 U.S.C. --
8    THE COURT:  Selling the debt?
9    THE DEFENDANT:  Settling the debt for the true bill
10 there was an actual -- in regards to the conveyance transfer
11 and assignment of the actual property back to the United
12 States, along with a full faith in credit, was actually
13 tendered to the court in Macon on -- I think it was -- October
14 23rd.  But there has not been any communication from the
15 court whatsoever in regards to --
16   THE COURT:  Well, we'll find out about that.  Do you
17 know anything about that?
18   MS. FREEMAN:  Your Honor, I believe the Defendant is
19 referring to some of his sovereign citizen styled filings.
20   THE COURT:  I understand that part of it, right.
21   THE DEFENDANT:  Can I also -- I am not a sovereign
22 citizen.  I am an American Indian.  It is verified through the
23 Bureau of Consular Affairs through passport book and the
24 passport card that I am a national, but not a citizen of the
25 United States, but I am not a sovereign citizen.

```
1              So respectfully can you, please, assure that I'm not
2    referred to -- I'm not a sovereign citizen.
3              THE COURT:  Okay.  That's fine.
4              THE DEFENDANT:  I'm an American Indian.
5              THE COURT:  That's fine.
6              THE DEFENDANT:  And I do have a DNA test for
7    American Indian but I don't know as far as referring to me as
8    a sovereign citizen.
9              THE COURT:  Okay.
10             THE DEFENDANT:  Thank you.  And I would like to ask
11   when you -- the possibilities of an actual release to prepare
12   because I haven't -- I've just been held through a detention
13   for almost seven months.
14             THE COURT:  Well, we're going to look into that for
15   you.  I don't handle that.  That's handled by a Magistrate
16   Judge.
17             THE DEFENDANT:  Okay.
18             THE COURT:  And so we're going to ask Judge Weigle
19   about what the status of all that is.
20             Anything else, sir?
21             THE DEFENDANT:  Thank you, sir.
22             THE COURT:  Okay, very good.
23
24                       (Proceedings concluded at 11:51 A.M.)
25                       END OF RECORD
```

```
 1                CERTIFICATE OF OFFICIAL REPORTER

 2

 3         I, Tammy W. DiRocco, Federal Official Court Reporter,

 4   in and for the United States District Court for the Middle

 5   District of Georgia, do hereby certify that pursuant to

 6   Section 753, Title 28, United States Code, that the foregoing

 7   is a true and correct transcript of the stenographically

 8   reported proceedings held in the above-entitled matter and

 9   that the transcript page format is in conformance with the

10   regulations of the Judicial Conference of the United States.

11

12                          Dated this 18th day of May, 2021.

13

14                          /s/ Tammy W. DiRocco

15                          _____
                            Tammy W. DiRocco CCR
16                          Federal Official Court Reporter
```