# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | Case No. 3:20-CR-44 |
| : | |
| v. : | |
| : | |
| **MARQUET MATTOX,** : | |
| : | |
| **Defendant.** : | |
| : | |

## NOTICE OF ATTORNEY WITHDRAWAL

COMES NOW the United States of America, by and through its attorney, the United States Attorney for the Middle District of Georgia, and gives notice that the undersigned hereby withdraws as counsel on behalf of the United States of America in this case. Assistant United States Attorney Lyndie Freeman will represent the United States of America in this case going forward.

Respectfully submitted, this 10th day of June 2021.

                                                         PETER D. LEARY
                                                         ACTING UNITED STATES ATTORNEY

BY:    /s/Alex Kalim
           ALEX KALIM
           Maryland Bar No. 1506160160
           Assistant United States Attorney's Office
           United States Attorney's Office
           P.O. Box 1702
           Macon, GA 31202-1702
           Telephone (478) 752-3511
           Fax: (478) 621-2655
           E-mail: alex.kalim@usdoj.gov

*Attorneys for the United States of America*

**CERTIFICATE OF SERVICE**

I, ALEX KALIM, Assistant United States Attorney, do hereby certify that I have this date served the within and foregoing document by electronically filing said notice with the Clerk of the Court using the CM/ECF system.

Respectfully submitted, this 10th day of June 2021.

        PETER D. LEARY
        ACTING UNITED STATES ATTORNEY

BY:   */s/Alex Kalim*
        ALEX KALIM
        Maryland Bar No. 1506160160
        Assistant United States Attorney's Office
        United States Attorney's Office
        P.O. Box 1702
        Macon, GA 31202-1702
        Telephone (478) 752-3511
        Fax: (478) 621-2655
        E-mail: alex.kalim@usdoj.gov

*Attorneys for the United States of America*