# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MARQUET ANTWAIN BURGESS MATTOX,**<br>aka **MARQUET ANTWAIN BURGESS MATTOX EL,**<br>aka **MARQUET BURGESS MATTOX,**<br>aka **ASIM ASHUNTA EL,**<br>aka **ASIM EL BEY,**<br><br>**Defendant** | **CASE NO. 3:20-CR-44-CAR-CHW** |

## NOTICE OF APPEARANCE

COMES NOW, JESSICA KRAFT, Trial Attorney, and hereby files this notice of appearance as co-counsel on behalf of the United States of America. Accordingly, Counsel requests that such appearance be shown in the records of the case and that Counsel be informed of all case-related activities regarding this case.

RESPECTFULLY SUBMITTED, this 1st day of July, 2021.

                                     PETER D. LEARY
                                     ACTING UNITED STATES ATTORNEY

                                     BY: */s/ Jessica A. Kraft*
                                     JESSICA A. KRAFT
                                     Trial Attorney
                                     Michigan Bar Number: P80841
                                     United States Department of Justice
                                     Tax Division
                                     150 M Street NE, #1.1505
                                     Washington, D.C. 20002

Telephone: (202) 514-7670
Fax: (202) 514-0961
Email: Jessica.A.Kraft@usdoj.gov
Attorney for the United States of America

## CERTIFICATE OF SERVICE

I, JESSICA KRAFT, Trial Attorney, hereby certify that on the 1st day of July, 2021, I filed the within and foregoing *Notice of Appearance* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record and that I mailed a true and correct copy of the same, with proper postage affixed thereon to as follows:

Marquet Mattox
Butts County Detention Center
835 Ernest Biles Drive
Jackson, GA 30233

                                  PETER D. LEARY
                                  ACTING UNITED STATES ATTORNEY

                                  BY: */s/ Jessica A. Kraft*
                                  JESSICA A. KRAFT
                                  Trial Attorney
                                  Michigan Bar Number: P80841
                                  United States Department of Justice
                                  Tax Division
                                  150 M Street NE, #1.1505
                                  Washington, D.C. 20002
                                  Telephone: (202) 514-7670
                                  Fax: (202) 514-0961
                                  Email: Jessica.A.Kraft@usdoj.gov
                                  Attorney for the United States of America