IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | : | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CASE NO. 3:20-CR-44 (CAR) |
| | : | |
| **MARQUET ANTWAIN BURGESS MATTOX,** | : | |
| aka MARQUET ANTWAIN BURGESS MATTOX EL, | : | |
| aka MARQUET BURGESS MATTOX, | : | |
| aka ASIM ASHUNTA EL, | : | |
| aka ASIM EL BEY, | : | |
| | : | |
| **Defendant** | : | |

### UNITED STATES' MOTION AND MEMORANDUM TO STRIKE CERTAIN PROPERTY LISTED IN FORFEITURE NOTICE OF INDICTMENT

COMES NOW, the United States of America, by and through the Acting United States Attorney for the Middle District of Georgia, and moves to strike from the Indictment [Doc. 1] of Defendant Marquet Antwain Burgess Mattox, aka "Marquet Antwain Burgess Mattox El," aka "Marquet Burgess Mattox," aka "Asim Ashunta El," aka "Asim El Bey," the following property identified in the Forfeiture Notice, to wit: the real property located at 1054 Morgan Garner Drive, Lilburn, Gwinnett County, Georgia, including any appurtenances and improvements thereon, more particularly described as:

> BEING KNOWN AND DESIGNATED AS ALL THAT certain lot, piece of land situate, lying and being in the City of Atlanta. LEGAL DESCRIPTION: ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 93 OF THE 6th DISTRICT, GWINNETT COUNTY, GEORGIA BEING

LOT 83, BLOCK A, GARNER CREEK AT PARKVIEW SUBDIVISION, PHASE 1, AS PER PLAT RECORDED IN PLAT BOOK 124, PAGES 66-69, GWINNETT COUNTY RECORDS, SAID PLAT BEING INCORPORATED HEREIN BY REFERENCE THERETO.

*Id.* at pp. 6-8.  An inquiry sent to the Department of Treasury, Internal Revenue Service, revealed that the described real property shall be processed via a Suit to Foreclose on the Notice of Federal Tax Lien.

In the event of conviction, the Defendant shall remain subject to a personal money judgment, in an amount to be determined, as contemplated in the Forfeiture Notice of the Indictment.  *Id.*

Respectfully submitted this July 9, 2021.

                              PETER D. LEARY
                              ACTING UNITED STATES ATTORNEY

BY:   */s/ Mike Morrison*
        MIKE MORRISON
        Assistant United States Attorney
        Georgia Bar No.: 153001
        United States Attorney's Office
        Post Office Box 1702
        Macon, Georgia 31202-1702
        Telephone: (478) 752-3511
        Facsimile: (478) 621-2682
        Mike.Morrison@usdoj.gov
        Facsimile: (478) 621-2655

## CERTIFICATE OF SERVICE

I, MIKE MORRISON, Assistant United States Attorney, do hereby certify that on this date, I electronically filed the within and foregoing **United States' Motion and Memorandum to Strike Property Listed in Forfeiture Notice of Indictment** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

I also certify that I have mailed by the United States Postal Service the filed document to the following *pro se* Defendant:

> Marquet Antwain Burgess Mattox
> Butts County Detention Center
> 835 Ernest Biles Drive
> Jackson, Georgia  30233

DATED, this 9th day of July, 2021.

>                             PETER D. LEARY
>                             ACTING UNITED STATES ATTORNEY
>
> BY:   */s/ Mike Morrison*
>       MIKE MORRISON
>       Assistant United States Attorney
>       Georgia Bar No.: 153001
>       United States Attorney's Office
>       Post Office Box 1702
>       Macon, Georgia 31202-1702
>       Telephone: (478) 752-3511
>       Facsimile: (478) 621-2682
>       Mike.Morrison@usdoj.gov
>       Facsimile: (478) 621-2655