IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CASE NO. 3:20-CR-44 (CAR) |
| | : | |
| **MARQUET ANTWAIN BURGESS MATTOX,** | : | |
| aka **MARQUET ANTWAIN BURGESS MATTOX EL,** | : | |
| aka **MARQUET BURGESS MATTOX,** | : | |
| aka **ASIM ASHUNTA EL,** | : | |
| aka **ASIM EL BEY,** | : | |
| **Defendant** | : | |

**ORDER STRIKING CERTAIN PROPERTY FROM THE
FORFEITURE NOTICE LISTED IN THE INDICTMENT**

The United States' Motion to Strike Certain Property from the Forfeiture Notice Listed in the Indictment of Defendant Marquet Antwain Burgess Mattox, aka "Marquet Antwain Burgess Mattox El," aka "Marquet Burgess Mattox," aka "Asim Ashunta El," aka "Asim El Bey," in the above-styled case having been read and considered, the Court finds the request to be reasonable and justified.

THEREFORE, IT IS HEREBY ORDERED, that the following property, being subject to a Suit to Foreclose on the Notice of Federal Tax Lien, is no longer subject to judicial forfeiture, to wit: the real property located at 1054 Morgan Garner Drive, Lilburn, Gwinnett County, Georgia, including any appurtenances and improvements thereon, more particularly described as:

BEING KNOWN AND DESIGNATED AS ALL THAT certain lot, piece of land situate, lying and being in the City of Atlanta. LEGAL DESCRIPTION: ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 93 OF THE 6th DISTRICT, GWINNETT COUNTY, GEORGIA BEING LOT 83, BLOCK A, GARNER CREEK AT PARKVIEW SUBDIVISION, PHASE 1, AS PER PLAT RECORDED IN PLAT BOOK 124, PAGES 66-69, GWINNETT COUNTY RECORDS, SAID PLAT BEING INCORPORATED HEREIN BY REFERENCE THERETO.

In the event of conviction, the Defendant shall remain subject to a personal money judgment, in an amount to be determined, as contemplated in the Forfeiture Notice of the Indictment

SO ORDERED this _____ day of _____, 2021.

_____
C. ASHLEY ROYAL, JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

PETER D. LEARY
ACTING UNITED STATES ATTORNEY

/s/ MIKE MORRISON
ASSISTANT UNITED STATES ATTORNEY
GEORGIA STATE BAR NO. 153001