UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION
AT ATHENS, GEORGIA

MINUTE SHEET
OF COURT PROCEEDINGS



| | | | |
|---|---|---|---|
| Date: | 7/14/2021 | Hearing: | Pretrial Conference |
| Judge: | Ashley Royal | Reporter: | Tammy DiRocco |
| Courtroom Deputy: | Nora Paul | Law Clerk: | Sally Hatcher |

Case Number:  3:20-cr-44-CAR

| | | | |
|---|---|---|---|
| USA | | Counsel: | Lyndie Freeman<br>Jessica Kraft, DOJ |
| V | | | |
| Marquet Antwain Burgess Mattox | | Counsel: | Pro-Se/Catherine Williams, Standby |

*Disclaimer:  Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record.  Attorneys should contact the court reporter for an official transcript.*

Court time: 10:46-11:38=52 mins

Convene.  Opening remarks by the Court.

Case is set for trial 8/16/2021 at 9:00 am in Athens.  Deft will proceed pro-se.  Indictment is 20 counts.  Govt estimates to call 14 witnesses – no stipulations.

The Court addresses Pro-Se Deft re: Jury process.  Deft to submit voir dire by 8/6/2021.  Striking the jury.  Govt strikes 6 at one time and Deft strikes 10 at one time.  Proposed charges due 8/16/2021.  Transcripts of previous hearings have been given to Deft.  Appealing rulings to 11th Circuit.

Deft's statement regarding private trust documents and detention order read to the Court.  Statements made to IRS.  Forfeiture charge.  Motion for Review of Detention Order previously ruled on and Deft will remain in custody.

The Court notes that all documents received from Judge Weigle will become part of the record.

Discussion of arguments previously denied by the Court.  Inadmissible for Deft to refer to himself as American Indian.

Govt's Motion to strike forfeiture on residence is withdrawn.  Indictment will be redacted – Deft requests the wording go to the jury.  There is an IRS lien on the property in a civil case.  Govt will prepare a proposed indictment without reference to the forfeiture.

The trial may begin at 1:00 pm on 8/16/2021.

Govt exhibit notebooks due the week before trial.  Trial briefs will be submitted.

The Court will speak to the USMS regarding the Deft being shackled during trial.  Deft has other clothes besides his orange jumpsuit to wear during trial.

Hearing concluded.