UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
MIDDLE DISTRICT OF GEORGIA
475 Mulberry Street

MACON , GEORGIA 31601

DAVID W. BUNT, Clerk
Telephone: (478) 752-3497
Facsimile:  (478) 738-6327

OFFICES
ALBANY 31701
ATHENS 30601
COLUMBUS 31902
MACON 31202
VALDOSTA 31601

```
                         July 26, 2021
                (Mailed via USPS and hand-delivered)



Mr. Marquet Mattox
c/o Butts County Detention Center
835 Ernest Biles Dr
Jackson, GA  30233

             RE: USA v Marquet Mattox Case #3:20-cr-44-CAR

Mr. Mattox:

Judge Royal has spoken with the United States Marshal's Service
and you will not be shackled during the jury trial unless the
need arises.

You will be allowed to wear your own clothes provided by your
family members.  They can bring the clothes to the USMS lock-up
on the second floor of the courthouse in Athens the morning of
August 16.

The Government will provide a copy of the indictment to Judge
Royal, of which the forfeiture notice will be redacted, for his
review before trial.

Jury selection and trial will begin on Monday, August 16 at 9:00
am.

Sincerely,
s/Nora Paul
Courtroom Clerk to
Judge Ashley Royal
```