UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 3:20-CR-44-CAR-CHW** |
| v. | |
| **MARQUET MATTOX** | |

# GOVERNMENT'S MOTION TO ADMIT CERTIFIED BUSINESS RECORDS

# EXHIBIT A

1. Certification from Wells Fargo Bank re: Accounts ending: 2507, 9692, 3495, 4976, 5797, 2515, and 9119

2. Certification from Wells Fargo Bank re: Accounts ending: 2515, 4976

3. Certification from Wells Fargo Bank re: Account ending: 7200 et al.

4. Certification from Hollingsworth & Associates, LLC

5. Certification from Haverty's Furniture Company, Inc.

6. Certification from Classic Cadillac of Atlanta

7. Certification from The UPS Store, Atlanta, GA

8. Certification from Charter Communications, Inc.



Summons and Subpoenas Department
PO Box 1415 MAC #D1111-016
Charlotte, NC 28201
Voice: (480) 724-2000

# BUSINESS RECORDS DECLARATION

I, Lavaina Dudley, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order.  Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced.   I certify that the attached records:

- A)  Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and
- B)  It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.
- C)  The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 20143827

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Statements | XXXXXX5797 | 10 | 10 |
| Statements | XXXXXX2507 | 44 | 44 |
| Deposits with offsets | XXXXXX2507 | 6 | 6 |
| Signature Cards | XXXXXX5797 | 9 | 9 |
| Deposits with offsets | XXXXXX9692 | 2 | 2 |
| Checks/Debits | XXXXXX3495 | 1 | 1 |
| Signature Cards | XXXXXX2515 | 3 | 3 |
| Checks/Debits | XXXXXX4976 | 169 | 169 |
| Note to Client | | 0 | 0 |
| United States Treasury check 4038 26910615 in the amount of $ 2,571,783.77 was deposited into account 6722673495 on 3/2/2017 | | | |
| United States Treasury check 4034 98076781 in the amount of $ 9,992.97 was deposited into account 2994345797 on 11/22/2016 | | | |
| Deposits with offsets | XXXXXX3495 | 2 | 2 |
| Signature Cards | XXXXXX2507 | 3 | 3 |
| Deposits with offsets | XXXXXX5797 | 2 | 2 |
| Signature Cards | XXXXXX9692 | 4 | 4 |
| Checks/Debits | XXXXXX9692 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Signature Cards | XXXXXX3495 | 5 | 5 |
| Statements | XXXXXX2515 | 47 | 47 |

Case No: 20143827; Agency Case No: 2017R00120

| | | | |
|---|---|---|---|
| Checks/Debits | XXXXXX5797 | 1 | 1 |
| Statements | XXXXXX3495 | 7 | 7 |
| Statements | XXXXXX9692 | 9 | 9 |
| Statements | XXXXXX4976 | 154 | 154 |
| Statements | XXXXXX9119 | 40 | 40 |
| Checks/Debits | XXXXXX2507 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Deposits with offsets | XXXXXX4976 | 41 | 41 |
| Signature Cards | XXXXXX4976 | 12 | 12 |
| Deposits with offsets | XXXXXX9119 | 16 | 16 |
| Checks/Debits | XXXXXX9119 | 3 | 3 |
| Checks/Debits | XXXXXX2515 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Signature Cards | XXXXXX9119 | 3 | 3 |
| Note to Client | | 0 | 0 |
| With the exception of Marquet Mattox, Kemahra Investment Trust, Burgess Mattox Bey Investment Trust unable to locate any accounts for businesses or persons named on subpoena | | | |
| Unable to locate savings, safe deposit, certificate of deposit or credit card accounts | | | |
| Deposits with offsets | XXXXXX2515 | 6 | 6 |
| **Total Copies Delivered:** | | | **599** |

**Additional comments:**

The bank's standard record retention period is seven years.

I declare under penalty of perjury under the law(s) of the state of Georgia that the foregoing is true and correct according to my knowledge and belief.  Executed on this 10th day of July, 2018, in the City of Charlotte, State of NORTH CAROLINA.



Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons:  Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s).  If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.

Case No: 20143827; Agency Case No: 2017R00120



Summons and Subpoenas Department
PO Box 1415 MAC #D1111-016
Charlotte, NC 28201
Voice: (480) 724-2000

# BUSINESS RECORDS DECLARATION

I, Lee Siong, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order.  Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced.   I certify that the attached records:

- A)   Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and
- B)   It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.
- C)   The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 20936446

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Deposits with offsets | XXXXXX2515 | 6 | 6 |
| Checks/Debits | XXXXXX2515 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Signature Cards | XXXXXX2515 | 4 | 4 |
| Statements | XXXXXX2515 | 27 | 27 |
| Note to Client | | 0 | 0 |
| Unable to locate the following provided individual: Marquet A. Mattox - SSN ending 3048. | | | |
| Video ATM / DVD | XXXXXX2515 | 5 | 5 |
| Statements | XXXXXX4976 | 52 | 52 |
| Video ATM / DVD | XXXXXX4976 | 5 | 5 |
| Checks/Debits | XXXXXX4976 | 41 | 41 |
| Deposits with offsets | XXXXXX4976 | 4 | 4 |
| Signature Cards | XXXXXX4976 | 6 | 6 |
| Note to Client | | 0 | 0 |

Unable to locate the following provided individuals and/or entities: NAILAH KAMILI BEY - TAX ID ending 6494, NIARA KAMILI BEY - TAX ID ending 6495, NYCHOLAS KEMAHRA BEY - TAX ID ending 6497, NDE INVESTMENT TRUST - TAX ID ending 5853, KAMILI INVESTMENT TRUST - TAX ID ending 4250,  and KAMILYA INVESTMENT TRUST - TAX ID ending 4392.

**Total Copies Delivered:** 150

**Additional comments:**

The bank's standard record retention period is seven years.

I declare under penalty of perjury under the law(s) of the state of Georgia that the foregoing is true and correct according to my knowledge and belief.   Executed on this 19th day of December, 2018, in the City of Charlotte, State of NORTH CAROLINA.

_____
Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons:  Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s).  If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.

Case No: 20936446; Agency Case No: 2017R00120011



Summons and Subpoenas Department
PO Box 1415 MAC #D1111-016
Charlotte, NC 28201
Voice: (480) 724-2000

# BUSINESS RECORDS DECLARATION

I, Tonya Smith, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order. Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced. I certify that the attached records:

- A) Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and
- B) It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.
- C) The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 21536618

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Deposits with offsets | XXXXXX4976 | 7 | 7 |
| Signature Cards | XXXXXX4976 | 7 | 7 |
| Deposits with offsets | XXXXXX2515 | 2 | 2 |
| Checks/Debits | XXXXXX2507 | 31 | 31 |
| Signature Cards | XXXXXX9119 | 6 | 6 |
| Statements | XXXXXX2507 | 9 | 9 |
| Statements | XXXXXX9119 | 19 | 19 |
| Signature Cards | XXXXXX2507 | 6 | 6 |
| Deposits with offsets | XXXXXX7200 | 2 | 2 |
| Signature Cards | XXXXXX2515 | 6 | 6 |
| Checks/Debits | XXXXXX7200 | 5 | 5 |
| Note to Client | | 0 | 0 |
| Note to Client : Only provided records for Burgess Mattox Bey Investment, Marshana El Investment Trust, Burgess Maattox Bey Trust, Kemahra Investment Trust and NWatson Trust. All other entities listed on the subpoena were unable to locate. | | | |
| Statements | XXXXXX4976 | 21 | 21 |
| Deposits with offsets | XXXXXX9119 | 3 | 3 |
| Statements | XXXXXX2515 | 15 | 15 |
| Statements | XXXXXX7200 | 7 | 7 |
| Checks/Debits | XXXXXX2515 | 0 | 0 |

Case No: 21536618; Agency Case No. Not Provided

| | | | |
|---|---|---|---|
| All transactions requested are electronic and no images are available | | | |
| Checks/Debits | XXXXXX9119 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Checks/Debits | XXXXXX4976 | 13 | 13 |
| Signature Cards | XXXXXX7200 | 7 | 7 |
| Deposits with offsets | XXXXXX2507 | 8 | 8 |
| | **Total Copies Delivered:** | | **174** |

**Additional comments:**

The bank's standard record retention period is seven years.

I declare under penalty of perjury under the law(s) of the state of Georgia that the foregoing is true and correct according to my knowledge and belief. Executed on this 15th day of May, 2019, in the City of Charlotte, State of NORTH CAROLINA.

*Tonya Smith*
Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons: Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s). If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.

## AFFIDAVIT AND CERTIFICATION

I, __JOHN H. HOLLINGSWORTH__ state and certify that the following is true and correct:
[Name]

1. On or about __July 15__, 2019, I received a Grand Jury Subpoena dated __Nov 21, 2018__, directed to and requiring that certain records of this business/financial institution be produced to the grand jury on or before __Dec 19, 2018__.

2. I am the custodian of records for __Hollingsworth & Associates, LLC__ or I am otherwise knowledgeable concerning the manner in which records of this business are created and maintained.

3. In response to the above referenced subpoena, the following records are being produced [Describe, using an attached sheet if necessary]:
__Hard Copies of Original Documents in my File.__

4. The records accompanying this affidavit: (A) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters; (B) were kept in the course of the regularly conducted activity; and (C) were made by the regularly conducted activity as a regular practice.

I declare and certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on __July 16__, 2019.

[Signature]
__John H. Hollingsworth, Managing Attorney__
[Name and Title]
__2250 Satellite Court #225__
[Address]
__Duluth, GA 30097__
[City, State, Zip Code]
__(770) 263-9993__
[Telephone Number]
__(770) 263-9994__
[Facsimile Number]

Sworn to and subscribed before me
This __16th__ day of __July__, 20__19__.

_____
NOTARY PUBLIC, STATE OF __Georgia__

(Notary seal: Evelyn Alvarez, Gwinnett County, Georgia, My Commission Expires November 12, 2019)

## AFFIDAVIT AND CERTIFICATION

I, __Jacqueline Y. Thomas__, state and certify that the following is true and correct:
    [Name]

1. On or about __November 26__, 2018, I received a Grand Jury Subpoena dated __11/21/18__, directed to and requiring that certain records of this business/financial institution be produced to the grand jury on or before __December 19, 2018__. Verbal extension was given by Jezon Clark on 12/19/18 &

2. I am the custodian of records for __Haverty Furniture Companies, Inc.__ or I am otherwise knowledgeable concerning the manner in which records of this business are created and maintained.

3. In response to the above referenced subpoena, the following records are being produced [Describe, using an attached sheet if necessary]:

(1) __Customer sale invoices and related documents related to Marquet Burgess Mattox EL__
(2) __Customer account Notes related to Marquet Burgess Mattox EL__

4. The records accompanying this affidavit: (A) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters; (B) were kept in the course of the regularly conducted activity; and (C) were made by the regularly conducted activity as a regular practice.

I declare and certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on __January 9__, 2019.

__Jacquel...__ [Signature]
__Legal Assistant__ [Name and Title]
__780 Johnson Ferry Rd., STE 800__ [Address]
__Atlanta, GA 30342__ [City, State, Zip Code]
__404.443.4333__ [Telephone Number]
__404.443.4354__ [Facsimile Number]

Sworn to and subscribed before me
This __9th__ day of __January__, 20__19__.

__S. Ware__
NOTARY PUBLIC, STATE OF __12/12/20__

[Notary Seal: S. WARE, NOTARY PUBLIC, COBB COUNTY, GEORGIA, MY COMMISSION EXPIRES DECEMBER 12, 2020]

## AFFIDAVIT AND CERTIFICATION

I, __Lynn Forte__ [Name], state and certify that the following is true and correct:

1. On or about __November 26__, 2018, I received a Grand Jury Subpoena dated __11/26/18__, directed to and requiring that certain records of this business/financial institution be produced to the grand jury on or before __December 19, 2018__.

2. I am the custodian of records for __Classic Cadillac of Atlanta__ or I am otherwise knowledgeable concerning the manner in which records of this business are created and maintained.

3. In response to the above referenced subpoena, the following records are being produced [Describe, using an attached sheet if necessary]:

__Full Deal Jacket for vehicle purchase and (1) repair order for warranty repairs__.

4. The records accompanying this affidavit: (A) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters; (B) were kept in the course of the regularly conducted activity; and (C) were made by the regularly conducted activity as a regular practice.

I declare and certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on __November 27__, 2018.

__Lynn Forte__ [Signature]
__Lynn Forte__ [Name and Title]
__7700 Roswell Road__ [Address]
__Atlanta GA 30350__ [City, State, Zip Code]
__770-394-9100__ [Telephone Number]
__770-512-7905__ [Facsimile Number]

Sworn to and subscribed before me
This __26__ day of __Nov__, 20__18__.

__Suzanne L. Goettig__
NOTARY PUBLIC, STATE OF __GA__

*Suzanne Goettig, NOTARY PUBLIC, Fulton County Georgia, Expires April 17th, 2021*

## AFFIDAVIT CERTIFYING RECORDS PURSUANT TO
## RULES OF EVIDENCE 803(6) and 902(11)

I, __Robert Persey__ state and certify that the following is true and correct:
    Name

I am the custodian of records for __The UPS Store__
                                    Name of Business or Financial Institution

or I am otherwise knowledgeable concerning the manner in which records of this business or institution are created and maintained.

The records accompanying this affidavit: (A) are copies of records made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters; (B) were kept in the course of the regularly conducted activity; and (C) were made by the regularly conducted activity as a regular practice.

I declare and certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on __7-21__, 202_1_.

Sworn and subscribed before me this _21_ day of __July__, 20_21_.

_____ Affiant Signature

__President__ Title

Notary Public, State of __Georgia__

__2625 Piedmont Rd__
Business Street Address

__Atlanta, GA 30324__
City, State ZIP

__404-261-6339__
Telephone

(Notary seal: COREY LADD, NOTARY PUBLIC, GEORGIA, FULTON COUNTY, EXPIRES October 11, 2021)

STATE OF MISSOURI         )
                          )
COUNTY OF ST. LOUIS       )

AFFIDAVIT OF RECORDS CUSTODIAN CERTIFYING RECORDS

PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, ShaRayne Jackson, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct.

I am employed by Charter Communications, Inc., (Charter) and my title is Paralegal. Part of my job responsibilities is to review the records that Charter maintains relating to individual subscriber accounts to specific business records. I have reviewed the attached Charter records for 24.181.4.255, 9/10/2016 6:01:00 PM, GMT, -6; 24.181.4.255, 3/2/2017 5:52:00 PM, GMT, -6; 24.181.4.255, 9/22/2016 9:48:00 AM, GMT, -6; 71.86.96.61, 11/18/2017 6:32:00 AM, GMT, 0; 71.86.96.61, 11/18/2017 4:52:00 PM, GMT, 0 in response to a lawful request dated 12/12/2018 and issued to Charter Communications.

I further state that:

1. All records attached to this certificate were made at or near the time of the occurrence of the activity;
2. These records are kept in the ordinary course of the regularly conducted business activity of Charter Communications and making such records is a regular practice of Charter Communications; and
3. These records were generated by Charter Communications by an electronic process or system that produces an accurate result.

FURTHER AFFIANT SAITH NOT.

02/11/2019
_____
Date

_____
ShaRayne Jackson, Paralegal
Legal Response Operations Center
Charter Communications, Inc.
12405 Powerscourt Drive
St. Louis, Missouri 63131
ShaRayne.Jackson@charter.com
www.charter.com/lea