IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARQUET ANTWAIN BURGESS<br>    MATTOX,<br>aka MARQUET ANTWAIN<br>    BURGESS MATTOX EL,<br>aka MARQUET BURGESS<br>    MATTOX,<br>aka ASIM ASHUNTA EL,<br>aka ASIM EL BEY,<br><br>        Defendant | CASE NO.  3:20-CR-44-CAR-CHW |

## GOVERNMENT'S REQUESTED *VOIR DIRE* QUESTIONS

The United States, by and through undersigned counsel, pursuant to Rule 24(a) of the Federal Rules of Criminal Procedure, respectfully requests that this Court include the following questions in its examination of prospective jurors.

### Duty as Jurors

1. In federal court, the members of the jury are charged only with the duty of determining the guilt or innocence of a defendant. The jurors have no part in determining what sentence is given in the event the defendant is found guilty. Is there any member of the panel who does not understand this arrangement, or for whom it would cause difficulty in giving the case a fair hearing?

2. The members of this panel selected as members of the jury in the case today will be the judges of the fact and must accept the law as the Court explains it in its charge. Is there any member of the panel who could not accept this duty?

## Knowledge of Persons Involved in the Case

3. The United States is represented by Lyndie Freeman, an Assistant United States Attorney in Macon, and Jessica Kraft, Trial Attorney with the U.S. Department of Justice. Is any member of the panel related to, or acquainted with, these Attorneys for the United States?

4. The case agents on this case are Special Agent Jeron Clark with the IRS's Criminal Investigation Division, and Special Agent Michael Barutio with U.S. Treasury Inspector General for Tax Administration. Is any member of the panel related to, or acquainted with, Special Agents Clark or Barutio?

5. The defendant is Marquet Antwain Burgess Mattox, aka Marquet Antwain Burgess Mattox El, aka Marquet Burgess Mattox, aka Asim Ashunta El, aka Asim El Bey. Is any member of the panel related to, or acquainted with, this individual or any member of his family?

6. Do each of you understand that, during the course of the trial, an attorney is not permitted to speak to the jurors, and, therefore, if you see any attorney in the hall or on the street, you should not hold it against the attorney if she does not acknowledge you or speak to you?

7. Do you know any other member of the jury panel? If so, who and how?

8. Do you know, or are you familiar with, any of the following individuals who may be witnesses in this case?

[The Court is respectfully requested to read the government's witness list and, if any is provided, the witness list of the defendant.]

## Pro Se Defendant

9. In this case, the defendant has chosen to represent himself, which is his constitutional right. I have advised the defendant that he will be at a disadvantage in representing himself since he is not trained as an attorney. The law does not allow me to assist him, however, or to relax the rules that apply to the trial of this case. Likewise, the attorneys for the United States must treat him as if he were trained as an attorney. Further, the fact that he has chosen to represent himself must not enter into your deliberations, if you are chosen as a juror in this case. Will the fact that the defendant is representing himself cause anyone on the panel to be less than fair and impartial as a juror to either side in this case?

10. In those cases in which a defendant chooses to represent him- or herself, the Court has the power to appoint standby counsel. The role of standby counsel is very limited. In fact, it is up to the defendant whether he asks standby counsel for any guidance. Is there anyone on the jury panel who would be distracted by standby counsel's role, or non-role, in this case? Is there anyone who would be less than fair and impartial to the defendant because he chooses not to seek any assistance from standby counsel?

11. In this case, Ms. Catherine Williams has been appointed as standby counsel. Does anyone know Ms. Williams?

### Knowledge of Case

12. Does anyone have any personal knowledge of the facts in this case? Has anyone discussed the charges in this case with anyone else or overheard such a discussion? If so, have you begun to form an opinion concerning the facts of the case or about the guilt or innocence of the Defendant? Is there anyone on the jury panel who could not disregard this and render a fair and impartial verdict based solely upon the evidence introduced during trial and the law as instructed by the Court?

### Feelings about Tax Matters

13. Is there anyone who holds strong personal or philosophical feelings of dislike or resentment about the tax system of the United States of America or the Internal Revenue Service? If so, what are your feelings?

14. This case alleges criminal violations of federal law. This is a criminal, not a civil, proceeding. Does anyone feel that the government should not criminally prosecute federal tax law violations?

15. This case was primarily investigated by the Internal Revenue Service. Have you, your close friends, or any of your relatives, to the best of your knowledge, ever been audited or assessed a penalty by the Internal Revenue Service? If so:

    a. How long ago?

    b. Was the matter resolved to you/your friend's/your family member's satisfaction?

    c. Were you/was your friend/was your family member treated fairly and courteously by the government?

      d.    Would that experience prevent you from being a fair and impartial juror in this case?

16. Have you, a member of your family, or any close friend had any experiences (aside from being audited) with the Internal Revenue Service that left you with a negative impression of the government?

17. Have you, your family member, or a close friend ever been under civil or criminal investigation by the IRS, any state taxing agency, or any other government agency? (If so, please elaborate and ask to approach the bench if that is more comfortable.)

18. Do any of you believe that either federal or state tax laws are unconstitutional or infringe on your civil rights in any way?

19. Do any of you disagree with the idea that everyone in the United States has a duty to obey the tax laws, as well as all other laws of this country?

20. Are you, any member of your family, or a close friend the member of any organization, including groups on social media, whose members express dissatisfaction with the substance, form, or administration of tax laws? If so, does that group advocate or encourage people to evade paying taxes, interfere with the IRS, or fail to file tax returns as required by law?

21. The United States will call witnesses who are employed by the Internal Revenue Service. Do you have any prejudice or bias against such agents or officers that you could not sit as a fair and impartial juror in this case?

### Jurors' Experience and Training as to Taxes

22. Have you, a family member, or a close friend, ever been trained in bookkeeping, accounting, law, or tax preparation? If so, please elaborate.

   a. Would that training affect your ability to follow the Court's instructions on the law to be applied in this case?

23. Has anyone here ever worked as a professional tax preparer or been paid by anyone to prepare a tax return?

### Disputes with the Government

24. Does the fact that the United States of America is a party to this case cause you to feel uncomfortable sitting as a juror or cause you to feel any bias or prejudice for or against the United States such that you cannot sit as a fair and impartial juror?

25. Has any member of the panel or the member's family ever been involved in any controversy or litigation of any kind with the United States government? If so, what was the nature of the controversy or litigation, and what was the outcome?

26. Have you, a close friend, or any member of your family ever sued the government or been involved in any proceeding with a federal or state governmental agency that has not been resolved to your satisfaction?

### Views on Law Enforcement

27. Do you, any of member of your family, or a close friend hold any personal belief, conviction, or prejudice against the laws generally of the United States or any belief that the United States has no authority over its citizens, such that you could not sit as a fair and impartial juror in this case?

28. Has any member of the panel, or a relative or close friend, ever been employed by a local, state, or federal law enforcement agency? If so, what position was, or is currently held?

29. Has any member of the panel, or a relative or close friend, ever been employed by a law firm that participates in the defense of criminal cases? If so, what position was, or is currently, held?

30. Has any member of the panel ever had training in law enforcement? If so, please describe.

31. Has any member of the panel ever been a juror in a criminal case before? If so, what kind of criminal case? Without informing us of the verdict, please tell us whether a verdict was reached? Was there anything about that experience that left you with a negative impression of the courts or criminal justice system?

32. Do you believe members of law enforcement agencies (i.e., federal agents or police officers) are any more credible or less credible than witnesses who are not associated with law enforcement?

33. Has anybody here, a family member, or a close friend, ever been charged with a crime? (If so, please elaborate and ask to approach the bench if that is more comfortable.)

34. Has any member of the panel ever been accused of a crime other than a traffic ticket? [It is respectfully requested that prospective jurors answering in the affirmative be asked to approach at sidebar and explain their answers.]

35. Other than a traffic ticket, have you, your family member, or a close friend, ever had any experience with a law enforcement agency that would make it difficult for you to be an impartial juror in this case?

36. Do any of you have any members of your family or friends who are currently incarcerated in any penal institution, jail, or community correctional facility, such as a halfway house or similar place? If so, please elaborate. Do you feel this relationship will prevent you from being a fair and impartial juror in this case?

## **Presumption of Innocence, Burden of Proof, and Ability to Follow Court's Instructions**

37. Does anybody here have any difficulty with the concept of passing judgment on another? In other words, there are some people who—for moral, ethical, or religious reasons—believe that it is not proper to pass judgment on the conduct of others. Do any of you hold such beliefs?

38. Do you have any reservations about sitting in judgment of a person accused of violating criminal laws and returning a verdict?

39. Irrespective of your personal feelings about any issue that may arise in this case, will you follow the law as the Court gives it to you during the case?

40. Do you understand that every defendant begins his trial with the presumption of innocence intact, a "clean slate," and that if you voted now you would have to vote "not guilty," since no evidence has yet been presented?

41. Do you understand that the United States may overcome that presumption of innocence by the presentation of evidence of guilty beyond a reasonable doubt?

42. Do you understand that the government need not prove its case beyond a shadow of a doubt, or beyond any possible doubt, but only beyond a reasonable doubt?

43. Will you agree to hold the government only to the burden of proof that proof beyond a reasonable doubt, and not beyond all doubt?

44. Provided the government proves the defendant's guilt beyond a reasonable doubt, would anything you might learn about the defendant concerning such things as his age, health, religious beliefs or affiliation, family circumstances, heritage, or occupation prevent you from finding him guilty?

        PETER D. LEARY
        ACTING UNITED STATES ATTORNEY

By:   */s/ Lyndie M. Freeman*
      LYNDIE M. FREEMAN
      ASSISTANT UNITED STATES ATTORNEY
      Georgia Bar. No. 119499
      United States Attorney's Office
      Middle District of Georgia
      Post Office Box 1702
      Macon, Georgia 31202
      Telephone: (478) 752-3511
      Email: Lyndie.Freeman@usdoj.gov

      JESSICA A. KRAFT
      Michigan Bar No. P80841
      Trial Attorney
      U.S. Department of Justice, Tax Division
      150 M Street NE, #1.1505
      Washington, D.C. 20002
      Telephone: 202-514-7670
      Fax: 202-514-0961
      Email: Jessica.A.Kraft@usdoj.gov

*Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I, LYNDIE FREEMAN, Trial Attorney, hereby certify that on the 6th day of August, 2021, I filed the within and foregoing *Government's Requested Voir Dire Questions* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record and that I mailed a true and correct copy of the same, with proper postage affixed thereon to as follows:

Marquet Mattox
Butts County Detention Center
835 Ernest Biles Drive
Jackson, GA 30233

    PETER D. LEARY
    ACTING UNITED STATES ATTORNEY

    BY: */s/ Lyndie M. Freeman*
    LYNDIE M. FREEMAN
    ASSISTANT UNITED STATES ATTORNEY
    Georgia Bar. No. 119499
    United States Attorney's Office
    Middle District of Georgia
    Post Office Box 1702
    Macon, Georgia 31202
    Telephone: (478) 752-3511
    Email: Lyndie.Freeman@usdoj.gov