# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:20-CR-44-CAR-CHW |
| v. | |
| MARQUET ANTWAIN BURGESS MATTOX, | |
| aka MARQUET ANTWAIN BURGESS MATTOX EL, | |
| aka MARQUET BURGESS MATTOX, | |
| aka ASIM ASHUNTA EL, | |
| aka ASIM EL BEY | |
| Defendant | |

## MOTION FOR DISCOVERY

Reliant on 18 USC 8, 31 USC 3113, 26 USC 61 (A)(11), and 31 USC 3101 (a) and (b).

In this matter identified as case number, number(s) 3:20-CR-44-CAR-CHW, including all additional case numbers to this obligation identified as follows

| | |
|---|---|
| 3:20-CR-44-CAR1 | 3:20-cr-00044-CAR-CHW |
| 3:20-cr-44-001-(CAR) | 3:20-CR-044-CAR-CHW-1 |
| 3:20-CR-44-(CAR) | 3:20-Cr-44-(CAR) |
| 3:20-CR-44-CAR | 3:20-cr-44-CAR |

## GROUNDS

There appears to be an obligation of the United States, i.e. Bill, i.e. True Bill, as per 18 USC 8, that needs to be redeemed, Canceled, and retired as per the instructions set forth by the Secretary of Treasury via 31 USC 3113(a)(2)(0).

"An obligation of the Government that is paid, redeemed or bought with money from the account, Shall be canceled, and retired and may not be reissued."

Therefore, to quickly assist the public officials in this matter aforemention to cancel and retire the obligation identified supra, this Motion For Discovery and questions requested are as follows:

1. Under the penalty of perjury, is this case Bonded?

2. Under the penalty of perjury, please identify all Bonds to all case numbers identified supra?

3. Under the penalty of perjury, please provide certified, front and back copies of all Bonds for all case numbers identified supra.

4. Under the penalty of perjury, please identify the Issuer of all Bonds for all case numbers identified supra, to include the Issuer's name, address, and phone number.

5. Under the penalty of perjury, please identify the Collateral that's backing all Bonds for all case numbers identified supra?

6. Under the penalty of perjury, please identify the Owner of all Collateral that's backing all Bonds for all case numbers identified supra; to include name, address, and phone number of the Owner.

7. Where are the Bonds registered?

8. Where are the Bonds housed?

9. Where are the Bonds trading?

10. What are the issue dates for all Bonds for all case numbers identified supra?

11. What are the maturity dates for all Bonds for all case numbers identified supra?

12. Under the penalty of perjury, who are the Beneficiaries to all Bonds for all case numbers identified Supra?

13. Under the penalty of perjury, please identify all Investors who have Bid on the Bonds, including name, address, and phone numbers of all the Investors?

14. What is the mark to market value to all Bonds for all case numbers identified supra?

15. Please provide a copy of the prospectus for all Bonds for all case numbers identified Supra?

16. Under the penalty of perjury, has this court claimed any of the Bonds as income; regarding all Bonds for all case numbers identified Supra?

17. Under the penalty of perjury, has this Court paid the taxes on any of the Bonds for all case numbers identified Supra?

Reliant on the United States Treasury and the Internal Revenue Service form 1099-A, Acquisition and or Abandonment "Instructions," it confirms that all courts must file form 1099-A, Acquisition and or Abandonment.

18. Under the penalty of perjury, has this Court filed form 1099-A, Acquisition and or Abandonment for all Bonds and all case numbers identified Supra?

19. Under the penalty of perjury, please provide certified unredacted copies of this court's completed form(s) 1099-A, Acquisition and or Abandonment, from the Internal Revenue Service, identifying the Lender, the Borrower, account number, and amounts claimed for all case numbers identified Supra?

20. Under the penalty of perjury, what is the penal sum for each case number identified Supra?

21. Under the penalty of perjury, Please provide certified copies of all warrants that were issued for this entire matter?

22. Under the penalty of perjury, what are the penalties when public officials commit the following offense(s)?

    1. Fraud?
    2. Theft by deception?
    3. False claims to the Secretary of Treasury?
    4. Conspircy?
    5. Kidnapping?
    6. False imprisonment?
    7. Deprivation of Liberties?

8. Denial of Due process?
9. Human Trafficing?
10. Slavery?
11. Slave Trading?
12. Human Rights violations?
13. Trafficing in human cargo?
14. Mischaracter of justice
15. Waging war against the United States on American Soil?
16. Crimes against humanity?
17. Wilfull negligence? Perjury?
18. Treason?

## MOTION

I motion this Court to promptly answer the questions identified Supra.

## RELIEF

Quickly cancel and retire this entire obligation, i.e. Bill, i.e. True Bill, an obligation of the United States as per 18 USC 8, as permitted by the Secretary of Treasury via 31 USC 3113(a)(2)(d), etc.

RESPECTFULLY SUBMITTED, this 16 day of August, 2021.