RECNO*210816AM1006MDG7-ATH

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:20-CR-44 CAR-CHW |
| V | |
| MARQUET ANTWAIN BURGESS | |
| MATTOX, | |
| aka  MARQUET ANTWAIN | |
| BURGESS MATTOX EL, | |
| aca  MARQUET BURGESS | |
| MATTOX, | |
| aka  ASIM ASHUNTA EL, | |
| aka  ASIM EL BEY, | |
| Defendant | |

MOTION FOR RELIEF FROM A FINAL JUDGEMENT,
ORDER OR PROCEEDING

I, being entitled to relief from a final judgement, order, or
proceeding, under 28 USC sec 60 (b) (6), for the cause
3:20-CR-44-CAR-CHW, and all additional case numbers
to this matter identified as follows:

3:20-CR-44-CAR1                    3:20-Cr-00044-CAR-CHW

3:20-Cr-44-001(CAR)                3:20-CR-044-CAR-CHW-1

3:20-CR-44-(CAR)                   3:20-cr-44-(CAR)

3:20-CR-44-CAR                     3:20-Cr-44-CAR

and to include all additional unknown case numbers associated, etc.

Motion this Court for relief and State the following Grounds.

GROUNDS

Reliant on

27 CFR 26.11 meanings and terms, Secretary

31 USC 3113    Accepting gifts

31 USC 3101(b)  Public debt limit

18 USC 8  Obligation and other Securities of the United States

26 USC 61(A)(11) Gross income define, income from discharge of indebteness

Please Kindly note that Collateral and Guaranteed protection in the form of
a Full Faith and Credit Guarantee, which is a Guarantee, issued from
the United States Government; whose principal and interest are
guaranteed by the United States Government, and a guarantee to
pay interest and principal on debt; and a Guarantee for my
protection and benefit, was issued from the Secretary of State
of the United State, around July 2015, which is authenticated

and Signed by former Secretary of State, John Kerry; and
the Full Faith and Credit Guarantee, was given to the Court
on October 23, 2020, for my protection, in which the court
Confirmed on July 14, 2021, that the documents have been
made a part of the record; thus, Confirming receipt.

Reliant on 27 CFR 26.11 meanings and terms,
  It Confirms that, Secretary, is the Secretary of Treasury
of Puerto Rico.

Reliant on 27 CFR 26.11, 31 USC 3113, and 31 USC 3101(b),
  Certified Copies of the Full Faith and Credit Guarantee,
issued by the United States Government, Guaranteeing my
protection and benefit, July 2015, were given to the
Secretary of Treasury, via Special Deposit, August 2015,
and Approved via Ivan Carrabella Ortiz, via Hilda Garcia,
Supervisor, via Secretary of Treasury's Office, January 2016.

Reliant on 27 CFR 26.11, 31 USC 3113, and 31 USC 3101(b)
  In Good Faith, Collateral i.e. intangible person
property from the Full Faith and Credit Guarantee
in excess of Five Billion 5,000,000,000.⁰⁰ for a term of
Thirty (30) years, were given to the Secretary of Treasury
as Gifts as permitted via 31 USC 3113;

between October 2015 and August 30, 2020, for tax years 2015 through 2020, for the Twelve (12) Trusts identified within the Plaintiff's True Bill i.e. obligation of the United States, as per 18 USC 8

Please kindly note, the Full Faith and Credit Guarantee and the proceeds from the gifts given to the Secretary of Treasury, identified Supra, Remain on deposit with the Secretary of Treasury; have never been returned to me, the Beneficiary, and the proceeds from the gifts to the Secretary of Treasury, have never been fully returned to the Twelve (12) Trust identified within the Plaintiff's True Bill, which are completely verifiable via Hildo Garcia, Supervisor, Secretary of Treasury's office.

Also note, the Full Faith and Credit Guarantee given to the Court for my protection on October 23, 2020, has never been returned to me either.

much of the aforemention was disclosed to the public officials identified as the Internal Revenue Service agents, etc., also identified as follows:
1. Jeron Clark      - April 2019
2. Michael Buritio   - April 2019
3. Susan Freeman    - around October 2019
4. Patricia Crowe    - around October 2019

Reliant on 27 CFR 26.11, 31 USC 3101(b), and 18 USC 8,
    The Full Faith and Credit Guarantee issued by the United
States Government for my protection, i.e. Guaranteeing my
protection since July 2015, and the gifts to the Secretary of
Treasury, that remain on deposit, all predate the issuance of
the Plaintiff's True Bill i.e. Obligation of the United States as per
18 USC 8; and also predate the sworn affidavit by the public
official or public officials who wrongfully caused the issuance
of the Plaintiff's True Bill, in which the Plaintiff has been
misled.

Reliant on 31 USC 3101(b), 31 USC 3113, and 27 CFR 26.11,
    The Full Faith and Credit Guarantee issued by the United
States Secretary of State, July 2015; Guaranteeing my protection,
and benefit, and the gifts given to the Secretary of Treasury,
indemnifies MORE than 14,294,000,000,000.⁰⁰ outstanding at one time,
since October 2015, which Insures and guarantees there is NEVER
any injury nor loss to the Plaintiff; and Insures and guarantees
there has NEVER been any loss nor harm to the Plaintiff in
this matter whatsoever.

Therefore, the Plaintiff, who is also the issuer of the Full Faith
and Credit Guarantee, issued by the United States Government,
Guaranteeing my protection and benefit, since July 2015,
has no standing, because the Plaintiff has NEVER been injured

by it's own Full Faith and Credit Guarantee, that's Guarateeing my protection, and that's held by the Secretary of Treasury for my protection and benefit, therefore, I, the Beneficiary, of the Full Faith and Credit Guarantee, MacQuest Antwain Burgess Mathix El, Am the only real party in interest.

Reliant on 31 USC 3113 (a)(2)(d) and (e)(1)(A), which States,
  (d)  The Treasury has an account into which money received as gifts and proceeds from the sale or Redemption of gifts under this section shall be deposited.
  The Secretary shall use the money in the account to pay at maturity or to redeem or buy before maturity, an obligation of the Government included in the public debt. An obligation of the Government that is paid, redeemed, or bought with money from the account shall be canceled and retired and may not be reissued.
  Money deposited into the account is appropriated and may be expended to carry out this section.

  (e)
  (1)  The Secretary Shall redeem a direct obligation of the Government bearing interest or sold on a discount basis on receiving it when the obligation

  (A)  is given to the Government

Reliant on 31 USC 3113 (a)(2)(d) and 18 USC 8,

"An obligation of the Government that is paid, redeemed, or bought with money from the account Shall be canceled, and retired and may not be reissued."

As prohibited by 31 USC 3113 (a)(2)(d),

LET IT BE KNOWN, that, the Plaintiff's True Bill has been reissued on Eight (8) Seperate occasions, verifiable by the additional case numbers identified as follows:

| | |
|---|---|
| 3:20-CR-44-CAR1 | 3:20-cr-00044-CAR-CHW |
| 3:20-cr-44-001 (CAR) | 3:20-CR-044-CAR-CHW-1 |
| 3:20-CR-44-(CAR) | 3:20-cr-44-(CAR) |
| 3:20-CR-44-CAR | 3:20-cr-44-CAR |

In which the Plaintiff is attempting to defraud the Secretary of Treasury, by unlawfully receiving multiple payments for the same obligation, i.e. True Bill, and attempting to hold me, the Beneficiary liable for the Plaintiff's fraud; the Plaintiff's theft by deception; and the Plaintiff's false claims to the Secretary of Treasury.

LET IT ALSO BE KNOWN, that, the Plaintiff has altered and modified the canceled True Bill from it's original form, around July 14, 2021, and the Plaintiff's is attempting to reissue the canceled True Bill for the Nineth (9th) time, which is prohibited by the Secretary of Treasury, as per 31 USC 3113 (a)(2)(d), i.e.

"An obligation of the Government that is paid, redeemed, or bought with money from the account shall be canceled, and retired and may not be reissued."

Reliant on 31 USC 3101(b) ~~considers~~, States,

"The face amount of an obligation whose principal and interest are guaranteed by the United States government (except guaranteed obligation held by the Secretary of the Treasury) may not be more than 14,294,000,000,000.00 outstanding at one time..."

Reliant on 27 CFR 26.11, 31 USC 3101(b), and 31 USC 3113 (a)(2)(d) and (e)(1)(A),

LET IT BE KNOWN, that, the Full Faith and Credit Guarantee was issued by the United States Secretary of State, therefore, making the Full Faith and Credit Guarantee a direct obligation of the United States Government; whose principal and interest are GUARANTEED by the United States Government, and is Guaranteeing my protecting and my benefit; and due to the fact that the Full Faith and Credit Guarantee was given to the Secretary, for my protection and benefit, on October 2015, to be held by the Secretary of Treasury, for my protection and my benefit, it caused a deposit to be made into the account at the Secretary of Treasury, for my benefit and protection, in the amount more than 14,294,000,000,000.00 That was Approved, January 2016, via

Ivan Corcabella Ortiz, via Hilda Garcia, Supervisor, Secretary of Treasury's office.

Thus, confirming, I, Marquet Antwain Burgess Mattox El, Am the Beneficiary, to the Full Faith and Credit Guarantee, and to the account and Proceeds on deposit at the Secretary of Treasury, of more than 14,294,000,000,000.ºº outstanding at one time, since October 2015.

Therefore, the Plaintiff was misled.

Reliant on 18 USC 8,
    It confirms that, all Bills drawn by or upon authorized officers of the United States, and Canceled United States Stamps are Obligations of the United States.

LET IT BE KNOWN, the Plaintiff's True Bill was drawn by or upon two authorized officers of the United States, i.e. drawn, i.e. drawer, i.e. maker, i.e. issuer, i.e. Signer.

In which, the Plaintiff's True Bill was signed by Lyndie M. Freeman, Assistant United States Attorney, and also Signed by C. Auston, Deputy Clerk, evidenced on page 8, of the Plaintiff's True Bill, Signed on the 17, day of September AD 2020.
    Thus, making the Plaintiff's True Bill an Obligation of the United States as per 18 USC 8.

LET IT BE KNOWN, that, the Plaintiff's True Bill is bearing a Canceled One Cent United States Stamp, also evidenced on page 8, of the Plaintiff's True Bill, thus, additionally making the Plaintiff's True Bill an obligation of the United States express as per 18 USC 8

Please note, Obligation, i.e. a duty owed to another, a responsibility that requires a person to act in a certain Manner, Such as, to perform a Service or discharge a debt. A debt, an indebteness, a liability.

Please note, Discharge, i.e. to release, dismiss, free, E.g. to discharge a person held on accusation of a crime is to Set him free, to perform a duty.

Please note, Dismiss, i.e. to discharge or discontinue a Suit or action.

Please note, True, i.e. accurate or exact, loyal or faithful.

Please note, Bill, i.e. an amount of money owed for goods Supplied or Services rendered, Set out in a printed or written Statement of charges.

Please note, Special Deposit, i.e. Consist of placing of specific Kinds of money or property in the possession of the bank with an obligation of the bank to return the identical thing deposited; the depositor retain title.

Reliant on 18 USC 8, and 31 USC 3113 (a)(2)(b) and (c)(1)(A), the Plaintiff's True Bill, Signed by two authorized officers of the United States, and bearing a Canceled one cent United States Stamp, and the Full Faith and Credit Guarantee, i.e. Guaranteed payment from the United States Government, that's Guaranteeing my protection, were both given to the Court i.e. Given to the Government also for my protection, on October 23, 2020:

and a "copy" of the Plaintiff's True Bill, also bearing a canceled one cent United States Stamp, was given to the Court a second time on June 3, 2021, due to the Court's negligence in misplacing the initial True Bill, bearing a Canceled one cent United States Stamp, given to the Court on October 23, 2020.

LET IT BE KNOWN, the Plaintiff Confirmed on the record June 3, 2021, receipt of the True Bill, and the Plaintiff also Confirmed on the record, June 3, 2021, the one cent United States Stamp on the True Bill that was given to the Court; identified in the record as, Defendant Exhibit 1.

Therefore, reliant on 27CFR 26.11, 18 USC 8, and
31 USC 3113 (a) (2)(d) and (e) (1)(A),
　　The Secretary of Treasury redeemed the Plaintiff's
True Bill, i.e. obligation of the government, as per 18 USC 8,
and 31 USC 3113 (a)(2)(d), on October 23, 2020, nearly
Ten (10) months ago, and the Full Faith and Credit Guarantee,
i.e. Guaranteed payment from the United States Government,
that's Guaranteeing my protection, that was given to the Court,
served as the payment, to the Plaintiff, as per 31 USC 3113
(a)(2)(d).

Please note, Redeemed, i.e. discharged, compensated for,
paid off, gain possession in exchange for payment, Canceled.

Reliant on 31 USC 3113 (a) (2)(d) and 18 USC 8, Confirms,
　　"An obligation of the Government that is paid, redeemed,
or bought with money from the account, Shall be canceled,
and retired and may not be reissued."

Thus Confirming and validating that the Plaintiff's True Bill
was redeemed, bought, and Canceled on October 23, 2020,
by the Secretary of Treasury, for my protection and my
benefit, as per the instructions Set forth by the Secretary
of Treasury via 31 USC 3113(a)(2)(d), etc., identified supra.

Thus, also confirming and validating, this entire obligation was completely canceled by the Secretary of Treasury, on October 23, 2020, for my benefit and Guaranteed protection as per the United States Government Full Faith and Credit Guarantee, issue July 2015, Guaranteeing my protection, and as per 31 USC 3113 (a)(2)(d).

Thus, confirming, I have performed my duty.

Reliant on 26 USC 61 (A)(11), Gross income define, states,
   "Except as otherwise provided in this Subtitle, gross income from whatever source derived, including (but not limited to) the following items: "
   (11) Income from discharge of indebtness.

Reliant on 31 USC 3113 (a)(2)(d) and (e)(1)(A), and 26 USC 61 (A)(11), Confirms that, the Secretary of Treasury's redemption, i.e. discharge, cancelation of the Plaintiff's True Bill that was given to the Government on October 23, 2020, thus, caused a payment from the Secretary of Treasury, know as "income," from the discharge of indebteness, i.e. redemption of the Plaintiff's True Bill, for my benefit, the Beneficiary.

Reliant on 31 USC 3101(a), and page 3 and page 4 of the
Plaintiff's True Bill,
    It confirms that, the declared value, i.e. redemption value
of the True Bill as, 165,212,271.00 via page 3; of the True Bill;

plus and additional declared value, i.e. redemption value of
the True Bill as, 2,897,192.74 via page 4; of the True Bill;

Thus, confirming a combined declared value, i.e. redemption
value of the Plaintiff's True Bill as, 168,109,463.74

Reliant on 31 USC 3113(a)(2)(d) and (e)(1)(A), and 18 USC 8, and
26 USC 61(a)(1),
    LET IT BE KNOWN, that, I rendered services to the
public officials identified as the Plaintiff, by discharging of
their obligation, identified as a True Bill, i.e. obligation of
the United States as per 18 USC 8, that was given to the
Government on October 23, 2020, which caused "income,"
for my benefit, the Beneficiary, and the Plaintiff has yet
to compensate me, the Beneficiary for the services rendered.

Therefore, the Plaintiff is indebted to me, the Beneficiary,
in the amount of 168,109,463.74, plus interest since
October 23, 2020.

Therefore, the Plaintiff has no standing.

LET IT BE KNOWN, the "Constructive Trust," which is a Trust Created by the Courts;

  The Court is the "Grantor;"

  The Plaintiff is the "Trustee;"

and I Am the "Beneficiary."


LET IT BE KNOWN, that the "Cesqui que vie Trust of 1666," evidenced by the Third page of the Full Faith and Credit Guarantee, that was issued by the United States Government, Guaranteeing my protection and my benefit, since July 2015, that was given to the Court for my protection on October 23, 2020, which, I Am the Beneficiary of both Trusts, i.e. the Constructive Trust and the Cesqui que vie Trust, and both Trusts have been collapsed via the redemption, i.e. discharge, i.e. Cancelation, i.e. payment from the Secretary of Treasury for my protection and benefit;


And the Plaintiff is attempting to elabreately Swindle i.e. Steal multiple payments from the Secretary of Treasury through this unlawful proceeding;


And the Plaintiff is attempting to over-throw the United States Government's Full Faith and Credit Guarantee, that Guaranteeing my protection since July 2015; thus, Treason, waging war against the United States on American Soil; dereliction of duty,

And, the Plaintiff is wrongfully attempting to punish me
for following the rules set forth by the Secretary of Treasury,
etc., explained Supra, via 31 USC 3113, 31 USC 3101(a) and (b),
18 USC 8, and 26 USC 61 (A) (12),
that govern given gifts to the Secretary of Treasury to be used
to Reduce the public debt, when clearly, the public officials,
identified as the Plaintiff are the ones Committing the
Crimes in this matter including Acts of Treason.

Thus, the Plaintiff was misled.

Reliant on the Cesqui que vie Act of 1666,
    LET IT BE KNOWN, that,
I AM not lost at sea; nor lost beyond the sea,
I AM not Surety for this obligation; I Am not a decedent;
I Am not dead, nor civiliter mortuus.

    LET IT BE KNOWN, that, I Am the Beneficiary, a flesh and blood
livingbeing, in full life, living on the Soil of North America,
i.e. Turtle Island.

Reliant on the 1731 Charter for the State of Georgia, which Confirms
that, King George III granted a charter to the State of Georgia
to be formed as a Trust and to be governed by Seventy (70)
Trustees in England.

LET IT BE KNOWN, that, I Am not a Trustee for the State of Georgia Trust; I Am the Beneficiary, evidence by page Three (3) of the Full Faith and Credit Guarantee; and also evidenced by page Two (2) of the Guarantee, which is also a Full Faith and Credit Guarantee, issued by the State of Georgia, and signed by former Secretary of State, Brian Kemp, July 2015, and also signed by former Governor, Nathan Deal, July 2015, for my protection and benefit.

Thus, validating that I Am the Beneficiary, and the only real party in interest to this matter.

LET IT BE Known, the Plaintiff is Not an heir, nor beneficial heir, nor qualified heir.

The Plaintiff is only a Trustee.

It is well documented that the Thirteen (13) Colonies, including the State of Georgia, band together to create a Union known today as the United States.

It is also documented that the United States was converted to a Full Profit Corporation and incorporated in Jacksonville, Flordia, in 1925.

LET IT BE KNOWN, that, I Am not a Trustee for either, the United States nor the State of Georgia Corporation Trust. I Am the Beneficiary to the original Trust identified Supra, that predates the United States and predates the State of Georgia, in which the public officials are the Trustees.

Reliant on Queen Elizabeth's Amendment to the Social Security Act of 1997, which confirms that,
   "If you were born in the United States and you retire in England, you can collect Social Security as if you were born in England; and if you were born in England and you retire in the United States, you can collect Social Security as if you were born in the United States."

This amendment by the Queen to the Social Security Act of 1997, appears to confirm that the State of Georgia and the United States are still governed by a Board of Trustees in England, authorized by King George III, in 1731, In which, I Am the Beneficiary for the Trust, and the public officials are the Trustees.

For your review, additional confirmation of me being the Beneficiary, is via the attached Certified Copy of the name change Decree Via Fulton County, Georgia, Clerk of Superior Court, September 17, 2012, which confirms,

"That the name of the Petitioner Marquet Antwain Burgess Mattox, Shall be changed to Marquet Antwain Burgess Mattox EL."

Thus, evidencing the Beneficiary identified on the third page of the Full Faith and Credit Guarantee, issued July 2015, Guaranteeing my protection, and given to the Court October 23, 2020.

Also for the record, the title "EL", is referenced in the Torah, and is short for Elohim, i.e. God, i.e. Enlighten one; i.e. Created in the image and likeness of God.

Reliant on 27CFR 26.11, 31USC 3113 (a)(2)(d) and (e)(1)(A), 50 USC 4305 (B)(2), and 12 USC 2 Sec 95 A(b)(2),
LET IT BE KNOWN, that the Secretary of Treasury redemption i.e. discharge, i.e. Cancelation of this entire obligation on October 23, 2020, entitled me, the Beneficiary, to a Full acquittance and discharge 297 day ago, for all purposes of the obligation of the person making the same; and not to held liable in any Court for or in respect to anything done or omitted as per 50 USC 4305 (B)(2).

Therefore, based upon the United States Government's
Full Faith and Credit Guarantee, Guaranteeing my protection
Since July 2015, that the public officials in this matter
have Completely overthrown Since September 17, 2020, etc.;

And, based upon the Secretary of Treasury redemption, i.e.
Cancelation of this entire obligation 297 days ago, for all
purposes of the obligation; and that I am not to be held
liable in any court for or in respect to anything done or
omitted, as per 50 USC 4305 (B)(2);

Confirms that, this entire proceeding and all Criminal
proceedings for this entire matter from the onset have been
unlawful, prohibited, and Acts of Treason;

And, given the fact that the public officials identified as the
Plaintiff, have been indemnified for more than
14,294,020,020,020.⁰⁰ outstanding at one time, And the United States
Government, Guaranteeing my protecting Since July 2015,

Thus Confirms, the Plaintiff has never been injured in
this matter; thus, Confirming, the Plaintiff's claims
are wrong and unlawful; and any and all documentation, etc.,
gathered for this matter are unlawful, prohibited, and
in violation of the 4th Amendment to the United States
Constitution,

i.e. "The right of the people to be secure in their person, houses, papers, and effects; against unreasonable searches, and seizures. Shall not be violated, and no warrant Shall issue, but upon probable cause, supported by Oath or affirmation and particularly describing the place to be searched and the people or things to be seized."

i.e. There was no warrant

Therefore, all questions asked of me throughout this entire matter from the onset; and all questions asked of me throughout all proceedings have been unlawful and prohibited by the 4th Amendment to the United States Constitution; and via threat, duress, and coercion through the enforcement of Shackles and Chains, thus, a legal disability to contract.

Thus, abandonment of Oath of office, overthrowing the United States Constitution, waging war against the United States on American Soil, dereliction of duty, thus, Treason.

In addition, reliant on the 1787 United States Constitution, Article I, Section 9, Clause 3,
    No Bill of Attainder or Ex post facto Law Shall be passed.

With that being Said, LET IT BE KNOWN, that, I, the Beneficiary, Marquet Antwain Burgess Mattox EL,

have been Kidnapped, Shackled, placed in a cage; a victim of false imprisonment, deprivation of liberties, denial of due process, a victim of human trafficing; debt Servitude, i.e. Slavery, Slave trading, Chattle Slavery, insider trading, held hostage, human rights violations; and a victim of trafficing in human Cargo on Twelve (12) Seperate occasions including today, August 16, 2021, through the abuse of power by public officials, masquerading as debt collectors, with total disregard to the Fair Debt Collection Practices Act; public officials who have Conspired and abandoned their Oath's of office, overthrown the Constitutions, waging war against the United States on American Soil, which is a complete dereliction of duty and Treason;

And, all in violation to the United States Government Full Faith and Credit Guarantee, Guaranting my protection Since July 2015, that the public officials have overthrown, waging war against the United States on American Soil, thus, Treason.

LET IT BE KNOWN, the dates that I have been a victim of human trafficing, trafficing in human cargo, i.e. human rights violations are identified as follows:

1. October 7, 2020      — Once
2. October 9, 2020      — Twice
3. October 23, 2020     — Twice
4. May 5, 2021          — Twice
5. June 3, 2021         — Twice
6. July 14, 2021        — Twice
7. August 16, 2021      — Once

LET IT BE KNOWN, I even received a letter, hand delivered to the BUTT'S COUNTY JAIL, on July 26, 2021, signed by a public official, confirming that, I can wear my own clothes during this proceeding, and provided I am a good servant i.e. Slave, the shackles will remain off.

I do have a copy of that letter for the court.

It is well documented that slavery was abolished in the United States of America in 1865, but the public officials in this matter appear to have created self imposed special laws to make themselves exempt, modern day slave traders; free from any checks and balances, and through deception and mischaracter of justice, by dishonorable public officials, it appears that slavery yet exists in the United States of America in the year 2021.

page 23 of 39

Reliant on the 1877 Georgia Constitution as Ratified without Subsequent Amendments, Article I, Bill of Rights, Section I, paragraph XXI [21], States,
  "There shall be no imprisonment for debt."

paragraph I, States,
  "All government of rights originates with the people, is founded upon their will only, and instituted solely for the good of the whole.
  Public officers are the Trustees and Servants of the people, and, at all times, are amendable to them."

  thus, Constitutional verification that the public officers, i.e. public officials, etc., are the Trustees, thus, evidencing the Trustees, thus evidencing the existance of a Trust.

LET IT BE KNOWN, that, through tacit concent, THE STATE OF GEORGIA, public officials, i.e. Trustees, via the BUTTS COUNTY JAIL, acquiesed to the aforemention human rights violations and became active participants to Kidnapping, 4th Amendment violations to the United States Constitution, false imprisonment, abandonment of their Oaths of office, overthrowing of the 1877 Georgia Constitution, overthrowing of the United States Constitution; waging war against the State of Georgia on American Soil; waging war against the United States on American Soil; waging war against the United States

Government Full Faith and Credit Guarantee, Guaranteeing my protection Since July 2015, dereliction of duty, thus Treason.

LET IT BE KNOWN, that, BOND servant i.e. debt Servant, i.e. Slave i.e. Slavery, is additionally evidenced in this matter by any and all BONDS, i.e. collateral, i.e. Surety that's backing and Securing this case and securing any of the additional case numbers associated to this matter identified Supra on page 2.

LET IT ALSO BE KNOWN, that, the Surety Bond, Bid Bond, Performance Bond, and the Payment Bond, Securing this case and Securing any of the additional case numbers associated to this matter, also evidences Slavery, in which the people unknowing pledge themselves i.e. their body as collateral backing the case via the Surety Bond i.e. O.R. BOND, thus becoming a Bond Servant, i.e. Slave to be auctioned off to the highest Bidder, i.e. Bid Bond, i.e. Bidding on the Slaves, in which the Investor who's the highest bidder is awarded the Contract and the Investor is guaranteed performance, i.e. Performance Bond; and once the people, i.e. Bond Servant, i.e. Slave, i.e. Surety, has been captured, prosecuted, and Sentenced, thus, Guaranteed Performance,

The BONDS are given to the Secretary of Treasury for redemption, i.e. Payment, because All BONDS are obligations of

the United States as per 18 USC 8, and to include
31 USC 3113 (b)(2)(d).

Thus, Slave trading all under the guise of justice.

Thus, the people, i.e. Bond servant, i.e. Slave, i.e. Surety,
is held in Jail, Prison, etc., i.e. warehoused,
i.e. Credit facility until the Bond(s) matures, i.e. thus,
the release date of the slave.

Thus, human rights violations, Thus, Crimes against humanity,
Thus, Treason, by public officials, in the United States
of America in the year 2021.

Reliant on the 4th Amendment to the United States Constitution,
LET IT BE KNOWN, that, on October 7, 2020, I was
denied due process in this matter, in which I was seized
by public officials, without a warrant supported by Oath
or affirmation, particularly describing my name,
or areas on my body to be searched; nor particularly describing
my pockets to be searched, nor particularly describing the things
that were seized from my pockets by the public officials,
prior to the unlawful search and seizure.

I was deprived of the liberties to be secure in my person, papers, and effects, against unreasonable searches and seizure, and I have been a victim of false imprisonment against my will and held hostage, Since October 7, 2020, by public officials;

All in violation of the 4th Amendment to the United States Constitution, that the public officials swore under Oath to uphold and protect;

And also, all in violation to the United States Government, Full Faith and Credit Guarantee, Guaranteeing my protection Since July 2015, that the public officials have overthrown;

Thus, abandonment of their Oath's of office, overthrowing the United States Constitution, waging war against the United States on American Soil, dereliction of duty, thus, Treason.

Reliant on the 4th Amendment to the United States Constitution, LET IT BE KNOWN, that, on September 27, 2019, public officials identified as, the Internal Revenue Service agents; Treasure Police, Treasury Inspector General agents; and Gwinnett County, Georgia, Sheriff Deputies, appeared at the Trust property, identified as, 1054 Morgan Garner Drive, Southwest, Lilburn, Georgia;

public officials all dressed in body armor and the full display of nearly fifteen (15) guns; to unlawfully collect a debt; and to unlawfully seize an automobile identified as a 2018 Cadallic Esclade ESV, Platinum Edition, Satin Silver in color.

There was never a warrant issued for this matter, supported by Oath or affirmation that particularly described the place to be searched, and the people or things to be seized.

I attempted to explain this error to the public official identified as Susan Freeman, and the public official, Susan Freeman's response to me was, "we're gonna do it anyway."

Via threat, duress, coversion, and the display of nearly fifteen (15) guns by public officials, including public official identified as Dianne Cox, the property identified as a 2018 Cadallic Esclade ESV, Platinum Edition, Satin Silver in color, was unlawful seized without a warrant.

Thus, abandonment of Oath of Office, overthrowing the United States Constitution, waging war against the United States on American Soil, dereliction of duty; Treason.

And, all in violation to the United States Government's, Full Faith and Credit Guarantee, Guaranteeing my protection since July 2015, in which the Secretary has indemnified for an amount more than 14,294,000,000,000.⁰⁰ outstanding at one time, for my protection and benefit since, October 2015.

Thus, public officials, waging war against the United States on American Soil, Thus, Treason.

Reliant on the 4th Amendment to the United States Constitution, LET IT BE KNOWN, that, the public officials, identified as the Plaintiff, have filed or attempted to file an unlawful foreiture lien against Trust property identified as 1054 Morgan Garner Drive, Southwest, Lilburn, Georgia;

An attempted seizure without a warrant, that's prohibited by the 4th Amendment to the United States Constitution, i.e. "The right of the people to be secure in their person, houses, papers, and effects, against unreasonable searches and Seizures, shall not be violated."

Thus, abandonment of their Oath's of office, overthrowing the United States Constitution, waging war against the United States on American Soil, dereliction of duty, thus, Treason.

And, also, all in violation to the United States Government's Full Faith and Credit Guarantee, Guaranteeing my protection Since July 2015, in which the Secretary of Treasury has indemnified for an amount more than 14,294,020,000,000.⁰⁰ outstanding at one time, for my protection and benefit Since October 2015.

Thus waging war against the United States on American Soil, Thus Treason.

Please note, Treason, i.e. the crime of betraying one's Country or over-throwing the Government.

Reliant on the 4ᵗʰ Amendment to the United States Constitution, LET IT BE KNOWN, that, on May 27, 2021, public officials identified as, the Internal Revenue Service, via public official identified as, Susan Freeman, mailed a letter to the BUTT'S COUNTY JAIL, Stating that, She's pursuing suit to foreclose on property located at, 1054 Morgan Garner Drive, Southwest, Lilburn, Georgia;

Thus, attempting an unlawful foreclosure and seizure without a warrant, that's prohibited by the 4ᵗʰ Amendment to the United States Constitution.

Thus, abandonment of Oath of office, over-throwing the
United States Constitution, waging war against the
United States on American Soil, dereliction of duty, thus Treason;
And the appearance of mail fraud.

And, all in violation to the United States Government's, Full Faith
and Credit Guarantee, Guaranteeing my protect Since
July 2015, mentioned Supra.

Reliant on the 4th Amendment to the United States Constitution,
    LET IT BE KNOWN, that between February 19, 2019, and
July 2019, etc., funds in the amount of 1,800,000.⁰⁰ were
unlawfully Seized from WELLS FARGO BANK, N.A., bank
accounts, by public officials identified as, the Internal
Revenue Service, via public official identified as Susan Freeman.

There was never a warrant received, according to WELLS
FARGO BANK officers, thus, confirming an unlawful Search
and Seizure without a warrant that's prohibited by the
4th Amendment to the United States Constitution.

Thus, abandonment of Oath of office, over-throwing the
United States Constitution, waging war against the United
States on American Soil, dereliction of duty, thus, Treason.

And, also, all in violation to the United States Government's Full Faith and Credit Guarantee, Guaranteeing my protection Since July 2015, in which the Secretary of Treasury has indemnified in an amount more than 14,294,000,000,000.⁰⁰ outstanding at one time, for my protection and my benefit, Since October 2015.

Thus, waging war against the United States on American Soil, thus, Treason.

LET IT BE KNOWN, that, on May 5, 2021, I informed this court of the Full Faith and Credit Guarantee given to the court on October 23, 2020; I informed this Court of the Motion that was filed on November 5, 2020, that entitled me to be Set at liberty and entitled me to a full acquittance and discharge for all purposes of the obligation, etc., as referenced in the motion; and I informed this Court that I have been held since October 2020, for this matter.

LET IT BE KNOWN, that, the court confirmed on July 14, 2021, "Seeing all the documents that were given to the court, and reading all the documents..." i.e. the Full Faith and Credit Guarantee issued by the United States Secretary of State, Guaranteeing my protection Since July 2015, that was given to the court for my protection on October 23, 2020; and

and the court confirmed that the documents are part of the record, thus, the court confirming receipt, and thus, the court simultaneously confirming receipt of payment as per the Secretary of Treasury's instruction via 31 USC 3113 (a)(2)(d).

LET IT BE KNOWN, that, the Full Faith and Credit Guarantee, issued by the United States Secretary of State, and signed by former Secretary of State, John Kerry, July 2015, Guaranteeing my protection and benefit, are the same documents that the Court called, "Sovereign Citizen documents," on October 23, 2020, and are the same documents that the public officials identified as the Plaintiff, called, "Sovereign Citizen documents," on May 5, 2021.

Thus, waging war against the United States on American Soil, dereliction of duty, thus, Treason.

Reliant on 27 CFR 26.11; 31 USC 3113(a)(2)(d) and (A)(i)(A), 50 USC 4305(B)(2); 12 USC 2 sec 95 A(b)(2); The 4th Amendment to the United States Constitution; The 1877 Georgia Constitution as Ratified without Subsequent Amendments, Article I, Bill of Rights, Section I, paragraph XXI [21], and paragraph I; and the United States Government Full Faith and Credit Guarantee Guaranteeing my protection and benefit since July 2015; and the 1787 United States Constitution, Article I, Section 9, Clause 3,

LET IT BE KNOWN, that, I have been held hostage and denied freedom by the public officials, for this matter that was in error i.e. wrong, from the onset; and the Plaintiff's True Bill i.e. obligation of the United States as per 18 USC 8, was redeemed, discharged, canceled, and retired by the Secretary of Treasury, for my benefit, on October 23, 2020, as per 31 USC 3113 (a)(2)(d), etc.

Therefore, this has clearly become a human rights violation, kidnapping, human trafficing, Acts of Treason, etc., all by public officials who swore under Oath to uphold and protect the United States Constitution, that has been overthrown; and by public officials who have also overthrown the United States Government's Full Faith and Credit Guarantee, Guaranteeing my protect Since July 2015;

Thus, public officials waging war against the United States on American Soil, Thus, Treason.

LET IT BE KNOWN, that, the United States Bureau of Counselor Affairs have me identified and classified via the passport book and passport card as a "National" but NOT a citizen of the United States; and as a National, I have permanent allegiance to the United States, and via the United States Government's Full Faith and Credit Guarantee to me,

I have Guaranted protection, by the United States Government, Since July 2015, that the public officials and this court have Clearly overthrown.

## CONCLUSION

Reliant on 31 USC 3113, 31 USC 3101 (a) and (b), 27 CFR 26.11, 18 USC 8, and 26 USC 61 (A) (11).

The rules were followed. The Full Faith and Credit Guarantee issued by the United States Secretary of State, July 2015; Guaranteeing my protection and benefit, was given to the Secretary of Treasury, October 2015, to be held for my protection and benefit. A deposit of more than 14,294,000,000,020.⁰⁰ into the account, for my benefit, was made by the Secretary of Treasury; and Approved, January 2016, via Hilda Garcia, Supervisor, Secretary of Treasury's office.

Reliant on 27 CFR 26.11, 31 USC 3113, 18 USC 8, and 26 USC 61 (A) (11).

Gifts were given to the Secretary of Treasury to be used to reduce the public debt, in which the upside i.e. Overage from the gifts to the Secretary of Treasury, that was returned back to the Trusts identified within the Plaintiff's True Bill was Stolen by public officials identified as the Internal Revenue Service and or their agents; and is unaccounted for.

Reliant on 27 CFR 26.11, 31 USC 3113, 31 USC 3101(a) and (b), 18 USC 8, and 26 USC 61 (A)(11).

LET IT BE KNOWN, that being the Beneficiary of the account via the Secretary of Treasury, identified Supra, I have been entitled to the access of more than 14,294,000,000,000.00 outstanding at one time, since October 2015, as per 31 USC 3113 (a)(2)(d), that's on deposit with the Secretary of Treasury for my benefit; and being the Beneficiary, with Guaranteed protection by the United States Government since July 2015, I am entitled to the unrestricted liberty to give gifts to the Secretary of Treasury to be used to reduce the public debt as per 31 USC 3113; without being accused of a crime and without being seized and held against my will for following the rules;

And, I also have the right, not to become a victim of theft by deception via public officials, via Acts of Treason, and unlawful claims against me, under the guise of justice.

Being the Beneficiary of the Full Faith and Credit Guarantee, issued by the United States Government, that's Guaranteeing my protection and indemnity, I could have never been a flight risk to this United States Court, who's a Branch of the Same United States Government that's Guaranteeing my protection and indemnity, since July 2015.

In which, the public officials in this matter, and the Court(s) were AND are to ensure my Guaranteed protection as per the United States Government Full Faith and Credit Guarantee, Guaranteeing my protection Since July 2015, in lieu of causing injury; and waging war against the United States on American Soil via Acts of Treason.

The public officials in this matter, including the Plaintiff, have either been misled, misinformed, or simply wilful negligence regarding the facts; the rules; the grounds set forth; and the United States Government Full Faith and Credit Guarantee, Guaranteeing my protection Since July 2015; that was given to the Court for my protection on October 23, 2020; and has been on deposit with the Secretary of Treasury Since October 2015.

## MOTION

Reliant on the grounds set forth supra; Reliant on the United States Government Full Faith and Credit Guarantee, Guaranteeing my protection Since July 2015, that was given to the Court for my protection on October 23, 2020; and reliant on the 4th Amendment to the United States Constitution,

I motion this court to immediately and permanently vacate, cease, and desist all proceedings to this matter, including all criminal proceedings, which were in error, wrong, and unlawful from the onset; in violation to the 4th Amendment to the United States Constitution; and in violation to the United States Government Full Faith and Credit Guarantee, Guaranteeing my protection and benefit since July 2015; therefore, the proceedings are Acts of Treason;

And for this court to immediately and permanently Revoke the Detention Order, today, August 16, 2021, which is in violation to the 4th Amendment to the United States Constitution; and in violation to the United States Full Faith and Credit Guarantee, Guaranteeing my protection and benefit since July 2015; therefore, the Detention order is an Act of Treason, and has been and Act of Treason from the onset;

And for this court to set me at liberty today, August 16, 2021, free from all delay, and grant relief for the injuries caused.

RESPECTFULLY SUBMITTED, this 16, day of August, 2021



# RELIEF

I am requesting this court to grant relief as the following:

Full recovery for all property lost or seized in this matter; to be determined.

Permanently release of all liens from all property, including all liens from property identified as 1054 Morgan Garner Drive, Southwest, Lilburn, Georgia;

including release of all liens from me, the Beneficiary;

Full recovery for the 313 days mischaracter of justice; an amount to be determined.

Full recovery of the United States Full Faith and Credit Guarantee documents that were given to the court for my protection on October 23, 2020;

And, a Full acquittance and discharge for all purposes of this ENTIRE obligation.

RESPECTFULLY SUBMITTED, this 16, day of August, 2021.