## RELIEF CONTINUED

I AM requesting the U.S. Marshal's Service to accompany me, the Beneficiary, via non custodial transportation, free from shackles, free from chains, back to the BUTT'S COUNTY JAIL, "today," August 16, 2021, to recovery my personal property;

and the U.S. Marshal's Service shall remain present as the BUTT'S COUNTY JAIL immediately set me at liberty, "today," August 16, 2021, free from all delay;

and the U.S. Marshal's Service shall accompany me, via non custodial transportation, back to the Atlanta area, Mountain Park, in which I will exit and the U.S. Marshal Service will depart;

The U.S. Marshal's Service shall provide Lunch, etc., food, of my choice, not to exceed 500.00

I AM requesting full recovery of the fund unlawfully seized from WELLS FARGO BANK, N.A., between February 19, 2019, and July 2019, etc., in the amount of 1,800,000.00 plus interest since February 19, 2019, made payable today, August 16, 2021, to the Five (5) Trusts identified below; made payable to the order of:

1. Burgess Mattox Bey Investment Trust — 500,000.00
2. Marshana EL Investment Trust — 500,000.00
3. Kemohra' Investment Trust — 500,000.00
4. Burgess Mattox Bey Trust — 200,000.00
5. Nwatson Trust — 100,000.00