Fulton County Superior Court
\*\*\*EFILED\*\*\*QW
Date: 9/27/2017 3:21:44 PM
Cathelene Robinson, Clerk

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

Petitioner:  
Marquet Antwain Burgess Mattox

Civil Action No.: 2017CV293583

### FINAL DECREE CHANGING THE NAME OF AN ADULT

The above and foregoing Petition to Change Name coming on to be heard pursuant to law, and it appears that notice has been published pursuant to law and that no objections have been timely filed. Further, it appears that sufficient grounds exist for the granting of the relief prayed for in said Petition and that no reason appears showing why said prayers should not be granted. IT IS HEREBY DECREED:

1) That the name of the Petitioner, __Marquet Antwain Burgess Mattox__, shall be changed to __Marquet Antwain Burgess Mattox El__, and
2) That such name change shall not operate to authorize petitioner to fraudulently deprive another of any legal rights under the law.

SO ORDERED, this the 27th day of September, 2017.

_____  
JUDGE  
Superior Court  
Fulton County, Georgia



GEORGIA, FULTON COUNTY
I, DO CERTIFY THAT THE WITHIN AND FOREGOING IS A TRUE, COMPLETE AND CORRECT COPY OF THE ORIGINAL IN SAID CASE, AS APPEARS BY THE ORIGINAL ON FILE IN THE OFFICE OF THE CLERK OF FULTON SUPERIOR COURT, CONSISTING OF _____1_____ PAGES.
WITNESS MY HAND AND THE SEAL OF SAID COURT THIS THE __27__ DAY OF __September__, 20__17__

DEPUTY CLERK, FULTON SUPERIOR COURT
Cathelene Robinson
CLERK OF THE SUPERIOR COURT OF FULTON COUNTY, GEORGIA