
**Department of the Treasury**
**Internal Revenue Service**

**2888 WOODCOCK BLVD**
**STOP 308D**
**ATLANTA, GA 30341-4002**

BURGESS MATTOX BEY INVESTMENT TR
ASIM EL BEY TTEE
925B PEACHTREE ST NE NO 2160
ATLANTA, GA 30309

Date:
05/24/2021
Re: Your Inquiry dated

Taxpayer Identification number: *(last 4 digits)*
XX-XXX7505
Tax period:
2015

ATTN: MARQUET BURGESS MATTOX

I am notifying you that I am pursuing a Suit to Foreclose on the Notice of Federal Tax Lien (seize) for the property located at 1054 Morgan Garner Dr, Lilburn, GA 30047.

| Your telephone number: | Best time to call during normal working hours: |
|---|---|
| (470)719-6673 | 9:00 am to 2:30 pm |

| Your Signature | Title | Employee Number |
|---|---|---|
| S FREEMAN | REVENUE OFFICER | 1000250952 |



Form **5260** (Rev 7-2015)   Catalog Number 42403P   Department of the Treasury - Internal Revenue Service