UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION
AT ATHENS, GEORGIA

MINUTE SHEET
OF COURT PROCEEDINGS



Date: 8/16/2021                                              Hearing: Jury Trial, Day 1

Judge: Ashley Royal                                          Reporter: Tammy DiRocco

Courtroom Deputy: Nora Paul                                  Law Clerk: Matthew Hall

Case Number: 3:20-cr-44-CAR

USA                                                          Counsel: Lyndie Freeman/Jessica Kraft

V

Marquet Antwain Burgess Mattox                               Counsel: Pro-Se

*Disclaimer: Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record. Attorneys should contact the court reporter for an official transcript.*
Court time: 9:37-12:54/1:37-4:54=6 hrs 18 minutes

9:37 – Convene. Voir dire and jury selection. Opening remarks by the Court. Recess for lunch.
1:37 – Reconvene. Final matters by Govt and Deft before jury trial begins.
1:48 – Jury enters courtroom. Opening instructions to the jury.
2:00 – Govt opening.
2:07 – Deft opening.
2:32 – Govt calls 1st witness, Hannah Nguyen.
2:50 – Cross.
2:57 – Redirect.
2:58 – Recross.
3:00 – Govt calls 2nd witness, Renee McClain.
3:22 – Jury returns to jury room. Recess.
3:38 – Jury enters courtroom. Resume direct.
3:57 – Cross.
4:13 – Redirect.
4:14 – Recross.
4:17 – Govt calls 3rd witness, Kevin Keithley.
4:30 – Cross.
4:33 – Court instructions to the jury.
4:35 – Jury is recessed for the day.
4:36 – FD Catherine Williams' representation of Deft. Ms. Williams is dismissed from the case.
4:38 – Preadmission of Govt exhibits – records of Wells Fargo; Classic Cadillac; Haverty's Furniture; UPS mailbox. All admitted.
4:54 – Recess for the day. Resume 9:00 am tomorrow morning.