RECVD:210817AM1150MDG7-ATH

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:20-CR-44-CAR-CHW |
| v | |
| MARQUET ANTWAIN BURGESS MATTOX, | |
| aka MARQUET ANTWAIN BURGESS MATTOX EL, | |
| aka MARQUET BURGESS MATTOX, | |
| aka ASIM ASHINTA EL, | |
| aka ASIM EL BEY, | |
| Defendant | |

## MOTION FOR RELIEF FROM A FINAL JUDGEMENT, ORDER, OR PROCEEDING

I, being entitled to relief from a final judgement, order, or proceeding, under 28 USC Sec 60(b)(6), for the cause 3:20-CR-44-CAR-CHW and all additional case numbers to this matter identified as

page 1 of 3

| | |
|---|---|
| 3:20-CR-44-CAR1 | 3:20-cr-00044-CAR-CHW |
| 3:20-cr-44-001 (CAR) | 3:20-CR-044-CAR-CHW-1 |
| 3:20-CR-44-(CAR) | 3:20-cr-44-(CAR) |
| 3:20-CR-44-CAR | 3:20-cr-44-CAR |

and to include all additional unknown case numbers, etc.

Motion this court for relief and state the following grounds

## GROUNDS

Reliant on 18 USC 8

It establishes that all Bills, etc., drawn by or upon authorized officers of the United States and canceled United States stamps are obligation of the United States.

On the 17 day of September AD 2020, the Government's True Bill, which is a Bill, was drawn by i.e. signed by two authorized officers of the United States, via Lyndie M. Freeman, Assistant United States Attorney, and also by C. Auston, Deputy Clerk, therefore, establishing that the True Bill is an obligation of the United States.

Secondally, the True Bill is also bearing a canceled one cent United States stamp, additionally establishing the True Bill as an obligation of the United States.

Reliant on 27 CFR 26.11, 18 USC 8, and 31 USC 3113 (e)(2)(b) and (e)(1)(A),

Establishes that an obligation of the Government is redeemed and canceled once the obligation is given to the Government.

Reliant on 50 USC 4315 (B)(2) and 12 USC 2 Sec 95 (A)(b)(2),

Establishes, once the obligation, property has been delivered to the Government, there shall be a full acquittance and discharge for all purposes of the obligation, etc.

## CONCLUSION

The rules were followed; the obligation of the United States was given to the Government on October 23, 2020.

## MOTION

I motion this Court to honor the rules of the United States identified supra.

## RELIEF

Cancelation of the obligation; as per the rules; and full discharge, etc., as per the rules.

RESPECTFULLY SUBMITTED, this 17, day of August, 2021

 /s/ No Rg Wn



page 3 of 3