UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION
AT ATHENS, GEORGIA



MINUTE SHEET
OF COURT PROCEEDINGS

Date: 8/16/2021     Hearing: Pretrial Conference

Judge: Ashley Royal     Reporter: Tammy DiRocco

Courtroom Deputy: Nora Paul     Law Clerk: Matthew Hall

Case Number: 3:20-cr-44-CAR

USA     Counsel: Lyndie Freeman/Jessica Kraft

V

Marquet Antwain Burgess Mattox     Counsel: Pro-Se

*Disclaimer: Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record. Attorneys should contact the court reporter for an official transcript.*

Court time: Time included on Jury Trial, Day 1 Minute Sheet

9:37 – Opening remarks by the Court. The Court will tell the jury the Deft wishes to represent himself. Catherine Williams will be released from representing the Deft at the end of the day unless Deft requests her services. The Court will tell the jury if Deft chooses not to testify they cannot use it against him. Govt Exhibits. A copy of the indictment will be given to each juror when deliberations begin. Deft objects to the redacted indictment regarding the forfeiture. Overruled. Govt exhibits/summaries are in binders. 404(b) evidence. Puerto Rico documents. Voir dire jury strikes. Two Govt agents in the courtroom for complex case. Housekeeping procedures during the trial. Deft reads a portion of his new Motion for Relief from Final Judgment Order into the record.

12:03 – Hearing adjourned. Proceed to jury trial.