

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION
AT ATHENS, GEORGIA

MINUTE SHEET
OF COURT PROCEEDINGS

| | |
|---|---|
| Date: 8/17/2021 | Hearing: Jury Trial, Day 2 |
| Judge: Ashley Royal | Reporter: Tammy DiRocco |
| Courtroom Deputy: Nora Paul | Law Clerk: Matthew Hall |
| | Case Number: 3:20-cr-44-CAR |
| USA | Counsel: Lyndie Freeman/Jessica Kraft |
| V | |
| Marquet Antwain Burgess Mattox | Counsel: Pro-Se |

*Disclaimer: Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record. Attorneys should contact the court reporter for an official transcript.*

Court time: 9:05-4:26=5 hours 8 minutes

9:05 – Reconvene. Deft's new motions.
9:11 – Jury enters courtroom. Opening remarks by the Court.
9:14 – Govt calls 4th witness, Susan Freeman.
9:34 – Cross.
10:04 – Redirect.
10:10 – Recross.
10:21 – Jury returns to jury room. Recess.
10:40 – Jury enters courtroom. Continue recross.
10:49 – Govt calls 5th witness, Paule Natalie Clark.
11:00 – Cross.
11:12 – Redirect.
11:14 – Recross.
11:15 – Govt calls 6th witness, Jeron Clark.
12:18 – Jury returns to jury room. Govt inquires as to two individuals/possible Deft witnesses in the back of the courtroom. The Court inquires of Deft witnesses.
12:31 – Recess for lunch.
1:37 – Reconvene. Jury enters courtroom.
1:39 – Cross.
1:53 – Redirect.
1:55 – Recross.
2:03 – Govt rests. Deft's motions. Motion for Discovery denied. Motion for Judgment of Acquittal denied.
2:10 – Deft calls 1st witness, Jeron Clark.
2:27 – Cross.
2:30 – Jury returns to jury room. The Court questions the Deft re: right to testify. Deft will not testify.
2:36 – Recess.
2:53 – Reconvene. The Court questions Deft re: documents.
2:56 – Recess.
3:04 – Reconvene. Deft's exhibits.

3:23 – Deft rests.  Jury enters courtroom.  The Court addresses the jury re: closing arguments.  The jury is excused for the day.  Resume 9:00 am tomorrow morning.
3:27 – Proposed jury charges given to counsel and Deft.  Recess.
3:50 – Reconvene.  Jury charge conference.
4:26 – Trial is adjourned for the day.  Reconvene 9:00 am tomorrow morning.