UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION
AT ATHENS, GEORGIA

MINUTE SHEET
OF COURT PROCEEDINGS



| | |
|---|---|
| Date: 8/18/2021 | Hearing: Jury Trial, Day 3 |
| Judge: Ashley Royal | Reporter: Tammy DiRocco |
| Courtroom Deputy: Nora Paul | Law Clerk: Matthew Hall |
| | Case Number: 3:20-cr-44-CAR |
| USA | Counsel: Lyndie Freeman/Jessica Kraft |
| V | |
| Marquet Antwain Burgess Mattox | Counsel: Pro-Se |

*Disclaimer:  Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record.  Attorneys should contact the court reporter for an official transcript.*

Court time: 8:53-3:28=3 hrs 16 mins

8:53 – Reconvene.  Discussion of reopening the evidence.  How Deft will proceed during closing arguments.  Deft will not testify.  Deft requests continuance.  Denied.  Deft will be allowed additional time to research his evidence.
9:46 – Jury enters courtroom.  The jury is excused until 10:45.
9:48 – Recess.
10:45 – Reconvene.  Deft's evidence.
10:56 – Jury enters courtroom.  Govt closing.
11:29 – Jury returns to jury room.  Discussion of Deft's closing.
11:32 – Jury enters courtroom.  Deft closing.
12:01 – Govt final closing.
12:05 – Recess for lunch.
1:18 – Reconvene.  Jury enters courtroom.  Charge the Jury.
1:37 – Jury returns to jury room.  Discussion of indictment redaction.
1:55 – Recess.  Jury deliberations begin.
2:43 - Reconvene.  Jury question.
3:03 – Recess.  Jury deliberations resume.
3:24 – Reconvene.  Jury Verdict.  Jury enters courtroom.  Guilty all counts.  Sentencing set for December 16, 2021 in Athens.
3:28 – Jury returns to jury room and are excused.  Case concluded.