IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : No. 3:20-CR-44 (CAR) |
| MARQUET ANTWAIN BURGESS | : |
| MATTOX, a/k/a MARQUET | : |
| ANTWAIN BURGESS MATTOX EL, | : |
| a/k/a MARQUET BURGESS | : |
| MATTOX, a/k/a ASIM ASHUNTA | : |
| EL, a/k/a ASIM EL BEY, | : |
| | : |

## VERDICT

We, the jury, have reached the following conclusions:

### COUNTS ONE THROUGH NINE
### WIRE FRAUD

With respect to Count 1 of the Indictment, we the jury, find the Defendant, **MARQUET ANTWAIN BURGESS MATTOX,**

____X____ Guilty          _____ Not Guilty

With respect to Count 2 of the Indictment, we the jury, find the Defendant, **MARQUET ANTWAIN BURGESS MATTOX,**

____X____ Guilty          _____ Not Guilty

Page 1 of 5

With respect to Count 3 of the Indictment, we the jury, find the Defendant, **MARQUET ANTWAIN BURGESS MATTOX**,

_____X_____ Guilty             _____ Not Guilty

With respect to Count 4 of the Indictment, we the jury, find the Defendant, **MARQUET ANTWAIN BURGESS MATTOX**,

_____X_____ Guilty             _____ Not Guilty

With respect to Count 5 of the Indictment, we the jury, find the Defendant, **MARQUET ANTWAIN BURGESS MATTOX**,

_____X_____ Guilty             _____ Not Guilty

With respect to Count 6 of the Indictment, we the jury, find the Defendant, **MARQUET ANTWAIN BURGESS MATTOX**,

_____X_____ Guilty             _____ Not Guilty

With respect to Count 7 of the Indictment, we the jury, find the Defendant, **MARQUET ANTWAIN BURGESS MATTOX**,

_____X_____ Guilty             _____ Not Guilty

With respect to Count 8 of the Indictment, we the jury, find the Defendant, **MARQUET ANTWAIN BURGESS MATTOX**,

_____X_____ Guilty             _____ Not Guilty

With respect to Count 9 of the Indictment, we the jury, find the Defendant, **MARQUET ANTWAIN BURGESS MATTOX**,

_____X_____ Guilty             _____ Not Guilty

## COUNTS TEN THROUGH NINETEEN
## FALSE CLAIMS AGAINST THE UNITED STATES GOVERNMENT

With respect to Count 10 of the Indictment, we the jury, find the Defendant, **MARQUET ANTWAIN BURGESS MATTOX,**

    __X__ Guilty                    _____ Not Guilty

With respect to Count 11 of the Indictment, we the jury, find the Defendant, **MARQUET ANTWAIN BURGESS MATTOX,**

    __X__ Guilty                    _____ Not Guilty

With respect to Count 12 of the Indictment, we the jury, find the Defendant, **MARQUET ANTWAIN BURGESS MATTOX,**

    __X__ Guilty                    _____ Not Guilty

With respect to Count 13 of the Indictment, we the jury, find the Defendant, **MARQUET ANTWAIN BURGESS MATTOX,**

    __X__ Guilty                    _____ Not Guilty

With respect to Count 14 of the Indictment, we the jury, find the Defendant, **MARQUET ANTWAIN BURGESS MATTOX,**

    __X__ Guilty                    _____ Not Guilty

With respect to Count 15 of the Indictment, we the jury, find the Defendant, **MARQUET ANTWAIN BURGESS MATTOX,**

    __X__ Guilty                    _____ Not Guilty

With respect to Count 16 of the Indictment, we the jury, find the Defendant, **MARQUET ANTWAIN BURGESS MATTOX,**

\_\_\_\_X\_\_\_\_Guilty              _____Not Guilty

With respect to Count 17 of the Indictment, we the jury, find the Defendant, **MARQUET ANTWAIN BURGESS MATTOX,**

\_\_\_\_X\_\_\_\_Guilty              _____Not Guilty

With respect to Count 18 of the Indictment, we the jury, find the Defendant, **MARQUET ANTWAIN BURGESS MATTOX,**

\_\_\_\_X\_\_\_\_Guilty              _____Not Guilty

With respect to Count 19 of the Indictment, we the jury, find the Defendant, **MARQUET ANTWAIN BURGESS MATTOX,**

\_\_\_\_X\_\_\_\_Guilty              _____Not Guilty

## COUNT TWENTY
## THEFT OF GOVERNMENT FUNDS

With respect to Count 20 of the Indictment, we the jury, find the Defendant, **MARQUET ANTWAIN BURGESS MATTOX,**

\_\_\_\_ϕ\_\_\_\_Guilty              _____Not Guilty

SO SAY WE ALL, this __18th__ day of August, 2021.

_____
Foreperson

WE CONCUR: