**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MARQUET ANTWAIN BURGESS MATTOX** | **Case No.: 3:20-CR-44 (CAR)** |

**MOTION TO WITHDRAW AS STANDBY COUNSEL**

Comes now undersigned counsel, Catherine M. Williams, and moves this Court for leave to withdraw as standby counsel for Mr. Marquet Antwain Burgess Mattox. In support, it is stated:

On September 17, 2020, Mr. Mattox was charged in a twenty-count indictment. (Doc. 1). The Federal Defenders of the Middle District of Georgia, Inc. was appointed as standby counsel for Mattox on October 13, 2020. (Doc. 14). Prior standby counsel, Jared S. Westbroek, filed his notice of appearance as standby counsel for Mr. Mattox on October 21, 2020. (Doc. 20). The case was reassigned to undersigned counsel on April 21, 2021; and subsequently, counsel filed her notice of appearance as standby counsel for Mr. Mattox on April 27, 2021. (Doc. 32).

Following a jury trial, Mr. Mattox was found guilty on all counts. (Doc. 65). Accordingly, undersigned counsel and the Office of the Federal Defenders of the Middle District of Georgia, Inc. herein move this Court for leave to withdraw as standby counsel for Mr. Mattox because the instant case is now complete before this Court.

Wherefore, the undersigned counsel respectfully requests this Court to issue an order permitting her, along with the Office of the Federal Defenders of the Middle District of Georgia, Inc., to be withdrawn as standby counsel for Mr. Mattox in the above-styled case.

Dated this 19th day of August, 2021.

        Respectfully submitted,

        <u>S/ Catherine M. Williams</u>
        CATHERINE M. WILLIAMS
        Ga. Bar No. 444752

        Federal Defenders of the
        Middle District of Georgia, Inc.
        440 Martin Luther King, Jr. Blvd.
        Suite 400
        Macon, Georgia 31201
        Tel: (478) 743-4747
        Fax: (478) 207-3419
        Email: catherine_m_williams@fd.org

## CERTIFICATE OF SERVICE

I, Catherine M. Williams, hereby certify that, on August 19, 2021, I electronically filed the foregoing *Motion to Withdraw as Standby Counsel* with the clerk of Court using the CM/ECF system which will send notification of such to all counsel of record.

        <u>S/ Catherine M. Williams</u>
        CATHERINE M. WILLIAMS
        Ga. Bar No. 444752

        Federal Defenders of the
        Middle District of Georgia, Inc.
        440 Martin Luther King, Jr. Blvd.
        Suite 400
        Macon, Georgia 31201
        Tel: (478) 743-4747
        Fax: (478) 207-3419
        Email: catherine_m_williams@fd.org