IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | |
| | : | No. 3:20-CR-44 (CAR) |
| MARQUET ANTWAIN BURGESS MATTOX, a/k/a MARQUET ANTWAIN BURGESS MATTOX EL, a/k/a MARQUET BURGESS MATTOX, a/k/a ASIM ASHUNTA EL, a/k/a ASIM EL BEY, | : : : : : : : | |
| _____ | : | |

### ORDER ON MOTION TO WITHDRAW AS STANDBY COUNSEL

Before the Court is Catherine Williams's Motion to Withdraw as Standby Counsel [Doc. 65]. This Motion is **DENIED** because Defendant may require Ms. Williams' assistance during the sentencing process. The Defendant may contact Ms. Williams by phone at 478-743-4747 or by mail at:

CATHERINE M WILLIAMS
FEDERAL DEFENDERS OF MD GA
440 MLK JR BLVD STE 400
MACON, GA 31201

**SO ORDERED,** this 24th day of August, 2021.

S/ C. Ashley Royal_____
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT