UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
MIDDLE DISTRICT OF GEORGIA
115 East Hancock Avenue

ATHENS, GEORGIA 30601

DAVID W. BUNT, Clerk
Telephone: (478) 752-3497
Facsimile: (478) 738-6327

OFFICES
ALBANY 31701
ATHENS 30601
COLUMBUS 31902
MACON 31202
VALDOSTA 31601

August 25, 2021

MARQUET ANTWAIN BURGESS MATTOX
BUTTS COUNTY DETENTION CENTER
835 ERNEST BILES DRIVE
JACKSON, GA 30233

RE: 3:20-cr-44
USA v. Mattox

Dear Mr. Mattox:

Please make arrangements for someone to retrieve your clothing, along with the binders of exhibits and other documents provided to you during your recent jury trial. The items are located in the Athens Clerk's Office at the above address. You may provide my direct dial telephone number to the individual who will be picking up these items, 706-286-1212.

Your prompt attention to this matter will be greatly appreciated.

Sincerely,

Gail Sellers
Case Administrator