DEFT'S EXHIBIT SHEET

Jury Trial held before Judge Ashley Royal in Athens 8/16/2021-8/18/2021

Case No: 3:20-cr-44-CAR

USA

v

Marquet Antwain Burgess Mattox

N/A = Identified Not Admitted

| NUMBER | DESCRIPTION | IDENTIFIED | ADMITTED |
|--------|-------------|------------|----------|
| D8 | Final decree of adult name change | 8/18/2021 | 8/18/2021 |
| D7 | 18 USC 8 – obligation or other security of the US | 8/16/2021 | N/A |
| D6 | 31 USC 3101 – public debt limit | 8/16/2021 | N/A |
| D4 | Indictment against Deft | 8/16/2021 | N/A |
| D1 | Dept of State certification | 8/16/2021 | N/A |
| D2 | State of GA certificate of live birth | 8/16/2021 | N/A |
| D5 | 31 USC 3113 – accepting gifts | 8/16/2021 | N/A |