*3:20-cr-44-CAR*
*USA v Marquet Mattox*

Fulton County Superior Court
\*\*\*EFILED\*\*\*QW
Date: 9/27/2017 3:21:44 PM
Cathelene Robinson, Clerk

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

Petitioner:
<u>Marquet Antwain Burgess Mattox</u>

Civil Action No.: 2017CV293583

### FINAL DECREE CHANGING THE NAME OF AN ADULT

The above and foregoing Petition to Change Name coming on to be heard pursuant to law, and it appears that notice has been published pursuant to law and that no objections have been timely filed. Further, it appears that sufficient grounds exist for the granting of the relief prayed for in said Petition and that no reason appears showing why said prayers should not be granted. IT IS HEREBY DECREED:

1) That the name of the Petitioner, **Marquet Antwain Burgess Mattox**, shall be changed to **Marquet Antwain Burgess Mattox El**, and
2) That such name change shall not operate to authorize petitioner to fraudulently deprive another of any legal rights under the law.

SO ORDERED, this the *27th* day of *September*, 20*17*.

_____
JUDGE
Superior Court
Fulton County, Georgia





DEFENDANT'S EXHIBIT
D8
8-18-2021