

GOVERNMENT EXHIBIT 1

USAO_027007



USAO_027046