

**United States**     **of America**

### Department of the Treasury
### Internal Revenue Service

Date: August 2, 2021

### CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true copy of Form 1041, U.S. Income Tax Return for Estates and Trusts, for Burgess Mattox Bey Trust, Business Entity Number 98-6078936, for the tax year 2015, consisting of sixteen (16) pages ————————

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By the direction of the Secretary of the Treasury:

Jay Elton
Supervisory Investigative Analyst
Internal Revenue Service-Criminal Investigation
Delegation Order 11-5





GOVERNMENT
EXHIBIT
3-10

Catalog Number 19002E
RAM 08/02/2021

*U.S. GPO: 1997-417-690/61741

Form **2866** (Rev. 09-97)
USAO-029657

USAO-029658

17244014034007

1512

# Form 1041

**Department of the Treasury-Internal Revenue Service**

## U.S. Income Tax Return for Estates and Trusts

**2015**   OMB No. 1545-0092

▶ Information about Form 1041 and its separate instructions is at www.irs.gov/form1041.

**A** Check all that apply:

- [ ] Decedent's estate
- [ ] Simple trust
- [X] Complex trust
- [ ] Qualified disability trust
- [ ] ESBT (S portion only)
- [ ] Grantor type trust
- [ ] Bankruptcy estate-Ch. 11
- [ ] Bankruptcy estate-Ch. 7
- [ ] Pooled income fund

For calendar year 2015 or fiscal year beginning                    , and ending

Name of estate or trust (If a grantor type trust, see the instructions.)

**BURGESS MATTOX BEY TRUST**

Name and title of fiduciary

**Asim El Bey , Trustee**

Number, street, and room or suite no. (If a P.O. box, see the instructions.)

**2625 Piedmont Road Northeast Ste. Ste 56-5**

City or town, state or province, country, and ZIP or foreign postal code

**Atlanta, GA 30324**

**C** Employer identification number
**98-6078936**

**D** Date entity created
**07/08/2015**

**E** Nonexempt charitable and split-interest trusts, check applicable box(es), see instructions.

- [ ] Described in sec. 4947(a)(1). Check here if not a private foundation . . . ▶
- [ ] Described in sec. 4947(a)(2)

**F** Check applicable boxes:
- [X] Initial return
- [ ] Final return
- [ ] Amended return
- [ ] Change in trust's name
- [ ] Change in fiduciary
- [ ] Change in fiduciary's name
- [ ] Change in fiduciary's address

**B** Number of Schedules K-1 attached (see instructions) ▶ **1**

- [ ] Net operating loss carryback
- [ ] Trust TIN ▶

**G** Check here if the estate or filing trust made a section 645 election . . . . . . . . ▶

### Income

| | | | |
|---|---|---|---|
| 1 | Interest income . . . . . . . . . . . . . . . | **1** | 23,421,837. |
| 2a | Total ordinary dividends . . . . . . . . . . | **2a** | |
| b | Qualified dividends allocable to: **(1)** Beneficiaries _____ **(2)** Estate or trust _____ | | |
| 3 | Business income or (loss). Attach Schedule C or C-EZ (Form 1040) | **3** | |
| 4 | Capital gain or (loss). Attach Schedule D (Form 1041) | **4** | |
| 5 | Rents, royalties, partnerships, other estates and trusts, etc. Attach Schedule E (Form 1040) | **5** | |
| 6 | Farm income or (loss). Attach Schedule F (Form 1040) | **6** | |
| 7 | Ordinary gain or (loss). Attach Form 4797 | **7** | |
| 8 | Other income. List type and amount | **8** | |
| 9 | **Total income.** Combine lines 1, 2a, and 3 through 8 | **9** | 23,421,837. |

INTERNAL REVENUE SERVICE
RECEIVED
JAN 13 2017
BATCHING UNIT
COVINGTON, KY

### Deductions

| | | | |
|---|---|---|---|
| 10 | Interest. Check if Form 4952 is attached ▶ [ ] | **10** | |
| 11 | Taxes . . . . . . . . . . . . . . . . . . . . . . | **11** | 517. |
| 12 | Fiduciary fees . . . . . . . . . . . . . . . . . | **12** | |
| 13 | Charitable deduction (from Schedule A, line 7) . . | **13** | |
| 14 | Attorney, accountant, and return preparer fees . . | **14** | |
| 15a | Other deductions **not** subject to the 2% floor (attach schedule) | **15a** | |
| b | Net operating loss deduction (see instructions) . . | **15b** | |
| c | Allowable miscellaneous itemized deductions subject to the 2% floor | **15c** | |
| 16 | Add lines 10 through 15c . . . . . . . . . . . | **16** | |
| 17 | Adjusted total income or (loss). Subtract line 16 from line 9 | **17** | 23,421,837. |
| 18 | Income distribution deduction (from Schedule B, line 15). Attach Schedules K-1 (Form 1041) | **18** | |
| 19 | Estate tax deduction including certain generation-skipping taxes (attach computation) | **19** | |
| 20 | Exemption . . . . . . . . . . . . . . . . . . . | **20** | 100. |
| 21 | Add lines 18 through 20 . . . . . . . . . . . . | **21** | 100. |
| 22 | Taxable income. Subtract line 21 from line 17. If a loss, see instructions | **22** | 23,421,737. |

### Tax and Payments

| | | | |
|---|---|---|---|
| 23 | **Total tax** (from Schedule G, line 7) . . . . . | **23** | 10,162,876. |
| 24 | **Payments: a** 2015 estimated tax payments and amount applied from 2014 return | **24a** | |
| b | Estimated tax payments allocated to beneficiaries (from Form 1041-T) | **24b** | |
| c | Subtract line 24b from line 24a . . . . . . . . | **24c** | |
| d | Tax paid with Form 7004 (see instructions) . . . | **24d** | |
| e | Federal income tax withheld. If any is from Form(s) 1099, check ▶ [X] | **24e** | 23,421,000. |
| | Other payments: **f** Form 2439 _____ ; **g** Form 4136 _____ ; Total ▶ | **24h** | |
| 25 | **Total payments.** Add lines 24c through 24e, and 24h . . . . . . . . . | **25** | 23,421,000. |
| 26 | Estimated tax penalty (see instructions) . . . . | **26** | |
| 27 | **Tax due.** If line 25 is smaller than the total of lines 23 and 26, enter amount owed | **27** | |
| 28 | **Overpayment.** If line 25 is larger than the total of lines 23 and 26, enter amount overpaid | **28** | 13,258,124. |
| 29 | Amount of line 28 to be: **a** Credited to 2016 estimated tax ▶ _____ ; **b** Refunded ▶ | **29** | 13,258,124. |

### Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ *Asim El Bey*
Signature of fiduciary or officer representing fiduciary

Date: 09th January, 2017

EIN of fiduciary if a financial institution

May the IRS discuss this return with the preparer shown below (see instr.)? [ ] Yes [ ] No

### Paid Preparer Use Only

| Print/Type preparer's name | Preparer's signature | Date | Check [ ] if self-employed | PTIN |
|---|---|---|---|---|
| Firm's name ▶ | | | Firm's EIN ▶ | |
| Firm's address ▶ | | | Phone no. | |

For Paperwork Reduction Act Notice, see the separate instructions.

UYA

Form **1041** (2015)

20

USAO-029659

Form 1041 (2015)  **BURGESS MATTOX BEY TRUST**          98-6078936          Page **2**

### Schedule A   Charitable Deduction. Do not complete for a simple trust or a pooled income fund.

| | | |
|---|---|---|
| 1 | Amounts paid or permanently set aside for charitable purposes from gross income (see instructions) | 1 | |
| 2 | Tax-exempt income allocable to charitable contributions (see instructions) | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | |
| 4 | Capital gains for the tax year allocated to corpus and paid or permanently set aside for charitable purposes. | 4 | |
| 5 | Add lines 3 and 4 | 5 | |
| 6 | Section 1202 exclusion allocable to capital gains paid or permanently set aside for charitable purposes (see instructions) | 6 | |
| 7 | **Charitable deduction.** Subtract line 6 from line 5. Enter here and on page 1, line 13 | 7 | |

### Schedule B   Income Distribution Deduction

| | | |
|---|---|---|
| 1 | Adjusted total income (see instructions) | 1 | 23,421,837. |
| 2 | Adjusted tax-exempt interest | 2 | |
| 3 | Total net gain from Schedule D (Form 1041), line 19, column (1) (see instructions) | 3 | |
| 4 | Enter amount from Schedule A, line 4 (minus any allocable section 1202 exclusion). | 4 | |
| 5 | Capital gains for the tax year included on Schedule A, line 1 (see instructions). | 5 | |
| 6 | Enter any gain from page 1, line 4, as a negative number. If page 1, line 4, is a loss, enter the loss as a positive number | 6 | |
| 7 | **Distributable net income.** Combine lines 1 through 6. If zero or less, enter -0-. | 7 | 23,421,837. |
| 8 | If a complex trust, enter accounting income for the tax year as determined under the governing instrument and applicable local law | 8 | 23,421,837. |
| 9 | Income required to be distributed currently | 9 | |
| 10 | Other amounts paid, credited, or otherwise required to be distributed | 10 | |
| 11 | Total distributions. Add lines 9 and 10. If greater than line 8, see instructions. | 11 | |
| 12 | Enter the amount of tax-exempt income included on line 11 | 12 | |
| 13 | Tentative income distribution deduction. Subtract line 12 from line 11. | 13 | |
| 14 | Tentative income distribution deduction. Subtract line 2 from line 7. If zero or less, enter -0-. | 14 | 23,421,837. |
| 15 | **Income distribution deduction.** Enter the smaller of line 13 or line 14 here and on page 1, line 18 | 15 | |

### Schedule G   Tax Computation (see instructions)

| | | |
|---|---|---|
| 1 Tax: a | Tax on taxable income (see instructions) | 1a | 9,273,317. |
| b | Tax on lump-sum distributions. Attach Form 4972 | 1b | |
| c | Alternative minimum tax (from Schedule I (Form 1041), line 56). | 1c | |
| d | **Total.** Add lines 1a through 1c | 1d | 9,273,317. |
| 2a | Foreign tax credit. Attach Form 1116 | 2a | |
| b | General business credit. Attach Form 3800 | 2b | |
| c | Credit for prior year minimum tax. Attach Form 8801 | 2c | |
| d | Bond credits. Attach Form 8912 | 2d | |
| e | **Total credits.** Add lines 2a through 2d | 2e | |
| 3 | Subtract line 2e from line 1d. If zero or less, enter -0- | 3 | 9,273,317. |
| 4 | Net investment income tax from Form 8960, line 21. | 4 | 889,559. |
| 5 | Recapture taxes. Check if from: ☐ Form 4255 ☐ Form 8611 | 5 | |
| 6 | Household employment taxes. Attach Schedule H (Form 1040) | 6 | |
| 7 | **Total tax.** Add lines 3 through 6. Enter here and on page 1, line 23 | 7 | 10,162,876. |

### Other Information

| | | Yes | No |
|---|---|---|---|
| 1 | Did the estate or trust receive tax-exempt income? If "Yes," attach a computation of the allocation of expenses. Enter the amount of tax-exempt interest income and exempt-interest dividends ▶ $ | | X |
| 2 | Did the estate or trust receive all or any part of the earnings (salary, wages, and other compensation) of any individual by reason of a contract assignment or similar arrangement? | | X |
| 3 | At any time during calendar year 2015, did the estate or trust have an interest in or a signature or other authority over a bank, securities, or other financial account in a foreign country? See the instructions for exceptions and filing requirements for FinCEN Form 114. If "Yes," enter the name of the foreign country ▶ | | X |
| 4 | During the tax year, did the estate or trust receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the estate or trust may have to file Form 3520. See instructions | | X |
| 5 | Did the estate or trust receive, or pay, any qualified residence interest on seller-provided financing? If "Yes," see the instructions for required attachment | | X |
| 6 | If this is an estate or a complex trust making the section 663(b) election, check here (see instructions) ▶ ☐ | | |
| 7 | To make a section 643(e)(3) election, attach Schedule D (Form 1041), and check here (see instructions) ▶ ☐ | | |
| 8 | If the decedent's estate has been open for more than 2 years, attach an explanation for the delay in closing the estate, and check here ▶ ☐ | | |
| 9 | Are any present or future trust beneficiaries skip persons? See instructions. | | X |

Form **1041** (2015)

UYA

USAO-029661

USAO-029662

Form **8960**

Department of the Treasury
Internal Revenue Service (99)

## Net Investment Income Tax -
## Individuals, Estates, and Trusts

▶ Attach to your tax return.
▶ Information about Form 8960 and its separate instructions is at *www.irs.gov/form8960.*

OMB No. 1545-2227

**2015**

Attachment
Sequence No. **72**

Name(s) shown on your tax return
BURGESS MATTOX BEY TRUST

Your social security number or EIN
98-6078936

**Part I** Investment Income

☐ Section 6013(g) election (see instructions)
☐ Section 6013(h) election (see instructions)
☐ Regulations section 1.1411-10(g) election (see instructions)

| | | | | |
|---|---|---|---|---|
| 1 | Taxable interest (see instructions) | | 1 | 23,421,837. |
| 2 | Ordinary dividends (see instructions) | | 2 | |
| 3 | Annuities (see instructions) | | 3 | |
| 4a | Rental real estate, royalties, partnerships, S corporations, trusts, etc. (see instructions) | 4a | | |
| b | Adjustment for net income or loss derived in the ordinary course of a non-section 1411 trade or business (see instructions) | 4b | | |
| c | Combine lines 4a and 4b. | | 4c | |
| 5a | Net gain or loss from disposition of property (see instructions) | 5a | | |
| b | Net gain or loss from disposition of property that is not subject to net investment income tax (see instructions) | 5b | | |
| c | Adjustment from disposition of partnership interest or S corporation stock (see instructions) | 5c | | |
| d | Combine lines 5a through 5c | | 5d | |
| 6 | Adjustments to investment income for certain CFCs and PFICs (see instructions) | | 6 | |
| 7 | Other modifications to investment income (see instructions) | | 7 | |
| 8 | Total investment income. Combine lines 1, 2, 3, 4c, 5d, 6, and 7 | | 8 | 23,421,837. |

**Part II** Investment Expenses Allocable to Investment Income and Modifications

| | | | | |
|---|---|---|---|---|
| 9a | Investment interest expenses (see instructions) | 9a | | |
| b | State, local, and foreign income tax (see instructions) | 9b | | |
| c | Miscellaneous investment expenses (see instructions) | 9c | | |
| d | Add lines 9a, 9b, and 9c | | 9d | |
| 10 | Additional modifications (see instructions) | | 10 | |
| 11 | Total deductions and modifications. Add lines 9d and 10 | | 11 | |

**Part III** Tax Computation

| | | | | |
|---|---|---|---|---|
| 12 | Net investment income. Subtract Part II, line 11 from Part I, line 8. Individuals complete lines 13 - 17. Estates and trusts complete lines 18a - 21. If zero or less, enter -0- | | 12 | 23,421,837. |
| | **Individuals:** | | | |
| 13 | Modified adjusted gross income (see instructions) | 13 | | |
| 14 | Threshold based on filing status (see instructions) | 14 | | |
| 15 | Subtract line 14 from line 13. If zero or less, enter -0- | 15 | | |
| 16 | Enter the smaller of line 12 or line 15. | | 16 | |
| 17 | Net investment income tax for individuals. Multiply line 16 by 3.8% (.038). **Enter here and include on your tax return** (see instructions). | | 17 | |
| | **Estates and Trusts:** | | | |
| 18a | Net investment income (line 12 above) | 18a | 23,421,837. | |
| b | Deductions for distributions of net investment income and deductions under section 642(c) (see instructions) | 18b | | |
| c | Undistributed net investment income. Subtract line 18b from 18a (see instructions). If zero or less, enter -0- | 18c | 23,421,837. | |
| 19a | Adjusted gross income (see instructions) | 19a | 23,421,737. | |
| b | Highest tax bracket for estates and trusts for the year (see instructions) | 19b | 12,300. | |
| c | Subtract line 19b from line 19a. If zero or less, enter -0- | 19c | 23,409,437. | |
| 20 | Enter the smaller of line 18c or line 19c | | 20 | 23,409,437. |
| 21 | Net investment income tax for estates and trusts. Multiply line 20 by 3.8% (.038). **Enter here and include on your tax return** (see instructions) | | 21 | 889,559. |

Form **8960** (2015)

For Paperwork Reduction Act Notice, see your tax return instructions.

UYA

USAO-029663

USAO-029664

661113

| | | |
|---|---|---|
| ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0092 |

**Schedule K-1**
**(Form 1041)**
Department of the Treasury
Internal Revenue Service

**2015**

For calendar year 2015,
or tax year beginning _____
and ending _____

## Beneficiary's Share of Income, Deductions, Credits, etc.
▶ See Instructions.

| Part III | Beneficiary's Share of Current Year Income, Deductions, Credits, and Other Items | |
|---|---|---|
| **1** Interest income | **11** Final year deductions | |
| **2a** Ordinary dividends | | |
| **2b** Qualified dividends | | |
| **3** Net short-term capital gain | | |
| **4a** Net long-term capital gain | | |
| **4b** 28% rate gain | **12** Alternative minimum tax adjustment | |
| **4c** Unrecaptured section 1250 gain | | |
| **5** Other portfolio and nonbusiness income | | |
| **6** Ordinary business income | | |
| **7** Net rental real estate income | | |
| **8** Other rental income | **13** Credits and credit recapture | |
| **9** Directly apportioned deductions | | |
| | **14** Other information | |
| **10** Estate tax deduction | | |

### Part I  Information About the Estate or Trust

**A** Estate's or trust's employer identification number
98-6078936

**B** Estate's or trust's name
BURGESS MATTOX BEY TRUST

**C** Fiduciary's name, address, city, state, and ZIP code
Asim El Bey
2625 Piedmont Road Northeast
Ste 56-507
Atlanta, GA 30324

**D** ☐ Check if Form 1041-T was filed and enter the date it was filed
_____

**E** ☐ Check if this is the final Form 1041 for the estate or trust

### Part II  Information About the Beneficiary

**F** Beneficiary's identifying number
32-6398869

**G** Beneficiary's name, address, city, state, and ZIP code
BURGESS MATTOX MARQUET ANWATIN E

2625 Piedmont Road NE Suite 56-5
Atlanta, GA 30324

*See attached statement for additional information.

**Note.** A statement must be attached showing the beneficiary's share of income and directly apportioned deductions from each business, rental real estate, and other rental activity.

For IRS Use Only

**H** ☐ Domestic beneficiary   ☒ Foreign beneficiary

For Paperwork Reduction Act Notice, see the Instructions for Form 1041.
UYA

Schedule K-1 (Form 1041) 2015

USAO-029666

Comments for Schedule K-1 - BURGESS MATTOX MARQUET ANWATIN ESTATE

This line is to short

USAO-029667

USAO-029668

U.S. POSTAGE
PAID
WATKINSVILLE, GA
30677
JAN 09, 17
AMOUNT

**$4.45**

R2305K13801-20



45999

1000

7015 1520 0003 4621 0870

to
Department of the Treasury
Internal Revenue Service
Cincinnati, OH 45999-0048

USAO-029669

x 507
ad Northeast
[303324]

FIRST CLASS

USAO-029670



CERTIFIED MAIL®

7015 1520 0003 4621 0870

01/03/2017

FIRST CLASS

from
**BURGESS MATTOX BEY TRUST®**
c/o Private Mailbox 507
2625 Piedmont Road Northeast
Suite 56
Atlanta, Georgia [30324]

USAO-029671

USAO-029672

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 1 Original Issue discount for 2015 | OMB No. 1545-0117 | Original Issue Discount |
|---|---|---|---|
| **Marquet A Mattox** | $ 2,532,600.00 | | |
| c/o 2625 Piedmont Road Northeast | 2 Other periodic interest | 2015 | |
| Suite 56-507 | | Form **1099-OID** | |
| Atlanta, Georgia near[30324] | $ | | |
| | 3 Early withdrawal penalty | 4 Federal income tax withheld | Copy B |
| PAYER'S federal identification number | RECIPIENT'S identification number | $ | $ 2,532,600.00 | |
| | | | For Recipient |
| 25-9553048 | 98-6078936 | 5 Market discount | 6 Acquisition premium | |
| RECIPIENT'S name | | $ | $ | |
| **BURGESS MATTOX BEY TRUST®** | 7 Description | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| Street address (including apt. no.) | Financial Asset transferred to settle debt Instrument(s) for Expenditures via KEMAHRA' INVESTMENT TRUST | |
| Private Mailbox 507 2625 Piedmont Road Northeast, Suite 56 | 8 Original Issue discount on U.S. Treasury obligations | |
| City or town, state or province, country, and ZIP or foreign postal code | $ | |
| Atlanta, Georgia near[30324] | 9 Investment expenses | * This may not be the correct figure to report on your income tax return. See instructions on the back. | |
| | FATCA filing requirement ☐ | $ | |
| Account number (see instructions) | 10 State | 11 State identification no. | 12 State tax withheld | |
| MABM-03191972-SA-01 | | $ | |
| | | | $ | |

www.irs.gov/form1099oid            Department of the Treasury - Internal Revenue Service

USAO-029674

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 1 Original issue discount for 2015* | OMB No. 1545-0117 | Original Issue Discount |
|---|---|---|---|
| **Marquet A Mattox** | $ 4,881,000.00 | **20**15 | |
| c/o 2625 Piedmont Road Northeast | 2 Other periodic interest | | |
| **Suite 56-507** | | Form **1099-OID** | |
| **Atlanta, Georgia near[30324]** | $ | | |
| | 3 Early withdrawal penalty | 4 Federal income tax withheld | **Copy B** |
| PAYER'S federal identification number | RECIPIENT'S identification number | $ | $ 4,881,000.00 |
| | | 5 Market discount | 6 Acquisition premium | **For Recipient** |
| **25-9553048** | **98-6078936** | $ | $ |
| RECIPIENT'S name | | 7 Description | |
| **BURGESS MATTOX BEY TRUST®** | | **Financial Asset transferred to settle debt instrument for Expenditures via BURGESS MATTOX BEY INVESTMENT TRUST** | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| Street address (including apt. no.) | | | |
| **Private Mailbox 507** | | | |
| **2625 Piedmont Road Northeast, Suite 56** | | 8 Original issue discount on U.S. Treasury obligations* | |
| City or town, state or province, country, and ZIP or foreign postal code | | | |
| **Atlanta, Georgia near[30324]** | | | |
| | FATCA filing requirement ☐ | 9 Investment expenses | * This may not be the correct figure to report on your income tax return. See instructions on the back. |
| | | $ | |
| Account number (see instructions) | | 10 State | 11 State identification no. | 12 State tax withheld |
| **MABM-03191972-SA-01** | | | $ |
| | | | $ |

Department of the Treasury - Internal Revenue Service

USAO-029676

USAO-029676

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 1 Original issue discount for 2015* | OMB No. 1545-0117 | |
|---|---|---|---|
| **Marquet A Mattox** | $ 150,000.00 | | **Original Issue Discount** |
| C/o 2625 Piedmont Road Northeast | 2 Other periodic interest | **2015** | |
| Suite 56-507 | $ | Form **1099-OID** | |
| Atlanta, Georgia near[30324] | 3 Early withdrawal penalty | 4 Federal income tax withheld | **Copy B** |

| PAYER'S federal identification number | RECIPIENT'S identification number | | |
|---|---|---|---|
| | | $ | $ 150,000.00 |
| 25-9553048 | 98-6078936 | 5 Market discount | 6 Acquisition premium | **For Recipient** |

| RECIPIENT'S name | | 7 Description | |
|---|---|---|---|
| **BURGESS MATTOX BEY TRUST®** | | Financial Asset transferred to settle debt Instrument(s) for Expenditures via NYCHOLAS KEMAHRA' BEY | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |

Street address (including apt. no.)
Private Mailbox 507
2625 Piedmont Road Northeast, Suite 56

City or town, state or province, country, and ZIP or foreign postal code
Atlanta, Georgia near[30324]

8 Original issue discount on U.S. Treasury obligations*
$

| | FATCA filing requirement ☐ | 9 Investment expenses | * This may not be the correct figure to report on your income tax return. See instructions on the back. |
|---|---|---|---|
| | | $ | |

| Account number (see instructions) | 10 State | 11 State identification no. | 12 State tax withheld |
|---|---|---|---|
| | | | $ |
| MABM-03191972-SA-01 | | | $ |

www.irs.gov/form1099oid        Department of the Treasury - Internal Revenue Service

USAO-029678

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 1 Original issue discount for 2015* | OMB No. 1545-0117 | |
|---|---|---|---|
| **Marquet A Mattox**<br><br>c/o 2625 Piedmont Road Northeast<br><br>Suite 56-507<br><br>Atlanta, Georgia near[30324] | $ 463,000.00 | 2015 | **Original Issue Discount** |
| | 2 Other periodic interest | Form **1099-OID** | |
| | $ | | |
| | 3 Early withdrawal penalty | 4 Federal income tax withheld | Copy B |
| PAYER'S federal identification number | RECIPIENT'S identification number | $ | $ 463,000.00 | |
| 25-9553048 | 98-6078936 | 5 Market discount | 6 Acquisition premium | For Recipient |
| | | $ | $ | |
| RECIPIENT'S name<br><br>**BURGESS MATTOX BEY TRUST®** | 7 Description<br>**Financial Asset transferred to settle debt instrument for Expenditures via NYCHOLAS KEMAHRA' BEY** | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| Street address (including apt. no.)<br>**Private Mailbox 507**<br>**2625 Piedmont Road Northeast, Suite 56** | 8 Original issue discount on U.S. Treasury obligations* | |
| City or town, state or province, country, and ZIP or foreign postal code<br>**Atlanta, Georgia near[30324]** | $ | |
| | FATCA filing requirement<br>☐ | 9 Investment expenses | * This may not be the correct figure to report on your income tax return. See instructions on the back. |
| | | $ | |
| Account number (see instructions)<br>**MABM-03191972-SA-01** | 10 State | 11 State identification no. | 12 State tax withheld |
| | | $ | $ |

www.irs.gov/form1099old    Department of the Treasury – Internal Revenue Service

USAO-029680

☐ **CORRECTED** (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 1 Original issue discount for 2015* | OMB No. 1545-0117 | |
|---|---|---|---|
| **Marquet A Mattox** | $ **12,475,000.00** | | **Original Issue Discount** |
| c/o 2625 Piedmont Road Northeast | 2 Other periodic interest | 20**15** | |
| Suite 56-507 | | | |
| Atlanta, Georgia near[30324] | $ | Form **1099-OID** | |
| PAYER'S federal identification number | RECIPIENT'S identification number | 3 Early withdrawal penalty | 4 Federal income tax withheld | **Copy B** |
| | | $ | $ **12,475,000.00** | |
| 25-9553048 | 98-6078936 | 5 Market discount | 6 Acquisition premium | **For Recipient** |
| | | $ | $ | |

RECIPIENT'S name

**BURGESS MATTOX BEY TRUST®**

Street address (including apt. no.)

**Private Mailbox 507**
**2625 Piedmont Road Northeast, Suite 56**

City or town, state or province, country, and ZIP or foreign postal code

**Atlanta, Georgia near[30324]**

7 Description

**Financial Asset transferred to settle debt Instrument(s) for Expenditures via BURGESS MATTOX BEY INVESTMENT TRUST**

8 Original issue discount on U.S. Treasury obligations*

$

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

9 Investment expenses

$

* This may not be the correct figure to report on your income tax return. See instructions on the back.

| FATCA filing requirement ☐ | 10 State | 11 State identification no. | 12 State tax withheld |
|---|---|---|---|
| | | $ | |
| | | $ | |

Account number (see instructions)

**MABM-03191972-SA-01**

www.irs.gov/form1099oid     Department of the Treasury - Internal Revenue Service

USAO-02968

USAO-029682

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 1 Original issue discount for 2015* | OMB No. 1545-0117 | Original Issue |
|---|---|---|---|
| Marquel A Mattox | $ 150,000.00 | 2015 | Discount |
| c/o 2625 Piedmont Road Northeast | 2 Other periodic interest | Form 1099-OID | |
| Suite 56-507 | $ | | |
| Atlanta, Georgia near[30324] | 3 Early withdrawal penalty | 4 Federal income tax withheld | Copy B |
| | $ | $ 150,000.00 | For Recipient |

| PAYER'S federal identification number | RECIPIENT'S identification number | 5 Market discount | 6 Acquisition premium |
|---|---|---|---|
| 25-9553048 | 98-6078936 | $ | $ |

| RECIPIENT'S name | 7 Description | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| BURGESS MATTOX BEY TRUST® | Financial Asset transferred to settle debt instrument for Expenditures via JEROME THEORORE POWELL JR. TRUST | |

| Street address (including apt. no.) | 8 Original issue discount on U.S. Treasury obligations* | |
|---|---|---|
| Private Mailbox 507, 2625 Piedmont Road Northeast, Suite 56 | $ | |

| City or town, state or province, country and ZIP or foreign postal code | | 9 Investment expenses | *This may not be the correct figure to report on your income tax return. See instructions on the back. |
|---|---|---|---|
| Atlanta, Georgia near[30324] | FATCA filing requirement ☐ | $ | |
| | | 10 State | 11 State identification no. | 12 State tax withheld |
| | | | | $ |

| Account number (see instructions) | | | | $ |
|---|---|---|---|---|
| MABM-03191972-SA-01 | | | | |

Form 1099-OID   (keep for your records)   www.irs.gov/form1099oid   Department of the Treasury - Internal Revenue Service

USAO-029684

☐ **CORRECTED (if checked)**

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 1 Original issue discount for 2015* | OMB No. 1545-0117 | Original Issue Discount |
|---|---|---|---|
| **Marquet A Mattox**® <br> **c/o 2625 Piedmont Road Northeast** <br> **Suite 56-507** <br> **Atlanta, Georgia near[30324]** | $ 2,732,600.00 | 20**15** | |
| | 2 Other periodic interest <br> $ | Form 1099-OID | |

| PAYER'S federal identification number | RECIPIENT'S identification number | 3 Early withdrawal penalty <br> $ | 4 Federal income tax withheld <br> $ 2,732,600.00 | Copy B |
|---|---|---|---|---|
| **25-9553048** | **98-6078936** | 5 Market discount <br> $ | 6 Acquisition premium <br> $ | For Recipient |

| RECIPIENT'S name <br> **BURGESS MATTOX BEY TRUST**® | 7 Description <br> **Financial Asset transferred to settle debt Instrument(s) for Expenditures via NASSOR KIPANGA EL BEY** | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| Street address (including apt. no.) <br> **Private Mailbox 507** <br> **2625 Piedmont Road Northeast, Suite 56** | 8 Original issue discount on U.S. Treasury obligations* <br> $ | |
| City or town, state or province, country, and ZIP or foreign postal code <br> **Atlanta, Georgia near[30324]** | | |

|  | FATCA filing requirement ☐ | 9 Investment expenses <br> $ | * This may not be the correct figure to report on your income tax return. See instructions on the back. |
|---|---|---|---|
| Account number (see instructions) <br> **MABM-03191972-SA-01** | | 10 State | 11 State identification no. | 12 State tax withheld <br> $ <br> $ |

www.irs.gov/form1099oid          Department of the Treasury - Internal Revenue Service

USAO-029686

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 1 Original issue discount for 2015* | OMB No. 1545-0117 | |
|---|---|---|---|
| **Marquet A Mattox**<br>c/o 2625 Piedmont Road Northeast<br>Suite 56-507<br>**Atlanta, Georgia near[30324]** | $ 4,500.00 | 20**15** | **Original Issue Discount** |
| | 2 Other periodic interest | | |
| | $ | Form **1099-OID** | |

| PAYER'S federal identification number | RECIPIENT'S identification number | 3 Early withdrawal penalty | 4 Federal income tax withheld | **Copy B** |
|---|---|---|---|---|
| 25-9553048 | 98-6078936 | $ | $ 4,500.00 | |
| | | 5 Market discount | 6 Acquisition premium | **For Recipient** |
| | | $ | $ | |

| RECIPIENT'S name<br>**BURGESS MATTOX BEY TRUST®**<br><br>Street address (including apt. no.)<br>**Private Mailbox 507<br>2625 Piedmont Road Northeast, Suite 56**<br>City or town, state or province, country, and ZIP or foreign postal code<br>**Atlanta, Georgia near[30324]** | 7 Description<br>**Financial Asset transferred to settle debt instrument for Expenditures via METRO PCS PAYMENTS** | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| | 8 Original issue discount on U.S. Treasury obligations* | |
| | $ | |

| | FATCA filing requirement ☐ | 9 Investment expenses<br>$ | * This may not be the correct figure to report on your income tax return. See instructions on the back. |
|---|---|---|---|
| Account number (see instructions)<br>**MABM-03191972-SA-01** | | 10 State | 11 State identification no. | 12 State tax withheld<br>$<br>$ |

www.irs.gov/form1099oid                    Department of the Treasury - Internal Revenue Service

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 1 Original issue discount for 2015* | OMB No. 1545-0117 | Original Issue Discount |
|---|---|---|---|
| **Marquet A Mattox** | $ 33,136.82 | | |
| °c/o 2625 Piedmont Road Northeast | 2 Other periodic interest | **2015** | |
| **Suite 56-507** | $ | Form **1099-OID** | |
| **Atlanta, Georgia near[30324]** | 3 Early withdrawal penalty | 4 Federal income tax withheld | Copy B |

| PAYER'S federal identification number | RECIPIENT'S identification number | $ | $ 33,136.82 | |
|---|---|---|---|---|
| 25-9553048 | 98-6078936 | 5 Market discount | 6 Acquisition premium | For Recipient |
| | | $ | $ | |

| RECIPIENT'S name | 7 Description | |
|---|---|---|
| **BURGESS MATTOX BEY TRUST**® | **Financial Asset transferred to settle debt Instrument(s) for Expenditures via APPLE, INC.** | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| Street address (including apt. no.) | | |
| **Private Mailbox 507** | | |
| **2625 Piedmont Road Northeast, Suite 56** | | |
| City or town, state or province, country, and ZIP or foreign postal code | 8 Original issue discount on U.S. Treasury obligations* | |
| **Atlanta, Georgia near[30324]** | $ | |

| | FATCA filing requirement ☐ | 9 Investment expenses | * This may not be the correct figure to report on your income tax return. See instructions on the back. |
|---|---|---|---|
| | | $ | |

| Account number (see instructions) | 10 State | 11 State identification no. | 12 State tax withheld |
|---|---|---|---|
| **MABM-03191972-SA-01** | | | $ |
| | | | $ |