**United States**  **of America**

**Department of the Treasury**
**Internal Revenue Service**

Date: August 2, 2021

### CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true copy of Form 1041, U.S. Income Tax Return for Estates and Trusts, for Burgess Mattox Bey Trust, Business Entity Number 98-6078936, for the tax year 2015, consisting of ten (10) pages————————

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By the direction of the Secretary of the Treasury:

Jay Elton
Supervisory Investigative Analyst
Internal Revenue Service-Criminal Investigation
Delegation Order 11-5





GOVERNMENT
EXHIBIT
**3 - 11**

Catalog Number 19002E
RAM 08/02/2021

*U.S. GPO: 1997-417-690/61741

Form **2866** (Rev. 09-97)
USAO-029635

USAO-029636

2924417508901 7

1512

**Form 1041** — Department of the Treasury-Internal Revenue Service

**U.S. Income Tax Return for Estates and Trusts** **2015**

OMB No. 1545-0092

▶ Information about Form 1041 and its separate instructions is at *www.irs.gov/form1041.*

| | |
|---|---|
| **A** Check all that apply: | For calendar year 2015 or fiscal year beginning _____ and ending _____ |

☐ Decedent's estate

☐ Simple trust

☒ Complex trust

☐ Qualified disability trust

☐ ESBT (S portion only)

☐ Grantor type trust

☐ Bankruptcy estate-Ch. 7

☐ Bankruptcy estate-Ch. 11

☐ Pooled income fund

Name of estate or trust (If a grantor type trust, see the instructions.)
**BURGESS MATTOX BEY TRUST**   242

Name and title of fiduciary
**Asim El , Trustee**

Number, street, and room or suite no. (If a P.O. box, see the instructions.)
**2625 Piedmont Road Northeast**

City or town, state or province, country, and ZIP or foreign postal code
**Atlanta, GA 30324**

INTERNAL REVENUE SERVICE
RECEIVED
MAY 31 2017
BATCHING UNIT
COVINGTON, 56,507

**C** Employer identification number
**98-6078936**

**D** Date entity created
**07/08/2015**

**E** Nonexempt charitable and split-interest trusts, check applicable box(es), see instructions.

☐ Described in sec. 4947(a)(1). Check here if not a private foundation . . . ▶ ☐

☐ Described in sec. 4947(a)(2)

**B** Number of Schedules K-1 attached (see instructions) ▶ **1**

**F** Check applicable boxes: ☐ Initial return ☒ Initial return ☐ Final return ☒ Amended return ☐ Change in trust's name ☐ Change in fiduciary ☐ Change in fiduciary's name ☐ Change in fiduciary's address ☐ Net operating loss carryback

**G** Check here if the estate or filing trust made a section 645 election . . . . . . . . ▶ ☐  Trust TIN ▶

| | | | |
|---|---|---|---|
| **Income** | **1** Interest income . . . . . . . . . . . . . . . . . . . . . | **1** | 49,000,000. |
| | **2a** Total ordinary dividends . . . . . . . . . . . . . . . . | **2a** | |
| | **b** Qualified dividends allocable to: **(1)** Beneficiaries _____ **(2)** Estate or trust _____ | | |
| | **3** Business income or (loss). Attach Schedule C or C-EZ (Form 1040) | **3** | |
| | **4** Capital gain or (loss). Attach Schedule D (Form 1041) . . . . . | **4** | |
| | **5** Rents, royalties, partnerships, other estates and trusts, etc. Attach Schedule E (Form 1040) | **5** | |
| | **6** Farm income or (loss). Attach Schedule F (Form 1040) . . . . . | **6** | |
| | **7** Ordinary gain or (loss). Attach Form 4797 . . . . . . . . . | **7** | |
| | **8** Other income. List type and amount _____ | **8** | |
| | **9** **Total income.** Combine lines 1, 2a, and 3 through 8 . . . . . ▶ | **9** | 49,000,000. |
| **Deductions** | **10** Interest. Check if Form 4952 is attached ▶ ☐ . . . . . . . | **10** | |
| | **11** Taxes . . . . . . . . . . . . . . . . . . . . . . . | **11** | |
| | **12** Fiduciary fees . . . . . . . . . . . . . . . . . . . . | **12** | |
| | **13** Charitable deduction (from Schedule A, line 7) . . . . . . . | **13** | |
| | **14** Attorney, accountant, and return preparer fees . . . . . . . | **14** | |
| | **15a** Other deductions **not** subject to the 2% floor (attach schedule) . | **15a** | |
| | **b** Net operating loss deduction (see instructions) . . . . . . . | **15b** | |
| | **c** Allowable miscellaneous itemized deductions subject to the 2% floor | **15c** | |
| | **16** Add lines 10 through 15c . . . . . . . . . . . . . . . ▶ | **16** | |
| | **17** Adjusted total income or (loss). Subtract line 16 from line 9 . . . . | **17** 49,000,000. | |
| | **18** Income distribution deduction (from Schedule B, line 15). Attach Schedules K-1 (Form 1041) . | **18** | |
| | **19** Estate tax deduction including certain generation-skipping taxes (attach computation) . . . | **19** | |
| | **20** Exemption . . . . . . . . . . . . . . . . . . . . . | **20** | 100. |
| | **21** Add lines 18 through 20 . . . . . . . . . . . . . . . . | **21** | 100. |
| **Tax and Payments** | **22** Taxable income. Subtract line 21 from line 17. If a loss, see instructions . . . | **22** | 48,999,900. |
| | **23** **Total tax** (from Schedule G, line 7) . . . . . . . . . . . | **23** | 21,263,798. |
| | **24** **Payments: a** 2015 estimated tax payments and amount applied from 2014 return . | **24a** | |
| | **b** Estimated tax payments allocated to beneficiaries (from Form 1041-T) | **24b** | |
| | **c** Subtract line 24b from line 24a . . . . . . . . . . . . . | **24c** | |
| | **d** Tax paid with Form 7004 (see instructions) . . . . . . . . . | **24d** | |
| | **e** Federal income tax withheld. If any is from Form(s) 1099, check ▶ ☒ | **24e** | 24,500,000. |
| | Other payments: **f** Form 2439 _____ ; **g** Form 4136 _____ ; **Total** ▶ | **24h** | |
| | **25** **Total payments.** Add lines 24c through 24e, and 24h . . . . . ▶ | **25** | 24,500,000. |
| | **26** Estimated tax penalty (see instructions) . . . . . . . . . . | **26** | |
| | **27** Tax due. If line 25 is smaller than the total of lines 23 and 26, enter amount owed . . . | **27** | |
| | **28** Overpayment. If line 25 is larger than the total of lines 23 and 26, enter amount overpaid . . | **28** | 3,236,202. |
| | **29** Amount of line 28 to be: **a** Credited to 2016 estimated tax ▶ _____ ; **b** Refunded ▶ | **29** | 3,236,202. |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

*Asim El Bey*   All Rights Reserved 30th, May 2017 ▶

Signature of fiduciary or officer representing fiduciary   Date   EIN of fiduciary if a financial institution

May the IRS discuss this return with the preparer shown below (see instr.)? ☐ Yes ☐ No

**Paid Preparer Use Only**

| | | | | |
|---|---|---|---|---|
| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
| Firm's name ▶ | | | Firm's EIN ▶ | |
| Firm's address ▶ | | | Phone no. ▶ | |

For Paperwork Reduction Act Notice, see the separate instructions.   Form **1041** (2015)

JUN 14 2017

Received in Batching Ogden

UYA

341

USAO-029637

USAO-029638

Form 1041 (2015)   **BURGESS MATTOX BEY TRUST**   98-6078936   Page **2**

## Schedule A   Charitable Deduction. Do not complete for a simple trust or a pooled income fund.

| | | | |
|---|---|---|---|
| 1 | Amounts paid or permanently set aside for charitable purposes from gross income (see instructions) | 1 | |
| 2 | Tax-exempt income allocable to charitable contributions (see instructions) | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | |
| 4 | Capital gains for the tax year allocated to corpus and paid or permanently set aside for charitable purposes. | 4 | |
| 5 | Add lines 3 and 4 | 5 | |
| 6 | Section 1202 exclusion allocable to capital gains paid or permanently set aside for charitable purposes (see instructions) | 6 | |
| 7 | **Charitable deduction.** Subtract line 6 from line 5. Enter here and on page 1, line 13 | 7 | |

## Schedule B   Income Distribution Deduction

| | | | |
|---|---|---|---|
| 1 | Adjusted total income (see instructions) | 1 | 49,000,000. |
| 2 | Adjusted tax-exempt interest | 2 | |
| 3 | Total net gain from Schedule D (Form 1041), line 19, column (1) (see instructions) | 3 | |
| 4 | Enter amount from Schedule A, line 4 (minus any allocable section 1202 exclusion) | 4 | |
| 5 | Capital gains for the tax year included on Schedule A, line 1 (see instructions) | 5 | |
| 6 | Enter any gain from page 1, line 4, as a negative number. If page 1, line 4, is a loss, enter the loss as a positive number | 6 | |
| 7 | **Distributable net income.** Combine lines 1 through 6. If zero or less, enter -0- | 7 | 49,000,000. |
| 8 | If a complex trust, enter accounting income for the tax year as determined under the governing instrument and applicable local law    **8** | 49,000,000. | |
| 9 | Income required to be distributed currently | 9 | |
| 10 | Other amounts paid, credited, or otherwise required to be distributed | 10 | |
| 11 | Total distributions. Add lines 9 and 10. If greater than line 8, see instructions. | 11 | |
| 12 | Enter the amount of tax-exempt income included on line 11 | 12 | |
| 13 | Tentative income distribution deduction. Subtract line 12 from line 11. | 13 | |
| 14 | Tentative income distribution deduction. Subtract line 2 from line 7. If zero or less, enter -0- | 14 | 49,000,000. |
| 15 | **Income distribution deduction.** Enter the smaller of line 13 or line 14 here and on page 1, line 18 | 15 | |

## Schedule G   Tax Computation   (see instructions)

| | | | | |
|---|---|---|---|---|
| 1 Tax: a | Tax on taxable income (see instructions) | 1a | 19,402,269. | |
| b | Tax on lump-sum distributions. Attach Form 4972 | 1b | | |
| c | Alternative minimum tax (from Schedule I (Form 1041), line 56). | 1c | | |
| d | **Total.** Add lines 1a through 1c | | 1d | 19,402,269. |
| 2a | Foreign tax credit. Attach Form 1116. | 2a | | |
| b | General business credit. Attach Form 3800 | 2b | | |
| c | Credit for prior year minimum tax. Attach Form 8801 | 2c | | |
| d | Bond credits. Attach Form 8912 | 2d | | |
| e | **Total credits.** Add lines 2a through 2d | | 2e | |
| 3 | Subtract line 2e from line 1d. If zero or less, enter -0-. | | 3 | 19,402,269. |
| 4 | Net investment income tax from Form 8960, line 21. | | 4 | 1,861,529. |
| 5 | Recapture taxes. Check if from: ☐ Form 4255 ☐ Form 8611 | | 5 | |
| 6 | Household employment taxes. Attach Schedule H (Form 1040) | | 6 | |
| 7 | **Total tax.** Add lines 3 through 6. Enter here and on page 1, line 23 | | 7 | 21,263,798. |

### Other Information

| | | Yes | No |
|---|---|---|---|
| 1 | Did the estate or trust receive tax-exempt income? If "Yes," attach a computation of the allocation of expenses. Enter the amount of tax-exempt interest income and exempt-interest dividends ▶ $ _____ | | X |
| 2 | Did the estate or trust receive all or any part of the earnings (salary, wages, and other compensation) of any individual by reason of a contract assignment or similar arrangement? | | X |
| 3 | At any time during calendar year 2015, did the estate or trust have an interest in or a signature or other authority over a bank, securities, or other financial account in a foreign country? See the instructions for exceptions and filing requirements for FinCEN Form 114. If "Yes," enter the name of the foreign country ▶ | | X |
| 4 | During the tax year, did the estate or trust receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the estate or trust may have to file Form 3520. See instructions | | X |
| 5 | Did the estate or trust receive, or pay, any qualified residence interest on seller-provided financing? If "Yes," see the instructions for required attachment | | X |
| 6 | If this is an estate or a complex trust making the section 663(b) election, check here (see instructions) . . . ▶ ☐ | | |
| 7 | To make a section 643(e)(3) election, attach Schedule D (Form 1041), and check here (see instructions) . . . ▶ ☐ | | |
| 8 | If the decedent's estate has been open for more than 2 years, attach an explanation for the delay in closing the estate, and check here ▶ ☐ | | X |
| 9 | Are any present or future trust beneficiaries skip persons? See instructions. | | X |

UYA   Form **1041** (2015)

USAO-029639

USAO-029640

| Form **8960** | **Net Investment Income Tax -** | OMB No. 1545-2227 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service (99) | **Individuals, Estates, and Trusts**<br>► Attach to your tax return.<br>► Information about Form 8960 and its separate instructions is at *www.irs.gov/form8960*. | **2015**<br>Attachment<br>Sequence No. **72** |

Name(s) shown on your tax return: **BURGESS MATTOX BEY TRUST**  
Your social security number or EIN: **98-6078936**

**Part I    Investment Income**

☐ Section 6013(g) election (see instructions)  
☐ Section 6013(h) election (see instructions)  
☐ Regulations section 1.1411-10(g) election (see instructions)

| | | | |
|---|---|---:|---:|
| 1 | Taxable interest (see instructions) | **1** | 49,000,000. |
| 2 | Ordinary dividends (see instructions) | **2** | |
| 3 | Annuities (see instructions) | **3** | |
| 4a | Rental real estate, royalties, partnerships, S corporations, trusts, etc. (see instructions) | **4a** | |
| b | Adjustment for net income or loss derived in the ordinary course of a non-section 1411 trade or business (see instructions) | **4b** | |
| c | Combine lines 4a and 4b. | **4c** | |
| 5a | Net gain or loss from disposition of property (see instructions) | **5a** | |
| b | Net gain or loss from disposition of property that is not subject to net investment income tax (see instructions) | **5b** | |
| c | Adjustment from disposition of partnership interest or S corporation stock (see instructions) | **5c** | |
| d | Combine lines 5a through 5c | **5d** | |
| 6 | Adjustments to investment income for certain CFCs and PFICs (see instructions) | **6** | |
| 7 | Other modifications to investment income (see instructions) | **7** | |
| 8 | Total investment income. Combine lines 1, 2, 3, 4c, 5d, 6, and 7 | **8** | 49,000,000. |

**Part II    Investment Expenses Allocable to Investment Income and Modifications**

| | | | |
|---|---|---:|---:|
| 9a | Investment interest expenses (see instructions) | **9a** | |
| b | State, local, and foreign income tax (see instructions) | **9b** | |
| c | Miscellaneous investment expenses (see instructions) | **9c** | |
| d | Add lines 9a, 9b, and 9c | **9d** | |
| 10 | Additional modifications (see instructions) | **10** | |
| 11 | Total deductions and modifications. Add lines 9d and 10 | **11** | |

**Part III    Tax Computation**

| | | | |
|---|---|---:|---:|
| 12 | Net investment income. Subtract Part II, line 11 from Part I, line 8. Individuals complete lines 13 - 17. Estates and trusts complete lines 18a - 21. If zero or less, enter -0- | **12** | 49,000,000. |
| | **Individuals:** | | |
| 13 | Modified adjusted gross income (see instructions) | **13** | |
| 14 | Threshold based on filing status (see instructions) | **14** | |
| 15 | Subtract line 14 from line 13. If zero or less, enter -0-. | **15** | |
| 16 | Enter the smaller of line 12 or line 15 | **16** | |
| 17 | Net investment income tax for individuals. Multiply line 16 by 3.8% (.038).   **Enter here and include on your tax return** (see instructions) | **17** | |
| | **Estates and Trusts:** | | |
| 18a | Net investment income (line 12 above) | **18a**  49,000,000. | |
| b | Deductions for distributions of net investment income and deductions under section 642(c) (see instructions) | **18b** | |
| c | Undistributed net investment income. Subtract line 18b from 18a (see instructions). If zero or less, enter -0-. | **18c**  49,000,000. | |
| 19a | Adjusted gross income (see instructions) | **19a**  48,999,900. | |
| b | Highest tax bracket for estates and trusts for the year (see instructions) | **19b**  12,300. | |
| c | Subtract line 19b from line 19a. If zero or less, enter -0- | **19c**  48,987,600. | |
| 20 | Enter the smaller of line 18c or line 19c | **20** | 48,987,600. |
| 21 | Net investment income tax for estates and trusts. Multiply line 20 by 3.8% (.038). **Enter here and include on your tax return** (see instructions) | **21** | 1,861,529. |

Form **8960** (2015)

For Paperwork Reduction Act Notice, see your tax return instructions.  
UYA

USAO-029641

USAO-029642

661113

| ☐ Final K-1 | ☒ Amended K-1 | OMB No. 1545-0092 |

**Schedule K-1**
**(Form 1041)**
Department of the Treasury
Internal Revenue Service

**2015**

For calendar year 2015,
or tax year beginning _____
and ending _____

**Beneficiary's Share of Income, Deductions, Credits, etc.**  ▶ See instructions.

**Part III  Beneficiary's Share of Current Year Income, Deductions, Credits, and Other Items**

| | | | |
|---|---|---|---|
| 1 | Interest income | 11 | Final year deductions |
| 2a | Ordinary dividends | | |
| 2b | Qualified dividends | | |
| 3 | Net short-term capital gain | | |
| 4a | Net long-term capital gain | | |
| 4b | 28% rate gain | 12 | Alternative minimum tax adjustment |
| 4c | Unrecaptured section 1250 gain | | |
| 5 | Other portfolio and nonbusiness income | | |
| 6 | Ordinary business income | | |
| 7 | Net rental real estate income | 13 | Credits and credit recapture |
| 8 | Other rental income | | |
| 9 | Directly apportioned deductions | | |
| | | 14 | Other information |
| 10 | Estate tax deduction | | |

**Part I  Information About the Estate or Trust**

A  Estate's or trust's employer identification number

98-6078936

B  Estate's or trust's name

BURGESS MATTOX BEY TRUST

C  Fiduciary's name, address, city, state, and ZIP code

Asim El
2625 Piedmont Road Northeast
56-507
Atlanta, GA 30324

D  ☐ Check if Form 1041-T was filed and enter the date it was filed

_____

E  ☐ Check if this is the final Form 1041 for the estate or trust

**Part II  Information About the Beneficiary**

F  Beneficiary's identifying number

32-6398869

G  Beneficiary's name, address, city, state, and ZIP code

BURGESS MATTOX MARQUET ANTWAIN E

2625 Piedmont Road NE 56-507
Atlanta, GA 30324

*See attached statement for additional information.

**Note.** A statement must be attached showing the beneficiary's share of income and directly apportioned deductions from each business, rental real estate, and other rental activity.

For IRS Use Only

H  ☐ Domestic beneficiary   ☒ Foreign beneficiary

For Paperwork Reduction Act Notice, see the Instructions for Form 1041.
UYA

Schedule K-1 (Form 1041) 2015

USAO-029643

USAO-029644

Page **2**

Schedule K-1 (Form 1041) 2015

This list identifies the codes used on Schedule K-1 for beneficiaries and provides summarized reporting information for beneficiaries who file Form 1040. For detailed reporting and filing information, see the Instructions for Schedule K-1 (Form 1041) for a Beneficiary Filing Form 1040 and the instructions for your income tax return.

| | | *Report on* |
|---|---|---|
| 1. | Interest income | Form 1040, line 8a |
| 2a. | Ordinary dividends | Form 1040, line 9a |
| 2b. | Qualified dividends | Form 1040, line 9b |
| 3. | Net short-term capital gain | Schedule D, line 5 |
| 4a. | Net long-term capital gain | Schedule D, line 12 |
| 4b. | 28% rate gain | 28% Rate Gain Worksheet, line 4 (Schedule D Instructions) |
| 4c. | Unrecaptured section 1250 gain | Unrecaptured Section 1250 Gain Worksheet, line 11 (Schedule D Instructions) |
| 5. | Other portfolio and nonbusiness income | Schedule E, line 33, column (f) |
| 6. | Ordinary business income | Schedule E, line 33, column (d) or (f) |
| 7. | Net rental real estate income | Schedule E, line 33, column (d) or (f) |
| 8. | Other rental income | Schedule E, line 33, column (d) or (f) |
| 9. | Directly apportioned deductions | |
| | *Code* | |
| A | Depreciation | Form 8582 or Schedule E, line 33, column (c) or (e) |
| B | Depletion | Form 8582 or Schedule E, line 33, column (c) or (e) |
| C | Amortization | Form 8582 or Schedule E, line 33, column (c) or (e) |
| 10. | Estate tax deduction | Schedule A, line 28 |
| 11. | Final year deductions | |
| A | Excess deductions | Schedule A, line 23 |
| B | Short-term capital loss carryover | Schedule D, line 5 |
| C | Long-term capital loss carryover | Schedule D, line 12; line 5 of the wksht. for Sch. D, line 18; and line 16 of the wksht. for Sch. D, line 19 |
| D | Net operating loss carryover - regular tax | Form 1040, line 21 |
| E | Net operating loss carryover - minimum tax | Form 6251, line 11 |
| 12. | Alternative minimum tax (AMT) items | |
| A | Adjustment for minimum tax purposes | Form 6251, line 15 |
| B | AMT adjustment attributable to qualified dividends | |
| C | AMT adjustment attributable to net short-term capital gain | |
| D | AMT adjustment attributable to net long-term capital gain | |
| E | AMT adjustment attributable to unrecaptured section 1250 gain | See the beneficiary's instructions and the Instructions for Form 6251 |
| F | AMT adjustment attributable to 28% rate gain | |
| G | Accelerated depreciation | |
| H | Depletion | |
| I | Amortization | |
| J | Exclusion items | 2016 Form 8801 |

| | | *Report on* |
|---|---|---|
| 13. | Credits and credit recapture | |
| | *Code* | |
| A | Credit for estimated taxes | Form 1040, line 65 |
| B | Credit for backup withholding | Form 1040, line 64 |
| C | Low-income housing credit | |
| D | Rehabilitation credit and energy credit | |
| E | Other qualifying investment credit | |
| F | Work opportunity credit | |
| G | Credit for small employer health insurance premiums | |
| H | Biofuel producer credit | |
| I | Credit for increasing research activities | |
| J | Renewable electricity, refined coal, and Indian coal production credit | |
| K | Empowerment zone employment credit | See the beneficiary's instructions |
| L | Indian employment credit | |
| M | Orphan drug credit | |
| N | Credit for employer-provided child care and facilities | |
| O | Biodiesel and renewable diesel fuels credit | |
| P | Credit to holders of tax credit bonds | |
| Q | Credit for employer differential wage payments | |
| R | Recapture of credits | |
| 14. | Other information | |
| A | Tax-exempt interest | Form 1040, line 8b |
| B | Foreign taxes | Form 1040, line 48 or Sch. A, line 8 |
| C | Qualified production activities income | Form 8903, line 7, col. (b) (also see the beneficiary's instructions) |
| D | Form W-2 wages | Form 8903, line 17 |
| E | Net investment income | Form 4952, line 4a |
| F | Gross farm and fishing income | Schedule E, line 42 |
| G | Foreign trading gross receipts (IRC 942(a)) | See the Instructions for Form 8873 |
| H | Adjustment for section 1411 net investment income or deductions | Form 8960, line 7 (also see the beneficiary's instructions) |
| I | Other information | See the beneficiary's instructions |

**Note.** If you are a beneficiary who does not file a Form 1040, see instructions for the type of income tax return you are filing.

UYA

USAO-029646

## Amended Return Statement

**Name:** BURGESS MATTOX BEY TRUST   **EIN:** 98-6078936

| Line number | Description | Original amount | Amended amount |
|---|---|---|---|
| 1 | Interest Income | $23,421,837 | $49,000,000 |

Due to errors and calculation errors, the initial filing(s) were marked VOID. Those errors were CORRECTED and resubmitted.

| Line number | Description | Original amount | Amended amount |
|---|---|---|---|
| 24e | Federal Income Tax Withheld | $23,421,000 | $24,500,000 |

Due to a calculation error, the Federal Income Tax Withholdings initially reflected an error; upon noticing the error(s) we made the CORRECTIONS and resubmitted the filings. This Return has been Amended to reflect the CORRECTIONS.

USAO-029648

☒ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 1 Original issue discount for 2015* | OMB No. 1545-0117 | Original Issue Discount |
|---|---|---|---|
| UNITED STATES TREASURY | $ 49,000,000.00 | **2015** | |
| C/O INTERNAL REVENUE SERVICE | 2 Other periodic interest | | |
| STOP 4440, P.O. BOX 9036 | | Form **1099-OID** | |
| OGDEN, UTAH  84201 | $ | | |

| PAYER'S federal identification number | RECIPIENT'S identification number | 3 Early withdrawal penalty | 4 Federal income tax withheld | Copy B |
|---|---|---|---|---|
| 52-0907065 | 98-6078936 | $ | $ 49,000,000.00 | For Recipient |
| | | 5 Market discount | 6 Acquisition premium | |
| | | $ | $ | |

RECIPIENT'S name

**BURGESS MATTOX BEY TRUST**®

| | 7 Description | |
|---|---|---|
| Street address (including apt. no.) | **Financial Asset transfer to settle debt instrument for Trust Services / Expenditures** | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| **2625 Piedmont Road Northeast Suite 56-507** | | |
| City or town, state or province, country, and ZIP or foreign postal code | 8 Original issue discount on U.S. Treasury obligations* | |
| **Atlanta, Georgia near[30324]** | | |
| | $ | |

| | FATCA filing requirement ☐ | 9 Investment expenses | *This may not be the correct figure to report on your income tax return. See instructions on the back. |
|---|---|---|---|
| | | $ | |

| Account number (see instructions) | 10 State | 11 State identification no. | 12 State tax withheld |
|---|---|---|---|
| | | | $ |
| | | | $ |

Form **1099-OID**          (keep for your records)          www.irs.gov/form1099oid          Department of the Treasury - Internal Revenue Service

USAO-029649

USAO-029650

☒ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>UNITED STATES TREASURY<br><br>C/O INTERNAL REVENUE SERVICE<br><br>STOP 4440, P.O. BOX 9036<br><br>OGDEN, UTAH 84201 | 1 Original issue discount for 2015<br>$ 49,000,000.00 | OMB No. 1545-0117<br>**2015**<br>Form **1099-OID** | Original Issue Discount |
|---|---|---|---|
| | 2 Other periodic interest<br>$ | | |
| | 3 Early withdrawal penalty<br>$ | 4 Federal income tax withheld<br>$ 49,000,000.00 | Copy 2 |
| PAYER'S federal identification number<br>52-0907065 | RECIPIENT'S identification number<br>98-6078936 | 5 Market discount<br>$ | 6 Acquisition premium<br>$ | To be filed with recipient's state income tax return, when required. |
| RECIPIENT'S name<br>BURGESS MATTOX BEY TRUST® | 7 Description<br>Financial Asset transfer to settle debt instrument for Trust Services / Expenditures | |
| Street address (including apt. no.)<br>2625 Piedmont Road Northeast<br>Suite 56-507 | 8 Original issue discount on U.S. Treasury obligations | |
| City or town, state or province, country, and ZIP or foreign postal code<br>Atlanta, Georgia near[30324] | | |
| FATCA filing requirement ☐ | 9 Investment expenses<br>$ | |
| Account number (see instructions) | 10 State | 11 State identification no. | 12 State tax withheld<br>$<br>$ |

Form **1099-OID**          www.irs.gov/form1099oid          Department of the Treasury - Internal Revenue Service

USAO 02065

USAO-029652

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

# PRIORITY
## ★ MAIL ★
## EXPRESS™

OUR FASTEST SERVICE IN THE U.S.

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

EP13F July 2013   OD: 12.5 x 9.5

U.S. POSTAGE
PAID
DULUTH, GA
30099
MAY 30
AMOUNT

**$23.75**

R2306Y151771-06

1007          45999



EL 772428795 US

UNITED STATES
POSTAL SERVICE ®

PRIORITY
★ MAIL ★
EXPRESS™

USAO-029663

**PRIORITY MAIL EXPRESS™**

CUSTOMER USE ONLY

PHONE ( )

PAYMENT BY ACCOUNT (if applicable)

DELIVERY OPTIONS (Customer Use Only)

☐ SIGNATURE REQUIRED (Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)                    PHONE ( )

ZIP + 4® (U.S. ADDRESSES ONLY)

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

ORIGIN (POSTAL SERVICE USE ONLY)

PO ZIP Code | Day | 2-Day | Scheduled Delivery Date (MM/DD/YY) | Military | COD Fee | Postage
Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee
☐ 10:30 AM ☐ 3:00 PM | Live Animal Transportation
Time Accepted | ☐ 12 NOON | Return Receipt Fee
☐ AM ☐ PM | 10:30 AM Delivery Fee
Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees

DELIVERY (POSTAL SERVICE USE ONLY)

Delivery Attempt (MM/DD/YY) | Time | ☐ AM ☐ PM | Employee Signature
Delivery Attempt (MM/DD/YY) | Time | ☐ AM ☐ PM | Employee Signature

LABEL 11-B, OCTOBER 2016          PSN 7690-02-000-9996








WRITE FIRMLY WITH BALL POINT PEN ON HARD SURFACE TO MAKE ALL COPIES LEGIBLE

USAO-029654

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; July 2013; All rights reserved.

USAO-029855

U.S. POSTAGE
PAID
DULUTH, GA
30096
MAY 30, 17
AMOUNT
$23.75
R2308Y151771-06

1007          45099

PRIORITY
★ MAIL ★
EXPRESS™

UNITED STATES
POSTAL SERVICE ®

EL 772 428 795 US

PRESS FIRMLY TO SEAL

**ORIGIN (POSTAL SERVICE USE ONLY)**

3-ADDRESSEE COPY

LABEL 11-B, OCTOBER 2016          PSN 7690-02-000-9996

Visit USPS.com or call 800-222-1811.

USAO-029656