

**United States** of America

**Department of the Treasury**
**Internal Revenue Service**

Date: July 28, 2021

### CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true copy of Form 1041, U.S. Income Tax Return for Estates and Trusts, for Burgess Mattox Bey Trust, Business Entity Number 98-6078936, for the tax year 2016, consisting of five (5) pages ————————

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By the direction of the Secretary of the Treasury:

Jay Elton
Supervisory Investigative Analyst
Internal Revenue Service-Criminal Investigation
Delegation Order 11-5





GOVERNMENT
EXHIBIT
3 - 15

Catalog Number 19002E
RAM 07/28/2021

*U.S. GPO: 1997-417-690/61741

Form **2866** (Rev. 09-97)
USAO-029392

09244236311‑07‑92

# 1041 U.S. Income Tax Return for Estates and Trusts

Department of the Treasury—Internal Revenue Service
► Information about Form 1041 and its separate instructions is at *www.irs.gov/form1041.*

**2016**  OMB No. 1545-0092

For calendar year 2016 or fiscal year beginning _____ and ending _____

**A** Check all that apply:
- [ ] Decedent's estate
- [ ] Simple trust
- [X] Complex trust
- [ ] Qualified disability trust
- [ ] ESBT (S portion only)
- [ ] Grantor type trust
- [ ] Bankruptcy estate-Ch. 7
- [ ] Bankruptcy estate-Ch. 11
- [ ] Pooled income fund

Name of estate or trust (If a grantor type trust, see the instructions.)
**BURGESS MATTOX BEY TRUST**

Name and title of fiduciary
**Marquet Antwain  Burgess Mattox El, TTEE**

Number, street, and room or suite no. (If a P.O. box, see the instructions.)
**2625 Piedmont Road Northeast  Ste. 56-507**

City or town, state or province, country, and ZIP or foreign postal code
**Atlanta, GA 30324**

**C** Employer identification number
98-6078936

**D** Date entity created
07/08/2015

**E** Nonexempt charitable and split-interest trusts, check applicable box(es), see instructions.
- [ ] Described in sec. 4947(a)(1). Check here ► if not a private foundation . . . ►
- [ ] Described in sec. 4947(a)(2)

**B** Number of Schedules K-1 attached (see instructions) ► 1

**F** Check applicable boxes: [ ] Initial return  [ ] Final return  [X] Amended return  [ ] Change in trust's name  [ ] Change in fiduciary  [ ] Change in fiduciary's name  [ ] Change in fiduciary's address  [ ] Net operating loss carryback

**G** Check here if the estate or filing trust made a section 645 election . . . ► [ ]  Trust TIN ►

## Income

| | | |
|---|---|---:|
| 1 | Interest income . . . . . . . . . . . . | 1 |
| 2a | Total ordinary dividends . . . . . . . . | 2a |
| b | Qualified dividends allocable to: (1) Beneficiaries _____ (2) Estate or trust _____ | |
| 3 | Business income or (loss). Attach Schedule C or C-EZ (Form 1040) . . . | 3 |
| 4 | Capital gain or (loss). Attach Schedule D (Form 1041) . . . | 4 |
| 5 | Rents, royalties, partnerships, other estates and trusts, etc. Attach Schedule E (Form 1040) | 5 |
| 6 | Farm income or (loss). Attach Schedule F (Form 1040) . . . | 6 |
| 7 | Ordinary gain or (loss). Attach Form 4797 . . . | 7 |
| 8 | Other income. List type and amount _____ | 8 |
| 9 | **Total income.** Combine lines 1, 2a, and 3 through 8 . . . ► | 9 |

## Deductions

| | | |
|---|---|---:|
| 10 | Interest. Check if Form 4952 is attached ► [ ] | 10 |
| 11 | Taxes . . . . . . . . . . . . . . . | 11 |
| 12 | Fiduciary fees . . . . . . . . . . . . | 12 |
| 13 | Charitable deduction (from Schedule A, line 7) . . . | 13 |
| 14 | Attorney, accountant, and return preparer fees . . . | 14 |
| 15a | Other deductions not subject to the 2% floor (attach schedule) | 15a |
| b | Net operating loss deduction (see instructions) . . . | 15b |
| c | Allowable miscellaneous itemized deductions subject to the 2% floor | 15c |
| 16 | Add lines 10 through 15c . . . . . . . ► | 16 |
| 17 | Adjusted total income or (loss). Subtract line 16 from line 9 . . . | 17 |
| 18 | Income distribution deduction (from Schedule B, line 15). Attach Schedules K-1 (Form 1041) | 18 |
| 19 | Estate tax deduction including certain generation-skipping taxes (attach computation) | 19 |
| 20 | Exemption . . . . . . . . . . . . . | 20 | 100. |
| 21 | Add lines 18 through 20 . . . . . . . . | 21 | 100. |
| 22 | Taxable income. Subtract line 21 from line 17. If a loss, see instructions | 22 | -100. |

INTERNAL REVENUE SERVICE RECEIVED AUG 07 2019 SERVICE CENTER DIRECTOR COVINGTON, KY MAIL UNIT 8222

## Tax and Payments

| | | |
|---|---|---:|
| 23 | Total tax (from Schedule G, line 7) . . . | 23 |
| 24 | Payments: a 2016 estimated tax payments and amount applied from 2015 return | 24a |
| b | Estimated tax payments allocated to beneficiaries (from Form 1041-T) | 24b |
| c | Subtract line 24b from line 24a . . . | 24c |
| d | Tax paid with Form 7004 (see instructions) . . . | 24d |
| e | Federal income tax withheld. If any is from Form(s) 1099, check ► [ ] | 24e |
| | Other payments: f Form 2439 _____ ; g Form 4136 _____ ; Total ► | 24h |
| 25 | Total payments. Add lines 24c through 24e, and 24h . . . ► | 25 |
| 26 | Estimated tax penalty (see instructions) . . . | 26 |
| 27 | Tax due. If line 25 is smaller than the total of lines 23 and 26, enter amount owed | 27 |
| 28 | Overpayment. If line 25 is larger than the total of lines 23 and 26, enter amount overpaid | 28 |
| 29 | Amount of line 28 to be: a Credited to 2017 estimated tax ► _____ ; b Refunded ► | 29 |

## Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

*Burgessmattoxel, marquetAntwain 10th June 2019*
Signature of fiduciary or officer representing fiduciary      Date      EIN of fiduciary if a financial institution

May the IRS discuss this return with the preparer shown below (see instr.)? [ ] Yes [ ] No

## Paid Preparer Use Only

| Print/Type preparer's name | Preparer's signature | Date | Check [ ] if self-employed | PTIN |
|---|---|---|---|---|

Firm's name ►
Firm's address ►
Firm's EIN ►
Phone no.

For Paperwork Reduction Act Notice, see the separate instructions.
UYA

Form **1041** (2016)

USAO-029393

Form 1041 (2016)  BURGESS MATTOX BEY TRUST                               98-6078936            Page **2**

| Schedule A | Charitable Deduction. Don't complete for a simple trust or a pooled income fund. | | |
|---|---|---|---|
| 1 | Amounts paid or permanently set aside for charitable purposes from gross income (see instructions) | 1 | |
| 2 | Tax-exempt income allocable to charitable contributions (see instructions) | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | |
| 4 | Capital gains for the tax year allocated to corpus and paid or permanently set aside for charitable purposes | 4 | |
| 5 | Add lines 3 and 4 | 5 | |
| 6 | Section 1202 exclusion allocable to capital gains paid or permanently set aside for charitable purposes (see instructions) | 6 | |
| 7 | Charitable deduction. Subtract line 6 from line 5. Enter here and on page 1, line 13 | 7 | |

| Schedule B | Income Distribution Deduction | | |
|---|---|---|---|
| 1 | Adjusted total income (see instructions) | 1 | |
| 2 | Adjusted tax-exempt interest | 2 | |
| 3 | Total net gain from Schedule D (Form 1041), line 19, column (1) (see instructions) | 3 | |
| 4 | Enter amount from Schedule A, line 4 (minus any allocable section 1202 exclusion) | 4 | |
| 5 | Capital gains for the tax year included on Schedule A, line 1 (see instructions) | 5 | |
| 6 | Enter any gain from page 1, line 4, as a negative number. If page 1, line 4, is a loss, enter the loss as a positive number | 6 | |
| 7 | Distributable net income. Combine lines 1 through 6. If zero or less, enter -0- | 7 | |
| 8 | If a complex trust, enter accounting income for the tax year as determined under the governing instrument and applicable local law . 8 | | |
| 9 | Income required to be distributed currently | 9 | |
| 10 | Other amounts paid, credited, or otherwise required to be distributed | 10 | |
| 11 | Total distributions. Add lines 9 and 10. If greater than line 8, see instructions | 11 | |
| 12 | Enter the amount of tax-exempt income included on line 11 | 12 | |
| 13 | Tentative income distribution deduction. Subtract line 12 from line 11 | 13 | |
| 14 | Tentative income distribution deduction. Subtract line 2 from line 7. If zero or less, enter -0- | 14 | |
| 15 | Income distribution deduction. Enter the smaller of line 13 or line 14 here and on page 1, line 18 | 15 | |

| Schedule G | Tax Computation (see instructions) | | | |
|---|---|---|---|---|
| 1 Tax: a | Tax on taxable income (see instructions) | 1a | | |
| b | Tax on lump-sum distributions. Attach Form 4972 | 1b | | |
| c | Alternative minimum tax (from Schedule I (Form 1041), line 56) | 1c | | |
| d | Total. Add lines 1a through 1c | | 1d | |
| 2a | Foreign tax credit. Attach Form 1116 | 2a | | |
| b | General business credit. Attach Form 3800 | 2b | | |
| c | Credit for prior year minimum tax. Attach Form 8801 | 2c | | |
| d | Bond credits. Attach Form 8912 | 2d | | |
| e | Total credits. Add lines 2a through 2d | | 2e | |
| 3 | Subtract line 2e from line 1d. If zero or less, enter -0- | | 3 | |
| 4 | Net investment income tax from Form 8960, line 21 | | 4 | |
| 5 | Recapture taxes. Check if from: ☐ Form 4255 ☐ Form 8611 | | 5 | |
| 6 | Household employment taxes. Attach Schedule H (Form 1040) | | 6 | |
| 7 | Total tax. Add lines 3 through 6. Enter here and on page 1, line 23 | | 7 | |

| | Other Information | Yes | No |
|---|---|---|---|
| 1 | Did the estate or trust receive tax-exempt income? If "Yes," attach a computation of the allocation of expenses. Enter the amount of tax-exempt interest income and exempt-interest dividends ▶ $ | | X |
| 2 | Did the estate or trust receive all or any part of the earnings (salary, wages, and other compensation) of any individual by reason of a contract assignment or similar arrangement? | | X |
| 3 | At any time during calendar year 2016, did the estate or trust have an interest in or a signature or other authority over a bank, securities, or other financial account in a foreign country? See the instructions for exceptions and filing requirements for FinCEN Form 114. If "Yes," enter the name of the foreign country ▶ | | X |
| 4 | During the tax year, did the estate or trust receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the estate or trust may have to file Form 3520. See instructions | | X |
| 5 | Did the estate or trust receive, or pay, any qualified residence interest on seller-provided financing? If "Yes," see the instructions for required attachment | | X |
| 6 | If this is an estate or a complex trust making the section 663(b) election, check here (see instructions) ▶ ☐ | | |
| 7 | To make a section 643(e)(3) election, attach Schedule D (Form 1041), and check here (see instructions) ▶ ☐ | | |
| 8 | If the decedent's estate has been open for more than 2 years, attach an explanation for the delay in closing the estate, and check here ▶ ☐ | | |
| 9 | Are any present or future trust beneficiaries skip persons? See instructions | | X |
| 10 | Was the trust a specified domestic entity required to file Form 8938 for the tax year (see the instructions for Form 8938)? | | X |

UYA                                                                    Form **1041** (2016)

USAO-029394

Schedule K-1 (Form 1041) 2018

This list identifies the codes used on Schedule K-1 for beneficiaries and provides summarized reporting information for beneficiaries who file Form 1040. For detailed reporting and filing information, see the Instructions for Schedule K-1 (Form 1041) for a Beneficiary Filing Form 1040 and the Instructions for your income tax return.

| | | Report on |
|---|---|---|
| 1. | Interest income | Form 1040, line 8a |
| 2a. | Ordinary dividends | Form 1040, line 9a |
| 2b. | Qualified dividends | Form 1040, line 9b |
| 3. | Net short-term capital gain | Schedule D, line 5 |
| 4a. | Net long-term capital gain | Schedule D, line 12 |
| 4b. | 28% rate gain | 28% Rate Gain Worksheet, line 4 (Schedule D instructions) |
| 4c. | Unrecaptured section 1250 gain | Unrecaptured Section 1250 Gain Worksheet, line 11 (Schedule D Instructions) |
| 5. | Other portfolio and nonbusiness income | Schedule E, line 33, column (f) |
| 6. | Ordinary business income | Schedule E, line 33, column (d) or (f) |
| 7. | Net rental real estate income | Schedule E, line 33, column (d) or (f) |
| 8. | Other rental income | Schedule E, line 33, column (d) or (f) |
| 9. | Directly apportioned deductions | |
| | **Code** | |
| | A Depreciation | Form 8582 or Schedule E, line 33, column (c) or (e) |
| | B Depletion | Form 8582 or Schedule E, line 33, column (c) or (e) |
| | C Amortization | Form 8582 or Schedule E, line 33, column (c) or (e) |
| 10. | Estate tax deduction | Schedule A, line 28 |
| 11. | Final year deductions | |
| | A Excess deductions | Schedule A, line 23 |
| | B Short-term capital loss carryover | Schedule D, line 5 |
| | C Long-term capital loss carryover | Schedule D, line 12; line 5 of the wksht. for Sch. D, line 18; and line 16 of the wksht. for Sch. D, line 19 |
| | D Net operating loss carryover – regular tax | Form 1040, line 21 |
| | E Net operating loss carryover – minimum tax | Form 6251, line 11 |
| 12. | Alternative minimum tax (AMT) items | |
| | A Adjustment for minimum tax purposes | Form 6251, line 15 |
| | B AMT adjustment attributable to qualified dividends | |
| | C AMT adjustment attributable to net short-term capital gain | |
| | D AMT adjustment attributable to net long-term capital gain | |
| | E AMT adjustment attributable to unrecaptured section 1250 gain | See the beneficiary's Instructions and the Instructions for Form 6251 |
| | F AMT adjustment attributable to 28% rate gain | |
| | G Accelerated depreciation | |
| | H Depletion | |
| | I Amortization | |
| | J Exclusion items | 2017 Form 8801 |

| | | Report on |
|---|---|---|
| 13. | Credits and credit recapture | |
| | **Code** | |
| | A Credit for estimated taxes | Form 1040, line 65 |
| | B Credit for backup withholding | Form 1040, line 64 |
| | C Low-income housing credit | |
| | D Rehabilitation credit and energy credit | |
| | E Other qualifying investment credit | |
| | F Work opportunity credit | |
| | G Credit for small employer health insurance premiums | |
| | H Biofuel producer credit | |
| | I Credit for increasing research activities | |
| | J Renewable electricity, refined coal, and Indian coal production credit | |
| | K Empowerment zone employment credit | See the beneficiary's Instructions |
| | L Indian employment credit | |
| | M Orphan drug credit | |
| | N Credit for employer-provided child care and facilities | |
| | O Biodiesel and renewable diesel fuels credit | |
| | P Credit to holders of tax credit bonds | |
| | Q Credit for employer differential wage payments | |
| | R Recapture of credits | |
| 14. | Other information | |
| | A Tax-exempt interest | Form 1040, line 8b |
| | B Foreign taxes | Form 1040, line 48 or Sch. A, line 8 |
| | C Qualified production activities income | Form 8903, line 7, col. (b) (also see the beneficiary's instructions) |
| | D Form W-2 wages | Form 8903, line 17 |
| | E Net investment income | Form 4952, line 4a |
| | F Gross farm and fishing income | Schedule E, line 42 |
| | G Foreign trading gross receipts (IRC 942(a)) | See the Instructions for Form 8873 |
| | H Adjustment for section 1411 net investment income or deductions | Form 8960, line 7 (also see the beneficiary's instructions) |
| | I Other information | See the beneficiary's instructions |

**Note.** If you are a beneficiary who does not file a Form 1040, see instructions for the type of income tax return you are filing.

UYA

USAO-029395

## Amended Return Statement

**Name:** BURGESS MATTOX BEY TRUST  **EIN:** 98-6078936

| Line number | Description | Original amount | Amended amount |
|---|---|---|---|
| 24e | Federal income tax withheld | $71,700,000 | $0 |

This entity did not receive any income in Tax year 2016.

| Line number | Description | Original amount | Amended amount |
|---|---|---|---|
| 28 | Overpayment | $10,006,428 | $0 |

This entity did not receive any income in Tax year 2016.

| Line number | Description | Original amount | Amended amount |
|---|---|---|---|
| 29b | Refunded | $2,032,219 | $0 |

This entity did not receive any income in Tax year 2016.

FROM:    BURGESS MATTOX BEY TRUST®
         EIN 98-6078936
         Private Mailbox 507
         2625 Piedmont Road Northeast
         Suite 56
         Atlanta Georgia Republic [30324-9998]
         Non-Domestic, Non-Resident, Non-Subject
         Without the United States
         (Without Prejudice)

DATE:    03rd, June 2019          PRIORITY MAIL EXPRESS # EJ 056382380 US

TO:      Department of the Treasury
         Internal Revenue Service
         Cincinnati, OH 45999-0048

RE:      AMENDED FORM 1041, TAX YEAR 2016

Dear Department of the Treasury, Internal Revenue Service,

Please kindly note, this entity did not receive any income in Tax year 2016, therefore an Amended
Form 1041 has been enclosed to respectfully update your records. Thank you kindly.

               For and on behalf of
               BURGESS MATTOX BEY TRUST®

               *Burgess Mattox El, Marquet Antwain, TTEE*
               Marquet Antwain Burgess Mattox El®™, TTEE

               A National, but not a citizen of the UNITED STATES, (in
               accordance to Section 341(b) of the Immigration and
               Nationality Act (INA), 8 USC 1452(b), Non-Corporate Entity,
               ALL RIGHTS RESERVED

Page 1 of 1