United States  of America

**Department of the Treasury**
**Internal Revenue Service**

Date: July 30, 2021

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true copy of Form 1041, U.S. Income Tax Return for Estates and Trusts, for Marquet Antwain Burgess Mattox Trust, Business Entity Number 98-6080212, for the tax year 2015, consisting of eleven (11) pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By the direction of the Secretary of the Treasury:

Jay Elton
Supervisory Investigative Analyst
Internal Revenue Service-Criminal Investigation
Delegation Order 11-5

USAO-029572

1512

Form **1041** Department of the Treasury-Internal Revenue Service
# U.S. Income Tax Return for Estates and Trusts
**2015** OMB No. 1545-0092

▶ Information about Form 1041 and its separate instructions is at www.irs.gov/form1041.

A Check all that apply:
- [ ] Decedent's estate
- [ ] Simple trust
- [X] Complex trust
- [ ] Qualified disability trust
- [ ] ESBT (S portion only)
- [ ] Grantor type trust
- [ ] Bankruptcy estate-Ch. 7
- [ ] Bankruptcy estate-Ch. 11
- [ ] Pooled income fund

For calendar year 2015 or fiscal year beginning , and ending

Name of estate or trust (If a grantor type trust, see the instructions.): MARQUET ANTWAIN BURGESS MATTOX TRUST

Name and title of fiduciary: Asim El Bey , Trustee

Number, street, and room or suite no. (If a P.O. box, see the instructions.): 2625 Piedmont Road Northeast Ste. Ste 56-5

City or town, state or province, country, and ZIP or foreign postal code: Atlanta, GA 30324

C Employer identification number: 98-6080212

D Date entity created: 10/29/2015

E Nonexempt charitable and split-interest trusts, check applicable box(es), see instructions.
- [ ] Described in sec. 4947(a)(1). Check here if not a private foundation ▶ [ ]
- [ ] Described in sec. 4947(a)(2)

B Number of Schedules K-1 attached (see instructions) ▶ 1

F Check applicable boxes: [ ] Initial return [X] Final return [X] Amended return [ ] Net operating loss carryback [ ] Change in trust's name [ ] Change in fiduciary [ ] Change in fiduciary's name [ ] Change in fiduciary's address

G Check here if the estate or filing trust made a section 645 election ▶ [ ] Trust TIN ▶

17244217056007

G

| | Line | Description | No. | Amount |
|---|---|---|---|---|
| Income | 1 | Interest income | 1 | |
| | 2a | Total ordinary dividends | 2a | |
| | b | Qualified dividends allocable to: (1) Beneficiaries ____ (2) Estate or trust ____ | | |
| | 3 | Business income or (loss). Attach Schedule C or C-EZ (Form 1040) | 3 | |
| | 4 | Capital gain or (loss). Attach Schedule D (Form 1041) | 4 | |
| | 5 | Rents, royalties, partnerships, other estates and trusts, etc. Attach Schedule E (Form 1040) | 5 | |
| | 6 | Farm income or (loss). Attach Schedule F (Form 1040) | 6 | |
| | 7 | Ordinary gain or (loss). Attach Form 4797 | 7 | |
| | 8 | Other income. List type and amount Worksheet attached | 8 | 9,762,000. |
| | 9 | Total income. Combine lines 1, 2a, and 3 through 8 ▶ | 9 | 9,762,000. |
| Deductions | 10 | Interest. Check if Form 4952 is attached ▶ [ ] | 10 | |
| | 11 | Taxes | 11 | |
| | 12 | Fiduciary fees | 12 | |
| | 13 | Charitable deduction (from Schedule A, line 7) | 13 | |
| | 14 | Attorney, accountant, and return preparer fees | 14 | |
| | 15a | Other deductions not subject to the 2% floor (attach schedule) | 15a | |
| | b | Net operating loss deduction (see instructions) | 15b | |
| | c | Allowable miscellaneous itemized deductions subject to the 2% floor | 15c | |
| | 16 | Add lines 10 through 15c ▶ | 16 | |
| | 17 | Adjusted total income or (loss). Subtract line 16 from line 9 — 17: 9,762,000. | | |
| | 18 | Income distribution deduction (from Schedule B, line 15). Attach Schedules K-1 (Form 1041) | 18 | |
| | 19 | Estate tax deduction including certain generation-skipping taxes (attach computation) | 19 | |
| | 20 | Exemption | 20 | |
| | 21 | Add lines 18 through 20 ▶ | 21 | |
| Tax and Payments | 22 | Taxable income. Subtract line 21 from line 17. If a loss, see instructions | 22 | 9,762,000. |
| | 23 | Total tax (from Schedule G, line 7) | 23 | 3,864,061. |
| | 24 | Payments: a 2015 estimated tax payments and amount applied from 2014 return | 24a | 9,000,000. |
| | b | Estimated tax payments allocated to beneficiaries (from Form 1041-T) | 24b | |
| | c | Subtract line 24b from line 24a | 24c | 9,000,000. |
| | d | Tax paid with Form 7004 (see instructions) | 24d | |
| | e | Federal income tax withheld. If any is from Form(s) 1099, check ▶ [ ] | 24e | |
| | | Other payments: f Form 2439 ____ ; g Form 4136 ____ ; Total ▶ | 24h | |
| | 25 | Total payments. Add lines 24c through 24e, and 24h ▶ | 25 | 9,000,000. |
| | 26 | Estimated tax penalty (see instructions) | 26 | |
| | 27 | Tax due. If line 25 is smaller than the total of lines 23 and 26, enter amount owed | 27 | |
| | 28 | Overpayment. If line 25 is larger than the total of lines 23 and 26, enter amount overpaid | 28 | 5,135,939. |
| | 29 | Amount of line 28 to be: a Credited to 2016 estimated tax ▶ ; b Refunded ▶ | 29 | 5,135,939. |

INTERNAL REVENUE SERVICE RECEIVED 512 AUG 03 2017 BATCHING UNIT COVINGTON, KY

**Sign Here** Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Asim El Bey UCC 1-308 — 26th, July 2017 ▶
Signature of fiduciary or officer representing fiduciary — Date — EIN of fiduciary if a financial institution

May the IRS discuss this return with the preparer shown below (see instr.)? [ ] Yes [ ] No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check [ ] if self-employed | PTIN |
|---|---|---|---|---|
| | | | | |

Firm's name ▶ — Firm's EIN ▶

Firm's address ▶ — Phone no.

For Paperwork Reduction Act Notice, see the separate instructions. Form **1041** (2015)

UYA

02A.0063

USAO-029574

☒ CORRECTED (if checked)

| LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0877 | Acquisition or Abandonment of Secured Property |
|---|---|---|---|
| BURGESS MATTOX BEY TRUST® c/o Private Mailbox 507 2625 Piedmont Road Northeast Suite 56 Atlanta, Georgia near[30324] | | 2015 Form 1099-A | |
| | 1 Date of lender's acquisition or knowledge of abandonment: 07/23/2017 | 2 Balance of principal outstanding: $ 18,000,000.00 | Copy B For Borrower |
| LENDER'S federal identification number: 98-6078936 / BORROWER'S identification number: 98-6080212 | 3 | 4 Fair market value of property: $ 18,000,000.00 | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
| BORROWER'S name: MARQUET ANTWAIN BURGESS MATTOX TRUST | 5 If checked, the borrower was personally liable for repayment of the debt ▶ ☐ | | |
| Street address (including apt. no.): 2625 PIEDMONT ROAD NE, STE 56-507 | 6 Description of property: Financial Assets transferred to settle debt, "In Care of" (98-6080212), (2015 Form 1041-ES), Asset Numbers (2341) | | |
| City or town, state or province, country, and ZIP or foreign postal code: ATLANTA, GEORGIA 30324 | | | |
| Account number (see instructions): 622687878-0002 | | | |

Form 1099-A (keep for your records) www.irs.gov/form1099a Department of the Treasury - Internal Revenue Service

USAO-029576

## Instructions for Borrower

Certain lenders who acquire an interest in property that was security for a loan or who have reason to know that such property has been abandoned must provide you with this statement. You may have reportable income or loss because of such acquisition or abandonment. Gain or loss from an acquisition generally is measured by the difference between your adjusted basis in the property and the amount of your debt canceled in exchange for the property, or, if greater, the sale proceeds. If you abandoned the property, you may have income from the discharge of indebtedness in the amount of the unpaid balance of your canceled debt. The tax consequences of abandoning property depend on whether or not you were personally liable for the debt. Losses on acquisitions or abandonments of property held for personal use are not deductible. See Pub. 4681 for information about your tax consequences.

Property means any real property (such as a personal residence); any intangible property; and tangible personal property that is held for investment or used in a trade or business.

If you borrowed money on this property with someone else, each of you should receive this statement.

**Borrower's identification number.** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the issuer has reported your complete identification number to the IRS.

**Account number.** May show an account or other unique number the lender assigned to distinguish your account.

**Box 1.** For a lender's acquisition of property that was security for a loan, the date shown is generally the earlier of the date title was transferred to the lender or the date possession and the burdens and benefits of ownership were transferred to the lender. This may be the date of a foreclosure or execution sale or the date your right of redemption or objection expired. For an abandonment, the date shown is the date on which the lender first knew or had reason to know that the property was abandoned or the date of a foreclosure, execution, or similar sale.

**Box 2.** Shows the debt (principal only) owed to the lender on the loan when the interest in the property was acquired by the lender or on the date the lender first knew or had reason to know that the property was abandoned.

**Box 4.** Shows the fair market value of the property. If the amount in box 4 is less than the amount in box 2, and your debt is canceled, you may have cancellation of debt income. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.

**Box 5.** Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, when it was last modified.

**Box 6.** Shows the description of the property acquired by the lender or abandoned by you. If "CCC" is shown, the form indicates the amount of any Commodity Credit Corporation loan outstanding when you forfeited your commodity.

**Future developments.** For the latest information about developments related to Form 1099-A and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099a*.

USAO-029578

Form 1041 (2015) MARQUET ANTWAIN BURGESS MATTOX TRUST 98-6080212 Page 2

**Schedule A** **Charitable Deduction.** Do not complete for a simple trust or a pooled income fund.

| | | Line | Amount |
|---|---|---|---|
| 1 | Amounts paid or permanently set aside for charitable purposes from gross income (see instructions) | 1 | |
| 2 | Tax-exempt income allocable to charitable contributions (see instructions) | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | |
| 4 | Capital gains for the tax year allocated to corpus and paid or permanently set aside for charitable purposes | 4 | |
| 5 | Add lines 3 and 4 | 5 | |
| 6 | Section 1202 exclusion allocable to capital gains paid or permanently set aside for charitable purposes (see instructions) | 6 | |
| 7 | **Charitable deduction.** Subtract line 6 from line 5. Enter here and on page 1, line 13 | 7 | |

**Schedule B** **Income Distribution Deduction**

| | | Line | Amount |
|---|---|---|---|
| 1 | Adjusted total income (see instructions) | 1 | 9,762,000. |
| 2 | Adjusted tax-exempt interest | 2 | |
| 3 | Total net gain from Schedule D (Form 1041), line 19, column (1) (see instructions) | 3 | |
| 4 | Enter amount from Schedule A, line 4 (minus any allocable section 1202 exclusion) | 4 | |
| 5 | Capital gains for the tax year included on Schedule A, line 1 (see instructions) | 5 | |
| 6 | Enter any gain from page 1, line 4, as a negative number. If page 1, line 4, is a loss, enter the loss as a positive number | 6 | |
| 7 | **Distributable net income.** Combine lines 1 through 6. If zero or less, enter -0- | 7 | 9,762,000. |
| 8 | If a complex trust, enter accounting income for the tax year as determined under the governing instrument and applicable local law — 8: 9,762,000. | | |
| 9 | Income required to be distributed currently | 9 | |
| 10 | Other amounts paid, credited, or otherwise required to be distributed | 10 | |
| 11 | Total distributions. Add lines 9 and 10. If greater than line 8, see instructions | 11 | |
| 12 | Enter the amount of tax-exempt income included on line 11 | 12 | |
| 13 | Tentative income distribution deduction. Subtract line 12 from line 11 | 13 | |
| 14 | Tentative income distribution deduction. Subtract line 2 from line 7. If zero or less, enter -0- | 14 | 9,762,000. |
| 15 | **Income distribution deduction.** Enter the smaller of line 13 or line 14 here and on page 1, line 18 | 15 | |

**Schedule G** **Tax Computation** (see instructions)

| | | Line | Sub-amount | Line | Amount |
|---|---|---|---|---|---|
| 1 | **Tax:** a Tax on taxable income (see instructions) | 1a | 3,864,061. | | |
| | b Tax on lump-sum distributions. Attach Form 4972 | 1b | | | |
| | c Alternative minimum tax (from Schedule I (Form 1041), line 56) | 1c | | | |
| | d **Total.** Add lines 1a through 1c ▶ | | | 1d | 3,864,061. |
| 2a | Foreign tax credit. Attach Form 1116 | 2a | | | |
| b | General business credit. Attach Form 3800 | 2b | | | |
| c | Credit for prior year minimum tax. Attach Form 8801 | 2c | | | |
| d | Bond credits. Attach Form 8912 | 2d | | | |
| e | **Total credits.** Add lines 2a through 2d ▶ | | | 2e | |
| 3 | Subtract line 2e from line 1d. If zero or less, enter -0- | | | 3 | 3,864,061. |
| 4 | Net investment income tax from Form 8960, line 21 | | | 4 | |
| 5 | Recapture taxes. Check if from: ☐ Form 4255 ☐ Form 8611 | | | 5 | |
| 6 | Household employment taxes. Attach Schedule H (Form 1040) | | | 6 | |
| 7 | **Total tax.** Add lines 3 through 6. Enter here and on page 1, line 23 ▶ | | | 7 | 3,864,061. |

**Other Information**

| | | Yes | No |
|---|---|---|---|
| 1 | Did the estate or trust receive tax-exempt income? If "Yes," attach a computation of the allocation of expenses. Enter the amount of tax-exempt interest income and exempt-interest dividends ▶ $ | | X |
| 2 | Did the estate or trust receive all or any part of the earnings (salary, wages, and other compensation) of any individual by reason of a contract assignment or similar arrangement? | | X |
| 3 | At any time during calendar year 2015, did the estate or trust have an interest in or a signature or other authority over a bank, securities, or other financial account in a foreign country? See the instructions for exceptions and filing requirements for FinCEN Form 114. If "Yes," enter the name of the foreign country ▶ | | X |
| 4 | During the tax year, did the estate or trust receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the estate or trust may have to file Form 3520. See instructions | | X |
| 5 | Did the estate or trust receive, or pay, any qualified residence interest on seller-provided financing? If "Yes," see the instructions for required attachment | | X |
| 6 | If this is an estate or a complex trust making the section 663(b) election, check here (see instructions) ▶ ☐ | | |
| 7 | To make a section 643(e)(3) election, attach Schedule D (Form 1041), and check here (see instructions) ▶ ☐ | | |
| 8 | If the decedent's estate has been open for more than 2 years, attach an explanation for the delay in closing the estate, and check here ▶ ☐ | | |
| 9 | Are any present or future trust beneficiaries skip persons? See instructions | | X |

UYA Form 1041 (2015)

92A.0065

USAO-029580

Form **8960**

Department of the Treasury
Internal Revenue Service (99)

# Net Investment Income Tax - Individuals, Estates, and Trusts

▶ Attach to your tax return.
▶ Information about Form 8960 and its separate instructions is at www.irs.gov/form8960.

OMB No. 1545-2227
**2015**
Attachment Sequence No. 72

Name(s) shown on your tax return: MARQUET ANTWAIN BURGESS MATTOX TRUST
Your social security number or EIN: 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

**Part I Investment Income**
☐ Section 6013(g) election (see instructions)
☐ Section 6013(h) election (see instructions)
☐ Regulations section 1.1411-10(g) election (see instructions)

| Line | Description | Sub-line | Sub-amount | Line | Amount |
|---|---|---|---|---|---|
| 1 | Taxable interest (see instructions) | | | 1 | |
| 2 | Ordinary dividends (see instructions) | | | 2 | |
| 3 | Annuities (see instructions) | | | 3 | |
| 4a | Rental real estate, royalties, partnerships, S corporations, trusts, etc. (see instructions) | 4a | | | |
| b | Adjustment for net income or loss derived in the ordinary course of a non-section 1411 trade or business (see instructions) | 4b | | | |
| c | Combine lines 4a and 4b | | | 4c | |
| 5a | Net gain or loss from disposition of property (see instructions) | 5a | | | |
| b | Net gain or loss from disposition of property that is not subject to net investment income tax (see instructions) | 5b | | | |
| c | Adjustment from disposition of partnership interest or S corporation stock (see instructions) | 5c | | | |
| d | Combine lines 5a through 5c | | | 5d | |
| 6 | Adjustments to investment income for certain CFCs and PFICs (see instructions) | | | 6 | |
| 7 | Other modifications to investment income (see instructions) | | | 7 | |
| 8 | Total investment income. Combine lines 1, 2, 3, 4c, 5d, 6, and 7 | | | 8 | |

**Part II Investment Expenses Allocable to Investment Income and Modifications**

| Line | Description | Sub-line | Sub-amount | Line | Amount |
|---|---|---|---|---|---|
| 9a | Investment interest expenses (see instructions) | 9a | | | |
| b | State, local, and foreign income tax (see instructions) | 9b | | | |
| c | Miscellaneous investment expenses (see instructions) | 9c | | | |
| d | Add lines 9a, 9b, and 9c | | | 9d | |
| 10 | Additional modifications (see instructions) | | | 10 | |
| 11 | Total deductions and modifications. Add lines 9d and 10 | | | 11 | |

**Part III Tax Computation**

| Line | Description | Sub-line | Sub-amount | Line | Amount |
|---|---|---|---|---|---|
| 12 | Net investment income. Subtract Part II, line 11 from Part I, line 8. Individuals complete lines 13 - 17. Estates and trusts complete lines 18a - 21. If zero or less, enter -0- | | | 12 | |
| | **Individuals:** | | | | |
| 13 | Modified adjusted gross income (see instructions) | 13 | | | |
| 14 | Threshold based on filing status (see instructions) | 14 | | | |
| 15 | Subtract line 14 from line 13. If zero or less, enter -0- | 15 | | | |
| 16 | Enter the smaller of line 12 or line 15 | | | 16 | |
| 17 | Net investment income tax for individuals. Multiply line 16 by 3.8% (.038). Enter here and include on your tax return (see instructions) | | | 17 | |
| | **Estates and Trusts:** | | | | |
| 18a | Net investment income (line 12 above) | 18a | | | |
| b | Deductions for distributions of net investment income and deductions under section 642(c) (see instructions) | 18b | | | |
| c | Undistributed net investment income. Subtract line 18b from 18a (see instructions). If zero or less, enter -0- | 18c | | | |
| 19a | Adjusted gross income (see instructions) | 19a | 9,762,000. | | |
| b | Highest tax bracket for estates and trusts for the year (see instructions) | 19b | 12,300. | | |
| c | Subtract line 19b from line 19a. If zero or less, enter -0- | 19c | 9,749,700. | | |
| 20 | Enter the smaller of line 18c or line 19c | | | 20 | |
| 21 | Net investment income tax for estates and trusts. Multiply line 20 by 3.8% (.038). Enter here and include on your tax return (see instructions) | | | 21 | 0. |

For Paperwork Reduction Act Notice, see your tax return instructions.
UYA

Form 8960 (2015)

02A.0066

USAO-029582

Name(s) shown on Form 1041
MARQUET ANTWAIN BURGESS MATTOX TRUST

Your identifying number
98-6080212

## Other Income

Supporting Details for Form 1041, Line 8

| | |
|---|---|
| 1. 2015 Form 1099-A | 9,762,000. |
| 2. | 0. |
| 3. | 0. |
| 4. | 0. |
| 5. Unpaid compensation received by the decedent's estate | 0. |
| 6. Any part from Form 1099-R that is treated as ordinary income | 0. |
| 7. Gambling Winnings reported on Form W-2G | 0. |
| Other winnings where a Form W-2G not received | 0. |
| 8. Other Income from Schedule K-1 | 0. |
| 9. Form 1099-MISC, Boxes 3 and 8 | 0. |
| 10. Wages, salaries, tips, etc. from Form(s) W-2 | 0. |
| 11. Unemployment compensation | 0. |
| 12. Interest, dividends, or capital gains earned before death, but received after death | |
| Interest .... 0. | |
| Dividends ... 0. | |
| Capital gain . 0. | 0. |
| 13. Taxable refunds, credits, or offsets of state and local income taxes | 0. |
| 14. Credit adjustment from regular income, Form 6478 and Form 8864 | 0. |
| Total Other Income | 9,762,000. |

02A.0067

USAO-029584

## Amended Return Statement

**Name:** MARQUET ANTWAIN BURGESS MATTOX TRUST **EIN:** 98-6080212

| Line number | Description | Original amount | Amended amount |
|---|---|---|---|
| 1 | Interest Income | $9,762,000 | $0 |

Line 1 was deleted to reflect (0.00).

| Line number | Description | Original amount | Amended amount |
|---|---|---|---|
| 8 | Other Income | $0 | $9,762,000 |

Line 8 reflects the (2015 Form 1099-A) received.

| Line number | Description | Original amount | Amended amount |
|---|---|---|---|
| 22 | Taxable Income | $9,761,900 | $9,762,000 |

Line 22 reflects the Amended taxable income.

| Line number | Description | Original amount | Amended amount |
|---|---|---|---|
| 23 | Total Tax | $4,234,506 | $3,864,061 |

Line 23 reflects the Amended total tax amount that's due.

| Line number | Description | Original amount | Amended amount |
|---|---|---|---|
| 24a | Payments: 2015 estimated tax payments | $0 | $9,000,000 |

Line 24a reflects (50%) of the (2015 Form 1041-ES) amount tendered on 20th, July 2017, to DEPARTAMENTO DE HACIENDA 10 PASEO COVADONGA SAN JUAN, PUERTO RICO 00901

| Line number | Description | Original amount | Amended amount |
|---|---|---|---|
| 24e | Federal Income Tax Withheld | $9,762,000 | $0 |

Line 24e was deleted to reflect (0.00).

| Line number | Description | Original amount | Amended amount |
|---|---|---|---|
| 28 | Overpayment | $5,527,494 | $5,135,939 |

Line 28 reflects the Amended overpayment.

| Line number | Description | Original amount | Amended amount |
|---|---|---|---|
| 29 | b Refunded | $5,527,494 | $5,135,939 |

Line 29b reflects the Amended refunded amount.

USAO-029586

661113

Final K-1 ☐ Amended K-1 ☐ OMB No. 1545-0092

Schedule K-1 (Form 1041) **2015**

Department of the Treasury Internal Revenue Service

For calendar year 2015, or tax year beginning ______ and ending ______

## Beneficiary's Share of Income, Deductions, Credits, etc.

▶ See instructions.

**Part I** Information About the Estate or Trust

A Estate's or trust's employer identification number
98-6080212

B Estate's or trust's name
MARQUET ANTWAIN BURGESS MATTOX TRUST

C Fiduciary's name, address, city, state, and ZIP code
Asim El Bey
2625 Piedmont Road Northeast
Ste 56-507
Atlanta, GA 30324

D ☐ Check if Form 1041-T was filed and enter the date it was filed ______

E ☒ Check if this is the final Form 1041 for the estate or trust

**Part II** Information About the Beneficiary

F Beneficiary's identifying number
98-6080043

G Beneficiary's name, address, city, state, and ZIP code
KEMAHRA INVESTMENT TRUST

2625 Piedmont Road NE Suite 56-5
Atlanta, GA 30324

H ☐ Domestic beneficiary ☒ Foreign beneficiary

**Part III** Beneficiary's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Interest income | 11 | Final year deductions |
| 2a | Ordinary dividends | | |
| 2b | Qualified dividends | | |
| 3 | Net short-term capital gain | | |
| 4a | Net long-term capital gain | | |
| 4b | 28% rate gain | 12 | Alternative minimum tax adjustment |
| 4c | Unrecaptured section 1250 gain | | |
| 5 | Other portfolio and nonbusiness income | | |
| 6 | Ordinary business income | | |
| 7 | Net rental real estate income | 13 | Credits and credit recapture |
| 8 | Other rental income | | |
| 9 | Directly apportioned deductions | | |
| | | 14 | Other information |
| 10 | Estate tax deduction | | |

*See attached statement for additional information.

**Note.** A statement must be attached showing the beneficiary's share of income and directly apportioned deductions from each business, rental real estate, and other rental activity.

For IRS Use Only

For Paperwork Reduction Act Notice, see the Instructions for Form 1041.
UYA

Schedule K-1 (Form 1041) 2015

02A.0069

USAO-029588

**This list identifies the codes used on Schedule K-1 for beneficiaries and provides summarized reporting information for beneficiaries who file Form 1040. For detailed reporting and filing information, see the Instructions for Schedule K-1 (Form 1041) for a Beneficiary Filing Form 1040 and the instructions for your income tax return.**

| | *Report on* |
|---|---|
| 1. Interest income | Form 1040, line 8a |
| 2a. Ordinary dividends | Form 1040, line 9a |
| 2b. Qualified dividends | Form 1040, line 9b |
| 3. Net short-term capital gain | Schedule D, line 5 |
| 4a. Net long-term capital gain | Schedule D, line 12 |
| 4b. 28% rate gain | 28% Rate Gain Worksheet, line 4 (Schedule D instructions) |
| 4c. Unrecaptured section 1250 gain | Unrecaptured Section 1250 Gain Worksheet, line 11 (Schedule D instructions) |
| 5. Other portfolio and nonbusiness income | Schedule E, line 33, column (f) |
| 6. Ordinary business income | Schedule E, line 33, column (d) or (f) |
| 7. Net rental real estate income | Schedule E, line 33, column (d) or (f) |
| 8. Other rental income | Schedule E, line 33, column (d) or (f) |
| 9. Directly apportioned deductions | |
| *Code* | |
| A Depreciation | Form 8582 or Schedule E, line 33, column (c) or (e) |
| B Depletion | Form 8582 or Schedule E, line 33, column (c) or (e) |
| C Amortization | Form 8582 or Schedule E, line 33, column (c) or (e) |
| 10. Estate tax deduction | Schedule A, line 28 |
| 11. Final year deductions | |
| A Excess deductions | Schedule A, line 23 |
| B Short-term capital loss carryover | Schedule D, line 5 |
| C Long-term capital loss carryover | Schedule D, line 12; line 5 of the wksht. for Sch. D, line 18; and line 16 of the wksht. for Sch. D, line 19 |
| D Net operating loss carryover – regular tax | Form 1040, line 21 |
| E Net operating loss carryover – minimum tax | Form 6251, line 11 |
| 12. Alternative minimum tax (AMT) items | |
| A Adjustment for minimum tax purposes | Form 6251, line 15 |
| B AMT adjustment attributable to qualified dividends | See the beneficiary's instructions and the Instructions for Form 6251 |
| C AMT adjustment attributable to net short-term capital gain | See the beneficiary's instructions and the Instructions for Form 6251 |
| D AMT adjustment attributable to net long-term capital gain | See the beneficiary's instructions and the Instructions for Form 6251 |
| E AMT adjustment attributable to unrecaptured section 1250 gain | See the beneficiary's instructions and the Instructions for Form 6251 |
| F AMT adjustment attributable to 28% rate gain | See the beneficiary's instructions and the Instructions for Form 6251 |
| G Accelerated depreciation | See the beneficiary's instructions and the Instructions for Form 6251 |
| H Depletion | See the beneficiary's instructions and the Instructions for Form 6251 |
| I Amortization | See the beneficiary's instructions and the Instructions for Form 6251 |
| J Exclusion items | 2016 Form 8801 |

| 13. Credits and credit recapture | |
|---|---|
| *Code* | *Report on* |
| A Credit for estimated taxes | Form 1040, line 65 |
| B Credit for backup withholding | Form 1040, line 64 |
| C Low-income housing credit | See the beneficiary's instructions |
| D Rehabilitation credit and energy credit | See the beneficiary's instructions |
| E Other qualifying investment credit | See the beneficiary's instructions |
| F Work opportunity credit | See the beneficiary's instructions |
| G Credit for small employer health insurance premiums | See the beneficiary's instructions |
| H Biofuel producer credit | See the beneficiary's instructions |
| I Credit for increasing research activities | See the beneficiary's instructions |
| J Renewable electricity, refined coal, and Indian coal production credit | See the beneficiary's instructions |
| K Empowerment zone employment credit | See the beneficiary's instructions |
| L Indian employment credit | See the beneficiary's instructions |
| M Orphan drug credit | See the beneficiary's instructions |
| N Credit for employer-provided child care and facilities | See the beneficiary's instructions |
| O Biodiesel and renewable diesel fuels credit | See the beneficiary's instructions |
| P Credit to holders of tax credit bonds | See the beneficiary's instructions |
| Q Credit for employer differential wage payments | See the beneficiary's instructions |
| R Recapture of credits | See the beneficiary's instructions |
| 14. Other information | |
| A Tax-exempt interest | Form 1040, line 8b |
| B Foreign taxes | Form 1040, line 48 or Sch. A, line 8 |
| C Qualified production activities income | Form 8903, line 7, col. (b) (also see the beneficiary's instructions) |
| D Form W-2 wages | Form 8903, line 17 |
| E Net investment income | Form 4952, line 4a |
| F Gross farm and fishing income | Schedule E, line 42 |
| G Foreign trading gross receipts (IRC 942(a)) | See the instructions for Form 8873 |
| H Adjustment for section 1411 net investment income or deductions | Form 8960, line 7 (also see the beneficiary's instructions) |
| I Other information | See the beneficiary's instructions |

**Note.** If you are a beneficiary who does not file a Form 1040, see instructions for the type of income tax return you are filing.

UYA

02A.0070

USAO-029590

[X] CORRECTED (if checked)

| LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | | OMB No. 1545-0877 | Acquisition or Abandonment of Secured Property |
|---|---|---|---|---|
| BURGESS MATTOX BEY TRUST®<br>c/o Private Mailbox 507<br>2625 Piedmont Road Northeast<br>Suite 56<br>Atlanta, Georgia near[30324] | | | 2015<br>Form 1099-A | |
| LENDER'S federal identification number<br>98-6078936 | BORROWER'S identification number<br>98-6080212 | 1 Date of lender's acquisition or knowledge of abandonment<br>07/11/2017 | 2 Balance of principal outstanding<br>$ 9,762,000.00 | Copy B<br>For Borrower |
| BORROWER'S name<br>MARQUET ANTWAIN BURGESS MATTOX TRUST | | 3 | 4 Fair market value of property<br>$ 9,762,000.00 | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
| Street address (including apt. no.)<br>2625 PIEDMONT ROAD NE, STE 56-507 | | 5 If checked, the borrower was personally liable for repayment of the debt . . . . . . . . . . . . ▶ [ ] | | |
| City or town, state or province, country, and ZIP or foreign postal code<br>ATLANTA, GEORGIA 30324 | | 6 Description of property<br>Financial Assets transferred to settle debt, "In Care of" (98-6080212), (2015 Form 1041-V), Asset Numbers (2340) | | |
| Account number (see instructions)<br>622687878-0002 | | | | |

Form 1099-A (keep for your records) www.irs.gov/form1099a Department of the Treasury - Internal Revenue Service

## Instructions for Borrower

Certain lenders who acquire an interest in property that was security for a loan or who have reason to know that such property has been abandoned must provide you with this statement. You may have reportable income or loss because of such acquisition or abandonment. Gain or loss from an acquisition generally is measured by the difference between your adjusted basis in the property and the amount of your debt canceled in exchange for the property, or, if greater, the sale proceeds. If you abandoned the property, you may have income from the discharge of indebtedness in the amount of the unpaid balance of your canceled debt. The tax consequences of abandoning property depend on whether or not you were personally liable for the debt. Losses on acquisitions or abandonments of property held for personal use are not deductible. See Pub. 4681 for information about your tax consequences.

Property means any real property (such as a personal residence); any intangible property; and tangible personal property that is held for investment or used in a trade or business.

If you borrowed money on this property with someone else, each of you should receive this statement.

**Borrower's identification number.** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the issuer has reported your complete identification number to the IRS.

**Account number.** May show an account or other unique number the lender assigned to distinguish your account.

**Box 1.** For a lender's acquisition of property that was security for a loan, the date shown is generally the earlier of the date title was transferred to the lender or the date possession and the burdens and benefits of ownership were transferred to the lender. This may be the date of a foreclosure or execution sale or the date your right of redemption or objection expired. For an abandonment, the date shown is the date on which the lender first knew or had reason to know that the property was abandoned or the date of a foreclosure, execution, or similar sale.

**Box 2.** Shows the debt (principal only) owed to the lender on the loan when the interest in the property was acquired by the lender or on the date the lender first knew or had reason to know that the property was abandoned.

**Box 4.** Shows the fair market value of the property. If the amount in box 4 is less than the amount in box 2, and your debt is canceled, you may have cancellation of debt income. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.

**Box 5.** Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, when it was last modified.

**Box 6.** Shows the description of the property acquired by the lender or abandoned by you. If "CCC" is shown, the form indicates the amount of any Commodity Credit Corporation loan outstanding when you forfeited your commodity.

**Future developments.** For the latest information about developments related to Form 1099-A and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099a.*

USAO-029405

## Instructions for Recipient

[illegible] OID [illegible] of an obligation [illegible] stated redemption price [illegible] price for a stripped bond or coupon. OID [illegible] of the obligation [illegible] you must include an amount of OID [illegible] that may [illegible] OID [illegible] the OID rules may apply to [illegible] deposit arrangements [illegible] deferred [illegible] the OID [illegible] See Pub. [illegible] more information [illegible]

[illegible] Form 1099-OID [illegible] nominee recipient. Complete a Form 1099-OID [illegible] showing the amount [illegible] to each. File Copy A of the [illegible] Copy B to each [illegible]. List yourself as the [illegible] and the other [illegible] Form(s) 1099-OID with Form [illegible] Center for your area. On Form 1096, list [illegible] is not required to file a nominee return to show [illegible] if you bought or sold an obligation during the [illegible] are not required to issue or file Form 1099-OID [illegible] OID [illegible] to the seller [illegible] of the obligation.

The information [illegible] for covered and noncovered securities. For [illegible] instructions for Form [illegible]. For a taxable covered security [illegible] premium, your payer may report either (1) a [illegible] amount of OID [illegible] OID by the amount of acquisition premium [illegible] or (2) [illegible] amount for both the OID and the acquisition premium amortization for the year. For a noncovered security acquired with acquisition premium, your payer is only required to report the gross amount of OID.

**Recipient's identification number.** For your protection, this form may [illegible] only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the issuer has reported your complete identification number to the IRS.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the instructions to Form 8933.

**Account number.** May show an account or other unique number the payer [illegible] to distinguish your account.

**Box 1.** [illegible] the OID on the obligation for the part of the year you owned it. Report the amount [illegible] income on your income tax return. However, depending on the [illegible] and other factors [illegible] acquisition or bond premium [illegible] stripped bond or coupon, [illegible] have to [illegible] the correct amount of OID to report on your return. See Pub. 1212 [illegible] figure the correct OID. See [illegible] instructions above [illegible]

**Box 2.** Shows [illegible] stated interest on the obligation for the year, which [illegible] from the OID. If you held the obligation the entire year, report [illegible] income on your tax return. If you disposed of the [illegible] from another holder during the year, [illegible] Pub. 550 [illegible] instructions. If there is an amount in both boxes 2 and 8, the [illegible] box 2 [illegible] interest on a U.S. Treasury obligation and is exempt from state [illegible]

**Box 3.** Shows int[illegible] penalty forfeited if you withdrew the money before [illegible] maturity date of the obligation, such as from a CD. You may deduct [illegible] to figure your adjusted gross income on your income tax return. See [illegible] Instructions for Form 1040 to see where to take the deduction.

**Box 4.** Shows backup withholding. Generally, a payer must backup withhold if you did not furnish your taxpayer identification number (TIN) or you did not furnish the correct TIN to the payer. See Form W-9 for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Box 5.** For a taxable covered security acquired with OID, if you made an election under section 1278(b) to include market discount in income as it accrues and you notified your payer of the election in writing in accordance with Regulations section 1.6045-1(n)(5), shows the market discount that accrued on the debt instrument during the year while held by you. For a taxable covered [illegible] market discount will be calculated on a constant yield basis unless you notified your payer [illegible] in accordance with Regulations section 1.6045-[illegible] you did not want to make a constant yield election for market discount [illegible] section 1276(b). Report the accrued market discount on your income tax return [illegible] in the instructions for Form 1040 or 1040[illegible].

(Continued on the back of Copy 2.)

☒ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | 1 Original issue discount for 2016* | OMB No. 1545-0117 | Original Issue Discount |
|---|---|---|---|---|
| UNITED STATES TREASURY<br>1500 PENNSYLVANIA AVENUE NE<br>WASHINGTON, D.C. 20220 | | $ 7,108,200.00 | 2016 | |
| | | 2 Other periodic interest<br>$ | Form 1099-OID | |
| PAYER'S federal identification number | RECIPIENT'S identification number | 3 Early withdrawal penalty<br>$ | 4 Federal income tax withheld<br>$ 7,108,200.00 | Copy B |
| 52-0907065 | 98-6078936 | 5 Market discount<br>$ | 6 Acquisition premium<br>$ | For Recipient |
| RECIPIENT'S name:<br>BURGESS MATTOX BEY TRUST | | 7 Description<br>CASHIER'S CHECK(S) # 2389, 2391, 2392, 2394, 2395, 2396, 2397, 2398, 2401, 2402, 2404, 2405, 2406, 2407, 2412, 2413, 2414, 2415, 2416, 2417, 2421, 2422, 2423, 2424, 2425, 2428, 2429, 2430, 2431 | | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| Street address (including apt. no.)<br>c/o Private Mailbox 507<br>2625 Piedmont Road Northeast, Suite 56 | | 8 Original issue discount on U.S. Treasury obligations*<br>$ | *This may not be the correct figure to report on your income tax return. See instructions on the back. | |
| City or town, state or province, country, and ZIP or foreign postal code<br>Atlanta, Georgia [30324-9998] | | | | |
| | FATCA filing requirement ☐ | 9 Investment expenses<br>$ | 10 Bond premium<br>$ | |
| Account number (see instructions)<br>2874377-62 | | 11 State \| 12 State identification no. | 13 State tax withheld<br>$<br>$ | |

Form 1099-OID (keep for your records) www.irs.gov/form1099oid Department of the Treasury - Internal Revenue Service

## Instructions for Recipient

Original issue discount (OID) [illegible] of an obligation [illegible] price [illegible] OID [illegible] over the [illegible] price [illegible] of the obligation [illegible] OID [illegible] you must include [illegible] amount of OID in [illegible] you held the obligation. Obligations that may have OID include a bond, debenture, note, certificate, or other evidence of [illegible] having [illegible] of more than 1 year. For example, the OID rules may apply to certificates of deposit (CDs), time deposits, bonus savings plans, and other deposit arrangements [illegible] deferred until maturity. In addition, the OID rules [illegible] See Pub. 550 for more information.

[illegible] Form 1099-OID showing amounts belonging to another person, [illegible] Complete a Form 1099-OID for each of the other owners showing the amounts allocable to each. File Copy A of the form with the IRS. Furnish Copy B to each owner. List yourself as the [illegible] Form 1099-OID with Form [illegible] Copy C [illegible] for your [illegible] On Form 1096, list [illegible] required to file a nominee return to show amounts owned by the other owner. If you bought or sold an obligation during the year and you are not a nominee, you are not required to issue or file Form 1099-OID showing the OID or stated interest allocable to the seller/buyer of the obligation.

The information provided may be different for covered and noncovered securities. For a description of covered securities, see the Instructions for Form 8949. For a taxable covered security acquired with acquisition premium, your payer may report either (1) the [illegible] amount of OID that reflects the offset of OID by the amount of acquisition premium amortization for the year, or (2) a gross amount for both the OID and the acquisition premium amortization for the year. For a noncovered security acquired with acquisition premium, your payer is only required to report the gross amount of OID.

**Recipient's identification number.** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the issuer has reported your complete identification number to the IRS.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions to Form 8938.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Box 1.** Shows the OID on the obligation for the part of the year you owned it. Report the amount in box 1 as interest income on your income tax return. However, depending on the type of debt instrument, the issue or acquisition date, and other factors (for example, if you paid acquisition or bond premium on the obligation or it is a stripped bond or coupon), you may have to figure the correct amount of OID to report on your return. See Pub. 1212 for details on how to figure the correct OID. See the instructions above for a covered security acquired with acquisition premium.

**Box 2.** Shows qualified stated interest on the obligation for the year, which is an amount separate from the OID. If you held the obligation the entire year, report this amount as interest income on your tax return. If you disposed of the obligation or acquired it from another holder during the year, see Pub. 550 for reporting instructions. If there is an amount in both boxes 2 and 8, the amount in box 2 is interest on a U.S. Treasury obligation and is exempt from state and local income taxes.

**Box 3.** Shows interest or principal forfeited if you withdrew the money before the maturity date of the obligation, [illegible] You may deduct this amount to figure your adjusted gross income on your income tax return. See the Instructions for Form 1040 to see where to take the deduction.

**Box 4.** Shows backup withholding. Generally, a payer must backup withhold if you did not furnish your taxpayer identification number (TIN) or you did not furnish the correct TIN to the payer. See Form W-9 for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Box 5.** For a taxable covered security acquired with OID, if you made an election under section 1278(b) to include market discount in income as it accrues and you notified your payer of the election in writing in accordance with Regulations section 1.6045-1(n)(5), shows the market discount that accrued on the debt instrument during the year while held by you. For a taxable covered security, market discount will be calculated on a constant yield basis unless you notified your payer in writing in accordance with Regulations section 1.6045-1(n)(5) that you did not want to make a constant yield election for market discount under section 1276(b). Report the accrued market discount on your income tax return as directed in the instructions for Form 1040 or 1040A.

(Continued on the back of Copy 2)

☒ CORRECTED (if checked)

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

UNITED STATES TREASURY
1500 PENNSYLVANIA AVENUE NE
WASHINGTON, D.C. 20220

1 Original issue discount for 2016*
$ 135,048,000.00

2 Other periodic interest
$

OMB No. 1545-0117

2016

Form 1099-OID

**Original Issue Discount**

3 Early withdrawal penalty
$

4 Federal income tax withheld
$ 135,048,000.00

**Copy B**

**For Recipient**

PAYER'S federal identification number: 52-0907065

RECIPIENT'S identification number: 98-6078936

5 Market discount
$

6 Acquisition premium
$

RECIPIENT'S name

BURGESS MATTOX BEY TRUST

Street address (including apt. no.)

c/o Private Mailbox 507
2625 Piedmont Road Northeast, Suite 56

City or town, state or province, country, and ZIP or foreign postal code

Atlanta, Georgia [30324-9998]

7 Description
CASHIER'S CHECK(S) # 2445, 2446, 2457, 2458, 2465, 2466, 2469, 2470, 2471, 2472, 2473, 2474, 2475, 2476, 2477, 2478, 2481, 2482, 2483, 2484, 2485, 2486, 2497, 2498

8 Original issue discount on U.S. Treasury obligations*
$

* This may not be the correct figure to report on your income tax return. See instructions on the back.

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

FATCA filing requirement ☐

9 Investment expenses
$

10 Bond premium
$

Account number (see instructions)
2874377-62

11 State

12 State identification no.

13 State tax withheld
$
$

Form 1099-OID (keep for your records) www.irs.gov/form1099oid Department of the Treasury - Internal Revenue Service

## Instructions for Lender

To complete Form 1099-A, use:

- the 2016 General Instructions for Certain Information Returns, and
- the 2016 Instructions for Forms 1099-A and 1099-C.

To order these instructions and additional forms, go to *www.irs.gov/form1099a*.

**Caution:** Because paper forms are scanned during processing, you cannot file Forms 1096, 1097, 1098, 1099, 3921, 3922, or 5498 that you print from the IRS website.

**Due dates.** Furnish Copy B of this form to the borrower by January 31, 2017.

File Copy A of this form with the IRS by February 28, 2017. If you file electronically, the due date is March 31, 2017. To file electronically, you must have software that generates a file according to the specifications in Pub. 1220. The IRS does not provide a fill-in form option.

**Need help?** If you have questions about reporting on Form 1099-A, call the information reporting customer service site toll free at 1-866-455-7438 or 304-263-8700 (not toll free). Persons with a hearing or speech disability with access to TTY/TDD equipment can call 304-579-4827 (not toll free).

*Printed on recycled paper*

☐ VOID ☒ CORRECTED

LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

**BURGESS MATTOX BEY TRUST®**
**c/o Private Mailbox 507**
**2625 Piedmont Road Northeast**
**Suite 56**
**Atlanta, Georgia [30324-9998]**

OMB No. 1545-0877

**2016**

Form **1099-A**

# Acquisition or Abandonment of Secured Property

LENDER'S federal identification number: 98-6078936

BORROWER'S identification number:

1 Date of lender's acquisition or knowledge of abandonment: 01/23/2018

2 Balance of principal outstanding: $ 7,108,200.00

**Copy C**
**For Lender**

BORROWER'S name

**DEPARTAMENTO DE HACIENDA**

3

4 Fair market value of property: $ 7,108,200.00

For Privacy Act and Paperwork Reduction Act Notice, see the **2016 General Instructions for Certain Information Returns.**

Street address (including apt. no.)

**10 PASEO COVADONGA**

5 If checked, the borrower was personally liable for repayment of the debt . . . . . . . . . . . . ▶ ☒

City or town, state or province, country, and ZIP or foreign postal code

**SAN JUAN, PUERTO RICO 00901**

6 Description of property

CASHIER'S CHECK(S) # 2389, 2391, 2392, 2394, 2395, 2396, 2397, 2398, 2401, 2402, 2404, 2405, 2406, 2407, 2412, 2413, 2414, 2415, 2416, 2417, 2421, 2422, 2423, 2424, 2425, 2428, 2429, 2430, 2431

Account number (see instructions): 2874377-62

Form **1099-A** www.irs.gov/form1099a Department of the Treasury - Internal Revenue Service

## Instructions for Lender

To complete Form 1099-A, use:

- the 2016 General Instructions for Certain Information Returns, and
- the 2016 Instructions for Forms 1099-A and 1099-C.

To order these instructions and additional forms, go to *www.irs.gov/form1099a*.

**Caution:** Because paper forms are scanned during processing, you cannot file Forms 1096, 1097, 1098, 1099, 3921, 3922, or 5498 that you print from the IRS website.

**Due dates.** Furnish Copy B of this form to the borrower by January 31, 2017.

File Copy A of this form with the IRS by February 28, 2017. If you file electronically, the due date is March 31, 2017. To file electronically, you must have software that generates a file according to the specifications in Pub. 1220. The IRS does not provide a fill-in form option.

**Need help?** If you have questions about reporting on Form 1099-A, call the information reporting customer service site toll free at 1-866-455-7438 or 304-263-8700 (not toll free). Persons with a hearing or speech disability with access to TTY/TDD equipment can call 304-579-4827 (not toll free).

*Printed on recycled paper*

☐ VOID ☒ CORRECTED

LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

**BURGESS MATTOX BEY TRUST®**
**c/o Private Mailbox 507**
**2625 Piedmont Road Northeast**
**Suite 56**
**Atlanta, Georgia [30324-9998]**

OMB No. 1545-0877

**2016**

Form **1099-A**

**Acquisition or Abandonment of Secured Property**

| LENDER'S federal identification number | BORROWER'S identification number |
|---|---|
| 98-6078936 | 52-0907065 |

1 Date of lender's acquisition or knowledge of abandonment: 01/23/2018

2 Balance of principal outstanding: $ 135,048,000.00

**Copy C**
**For Lender**

BORROWER'S name

UNITED STATES TREASURY

3

4 Fair market value of property: $ 135,048,000.00

Street address (including apt. no.)

1500 PENNSYLVANIA AVENUE NE

5 If checked, the borrower was personally liable for repayment of the debt . . . . ▶ ☒

City or town, state or province, country, and ZIP or foreign postal code

WASHINGTON, D.C. 20220

6 Description of property

CASHIER'S CHECK(S) # 2445, 2446, 2457, 2458, 2465, 2466, 2469, 2470, 2471, 2472, 2473, 2474, 2475, 2476, 2477, 2478, 2481, 2482, 2483, 2484, 2485, 2486, 2497, 2498

For Privacy Act and Paperwork Reduction Act Notice, see the **2016 General Instructions for Certain Information Returns.**

Account number (see instructions)

2874377-62

Form **1099-A** www.irs.gov/form1099a Department of the Treasury - Internal Revenue Service