# United States  of America

**Department of the Treasury**
**Internal Revenue Service**

Date: August 6, 2021

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true copy of Form 1041, U.S. Income Tax Return for Estates and Trusts, for Marquet Antwain Burgess Mattox Trust, Business Entity Number 98-6080212, for the tax year 2016, consisting of ten (10) pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By the direction of the Secretary of the Treasury:

*Jay Elton*
Supervisory Investigative Analyst
Internal Revenue Service-Criminal Investigation
Delegation Order 11-5

**GOVERNMENT EXHIBIT**
3-19

Catalog Number 19002E
RAM 08/06/2021

*U.S. GPO: 1997-417-690/61741

Form **2866** (Rev. 09-97)
USAO-030224

17244224012217

# Form 1041 — U.S. Income Tax Return for Estates and Trusts — 2016

Department of the Treasury—Internal Revenue Service
OMB No. 1545-0092

Information about Form 1041 and its separate instructions is at www.irs.gov/form1041.

For calendar year 2016 or fiscal year beginning _____ and ending _____

**A Check all that apply:**
- [ ] Decedent's estate
- [ ] Simple trust
- [X] Complex trust
- [ ] Qualified disability trust
- [ ] ESBT (S portion only)
- [ ] Grantor type trust
- [ ] Bankruptcy estate-Ch. 7
- [ ] Bankruptcy estate-Ch. 11
- [ ] Pooled income fund

**Name of estate or trust:** MARQUET ANTWAIN BURGESS MATTOX TRUST

**Name and title of fiduciary:** Asim El Bey, Trustee

**Number, street, and room or suite no.:** 2625 Piedmont Road Northeast Ste. Ste 56-5

**City or town, state or province, country, and ZIP or foreign postal code:** Atlanta, GA 30324

**C Employer identification number:** 98-6080212
**D Date entity created:** 10/29/2015
**E Nonexempt charitable and split-interest trusts, check applicable box(es), see instructions.**
- [ ] Described in sec. 4947(a)(1). Check here if not a private foundation ▶ [ ]
- [ ] Described in sec. 4947(a)(2)

**B Number of Schedules K-1 attached:** 1

**F Check applicable boxes:**
- [ ] Initial return
- [X] Final return
- [X] Amended return
- [ ] Change in trust's name
- [ ] Change in fiduciary
- [ ] Change in fiduciary's name
- [ ] Net operating loss carryback
- [ ] Change in fiduciary's address

**G** Check here if the estate or filing trust made a section 645 election ▶ [ ]   Trust TIN ▶

## Income

| Line | Description | Amount |
|---|---|---|
| 1 | Interest income | |
| 2a | Total ordinary dividends | |
| b | Qualified dividends allocable to: (1) Beneficiaries ____ (2) Estate or trust ____ | |
| 3 | Business income or (loss). Attach Schedule C or C-EZ (Form 1040) | |
| 4 | Capital gain or (loss). Attach Schedule D (Form 1041) | |
| 5 | Rents, royalties, partnerships, other estates and trusts, etc. Attach Schedule E (Form 1040) | |
| 6 | Farm income or (loss). Attach Schedule F (Form 1040) | |
| 7 | Ordinary gain or (loss). Attach Form 4797 | |
| 8 | Other income. List type and amount **Worksheet attached** | 8,975,000. |
| 9 | Total income. Combine lines 1, 2a, and 3 through 8 | 8,975,000. |

*INTERNAL REVENUE SERVICE — 264 RECEIVED — AUG 0 4 2017 — BATCHING UNIT COVINGTON, KY*

## Deductions

| Line | Description | Amount |
|---|---|---|
| 10 | Interest. Check if Form 4952 is attached ▶ [ ] | |
| 11 | Taxes | |
| 12 | Fiduciary fees | |
| 13 | Charitable deduction (from Schedule A, line 7) | |
| 14 | Attorney, accountant, and return preparer fees | |
| 15a | Other deductions not subject to the 2% floor | |
| b | Net operating loss deduction (see instructions) | |
| c | Allowable miscellaneous itemized deductions subject to the 2% floor | |
| 16 | Add lines 10 through 15c | |
| 17 | Adjusted total income or (loss). Subtract line 16 from line 9 | 8,975,000. |
| 18 | Income distribution deduction (from Schedule B, line 15). Attach Schedules K-1 (Form 1041) | |
| 19 | Estate tax deduction including certain generation-skipping taxes (attach computation) | |
| 20 | Exemption | 100. |
| 21 | Add lines 18 through 20 | 100. |
| 22 | Taxable income. Subtract line 21 from line 17. If a loss, see instructions | 8,974,900. |
| 23 | Total tax (from Schedule G, line 7) | 3,552,356. |

## Tax and Payments

| Line | Description | Amount |
|---|---|---|
| 24a | 2016 estimated tax payments and amount applied from 2015 return | 9,000,000. |
| 24b | Estimated tax payments allocated to beneficiaries (from Form 1041-T) | |
| 24c | Subtract line 24b from line 24a | 9,000,000. |
| 24d | Tax paid with Form 7004 (see instructions) | |
| 24e | Federal income tax withheld. If any is from Form(s) 1099, check ▶ [ ] | |
| 24h | Other payments: f Form 2439 _____; g Form 4136 _____; Total ▶ | |
| 25 | Total payments. Add lines 24c through 24e, and 24h | 9,000,000. |
| 26 | Estimated tax penalty (see instructions) | 85,529. |
| 27 | Tax due. If line 25 is smaller than the total of lines 23 and 26, enter amount owed | |
| 28 | Overpayment. If line 25 is larger than the total of lines 23 and 26, enter amount overpaid | 5,362,115. |
| 29 | Amount of line 28 to be: a Credited to 2017 estimated tax ▶ _____; b Refunded ▶ | 5,362,115. |

**Sign Here** — Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of fiduciary or officer representing fiduciary: *Asim El Bey*  UCC 1-308
Date: 27th, July 2017
EIN of fiduciary if a financial institution: ____
May the IRS discuss this return with the preparer shown below (see instr.)? [ ] Yes [ ] No

**Paid Preparer Use Only**
- Print/Type preparer's name:
- Preparer's signature:
- Date:
- Check [ ] if self-employed
- PTIN
- Firm's name ▶
- Firm's EIN ▶
- Firm's address ▶
- Phone no.

For Paperwork Reduction Act Notice, see the separate instructions.
UYA

Form **1041** (2016)

USAO-030225

Form 1041 (2016)  MARQUET ANTWAIN BURGESS MATTOX TRUST    98-6080212    Page **2**

### Schedule A — Charitable Deduction. Don't complete for a simple trust or a pooled income fund.

| | | |
|---|---|---|
| 1 | Amounts paid or permanently set aside for charitable purposes from gross income (see instructions) | 1 |
| 2 | Tax-exempt income allocable to charitable contributions (see instructions) | 2 |
| 3 | Subtract line 2 from line 1 | 3 |
| 4 | Capital gains for the tax year allocated to corpus and paid or permanently set aside for charitable purposes | 4 |
| 5 | Add lines 3 and 4 | 5 |
| 6 | Section 1202 exclusion allocable to capital gains paid or permanently set aside for charitable purposes (see instructions) | 6 |
| 7 | **Charitable deduction.** Subtract line 6 from line 5. Enter here and on page 1, line 13 | 7 |

### Schedule B — Income Distribution Deduction

| | | |
|---|---|---|
| 1 | Adjusted total income (see instructions) | 1 | 8,975,000. |
| 2 | Adjusted tax-exempt interest | 2 | |
| 3 | Total net gain from Schedule D (Form 1041), line 19, column (1) (see instructions) | 3 | |
| 4 | Enter amount from Schedule A, line 4 (minus any allocable section 1202 exclusion) | 4 | |
| 5 | Capital gains for the tax year included on Schedule A, line 1 (see instructions) | 5 | |
| 6 | Enter any gain from page 1, line 4, as a negative number. If page 1, line 4, is a loss, enter the loss as a positive number | 6 | |
| 7 | **Distributable net income.** Combine lines 1 through 6. If zero or less, enter -0- | 7 | 8,975,000. |
| 8 | If a complex trust, enter accounting income for the tax year as determined under the governing instrument and applicable local law | 8 | 8,975,000. |
| 9 | Income required to be distributed currently | 9 | |
| 10 | Other amounts paid, credited, or otherwise required to be distributed | 10 | |
| 11 | Total distributions. Add lines 9 and 10. If greater than line 8, see instructions | 11 | |
| 12 | Enter the amount of tax-exempt income included on line 11 | 12 | |
| 13 | Tentative income distribution deduction. Subtract line 12 from line 11 | 13 | |
| 14 | Tentative income distribution deduction. Subtract line 2 from line 7. If zero or less, enter -0- | 14 | 8,975,000. |
| 15 | **Income distribution deduction.** Enter the smaller of line 13 or line 14 here and on page 1, line 18 | 15 | |

### Schedule G — Tax Computation (see instructions)

| | | | |
|---|---|---|---|
| 1 Tax: a | Tax on taxable income (see instructions) | 1a | 3,552,356. |
| b | Tax on lump-sum distributions. Attach Form 4972 | 1b | |
| c | Alternative minimum tax (from Schedule I (Form 1041), line 56) | 1c | |
| d | **Total.** Add lines 1a through 1c | 1d | 3,552,356. |
| 2a | Foreign tax credit. Attach Form 1116 | 2a | |
| b | General business credit. Attach Form 3800 | 2b | |
| c | Credit for prior year minimum tax. Attach Form 8801 | 2c | |
| d | Bond credits. Attach Form 8912 | 2d | |
| e | **Total credits.** Add lines 2a through 2d | 2e | |
| 3 | Subtract line 2e from line 1d. If zero or less, enter -0- | 3 | 3,552,356. |
| 4 | Net investment income tax from Form 8960, line 21 | 4 | |
| 5 | Recapture taxes. Check if from: ☐ Form 4255 ☐ Form 8611 | 5 | |
| 6 | Household employment taxes. Attach Schedule H (Form 1040) | 6 | |
| 7 | **Total tax.** Add lines 3 through 6. Enter here and on page 1, line 23 | 7 | 3,552,356. |

### Other Information

| | | Yes | No |
|---|---|---|---|
| 1 | Did the estate or trust receive tax-exempt income? If "Yes," attach a computation of the allocation of expenses. Enter the amount of tax-exempt interest income and exempt-interest dividends ▶ $ | | X |
| 2 | Did the estate or trust receive all or any part of the earnings (salary, wages, and other compensation) of any individual by reason of a contract assignment or similar arrangement? | | X |
| 3 | At any time during calendar year 2016, did the estate or trust have an interest in or a signature or other authority over a bank, securities, or other financial account in a foreign country? See the instructions for exceptions and filing requirements for FinCEN Form 114. If "Yes," enter the name of the foreign country ▶ | | X |
| 4 | During the tax year, did the estate or trust receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the estate or trust may have to file Form 3520. See instructions | | X |
| 5 | Did the estate or trust receive, or pay, any qualified residence interest on seller-provided financing? If "Yes," see the instructions for required attachment | | X |
| 6 | If this is an estate or a complex trust making the section 663(b) election, check here (see instructions) ▶ ☐ | | |
| 7 | To make a section 643(e)(3) election, attach Schedule D (Form 1041), and check here (see instructions) ▶ ☐ | | |
| 8 | If the decedent's estate has been open for more than 2 years, attach an explanation for the delay in closing the estate, and check here ▶ ☐ | | |
| 9 | Are any present or future trust beneficiaries skip persons? See instructions | | X |
| 10 | Was the trust a specified domestic entity required to file Form 8938 for the tax year (see the Instructions for Form 8938)? | | X |

UYA

Form **1041** (2016)

USAO-030226

| Form **8960**<br>Department of the Treasury<br>Internal Revenue Service (99) | **Net Investment Income Tax –<br>Individuals, Estates, and Trusts**<br>▶ Attach to your tax return.<br>▶ Information about Form 8960 and its separate instructions is at *www.irs.gov/form8960*. | OMB No. 1545-2227<br>**2016**<br>Attachment<br>Sequence No. **72** |
|---|---|---|
| Name(s) shown on your tax return<br>MARQUET ANTWAIN BURGESS MATTOX TRUST | | Your social security number or EIN<br>98-6080212 |

**Part I   Investment Income**   ☐ Section 6013(g) election (see instructions)
☐ Section 6013(h) election (see instructions)
☐ Regulations section 1.1411-10(g) election (see instructions)

| | | | |
|---|---|---|---|
| 1 | Taxable interest (see instructions) | 1 | |
| 2 | Ordinary dividends (see instructions) | 2 | |
| 3 | Annuities (see instructions) | 3 | |
| 4a | Rental real estate, royalties, partnerships, S corporations, trusts, etc. (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . 4a | | |
| b | Adjustment for net income or loss derived in the ordinary course of a non-section 1411 trade or business (see instructions) . . . . . . . . 4b | | |
| c | Combine lines 4a and 4b | 4c | |
| 5a | Net gain or loss from disposition of property (see instructions) . . . . 5a | | |
| b | Net gain or loss from disposition of property that is not subject to net investment income tax (see instructions) . . . . . . . . . . . . 5b | | |
| c | Adjustment from disposition of partnership interest or S corporation stock (see instructions) . . . . . . . . . . . . . . . . . . . . . 5c | | |
| d | Combine lines 5a through 5c | 5d | |
| 6 | Adjustments to investment income for certain CFCs and PFICs (see instructions) | 6 | |
| 7 | Other modifications to investment income (see instructions) | 7 | |
| 8 | Total investment income. Combine lines 1, 2, 3, 4c, 5d, 6, and 7 | 8 | |

**Part II   Investment Expenses Allocable to Investment Income and Modifications**

| | | | |
|---|---|---|---|
| 9a | Investment interest expenses (see instructions) . . . . . . . . . 9a | | |
| b | State, local, and foreign income tax (see instructions) . . . . . . . 9b | | |
| c | Miscellaneous investment expenses (see instructions) . . . . . . 9c | | |
| d | Add lines 9a, 9b, and 9c | 9d | |
| 10 | Additional modifications (see instructions) | 10 | |
| 11 | Total deductions and modifications. Add lines 9d and 10 | 11 | |

**Part III   Tax Computation**

| | | | |
|---|---|---|---|
| 12 | Net investment income. Subtract Part II, line 11 from Part I, line 8. Individuals complete lines 13 - 17. Estates and trusts complete lines 18a - 21. If zero or less, enter -0- | 12 | |
| | **Individuals:** | | |
| 13 | Modified adjusted gross income (see instructions) . . . . . . . . 13 | | |
| 14 | Threshold based on filing status (see instructions) . . . . . . . . 14 | | |
| 15 | Subtract line 14 from line 13. If zero or less, enter -0- . . . . . . . 15 | | |
| 16 | Enter the smaller of line 12 or line 15 | 16 | |
| 17 | Net investment income tax for individuals. Multiply line 16 by 3.8% (.038). **Enter here and include on your tax return** (see instructions) | 17 | |
| | **Estates and Trusts:** | | |
| 18a | Net investment income (line 12 above) . . . . . . . . . . . . 18a | | |
| b | Deductions for distributions of net investment income and deductions under section 642(c) (see instructions) . . . . . . . . 18b | | |
| c | Undistributed net investment income. Subtract line 18b from 18a (see instructions). If zero or less, enter -0- . . . . . . . . . . . . . 18c | | |
| 19a | Adjusted gross income (see instructions) . . . . . . . . . . . 19a | 8,974,900. | |
| b | Highest tax bracket for estates and trusts for the year (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . 19b | 12,400. | |
| c | Subtract line 19b from line 19a. If zero or less, enter -0- . . . . . . 19c | 8,962,500. | |
| 20 | Enter the smaller of line 18c or line 19c | 20 | |
| 21 | Net investment income tax for estates and trusts. Multiply line 20 by 3.8% (.038). **Enter here and include on your tax return** (see instructions) | 21 | 0. |

For Paperwork Reduction Act Notice, see your tax return instructions.                                  Form **8960** (2016)
UYA

USAO-030227

| Name(s) shown on Form 1041 | Your identifying number |
|---|---|
| MARQUET ANTWAIN BURGESS MATTOX TRUST | 98-6080212 |

## Other Income
### Supporting Details for Form 1041, Line 8

| | |
|---|---:|
| 1. 2016 Form 1099-A | 8,975,000. |
| 2. | |
| 3. | |
| 4. | |
| 5. Unpaid compensation received by the decedent's estate . . . . . . . . . . . . . . . . . . | |
| 6. Any part from Form 1099-R that is treated as ordinary income . . . . . . . . . . . . . . . | |
| 7. Gambling Winnings reported on Form W-2G . . . . . . . . . . . . . . . . . . . . . . . . | |
|     Other winnings where a Form W-2G was not received . . . . . . . . . . . . . . . . . . | |
| 8. Other Income from Schedule K-1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| 9. Form 1099-MISC, Boxes 3 and 8 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| 10. Wages, salaries, tips, etc. from Form(s) W-2 . . . . . . . . . . . . . . . . . . . . . . | |
| 11. Unemployment compensation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| 12. Interest, dividends, or capital gains earned before death, but received after death<br>    Interest _____<br>    Dividends _____<br>    Capital gain _____ | |
| 13. Taxable refunds, credits, or offsets of state and local income taxes . . . . . . . . . . . . | |
| 14. Credit adjustment from regular income, Form 6478 and Form 8864 . . . . . . . . . . . . . | |
| Total Other Income | 8,975,000. |

# Amended Return Statement

**Name:** MARQUET ANTWAIN BURGESS MATTOX TRUST  **EIN:** 98-6080212

| Line number | Description | Original amount | Amended amount |
|---|---|---|---|
| 1 | Interest Income | $8,975,000 | $0 |

Line 1 was deleted to refect (0.00).

| Line number | Description | Original amount | Amended amount |
|---|---|---|---|
| 8 | Other Income | $0 | $8,975,000 |

Line 8 reflects the (2016 Form 1099-A) recieved.

| Line number | Description | Original amount | Amended amount |
|---|---|---|---|
| 23 | Total Tax | $3,892,931 | $3,552,356 |

Line 23 reflects the Amended total tax amount due.

| Line number | Description | Original amount | Amended amount |
|---|---|---|---|
| 24a | Payments: 2016 estimated tax payments | $0 | $9,000,000 |

Line 24a reflects (50%) of the (2016 Form 1041-ES) amount tendered on 20th, July 2017, to DEPARTAMENTO DE HACIENDA 10 PASEO COVADONGA SAN JUAN, PUERTO RICO 00901

| Line number | Description | Original amount | Amended amount |
|---|---|---|---|
| 24e | Federal Income Tax Withheld | $8,975,000 | $0 |

Line 24e was deleted to reflect (0.00).

| Line number | Description | Original amount | Amended amount |
|---|---|---|---|
| 25 | Total Payments | $8,975,000 | $9,000,000 |

Line 25 reflect the Amended total payments tendered.

| Line number | Description | Original amount | Amended amount |
|---|---|---|---|
| 26 | Estimated Tax Penalty | $0 | $85,529 |

Line 26 reflects an Amended estimated tax penalty.

| Line number | Description | Original amount | Amended amount |
|---|---|---|---|
| 28 | Overpayment | $5,082,069 | $5,362,115 |

Line 28 reflects the overpayment tendered.

Schedule K-1 (Form 1041) 2016          Page **2**

This list identifies the codes used on Schedule K-1 for beneficiaries and provides summarized reporting information for beneficiaries who file Form 1040. For detailed reporting and filing information, see the Instructions for Schedule K-1 (Form 1041) for a Beneficiary Filing Form 1040 and the instructions for your income tax return.

| | | Report on |
|---|---|---|
| 1. | Interest income | Form 1040, line 8a |
| 2a. | Ordinary dividends | Form 1040, line 9a |
| 2b. | Qualified dividends | Form 1040, line 9b |
| 3. | Net short-term capital gain | Schedule D, line 5 |
| 4a. | Net long-term capital gain | Schedule D, line 12 |
| 4b. | 28% rate gain | 28% Rate Gain Worksheet, line 4 (Schedule D Instructions) |
| 4c. | Unrecaptured section 1250 gain | Unrecaptured Section 1250 Gain Worksheet, line 11 (Schedule D Instructions) |
| 5. | Other portfolio and nonbusiness income | Schedule E, line 33, column (f) |
| 6. | Ordinary business income | Schedule E, line 33, column (d) or (f) |
| 7. | Net rental real estate income | Schedule E, line 33, column (d) or (f) |
| 8. | Other rental income | Schedule E, line 33, column (d) or (f) |
| 9. | Directly apportioned deductions | |
| | *Code* | |
| | A Depreciation | Form 8582 or Schedule E, line 33, column (c) or (e) |
| | B Depletion | Form 8582 or Schedule E, line 33, column (c) or (e) |
| | C Amortization | Form 8582 or Schedule E, line 33, column (c) or (e) |
| 10. | Estate tax deduction | Schedule A, line 28 |
| 11. | Final year deductions | |
| | A Excess deductions | Schedule A, line 23 |
| | B Short-term capital loss carryover | Schedule D, line 5 |
| | C Long-term capital loss carryover | Schedule D, line 12; line 5 of the wksht. for Sch. D, line 18; and line 16 of the wksht. for Sch. D, line 19 |
| | D Net operating loss carryover - regular tax | Form 1040, line 21 |
| | E Net operating loss carryover - minimum tax | Form 6251, line 11 |
| 12. | Alternative minimum tax (AMT) items | |
| | A Adjustment for minimum tax purposes | Form 6251, line 15 |
| | B AMT adjustment attributable to qualified dividends | |
| | C AMT adjustment attributable to net short-term capital gain | |
| | D AMT adjustment attributable to net long-term capital gain | See the beneficiary's instructions and the Instructions for Form 6251 |
| | E AMT adjustment attributable to unrecaptured section 1250 gain | |
| | F AMT adjustment attributable to 28% rate gain | |
| | G Accelerated depreciation | |
| | H Depletion | |
| | I Amortization | |
| | J Exclusion items | 2017 Form 8801 |

| | | Report on |
|---|---|---|
| 13. | Credits and credit recapture | |
| | *Code* | |
| | A Credit for estimated taxes | Form 1040, line 65 |
| | B Credit for backup withholding | Form 1040, line 64 |
| | C Low-income housing credit | |
| | D Rehabilitation credit and energy credit | |
| | E Other qualifying investment credit | |
| | F Work opportunity credit | |
| | G Credit for small employer health insurance premiums | |
| | H Biofuel producer credit | |
| | I Credit for increasing research activities | |
| | J Renewable electricity, refined coal, and Indian coal production credit | |
| | K Empowerment zone employment credit | See the beneficiary's instructions |
| | L Indian employment credit | |
| | M Orphan drug credit | |
| | N Credit for employer-provided child care and facilities | |
| | O Biodiesel and renewable diesel fuels credit | |
| | P Credit to holders of tax credit bonds | |
| | Q Credit for employer differential wage payments | |
| | R Recapture of credits | |
| 14. | Other information | |
| | A Tax-exempt interest | Form 1040, line 8b |
| | B Foreign taxes | Form 1040, line 48 or Sch. A, line 8 |
| | C Qualified production activities income | Form 8903, line 7, col. (b) (also see the beneficiary's instructions) |
| | D Form W-2 wages | Form 8903, line 17 |
| | E Net investment income | Form 4952, line 4a |
| | F Gross farm and fishing income | Schedule E, line 42 |
| | G Foreign trading gross receipts (IRC 942(a)) | See the Instructions for Form 8873 |
| | H Adjustment for section 1411 net investment income or deductions | Form 8960, line 7 (also see the beneficiary's instructions) |
| | I Other information | See the beneficiary's instructions |

**Note.** If you are a beneficiary who does not file a Form 1040, see instructions for the type of income tax return you are filing.

UYA

USAO-030230

☒ CORRECTED (if checked)

| LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br>**BURGESS MATTOX BEY TRUST®**<br>**c/o Private Mailbox 507**<br>**2625 Piedmont Road Northeast**<br>**Suite 56**<br>**Atlanta, Georgia near [30324]** | | OMB No. 1545-0877<br>**2016**<br>Form **1099-A** | **Acquisition or Abandonment of Secured Property** |
|---|---|---|---|
| LENDER'S federal identification number<br>**98-6078936** | BORROWER'S identification number<br>**98-6080212** | 1 Date of lender's acquisition or knowledge of abandonment<br>**07/11/2017** | 2 Balance of principal outstanding<br>**$ 8,975,000.00** | **Copy B**<br>**For Borrower** |

BORROWER'S name
**MARQUET ANTWAIN BURGESS MATTOX TRUST**

3

4 Fair market value of property
**$ 8,975,000.00**

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported.

Street address (including apt. no.)
**2625 PIEDMONT ROAD NE, STE 56-507**

5 If checked, the borrower was personally liable for repayment of the debt . . . . . . . . ▶ ☐

City or town, state or province, country, and ZIP or foreign postal code
**ATLANTA, GEORGIA 30324**

6 Description of property
**Financial Assets transferred to settle debt, "In Care of" (98-6080212), (2016 Form 1041-V), Asset Numbers (2370)**

Account number (see instructions)
**622687878-0002**

Form **1099-A**     (keep for your records)     www.irs.gov/form1099a     Department of the Treasury - Internal Revenue Service

☒ CORRECTED (if checked)

| LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | OMB No. 1545-0877 | **Acquisition or Abandonment of Secured Property** |
|---|---|---|
| BURGESS MATTOX BEY TRUST®<br>c/o Private Mailbox 507<br>2625 Piedmont Road Northeast<br>Suite 56<br>Atlanta, Georgia near[30324] | **2016**<br>Form 1099-A | |

| LENDER'S federal identification number | BORROWER'S identification number | 1 Date of lender's acquisition or knowledge of abandonment | 2 Balance of principal outstanding | Copy B<br>For Borrower |
|---|---|---|---|---|
| 98-6078936 | 98-6080212 | 07/23/2017 | $ 18,000,000.00 | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |

| BORROWER'S name | 3 | 4 Fair market value of property | |
|---|---|---|---|
| MARQUET ANTWAIN BURGESS MATTOX TRUST | | $ 18,000,000.00 | |

| Street address (including apt. no.) | 5 If checked, the borrower was personally liable for repayment of the debt ▶ ☐ | |
|---|---|---|
| 2625 PIEDMONT ROAD NE, STE 56-507 | | |

| City or town, state or province, country, and ZIP or foreign postal code | 6 Description of property | |
|---|---|---|
| ATLANTA, GEORGIA 30324 | Financial Assets transferred to settle debt, "In Care of" (98-6080212), (2016 Form 1041-ES), Asset Numbers (2371) | |

| Account number (see instructions) | | |
|---|---|---|
| 622687878-0002 | | |

Form 1099-A   (keep for your records)   www.irs.gov/form1099a   Department of the Treasury - Internal Revenue Service

USAO-030232

U.S. POSTAGE
PAID
DULUTH, GA
30096
JUL 28, 17
AMOUNT
$7.29
R2304M113891-04

45999

1000

BURGESS MATTOX BEY TRUST®
c/o Private Mailbox 507
2625 Piedmont Road Northeast
Suite 56
Atlanta, Georgia [30324]

7016 0750 0000 6091 7018

FIRST CLASS

RETURN RECEIPT REQUESTED

to
Department of the Treasury
Internal Revenue Service
Cincinnati, OH 45999-0048

USAO-030233



```
U.S. POSTAGE
PAID
DULUTH, GA
30096
JUL 28, 17
AMOUNT
$7.29
R2304M113891-04
```



45999



1000

to
Department of the Treasury
Internal Revenue Service
Cincinnati, OH 45999-0048

USAO-030234