**United States**  **of America**

**Department of the Treasury**
**Internal Revenue Service**

Date: July 30, 2021

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a graphic print of the electronically filed Form 1041, U.S. Income Tax Return for Estates and Trusts, captioned Kamili Investment Trust, Business Entity Number 98-6084250, for the tax year 2016, consisting of eight (8) pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By the direction of the Secretary of the Treasury:

Jay Elton
Supervisory Investigative Analyst
Internal Revenue Service-Criminal Investigation
Delegation Order 11-5

Catalog Number 19002E
RAM 07/30/2021

*U.S. GPO: 1997-417-690/61741

Form **2866** (Rev. 09-97)

USAO-029709



USAO-029710

efile GRAPHIC print - DO NOT PROCESS | ORIGINAL DATA - Production | DLN: 88236264021777

# Form 1041 U.S. Income Tax Return for Estates and Trusts 2016

Department of the Treasury—Internal Revenue Service

OMB No. 1545-0092

▶ Information about Form 1041 and its separate instructions is at *www.irs.gov/form1041*.

For calendar year 2016 or fiscal year beginning 01-01-2016, and ending 12-31-2016

**A** Check all that apply:
- ☐ Decedent's Estate
- ☐ Simple trust
- ☑ Complex trust
- ☐ Qualified disability trust
- ☐ ESBT (S portion only)
- ☐ Grantor type trust
- ☐ Bankruptcy estate-Ch. 7
- ☐ Bankruptcy estate-Ch. 11
- ☐ Pooled income fund

**B** Number of Schedules K-1 attached (see instructions) ▶1

Name of estate or trust (If a grantor type trust, see the instructions.)
KAMILI INVESTMENT TRUST

Name and title of fiduciary
Asim El Bey
Trustee

Number, street, and room or suite no. (If a P.O. box, see the instructions.)
2625 Piedmont Road Northeast Ste 56

City or town, state or province, country, and ZIP or foreign postal code
Atlanta, GA 30324

**C** Employer identification number
98-6084250

**D** Date entity created
01-19-2017

**E** Nonexempt charitable and split-interest trusts, check applicable box(es), see instructions.
- ☐ Described in sec. 4947(a)(1). Check here if not a private foundation ▶ ☐
- ☐ Described in sec. 4947(a)(2)

**F** Check applicable boxes: ☑ Initial return ☐ Final return ☐ Amended return ☐ Superseded Return ☐ Net operating loss carryback ☐ Change in trust's name ☐ Change in fiduciary ☐ Change in fiduciary's name ☐ Change in fiduciary's address

**G** Check here if the estate or filing trust made a section 645 election ▶ ☐ Trust TIN ▶

## Income

| Line | Description | Box | Amount |
|---|---|---|---|
| 1 | Interest income | 1 | |
| 2a | Total ordinary dividends | 2a | |
| b | Qualified dividends allocable to: (1) Beneficiaries ________ (2) Estate or trust ________ | | |
| 3 | Business income or (loss). Attach Schedule C or C-EZ (Form 1040) | 3 | |
| 4 | Capital gain or (loss). Attach Schedule D (Form 1041) | 4 | |
| 5 | Rents, royalties, partnerships, other estates and trusts, etc. Attach Schedule E (Form 1040) | 5 | |
| 6 | Farm income or (loss). Attach Schedule F (Form 1040) | 6 | |
| 7 | Ordinary gain or (loss). Attach Form 4797 | 7 | |
| 8 | Other income. List type and amount BURGESS MATTOX BEY TRUST5,000,000 | 8 | 5,000,000 |
| 9 | **Total income.** Combine lines 1, 2a, and 3 through 8 ▶ | 9 | 5,000,000 |

## Deductions

| Line | Description | Box | Amount |
|---|---|---|---|
| 10 | Interest. Check if Form 4952 is attached ▶ ☐ | 10 | |
| 11 | Taxes | 11 | |
| 12 | Fiduciary fees | 12 | |
| 13 | Charitable deduction (from Schedule A, line 7) | 13 | |
| 14 | Attorney, accountant, and return preparer fees | 14 | |
| 15a | Other deductions **not** subject to the 2% floor (attach schedule) | 15a | |
| b | Net operating loss deduction. See instructions | 15b | |
| c | Allowable miscellaneous itemized deductions subject to the 2% floor | 15c | |
| 16 | Add lines 10 through 15c ▶ | 16 | |
| 17 | Adjusted total income or (loss). Subtract line 16 from line 9 — 17: 5,000,000 | | |
| 18 | Income distribution deduction (from Schedule B, line 15). Attach Schedules K-1 (Form 1041) | 18 | 0 |
| 19 | Estate tax deduction including certain generation-skipping taxes (attach computation) | 19 | |
| 20 | Exemption | 20 | 100 |
| 21 | Add lines 18 through 20 ▶ | 21 | 100 |

USAO-029712

**Tax and Payments**

| | | | |
|---|---|---|---|
| 22 | Taxable income. Subtract line 21 from line 17. If a loss, see instructions | 22 | 4,999,900 |
| 23 | **Total tax** (from Schedule G, line 7) | 23 | 1,978,256 |
| 24 | **Payments: a** 2016 estimated tax payments and amount applied from 2015 return | 24a | 9,878,256 |
| b | Estimated tax payments allocated to beneficiaries (from Form 1041-T) | 24b | |
| c | Subtract line 24b from line 24a | 24c | 9,878,256 |
| d | Tax paid with Form 7004. See instructions | 24d | |
| e | Federal income tax withheld. If any is from Form(s) 1099, check ☐ | 24e | |
| | Other payments: f Form 2439 ; g Form 4136 ; Total | 24h | |
| 25 | **Total payments.** Add lines 24c through 24e, and 24h | 25 | 9,878,256 |
| 26 | Estimated tax penalty. See instructions | 26 | |
| 27 | **Tax due.** If line 25 is smaller than the total of lines 23 and 26, enter amount owed | 27 | |
| 28 | **Overpayment.** If line 25 is larger than the total of lines 23 and 26, enter amount overpaid | 28 | 7,900,000 |
| 29 | Amount of line 28 to be: **a Credited to 2017 estimated tax** ; **b Refunded** | 29 | 7,900,000 |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of fiduciary or officer representing fiduciary | Date | EIN of fiduciary if a financial institution

May the IRS discuss this return with the preparer shown below (see instr.)? ☐ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Firm's name | | | Firm's EIN | |
| Firm's address | | | Phone no. | |

For Paperwork Reduction Act Notice, see the separate instructions. Cat. No. 11370H Form **1041** (2016)

USAO-029714

**Schedule A Charitable Deduction.** Don't complete for a simple trust or a pooled income fund.

| | | Line | Amount |
|---|---|---|---|
| 1 | Amounts paid or permanently set aside for charitable purposes from gross income. See instructions | 1 | |
| 2 | Tax-exempt income allocable to charitable contributions. See instructions | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | |
| 4 | Capital gains for the tax year allocated to corpus and paid or permanently set aside for charitable purposes | 4 | |
| 5 | Add lines 3 and 4 | 5 | |
| 6 | Section 1202 exclusion allocable to capital gains paid or permanently set aside for charitable purposes. See instructions | 6 | |
| 7 | **Charitable deduction.** Subtract line 6 from line 5. Enter here and on page 1, line 13 | 7 | |

**Schedule B Income Distribution Deduction**

| | | | | Line | Amount |
|---|---|---|---|---|---|
| 1 | Adjusted total income. See instructions | | | 1 | 5,000,000 |
| 2 | Adjusted tax-exempt interest | | | 2 | |
| 3 | Total net gain from Schedule D (Form 1041), line 19, column (1). See instructions | | | 3 | |
| 4 | Enter amount from Schedule A, line 4 (minus any allocable section 1202 exclusion) | | | 4 | |
| 5 | Capital gains for the tax year included on Schedule A, line 1. See instructions | | | 5 | |
| 6 | Enter any gain from page 1, line 4, as a negative number. If page 1, line 4, is a loss, enter the loss as a positive number | | | 6 | |
| 7 | **Distributable net income.** Combine lines 1 through 6. If zero or less, enter -0- | | | 7 | 5,000,000 |
| 8 | If a complex trust, enter accounting income for the tax year as determined under the governing instrument and applicable local law | 8 | 5,000,000 | | |
| 9 | Income required to be distributed currently | | | 9 | |
| 10 | Other amounts paid, credited, or otherwise required to be distributed | | | 10 | |
| 11 | Total distributions. Add lines 9 and 10. If greater than line 8, see instructions | | | 11 | |
| 12 | Enter the amount of tax-exempt income included on line 11 | | | 12 | |
| 13 | Tentative income distribution deduction. Subtract line 12 from line 11 | | | 13 | |
| 14 | Tentative income distribution deduction. Subtract line 2 from line 7. If zero or less, enter -0- | | | 14 | 5,000,000 |
| 15 | **Income distribution deduction.** Enter the smaller of line 13 or line 14 here and on page 1, line 18 | | | 15 | 0 |

**Schedule G Tax Computation** (see instructions)

| | | | | Line | Amount |
|---|---|---|---|---|---|
| 1 | **Tax: a** Tax on taxable income. See instructions | 1a | 1,978,256 | | |
| | b Tax on lump-sum distributions. Attach Form 4972 | 1b | | | |
| | c Alternative minimum tax (from Schedule I (Form 1041), line 56) | 1c | | | |
| | d **Total.** Add lines 1a through 1c ▶ | | | 1d | 1,978,256 |
| 2a | Foreign tax credit. Attach Form 1116 | 2a | | | |
| b | General business credit. Attach Form 3800 | 2b | | | |
| c | Credit for prior year minimum tax. Attach Form 8801 | 2c | | | |
| d | Bond credits. Attach Form 8912 | 2d | | | |
| e | **Total credits.** Add lines 2a through 2d ▶ | | | 2e | |
| 3 | Subtract line 2e from line 1d. If zero or less, enter -0- | | | 3 | 1,978,256 |
| 4 | Net investment income tax from Form 8960, line 21 | | | 4 | |
| 5 | Recapture taxes. Check if from: ☐ Form 4255 ☐ Form 8611 | | | 5 | |
| 6 | Household employment taxes. Attach Schedule H (Form 1040) | | | 6 | |
| 7 | **Total tax.** Add lines 3 through 6. Enter here and on page 1, line 23 ▶ | | | 7 | 1,978,256 |

**Other Information**

| | | Yes | No |
|---|---|---|---|
| 1 | Did the estate or trust receive tax-exempt income? If "Yes," attach a computation of the allocation of expenses. Enter the amount of tax-exempt interest income and exempt-interest dividends ▶$ | ☐ | ☐ |
| 2 | Did the estate or trust receive all or any part of the earnings (salary, wages, and other compensation) of any individual by reason of a contract assignment or similar arrangement? | ☐ | ☑ |
| 3 | At any time during calendar year 2016, did the estate or trust have an interest in or a signature or other authority over a bank, securities, or other financial account in a foreign country? See the instructions for exceptions and filing requirements for FinCEN Form 114. If "Yes," enter the name of the foreign country ▶ | ☐ | ☑ |
| 4 | During the tax year, did the estate or trust receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the estate or trust may have to file Form 3520. See instructions | ☐ | ☑ |
| 5 | Did the estate or trust receive, or pay, any qualified residence interest on seller-provided financing? If "Yes," see the instructions for required attachment | ☐ | ☑ |
| 6 | If this is an estate or a complex trust making the section 663(b) election, check here. See instructions ▶ ☐ | | |
| 7 | To make a section 643(e)(3) election, attach Schedule D (Form 1041), and check here. See instructions ▶ ☐ | | |
| 8 | If the decedent's estate has been open for more than 2 years, attach an explanation for the delay in closing the estate, and check here ▶ ☐ | | |
| 9 | Are any present or future trust beneficiaries skip persons? See instructions | ☐ | ☑ |
| 10 | Was the trust a specified domestic entity required to file Form 8938 for the tax year (see the Instructions for Form 8938)? | ☐ | ☑ |

USAO-029716

## Additional Data

**Software ID:** 16000212
**Software Version:** ta16mefv1.0
**EIN:** 98-6084250
**Name:** KAMILI INVESTMENT TRUST

**Header - Business Name Control:** KAMI

USAO-029718

efile GRAPHIC print - DO NOT PROCESS | ORIGINAL DATA - Production | DLN: 88566264017057

661114

☐ Final K-1 ☐ Amended K-1 OMB No. 1545-0092

Schedule K-1 (Form 1041) **2016**

Department of the Treasury
Internal Revenue Service

For calendar year 2016, or tax year beginning 01-01-2016, and ending 12-31-2016

## Beneficiary's Share of Income, Deductions, Credits, etc.

▸ See back of form and instructions.

### Part I Information About the Estate or Trust

**A** Estate's or trust's employer identification number
98-6084250

**B** Estate's or trust's name
KAMILI INVESTMENT TRUST

**C** Fiduciary's name, address, city, state, and ZIP code
2625 Piedmont Road Northeast Ste 56
Atlanta, GA 30324

**D** ☐ Check if Form 1041-T was filed and enter the date it was filed

**E** ☐ Check if this is the final Form 1041 for the estate or trust

### Part II Information About the Beneficiary

**F** Beneficiary's identifying number
98-1256494

**G** Beneficiary's name, address, city, state, and ZIP code
NAILAH KAMILI BEY

2625 Piedmont Road NE
Suite 56-507
Atlanta, GA 30324

**H** ☐ Domestic beneficiary ☑ Foreign beneficiary

### Part III Beneficiary's Share of Current Year Income, Deductions, Credits, and Other Items

| Line | Item | Amount |
|---|---|---|
| 1 | Interest income | 0 |
| 2a | Ordinary dividends | 0 |
| 2b | Qualified dividends | 0 |
| 3 | Net short-term capital gain | 0 |
| 4a | Net long-term capital gain | 0 |
| 4b | 28% rate gain | 0 |
| 4c | Unrecaptured section 1250 gain | 0 |
| 5 | Other portfolio and nonbusiness income | 0 |
| 6 | Ordinary business income | 0 |
| 7 | Net rental real estate income | 0 |
| 8 | Other rental income | 0 |
| 9 | Directly apportioned deductions | |
| 10 | Estate tax deduction | 0 |
| 11 | Final year deductions | |
| 12 | Alternative minimum tax adjustment | |
| 13 | Credits and credit recapture | |
| 14 | Other Information | |

*See attached statement for additional information.

**Note.** A statement must be attached showing the beneficiary's share of income and directly apportioned deductions from each business, rental real estate, and other rental activity.

For IRS Use Only

For Paperwork Reduction Act Notice, see the Instructions for Form 1041. IRS.gov/form1041 Cat. No. 11380D Schedule K-1 (Form 1041) 2016

USAO-029720

## Additional Data

**Software ID:** 16000212
**Software Version:** ta16mefv1.0
**EIN:** 98-6084250
**Name:** KAMILI INVESTMENT TRUST

USAO-029722

| | |
|---|---|
| Received Date | 2017-09-21 |
| IRS Received Date | 2017-09-21 |
| Return Processable Date | |
| Filer EIN | 98-6084250 |
| Filer Name | KAMILI INVESTMENT TRUST |
| Fiduciary Title | Trustee |
| Name Control | KAMI |
| Filer U.S. Address | 2625 Piedmont Road Northeast Ste 56<br>Atlanta, GA 30324 |
| DLN | 88236264021777 |
| Return Type | 1041 |
| Filing Type | |
| Tax Period | 201612 |

**Additional Return Summary Data**

| | |
|---|---|
| Time Stamp | 2017-09-21T10:15:00-06:00 |
| Tax Period Begin Date | 2016-01-01 |
| Tax Period End Date | 2016-12-31 |
| Software ID | 16000212 |
| Software Version | ta16mefv1.0 |
| Multiple Software Packages Used? | No |
| Signature Option | BINARY ATTACHMENT 8453 SIGNATURE DOCUMENT |
| Tax Year | 2016 |
| Binary Attachment Count | 1 |
| IP Address | 71.86.96.61 |
| IP Date | 2017-09-21 |
| IP Time | 10:15:00 |
| IP Timezone | CS |
| Device ID | BAC64751D542EA3EA556077E43DA64A510262EBC |
| Device ID | BAC64751D542EA3EA556077E43DA64A510262EBC |



USAO-029724

Form **8453-FE**

Department of the Treasury
Internal Revenue Service

# U.S. Estate or Trust Declaration for an IRS e-file Return

For calendar year 2016, or fiscal year beginning ____________, and ending ____________

▶ File electronically with the estate's or trust's return. Do not file paper copies.

▶ Information about Form 8453-FE and its instructions is at *www.irs.gov/form8453fe.*

OMB No. 1545-0967

**2016**

Name of estate or trust: KAMILI INVESTMENT TRUST

Employer identification number: 98-6084250

Name and title of fiduciary: Asim El Bey , Trustee

**Part I** Tax Return Information

| | | | |
|---|---|---|---|
| 1 | Total income (Form 1041, line 9) | 1 | 5,000,000. |
| 2 | Income distribution deduction (Form 1041, line 18) | 2 | 0. |
| 3 | Taxable income (Form 1041, line 22) | 3 | 4,999,900. |
| 4 | Total tax (Form 1041, line 23) | 4 | 1,978,256. |
| 5 | Tax due or overpayment (Form 1041, line 27 or 28) | 5 | 7,900,000. |

**Part II** Declaration of Fiduciary

6 ☐ I authorize the U.S. Treasury and its designated Financial Agent to initiate an ACH electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the estate's or trust's taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment.

Under penalties of perjury, I declare that the above amounts (or the amounts on the attached listing) agree with the amounts shown on the corresponding lines of the electronic portion of the 2016 U.S. Income Tax Return(s) for Estates and Trusts. I have also examined a copy of the return(s) being filed electronically with the IRS, and all accompanying schedules and statements. To the best of my knowledge and belief, they are true, correct, and complete. If I am not the transmitter, I consent that the return(s), including this declaration and accompanying schedules and statements, be sent to the IRS by the return transmitter. I also consent to the IRS's sending the ERO and/or transmitter an acknowledgement of receipt of transmission and an indication of whether or not the return(s) is accepted, and, if rejected, the reason(s) for the rejection.

**Sign Here** ▶ Asim El Bey — Signature of fiduciary or officer representing fiduciary ▶ 21st, September 2017 — Date

**Part III** Declaration of Electronic Return Originator (ERO) and Paid Preparer (see instructions)

I declare that I have reviewed the above estate or trust return(s) and that the entries on Form 8453-FE are complete and correct to the best of my knowledge. If I am only a collector, I am not responsible for reviewing the return(s), and only declare that this form accurately reflects the data on the return(s). The fiduciary or an officer representing the fiduciary will have signed this form before I submit the return(s). I will give the fiduciary or officer representing the fiduciary a copy of all forms and information to be filed with the IRS, and have followed all other requirements described in Pub. 4164, Modernized e-File (MeF) Guide for Software Developers and Transmitters. If I am also the Paid Preparer, under penalties of perjury I declare that I have examined the above estate or trust return(s) and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer is based on all information of which the preparer has any knowledge.

| ERO's Use Only | | | | | |
|---|---|---|---|---|---|
| ERO's signature ▶ | Date | Check if also paid preparer ▶ ☐ | Check if self-employed ▶ ☐ | ERO's SSN or PTIN |
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | | | | EIN ▶ |
| | | | | Phone no. |

Under penalties of perjury, I declare that I have examined the above estate or trust return(s) and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer is based on all information of which the preparer has any knowledge.

| Paid Preparer Use Only | | | | |
|---|---|---|---|---|
| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
| Firm's name ▶ | | | Firm's EIN ▶ | |
| Firm's address ▶ | | | Phone no. | |

For Privacy Act and Paperwork Reduction Act Notice, see instructions.

UYA

USAO-029725

USAO-029726