**United States**  **of America**

### Department of the Treasury
### Internal Revenue Service

Date: July 30, 2021

### CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true copy of Form 1041, U.S. Income Tax Return for Estates and Trusts, for Kamilya Investment Trust, Business Entity Number 98-6084392, for the tax year 2016, consisting of twelve (12) pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By the direction of the Secretary of the Treasury:

Jay Elton
Supervisory Investigative Analyst
Internal Revenue Service-Criminal Investigation
Delegation Order 11-5





GOVERNMENT
EXHIBIT
3-25

USAO-029836

17244048124208  1612

| Form **1041** | Department of the Treasury—Internal Revenue Service<br>**U.S. Income Tax Return for Estates and Trusts**<br>▶ Information about Form 1041 and its separate instructions is at *www.irs.gov/form1041.* | **2016** | OMB No. 1545-0092 |

**A** Check all that apply:
- [ ] Decedent's estate
- [ ] Simple trust
- [X] Complex trust
- [ ] Qualified disability trust
- [ ] ESBT (S portion only)
- [ ] Grantor type trust
- [ ] Bankruptcy estate-Ch. 7
- [ ] Bankruptcy estate-Ch. 11
- [ ] Pooled income fund

For calendar year 2016 or fiscal year beginning ____ and ending ____

Name of estate or trust (If a grantor type trust, see the instructions.)
**KAMILYA INVESTMENT TRUST**

Name and title of fiduciary
**Marquet Burgess Mattox El , Trustee**

Number, street, and room or suite no. (If a P.O. box, see the instructions.)
**2625 Piedmont Road Northeast Ste. 56-507**

City or town, state or province, country, and ZIP or foreign postal code
**Atlanta, GA 30324**

**C** Employer identification number
**98-6084392**

**D** Date entity created
**02/01/2017**

**E** Nonexempt charitable and split-interest trusts, check applicable box(es), see instructions.
- [ ] Described in sec. 4947(a)(1). Check here ▶ [ ] if not a private foundation. ▶ [ ]
- [ ] Described in sec. 4947(a)(2)

**B** Number of Schedules K-1 attached (see instructions) ▶ **1**

**F** Check applicable boxes:
- [X] Initial return
- [ ] Final return
- [X] Amended return
- [ ] Change in trust's name
- [X] Change in fiduciary
- [ ] Change in fiduciary's name
- [ ] Net operating loss carryback
- [ ] Change in fiduciary's address

**G** Check here if the estate or filing trust made a section 645 election ▶ ____   Trust TIN ▶ ____

**Income**

| | | | |
|---|---|---|---|
| 1 | Interest income | 1 | 60,000,000. |
| 2a | Total ordinary dividends | 2a | |
| b | Qualified dividends allocable to: (1) Beneficiaries ____ (2) Estate or trust ____ | | |
| 3 | Business income or (loss). Attach Schedule C or C-EZ (Form 1040) | 3 | |
| 4 | Capital gain or (loss). Attach Schedule D (Form 1041) | 4 | |
| 5 | Rents, royalties, partnerships, other estates and trusts, etc. Attach Schedule E (Form 1040) | 5 | |
| 6 | Farm income or (loss). Attach Schedule F (Form 1040) | 6 | |
| 7 | Ordinary gain or (loss). Attach Form 4797 | 7 | |
| 8 | Other income. List type and amount ____ | 8 | |
| 9 | Total income. Combine lines 1, 2a, and 3 through 8 | 9 | 60,000,000. |

**Deductions**

| | | | |
|---|---|---|---|
| 10 | Interest. Check if Form 4952 is attached ▶ [ ] | 10 | |
| 11 | Taxes | 11 | |
| 12 | Fiduciary fees | 12 | |
| 13 | Charitable deduction (from Schedule A, line 7) | 13 | |
| 14 | Attorney, accountant, and return preparer fees | 14 | |
| 15a | Other deductions not subject to the 2% floor (attach schedule) | 15a | |
| b | Net operating loss deduction (see instructions) | 15b | |
| c | Allowable miscellaneous itemized deductions subject to the 2% floor | 15c | |
| 16 | Add lines 10 through 15c | 16 | |
| 17 | Adjusted total income or (loss). Subtract line 16 from line 9 . . . | 17 | 60,000,000. |
| 18 | Income distribution deduction (from Schedule B, line 15). Attach Schedules K-1 (Form 1041) | 18 | |
| 19 | Estate tax deduction including certain generation-skipping taxes (attach computation) | 19 | |
| 20 | Exemption | 20 | 100. |
| 21 | Add lines 18 through 20 | 21 | 100. |

**Tax and Payments**

| | | | |
|---|---|---|---|
| 22 | Taxable income. Subtract line 21 from line 17. If a loss, see instructions | 22 | 59,999,900. |
| 23 | Total tax (from Schedule G, line 7) | 23 | 26,037,781. |
| 24 | Payments: a 2016 estimated tax payments and amount applied from 2015 return | 24a | |
| b | Estimated tax payments allocated to beneficiaries (from Form 1041-T) | 24b | |
| c | Subtract line 24b from line 24a | 24c | |
| d | Tax paid with Form 7004 (see instructions) | 24d | |
| e | Federal income tax withheld. If any is from Form(s) 1099, check ▶ [X] | 24e | 37,000,000. |
| | Other payments: f Form 2439 ____; g Form 4136 ____; Total ▶ | 24h | |
| 25 | Total payments. Add lines 24c through 24e, and 24h | 25 | 37,000,000. |
| 26 | Estimated tax penalty (see instructions) | 26 | |
| 27 | Tax due. If line 25 is smaller than the total of lines 23 and 26, enter amount owed | 27 | |
| 28 | Overpayment. If line 25 is larger than the total of lines 23 and 26, enter amount overpaid | 28 | 10,962,219. |
| 29 | Amount of line 28 to be: a Credited to 2017 estimated tax ▶ ____; b Refunded ▶ | 29 | 10,962,219. |

Stamps: INTERNAL REVENUE SERVICE RECEIVED FEB 07 2018 FILING UNIT EXAMINATION TG

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

By: Burgess Mattox El, Marquet   Signature of fiduciary or officer representing fiduciary A.R.R.   Date 30th, January 2018   EIN of fiduciary if a financial institution

May the IRS discuss this return with the preparer shown below (see instr.)? [ ] Yes [ ] No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check [ ] if self-employed | PTIN |
| Firm's name ▶ | | | Firm's EIN ▶ | |
| Firm's address ▶ | | | Phone no. | |

For Paperwork Reduction Act Notice, see the separate instructions.   Form **1041** (2016)

USAO-029837

USAO-029838

Form 1041 (2016)   KAMILYA INVESTMENT TRUST                                              98-6084392              Page **2**

| Schedule A | Charitable Deduction. Don't complete for a simple trust or a pooled income fund. | | |
|---|---|---|---|
| 1 | Amounts paid or permanently set aside for charitable purposes from gross income (see instructions) | 1 | |
| 2 | Tax-exempt income allocable to charitable contributions (see instructions) . . . . . . . . . . . . . . | 2 | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | |
| 4 | Capital gains for the tax year allocated to corpus and paid or permanently set aside for charitable purposes. . . . . . | 4 | |
| 5 | Add lines 3 and 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 | |
| 6 | Section 1202 exclusion allocable to capital gains paid or permanently set aside for charitable purposes (see instructions) | 6 | |
| 7 | Charitable deduction. Subtract line 6 from line 5. Enter here and on page 1, line 13 . . . . . . . . . . . | 7 | |

| Schedule B | Income Distribution Deduction | | |
|---|---|---|---|
| 1 | Adjusted total income (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 | 60,000,000. |
| 2 | Adjusted tax-exempt interest . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | |
| 3 | Total net gain from Schedule D (Form 1041), line 19, column (1) (see instructions) . . . . . . . . | 3 | |
| 4 | Enter amount from Schedule A, line 4 (minus any allocable section 1202 exclusion). . . . . . . . | 4 | |
| 5 | Capital gains for the tax year included on Schedule A, line 1 (see instructions). . . . . . . . . . . | 5 | |
| 6 | Enter any gain from page 1, line 4, as a negative number. If page 1, line 4, is a loss, enter the loss as a positive number | 6 | |
| 7 | Distributable net income. Combine lines 1 through 6. If zero or less, enter -0-. . . . . . . . . . | 7 | 60,000,000. |
| 8 | If a complex trust, enter accounting income for the tax year as . . . . . . . . . . . . . . . . . . | | |
| | determined under the governing instrument and applicable local law . . . . | 8 | 60,000,000. | | | |
| 9 | Income required to be distributed currently. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9 | |
| 10 | Other amounts paid, credited, or otherwise required to be distributed . . . . . . . . . . . . . . | 10 | |
| 11 | Total distributions. Add lines 9 and 10. If greater than line 8, see instructions. . . . . . . . . . | 11 | |
| 12 | Enter the amount of tax-exempt income included on line 11 . . . . . . . . . . . . . . . . . . . . | 12 | |
| 13 | Tentative income distribution deduction. Subtract line 12 from line 11 . . . . . . . . . . . . . . | 13 | |
| 14 | Tentative income distribution deduction. Subtract line 2 from line 7. If zero or less, enter -0- . . . | 14 | 60,000,000. |
| 15 | Income distribution deduction. Enter the smaller of line 13 or line 14 here and on page 1, line 18 | 15 | |

| Schedule G | Tax Computation (see instructions) | | | | |
|---|---|---|---|---|---|
| 1 Tax: a | Tax on taxable income (see instructions) . . . . . . . . . . . . | 1a | 23,758,256. | | |
| b | Tax on lump-sum distributions. Attach Form 4972 . . . . . . . . | 1b | | | |
| c | Alternative minimum tax (from Schedule I (Form 1041), line 56). . . | 1c | | | |
| d | **Total.** Add lines 1a through 1c . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | | 1d | 23,758,256. |
| 2a | Foreign tax credit. Attach Form 1116 . . . . . . . . . . . . . . . | 2a | | | |
| b | General business credit. Attach Form 3800 . . . . . . . . . . . . | 2b | | | |
| c | Credit for prior year minimum tax. Attach Form 8801 . . . . . . . | 2c | | | |
| d | Bond credits. Attach Form 8912 . . . . . . . . . . . . . . . . . | 2d | | | |
| e | **Total credits.** Add lines 2a through 2d . . . . . . . . . . . . . . . . . . . . . . . ▶ | | | 2e | |
| 3 | Subtract line 2e from line 1d. If zero or less, enter -0- . . . . . . . . . . . . . . . . . . . . . . | | | 3 | 23,758,256. |
| 4 | Net investment income tax from Form 8960, line 21. . . . . . . . . . . . . . . . . . . . . . . . | | | 4 | 2,279,525. |
| 5 | Recapture taxes. Check if from: ☐ Form 4255 ☐ Form 8611 . . . . . . . . . . . . . . . . . | | | 5 | |
| 6 | Household employment taxes. Attach Schedule H (Form 1040) . . . . . . . . . . . . . . . . . | | | 6 | |
| 7 | **Total tax.** Add lines 3 through 6. Enter here and on page 1, line 23 . . . . . . . . . . . ▶ | | | 7 | 26,037,781. |

| | Other Information | | Yes | No |
|---|---|---|---|---|
| 1 | Did the estate or trust receive tax-exempt income? If "Yes," attach a computation of the allocation of expenses | | | X |
| | Enter the amount of tax-exempt interest income and exempt-interest dividends ▶ $ _____ | | | |
| 2 | Did the estate or trust receive all or any part of the earnings (salary, wages, and other compensation) of any | | | |
| | individual by reason of a contract assignment or similar arrangement? . . . . . . . . . . . . . . . . . . . | | | X |
| 3 | At any time during calendar year 2016, did the estate or trust have an interest in or a signature or other authority | | | |
| | over a bank, securities, or other financial account in a foreign country? . . . . . . . . . . . . . . . . . . . | | | X |
| | See the instructions for exceptions and filing requirements for FinCEN Form 114. If "Yes," enter the name of the | | | |
| | foreign country ▶ | | | |
| 4 | During the tax year, did the estate or trust receive a distribution from, or was it the grantor of, or transferor to, a | | | |
| | foreign trust? If "Yes," the estate or trust may have to file Form 3520. See instructions . . . . . . . . . . . | | | X |
| 5 | Did the estate or trust receive, or pay, any qualified residence interest on seller-provided financing? If "Yes," see | | | |
| | the instructions for required attachment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | X |
| 6 | If this is an estate or a complex trust making the section 663(b) election, check here (see instructions) . . . . ▶ ☐ | | | |
| 7 | To make a section 643(e)(3) election, attach Schedule D (Form 1041), and check here (see instructions) . . . ▶ ☐ | | | |
| 8 | If the decedent's estate has been open for more than 2 years, attach an explanation for the delay in closing the estate, and check here ▶ ☐ | | | X |
| 9 | Are any present or future trust beneficiaries skip persons? See instructions. . . . . . . . . . . . . . . . . | | | X |
| 10 | Was the trust a specified domestic entity required to file Form 8938 for the tax year (see the instructions for | | | |
| | Form 8938)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | X |

LYA                                                                                              Form **1041** (2016)

USAO-029840

Schedule K-1 (Form 1041) 2016                                                                 Page 2

This list identifies the codes used on Schedule K-1 for beneficiaries and provides summarized reporting information for beneficiaries who file Form 1040. For detailed reporting and filing information, see the Instructions for Schedule K-1 (Form 1041) for a Beneficiary Filing Form 1040 and the instructions for your income tax return.

| | Report on |
|---|---|
| 1.  Interest income | Form 1040, line 8a |
| 2a. Ordinary dividends | Form 1040, line 9a |
| 2b. Qualified dividends | Form 1040, line 9b |
| 3.  Net short-term capital gain | Schedule D, line 5 |
| 4a. Net long-term capital gain | Schedule D, line 12 |
| 4b. 28% rate gain | 28% Rate Gain Worksheet, line 4 (Schedule D instructions) |
| 4c. Unrecaptured section 1250 gain | Unrecaptured Section 1250 Gain Worksheet, line 11 (Schedule D instructions) |
| 5.  Other portfolio and nonbusiness income | Schedule E, line 33, column (f) |
| 6.  Ordinary business income | Schedule E, line 33, column (d) or (f) |
| 7.  Net rental real estate income | Schedule E, line 33, column (d) or (f) |
| 8.  Other rental income | Schedule E, line 33, column (d) or (f) |
| 9.  Directly apportioned deductions Code | |
| A  Depreciation | Form 8582 or Schedule E, line 33, column (c) or (e) |
| B  Depletion | Form 8582 or Schedule E, line 33, column (c) or (e) |
| C  Amortization | Form 8582 or Schedule E, line 33, column (c) or (e) |
| 10. Estate tax deduction | Schedule A, line 28 |
| 11. Final year deductions | |
| A  Excess deductions | Schedule A, line 23 |
| B  Short-term capital loss carryover | Schedule D, line 5 |
| C  Long-term capital loss carryover | Schedule D, line 12; line 5 of the wksht. for Sch. D, line 19; and line 16 of the wksht. for Sch. D, line 18 |
| D  Net operating loss carryover - regular tax | Form 1040, line 21 |
| E  Net operating loss carryover - minimum tax | Form 6251, line 11 |
| 12. Alternative minimum tax (AMT) items | |
| A  Adjustment for minimum tax purposes | Form 6251, line 15 |
| B  AMT adjustment attributable to qualified dividends | |
| C  AMT adjustment attributable to net short-term capital gain | |
| D  AMT adjustment attributable to net long-term capital gain | See the beneficiary's instructions and the Instructions for Form 6251 |
| E  AMT adjustment attributable to unrecaptured section 1250 gain | |
| F  AMT adjustment attributable to 28% rate gain | |
| G  Accelerated depreciation | |
| H  Depletion | |
| I  Amortization | |
| J  Exclusion items | 2017 Form 8801 |

| 13. Credits and credit recapture | | |
|---|---|---|
| Code | | Report on |
| A  Credit for estimated taxes | | Form 1040, line 65 |
| B  Credit for backup withholding | | Form 1040, line 64 |
| C  Low-income housing credit | | |
| D  Rehabilitation credit and energy credit | | |
| E  Other qualifying investment credit | | |
| F  Work opportunity credit | | |
| G  Credit for small employer health insurance premiums | | |
| H  Biofuel producer credit | | |
| I  Credit for increasing research activities | | |
| J  Renewable electricity, refined coal, and Indian coal production credit | | |
| K  Empowerment zone employment credit | | See the beneficiary's instructions |
| L  Indian employment credit | | |
| M  Orphan drug credit | | |
| N  Credit for employer-provided child care and facilities | | |
| O  Biodiesel and renewable diesel fuels credit | | |
| P  Credit to holders of tax credit bonds | | |
| Q  Credit for employer differential wage payments | | |
| R  Recapture of credits | | |
| 14. Other information | | |
| A  Tax-exempt interest | | Form 1040, line 8b |
| B  Foreign taxes | | Form 1040, line 48 or Sch. A, line 8 |
| C  Qualified production activities income | | Form 8903, line 7, col. (b) (also see the beneficiary's instructions) |
| D  Form W-2 wages | | Form 8903, line 17 |
| E  Net investment income | | Form 4952, line 4a |
| F  Gross farm and fishing income | | Schedule E, line 42 |
| G  Foreign trading gross receipts (IRC 942(a)) | | See the Instructions for Form 8873 |
| H  Adjustment for section 1411 net investment income or deductions | | Form 8960, line 7 (also see the beneficiary's instructions) |
| I  Other information | | See the beneficiary's instructions |

Note.  If you are a beneficiary who does not file a Form 1040, see instructions for the type of income tax return you are filing.

UYA

USAO-029842

| Form **8960** | **Net Investment Income Tax –** | OMB No. 1545-2227 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | **Individuals, Estates, and Trusts**<br>▶ Attach to your tax return.<br>▶ Information about Form 8960 and its separate instructions is at *www.irs.gov/form8960*. | **2016**<br>Attachment Sequence No. **72** |

Name(s) shown on your tax return

KAMILYA INVESTMENT TRUST

Your social security number or EIN

98-6084392

**Part I   Investment Income**   ☐ Section 6013(g) election (see instructions)
☐ Section 6013(h) election (see instructions)
☐ Regulations section 1.1411-10(g) election (see instructions)

| | | | |
|---|---|---|---:|
| 1 | Taxable interest (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1** | 60,000,000. |
| 2 | Ordinary dividends (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . | **2** | |
| 3 | Annuities (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | |
| 4a | Rental real estate, royalties, partnerships, S corporations, trusts, etc. (see instructions) . . . . . . . . . . . . . . . **4a** | | |
| b | Adjustment for net income or loss derived in the ordinary course of a non-section 1411 trade or business (see instructions) . **4b** | | |
| c | Combine lines 4a and 4b. | **4c** | |
| 5a | Net gain or loss from disposition of property (see instructions) . . . . **5a** | | |
| b | Net gain or loss from disposition of property that is not subject to net investment income tax (see instructions) . . . . . . . . **5b** | | |
| c | Adjustment from disposition of partnership interest or S corporation stock (see instructions) . . . . . . . . . . . . . . . **5c** | | |
| d | Combine lines 5a through 5c . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5d** | |
| 6 | Adjustments to investment income for certain CFCs and PFICs (see instructions) . . . . . . | **6** | |
| 7 | Other modifications to investment income (see instructions) . . . . . . . . . . . . . . . | **7** | |
| 8 | Total investment income. Combine lines 1, 2, 3, 4c, 5d, 6, and 7 . . . . . . . . . . . | **8** | 60,000,000. |

**Part II   Investment Expenses Allocable to Investment Income and Modifications**

| | | | |
|---|---|---|---:|
| 9a | Investment interest expenses (see instructions) . . . . . . . . . . . **9a** | | |
| b | State, local, and foreign income tax (see instructions) . . . . . . . . **9b** | | |
| c | Miscellaneous investment expenses (see instructions) . . . . . . . . **9c** | | |
| d | Add lines 9a, 9b, and 9c . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9d** | |
| 10 | Additional modifications (see instructions) . . . . . . . . . . . . . . . . . . . . . . | **10** | |
| 11 | Total deductions and modifications. Add lines 9d and 10 . . . . . . . . . . . . . . . | **11** | |

**Part III   Tax Computation**

| | | | |
|---|---|---|---:|
| 12 | Net Investment Income. Subtract Part II, line 11 from Part I, line 8. Individuals complete lines 13 – 17. Estates and trusts complete lines 18a - 21. If zero or less, enter -0- . . . . . . . . . . | **12** | 60,000,000. |
| | **Individuals:** | | |
| 13 | Modified adjusted gross income (see instructions) . . . . . . . . . . **13** | | |
| 14 | Threshold based on filing status (see instructions) . . . . . . . . . **14** | | |
| 15 | Subtract line 14 from line 13. If zero or less, enter -0- . . . . . . . . **15** | | |
| 16 | Enter the smaller of line 12 or line 15 . . . . . . . . . . . . . . . . . . . . . . . | **16** | |
| 17 | Net investment income tax for individuals. Multiply line 16 by 3.8% (.038). Enter here and include on your tax return (see instructions) . . . . . . . . . . . . . . . . . . . . . . | **17** | |
| | **Estates and Trusts:** | | |
| 18a | Net investment income (line 12 above) . . . . . . . . . . . . . **18a** | 60,000,000. | |
| b | Deductions for distributions of net investment income and deductions under section 642(c) (see instructions) . . . . . . . **18b** | | |
| c | Undistributed net investment income. Subtract line 18b from 18a (see instructions). If zero or less, enter -0- . . . . . . . . . . **18c** | 60,000,000. | |
| 19a | Adjusted gross income (see instructions) . . . . . . . . . . . **19a** | 59,999,900. | |
| b | Highest tax bracket for estates and trusts for the year (see instructions) . . . . . . . . . . . . . . . . . . . . . . **19b** | 12,400. | |
| c | Subtract line 19b from line 19a. If zero or less, enter -0- . . . . **19c** | 59,987,500. | |
| 20 | Enter the smaller of line 18c or line 19c . . . . . . . . . . . . . . . . . . . . . . | **20** | 59,987,500. |
| 21 | Net investment income tax for estates and trusts. Multiply line 20 by 3.8% (.038). Enter here and include on your tax return (see instructions) . . . . . . . . . . . . . . . . . | **21** | 2,279,525. |

For Paperwork Reduction Act Notice, see your tax return instructions.
UYA

Form **8960** (2016)

USAO-029844

## Amended Return Statement

**Name**: KAMILYA INVESTMENT TRUST **EIN**: 98-6084392

This Return has been Amended, which reduces the Tax Liability, Settles the outstanding balance(s) / penalties, and CORRECT errors with the prior filing.

"In Good Faith" and an effort to reduce the public debt in accordance with **Title 31 U.S. Code § 3113 – Accepting gifts**:

  (a) To provide the people of the United States with an opportunity to make gifts to the United States Government to be used to reduce the public debt—

   (1) the Secretary of the Treasury may accept for the Government a gift of—

    (A) money made only on the condition that it be used to reduce the public debt;

    (B) an obligation of the Government included in the public debt made only on the condition that the obligation be canceled and retired and not reissued; and

    (C) other intangible personal property made only on the condition that the property is sold and the proceeds from the sale used to reduce the public debt;

   (2) the Administrator of General Services may accept for the Government a gift of tangible property made only on the condition that it be sold and the proceeds from the sale be used to reduce the public debt ....

On the 12th, October 2017, the LENDER, BURGESS MATTOX BEY TRUST "EIN 98-6078936", tendered Two Negotiable Instruments, i.e. Cashier's Check(s) Number 2455 and 2456 to Department of the Treasury, 1500 Pennsylvania Avenue, NW, Room 3413, Washington, D.C. 20220, ATTENTION: Steven Mnuchin, Secretary of Treasury, in the Aggregate Sum Certain of FORTY MILLION (40,000,000.00).

As per 27 CFR § 26.11 Meaning of terms, under Secretary, it says, "The Secretary of the Treasury of Puerto Rico."

Therefore, on 22th, August 2017, the LENDER tendered an "initial" Negotiable Instrument, i.e. Cashier's Check(s) Number 2400 to Departamento De Hacienda, 10 Paseo Covadonga, San Juan, Puerto Rico 00901, ATTENTION: Señor Raúl Maldonado, dba Secretario, in the Sum Certain of TWENTY MILLION (20,000,000.00).

The total Sum Certain for all Negotiable Instruments tendered is SIXTY MILLION (60,000,000.00).

Amended Return - 01/30/18 05:18 PM                                                                1

USAO-029845

USAO-029846

## Amended Return Statement (Continued)

Name: KAMILYA INVESTMENT TRUST EIN: 98-6084392

Kindly note, on 23rd, January 2018, the LENDER / PAYER tendered CORRECTED Form(s) 1099-A and 1099-OID to Department of the Treasury, Internal Revenue Service Center, Austin, TX 73301. As per the CORRECTED Form(s) 1099-A, the BORROWER, i.e. UNITED STATES TREASURY and DEPARTAMENTO DE HACIENDA, are personally liable for repayment.

Kindly note, the LENDER / PAYER also tendered "two copies of Form 8281 accompanied by two copies of the Negotiable Instruments mentioned supra; two copies of CORRECTED Form(s) 1099-A & 1099-OID, and two copies of the public debt" to Department of the Treasury, Internal Revenue Service, Ogden, UT 84201-0209.

Upon satisfactorily processing and crediting the account, we kindly request that you utilize the newly posted credit(s) on the account to Settle the outstanding balance(s) / amounts due / and penalties that were assessed.

------------ BOTTOM OF THIS PAGE LEFT BLANK ------------

Amended Return - 01/30/18 05:18 PM

2

USAO-029848

USAO-029849

## Instructions for Lender

To complete Form 1099-A, use:

• the 2016 General Instructions for Certain Information Returns, and

• the 2016 Instructions for Forms 1099-A and 1099-C.

To order these instructions and additional forms, go to www.irs.gov/form1099a.

**Caution:** Because paper forms are scanned during processing, you cannot file Forms 1096, 1097, 1098, 1099, 3921, 3922, or 5498 that you print from the IRS website.

**Due dates.** Furnish Copy B of this form to the borrower by January 31, 2017.

File Copy A of this form with the IRS by February 28, 2017. If you file electronically, the due date is March 31, 2017. To file electronically, you must have software that generates a file according to the specifications in Pub. 1220. The IRS does not provide a fill-in form option.

**Need help?** If you have questions about reporting on Form 1099-A, call the information reporting customer service site toll free at 1-866-455-7438 or 304-263-8700 (not toll free). Persons with a hearing or speech disability with access to TTY/TDD equipment can call 304-579-4827 (not toll free).

Printed on recycled paper

USAO-029850

☐ VOID   ☒ CORRECTED

| LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | OMB No. 1545-0877 | |
|---|---|---|
| BURGESS MATTOX BEY TRUST® | 2016 | Acquisition or Abandonment of Secured Property |
| c/o Private Mailbox 507 | Form 1099-A | |
| 2625 Piedmont Road Northeast | | |
| Suite 56 | | |
| Atlanta, Georgia [30324-9998] | | |

| LENDER'S federal identification number | BORROWER'S identification number | 1 Date of lender's acquisition or knowledge of abandonment | 2 Balance of principal outstanding | Copy C For Lender |
|---|---|---|---|---|
| 98-6078936 | | 01/20/2018 | $ 20,000,000.00 | |

| BORROWER'S name | | 3 | 4 Fair market value of property | For Privacy Act and Paperwork Reduction Act Notice, see the 2016 General Instructions for Certain Information Returns. |
|---|---|---|---|---|
| DEPARTAMENTO DE HACIENDA | | | $ 20,000,000.00 | |

| Street address (including apt. no.) | 5 If checked, the borrower was personally liable for repayment of the debt . . . . . . . . ▶ ☒ | |
|---|---|---|
| 10 PASEO COVADONGA | 6 Description of property | |
| City or town, state or province, country, and ZIP or foreign postal code | CASHIER'S CHECK # 2400 tendered to | |
| SAN JUAN, PUERTO RICO  00901 | settle debt obligation for EIN | |
| Account number (see instructions) | (98-6084392) | |
| 000124-17 | | |

Form **1099-A**                    www.irs.gov/form1099a                    Department of the Treasury - Internal Revenue Service

USAO-029851

USAO-029852

USAO-029853

## Instructions for Lender

To complete Form 1099-A, use:

• the 2016 General Instructions for Certain Information Returns, and

• the 2016 Instructions for Forms 1099-A and 1099-C.

To order these instructions and additional forms, go to *www.irs.gov/form1099a*.

**Caution:** Because paper forms are scanned during processing, you cannot file Forms 1096, 1097, 1098, 1099, 3921, 3922, or 5498 that you print from the IRS website.

**Due dates.** Furnish Copy B of this form to the borrower by January 31, 2017.

File Copy A of this form with the IRS by February 28, 2017. If you file electronically, the due date is March 31, 2017. To file electronically, you must have software that generates a file according to the specifications in Pub. 1220. The IRS does not provide a fill-in form option.

**Need help?** If you have questions about reporting on Form 1099-A, call the information reporting customer service site toll free at 1-866-455-7438 or 304-263-8700 (not toll free). Persons with a hearing or speech disability with access to TTY/TDD equipment can call 304-579-4827 (not toll free).

 Printed on recycled paper

USAO-029854

☐ VOID ☒ CORRECTED

| LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0877 | Acquisition or Abandonment of Secured Property |
|---|---|---|---|
| BURGESS MATTOX BEY TRUST® c/o Private Mailbox 507 2625 Piedmont Road Northeast Suite 56 Atlanta, Georgia [30324-9998] | | 2016 Form 1099-A | |
| | | 1 Date of lender's acquisition or knowledge of abandonment | Copy C For Lender |
| LENDER'S federal identification number 98-6078936 | BORROWER'S identification number 52-0907065 | 01/20/2018 | 2 Balance of principal outstanding $ 40,000,000.00 |
| BORROWER'S name | | 3 | 4 Fair market value of property $ 40,000,000.00 |
| UNITED STATES TREASURY | | | For Privacy Act and Paperwork Reduction Act Notice, see the 2016 General Instructions for Certain Information Returns. |
| Street address (including apt. no.) 1500 PENNSYLVANIA AVENUE NE | | 5 If checked, the borrower was personally liable for repayment of the debt . . . . . . . . . ▶ ☒ | |
| City or town, state or province, country, and ZIP or foreign postal code WASHINGTON, D.C. 20220 | | 6 Description of property CASHIER'S CHECK(S) # 2455 and 2456 tendered to settle debt obligation(s) for EIN (98-6084392) | |
| Account number (see instructions) 000124-17 | | | |

Form 1099-A                    www.irs.gov/form1099a                    Department of the Treasury - Internal Revenue Service

USAO-029855

USAO-029856

USAO-029857

☒ CORRECTED (if checked)

| | |
|---|---|
| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. <br><br> **BURGESS MATTOX BEY TRUST** <br> c/o Private Mailbox 507 <br> 2625 Piedmont Road Northeast, Suite 56 <br> Atlanta, Georgia [30324-9998] | 1 Original issue discount for 2016* <br> $ -60,000,000.00 <br> **OMB No. 1545-0117** <br> **2016** <br> Form 1099-OID <br><br> **Original Issue Discount** |
| | 2 Other periodic interest <br> $ |
| PAYER'S federal identification number | RECIPIENT'S identification number | 3 Early withdrawal penalty <br> $ | 4 Federal income tax withheld <br> $ -60,000,000.00 | **Copy B** |
| 98-6078936 | 98-6084392 | 5 Market discount <br> $ | 6 Acquisition premium <br> $ | **For Recipient** |
| RECIPIENT'S name <br><br> **KAMILYA INVESTMENT TRUST** <br> Street address (including apt. no.) <br> c/o Private Mailbox 507 <br> 2625 Piedmont Road Northeast, Suite 56 <br> City or town, state or province, country, and ZIP or foreign postal code <br> Atlanta, Georgia near[30324] | 7 Description <br> **CASHIER'S CHECK(S) # 2400, 2455, and 2456** | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | 8 Original issue discount on U.S. Treasury obligations* <br> $ | * This may not be the correct figure to report on your income tax return. See Instructions on the back. |
| | 9 Investment expenses <br> $ | 10 Bond premium <br> $ |
| FATCA filing requirement ☐ | 11 State | 12 State identification no. | 13 State tax withheld <br> $ <br> $ |
| Account number (see instructions) | www.irs.gov/form1099oid | Department of the Treasury - Internal Revenue Service |
| 000124-17 | | |

Form 1099-OID          (keep for your records)

USAO-029858

USAO-029859

## Instructions for Recipient

Original issue discount (OID) is the excess of an obligation's stated redemption price at maturity over its issue price (acquisition price for a stripped bond or coupon). OID on a taxable obligation is taxable as interest over the life of the obligation. If you are the holder of a taxable OID obligation, generally you must include an amount of OID in your gross income each year you hold the obligation. Obligations that may have OID include a bond, debenture, note, certificate, or other evidence of indebtedness having a term of more than 1 year. For example, the OID rules may apply to certificates of deposit (CDs), time deposits, bonus savings plans, and other deposit arrangements, especially if the payment of interest is deferred until maturity. In addition, the OID rules apply to Treasury inflation-protected securities. See Pub. 550 for more information.

If, as the record holder, you receive Form 1099-OID showing amounts belonging to another person, you are considered a nominee recipient. Complete a Form 1099-OID for each of the other owners showing the amounts allocable to each. File Copy A of the form with the IRS. Furnish Copy B to each owner. List yourself as the "payer" and the other owner as the "recipient." File Form(s) 1099-OID with Form 1096, with the Internal Revenue Service Center for your area. On Form 1096, list yourself as the "filer." A spouse is not required to file a nominee return to show amounts owned by the other spouse. If you bought or sold an obligation during the year and you are not a nominee, you are not required to issue or file Form 1099-OID showing the OID or stated interest allocable to the seller/buyer of the obligation.

The information provided may be different for covered and noncovered securities. For a description of covered securities, see the Instructions for Form 8949. For a taxable covered security acquired with acquisition premium, your payer may report either (1) a net amount of OID that reflects the offset of OID by the amount of acquisition premium amortization for the year, or (2) a gross amount for both the OID and the acquisition premium amortization for the year. For a noncovered security acquired with acquisition premium, your payer is only required to report the gross amount of OID.

Recipient's identification number. For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the issuer has reported your complete identification number to the IRS.

FATCA filing requirement. If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions for Form 8938.

Account number. May show an account or other unique number the payer assigned to distinguish your account.

Box 1. Shows the OID on the obligation for the part of the year you owned it. Report the amount in box 1 as interest income on your income tax return. However, depending on the type of debt instrument, the issue or acquisition date, and other factors (for example, if you paid acquisition or bond premium, or the obligation is a stripped bond or coupon), you may have to figure the correct amount of OID to report on your return. See Pub. 1212 for details on how to figure the correct OID. See the instructions above for a covered security acquired with acquisition premium.

Box 2. Shows qualified stated interest on this obligation for the year, which is an amount separate from the OID. If you held the obligation the entire year, report this amount as interest income on your tax return. If you disposed of the obligation or acquired it from another holder during the year, see Pub. 550 for reporting instructions. If there is an amount in both boxes 2 and 8, the amount in box 2 is interest on a U.S. Treasury obligation and is exempt from state and local income taxes.

Box 3. Shows interest or principal forfeited if you withdrew the money before the maturity date of the obligation, such as from a CD. You may deduct this amount to figure your adjusted gross income on your income tax return. See the Instructions for Form 1040 to see where to take the deduction.

Box 4. Shows backup withholding. Generally, a payer must backup withhold if you did not furnish your taxpayer identification number (TIN) or you did not furnish the correct TIN to the payer. See Form W-9 for information on backup withholding. Include this amount on your income tax return as tax withheld.

Box 5. For a taxable covered security acquired with OID, if you made an election under section 1278(b) to include market discount in income as it accrues and you notified your payer of the election in writing in accordance with Regulations section 1.6045-1(n)(5), shows the market discount that accrued on the debt instrument during the year while held by you. For a taxable covered security, market discount will be calculated on a constant yield basis unless you notified your payer in writing in accordance with Regulations section 1.6045-1(n)(5) that you did not want to make a constant yield election for market discount under section 1276(b). Report the accrued market discount on your income tax return as directed in the instructions for Form 1040 or 1040A.

(Continued on the back of Copy 2)

USAO-029860