# United States  of America

**Department of the Treasury**
**Internal Revenue Service**

Date: July 28, 2021

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed is an exact transcript from the Transcript Delivery System for the account of Kemahra Investment Tr, Business Entity Number 98-6080043, in respect to the U.S. Income Tax Return for Estates and Trusts (1041), for the tax year 2015, consisting of two (2) pages ─────────────────────────────────────────────

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By the direction of the Secretary of the Treasury:

*Jay Elton*
Jay Elton
Supervisory Investigative Analyst
Internal Revenue Service-Criminal Investigation
Delegation Order 11-5

**GOVERNMENT EXHIBIT 3-33**

Catalog Number 19002E
RAM 07/28/2021

*U.S. GPO: 1997-417-690/61741

Form **2866** (Rev. 09-97)

USAO-029435



# Internal Revenue Service
United States Department of the Treasury

```
This Product Contains Sensitive Taxpayer Data
```

## Account Transcript

```
                                        Request Date:    07-28-2021
                                        Response Date:   07-28-2021
                                        Tracking Number: 100966078060
```

FORM NUMBER:       1041
TAX PERIOD:        Dec. 31, 2015

TAXPAYER IDENTIFICATION NUMBER: 98-6080043

KEMAHRA INVESTMENT TR
% MARQUET ANTWAIN BURGESS MATTOX EL
3535 PEACHTREE RD NE STE 520 # 1031
ATLANTA, GA 30326-3292-451

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                      $100,650.14
ACCRUED INTEREST:                      $12,727.94   AS OF: Aug. 09, 2021
ACCRUED PENALTY:                       $13,500.00   AS OF: Apr. 15, 2016

ACCOUNT BALANCE PLUS ACCRUALS
  (THIS IS NOT A PAYOFF AMOUNT):      $126,878.08

           ** INFORMATION FROM THE RETURN OR AS ADJUSTED **
TOTAL INCOME:                         $155,000.00
TOTAL DEDUCTIONS:                         $100.00

FD INC TAX WTHLD:                           $0.00
TX FICA WGS PD:                             $0.00
TOT FICA TX:                                $0.00
TOT MDCR WGS:                               $0.00
MDCR TX:                                    $0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) Sep. 10, 2016
PROCESSED DATE                                              Oct. 03, 2016

```
TRANSACTIONS
```

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 201637 | 10-03-2016 | $65,068.00 |
| n/a | 88236-254-03930-6 | | | |
| 570 | Additional account action pending | | 09-15-2016 | $0.00 |

USAO-029436

| Code | Description | Cycle | Date | Amount |
|---|---|---|---|---|
| 806 | W-2 or 1099 withholding | | 04-15-2016 | -$75,000.00 |
| 571 | Resolved additional account action | | 10-24-2016 | $0.00 |
| 776 | Interest credited to your account | | 11-14-2016 | -$60.97 |
| 846 | Refund issued | | 11-14-2016 | $9,992.97 |
| 976 | Duplicate return filed | | 11-07-2017 | $0.00 |
| n/a | 17244-315-12100-7 | | | |
| 290 | Additional tax assessed | 201806 | 02-26-2018 | $0.00 |
| n/a | 17254-437-17051-8 | | | |
| 290 | Additional tax assessed - quick assessment | 201827 | 06-28-2018 | $75,000.00 |
| n/a | 29251-179-13300-8 | | | |
| 240 | Miscellaneous penalty<br>IRC 6662(c), (d), (e), (f), (g), or (h) Accuracy-Related Penalty<br>06-28-2028 | 201827 | 06-28-2018 | $15,000.00 |
| n/a | 29251-179-13300-8 | | | |
| 166 | Penalty for filing tax return after the due date | 201827 | 07-23-2018 | $16,267.00 |
| 777 | Reduced or removed interest credited to your account | | 11-14-2016 | $60.97 |
| 276 | Penalty for late payment of tax | | 07-23-2018 | $375.00 |
| 196 | Interest charged for late payment | 201827 | 07-23-2018 | $10,214.17 |
| 976 | Duplicate return filed | | 08-10-2018 | $0.00 |
| n/a | 88236-222-02411-8 | | | |
| 570 | Additional account action pending | | 09-10-2018 | $0.00 |
| 530 | Balance due account currently not collectible - not due to hardship | | 09-10-2018 | $0.00 |
| 161 | Reduced or removed penalty for filing tax return after the due date | | 07-23-2018 | -$16,267.00 |
| 290 | Additional tax assessed | 201846 | 12-03-2018 | $0.00 |
| n/a | 29254-662-17204-8 | | | |
| 470 | Claim pending | | 11-14-2018 | $0.00 |
| 472 | Resolved claim | | 06-17-2019 | $0.00 |

This Product Contains Sensitive Taxpayer Data