# United States of America



**Department of the Treasury**
**Internal Revenue Service**

Date: July 28, 2021

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed is an exact transcript from the Transcript Delivery System for the account of Burgess Mattox Bey Investment Tr, Business Entity Number 30-6497505, in respect to the U.S. Income Tax Return for Estates and Trusts (1041), for the tax year 2015, consisting of three (3) pages ——————————————————————

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By the direction of the Secretary of the Treasury:

*Jay Elton*
Jay Elton
Supervisory Investigative Analyst
Internal Revenue Service-Criminal Investigation
Delegation Order 11-5



GOVERNMENT EXHIBIT
3-35

Catalog Number 19002E
RAM 07/28/2021

*U.S. GPO: 1997-417-690/61741

Form **2866** (Rev. 09-97)

USAO-029320



# Internal Revenue Service
### United States Department of the Treasury

```
This Product Contains Sensitive Taxpayer Data
```

## Account Transcript

|  |  |
|---|---|
| Request Date: | 07-23-2021 |
| Response Date: | 07-23-2021 |
| Tracking Number: | 100950770848 |

FORM NUMBER:       1041
TAX PERIOD:        Dec. 31, 2015

TAXPAYER IDENTIFICATION NUMBER: 30-6497505

BURGESS MATTOX BEY INVESTMENT TR
ASIM EL BEY TTEE
% BURGESS MATTOX BEY TRUST
925 B PEACHTREE ST NE NO 2160
ATLANTA, GA 30309-3918-257

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                     $6,871,298.23
ACCRUED INTEREST:                      $714,776.97   AS OF: Aug. 02, 2021
ACCRUED PENALTY:                       $893,274.16   AS OF: Apr. 15, 2016

ACCOUNT BALANCE PLUS ACCRUALS
(THIS IS NOT A PAYOFF AMOUNT):       $8,479,349.36

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

TOTAL INCOME:                        $4,881,000.00
TOTAL DEDUCTIONS:                          $100.00

FD INC TAX WTHLD:                            $0.00
TX FICA WGS PD:                              $0.00
TOT FICA TX:                                 $0.00
TOT MDCR WGS:                                $0.00
MDCR TX:                                     $0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) Sep. 22, 2016
PROCESSED DATE                                              Oct. 17, 2016

### TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 201639 | 10-17-2016 | $2,116,152.00 |
| n/a | 88236-266-00614-6 | | | |
| 570 | Additional account action pending | | 09-29-2011 SAO-029321 | $0.00 |

| Code | Description | Period | Date | Amount |
|---|---|---|---|---|
| 806 | W-2 or 1099 withholding | | 04-15-2016 | -$2,440,000.00 |
| 571 | Resolved additional account action | | 10-24-2016 | $0.00 |
| 776 | Interest credited to your account | | 11-14-2016 | -$1,560.97 |
| 846 | Refund issued | | 11-14-2016 | $325,408.97 |
| 976 | Amended return filed | | 11-07-2017 | $0.00 |
| n/a | 17244-315-12101-7 | | | |
| 290 | Additional tax assessed | 201805 | 02-19-2018 | $44.00 |
| n/a | 17254-430-17061-8 | | | |
| 777 | Reduced or removed interest credited to your account | | 11-14-2016 | $0.22 |
| 196 | Interest charged for late payment | 201805 | 02-19-2018 | $2.29 |
| 290 | Additional tax assessed | 201806 | 02-26-2018 | $0.00 |
| n/a | 17254-437-00101-8 | | | |
| 806 | W-2 or 1099 withholding | | 04-15-2016 | -$2,441,000.00 |
| 776 | Interest credited to your account | | 11-14-2016 | -$0.22 |
| 197 | Reduced or removed interest charged for late payment | | 02-26-2018 | -$2.29 |
| 856 | Interest credit transferred out to CIVIL PENALTY 201612 | | 11-14-2016 | $0.22 |
| 826 | Credit transferred out to CIVIL PENALTY 201612 | | 04-15-2016 | $9,999.78 |
| 776 | Interest credited to your account | | 07-10-2017 | -$323.71 |
| 776 | Interest credited to your account | | 02-26-2018 | -$140,504.06 |
| 846 | Refund issued | | 02-26-2018 | $2,571,783.77 |
| 290 | Additional tax assessed - quick assessment | 201827 | 06-26-2018 | $4,881,000.00 |
| n/a | 29251-177-13300-8 | | | |
| 240 | Miscellaneous penalty IRC 6662(c), (d), (e), (f), (g), or (h) Accuracy-Related Penalty | 201827 | 06-26-2018 | $976,200.00 |
| n/a | 29251-177-13300-8 | | | |
| 166 | Penalty for filing tax return after the due date | 201827 | 07-23-2018 | $529,049.00 |
| 777 | Reduced or removed interest credited to your account | | 11-14-2016 | $1,560.97 |
| 777 | Reduced or removed interest credited to your account | | 02-26-2018 | $140,504.06 |
| 276 | Penalty for late payment of tax | | 07-23-2018 | $24,405.00 |
| 196 | Interest charged for late payment | 201827 | 07-23-2018 | $431,451.08 |
| 976 | Amended return filed | | 08-10-2018 | $0.00 |
| n/a | 88236-222-00004-8 | | | |
| 360 | Fees and other expenses for collection | | 03-25-2019 | $12.00 |
| 166 | Penalty for filing tax return after the due date | 201827 | 07-23-2018 | $2,499.95 |
| 167 | Reduced or removed penalty for filing tax return after the due date | | 07-23-2018 | -$2,499.95 |
| 276 | Penalty for late payment of tax | | 03-25-2019 | $195,240.00 |
| 196 | Interest charged for late payment | 201910 | 03-25-2019 | $254,744.73 |
| 360 | Fees and other expenses for collection | | 04-01-2019 | $12.00 |

| | | | |
|---|---|---|---|
| 360 | Fees and other expenses for collection | 04-22-2019 | $12.00 |
| 971 | Collection due process request received timely | 04-10-2019 | $0.00 |
| 360 | Fees and other expenses for collection | 06-03-2019 | $12.00 |

This Product Contains Sensitive Taxpayer Data