# United States of America



**Department of the Treasury**
**Internal Revenue Service**

Date: July 28, 2021

### CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed is an exact transcript from the Transcript Delivery System for the account of Burgess Mattox Bey Investment Tr, Business Entity Number 30-6497505, in respect to the U.S. Income Tax Return for Estates and Trusts (1041), for the tax year 2016, consisting of two (2) pages —————————————————————————————

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By the direction of the Secretary of the Treasury:

*Jay Elton*

Jay Elton
Supervisory Investigative Analyst
Internal Revenue Service-Criminal Investigation
Delegation Order 11-5



GOVERNMENT EXHIBIT 3-36

Catalog Number 19002E
RAM 07/28/2021

*U.S. GPO: 1997-417-690/61741

Form **2866** (Rev. 09-97)

USAO-029368



# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

## Account Transcript

Request Date:    07-23-2021
Response Date:   07-23-2021
Tracking Number: 100950770848

FORM NUMBER:   1041
TAX PERIOD:    Dec. 31, 2016

TAXPAYER IDENTIFICATION NUMBER: 30-6497505

BURGESS MATTOX BEY INVESTMENT TR
ASIM EL BEY TTEE
% BURGESS MATTOX BEY TRUST
925 B PEACHTREE ST NE NO 2160
ATLANTA, GA 30309-3918-257

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:            $0.00
ACCRUED INTEREST:           $0.00   AS OF: Jul. 12, 2021
ACCRUED PENALTY:            $0.00   AS OF:

ACCOUNT BALANCE PLUS ACCRUALS
(THIS IS NOT A PAYOFF AMOUNT):    $0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

TOTAL INCOME:         0.00
TOTAL DEDUCTIONS:     0.00

FD INC TAX WTHLD:     0.00
TX FICA WGS PD:       0.00
TOT FICA TX:          0.00
TOT MDCR WGS:         0.00
MDCR TX:              0.00

RETURN NOT PRESENT FOR THIS ACCOUNT

### TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE DATE | AMOUNT |
|------|----------------------------|------------|--------|
| n/a  | No tax return filed        |            |        |
| 976  | Duplicate return filed     | 11-18-2017 | $0.00  |
| n/a  | 88236-322-00904-7          |            |        |
| 971  | Amended/duplicate tax return processed to wrong identifying | 11-18-2017 | $0.00 |

USAO-029369

number or tax period
201612

This Product Contains Sensitive Taxpayer Data

USAO-029370