# United States  of America

**Department of the Treasury**
**Internal Revenue Service**

Date: July 28, 2021

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed is an exact transcript from the Transcript Delivery System for the account of Burgess Mattox Bey Tr, Business Entity Number 98-6078936, in respect to the U.S. Income Tax Return for Estates and Trusts (1041), for the tax year 2015, consisting of one (1) page

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By the direction of the Secretary of the Treasury:

*Jay Elton*
Jay Elton
Supervisory Investigative Analyst
Internal Revenue Service-Criminal Investigation
Delegation Order 11-5

**GOVERNMENT EXHIBIT 3-37**

Catalog Number 19002E
RAM 07/28/2021

*U.S. GPO: 1997-417-690/61741

Form **2866** (Rev. 09-97)

USAO-029438


# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

## Account Transcript

Request Date: 07-27-2021
Response Date: 07-27-2021
Tracking Number: 100962530216

FORM NUMBER: 1041
TAX PERIOD: Dec. 31, 2015

TAXPAYER IDENTIFICATION NUMBER: 98-6078936

BURGESS MATTOX BEY TR
% MARQUET ANTWAIN BURGESS MATTOX EL
2020 HOWELL MILL RD NW STE D # 286
ATLANTA, GA 30318-1727-765

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE: $0.00
ACCRUED INTEREST: $0.00  AS OF: Aug. 09, 2021
ACCRUED PENALTY: $0.00  AS OF:

ACCOUNT BALANCE PLUS ACCRUALS
(THIS IS NOT A PAYOFF AMOUNT): $0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

TOTAL INCOME: 0.00
TOTAL DEDUCTIONS: 0.00

FD INC TAX WTHLD: 0.00
TX FICA WGS PD: 0.00
TOT FICA TX: 0.00
TOT MDCR WGS: 0.00
MDCR TX: 0.00

RETURN NOT PRESENT FOR THIS ACCOUNT

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| n/a | No tax return filed | | | |

This Product Contains Sensitive Taxpayer Data

USAO-029439