# United States  of America

**Department of the Treasury**
**Internal Revenue Service**

Date: August 6, 2021

### CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed is an exact transcript from the Transcript Delivery System for the account of Marquet Antwain Burgess Mattox Tr, Business Entity Number 98-6080212, in respect to the U.S. Income Tax Return for Estates and Trusts (1041), for the tax year 2016, consisting of two (2) pages under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By the direction of the Secretary of the Treasury:

*Jay Elton*
Jay Elton
Supervisory Investigative Analyst
Internal Revenue Service-Criminal Investigation
Delegation Order 11-5



Catalog Number 19002E
RAM 08/06/2021

*U.S. GPO: 1997-417-690/61741

GOVERNMENT EXHIBIT 3-40

Form **2866** (Rev. 09-97)

USAO-030196



# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

## Account Transcript

Request Date: 08-06-2021
Response Date: 08-06-2021
Tracking Number: 100993937464

FORM NUMBER:    1041
TAX PERIOD:     Dec. 31, 2016

TAXPAYER IDENTIFICATION NUMBER: 98-6080212

MARQUET ANTWAIN BURGESS MATTOX TR
MARQUET BURGESS MATTOX EL TTEE
2625 PIEDMONT RD NE STE 56 # 5
ATLANTA, GA 30324-5906-567

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                                    $0.00
ACCRUED INTEREST:                                   $0.00   AS OF: Nov. 02, 2020
ACCRUED PENALTY:                                    $0.00   AS OF: Apr. 15, 2017

ACCOUNT BALANCE PLUS ACCRUALS
(THIS IS NOT A PAYOFF AMOUNT):                      $0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

TOTAL INCOME:               $8,975,000.00
TOTAL DEDUCTIONS:                  $100.00

FD INC TAX WTHLD:                    $0.00
TX FICA WGS PD:                      $0.00
TOT FICA TX:                         $0.00
TOT MDCR WGS:                        $0.00
MDCR TX:                             $0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) Apr. 15, 2017
PROCESSED DATE                                               May 01, 2017

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 201715 | 05-01-2017 | $3,892,931.00 |
| n/a | 17244-091-92900-7 | | | |
| 806 | W-2 or 1099 withholding | | 04-15-2017 | -$8,975,000.00 |

USAO-030197

| | | | |
|---|---|---|---:|
| 846 | Refund issued | 05-01-2017 | $5,082,069.00 |
| 841 | Refund cancelled | 05-01-2017 | -$5,082,069.00 |
| 570 | Additional account action pending | 06-15-2017 | $0.00 |
| 976 | Amended return filed | 08-04-2017 | $0.00 |
| n/a | 17244-224-01221-7 | | |
| 976 | Amended return filed | 11-18-2017 | $0.00 |
| n/a | 88236-322-00005-7 | | |
| 291 | Reduced or removed prior tax assessed | 12-18-2017 | -$3,892,931.00 |
| n/a | 71254-726-00101-7 | | |
| 807 | Reduced or removed W-2 or 1099 withholding | 12-18-2017 | $8,975,000.00 |
| 976 | Amended return filed | 02-01-2018 | $0.00 |
| n/a | 17244-048-12414-8 | | |
| 976 | Amended return filed | 02-01-2018 | $0.00 |
| n/a | 29977-614-54319-8 | | |
| 976 | Amended return filed | 02-01-2018 | $0.00 |
| n/a | 29244-223-06800-8 | | |

This Product Contains Sensitive Taxpayer Data