# United States  of America

**Department of the Treasury**
**Internal Revenue Service**

Date: July 30, 2021

### CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed is an exact transcript from the Transcript Delivery System for the account of Kamili Investment Tr, Business Entity Number 98-6084250, in respect to the U.S. Income Tax Return for Estates and Trusts (1041), for the tax year 2016, consisting of two (2) pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By the direction of the Secretary of the Treasury:

Jay Elton
Supervisory Investigative Analyst
Internal Revenue Service-Criminal Investigation
Delegation Order 11-5

**GOVERNMENT EXHIBIT**
**3-41**

Catalog Number 19002E
RAM 07/30/2021

*U.S. GPO: 1997-417-690/61741

Form **2866** (Rev. 09-97)

USAO-030037

USAO-030038



# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

## Account Transcript

| | |
|---|---|
| Request Date: | 07-30-2021 |
| Response Date: | 07-30-2021 |
| Tracking Number: | 100970395675 |

FORM NUMBER:    1041

TAX PERIOD:     Dec. 31, 2016

TAXPAYER IDENTIFICATION NUMBER: 98-6084250

KAMILI INVESTMENT TR
ASIM EL BEY TTEE
2625 PIEDMONT RD NE STE 56 # 507
ATLANTA, GA 30324-5906-567

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | $7,936,922.65 | |
| ACCRUED INTEREST: | $1,288,672.79 | AS OF: Aug. 09, 2021 |
| ACCRUED PENALTY: | $0.00 | AS OF: Apr. 15, 2017 |

ACCOUNT BALANCE PLUS ACCRUALS
(THIS IS NOT A PAYOFF AMOUNT):     $9,225,595.44

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| TOTAL INCOME: | $5,000,000.00 |
| TOTAL DEDUCTIONS: | $100.00 |
| | |
| FD INC TAX WTHLD: | $0.00 |
| TX FICA WGS PD: | $0.00 |
| TOT FICA TX: | $0.00 |
| TOT MDCR WGS: | $0.00 |
| MDCR TX: | $0.00 |

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) Sep. 21, 2017
PROCESSED DATE                                              Oct. 30, 2017

---

### TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 201741 | 10-30-2017 | $1,978,256.00 |
| n/a | 88236-264-02177-7 | | | |
| 166 | Penalty for filing tax return after the due date | 201741 | 10-30-2017 | $445,107.60 |

USAO-030039

USAO-030040

| 276 | Penalty for late payment of tax | | 10-30-2017 | $69,238.96 |
|---|---|---|---|---|
| 196 | Interest charged for late payment | 201741 | 10-30-2017 | $53,155.37 |
| 976 | Duplicate return filed | | 11-17-2017 | $0.00 |
| n/a | 88236-322-00100-7 | | | |
| 976 | Duplicate return filed | | 02-07-2018 | $0.00 |
| n/a | 17244-041-13300-8 | | | |
| 290 | Additional tax assessed | 201809 | 03-19-2018 | $5,657,925.00 |
| n/a | 85254-459-17076-8 | | | |
| 166 | Penalty for filing tax return after the due date | 201809 | 03-19-2018 | $1,414,481.25 |
| 276 | Penalty for late payment of tax | | 03-19-2018 | $89,021.52 |
| 196 | Interest charged for late payment | 201809 | 03-19-2018 | $306,224.27 |
| 161 | Reduced or removed penalty for filing tax return after the due date | | 10-30-2017 | -$445,107.60 |
| 161 | Reduced or removed penalty for filing tax return after the due date | | 03-19-2018 | -$1,414,481.25 |
| 271 | Reduced or removed penalty for late payment of tax | | 04-02-2018 | -$158,260.48 |
| 290 | Additional tax assessed | 201811 | 04-02-2018 | $0.00 |
| n/a | 85254-468-17011-8 | | | |
| 197 | Reduced or removed interest charged for late payment | | 04-02-2018 | -$58,637.99 |

This Product Contains Sensitive Taxpayer Data