# United States of America



**Department of the Treasury**
**Internal Revenue Service**

Date: August 6, 2021

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed is an exact transcript from the Transcript Delivery System for the account of Kamilya Investment Tr, Business Entity Number 98-6084392, in respect to the U.S. Income Tax Return for Estates and Trusts (1041), for the tax year 2016, consisting of two (2) pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By the direction of the Secretary of the Treasury:

*Jay Elton*

Jay Elton
Supervisory Investigative Analyst
Internal Revenue Service-Criminal Investigation
Delegation Order 11-5



Catalog Number 19002E
RAM 08/06/2021

*U.S. GPO: 1997-417-690/61741



GOVERNMENT EXHIBIT 3-42

Form **2866** (Rev. 09-97)

USAO-030199



# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

## Account Transcript

Request Date: 08-06-2021
Response Date: 08-06-2021
Tracking Number: 100994220434

FORM NUMBER:    1041
TAX PERIOD:     Dec. 31, 2016

TAXPAYER IDENTIFICATION NUMBER: 98-6084392

KAMILYA INVESTMENT TR
ASIM EL BEY TTEE
2625 PIEDMONT RD NE STE 56
ATLANTA, GA 30324-5906-567

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                $7,977,520.98
ACCRUED INTEREST:               $1,305,940.26   AS OF: Aug. 23, 2021
ACCRUED PENALTY:                        $0.00   AS OF: Apr. 15, 2017

ACCOUNT BALANCE PLUS ACCRUALS
(THIS IS NOT A PAYOFF AMOUNT):  $9,283,461.24

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

TOTAL INCOME:       $5,000,000.00
TOTAL DEDUCTIONS:           $100.00

FD INC TAX WTHLD:             $0.00
TX FICA WGS PD:               $0.00
TOT FICA TX:                  $0.00
TOT MDCR WGS:                 $0.00
MDCR TX:                      $0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) Sep. 22, 2017
PROCESSED DATE                                              Oct. 30, 2017

### TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 201741 | 10-30-2017 | $1,978,256.00 |
| n/a | 88236-265-05618-7 | | | |
| 166 | Penalty for filing tax return after the due date | 201741 | 10-30-2017 | $445,107.60 |

USAO-030200

Case 3:20-cr-00044-CAR-CHW   Document 71-44   Filed 08/18/21   Page 3 of 3

| Code | Description | | Date | Amount |
|---|---|---|---|---|
| 276 | Penalty for late payment of tax | | 10-30-2017 | $69,238.96 |
| 196 | Interest charged for late payment | 201741 | 10-30-2017 | $53,155.37 |
| 976 | Amended return filed | | 11-17-2017 | $0.00 |
| n/a | 88236-322-00003-7 | | | |
| 290 | Additional tax assessed | 201809 | 03-19-2018 | $5,696,985.00 |
| n/a | 85254-459-17075-8 | | | |
| 166 | Penalty for filing tax return after the due date | 201809 | 03-19-2018 | $1,424,246.25 |
| 276 | Penalty for late payment of tax | | 03-19-2018 | $89,021.52 |
| 196 | Interest charged for late payment | 201809 | 03-19-2018 | $308,066.61 |
| 161 | Reduced or removed penalty for filing tax return after the due date | | 10-30-2017 | -$445,107.60 |
| 161 | Reduced or removed penalty for filing tax return after the due date | | 03-19-2018 | -$1,424,246.25 |
| 271 | Reduced or removed penalty for late payment of tax | | 04-02-2018 | -$158,260.48 |
| 290 | Additional tax assessed | 201811 | 04-02-2018 | $0.00 |
| n/a | 85254-468-17010-8 | | | |
| 197 | Reduced or removed interest charged for late payment | | 04-02-2018 | -$58,942.00 |
| 976 | Amended return filed | | 02-07-2018 | $0.00 |
| n/a | 17244-048-12420-8 | | | |

This Product Contains Sensitive Taxpayer Data

USAO-030201