# United States  of America

**Department of the Treasury**
**Internal Revenue Service**

Date: July 30, 2021

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed is an exact transcript from the Transcript Delivery System for the account of Nwatson Tr, Business Entity Number 98-6087047, in respect to the U.S. Income Tax Return for Estates and Trusts (1041), for the tax year 2016, consisting of two (2) pages under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By the direction of the Secretary of the Treasury:

Jay Elton
Supervisory Investigative Analyst
Internal Revenue Service-Criminal Investigation
Delegation Order 11-5


GOVERNMENT EXHIBIT 3-45

Catalog Number 19002E
RAM 07/30/2021

*U.S. GPO: 1997-417-690/61741

Form **2866** (Rev. 09-97)

USAO-030031

USAO-030032



# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

## Account Transcript

Request Date:  07-30-2021
Response Date: 07-30-2021
Tracking Number: 100971135926

FORM NUMBER:   1041
TAX PERIOD:    Dec. 31, 2016

TAXPAYER IDENTIFICATION NUMBER: 98-6087047

NWATSON TR
1579 MONROE DRIVE SUITE F 413
ATLANTA, GA 30324-5039-993

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                          -$319,019.00
ACCRUED INTEREST:                               $0.00   AS OF: Feb. 10, 2020
ACCRUED PENALTY:                                $0.00   AS OF: Apr. 15, 2017

ACCOUNT BALANCE PLUS ACCRUALS
(THIS IS NOT A PAYOFF AMOUNT):            -$319,019.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

TOTAL INCOME:        $4,800,000.00
TOTAL DEDUCTIONS:          $100.00

FD INC TAX WTHLD:            $0.00
TX FICA WGS PD:              $0.00
TOT FICA TX:                 $0.00
TOT MDCR WGS:                $0.00
MDCR TX:                     $0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) Jan. 17, 2018
PROCESSED DATE                                              Feb. 12, 2018

### TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 201804 | 02-12-2018 | $2,080,981.00 |
| n/a | 88236-017-01030-8 | | | |
| 806 | W-2 or 1099 withholding | | 04-15-2017 | -$2,400,000.00 |
| 846 | Refund issued | | 02-12-2018 | $319,019.00 |

USAO-030033

USAO-030034

| | | | |
|---|---|---|---|
| 841 | Refund cancelled | 02-12-2018 | -$319,019.00 |

This Product Contains Sensitive Taxpayer Data

USAO-030035

USAO-030036