# United States  of America

**Department of the Treasury**
**Internal Revenue Service**

Date: July 28, 2021

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed is an exact transcript from the Transcript Delivery System for the account of Watson El Tr, Business Entity Number 82-6699785, in respect to the U.S. Income Tax Return for Estates and Trusts (1041), for the tax year 2016, consisting of two (2) pages under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By the direction of the Secretary of the Treasury:

*Jay Elton*
Jay Elton
Supervisory Investigative Analyst
Internal Revenue Service-Criminal Investigation
Delegation Order 11-5



GOVERNMENT EXHIBIT
3-47

Catalog Number 19002E
RAM 07/28/2021

*U.S. GPO: 1997-417-690/61741

Form **2866** (Rev. 09-97)

USAO-029494



# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

## Account Transcript

Request Date: 07-24-2021
Response Date: 07-24-2021
Tracking Number: 100955034637

FORM NUMBER:   1041
TAX PERIOD:    Dec. 31, 2016

TAXPAYER IDENTIFICATION NUMBER: 82-6699785

WATSON EL TR
MARQUET BUGRESS MATTOX EL TTEE
2625 PIEDMONT RD NE STE 56 # 507
ATLANTA, GA 30324-5906-567

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                    -$200,219.00
ACCRUED INTEREST:                         $0.00  AS OF: Jul. 15, 2019
ACCRUED PENALTY:                          $0.00  AS OF: Apr. 15, 2017

ACCOUNT BALANCE PLUS ACCRUALS
(THIS IS NOT A PAYOFF AMOUNT):      -$200,219.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

TOTAL INCOME:                      $3,000,000.00
TOTAL DEDUCTIONS:                        $100.00

FD INC TAX WTHLD:                          $0.00
TX FICA WGS PD:                            $0.00
TOT FICA TX:                               $0.00
TOT MDCR WGS:                              $0.00
MDCR TX:                                   $0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) Jan. 18, 2018
PROCESSED DATE                                              Feb. 12, 2018

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 201804 | 02-12-2018 | $1,299,781.00 |
| n/a | 88236-018-00641-8 | | | |
| 806 | W-2 or 1099 withholding | | 04-15-2017 | -$1,500,000.00 |

USAO-029495

| | | | |
|---|---|---|---|
| 846 | Refund issued | 02-12-2018 | $200,219.00 |
| 841 | Refund cancelled | 02-12-2018 | -$200,219.00 |
| 976 | Amended return filed | 02-27-2018 | $0.00 |
| n/a | 17244-069-08301-8 | | |

This Product Contains Sensitive Taxpayer Data

USAO-029496