# United States  of America

**Department of the Treasury**
**Internal Revenue Service**

Date: July 30, 2021

### CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed is an exact transcript from the Transcript Delivery System for the account of Marquet A Mattox, Social Security Number 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, in respect to the U.S. Individual Income Tax Return (1040A), for the tax year 2003, consisting of three (3) pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By the direction of the Secretary of the Treasury:

Jay Elton
Supervisory Investigative Analyst
Internal Revenue Service-Criminal Investigation
Delegation Order 11-5



GOVERNMENT EXHIBIT 3-49

Catalog Number 19002E
RAM 07/30/2021

*U.S. GPO: 1997-417-690/61741

Form **2866** (Rev. 09-97)

USAO-030043



# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

## Account Transcript

|  |  |
|---|---|
| Request Date: | 07-30-2021 |
| Response Date: | 07-30-2021 |
| Tracking Number: | 100971749113 |

FORM NUMBER:     1040A

TAX PERIOD:      Dec. 31, 2003

TAXPAYER IDENTIFICATION NUMBER:   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

MARQUET A MATTOX
BURGESS MATTOX BEY TRUST
2625 PIEDMONT RD NE STE 56 PMB 507
ATLANTA, GA 30324-5906-567

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF: Jul. 30, 2018 |
| ACCRUED PENALTY: | 0.00 | AS OF: Jul. 30, 2018 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):              0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| EXEMPTIONS: | 01 |
| FILING STATUS: | Single |
| ADJUSTED GROSS INCOME: | 106,592.00 |
| TAXABLE INCOME: | 98,792.00 |
| TAX PER RETURN: | 0.00 |
| SE TAXABLE INCOME TAXPAYER: | 18,470.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 2,826.00 |

| | |
|---|---|
| RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) | Aug. 14, 2007 |
| PROCESSING DATE | Sep. 03, 2007 |

| TRANSACTIONS |
|---|

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Substitute tax return prepared by IRS | | 09-03-2007 | $0.00 |
| n/a | 89210-887-00015-7 | | | |

USAO-030044

| 140 | Inquiry for non-filing of tax return | | 11-17-2004 | $0.00 |
|---|---|---|---|---|
| 570 | Additional account action pending | | 09-03-2007 | $0.00 |
| 494 | Final notice before tax is determined by IRS | | 11-20-2007 | $0.00 |
| 170 | Penalty for not pre-paying tax 04-28-2018 | 20081608 | 04-28-2008 | $651.07 |
| 290 | Additional tax assessed 04-28-2018 | 20081608 | 04-28-2008 | $25,233.00 |
| n/a | 68254-500-32361-8 | | | |
| 495 | Resolved tax determination | | 04-08-2008 | $0.00 |
| 599 | Tax return secured | | 04-09-2008 | $0.00 |
| 166 | Penalty for filing tax return after the due date 04-28-2018 | 20081608 | 04-28-2008 | $5,677.42 |
| 196 | Interest charged for late payment | 20081608 | 04-28-2008 | $9,583.97 |
| 276 | Penalty for late payment of tax | 20081608 | 04-28-2008 | $6,182.08 |
| 971 | Notice issued CP 0022 | | 04-28-2008 | $0.00 |
| 290 | Additional tax assessed 00-00-0000 | 20082708 | 07-14-2008 | $0.00 |
| n/a | 89254-572-11868-8 | | | |
| 971 | Notice issued CP 071C | | 11-17-2008 | $0.00 |
| 276 | Penalty for late payment of tax | 20084508 | 11-17-2008 | $126.17 |
| 530 | Balance due account currently not collectible - not due to hardship | | 08-24-2009 | $0.00 |
| 971 | Notice issued CP 071C | | 11-23-2009 | $0.00 |
| 537 | Account currently considered collectable | | 10-11-2010 | $0.00 |
| 530 | Balance due account currently not collectible - due to hardship | | 12-02-2010 | $0.00 |
| 971 | Notice issued CP 071A | | 10-29-2012 | $0.00 |
| 971 | Notice issued CP 071A | | 11-04-2013 | $0.00 |
| 196 | Interest charged for late payment | 20134205 | 11-04-2013 | $11,128.73 |
| 971 | Notice issued CP 071A | | 11-03-2014 | $0.00 |
| 196 | Interest charged for late payment | 20144205 | 11-03-2014 | $1,779.07 |
| 290 | Additional tax assessed 00-00-0000 | 20154105 | 11-02-2015 | $0.00 |
| n/a | 17254-687-05038-5 | | | |
| 196 | Interest charged for late payment | 20154105 | 11-02-2015 | $1,833.09 |
| 971 | Notice issued CP 0021 | | 11-02-2015 | $0.00 |
| 971 | Notice issued CP 071A | | 11-09-2015 | $0.00 |
| 196 | Interest charged for late payment | 20154205 | 11-09-2015 | $35.79 |
| 531 | Account currently considered collectible | | 01-03-2016 | $0.00 |
| 530 | Balance due account currently not collectible - due to hardship | | 04-26-2016 | $0.00 |
| 971 | Notice issued CP 071A | | 11-07-2016 | $0.00 |
| 196 | Interest charged for late payment | 20164205 | 11-07-2016 | $2,273.65 |

| 971 | First Levy Issued on Module | | 04-17-2017 | $0.00 |
| 610 | Payment with return | | 03-15-2018 | -$70,000.00 |
| 196 | Interest charged for late payment | 20181205 | 04-09-2018 | $3,579.55 |
| 846 | Refund issued | | 03-30-2018 | $1,917.88 |
| 776 | Interest credited to your account | | 04-09-2018 | -$1.47 |

This Product Contains Sensitive Taxpayer Data

USAO-030046