**United States**  **of America**

### Department of the Treasury
### Internal Revenue Service

Date: July 30, 2021

### CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed is an exact transcript from the Transcript Delivery System for the account of Marquet A Mattox, Social Security Number 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, in respect to the U.S. Individual Income Tax Return (1040), for the tax year 2010, consisting of one (1) page

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By the direction of the Secretary of the Treasury:

Jay Elton
Supervisory Investigative Analyst
Internal Revenue Service-Criminal Investigation
Delegation Order 11-5



GOVERNMENT
EXHIBIT
**3-56**

Catalog Number 19002E
RAM 07/30/2021

*U.S. GPO: 1997-417-690/61741

Form **2866** (Rev. 09-97)

USAO-030060

 **Internal Revenue Service**
United States Department of the Treasury

| This Product Contains Sensitive Taxpayer Data |
| --- |

## Account Transcript

Request Date:    07-30-2021
Response Date:    07-30-2021
Tracking Number:   100971749113

FORM NUMBER:   1040
TAX PERIOD:   Dec. 31, 2010

TAXPAYER IDENTIFICATION NUMBER:  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

Requested Data Not Found.

| This Product Contains Sensitive Taxpayer Data |
| --- |