# United States  of America

**Department of the Treasury**
**Internal Revenue Service**

Date: July 30, 2021

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed is an exact transcript from the Transcript Delivery System for the account of Marquet A Mattox, Social Security Number 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, in respect to the U.S. Individual Income Tax Return (1040), for the tax year 2017, consisting of two (2) pages under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By the direction of the Secretary of the Treasury:

*Jay Elton*
Jay Elton
Supervisory Investigative Analyst
Internal Revenue Service-Criminal Investigation
Delegation Order 11-5

**GOVERNMENT EXHIBIT 3-63**

Catalog Number 19002E
RAM 07/30/2021

*U.S. GPO: 1997-417-690/61741

Form **2866** (Rev. 09-97)

USAO-030077

# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

## Account Transcript

| | |
|---|---|
| Request Date: | 07-30-2021 |
| Response Date: | 07-30-2021 |
| Tracking Number: | 100971749113 |

FORM NUMBER:      1040
TAX PERIOD:       Dec. 31, 2017

TAXPAYER IDENTIFICATION NUMBER:    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

MARQUET A MATTOX
BURGESS MATTOX BEY TRUST
2625 PIEDMONT RD NE STE 56 PMB 507
ATLANTA, GA 30324-5906-567

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | -5,000.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF: Jul. 30, 2018 |
| ACCRUED PENALTY: | 0.00 | AS OF: Jul. 30, 2018 |
| ACCOUNT BALANCE PLUS ACCRUALS (this is not a payoff amount): | -5,000.00 | |

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| EXEMPTIONS: | 00 |
| FILING STATUS: | Single |
| ADJUSTED GROSS INCOME: | |
| TAXABLE INCOME: | |
| TAX PER RETURN: | |
| SE TAXABLE INCOME TAXPAYER: | |
| SE TAXABLE INCOME SPOUSE: | |
| TOTAL SELF EMPLOYMENT TAX: | |

RETURN NOT PRESENT FOR THIS ACCOUNT

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| n/a | No tax return filed | | | |
| 810 | Refund freeze | | 12-21-2017 | $0.00 |
| 610 | Payment with return | | 03-19-2018 | -$5,000.00 |

USAO-030078

This Product Contains Sensitive Taxpayer Data

USAO-030079