# United States  of America

**Department of the Treasury**
**Internal Revenue Service**

Date: July 28, 2021

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed is an exact transcript from the Transcript Delivery System for the account of Kemahra Investment Trust, Business Entity Number 98-6080043, in respect to the CIVIL PENALTY, for the tax year 2016, consisting of one (1) page ─────────

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By the direction of the Secretary of the Treasury:

*Jay Elton*
Jay Elton
Supervisory Investigative Analyst
Internal Revenue Service-Criminal Investigation
Delegation Order 11-5

GOVERNMENT EXHIBIT 3-67

Catalog Number 19002E
RAM 07/28/2021

*U.S. GPO: 1997-417-690/61741

Form **2866** (Rev. 09-97)

USAO-029443



# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

## Account Transcript

Request Date: 07-28-2021
Response Date: 07-28-2021
Tracking Number: 100966078060

FORM NUMBER:   CIVIL PENALTY
TAX PERIOD:    Dec. 31, 2016

TAXPAYER IDENTIFICATION NUMBER: 98-6080043

KEMAHRA INVESTMENT TR
% MARQUET ANTWAIN BURGESS MATTOX EL
3535 PEACHTREE RD NE STE 520 # 1031
ATLANTA, GA 30326-3292-451

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:              $5,000.00
ACCRUED INTEREST:               $795.12   AS OF: Aug. 09, 2021
CCRUED PENALTY:                   $0.00   AS OF:

ACCOUNT BALANCE PLUS ACCRUALS
(THIS IS NOT A PAYOFF AMOUNT):  $5,795.12

** INFORMATION FROM THE RETURN OR AS ADJUSTED **
TAX PER TAXPAYER:                  0.00

### TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 240 | Miscellaneous penalty<br>IRC 6702 Penalty for Filing Frivolous Tax Return<br>04-23-2028 | 201814 | 04-23-2018 | $5,000.00 |
| n/a | 71354-489-52000-8 | | | |
| 530 | Balance due account currently not collectible - not due to hardship | | 09-10-2018 | $0.00 |

This Product Contains Sensitive Taxpayer Data

USAO-029444