# United States of America



**Department of the Treasury**
**Internal Revenue Service**

Date: July 28, 2021

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed is an exact transcript from the Transcript Delivery System for the account of Burgess Mattox Bey Investment Tr, Business Entity Number 30-6497505, in respect to the CIVIL PENALTY, for the tax year 2016, consisting of one (1) page under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By the direction of the Secretary of the Treasury:

*Jay Elton*
Supervisory Investigative Analyst
Internal Revenue Service-Criminal Investigation
Delegation Order 11-5

GOVERNMENT EXHIBIT 3-6B

Catalog Number 19002E
RAM 07/28/2021

*U.S. GPO: 1997-417-690/61741

Form **2866** (Rev. 09-97)

USAO-029245


**Internal Revenue Service**
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Account Transcript

Request Date: 07-23-2021
Response Date: 07-23-2021
Tracking Number: 100950770848

FORM NUMBER:    CIVIL PENALTY
TAX PERIOD:     Dec. 31, 2016

TAXPAYER IDENTIFICATION NUMBER: 30-6497505

BURGESS MATTOX BEY INVESTMENT TR
ASIM EL BEY TTEE
% BURGESS MATTOX BEY TRUST
925 B PEACHTREE ST NE NO 2160
ATLANTA, GA 30309-3918-257

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                           $0.00
CCRUED INTEREST:                           $0.00    AS OF: Jan. 11, 2021
ACCRUED PENALTY:                           $0.00    AS OF:

ACCOUNT BALANCE PLUS ACCRUALS
(THIS IS NOT A PAYOFF AMOUNT):             $0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **
TAX PER TAXPAYER:                           0.00

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 240 | Miscellaneous penalty<br>IRC 6702 Penalty for Filing Frivolous Tax Return<br>07-10-2027 | 201725 | 07-10-2017 | $10,000.00 |
| n/a | 71354-567-52003-7 | | | |
| 971 | Tax period blocked from automated levy program | | 09-25-2017 | $0.00 |
| 736 | Interest credit transferred in from<br>1041 201512 | | 11-14-2016 | -$0.22 |
| 706 | Credit transferred in from<br>1041 201512 | | 07-10-2017 | -$9,999.78 |

This Product Contains Sensitive Taxpayer Data

USAO-029246