# United States  of America

**Department of the Treasury**
**Internal Revenue Service**

Date: July 30, 2021

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed is an exact transcript from the Transcript Delivery System for the account of Marquet Antwain Burgess Mattox Tr, Business Entity Number 98-6080212, in respect to the CIVIL PENALTY, for the tax year 2015, consisting of one (1) page

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By the direction of the Secretary of the Treasury:

*Jay Elton*
Jay Elton
Supervisory Investigative Analyst
Internal Revenue Service-Criminal Investigation
Delegation Order 11-5

GOVERNMENT EXHIBIT 3-69

Catalog Number 19002E
RAM 07/30/2021

*U.S. GPO: 1997-417-690/61741

Form **2866** (Rev. 09-97)

USAO-030023

USAO-030024



# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

## Account Transcript

Request Date: 07-30-2021
Response Date: 07-30-2021
Tracking Number: 100970364926

FORM NUMBER: CIVIL PENALTY
TAX PERIOD: Dec. 31, 2015

TAXPAYER IDENTIFICATION NUMBER: 98-6080212

MARQUET ANTWAIN BURGESS MATTOX TR
MARQUET BURGESS MATTOX EL TTEE
2625 PIEDMONT RD NE STE 56 # 5
ATLANTA, GA 30324-5906-567

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE: $0.00
ACCRUED INTEREST: -$0.50   AS OF: Nov. 02, 2020
ACCRUED PENALTY: $0.00    AS OF:

ACCOUNT BALANCE PLUS ACCRUALS
(THIS IS NOT A PAYOFF AMOUNT): -$0.50

** INFORMATION FROM THE RETURN OR AS ADJUSTED **
TAX PER TAXPAYER: 0.00

### TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 240 | Miscellaneous penalty<br>IRC 6702 Penalty for Filing Frivolous Tax Return<br>04-09-2028 | 201812 | 04-09-2018 | $5,000.00 |
| n/a | 71354-475-52001-8 | | | |
| 971 | Tax period blocked from automated levy program | | 06-25-2018 | $0.00 |
| 196 | Interest charged for late payment | 201915 | 04-29-2019 | $287.97 |
| 196 | Interest charged for late payment | 202015 | 04-27-2020 | $279.53 |
| 670 | Payment | | 06-29-2020 | -$5,568.00 |
| 196 | Interest charged for late payment | 202042 | 11-02-2020 | $0.50 |

This Product Contains Sensitive Taxpayer Data

USAO-030025

USAO-030026