# United States  of America

**Department of the Treasury**
**Internal Revenue Service**

Date: August 9, 2021

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: an exact transcript of the Business Master File Online Payment Summary screen (BMFOLP) for the Employer Identification Number (EIN) 98-6080043 for Kemahra Investment Tr, for tax year 2015, consisting of one (1) page under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By the direction of the Secretary of the Treasury:

*[signature]*

Jay Elton
Supervisory Investigative Analyst
Internal Revenue Service-Criminal Investigation
Delegation Order 11-5



Catalog Number 19002E
RAM 08/09/2021

*U.S. GPO: 1997-417-690/61741

GOVERNMENT EXHIBIT 3-70

Form **2866** (Rev. 09-97)
USAO-030243

```
BMFOLP98-6080043              BMF PAYMENT SUMMARY
                                                            UP-CYC:30

MFT TAXPD  PLAN  TC    DATE          AMOUNT          CYCLE         DLN




              NO PAYMENT TRANSACTIONS FOUND FOR THE REQUESTED DATE RANGE
                    PAGE 001 OF 001      ▶BMFPG 001
```

08/02/2021

USAO-030244