# United States  of America

**Department of the Treasury**
**Internal Revenue Service**

Date: August 2, 2021

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: an exact transcript of the Business Master File Online Payment Summary screen (BMFOLP) for the Employer Identification Number (EIN) 98-6078936 for Burgess Mattox Bey Tr, for tax years 2015-2016, consisting of one (1) page

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By the direction of the Secretary of the Treasury:

*[signature]*

Jay Elton
Supervisory Investigative Analyst
Internal Revenue Service-Criminal Investigation
Delegation Order 11-5



Catalog Number 19002E
RAM 08/02/2021

*U.S. GPO: 1997-417-690/61741

Form **2866** (Rev. 09-97)
USAO-029531

USAO-029532

```
BMFOLP98-6078936                BMF PAYMENT SUMMARY
                                                              UP-CYC:29

MFT TAXPD  PLAN  TC   DATE         AMOUNT         CYCLE          DLN




            NO PAYMENT TRANSACTIONS FOUND FOR THE REQUESTED DATE RANGE
                PAGE 001 OF 001        ►BMFPG 001
```

07/27/2021

USAO-029533

USAO-029534