# United States  of America

**Department of the Treasury**
**Internal Revenue Service**

Date: August 2, 2021

### CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: an exact transcript of the Business Master File Online Payment Summary screen (BMFOLP) for the Employer Identification Number (EIN) 98-6087047 for Nwatson Tr, for tax year 2016, consisting of one (1) page

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By the direction of the Secretary of the Treasury:

*Jay Elton*
Jay Elton
Supervisory Investigative Analyst
Internal Revenue Service-Criminal Investigation
Delegation Order 11-5



GOVERNMENT EXHIBIT 3-80

Catalog Number 19002E
RAM 08/02/2021

*U.S. GPO: 1997-417-690/61741

Form 2866 (Rev. 09-97)
USAO-030098

```
BMFOLP98-6087047              BMF PAYMENT SUMMARY              UP-CYC:29

MFT TAXPD  PLAN  TC    DATE         AMOUNT          CYCLE          DLN
```

NO PAYMENT TRANSACTIONS FOUND FOR THE REQUESTED DATE RANGE
          PAGE 001 OF 001           ▶BMFPG 001

07/30/2021

USAO-030099