# United States  of America

**Department of the Treasury**
**Internal Revenue Service**

Date: August 2, 2021

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: an exact transcript of the Business Master File Online Payment Summary screen (BMFOLP) for the Employer Identification Number (EIN) 82-6699049 for Nycholas Kemahra Mattox El, for tax year 2016, consisting of one (1) page under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By the direction of the Secretary of the Treasury:

*Jay El*

Jay Elton
Supervisory Investigative Analyst
Internal Revenue Service-Criminal Investigation
Delegation Order 11-5





GOVERNMENT EXHIBIT 3-81

Catalog Number 19002E
RAM 08/02/2021

*U.S. GPO: 1997-417-690/61741

Form 2866 (Rev. 09-97)
USAO-030088

```
BMFOLP82-6699049              BMF PAYMENT SUMMARY              UP-CYC:29

MFT TAXPD PLAN TC    DATE        AMOUNT           CYCLE           DLN




              NO PAYMENT TRANSACTIONS FOUND FOR THE REQUESTED DATE RANGE
                    PAGE 001 OF 001      ►BMFPG 001
```

07/23/2021

USAO-030089