**United States**  **of America**

**Department of the Treasury**
**Internal Revenue Service**

Date: August 2, 2021

### CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: an exact transcript of the Individual Master File Online Payment Summary screen (IMFOLP) for the Social Security Number (SSN) 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 for Marquet A. Mattox, consisting of one (1) page————————————————

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By the direction of the Secretary of the Treasury:

Jay Elton
Supervisory Investigative Analyst
Internal Revenue Service-Criminal Investigation
Delegation Order 11-5



GOVERNMENT
EXHIBIT
**3-84**

Catalog Number 19002E
RAM 08/02/2021

*U.S. GPO: 1997-417-690/61741

Form **2866** (Rev. 09-97)
USAO-029865

USAO-029866

```
IMFOLP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 200212 202112P001IMF PAYMENT SUMMARY  NMCTL:MATT  WEEKLY *CAU*
MARQUET A MATTOX
                                                              UP-CYC:3101
TAXPD  MFT TC   DATE        AMOUNT       CYCLE         DLN         VARIABLE DATA
200312 30  610 03152018    70,000.00-  20181205 39270-075-05800-8 SPLIT-REMIT
201412 30  610 03192018     5,000.00-  20181205 39270-079-04403-8
201512 30  610 03192018     5,000.00-  20181205 39270-079-04402-8
201612 30  610 03192018     5,000.00-  20181205 39270-079-03200-8
201612 30  610 03192018          .00   20211905 84251-078-12104-1
201712 30  610 03192018     5,000.00-  20181205 39270-079-05728-8
```

PAGE 001 OF 001         ▸IMFPG 001                      DS:R

08/02/2021

USAO-029867

USAO-029868