

**United States** of America

**Department of the Treasury**
**Internal Revenue Service**

Date: August 2, 2021

### CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: a true copy of a negotiated tax refund check which was issued by the United States Treasury, retrieved from the Treasury Check Information System (TCIS) and maintained by Financial Management Services, an agency in the Treasury Department to Kemahra Investment Tr, EIN: 98-6080043, on November 15, 2016 in the amount of $9,992.97 for tax period 2016, consisting of two (2) pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By the direction of the Secretary of the Treasury:

Jay Elton
Supervisory Investigative Analyst
Internal Revenue Service-Criminal Investigation
Delegation Order 11-5





GOVERNMENT
EXHIBIT
**3-85**

Catalog Number 19002E
RAM 08/02/2021

*U.S. GPO: 1997-417-690/61741

Form **2866** (Rev. 09-97)
USAO-030011

USAO-030012



United States Treasury 15-51/000

Check No. 4034 98076781

20163052900000

$******9992*97

VOID AFTER ONE YEAR

REGIONAL DISBURSING OFFICER

007

P 571,923,461
Special Deposit

11 15 16 20092900  KANSAS CITY, MO
00035105367  4034 98076781 I

Pay to
the order of

KEMAHRA INVESTMENT TR
ASIM EL BEY TTEE
2625 PIEDMONT ROAD NORTHEAST STE ST
ATLANTA GA 30324 0000

KEMA  OGDEN  12/2015   F-1041 REF   05
60.97 INT  056 DAYS

⑆000000518⑆ ⑈98076781⑈ 05111⑉6

⑇1031⑉8⑇

013933

USAO-030013

USAO-030014

DO NOT CASH CHECK WITHOUT

WATERMARK

TO VERIFY WATERMARK

... Treasury Checks is a Federal

... a $10,000 fine and ten years

BURGESS Mattox Marquet UCC 1-308
SPECIAL DEPOSIT
KEMAIRA INVESTMENT TRUST

USAO-030015

USAO-030016