**United States**  **of America**

**Department of the Treasury**
**Internal Revenue Service**

Date: August 2, 2021

### CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: a true copy of a negotiated tax refund check which was issued by the United States Treasury, retrieved from the Treasury Check Information System (TCIS) and maintained by Financial Management Services, an agency in the Treasury Department to Burgess Mattox Bey Investment Tr, EIN: 30-6497505, on November 15, 2016 in the amount of $325,408.97 for tax period 2015, consisting of two (2) pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By the direction of the Secretary of the Treasury:

Jay Elton
Supervisory Investigative Analyst
Internal Revenue Service-Criminal Investigation
Delegation Order 11-5



**GOVERNMENT**
**EXHIBIT**
**3-86**

Catalog Number 19002E
RAM 08/02/2021

*U.S. GPO: 1997-417-690/61741

Form **2866** (Rev. 09-97)
USAO-029869

USAO-029870



United States Treasury 15-51/000

P 571,923,460   Special Deposit

Check No.

4034 98076780
2016305290000

$**325408*97

VOID AFTER ONE YEAR

007

REGIONAL DISBURSING OFFICER

11 15 16 20092900  KANSAS CITY, MO
0003510533366   4034 98076780 I

Pay to
the order of

BURGESS MATTOX BEY INVESTMENT TR
ASIMAEL BEY MATTOX
% BURGESS MATTOX BEY TRUST
2625 PIEDMONT ROAD NORTHEAST STE ST
ATLANTA GA 30324 0000

MATT   OGDEN   12/2015   F-1041 REF   05
1,560.97 INT 044 DAYS

⑈⑆000000518⑈: 98076780⑈⑈ 05111⑆

⑈⑆1034⑈⑆

013932

USAO-029871

USAO-029872

T CASH CHECK WITHOUT

WATERMARK

HOLD TO LIGHT TO VERIFY WATERMARK

Check is a Federal

is a $10,000 fine and ten years

Burgess mattox, Marquet UCC 1-308

SPECIAL DEPOSIT

BURGESS MATTOX BEY INVESTMENT TRUST

USAO-029874