**United States**  **of America**

**Department of the Treasury**
**Internal Revenue Service**

Date: August 3, 2021

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: a true copy of a negotiated tax refund check which was issued by the United States Treasury, retrieved from the Treasury Check Information System (TCIS) and maintained by Financial Management Services, an agency in the Treasury Department to Burgess Mattox Bey Investment Tr, EIN: 30-6497505, on February 27, 2018 in the amount of $2,571,783.77 for tax period 2015, consisting of one (1) page

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By the direction of the Secretary of the Treasury:

Jay Elton
Supervisory Investigative Analyst
Internal Revenue Service-Criminal Investigation
Delegation Order 11-5



**GOVERNMENT EXHIBIT**
**3-87**

Catalog Number 19002E
RAM 08/03/2021

*U.S. GPO: 1997-417-690/61741

Form **2866** (Rev. 09-97)
USAO-029947

USAO-029948



United States Treasury  15-51/000

P 598,278,211

Check No.

4038 26910615
20180431700000

$*2571783*77

VOID AFTER ONE YEAR

REGIONAL DISBURSING OFFICER

007

02 27 18 20091700   KANSAS CITY, MO
00042048 5187   4038 26910615 I

Pay to
the order of

BURGESS MATTOX BEY INVESTMENT TR
ASIM EL BEY TTEE
% BURGESS MATTOX BEY TRUST
2625 PIEDMONT RD NE STE 56 # 507
ATLANTA GA 30324 5906

MATT  CINCIN  12/2015  F-1041 REF  05
140,827.55 INT 147 DAYS

⑆4038⑆ ⑈0000005 18⑈: 2697061 56⑈ 050 18

USAO-029949

WARNING - DO NOT CASH CHECK WITHOUT

NOTING WATERMARK

U.S. TREASURY U.S. TREASURY U.S.
U.S. TREASURY U.S. TREASURY U.S.
U.S. TREASURY U.S. TREASURY U.S.

HOLD TO LIGHT TO VERIFY WATERMARK

Forgery of endorsements on Treasury Checks is a Federal
crime. Maximum penalty is a $10,000 fine and ten years
imprisonment. (8-97)

BURGESS MATTOX BEY INVESTMENT TRUST

USAO-029950