# United States  of America

**Department of the Treasury
Internal Revenue Service**

Date: August 2, 2021

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: a true copy of a negotiated tax refund check which was issued by the United States Treasury, retrieved from the Treasury Check Information System (TCIS) and maintained by Financial Management Services, an agency in the Treasury Department to Marshana El Investment Tr, EIN: 82-6703577, on December 04, 2018 in the amount of $2,106,706.61 for tax period 2016, consisting of two (2) pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By the direction of the Secretary of the Treasury:

*Jay Elton*

Jay Elton
Supervisory Investigative Analyst
Internal Revenue Service-Criminal Investigation
Delegation Order 11-5



**GOVERNMENT EXHIBIT 3-88**

Catalog Number 19002E
RAM 08/02/2021

*U.S. GPO: 1997-417-690/61741

Form **2866** (Rev. 09-97)
USAO-029951

USAO-029952

014953

# United States Treasury

15-51 / 000

12 04 18 20092900   B 082,833,733

0004652633644   4038 51813821 I

Check No. 4038 51813821

2018323290000

Pay to the order of

MARSHANA EL INVESTMENT TR
MARQUET BUGRESS MATTOX EL TTEE
2625 PIEDMONT ROAD NORTHEAST STE ST
ATLANTA GA 30324 0000

MARS   OGDEN   12/2016   F-1041 REF   05
74,487.61 INT 269 DAYS

$*2106706*61

VOID AFTER ONE YEAR

REGIONAL DISBURSING OFFICER

⑆4038⑆ ⑆000000518⑆: 518138214⑆ 051218

USAO-029953

For Special Deposit only
MARSHANA EL INVESTMENT TRUST
Ingress profex El mexicoo Traveler

USAO-029954

N90000004

For Special Deposit only
MARSHANA EL INVESTMENT TRUST
Fingess probity El macioco Trustee.

USAO-029955

USAO-029956