### U.S. v. Mattox: Summary of Form 1041 Trust Tax Returns

| Date Received by IRS | Tax Year | Entity | DLN | IP Address or Mailed | Total Income Claimed on Return | Total Payments Claimed on Return | Payments Received by IRS | Refund Claimed on Return | Refund Issued |
|---|---|---|---|---|---|---|---|---|---|
| 9/10/2016 | 2015 | Kemahra Investment Trust | x9306 | 24.181.4.255 | $155,000 | $75,000 | $0 | $9,932 | $9,992.97 |
| 9/22/2016 | 2015 | Burgess Mattox Bey Investment Trust | x6146 | 24.181.4.255 | $4,881,000 | $2,440,000 | $0 | $323,848 | $325,408.97 |
| 1/13/2017 | 2015 | Burgess Mattox Bey Trust | x4007 | MAILED | $23,421,837 | $23,421,000 | $0 | $13,258,124 | - |
| 3/2/2017 | 2016 | Kemahra Investment Trust | x1357 | 24.181.4.255 | $9,975,000 | $4,987,500 | $0 | $660,569 | - |
| 4/4/2017 | 2015 | Marquet Antwain Burgess Mattox Trust | x3027 | MAILED | $9,762,000 | $9,762,000 | $0 | $5,527,494 | - |
| 5/31/2017 | 2015 | Burgess Mattox Bey Trust | x9017 | MAILED | $49,000,000 | $24,500,000 | $0 | $3,236,202 | - |
| 8/3/2017 | 2015 | Marquet Antwain Burgess Mattox Trust | x6007 | MAILED | $9,762,000 | $9,000,000 | $0 | $5,135,939 | - |
| 8/4/2017 | 2016 | Marquet Antwain Burgess Mattox Trust | x2217 | MAILED | $8,975,000 | $9,000,000 | $0 | $5,362,115 | - |
| 9/21/2017 | 2016 | Kamili Investment Trust | x1777 | 71.86.96.61 | $5,000,000 | $9,878,256 | $0 | $7,900,000 | - |
| 9/22/2017 | 2016 | Burgess Mattox Bey Trust | x5537 | 71.86.96.61 | $250,000 | $600,000 | $0 | $502,744 | - |
| 9/22/2017 | 2016 | Kamilya Investment Trust | x6187 | 71.86.96.61 | $5,000,000 | $9,978,256 | $0 | $8,000,000 | - |
| 11/7/2017 | 2015 | Kemahra Investment Trust | x1007 | MAILED | $155,000 | $155,000 | $0 | $89,932 | - |
| 11/7/2017 | 2015 | Burgess Mattox Bey Investment Trust | x1017 | MAILED | $4,881,000 | $4,881,000 | $0 | $2,764,804 | $2,571,783.77 |
| 11/17/2017 | 2016 | Burgess Mattox Bey Trust | x1027 | 71.86.96.61 | $17,660,000 | $17,660,000 | $0 | $9,997,779 | - |
| 11/17/2017 | 2016 | Kamili Investment Trust | x1007 | 71.86.96.61 | $17,600,000 | $17,600,000 | $0 | $9,963,819 | - |
| 11/18/2017 | 2016 | Kemahra Investment Trust | x7037 | 71.86.96.61 | $17,660,000 | $17,660,000 | $0 | $9,997,779 | - |



GOVERNMENT EXHIBIT 41

USAO-030187

| Date Received by IRS | Tax Year | Entity | DLN | IP Address or Mailed | Total Income Claimed on Return | Total Payments Claimed on Return | Payments Received by IRS | Refund Claimed on Return | Refund Issued |
|---|---|---|---|---|---|---|---|---|---|
| 11/18/2017 | 2016 | Burgess Mattox Bey Investment Trust | x9047 | 71.86.96.61 | $17,660,000 | $17,660,000 | $0 | $9,997,779 | - |
| 11/18/2017 | 2016 | Marquet Antwain Burgess Mattox Trust | x0057 | 71.86.96.61 | $17,660,000 | $17,660,000 | $0 | $9,997,779 | - |
| 11/18/2017 | 2016 | Kamilya Investment Trust | x0037 | 71.86.96.61 | $17,690,000 | $17,670,000 | $0 | $9,994,759 | - |
| 1/17/2018 | 2016 | Marshana El Investment Trust | x3048 | 73.137.128.77 | $5,000,000 | $4,200,000 | $0 | $2,032,219 | $2,106,706.61 |
| 1/17/2018 | 2016 | Asim El Bey Trust | x4268 | 73.137.128.77 | $4,500,000 | $2,250,000 | $0 | $299,219 | - |
| 1/17/2018 | 2016 | Nwatson Trust | x0308 | 73.137.128.77 | $4,800,000 | $2,400,000 | $0 | $319,019 | - |
| 1/17/2018 | 2016 | Nycholas Kemahra Mattox El | x1138 | 73.137.128.77 | $3,200,000 | $1,600,000 | $0 | $213,419 | - |
| 1/18/2018 | 2016 | Watson El Trust | x6418 | 73.137.128.77 | $3,000,000 | $1,500,000 | $0 | $200,219 | - |
| 1/18/2018 | 2016 | Eric Marice Baldwin El Trust | x9278 | 73.137.128.77 | $4,800,000 | $2,400,000 | $0 | $319,019 | - |
| 2/7/2018 | 2015 | Marquet Antwain Burgess Mattox Trust | x4158 | MAILED | $40,000,000 | $40,000,000 | $0 | $22,642,202 | - |
| 2/7/2018 | 2016 | Kamilya Investment Trust | x4208 | MAILED | $60,000,000 | $37,000,000 | $0 | $10,962,219 | - |
| 2/8/2018 | 2016 | Burgess Mattox Bey Trust | x9018 | MAILED | $142,156,200 | $71,700,000 | $0 | $10,006,428 | - |
| 2/27/2018 | 2016 | Watson El Trust | x3018 | MAILED | $40,000,000 | $20,000,000 | $0 | $2,642,219 | - |
| 8/10/2018 | 2015 | Kemahra Investment Trust | x4118 | 71.86.96.61 | $155,000 | $155,000 | $0 | $89,888 | - |
| 8/10/2018 | 2015 | Burgess Mattox Bey Investment Trust | x0048 | 71.86.96.61 | $4,881,000 | $4,881,000 | $0 | $2,764,804 | - |
| | | | | | | | Total: | $165,212,271 | $5,013,892.32 |

USAO-030188