**SUBSCRIBER RECORD**

| Target Details | 24.181.4.255, 9/10/2016 6:01:00 PM, GMT, -6 <br><br> 24.181.4.255, 9/22/2016 9:48:00 AM, GMT, -6 |
|---|---|
| | **IP Address**   **Modem MAC**   **CPE MAC**   **Hostname**   **Starts**   **Ends** <br><br> 24.181.4.255   ac:b3:13:56:ef:68   c4:04:15:a6:9d:56     2015-12-04 08:09:00   2016-11-22 19:02:19 |
| | '8783100101983074 <br> MARQUET <br> MATTOX <br> 155 CARRIAGE CT <br><br> ATHENS <br> GA <br> 306051882 <br> 155 CARRIAGE CT <br><br> ATHENS <br> GA <br> 306051882 <br> (706) 850-6536 <br><br> MARQUET_MATTOX@YAHOO.COM;marquet_mattox@charter.net;nychkm@charter.net <br><br> marquetm@charter.net;nakeisha01@charter.net <br><br> nychkm@charter.net;marquet_mattox@charter.net;nakeisha01@charter.net; <br><br> marquetm@charter.net |
| Method of Payment: | Not Available. |



GOVERNMENT EXHIBIT 5

028666

12405 Powerscourt Dr. St. Louis, MO 63131 T: 314-394-9702 F: 314-909-0609 Email: leroc@charter.com

| Target Details | 24.181.4.255, 3/2/2017 5:52:00 PM, GMT, -6 |
|---|---|
| | 24.181.4.255 d4:05:98:98:22:f9 c4:04:15:a6:9d:56 2015-12-04 08:09:00 2017-09-21 05:40:43 |
| | '8783100101983074 |
| | MARQUET |
| | MATTOX |
| | 155 CARRIAGE CT |
| | ATHENS |
| | GA |
| | 306051882 |
| | 155 CARRIAGE CT |
| | ATHENS |
| | GA |
| | 306051882 |
| | (706) 850-6536 |
| | MARQUET_MATTOX@YAHOO.COM;marquet_mattox@charter.net;nychkm@charter.net |
| | marquetm@charter.net;nakeisha01@charter.net |
| | nychkm@charter.net;marquet_mattox@charter.net;nakeisha01@charter.net; |
| | marquetm@charter.net |

| IP Address | Modem MAC | CPE MAC | Hostname | Starts | Ends |
|---|---|---|---|---|---|
| 24.181.4.255 | d4:05:98:98:22:f9 | c4:04:15:a6:9d:56 | | 2015-12-04 08:09:00 | 2017-09-21 05:40:43 |

12405 Powerscourt Dr. St. Louis, MO 63131 T: 314-394-9702 F: 314-909-0609 Email: leroc@charter.com

028667

| | |
|---|---|
| Target Details | 71.86.96.61, 11/18/2017 11:32:00 AM, GMT, 0<br><br>71.86.96.61, 11/18/2017 4:02:00 PM, GMT, 0<br><br>71.86.96.61, 11/18/2017 6:32:00 AM, GMT, 0<br><br>71.86.96.61, 11/18/2017 4:52:00 PM, GMT, 0 |
| | '8783100101983074<br>MARQUET<br>MATTOX<br>155 CARRIAGE CT<br><br>ATHENS<br>GA<br>306051882<br>155 CARRIAGE CT<br><br>ATHENS<br>GA<br>306051882<br>(706) 850-6536<br><br>MARQUET_MATTOX@YAHOO.COM;marquet_mattox@charter.net;nychkm@charter.net<br><br>marquetm@charter.net;nakeisha01@charter.net<br><br>nychkm@charter.net;marquet_mattox@charter.net;nakeisha01@charter.net;<br><br>marquetm@charter.net |

| IP Address | Modem MAC | CPE MAC | Hostname | Starts | Ends |
|---|---|---|---|---|---|
| 71.86.96.61 | d4 05 98 98 22 f9 | c4:04:15:a6.9d:56 | | 2017-10-09 00:21:35 | 2018-02-10 03:53:12 |

| | |
|---|---|
| Method of Payment: | Payment Account #:  XXXXXXXXX7866<br><br>Type:  Checking    T/R Number:  061000227<br><br>Payment Account #:  XXXXXXXXXXXX6340<br><br>Type:  Visa |

028668

12405 Powerscourt Dr.  St. Louis, MO 63131 T: 314.394.9702 F: 314.909.0609 Email: leroc@charter.com

STATE OF MISSOURI )
)
COUNTY OF ST. LOUIS )

## AFFIDAVIT OF RECORDS CUSTODIAN CERTIFYING RECORDS

### PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, ShaRayne Jackson, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct.

I am employed by Charter Communications, Inc., (Charter) and my title is Paralegal. Part of my job responsibilities is to review the records that Charter maintains relating to individual subscriber accounts to specific business records. I have reviewed the attached Charter records for 24.181.4.255, 9/10/2016 6:01:00 PM, GMT, -6; 24.181.4.255, 3/2/2017 5:52:00 PM, GMT, -6; 24.181.4.255, 9/22/2016 9:48:00 AM, GMT, -6; 71.86.96.61, 11/18/2017 6:32:00 AM, GMT, 0; 71.86.96.61, 11/18/2017 4:52:00 PM, GMT, 0 in response to a lawful request dated 12/12/2018 and issued to Charter Communications.

I further state that:

1. All records attached to this certificate were made at or near the time of the occurrence of the activity;
2. These records are kept in the ordinary course of the regularly conducted business activity of Charter Communications and making such records is a regular practice of Charter Communications; and
3. These records were generated by Charter Communications by an electronic process or system that produces an accurate result.

FURTHER AFFIANT SAITH NOT.

02/11/2019

Date

*S. Jackson*

ShaRayne Jackson, Paralegal
Legal Response Operations Center
Charter Communications, Inc.
12405 Powerscourt Drive
St. Louis, Missouri 63131
ShaRayne.Jackson@charter.com
www.charter.com/lea

028669

12405 Powerscourt Dr. St. Louis, MO 63131 T: 314-394-9702 F: 314-909-0609 Email: leroc@charter.com