

GOVERNMENT EXHIBIT 6

# Business Account Application

WELLS FARGO

| | |
|---|---|
| Bank Name: WELLS FARGO BANK, N.A. | Store Name: MURPHY |
| Banker Name: NGUYEN, VIVIAN TO | Officer/Portfolio Number: Q1797 / Date: 11/22/2016 |
| Banker Phone: 972/516-3600 / Store Number: 03869 | Banker AU: 0032084 / Banker MAC: T9113-010 |

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## New Account Information

[X] New Deposit Account(s) Only     [ ] New Deposit Account(s) and Business Credit Card

| Account 1 Product Name: Wells Fargo Simple Business Checking | Purpose of Account 1: General Operating Account |
|---|---|

| COID: | Product: | Account Number: | Opening Deposit: | Type of Funds: |
|---|---|---|---|---|
| 808 | DDA | 2994345797 | $9,000.00 | CACK |

| New Account Kit: BA-008249851 | Checking/Savings Bonus Offer Available: NO |
|---|---|

## Related Customer Information

| Customer 1 Name: KEMAHRA' INVESTMENT TRUST | |
|---|---|
| Enterprise Customer Number (ECN): 35047171803516 | Account Relationship: Sole Owner |

| Customer 2 Name: JEROME THEODORE POWELL-EL JR. | |
|---|---|
| Enterprise Customer Number (ECN): 730110011831438 | Account Relationship: Signer |

| Customer 3 Name: MARQUET BURGESS MATTOX | |
|---|---|
| Enterprise Customer Number (ECN): 56107221823365 | Account Relationship: Signer |

## Checking/Savings Statement Mailing Information

| Name(s) and Information Listed on Statement: KEMAHRA' INVESTMENT TRUST | Statement Mailing Address: 703 ASHFORD LN |
|---|---|
| | Address Line 2: |
| | City: WYLIE / State: TX |
| | ZIP/Postal Code: 75098-6987 / Country: US |



2W02-000804591605-01

**Customer 1 Information**

| Customer Name: | | | Street Address: |
|---|---|---|---|
| KEMAHRA' INVESTMENT TRUST | | | 703 ASHFORD LN |

| Enterprise Customer Number (ECN): | | Address Line 2: |
|---|---|---|
| 35047171803516 | | |

| Account Relationship: | Address Line 3: |
|---|---|
| Sole Owner | |

| Taxpayer Identification Number (TIN): | TIN Type: | Address Line 3: |
|---|---|---|
| 98-6080043 | EIN | |

| Business Type: | City: | State: |
|---|---|---|
| Unincorp Assn/Social/Rec/Civic Grp | WYLIE | TX |

| Business Sub-Type/Tax Classification: | Non-Profit: | ZIP/Postal Code: | Country: |
|---|---|---|---|
| | No | 75098-6987 | US |

| Date Originally Established: | Current Ownership Since: | Number of Employees: | Business Phone: | Fax: |
|---|---|---|---|---|
| 11/22/2016 | | 2 | 720/838-4815 | |

| Annual Gross Sales: | Year Sales Reported: | Fiscal Year End: | Cellular Phone: | Pager: |
|---|---|---|---|---|
| $0.00 | 11/22/2016 | | | |

| Primary Financial Institution: | Number of Locations: | e-Mail Address: |
|---|---|---|
| | 1 | |

| Primary State 1: | Primary State 2: | Primary State 3: | Website: |
|---|---|---|---|
| | | | |

| Primary Country 1: | Primary Country 2: | Primary Country 3: | Sales Market: |
|---|---|---|---|
| | | | LOCAL |

| Industry: |
|---|
| Other Services (except Public Administration) |

| Description of Business: |
|---|
| HUMANITARIAN SERVICES |

| Major Suppliers/Customers: |
|---|
| |

**Bank Use Only**

| Name/Entity Verification: | Address Verification: | |
|---|---|---|
| Other Agreement | NONE | |

| BACC Reference Number: |
|---|
| 6163270000546 |

| Document Filing Number/Description: | Filing Country: | Filing State: | Filing Date: | Expiration Date: |
|---|---|---|---|---|
| ARTICLES OF TRUST | | | | |

| Country of Registration: | State of Registration: | International Transactions: | Check Reporting: |
|---|---|---|---|
| US | GA | | NO RECORD |

| Customer 1 Name: | Internet Gambling Business?: |
|---|---|
| KEMAHRA' INVESTMENT TRUST | No |



028180

Business Account Application

## Owner/Key Individual 1 Information

| | | | |
|---|---|---|---|
| **Customer Name:** JEROME THEODORE POWELL-EL JR | | **Residence Address:** 703 ASHFORD LN | |
| **Business Relationship:** Key Executive with Control of the Entity | | **Address Line 2:** | |
| **Position/Title:** | **Date of Birth:** 07/19/1975 | **Percent of Ownership:** | **Address Line 3:** |
| **Enterprise Customer Number (ECN):** 730110011831438 | | **City:** WYLIE | **State:** TX |
| **Taxpayer Identification Number (TIN):** 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 | **TIN Type:** SSN | **ZIP/Postal Code:** 75098-6987 | **Country:** US |
| **Primary ID Type:** DLIC | **Primary ID Description:** 92-184-9406 | **Country of Citizenship:** US | **Permanently Resides in US:** |
| **Primary ID St/Ctry/Prov:** CO | **Primary ID Issue Date:** 01/16/2015 | **Primary ID Expiration Date:** 07/19/2020 | **Check Reporting:** NO RECORD |
| **Secondary ID Type:** OTHR DC | **Secondary ID Description:** WELLS FARGO | | |
| **Secondary ID State/Country:** | **Secondary ID Issue Date:** | **Secondary ID Expiration Date:** 03/01/2018 | |

## Owner/Key Individual 2 Information

| | | | |
|---|---|---|---|
| **Customer Name:** MARQUET BURGESS MATTOX | | **Residence Address:** 2625 PIEDMONT RD NE STE 56 | |
| **Business Relationship:** Key Executive with Control of the Entity | | **Address Line 2:** | |
| **Position/Title:** | **Date of Birth:** 03/19/1972 | **Percent of Ownership:** | **Address Line 3:** |
| **Enterprise Customer Number (ECN):** 56107221823365 | | **City:** ATLANTA | **State:** GA |
| **Taxpayer Identification Number (TIN):** 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 | **TIN Type:** SSN | **ZIP/Postal Code:** 30324-5906 | **Country:** US |
| **Primary ID Type:** DLIC | **Primary ID Description:** 033708972 | **Country of Citizenship:** US | **Permanently Resides in US:** |
| **Primary ID St/Ctry/Prov:** GA | **Primary ID Issue Date:** 07/08/2016 | **Primary ID Expiration Date:** 03/19/2023 | **Check Reporting:** NO RECORD |
| **Secondary ID Type:** OTHR | **Secondary ID Description:** SSN 3048 | | |
| **Secondary ID State/Country:** | **Secondary ID Issue Date:** | **Secondary ID Expiration Date:** | |



2W02-000804591605-03

028181

Business Account Application

## Certificate of Authority

Each person who signs the "Certified/Agreed To" section of this Application certifies that:

A. The Customer's use of any Wells Fargo Bank, N.A. ("Bank") deposit account, product or service will confirm the Customer's receipt of, and agreement to be bound by, the Bank's applicable fee and information schedule and account agreement that includes the Arbitration Agreement under which any dispute between the Customer and the Bank relating to the Customer's use of any Bank deposit account, product or service will be decided in an arbitration proceeding before a neutral arbitrator as described in the Arbitration Agreement and not by a jury or court trial.

B. Each person who signs the "Certified/Agreed To" section of this Application or whose name, any applicable title and specimen signature appear in the "Authorized Signers - Signature Capture" section of this Application is authorized on such terms as the Bank may require to:

(1) Enter into, modify, terminate and otherwise in any manner act with respect to accounts at the Bank and agreements with the Bank or its affiliates for accounts and/or services offered by the Bank or its affiliates (other than letters of credit or loan agreements);

(2) Authorize (by signing or otherwise) the payment of Items from the Customer's account(s) listed on this Business Account Application (including without limitation any Item payable to (a) the individual order of the person who authorized the Item or (b) the Bank or any other person for the benefit of the person who authorized the Item) and the endorsement of Deposited Items for deposit, cashing or collection (see the Bank's applicable account agreement for the definitions of "Item" and "Deposited Item");

(3) Give instructions to the Bank in writing (whether the instructions include the manual signature or a signature that purports to be the facsimile or other mechanical signature including a stamp of an Authorized Signer as the Customer's authorized signature without regard to when or by whom or by what means or in what ink color the signature may have been made or affixed), orally, by telephone or by any electronic means in regard to any Item and the transaction of any business relating to the Customer's account(s), agreements or services, and the Customer shall indemnify and hold the Bank harmless for acting in accordance with such instructions; and

(4) Delegate the person's authority to another person(s) or revoke such delegation, in a separate signed writing delivered to the Bank.

C. If a code must be communicated to the Bank in order to authorize an Item, and the code is communicated, the Item will be binding on the Customer regardless of who communicated the code.

D. Each transaction described in this Certificate of Authority conducted by or on behalf of the Customer prior to delivery of this Certificate is in all respects ratified.

E. If the Customer is a tribal government or tribal government agency, the Customer waives sovereign immunity from suit with respect to the Customer's use of any Bank account, product or service referred to in this Certificate.

F. The information provided in this Application is correct and complete, each person who signs the "Certified/Agreed To" section of this Application and each person whose name appears in the "Authorized Signers-Signature Capture" section of this Application holds any position indicated, and the signature appearing opposite the person's name is authentic.

G. The Customer has approved this Certificate of Authority or granted each person who signs the "Certified/Agreed To" section of this Application the authority to do so on the Customer's behalf by:

(1) resolution, agreement or other legally sufficient action of the governing body of the Customer, if the Customer is not a trust or a sole proprietor;

(2) the signature of each of the Customer's trustee(s), if the Customer is a trust; or

(3) the signature of the Customer, if the Customer is a sole proprietor.

## Certified/Agreed To

Owner/Key Individual 1 Name
JEROME THEODORE POWELL-EL JR

Position/Title:

Owner/Key Individual 1 Signature



☐ Submit manually
☐ Signature not required

Date:
11/22/2016

Owner/Key Individual 2 Name
MARQUET BURGESS MATTOX

Position/Title:

Owner/Key Individual 2 Signature

☒ Submit manually
☐ Signature not required

Date:
11/22/2016

2W02-000804591605-04

Wells Fargo Confidential

028182

# Wells Fargo Simple Business Checking

Account number: **2994345797** ■ November 22, 2016 - November 30, 2016 ■ Page 1 of 3



KEMAHRA' INVESTMENT TRUST
703 ASHFORD LN
WYLIE TX 75098-6987

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (808)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Get a clear look at the business financing process to decide if and when business credit is right for you. Visit wellsfargoworks.com/credit to find out more.

Credit decisions subject to credit qualification.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 11/22 | $0.00 |
| Deposits/Credits | 9,992.97 |
| Withdrawals/Debits | - 2,504.80 |
| **Ending balance on 11/30** | **$7,488.17** |
| Average ledger balance this period | $8,489.77 |

Account number: **2994345797**

**KEMAHRA' INVESTMENT TRUST**

*Texas/Arkansas account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 111900659

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Account number:  **2994345797**  ▪  November 22, 2016 - November 30, 2016  ▪  Page 2 of 3



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------|-------------|-------------------|---------------------|---------------------|
| 11/22 | | Deposit Made In A Branch/Store | 9,992.97 | | 9,992.97 |
| 11/25 | | Purchase authorized on 11/25 USPS PO 12045500 780 M Atlanta GA P00386330587577404 Card 5119 | | 1,002.40 | |
| 11/25 | | Purchase authorized on 11/25 USPS PO 12048300 455 M Atlanta GA P00386330620380775 Card 5119 | | 1,002.40 | 7,988.17 |
| 11/28 | | Deposited OR Cashed Check | | 500.00 | 7,488.17 |
| **Ending balance on 11/30** | | | | | 7,488.17 |
| **Totals** | | | **$9,992.97** | **$2,504.80** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|--------|------|--------|
| | 11/28 | 500.00 |

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 11/22/2016 - 11/30/2016 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee.  Your fee waiver is about to expire.  You will need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $500.00 | $8,490.00 ☑ |

CR/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 3 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

Account number:  **2994345797**  ■ November 22, 2016 - November 30, 2016  ■ Page 3 of 3



WELLS
FARGO

---

## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

A. The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

B. Any deposits listed in your          $ _____
   register or transfers into           $ _____
   your account which are not           $ _____
   shown on your statement.           + $ _____
   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
   (Add Parts A and B)

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | Total amount  $ |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Wells Fargo Simple Business Checking

Account number: **2994345797** ■ December 1, 2016 - December 31, 2016 ■ Page 1 of 4



KEMAHRA' INVESTMENT TRUST
703 ASHFORD LN
WYLIE TX 75098-6987

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (808)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Get a clear look at the business financing process to decide if and when business credit is right for you. Visit wellsfargoworks.com/credit to find out more.

Credit decisions subject to credit qualification.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---:|
| Beginning balance on 12/1 | $7,488.17 |
| Deposits/Credits | 358.34 |
| Withdrawals/Debits | - 2,887.98 |
| **Ending balance on 12/31** | **$4,958.53** |
| Average ledger balance this period | $6,750.84 |

Account number:  **2994345797**

**KEMAHRA' INVESTMENT TRUST**

*Texas/Arkansas account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  111900659

For Wire Transfers use
Routing Number (RTN):  121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Account number:  **2994345797**  ■  December 1, 2016 - December 31, 2016  ■  Page 2 of 4



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 12/8 | | Purchase authorized on 12/07 Herff Jones #0627 770-921-9022 GA S586342648615660 Card 0400 | | 358.34 | 7,129.83 |
| 12/12 | | Purchase authorized on 12/09 Herff Jones #0627 770-921-9022 GA S386344488351644 Card 0400 | | 358.34 | 6,771.49 |
| 12/13 | | Purchase Return authorized on 12/12 Herff Jones Schol 3176123467 IN S626348550723086 Card 0400 | 358.34 | | 7,129.83 |
| 12/15 | | Purchase authorized on 12/14 Garrett & Walker, 336-3790539 NC S386349613562740 Card 0392 | | 225.00 | 6,904.83 |
| 12/23 | | Purchase authorized on 12/23 Nike Lawrenceville Lawrenceville GA S306358068325964 Card 0400 | | 149.93 | |
| 12/23 | | Purchase authorized on 12/23 Nike Lawrenceville Lawrenceville GA S586358091622765 Card 0400 | | 59.35 | 6,695.55 |
| 12/27 | | Purchase authorized on 12/22 Champs 14511 Buford GA S306358017098878 Card 0400 | | 164.29 | |
| 12/27 | | Purchase authorized on 12/22 Zumiez #431 Buford GA S306358034969183 Card 0400 | | 127.19 | |
| 12/27 | | Purchase authorized on 12/23 Dave & Busters #45 Lawrenceville GA S466358170203848 Card 0400 | | 148.30 | |
| 12/27 | | Purchase authorized on 12/26 Apple Store #R259 Buford GA S306361710122043 Card 0400 | | 1,028.94 | 5,228.83 |
| 12/28 | | Purchase authorized on 12/27 Best Buy 0000 Bogart GA S386362731229969 Card 0400 | | 64.18 | 5,164.65 |
| 12/29 | | Purchase authorized on 12/27 McTr-Gwinnett #65 Duluth GA S466362859016226 Card 0400 | | 158.99 | |
| 12/29 | | Purchase authorized on 12/27 Qt 770 0700 Conyers GA S466363127969444 Card 0400 | | 20.37 | |
| 12/29 | | Purchase authorized on 12/28 Smoothie King #011 Athens GA S306363612970922 Card 0400 | | 8.18 | 4,977.11 |
| 12/30 | | Purchase authorized on 12/28 Athens West Cleane Athens GA S306363736186664 Card 0400 | | 10.40 | |
| 12/30 | | Purchase authorized on 12/29 Smoothie King #011 Athens GA S386364480853210 Card 0400 | | 8.18 | 4,958.53 |
| Ending balance on 12/31 | | | | | 4,958.53 |
| **Totals** | | | **$358.34** | **$2,887.98** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 12/01/2016 - 12/31/2016 | Standard monthly service fee $10.00 | You paid $0.00 |
|------|------|------|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. This is the final period with the fee waived. For the next fee period, you need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|------|------|------|
| Have any ONE of the following account requirements | | |
| · Average ledger balance | $500.00 | $6,751.00 ☑ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
C1/C1

Account number: **2994345797** ■ December 1, 2016 - December 31, 2016 ■ Page 3 of 4



## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 0 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

 IMPORTANT ACCOUNT INFORMATION

Amendment to our Funds Availability Policy

Good news! Effective April 5, 2017, we've updated our funds availability policy to remove the delay of funds by one additional business day for certain checks deposited at a Wells Fargo location in Alaska. This applies only if the check was drawn on or payable at or through a paying bank not located in Alaska. Other funds availability policies are still in effect. Please see our Consumer Account Agreement for additional funds availability policies and details.

Periodically, we may evaluate the timing of statements, monthly service fee assessment and interest payments to your accounts. We may adjust the timing in order to align your statement, monthly service fee assessment (if any) and interest payment dates with one another. You may receive a partial statement that reflects activity and interest payments from the last statement date to the date of the change. No monthly service fees will be assessed during a partial statement period and there will be no impact to your interest rate or compounding frequency.

Account number:   **2994345797**   ■ December 1, 2016 - December 31, 2016   ■ Page 4 of 4



---

### General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1.  Use the following worksheet to calculate your overall account balance.

2.  Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3.  Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

A.  The ending balance
    shown on your statement . . . . . . . . . . . . . . . . . . . . . .$ _____

**ADD**

B.  Any deposits listed in your           $ _____
    register or transfers into            $ _____
    your account which are not            $ _____
    shown on your statement.          + $ _____

    . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**

    (Add Parts A and B)

    . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

C.  The total outstanding checks and
    withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**

    (Part A + Part B - Part C)
    This amount should be the same
    as the current balance shown in
    your check register . . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | **Total amount $** |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC.  NMLSR ID 399801

# Wells Fargo Simple Business Checking

Account number: **2994345797** ■ January 1, 2017 - January 31, 2017 ■ Page 1 of 3



KEMAHRA' INVESTMENT TRUST
703 ASHFORD LN
WYLIE TX 75098-6987

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (808)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 1/1 | $4,958.53 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | − 4,958.53 |
| **Closing balance on 1/4** | **$0.00** |
| Average ledger balance this period | $6,750.84 |

Account number: **2994345797**

**KEMAHRA' INVESTMENT TRUST**

*Texas/Arkansas account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 111900659

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Account number:  **2994345797**  ■  January 1, 2017 - January 31, 2017  ■  Page 2 of 3



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 1/3 | | Purchase authorized on 12/31 Red Lobster 0091 Tucker GA S586366764636136 Card 0400 | | 45.44 | 4,913.09 |
| 1/4 | | Acct Closed Due to Clp | | 4,913.09 | 0.00 |
| Ending balance on 1/31 | | | | | 0.00 |
| **Totals** | | | **$0.00** | **$4,958.53** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*



# IMPORTANT ACCOUNT INFORMATION

Amendment to our Funds Availability Policy

Good news! Effective April 5, 2017, we've updated our funds availability policy to remove the delay of funds by one additional business day for certain checks deposited at a Wells Fargo location in Alaska. This applies only if the check was drawn on or payable at or through a paying bank not located in Alaska. Other funds availability policies are still in effect. Please see our Consumer Account Agreement for additional funds availability policies and details.

Periodically, we may evaluate the timing of statements, monthly service fee assessment and interest payments to your accounts. We may adjust the timing in order to align your statement, monthly service fee assessment (if any) and interest payment dates with one another. You may receive a partial statement that reflects activity and interest payments from the last statement date to the date of the change. No monthly service fees will be assessed during a partial statement period and there will be no impact to your interest rate or compounding frequency.

028447

Account number: **2994345797**  ■ January 1, 2017 - January 31, 2017  ■ Page 3 of 3



WELLS FARGO

---

**General statement policies for Wells Fargo Bank**

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

**Account Balance Calculation Worksheet**

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

A. The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

B. Any deposits listed in your                    $ _____
register or transfers into                          $ _____
your account which are not                       $ _____
shown on your statement.                      + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**

(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

C. The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**

(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Total amount $ |  |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

eposit:

heck One)   ✓ Checking   ☐ Savings   ☐ Money Market Access   ☐ Command

**WELLS FARGO**

Account Number

9 9 4 3 4 5 7 9 7     Date November 22, 2016

Cash

Total Checks
(Include total from other side)     9 9 9 2 . 9 7

ease print: Name

KEMAHRA INVESTMENT TRUST

ease print: Street Address, City, State, Zip Code
1625 Piedmont Road Northeast Suite 56 PMB 507
Atlanta, Georgia 30324

Please sign in the teller's presence for cash back.

Deposits may not be available for immediate withdrawal. See Delayed posting information on reverse.

Two forms of ID may be required.

Subtotal

Minus cash back

Total **$**     9 9 9 2 . 9 7

Wells Public Use When Blank and Wells Fargo Confidential When Completed

**X**

nk Use Only (When SVT is Not Available)            TLR8697 (04/16) WF0117 60272942

stomer Id:          Exp. date:          Token Verified (✓)☐          Approval:

⑈005771460⑈ ⑉500000377⑉:

REQUEST 00007267033000000 9992.97
ROLL ECIA   20161122  000002287132526+
JOB ECIA  E  ACCT 8080002994345797
REQUESTOR A489247
20143827  07/10/2018 Research 20148453

Summons and Subpoenas Department
01111-016
Charlotte  NC  28201

028111

# United States Treasury

15-51
000

P 571,923,461

*Special Deposit*

Check No.





11 15 16 20092900   KANSAS CITY, MO     4034 98076781
000351053367    4034 98076781 I    20163052900000

Pay to
the order of

KEMAHRA INVESTMENT TR
ASIM EL BEY TTEE
2625 PIEDMONT ROAD NORTHEAST STE ST      $****9992*97
ATLANTA GA 30324 0000

VOID AFTER ONE YEAR

REGIONAL DISBURSING OFFICER

007

KEMA   OGDEN   12/2015   F-1041 REF   05
60.97 INT 056 DAYS

⑁"4034⑁"   ⑈000000518⑈:  98076781⑈"  051116

2287132527

REQUEST 00007267033000000 9992.97
ROLL ECIA   20161122  000002287132527+
JOB ECIA E  ACCT 0000000980767810
REQUESTOR A489247
20143827  07/10/2018 Research 20148453

Summons and Subpoenas Department
01111-016
Charlotte NC  28201

For Special Deposit Only

Date 11/27/16

PAY to the order of: Noble Ausar Heru El Trust          $ 500 no/100

five hundred                                   no/100 Dollars

For Trust Services

⑈113190065⑈: 2994345797⑈

REQUEST 00007267026000000 500.00
ROLL ECIA   20161128  000006380717784
JOB ECIA E  ACCT 8080002994345797
REQUESTOR A489247
20143827  07/10/2018 Research 20148452

Summons and Subpoenas Department
   111-016
 Charlotte NC  28201

028050