## Deposit:

(Check One)   ☒ Checking   ☐ Savings   ☐ Money Market Access   ☐ Command

**WELLS FARGO**

Account Number

9 9 9 3 3 6 4 9 7 6

Date: November 22, 2016

Please print: Name
XXXGESS MATTIX BEY INVESTMENT TRUST

Please print: Street Address, City, State, Zip Code
625 Red Ramp Glocal Northeast Suite 56-PMB 507
Atlanta, Georgia 30324

Please sign in the teller's presence for cash back.

X

Cash

Total Checks
(include total from other side)

Subtotal

Minus cash back

Deposits may not be available for immediate withdrawal. See Delayed posting information on reverse.*
Two forms of ID may be required.

Total **$ 3 2 5 4 0 8 . 9 7**

Wells Public Use When Blank and
Wells Fargo Confidential When Completed

Bank Use Only (When SVT is Not Available)
TLR8697 (04/16)   WF0117   50272942

Customer Id:        Exp. date:        Token Verified (✓)☐   Approval:

⑆005771459⑆ ⑆500000377⑆

CHECKS

TOTAL CHECKS

CASH COUNT FOR BANK USE

TOTAL $
× 1
× 2
× 5
× 10
× 20
× 50
× 100

ENTER THIS TOTAL ON FRONT

2287132528

AMOUNT

"Incorrect use of this form could result in a delay of crediting your deposit or crediting your deposit to the wrong account. Please ask a teller for help in completing this form if you have questions."

REQUEST 00007267032000000 325408.97
ROLL ECIA   20161122 000002287132528+
JOB ECIA E ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148443

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201


GOVERNMENT EXHIBIT 8-2

028070



**United States Treasury** 15-51/000   P 571,923,460   *Special Deposit*   Check No.

11 15 16 20092900   KANSAS CITY, MO   4034 98076780
000351053366   4034 98076780 I   20163052900000

Pay to the order of

BURGESS MATTOX BEY INVESTMENT TR
ASIM EL BEY TTEE
% BURGESS MATTOX BEY TRUST
2625 PIEDMONT ROAD NORTHEAST STE ST
ATLANTA GA 30324 0000

$**325408*97
VOID AFTER ONE YEAR

FISCAL DISBURSING OFFICER

MATT  OGDEN  12/2015  F-1041 REF '05
1,560.97 INT 044 DAYS

⑈L0148⑈  ⑆000000518⑈  98076780⑈⑈  051116

2287132529

*Burgess mattox Investment Trust*
*Asim el Bey Ttee*
*Burgess mattox Investment Trust*

REQUEST 00007267032000000 325408.97
ROLL ECIA  20161122  000002287132529+
JOB ECIA E ACCT 0000000098076780
REQUESTOR A489247
20143827  07/10/2018 Research 20148443

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

028071



Wells Fargo Bank eDeposit Credit Copy

nsaction Date and Time:    04/03/2017 01:40  PM CDT
.stomer Name(s)           BURGESS MATTOX BEY INVESTMENT TRUST

Account Address           703 ASHFORD LN
                          WYLIE, TX  750986987
Cash In:                  $    1,250.00
Less Cash:                $        0.00
Total Checks Amount:      $        0.00
Credit Serial Number          0931340421
Deposit Total                                                    $1,250.00
Credited account number       9993364976
Customer or Teller initiated  T
Customer confirmed on Pin Pad Y
CB, AU, Sequence Num          04 0006801 0140

                          Wells Fargo Bank, N.A.
                          Electronically Generated Image

                          1442618222

                    Electronically generated image

REQUEST 00007267032000000 1250.00
ROLL ECIA  20170403  000001442618222+
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148443

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201



# Research Notice

**Research Code:**

## CASH IN

**ELECTRONIC TRANSACTION - PAPER COPY NOT AVAILABLE.**

REQUEST 00007267032000000 1250.00
ROLL ECIA   20170403  000001442618223+
JOB ECIA  E  ACCT 0200680110001046
REQUESTOR A489247
20143827  07/10/2018 Research 201 48443

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028073

# **Research Notice**



**Research Code:**

DEPOSIT

**ELECTRONIC TRANSACTION - PAPER COPY NOT AVAILABLE.**

REQUEST 00007267032000000 2.25
ROLL ECIA    20171220  000000051161796
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148443

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201



Wells Fargo Bank eDeposit Credit Copy

Transaction Date and Time:   02/09/2018 02:18 PM EST
Customer Name(s)        BURGESS MATTOX BEY INVESTMENT TRUST

Account Address         2625 PIEDMONT RD NE STE 56-507
                      ATLANTA, GA  303243086
Cash In:             $      0.00
Less Cash:           $      0.00
Total Checks Amount:    $   250.00
Credit Serial Number      0401418101
Deposit Total                                $250.00
Credited account number   9993364976
Customer or Teller initiated T
Customer confirmed on Pin Pad X
CB, AU, Sequence Num     06 0067027 0097

Wells Fargo Bank, N.A.
Electronically Generated Image

2180309328

Electronically generated image

REQUEST 00007267032000000 250.00
ROLL ECIA   20180209  000002180309328+
JOB ECIA E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148443

Summons and Subpoenas Department
D1111-016
Charlotte NC  28201



028075



REQUEST 00007267032000000 250.00
ROLL ECIA   20180209  000002180309327+
JOB ECIA E  ACCT 0000023714900177
REQUESTOR A489247
20143827  07/10/2018 Research 20148443

Summons and Subpoenas Department
D1111-016
Charlotte NC  28201

028076



Wells Fargo Bank eDeposit Credit Copy

| | |
|---|---|
| ...saction Date and Time: | 02/12/2018 02:47  PM EST |
| ...tomer Name(s) | BURGESS MATTOX BEY INVESTMENT TRUST |

| | |
|---|---|
| Account Address | 2625 PIEDMONT RD NE STE 56-507 |
| | ATLANTA, GA  303243086 |
| Cash In: | $         0.00 |
| Less Cash: | $         0.00 |
| Total Checks Amount: | $       176.00 |
| Credit Serial Number | 0431447111 |

**Deposit Total**                                                                        $176.00

| | |
|---|---|
| Credited account number | 9993364976 |
| Customer or Teller initiated | T |
| Customer confirmed on Pin Pad | Y |
| CB, AU, Sequance Num | 06 0067027 0239 |

Wells Fargo Bank, N.A.
Electronically Generated Image

2180592385

Electronically generated image

REQUEST 00007267032000000 176.00
ROLL ECIA   20180212  000002180592385+
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148443

Summons and Subpoenas Department
D1111-016
Charlotte NC  28201

028077

CASHIER'S CHECK

**WELLS FARGO**

15/24/1210

Check Number: 0000138479

Date: January 31, 2017

Pay to the order of BURGESS MATTOX BEY TRUST

$176.00

***One Hundred Seventy-Six dollars and 00/100***

Drawer WELLS FARGO BANK, N.A.

For

Wells Fargo Bank, N.A.

FOR INQUIRIES: 480-394-3122

Authorized Signature

*Richard Levy*

Authorized Signature

⑈0000138479⑈ ⑆121000248⑆ 4861510733⑈

2180592384

3/1/050

REQUEST 00007267032000000 176.00
ROLL ECIA   20180212  000002180592384+
JOB ECIA E ACCT 1820004861510733
REQUESTOR A489247
20143827  07/10/2018 Research 20148443

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028078



Wells Fargo Bank eDeposit Credit Copy

Transaction Date and Time:    02/12/2018 02:54  PM EST
Customer Name(s)              BURGESS MATTOX BEY INVESTMENT TRUST

Account Address               2625 PIEDMONT RD NE STE 56-507
                              ATLANTA, GA  303243086
Cash In:                      $         0.00
Less Cash:                    $         0.00
Total Checks Amount:          $       195.00
Credit Serial Number              0431454101
Deposit Total                                                    $195.00
Credited account number       9993364976
Customer or Teller initiated  T
Customer confirmed on Pin Pad Y
CB, AU, Sequence Num          06 0067027 0241

                        Wells Fargo Bank, N.A.
                        Electronically Generated Image



                              2180592394

                        Electronically generated image

REQUEST 00007267032000000 195.00
ROLL ECIA   20180212  000002180592394+
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148443



Summons and Subpoenas Department
D1111-016
Charlotte NC  28201

028079



PRINTED ON LINEMARK PAPER - HOLD TO LIGHT TO VIEW. FOR ADDITIONAL SECURITY FEATURES SEE BACK

**PERSONAL MONEY ORDER**                    6702709116

Remitter:   MARQUET ANTWAIN BURGESS MATTOX EL
Operator I.D.:   0370608

February 12, 2018

PAY TO THE ORDER OF    ***BURGESS MATTOX BEY INVESTMENT TRUST***

***One hundred ninety-five dollars and no cents***            **$195.00**

Payee Address:
Memo:        :LOAN                                    VOID IF OVER US $   195.00

WELLS FARGO BANK, N.A.
1825 INDIAN TRAIL RD
NORCROSS, GA 30093
FOR INQUIRIES CALL (480) 364-3122

⑈6702709116⑈ ⑆121000248⑆4861  509420⑈

0196016639

2180592393
2180592392

☐ CHECK HERE IF MOBILE DEPOSIT

REQUEST 00007267032000000 195.00
ROLL ECIA   20180212  000002180592393+
JOB ECIA  E  ACCT 1820004861509420
REQUESTOR A489247
20143827  07/10/2018 Research 20148443

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201



028080



Wells Fargo Bank eDeposit Credit Copy

```
 .saction Date and Time:    02/12/2018 02:54  PM EST
Customer Name(s)            BURGESS MATTOX BEY INVESTMENT TRUST


Account Address             2625 PIEDMONT RD NE STE 56-507
                            ATLANTA, GA  303243086
Cash In:                    $          0.00
Less Cash:                  $          0.00
Total Checks Amount:        $        295.00
Credit Serial Number            043145436l
Deposit Total                                                        $295.00
Credited account number         9993364976
Customer or Teller initiated    T
Customer confirmed on Pin Pad   Y
CB, AU, Sequence Num        06 0067027 0242
```

Wells Fargo Bank, N.A.
Electronically Generated Image

2180592396

Electronically generated image



REQUEST 00007267032000000 295.00
ROLL ECIA   20180212  000002180592396+
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148443

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028081

PRINTED ON LINEMARK PAPER - HOLD TO LIGHT TO VIEW - FOR ADDITIONAL SECURITY FEATURES SEE BACK

**PERSONAL MONEY ORDER**                                    6702709115

857027    3 11-24
Office AU #        121000

Remitter:   MARQUET ANTWAIN BURGESS MATTOX EL
Operator I.D.:   0370600

**February 12, 2018**

PAY TO THE ORDER OF     ***BURGESS MATTOX BEY INVESTMENT TRUST***

***Two hundred ninety-five dollars and no cents***          **$295.00**

Payee Address:
Memo:     LOAN

WELLS FARGO BANK, N.A.
1625 INDIAN TRAIL RD
NORCROSS, GA 30093
FOR INQUIRIES CALL (480) 394-3122

VOID IF OVER US $   295.00

Purchaser's Signature

⑈670 2709 115⑈ ⑆121000 248⑆486 509420⑈

0196016638

☐ CHECK HERE IF MOBILE DEPOSIT
(2) DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

2180592395

REQUEST 00007267032000000 295.00
ROLL ECIA   20180212  000002180592395+
JOB ECIA  E  ACCT 1820004861509420
REQUESTOR A489247
20143827  07/10/2018 Research 20148443

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028082



Wells Fargo Bank eDeposit Credit Copy

Transaction Date and Time:    02/10/2018 11:33  AM EST
Customer Name(s)             BURGESS MATTOX BEY INVESTMENT TRUST

Account Address              2625 PIEDMONT RD NE STE 56-507
                             ATLANTA, GA  303243086
Cash In:                     $          0.00
Less Cash:                   $          0.00
Total Checks Amount:         $        500.00
Credit Serial Number             0411131201
Deposit Total                                                    $500.00
Credited account number          9993364976
Customer or Teller initiated     T
Customer confirmed on Pin Pad    Y
CB, AU, Sequence Num         05 0066886 0063
                                   Wells Fargo Bank, N.A.
                                   Electronically Generated Image

                             5940549270

                      Electronically generated image

REQUEST 00007267032000000 500.00
ROLL ECIA   20180212  000005940549270+
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148443

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201



028083



REQUEST 00007267032000000 500.00
ROLL ECIA   20180212  000005940549269+
JOB ECIA  E  ACCT 0000023577786022
REQUESTOR A489247
20143827  07/10/2018 Research 20148443



Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

028084



Wells Fargo Bank eDeposit Credit Copy

nsaction Date and Time:     02/21/2018 03:55  PM EST
.omer Name(s)               BURGESS MATTOX BEY INVESTMENT TRUST

Account Address             2625 PIEDMONT RD NE STE 56-507
                            ATLANTA, GA  303243086
Cash In:                    $         0.00
Less Cash:                  $         0.00
Total Checks Amount:        $       995.00
Credit Serial Number           0521555281
Deposit Total                                                    $995.00
Credited account number        9993364976
Customer or Teller initiated   T
Customer confirmed on Pin Pad  Y
CB, AU, Sequence Num           06 0067027 0126

                            Wells Fargo Bank, N.A.
                            Electronically Generated Image


                            2180593727



                         Electronically generated image


REQUEST 00007267032000000 995.00
ROLL ECIA  20180221  000002180593727+
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148443

Summons and Subpoenas Department
D1111-016
Charlotte NC  28201



028085



PRINTED ON LINEMARK PAPER • HOLD TO LIGHT TO VIEW • FOR ADDITIONAL SECURITY FEATURES SEE BACK

**PERSONAL MONEY ORDER**

6702709148

067827   11-24
ca AU #      221000

Remittor:   MARQUET ANTWAIN BURGESS MATTOX EL
Operator I.D.:   u370809

**February 21, 2018**

PAY TO THE ORDER OF   ***BURGESS MATTOX INVESTMENT TRUST***

***Nine hundred ninety-five dollars and no cents***        **$995.00**

Payee Address:
Memo:       LOAN

**WELLS FARGO BANK, N.A.**
1625 INDIAN TRAIL RD
NORCROSS, GA 30093
FOR INQUIRIES CALL (480) 394-3122

VOID IF OVER US $   995.00

Purchaser's Signature

⑈670270914⑈⑉ ⑆121000248⑆4861 509420⑈

0196016703

2180593726

REQUEST 00007267032000000 995.00
ROLL ECIA   20180221  000002180593726+
JOB ECIA  E  ACCT 1820004861509420
REQUESTOR A489247
20143827  07/10/2018 Research 20148443

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028086



Wells Fargo Bank eDeposit Credit Copy

saction Date and Time:   02/27/2018 01:27 PM EST
Customer Name(s)         BURGESS MATTOX BEY INVESTMENT TRUST

Account Address          2625 PIEDMONT RD NE STE 56-507
                         ATLANTA, GA  303243086
Cash In:                 $        0.00
Less Cash:               $        0.00
Total Checks Amount:     $      500.00
Credit Serial Number          0581327121
Deposit Total                                                              $500.00
Credited account number      9993364976
Customer or Teller initiated   T
Customer confirmed on Pin Pad  Y
CB, AU, Sequence Num         05 0067027 0048

                         Wells Fargo Bank, N.A.
                      Electronically Generated Image

                              2180331630

                    Electronically generated image



REQUEST 00007267032000000 500.00
ROLL ECIA  20180227  000002180331630+
JOB ECIA E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148443

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

**WELLS FARGO BANK**

INDIAN TRAIL   1625 INDIAN TRAIL RD   NORCROSS, GA 30093

2000

64-22/610

DATE February 27 201~~8~~

PAY TO THE ORDER OF BURGESS MATTOX BEY INVESTMENT TRUST  $ 500.00

Five hundred and Zero cents                     DOLLARS

MARQUET ANTWAIN  BURGESS MATTOX
2825 PIEDMONT RD NE STE 56
ATLANTA   GA 30324-5906

Loan

Burgess mattox EL, marquet
UCC 1-308

⑆06 0002 27⑆ 672 129 119 2000

2180331628

DO NOT SIGN / WRITE / STAMP BELOW THIS LINE
FOR FINANCIAL INSTITUTION USAGE ONLY

ENDORSE HERE:
BURGESS MATTOX BEY
INVESTMENT TRUST

REQUEST 00007267032000000 500.00
ROLL ECIA   20180227  000002180331629+
JOB ECIA  E  ACCT 2970006721129119
REQUESTOR A489247
20143827  07/10/2018 Research 20148443

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028088



Wells Fargo Bank eDeposit Credit Copy

...nsaction Date and Time:   03/02/2018 01:37  PM EST
Customer Name(s)        BURGESS MATTOX BEY INVESTMENT TRUST

Account Address         2625 PIEDMONT RD NE STE 56-507
                    ATLANTA, GA  303243086
Cash In:               $     0.00
Less Cash:            $     0.00
Total Checks Amount:    $   200.00
Credit Serial Number     0611337501
Deposit Total                                  $200.00
Credited account number  9993364976
Customer or Teller initiated  T
Customer confirmed on Pin Pad  Y
CB, AU, Sequence Num     09 0066886 0076

                       Wells Fargo Bank, N.A.
                    Electronically Generated Image



6448655580

Electronically generated image

REQUEST 00007267032000000 200.00
ROLL ECIA   20180302 000006448655580+
JOB ECIA E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 201 48443

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

028089



# WELLS FARGO BANK

INDIAN TRAIL  1825 INDIAN TRAIL RD  NORCROSS, GA 30093

2001

64-22/610

DATE March 02, 2018

Y TO THE ORDER OF  BURGESS MATTOX BEY INVESTMENT TRUST          $ 200.00

Two hundred and zero cents                                    DOLLARS

MARQUET ANTWAIN  BURGESS MATTOX
2625 PIEDMONT RD NE STE 56
ATLANTA   GA 30324-5906

Loan                        Burgess mattel, marquet
                                   acc. 1-308

⑈0⑈1000227⑈⑆6721129119⑈ 2001

6448655578

ENDORSE HERE:
Burgess matta bey
Investment trust

DO NOT SIGN / WRITE / STAMP BELOW THIS LINE
FOR FINANCIAL INSTITUTION USAGE ONLY

REQUEST 00007267032000000 200.00
ROLL ECIA  20180302  000006448655579+
JOB ECIA  E  ACCT 2970006721129119
REQUESTOR A489247
20143827  07/10/2018 Research 20148443

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028090



# Research Notice

**Research Code:**

DEPOSIT

**ELECTRONIC TRANSACTION - PAPER COPY NOT AVAILABLE.**



REQUEST 00007267032000000 5000.00
ROLL ECIA   20180305  000002188889348+
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148443

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028091



Wells Fargo Bank eDeposit Credit Copy

Transaction Date and Time:   03/07/2018 09:56  AM EST
    tomer Name(s)            BURGESS MATTOX BEY INVESTMENT TRUST

Account Address             2625 PIEDMONT RD NE # 56-507
                            ATLANTA, GA  303243086
Cash In:                    $        0.00
Less Cash:                  $        0.00
Total Checks Amount:        $     3,000.00
Credit Serial Number           0660955511
Deposit Total                                              $3,000.00
Credited account number        9993364976
Customer or Teller initiated   T
Customer confirmed on Pin Pad  Y
CB, AU, Sequence Num           05 0066886 0011

                        Wells Fargo Bank, N.A.
                        Electronically Generated Image

                            5940543867

                        Electronically generated image



REQUEST 00007267032000000 3000.00
ROLL ECIA   20180307 000005940543867+
JOB ECIA E ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148443

Summons and Subpoenas Department
D1111-016
Charlotte NC  28201

028092



REQUEST 00007267032000000 3000.00
ROLL ECIA   20180307  000005940543866+
JOB ECIA  E  ACCT 2970006721129119
REQUESTOR A489247
20143827  07/10/2018 Research 20148443

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

# Research Notice

**Research Code:**

DEPOSIT

## ELECTRONIC TRANSACTION - PAPER COPY NOT AVAILABLE.

REQUEST 00007267032000000 20.68
ROLL ECIA   20180312  000000138230768
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148443

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028094

# Research Notice

---

### Research Code:

## DEPOSIT

## ELECTRONIC TRANSACTION - PAPER COPY NOT AVAILABLE.

---

REQUEST 00007267032000000 200000.00
ROLL ECIA   20180313  000002287134255+
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148443

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028095

# Research Notice

---

### Research Code:

DEPOSIT

### ELECTRONIC TRANSACTION - PAPER COPY NOT AVAILABLE.

---

REQUEST 00007267032000000 96000.00
ROLL ECIA   20180316  000002180598256+
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148443

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

# Research Notice

## Research Code:

### DEPOSIT

### ELECTRONIC TRANSACTION - PAPER COPY NOT AVAILABLE.

REQUEST 00007267032000000 79877.08
ROLL ECIA   20180326  000002283718631+
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148443

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201



Wells Fargo Bank eDeposit Credit Copy

saction Date and Time:    04/03/2018 02:33  PM EDT
Customer Name(s)          BURGESS MATTOX REY INVESTMENT TRUST


Account Address           2625 PIEDMONT RD NE # 56-507
                          ATLANTA, GA  303243086
Cash In:                  $        0.00
Less Cash:                $        0.00
Total Checks Amount:      $       78.07
Credit Serial Number        0931433421
Deposit Total                                                    $78.07
Credited account number     9993364976
Customer or Teller initiated   T
Customer confirmed on Pin Pad  X
CB, AU, Sequence Num        04 0066886 0105

                          Wells Fargo Bank, N.A.
                          Electronically Generated Image


                          2282668686


                          Electronically generated image




REQUEST 00007267032000000 78.07
ROLL ECIA   20180403  000002282668686+
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148443

Summons and Subpoenas Department
D1111-016
Charlotte NC  28201


028098



PRINTED ON LINEMARK PAPER · HOLD TO LIGHT TO VIEW · FOR ADDITIONAL SECURITY FEATURES SEE BACK

**CASHIER'S CHECK**

6688601334

6066886.          11-24.
ice AU #.         1210(8)
.tler:    BURGESS MATTOX BEY INVESTMENT TRUST
Operator I.D.:  u415352        u415352

April 03, 2018

PAY TO THE ORDER OF   ***BURGESS MATTOX BEY INVESTMENT TRUST***

***Seventy-eight dollars and 07 cents***          **$78.07**

Payee Address:
Memo:       CLOSING OF SAVINGS ENDING IN 3496 INTER

WELLS FARGO BANK, N.A.
5505 LAWRENCEVILLE HWY NW
LILBURN, GA 30047
FOR INQUIRIES CALL (480) 394-3122

VOID IF OVER US $   78.07

*Richard Leavy*

CONTROLLER

⑈6688601334⑈  ⑆121000248⑆486⑈  513273⑈

0179693703

2282668585

CREDITED TO THE ACCOUNT OF
WITHIN NAMED PAYEE
LACK OF ENDORSEMENT GUARANTEED
WELLS FARGO BANK, N.A.

REQUEST 00007267032000000 78.07
ROLL ECIA  20180403  000002282668685+
JOB ECIA  E  ACCT 1820004861513273
REQUESTOR A489247
20143827  07/10/2018 Research 20148443

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028099



# Research Notice

### Research Code:

## DEPOSIT

## ELECTRONIC TRANSACTION - PAPER COPY NOT AVAILABLE.

REQUEST 00007267032000000 71584.00
ROLL ECIA   20180403  000002381313011+
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148443

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028100

# Research Notice

---

### Research Code:

## DEPOSIT

## ELECTRONIC TRANSACTION - PAPER COPY NOT AVAILABLE.

---

REQUEST 00007267032000000 65000.00
ROLL ECIA   20180403  000002381313013+
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 201 48443

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028101



Wells Fargo Bank eDeposit Credit Copy

Transaction Date and Time:     04/06/2018 05:53  PM EDT
Customer Name(s)               BURGESS MATTOX BEY INVESTMENT TRUST


Account Address                2625 PIEDMONT RD NE # 56-507
                               ATLANTA, GA  303243086
Cash In:                       $         0.00
Less Cash:                     $         0.00
Total Checks Amount:           $       300.00
Credit Serial Number             0961753081
Deposit Total                                                        $300.00
Credited account number          9993364976
Customer or Teller initiated     T
Customer confirmed on Pin Pad    Y
CB, AU, Sequence Num             10 0066886 0112

                                     Wells Fargo Bank, N.A.
                                  Electronically Generated Image









                                     6448650124




                              Electronically generated image




REQUEST 00007267032000000 300.00
ROLL ECIA  20180406 000006448650124+
JOB ECIA E ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148443

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

                                                                028102

2521 11107 NEW 01/08 8810004306

| HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK | **CASHIER'S CHECK** | HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK |

# CHASE ◯

**Remitter:** 3 MEN AND A COMPUTER, LLC

Date   04/03/2018   Void after 7 years

1742824710   2521
440

**Pay To The Order Of:**   BURGES MATTOX BEY INVESTMENT TRUST

**Pay:**   THREE HUNDRED DOLLARS AND 00 CENTS

$** 300.00 **

Do not write outside this box

**Drawn**   **JPMORGAN CHASE BANK, N.A.**

Memo:
Note: For information only. Comment has no effect on bank's payment.

Ryan A. Crowley, Managing Director
JPMorgan Chase Bank, N.A.
Columbus, OH

⑈ 1742824710⑈ ⑈044000037⑈ 758861326⑈



1371322541

6448650123



WARNING — DO NOT CASH CHECK
WITHOUT NOTING WATERMARK.
HOLD TO LIGHT TO VERIFY WATERMARK.

BURGESS MATTO BEY
X INVESTMENT TRUST

REQUEST 00007267032000000 300.00
ROLL ECIA   20180406  000006448650123+
JOB ECIA  E  ACCT 0000000758661326
REQUESTOR A489247
20143827  07/10/2018 Research 201 48443

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028103



Wells Fargo Bank eDeposit Credit Copy

| | |
|---|---|
| nsaction Date and Time: | 04/09/2018 03:26  PM EDT |
| .omer Name(s) | BURGESS MATTOX BEY INVESTMENT TRUST |

Account Address            2625 PIEDMONT RD NE # 56-507
                          ATLANTA, GA  303243086
Cash In:                  $        0.00
Less Cash:                $        0.00
Total Checks Amount:      $    65,000.00
Credit Serial Number         0991526221
Deposit Total                                        $65,000.00
Credited account number      9993364976
Customer or Teller initiated   T
Customer confirmed on Pin Pad  Y
CB, AU, Sequence Num         05 0066886 0213

Wells Fargo Bank, N.A.
Electronically Generated Image



5940542010

Electronically generated image

REQUEST 00007267032000000 65000.00
ROLL ECIA   20180409  000005940542010+
JOB ECIA E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148443

Summons and Subpoenas Department
D1111-016
Charlotte NC  28201

028104

PRINTED ON LINEMARK PAPER · HOLD TO LIGHT TO VIEW · FOR ADDITIONAL SECURITY FEATURES SEE BACK

**CASHIER'S CHECK**

6688601904

6888          11-24
AU #          1210(8)
Remitter:     BURGESS MATTOX BEY INVESTMENT TRUST
Operator I.D.: g=001519     u=518301

April 03, 2018

PAY TO THE ORDER OF     ***REIMAX GRAND SOUTH***

***Sixty-five thousand dollars and no cents***          **$65,000.00**

Payee Address:
Memo:          EARNEST MONEY 1464 MORGAN GARNER DR RIV

**WELLS FARGO BANK, N.A.**
6505 LAWRENCEVILLE HWY NW
LILBURN, GA 30047
FOR INQUIRIES CALL (450) 394-3122

VOID IF OVER US $  65,000.00

AUTHORIZED SIGNATURE

⑈6688601904⑈ ⑆121000248⑆4861 513315⑈

0179693700

*Not used for intended purpose
BURGESS MATTOX BEY
INVESTMENT TRUST*

REQUEST 00007267032000000 65000.00
ROLL ECIA   20180409  000005940542009+
JOB ECIA  E  ACCT 1820004861513315
REQUESTOR A489247
20143827  07/10/2018 Research 20148443

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201



Wells Fargo Bank eDeposit Credit Copy

Transaction Date and Time:     04/26/2018 03:55  PM EDT
Customer Name(s)               BURGESS MATTOX BEY INVESTMENT TRUST

Account Address                2625 PIEDMONT RD NE # 56-507
                               ATLANTA, GA  30324086
Cash In:                       $          0.00
Less Cash:                     $          0.00
Total Checks Amount:           $      2,296.50
Credit Serial Number           1161555021
Deposit Total                                                          $2,296.50
Credited account number        9993364976
Customer or Teller initiated   T
Customer confirmed on Pin Pad  Y
CB, AU, Sequence Num           05 0066886 0084

                          Wells Fargo Bank, N.A.
                          Electronically Generated Image



                              5940545828

                       Electronically generated image

REQUEST 00007267032000000 2296.50
ROLL ECIA  20180426  000005940545828+
JOB ECIA E ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148443



Summons and Subpoenas Department
D1111-016
Charlotte NC 28201



**HOLLINGSWORTH & ASSOCIATES, LLC**
REAL ESTATE IOLTA ACCOUNT
2250 Satellite Blvd., Ste. 225
Duluth, GA 30097
Ph (770) 263-9993 Fax (770) 263-9994

BB&T
BRANCH BANKING & TRUST CO.

NUMBER

18096

64-1341/611
FILE #: 18-1168S          18096

TWO THOUSAND TWO HUNDRED NINETY-SIX AND 50/100 DOLLARS ***    DATE        **AMOUNT**

04/25/18    *******$2,296.50*

PAY
TO THE
ORDER
OF

BURGESS MATTOX BEY INVESTMENT TRUST
2625 PIEDMONT RD, NE; STE 56-507
ATLANTA, GA 30324

VOID AFTER 90 DAYS

⑈O18096⑈ ⑈O611134L5⑈OOO5246279952⑈

5940545827

REQUEST 00007267032000000 2296.50
ROLL ECIA   20180426  000005940545827+
JOB ECIA  E  ACCT 0000005246279952
REQUESTOR A489247
20143827  07/10/2018 Research 20148443

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028107

# Research Notice

### Research Code:

## DEPOSIT

## ELECTRONIC TRANSACTION - PAPER COPY NOT AVAILABLE.

REQUEST 00007267032000000 19.00
ROLL ECIA   20180521  000000214574415
JOB ECIA E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148443

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201



Wells Fargo Bank eDeposit Credit Copy

Transaction Date and Time:   06/04/2018 02:48  PM EDT
^omer Name(s)               BURGESS MATTOX BEY INVESTMENT TRUST

Account Address             1075 PEACHTREE ST NW STE 3650
                            ATLANTA, GA  303093934
Cash In:                $        0.00
Less Cash:              $        0.00
Total Checks Amount:    $     6,000.00
Credit Serial Number          1551448361
Deposit Total                                                                   $6,000.00
Credited account number       9993364976
Customer or Teller initiated  T
Customer confirmed on Pin Pad Y
CB, AU, Sequence Num          05 0066886 0254

                            Wells Fargo Bank, N.A.
                            Electronically Generated Image

                            5940544291

                            Electronically generated image

REQUEST 00007267032000000 6000.00
ROLL ECIA  20180604 000005940544291+
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148443



Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028109



PRINTED ON LINEMARK PAPER - HOLD TO LIGHT TO VIEW. FOR ADDITIONAL SECURITY FEATURES SEE BACK

**CASHIER'S CHECK**

0068896          11-24
Office AU #         1210(8)

tor:     MARQUET ANTWAIN BURGESS MATTOX EL

tor I.D.:   0415352          0424484

**March 26, 2018**

6688602014

PAY TO THE ORDER OF     ***DWIGHT SIMS***

***Six thousand dollars and no cents***                    **$6,000.00**

Payee Address:
Memo:          SETTLEMENT OF LOAN C/O MARQUET

WELLS FARGO BANK, N.A.
5505 LAWRENCEVILLE HWY NW
LILBURN, GA 30047
FOR INQUIRIES CALL (480) 394-3122

VOID IF OVER US $   6,000.00

CONTROLLER

⑈668860 2014⑈ ⑆1210002 48⑆4861 513307⑈

0179693594

5940544290

*Not Used For Intended Purpose BURGESS MATTOX BEY INVESTMENT TRUST*

REQUEST 00007267032000000 6000.00
ROLL ECIA  20180604 000005940544290+
JOB ECIA E ACCT 1820004861513307
REQUESTOR A489247
20143827  07/10/2018 Research 20148443

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

028110



Wells Fargo Bank eDeposit Credit Copy

Transaction Date and Time:  06/04/2018 02:48  PM EDT
Customer Name(s)            BURGESS MATTOX BEY INVESTMENT TRUST

Account Address             1075 PEACHTREE ST NW STE 3650
                            ATLANTA, GA  303093934
Cash In:              $         0.00
Less Cash:            $         0.00
Total Checks Amount:  $     6,000.00
Credit Serial Number        1551448361
Deposit Total                                                    $6,000.00
Credited account number     9993364976
Customer or Teller initiated  T
Customer confirmed on Pin Pad Y
CB, AU, Sequence Num        05 0066886 0254

                        Wells Fargo Bank, N.A.
                       Electronically Generated Image

                            5940544291

                    Electronically generated image



REQUEST 00007437065000000 6000.00
ROLL ECIA  20180604  000005940544291+
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR U334441
20936446  12/19/2018 Research 20936680

Summons and Subpoenas Department
D1111-016
Charlotte NC  28201

028545

PRINTED ON LINEMARK PAPER - HOLD TO LIGHT TO VIEW - FOR ADDITIONAL SECURITY FEATURES SEE BACK

**CASHIER'S CHECK**

6688602014

0065686          11-24
Office AU #        1210(8)
BY:     MARQUET ANTWAN BURGESS MATTOX EL
ator I.D.:  b415352          u424484

Security Features Included. ∎ Details on Check.

PAY TO THE ORDER OF     ***DWIGHT SIMS***

**March 26, 2018**

***Six thousand dollars and no cents***

**$6,000.00**

Payee Address:
Memo:        SETTLEMENT OF LOAN C/O MARQUET

WELLS FARGO BANK, N.A.
5505 LAWRENCEVILLE HWY NW
LILBURN, GA 30047
FOR INQUIRIES CALL (480) 394-3122

VOID IF OVER US $   6,000.00

*Richard Leroy*

CONTROLLER

⑈6688602014⑈ ⑆121000248⑈4861 513307⑈

0179693594

5940544290

*Not used for intended purpose*
*Burgess Mattox Bey*
*Investment Trust*

REQUEST 00007437065000000 6000.00
ROLL ECIA   20180604  000005940544290+
JOB ECIA  E  ACCT 1820004861513307
REQUESTOR U334441
20936446  12/19/2018 Research 20936680

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028546



Wells Fargo Bank eDeposit Credit Copy

...saction Date and Time:     08/28/2018 12:53  PM EDT
...comer Name(s)              BURGESS MATTOX BEY INVESTMENT TRUST

Account Address

Cash In:                    $         0.00
Less Cash:                  $         0.00
Total Checks Amount:        $       398.58
Credit Serial Number            2401253301
Deposit Total                                                        $398.58
Credited account number         9993364976
Customer or Teller initiated    T
Customer confirmed on Pin Pad   Y
CB, AU, Sequence Num            06 0066886 0109

                    Wells Fargo Bank, N.A.
                  Electronically Generated Image

                        2188129568

                Electronically generated image



REQUEST 00007437065000000 398.58
ROLL ECIA  20180828  000002188129568+
JOB ECIA E  ACCT 8080009993364976
REQUESTOR U334441
20936446  12/19/2018 Research 20936680

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028547



REQUEST 00007437065000000 398.58
ROLL ECIA   20180828  000002188129567+
JOB ECIA  E  ACCT 1820004861513273
REQUESTOR U334441
20936446  12/19/2018 Research 20936680

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028548

For Special Deposit Only

37-65/1119 3509

Date 11/27/16

PAY to the Order of Jerome Theodore Powell, Jr Trust    $ 1,000 no/100

one thousand ——————————————————— no/100  Dollars

  Wells Fargo Bank, N.A.
Trust
wellsfargo.com

Trust Services

⑈111900659⑈ 9993364976⑈

For Special Deposit only

REQUEST 00007267038000000 1000.00
ROLL ECIA   20161128  000006380718826
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

027881

**BURGESS MATTOX BEY INVESTMENT TRUST**
2825 PIEDMONT RD NE STE 58-50
ATLANTA, GA 30324

1001

DATE _Dec 17 20__

PAY TO THE ORDER OF _Archie Brown_ $ _1,000_

_One thousand dollars cents_ DOLLARS

WELLS FARGO

FOR _Air Fresher Services_

_Burgess Mattox Maquel_

DEC 1-308

⑈000000100⑈ ⑆111900659⑆ 9993364976⑈

030832768

REQUEST 00007267038000000 1000.00
ROLL ECIA   20170118  000002380832768
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

027882

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-302
ATLANTA, GA 30324

1003

37-65/1119 3869
9993364976

DATE _January 31 2017_

PAY TO THE ORDER OF _Archie Brown_                                    $ 1,000 00

_One Thousand and No Cent_ —————————— DOLLARS

WELLS FARGO
Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR _Administrative Services_          _Exempt/Authorized prepaid_
_UCC 1-308_

⑈000000 1003⑈ ⑆111900859⑆ 9993364976⑈

▸▸088591◂

REQUEST 00007267038000000 1000.00
ROLL ECIA   20170201  000002380865926
JOB ECIA E  ACCT 8080009993364976
REQUESTOR A489247
2014 3827  07/10/2018 Research 2014 8442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

027883

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA  30324

1002

37-65/1119 3869
9993364976

DATE January 26, 2017

PAY TO THE ORDER OF _WELLS FARGO HOME MORTGAGE_        | $ 826.22

_Eight Hundred twenty Six and twenty two Cents_        DOLLARS

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

_Loan Number - 0148765183_
FOR _c/o Annette H. Edwards_

_Burgess Mattox, Margiud_
_2CC 1-368_

⑆000000 1002⑆ ⑈111900654⑈ 9993364976⑈

0148765183    001  Check21 - DEP TO WFBNA
REGULUS-DAL    4171429723  02/03/17
931700 001   305194 1 8 20

REQUEST 00007267038000000 826.22
ROLL ECIA   20170203  000000288209475
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

027884



for special Deposit only!

37-55/1119 3859

Date MARCH 9th 2017

PAY to the Order of: JEROME THEODORE POWELL TRUST     $ 12-50 00

Twelve Hundred Fifty Dollars and 0/100     Dollars

WELLS FARGO Wells Fargo Bank, N.A.
Texas
wellsfargo.com

For: B4-C

⑆111900659⑆ 999336497⑈

By ATTY

B/W/J for special Depository

REQUEST 00007267038000000 1250.00
ROLL ECIA   20170309  000006381117484
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

027885

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1005

37-65/1119 3369
9993364976

DATE March 18, 2017

PAY TO THE ORDER OF _Eric Baldwin_   $ 1,000.00

_One thousand and no cents_   DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR _Computer Services_   _Burgess mattox, magned_
_UCC 1-308_

⑈000000 1005⑈ ⑈1119006S9⑈ 9993364976⑈

REQUEST 00007267038000000 1000.00
ROLL ECIA   20170322  000002189544984
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

027886

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT HD NE STE 56-507
ATLANTA, GA 30324

1006

37-55/1119 3669
9993364978

DATE March 24, 2017

PAY TO THE ORDER OF Orthodontics of Atlanta/AA orthodontics | $ 15,438.00

Fifteen thousand four hundred thirty Eight and 00/100 ———— DOLLARS

Wells Fargo Bank, N.A.
TrvH
wellsfargo.com

FOR Braces (Nailah, Niara, Nycholas, and marquet)

Burgess Mattox, Marquet
VICE 1-308

⑆000000 1006⑆ ⑉1119 0065 9⑉ 9993364978⑆

Seq:00042 03/27/17 Batch 592,314

Branch: 905 — Norcross
Batch: 592314
Seq: 42
Date: 03/27/17

FOR DEPOSIT ONLY

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE

REQUEST 00007267038000000 15438.00
ROLL ECIA  20170327 000008520536920
JOB ECIA E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

027887

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1007

37-65/1119 3869
9993364976

DATE march 28, 2017

PAY TO THE ORDER OF _Norci/ Colon_                          $ 500.00

_Fife hundred and zero cents_                          DOLLARS

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR _Gift_

_Burgess mattox, mxquld_
_ucc 1-308_

⑈000000 1007⑈  ⑆1119006 59⑆  9993364976⑈

For Deposit Only - JPMC

Nancy Colon
Deposit Only

REQUEST 00007267038000000 500.00
ROLL ECIA   20170331  000008888651009
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

027888

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1008

37-65/1119 3869
9993364976

DATE March 29, 2017

PAY TO THE ORDER OF  Thomas Edwards                    $ 860.00

Eight hundred Sixty and zero Cents                    DOLLARS

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR Rental Assistance          Burgess Mattox marquest
                               VOC1-308

⑆000000 1008⑆ ⑆111900659⑆ 9993364976⑆

REQUEST 00007267038000000 860.00
ROLL ECIA  20170331  000002286354851
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

027889

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1010

37-65/1119 3869
· 9993364976

DATE _Ja. 1 24, 2019_

PAY TO THE ORDER OF _Maquis Burgess Mattox_ _____ $ 300 ᣞ

_Three hundred and zero Cents_ _____ DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR _Administrative Services_ _____  _Burgess Mattox, Maquis_ MP
_acc 1-308_

⑆000000 1010⑆ ⑉111900659⑉ 9993364976⑈

210009274

_Maquis Burgess Mattox_
_acc 1-308_
_All Rights Reserved_

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

REQUEST 00007267038000000 300.00
ROLL ECIA  20170424  000002180339274
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

027890

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1012

17-65/1119 3069
9993364976

DATE *May 02, 2017*

PAY
TO THE
ORDER OF *Janessa Davis*                                              $ *650.00*

*Six hundred fifty and zero Cents*                          DOLLARS

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR *Gymnastics for May 2017*                    *Burgess Mattox, Manager*
                                                                              *ACC 1-38*

⑆000000 1012⑈  ⑆111900659⑆  9993364976⑈

05/03/2017 - 3001 - 472
For Deposit Only

REQUEST 00007267038000000 650.00
ROLL ECIA   20170503  000008525743988
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

027891

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA  30324

1009

37-65/1119 3869
9993364976

DATE March 30, 2017

PAY TO THE ORDER OF _Tony Gasparro_                                    | $ 1,260.00

One thousand two hundred Sixty and zero cents ———— DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR Personal Training for goal 2017          Burgess Mattox, Marquel

UCC 1 - 308

⑈000000 1009⑈  ⑊111900659⑈  9993364976⑈



REQUEST 00007267038000000 1260.00
ROLL ECIA   20170504  000000580920688
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

027892

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1013

37-65/1119 3869
9993364976

DATE Mar 04, 2017

PAY TO THE ORDER OF *Thomas Edwards*                    $ 860.00

*Eight hundred Sixty and zero Cents*                    DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR *Rental Assistance*

*Burgess Mattox Marquis*
202,-308

⑆000000 1013⑈ ⑆111900659⑆ 9993364976⑈

DL#0583119964
DOB-24141985
SSN-217410619

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
INSTITUTION FOR FINANCIAL INSTITUTION USE

REQUEST 00007267038000000 860.00
ROLL ECIA  20170505  000002180331020
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

**Withdrawal / Retiro:**

8498

WELLS FARGO

Check One / (marque una)   ☑ Checking / Cuenta de Cheques   ☐ Savings / Ahorros   ☐ Money Market Access   ☐ Command

Account Number / Número de cuenta

9993364976

Date / Fecha 5-5-2017

ase print: Name - / Letra de imprenta: Nombre

Vargess Mathu Boil Investment Trust

ase print: Street Address, City, State, Zip Code / Letra de imprenta: Domicilio, Ciudad, Estado, Código Postal

I authorize this withdrawal from the account listed above. / Autorizo este retiro de la cuenta mencionada arriba. Please sign in teller's presence for cash back. / Firme en la presencia del (de la) cajero(a) para el retiro de dinero en efectivo. Two forms of ID may be required. / Se podrían requerir dos tipos de identificación.

X Vargess Mathu Marquett

Eight hundred sixty one dollars 2/100   Dollars   $ 861.00

rk Use Only (When SVT is Not Available)   TL-B8230 (04/15)   WF8116  70007632

ustomer Id:   Exp. date:   Token Verified (✓)   Approval:

⑈8498⑈ ⑆500000694⑆

chchchch

REQUEST 00007267038000000 861.00
ROLL ECIA   20170505   000002180331017
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

027894

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

(Ch 1040)

1014

37-65/1119 3869
9993364976

DATE May 06, 2017

PAY TO THE ORDER OF _Eric Baldwin_                              $ 1,500.00

_One thousand five hundred and zero Cents_                        DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR _Admin, Computer and Data Assistance_        _Burgess Mattox Magnet_
                                                  _ucc 1-308_

⑈000000 1014⑈ ⑆111900659⑆ 9993364976⑈

2103949728

REQUEST 00007267038000000 1500.00
ROLL ECIA  20170508  000002183949728
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

027895



**Customer Account Charge Notice - DEBIT**



Date: 05/13/17   A/I: 66998

Originator: 

CUSTOMER ACCOUNT #

999 3364976

Approver's Signature:

REASON FOR ACCOUNT CHARGE IN THIS BOX

Cust Purchased
Cashiers check
6699801616

Wells Fargo Internal Use When Blank;
Wells Fargo Confidential When Completed

Customer Name / Address

Marquet Burgess Mattox
2625 Piedmnt Rd NE Ste36
Atlanta Ga 30324

DEBIT

$   5010.00

TLR35562   (08/09)

⑆0006296229⑆ ⑈500090798⑈

2087998361

REQUEST 00007267038000000 5010.00
ROLL ECIA   20170515 000002087998362
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte NC  28201

027896

**BURGESS MATTOX BEY INVESTMENT TRUST**
2525 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1011

37-55/1119 3569
9993364976

DATE _May 01, 2017_

PAY TO THE ORDER OF _Tony Gasparro_                          $ _1,395.00_

_One thousand three hundred ninety five and zero cents_  DOLLARS

WELLS FARGO  Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR _Personal Training for May 2017_          _Burgess Mattox, Manager_
                                                _UCC 1L-308_

⑈000000 1011⑈  ⑆111900659⑆  9993364976⑈

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION

REQUEST 00007267038000000 1395.00
ROLL ECIA   20170602  000000587029871
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1017

37-65/1119 3309
9993364976

DATE June 5, 2017

PAY TO THE ORDER OF _Janessa Davis_          $ 1,020.00

_One thousand twenty and zero Cents_          DOLLARS

Wells Fargo Bank, N.A.
forgo
wellsfargo.com

FOR Gymnastics June 2017

Burgess Mattox, Mughel
All Rights Reserved

⑈"000001017"⑈ ⑆111900659⑆ 9993364976⑈"

06/06/2017 - 3001 - 1942
For Deposit Only

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

REQUEST 00007267038000000 1020.00
ROLL ECIA   20170606  000008621843786
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

027898

ithdrawal                                                                    3271    WELLS FARGO

eck One)  ☐ Checking  ☐ Savings  ☐ Money Market Access  ☐ Command

Account Number
9 9 9 3 3 6 4 9 76          Date  06/09/17

ase print: Name
MARQUET MATTOX

I authorize this withdrawal from the account listed above.
Please sign in teller's presence. Two forms of ID may be required.

ase print: Street Address, City, State, Zip Code

X  _____ mattox marquet
                  UCC 1-308

Six hundred five 00/100 ———              $      605.00

Dollars

nk Use Only (When SVT Is Not Available)          TLR6596 (04/15) WF0115  60471243
stomer Id:          Exp. date:          Token Verified (✓) ☐      Approval:

⑈ 3 2 7 ⑈⑈ ⑈ 5 0 0 0 0 0 6 9 4 ⑈

REQUEST 00007267038000000 605.00
ROLL ECIA   20170609  000003289336934
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018  Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

027899

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1020

37-65/1119 3869
9993364976

DATE June 23, 2017

PAY TO THE ORDER OF _BURGESS MATTOX BEY TRUST_   $ 500.00

_Five hundred and zero cents_ ———————— DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR _loan, New Account_                     _Burgess mattox, maguet_

UCC 1-308

⑆000000102021⑆ ⑆111900659⑆ 9993364976⑆

2288953697

REQUEST 00007267038000000 500.00
ROLL ECIA   20170623  000002288953697
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

027900

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA  30324

IV1000

1021

37-65/1119 3869
9993364976

DATE June 22, 2017

PAY TO THE ORDER OF  Thomas Edwards                    $ 1,000 .a

One thousand and zero cents                              DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
              Texas
              wellsfargo.com

FOR  LOG )

Burgess Mattox Maguib
UCC 1-308

⑈000000 1021⑈ ⑆1119006 59⑆ 9993364976⑈

ZB3920638

REQUEST 00007267038000000 1000.00
ROLL ECIA   20170628  000002283920639
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

027901

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1022

37-65/1119 3869
9993364976

DATE July 03, 2017

PAY TO THE ORDER OF Janessa Davis                    $ 1,020.00

One thousand Twenty and 0 zero cents                    DOLLARS

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR Gymnastics July 2017                    Burgess mattox, magdef

 UCC 1 308

⑈000000 1022⑈ ⑊111900659⑊ 9993364976⑈

07/03/2017 - 3001 - 2122
For Deposit Only

REQUEST 00007267038000000 1020.00
ROLL ECIA   20170703  000008829100012
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte NC  28201

027902

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1024

37-65/1119 3869
9993364976

DATE July c3, 2017

PAY
TO THE
ORDER OF _Janessa Davis_                              $ 85.ᵃ

_Eighty Five and zero cents_ ———————————— DOLLARS

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR _Gymnastics  July 04ᵗʰ 2017_            _Burgess Mattox, Maguel_
                                                     UCC 1-308

⑈000000 1024⑈ ⑆111900659⑆ 9993364976⑈

07/06/2017 - 3001 - 456
For Deposit Only

REQUEST 00007267038000000 85.00
ROLL ECIA   20170707  000008370446057
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

027903

BURGESS MATTOX BEY INVESTMENT TRUST
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1016

07-65/1119 3369
9993364976

DATE June 01, 2017

PAY TO THE ORDER OF Tony Graspario                                    $ 1,575.00

One thousand five hundred seventy five and zero cents DOLLARS

WELLS FARGO  Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR Personal Training June 2017          Burges Mattox Margaret
All Rights Reserved
UCC 1-308

⑆000000 1016⑆ ⑈1119006594⑈ 9993364976⑈

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

REQUEST 00007267038000000 1575.00
ROLL ECIA · 20170711  000000588485099
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte NC  28201

027904

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA  30324

**1026**

37-65/1119 3869
9993354976

DATE July 22, 2017

PAY TO THE ORDER OF  MARQUET MATTOX                          $ 120.00

One hundred twenty and zero cents                    DOLLARS

WELLS FARGO  Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR Admin Services                        Burgess Mattox Bey

UCC 1-308

⑈00000l026⑈ ⑆lll900659⑆ 99933647⑆⑆

2287135126

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

REQUEST 00007267038000000 120.00
ROLL ECIA  20170724  000002287135126
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

027905

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1028

37-65/1119 5869
9993364976

DATE _August 07, 2017_

PAY TO THE ORDER OF _Janessa Davis_                    $ 520.⁰⁰

_Five hundred twenty and zero Cents_                    DOLLARS

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR _Gymnastics August 2017_          _Burgess Mattox, Magnes_
                                        UCC 1-308

⑈000000 1028⑈ ⑆1119006 59⑆ 9993364976⑈

08/08/2017 - 3001 - 1908
For Deposit Only

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

REQUEST 00007267038000000 520.00
ROLL BCIA   20170809  000008873770765
JOB BCIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

027906



REQUEST 00007267038000000 495.00
ROLL ECIA   20170814  000000486008239
JOB ECIA E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1030

37-65/1119 3869
9993364976

DATE August 26, 2017

PAY TO THE ORDER OF _Eric Baldwin_                          $ 200.00

_Two hundred and zero Cents_                          DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR _Notary Services_                          Burgess Mattox Viaquest
UCC1-308

⑆000001030⑆ ⑈111900659⑈ 9993364976⑈

REQUEST 00007267038000000 200.00
ROLL ECIA   20170828  000008685230962
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1032

37-85/1119 3869
9993364976

DATE August 26, 2017

PAY TO THE ORDER OF _SCANA ENERGY_ $ 101.00

One hundred One and zero cents _____ DOLLARS

WELLS FARGO
Wells Fargo Bank, N.A.
Texas
wellsfargo.com

Acct 0-3101-2259-0613

FOR Sn. MARQUET MATTX©™

Burgess Mattox Burgelt
UCC 1-308

⑈"000000 1032⑈" ⑈:111900859: 9993364976⑈"

For Dep Only
0310122590613 083017        SCANA Energy

REQUEST 00007267038000000 101.00
ROLL ECIA   20170830 000000286019337
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

027909

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1031

37-65/1119 3869
9993364975

DATE August 26, 2017

PAY TO THE ORDER OF CHARTER COMMUNICATIONS                    $ 200.00

Two hundred and zero Cents                          DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
Texas
wellsfargo.com
Acc # 8783 10 010 1983074
FOR C/o MARQUET MATTOX ©™

Burgess Mattox Maques
UCC 1-308

⑈000000 1031⑈ ⑆111900659⑆ 9993364975⑈            ⑈00000 20000⑈

---

K091000022⑆  08312017  083117  0232907  84  2600
E 7434 10 453 PKT 01
497877319

015 07248  01 019          083117  000000000000
'77 31422814001 29        US BANK NA    CHARTER
783100101983074 8783     ST PAUL MN COMMUNICA
                          >091000022<      #2600

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

REQUEST 00007267038000000 200.00
ROLL ECIA  20170831  000008183010523
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

027910

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1034

37-85/1119 3869
9993364976

DATE September 01, 2017

PAY TO THE ORDER OF Michele Overend                    | $ 60.00

Sixty and zero Cents                                    DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR Yoga                                    Burges Mattox, Maquel
                                              Doc1 -388

⑈000000⒑034⑈ ⑆⒒⒒9006⒌9⑆ 9993364976⑈

0403481610 09012017 CP575021 >061100606<



REQUEST 00007267038000000 60.00
ROLL ECIA  20170901  000008588336929
JOB ECIA E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

027911

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1035

17-65/1119 3565
9993364976

DATE September 05, 2017

PAY TO THE ORDER OF _Janessa Davis_ | $ 680 00

Six hundred Eighty and zero cents _____ DOLLARS

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR Gymnastics September 2017

_Burgess Mattox, Magnet_
ucc 1-308

⑈0000001035⑈ ⑈111900659⑈ 9993364976⑈

09/05/2017 - 3001 - 1970
For Deposit Only

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

REQUEST 00007267038000000 680.00
ROLL ECIA  20170906 000008171751255
JOB ECIA E ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte NC  28201

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1027

37-65/1119 9859
9993364976

DATE August 07, 2017

PAY TO THE ORDER OF _Tony Gasparo_                    $ 315.00

_Three hundred fifteen and zero Cents_                    DOLLARS

WELLS FARGO    Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR _Nycholas Personal Training_                    _Burgess Mattox, Marquet_
UCC 1-308

⑆000000⑈027⑆ ⑆⑈119006859⑆ 9993364976⑈

REQUEST 00007267038000000 315.00
ROLL ECIA   20170908  000000480006033
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA. 30324

1029

37-65/1119 3869
9993384976

DATE *August 15, 2017*

PAY TO THE ORDER OF *Tony Gasparro*                $ *720.00*

*Seven hundred twenty and zero cents*                DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR *Personal Training Manquet*                *Burgess Mattox, Manquet*
*Vice 1-308*

⑆000000102⑈ ⑆111900659⑆ 9993364976⑈

REQUEST 00007267038000000 720.00
ROLL ECIA  20170908  000000480006039
JOB ECIA E ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte NC  28201

027914

BURGESS MATTOX BEY INVESTMENT TRUST
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1023

37-65/1119 3869
9993364976

DATE _July 03, 2017_

PAY TO THE ORDER OF _MARQUET BURGESS MATTOX_                    $ _100.00_

_One hundred and zero Cents_                                  DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR _Admin Service_                         _Burgess Mattox, Marquet_
                                             _UCC1-308_

⑆000000 1023⑆ ⑆111900659⑆ 9993364976⑈

_Marquet Mattox_
_All Rights Reserved©_

REQUEST 00007267038000000 100.00
ROLL ECIA   20170911  000008488999467
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 201 48442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1036

37-65/1119 3869
9993364976

DATE September 08, 2017

PAY TO THE ORDER OF _Michele Overend_ | $ 120.00

_One hundred twenty and zero cents_ ———— DOLLARS

WELLS FARGO  Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR _Yoga_

_Burgess Mattox Maquet_
UCC 1-308

⑈000001036⑈ ⑆111900659⑆ 9993364976⑈

0403545510 09132017 GP575021 >061100606<

REQUEST 00007267038000000 120.00
ROLL ECIA   20170913  000008687422774
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

027916

**ithdrawal/Retiro:**

**7822**

WELLS FARGO

eck One/ ☑ Checking/Cuenta de Cheques   ☐ Savings/Ahorros   ☐ Money Market Access   ☐ Command
ue una)

Account Number/
Número de cuenta

: 9993364976       Date/Fecha  9-13-17

ase print: Name -/ Letra de imprenta: Nombre

Marquet Burgess mattox

ase print: Street Address, City, State, Zip Code/ Letra de imprenta: Dirección, Ciudad, Estado, Código Postal

2625 Piedmont Road northwest
Atlanta, Georgia [30324]

wo hundred + five

I authorize this withdrawal from the account listed above./ Autorizo este retiro de la
cuenta mencionada arriba.  Please sign in teller's presence for cash back./ Firme en la
presencia del (de la) cajero(a) para el retiro de dinero en efectivo.
Two forms of ID may be required./ Se podrían requerir dos tipos de identificación.

X Burgess mattox Marquet
UCC 1-308

$   205.00

**Dollars**

All Rights Reserved

ak Use Only (When SVT Is Not Available)       TLR9230 (04/15)  WF0116  60173693
stomer Id:          Exp. date:       Token Verified (✓) ☐   Approval:

⑈ 7 8 2 2 ⑈  ⑆ 5 0 0 0 0 0 6 9 4 ⑆

REQUEST 00007267038000000 205.00
ROLL ECIA   20170913  000002284089085
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

Withdrawal / Retiro:                                                                      7991    WELLS FARGO

Check One/
(marque una)   ☐ Checking/Cuenta de Cheques   ☐ Savings/Ahorros   ☐ Money Market Access   ☐ Command

Account Number/
Número de cuenta

$ 9993364976        Date/Fecha  9-13-17

Please print Name -/ Letra de imprenta: Nombre
Jarquet Burgess Matfox

Please print Street Address, City, State, Zip Code / Letra de imprenta: Domicilio, Ciudad, Estado, Código Postal
1625 Piedmont West Matheus
Atlanta, Georgia 30324/

two hundred five                    Dollars   $   205.00

I authorize this withdrawal from the account listed above./ Autorizo este retiro de la cuenta mencionada arriba.  Please sign in teller's presence for cash back./ Firme en la presencia del (de la) cajero(a) para el retiro de dinero en efectivo.
Two forms of ID may be required./ Se podrían requerir dos tipos de identificación.

X Burgess to Matfox Maquel
    UCC1-308

All Rights Reserved

Bank Use Only (When SVT is Not Available)
Customer Id:          Exp. date:       Token Verified (✓) ☐   Approval:
                                       TLR5230 (04/15) wRe16 60173533

⑃7991⑃ ⑆500000694⑆

Wells Fargo Internal Use When Blank; Wells Fargo Confidential When Completed

REQUEST 00007267038000000 205.00
ROLL ECIA   20170913  000002284089082
JOB ECIA E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

027918

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA  30324

1037

87-65/1119 3869
9993364976

DATE September 21, 2017

PAY TO THE ORDER OF  *MARQUET BURGESS MATTOX*                    $ 500.00

*Five hundred and zero cents*                                     DOLLARS

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR *Admin Assistance*                    *Burgess Mattox Marquet*
                                            *2CCE 1-308*

⑈"000001037⑈" ⑆⑆⑆19006591⑆" 9993364976"'

2180449812

REQUEST 00007267038000000 500.00
ROLL ECIA   20170921  000002180449812
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

027919

**BURGESS MATTOX BEY INVESTMENT TRUST**
2825 PIEDMONT RD NE STE 66-507
ATLANTA, GA 30324

1038

37-65/1119 3869
9993364976

DATE September 21, 2017

PAY TO THE ORDER OF _MICHELE OVEREND_          $ 60.00

_Sixty and zero cents_                                    DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR _YOGA_                          _Burgess Mattox Mogul_
                                      UCC1-308

⑁"000001038"  ⑈111900659⑈  9993364976"

.0403609770 09222017 C P575021 >061100606<.

_Michele Overend_
0254318924

REQUEST 00007267038000000 60.00
ROLL ECIA  20170922  000008383303848
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201



**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1039

37-65/1119 3869
9993364976

DATE _September 29, 2017_

PAY TO THE ORDER OF _MICHELE OVEREND_                    $ _60.00_

_Sixty and zero cents_                                   DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR _YOGA_                        _Burgess Mattox, Magnet_
                                  UCC 1-308

⑈0000001039⑈ ⑆111900659⑆ 9993364976⑈

‎ 0403651460 09292017 CP575021 >061100606<

_Michele Overend
0254317824_

REQUEST 00007267038000000 60.00
ROLL ECIA   20170929  000008283334082
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
2014 3827  07/10/2018 Research 2014 8442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

027921

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA  30324

1040

37-65/1119 3869
9993364976

DATE October 02, 2017

PAY TO THE ORDER OF _ERIC BALDWIN_                          $ 100.00

One hundred _____ DOLLARS

WELLS FARGO    Wells Fargo Bank, N.A.
               Texas
               wellsfargo.com

FOR _Notary Services_                    _Burgess Mattox Bey Signature_
                                          UCC 1-308

⑆000001040⑆ ⑉111900659⑉ 9993364976⑈

Deposit

REQUEST 00007267038000000 100.00
ROLL ECIA  20171002  000008482220657
JOB ECIA E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

027922

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1041

17-65/1119 3869
9993364976

DATE October 3, 2017

PAY TO THE ORDER OF Janessa Davis                    $ 435.00

Four hundred thirty five and zero Cents                    DOLLARS

Wells Fargo Bank, N.A.
Texas
twf@fargo.com

FOR Gymnastics October 2017          Burgess Mattox Margaret
                                        UCC 1-308

⑆000000104⑆ ⑆111900659⑆ 9993364976⑈

10/03/2017 - 3001 - 1948
For Deposit Only

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

REQUEST 00007267038000000 435.00
ROLL ECIA  20171004 000008459338276
JOB ECIA E ACCT 8080009993364976
REQUESTOR A489247
20143827 07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

027923

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1033

37-65/1119 3869
9993364976

DATE September 01, 2017

PAY TO THE ORDER OF _Tony Gasparro_     $ 2,030.00

_Two thousand thirty and zero cents_     DOLLARS


WELLS FARGO   Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR _Personal Training Sept 2017_     Burgess Mattox, Margaret
ucc1-308

⑆000001033⑆ ⑈111900659⑈ 9993364976⑈

REQUEST 00007267038000000 2030.00
ROLL ECIA   20171010  000000586263214
JOB ECIA E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

027924

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1043

·37-65/1119 3869
9993364976

DATE October 06, 2017

PAY TO THE ORDER OF  *MICHELE OVEREND*          $ 60.00

*Sixty and zero Cents* _____ DOLLARS

WELLS FARGO  Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR *YOGA*

*Burges Mattox, Maquet*
UCC 1-308

⑆000001043⑆ ⑈111900659⑈ 9993364976⑆

0403734530 10112017 CP575021 >061100606<

(handwritten on right side) *Michele Overend*
0254317824

REQUEST 00007267038000000 60.00
ROLL ECIA   20171011   000008885824020
JOB ECIA E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte NC  28201



**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1045

37-65/1119 3869
9993364976

03101 22590613

DATE October 6, 2017

PAY TO THE ORDER OF _SCANA ENERGY_   $ 50.00

_Fifty and zero Cents_   DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR Acc# 0-3101-2259-0613 or NAKEISHA WATSON

Burgess Mattox Magacu
LICC 1530

⑆000000 1045⑆ ⑆111900659⑆ 9993364976⑈

For Dep Only
0310122590613 101317      SCANA Energy

REQUEST 00007267038000000 50.00
ROLL ECIA   20171013  000000381978316
JOB ECIA E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte NC  28201

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1048

37-65/1119 3869
9993364976

DATE October 13, 2017

PAY TO THE ORDER OF *MICHELE OVEREND*                                         $ 60.00

*Sixty and zero Cents*                                                        DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR *YOGA*                                          *Burgess Mattox Marquel*
                                                    UCC 1-308

⑆000000 1048⑆ ⑈1119006 59⑈ 999336 4976⑈

0403755110 1013201 CP575021 061100606

Michele Overend
0254 3 17824

REQUEST 00007267038000000 60.00
ROLL ECIA   20171013  000008583680412
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1047

37-65/1119 3869
9993364976

DATE October 6, 2017

PAY THE ORDER OF  NEA INSURANCE PLANS                              $ 90.00

Ninety and zero Cents                                          DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
Texas
wellsfargo.com

Certificate # 80267-03c1470

FOR C/o NAKEISHA J WATSON          Burgess Mattox Margaret
                                          UCC 1-308

⑈000000 1047⑈  ⑊111900659⑊  9993364976⑈

ELECTRONICALLY PRESENTED - 10/18/2017   000000096

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

PAY TO THE ORDER OF
WELLS FARGO BANK, N.A.
FOR DEPOSIT ONLY
SEABURY & SMITH, INC.
7068374

REQUEST 00007267038000000 90.00
ROLL ECIA   20171018  000000283953540
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

027928

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1049

37-85/1119 3869
9993364976

DATE October 20, 2017

PAY TO THE ORDER OF _MICHELE OVEREND_                    $ 60.00

_Sixty and zero Cents_                    DOLLARS

WELLS FARGO
Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR _YOGA_                    Burgess Mattox Marquet
MCC1-308

⑈000000 1049⑈ ⑆111900659⑆ 9993364976⑈

0403801640 10202017 GP575021 >061100606<

REQUEST 00007267038000000 60.00
ROLL ECIA   20171020  000008387237204
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

027929

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1046

37-65/1119 3869
9993364976

DATE October 6, 2017

PAY THE
ER OF  *CHARTER COMMUNICATIONS*          | $ 200.00

*Two hundred and zero Cents* _____ DOLLARS

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

Acc # 8783 10 010 1983074
FOR  C/O MARQUET MATTOX

                        *Burgess Mattox Marquet*
                        4CC 1-308

⑈000000l046⑈ ⑆lll9006S9⑆ 9993364976⑈        ⑈00000 20000⑈

---

2011 102017 102017 185560 83 2600
M09l0000224  10202017
E 6675 ID 453 PKT 01
5176493140

102017 000000000000
US BANK NA    CHARTER
ST PAUL MN COMMUNICA
>091000022<      #2600

004 07114  01 805
086 10002115001 26
8783100101983074 8783

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

REQUEST 00007267038000000 200.00
ROLL ECIA  20171020  000008189420411
JOB ECIA E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

027930

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-607
ATLANTA, GA 30324

1052

DATE November 3, 2017

PAY TO THE ORDER OF: Javessa Davis                          $ 450.00

Four hundred fifty and zero cents                           DOLLARS

Wells Fargo Bank, N.A.
1-2-00
wellsfargo.com

FOR November 2017 Gymnastics           Burgess Mattox Maquel
                                              VCC 868

⑆000001052⑆ ⑇111900659⑈ 9993364976⑈

11/03/2017 - 3001 - 3566
For Deposit Only

REQUEST 00007267038000000 450.00
ROLL ECIA   20171106  000008672370953
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

027931

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1051

37-65/1119 3869
9993364976

DATE October 30, 2017

PAY TO THE ORDER OF  CHARTER Communications  $ 200.00

Two hundred and zero cents  DOLLARS

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR  Acc # 8783 10010 1983074
c/o Marquet Mattox

Burgess Mattox Marquet

UCC 1-308

⑆000000 1051⑆ ⑆111900659⑆ 9993364976⑆ ⑆00000 20000⑆

2013 110717 110717 109924 83 2000

004 07196  01 006          110717 000000000000
078 83767320001 25         US BANK NA    CHARTER
8783100101983074 8783      ST PAUL MN COMMUNICA
                           >091000022<    #2600

REQUEST 00007267038000000 200.00
ROLL ECIA  20171107  000008182084822
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

027932

**BURGESS MATTOX BEY INVESTMENT TRUST**
2825 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1044

37-55/1119 3859
9993364976

DATE *October 06, 2017*

PAY TO THE ORDER OF *Tony Gasparro* | $ *55.00*

*Fifty five and zero Cents* DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR *Oct 7 Personal Training*     *Burgess Mattox Marquis*
*UCC 1-308*

⑆000000 1044⑆ ⑈ 111900859⑈ 9993364976⑈

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

X

REQUEST 00007267038000000 55.00
ROLL ECIA  20171113 000000584101028
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

027933

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324
37-65/1119 3669
9993364976

1050

DATE October 30 2017

PAY TO THE ORDER OF  Toma (Gos) Zuic

One hundred and Zero Cents

$ 100.00

DOLLARS

WELLS FARGO
Wells Fargo Bank, N.A.
Texas
WellsFargo.com

FOR Cajun Cajilas

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION

REQUEST 00007267038000000 100.00
ROLL ECIA   20171113  000000584101035
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

027934

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1042

37-55/1119 3869
9993364976

DATE October 04, 2017

PAY TO THE ORDER OF _Tony Gasparro_   $ 1,785.⁰⁰

One thousand Seven hundred eighty five and zero cents ———— DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR _Personal Training Oct. 2017_   _Burgess Mattox Maguet_
UCC 1-308

ⅢＰ000000ⅢＯ4 2Ⅲ ꞉ⅢⅢⅠ900659꞉ 9993364976Ⅲ

REQUEST 00007267038000000 1785.00
ROLL ECIA  20171113  000000584101031
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

027935

**BURGESS MATTOX BEY INVESTMENT TRUST**
2825 PIEDMONT RD NE STE 55-507
ATLANTA, GA 30324

1054

37-65/1119 3869
9993364976

DATE November 16, 2017

PAY TO THE ORDER OF Tony Gasparro                                    $ 45.00

Forty five and zero cents                                    DOLLARS

WELLS FARGO
Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR Nicholas make up day                          Burgess T. Mattox Managed
                                                   4001-368

⑈000001054⑈ ⑆111900659⑆ 9993364976⑈

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

REQUEST 00007267038000000 45.00
ROLL ECIA   20171117 000000586227018
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

027936

Check One/
(marque una)

☑ Checking/Cuenta de Cheques   ☐ Savings/Ahorros   ☐ Money Market Access   ☐ Command

**FARGO**

Account Number /
Número de cuenta

G GG33 6490  4406

Date/Fecha  11-22-19

Name - / Letra de imprenta: Nombre

Moffey Inv.

I authorize this withdrawal from the account listed above. / Autorizo este retiro de la cuenta mencionada arriba.  Please sign in teller's presence for cash back. / Firme en la presencia del (de la) cajero(a) para el retiro de dinero en efectivo.
**Two forms of ID may be required./ Se podrían requerir dos tipos de identificación.**

Street Address, City, State, Zip Code / Letra de imprenta: Domicilio, Ciudad, Estado, Código Postal

X Burg(S), Mattix Marquell  UCC1-38

Eight hundred Five —   $   805.00

Dollars

Bank Use Only (When SVT Is Not Available)          TLR9230 (04/15)  WF0116  70314873

Customer Id:          Exp. date:          Token Verified (✓) ☐          Approval:

⑈6598⑈ ⑆500000694⑈

REQUEST 00007267038000000 805.00
ROLL ECIA   20171122  000002186436393
JOB ECIA E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte NC  28201

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1061

37-65/1119 3869
9693364976

DATE November 24, 2017

PAY TO THE ORDER OF *Maquel Burgess mattox*                    $ 300.00

*Three hundred and zero cents*                    DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR *Administrative Services*                    *Burgess Mattox Marquel*
UCC 1-308

⑈000000 1061⑈ ⑆1119006 59⑈ 9993364976⑈

REQUEST 00007267038000000 300.00
ROLL ECIA   20171127  000002188898587
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

027938

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1060

37-65/1119 3869
9993364976

DATE *November 24, 2017*

PAY THE ORDER OF *DR YAFFA S.I. BEY TRUST*     $ *500.00*

*Five hundred and zero cents* _____ DOLLARS

WELLS FARGO  Wells Fargo Bank, N.A.
Texas
WellsFargo.com

FOR *Payment toward Loan*     *Burgess Mattox Marquet*
*UCC1-308*

⑈000000 1060⑈ ⑆111900659⑆ 9993364976⑈

*Deposit Only*
*Dr Yaffa S.I. Bey Trust*

REQUEST 00007267038000000 500.00
ROLL ECIA  20171127  000008184497898
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

027939

BURGESS MATTOX BEY INVESTMENT TRUST
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1056

37-65/1119 3869
9993364976

DATE November 24, 2017

PAY TO THE ORDER OF   N WATSON TRUST                                          $ 40,000.00

Forty Thousand and Zero Cents                                    DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR LOAN                          Burgess Mattox Marquess
                                          UCC 1-308

1056  111900659  9993364976

X NWATSON TRUST
Special Deposit
All Rights Reserved

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

REQUEST 00007267038000000 40000.00
ROLL ECIA  20171127  000002188898586
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

027940

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1059

37-65/1119 3869
9993364976

DATE November 24, 2017

PAY TO THE ORDER OF _SCANA ENERGY REGULATED DIVISION_ $ 50.00

_Fifty and zero Cents_ DOLLARS

WELLS FARGO
Wells Fargo Bank, N.A.
Texas
wellsfargo.com
ACCT 0-3101-2259-0613

FOR _Yo Marquet Mattox_

Burgess Mattox Marquet
UCC 1-308

⑈000000l059⑈ ⑇111900659⑇ 9993364976⑈

For Dep Only
0310122590613 112917        SCANA Energy

REQUEST 00007267038000000 50.00
ROLL ECIA   20171129  000000280177657
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

027941

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1057

37-55/1119 3869
9993364976

DATE November 24, 2017

PAY TO THE ORDER OF GEORGIA POWER                    $ 80.00

Eighty and Zero Cents                                 DOLLARS

Wells Fargo Bank, N.A.
Texas
wellsfargo.com
Acc # 54095-46126

FOR C/o NAKEISHA J WATSON

Burges Mattox Aboriginal
UCC 1-308

⑈000001057⑈ ⑆111900859⑆ 9993364976⑈

112917 000099955 0015

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

AMERICA FOR DEPOSIT ONLY TO GA
Power 7109 ACCOUNT NUMBER
375056V498-

REQUEST 00007267038000000 80.00
ROLL ECIA  20171129 000008382479289
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC 28201

027942

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

**1058**

37-65/1119 3869
9993364976

DATE *November 24, 2017*

PAY THE ER OF *CHARTER COMMUNICATIONS*                    $ 190.00

*One hundred ninety and zero cents*                     DOLLARS

WELLS FARGO
Wells Fargo Bank, N.A.
Texas
wellsfargo.com
ACCT *8783 /0 c/o 198 3074*

*Burgess Mattox Marquet*

UCC1-308

FOR *Co Marquet Mattox*

⑈000001058⑈ ⑆111900659⑆ 9993364976⑈        ⑈000019000⑈

2017 120117 120117 133571 84 2600
P09 0000224  12012017
E 2642 19 453 PKT 03
5876411024

120117 00000000000000
US BANK NA    CHARTER
ST PAUL MN COMMUNICA
>091000022<    #2600

008 07120  01 008
013 13361313001 20
8783100101983074 8783

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

REQUEST 00007267038000000 190.00
ROLL ECIA  20171201  000008185250169
JOB ECIA E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

BURGESS MATTOX BEY INVESTMENT TRUST
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1003

37-65/1119 3869
9993364976

DATE December 05, 2017

PAY TO THE ORDER OF Sanessa Davis                    $ 640.00

Six hundred forty and zero cents                    DOLLARS

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR Gymnastics Dec. 2017                Burgest Mattox Maque
                                        UCC1 368

⑆0000001063⑆ ⑈111900659⑈ 9993364976⑈

12/05/2017 – 3001 – 2002
For Deposit Only

REQUEST 00007267038000000 640.00
ROLL ECIA   20171206 000008574204934
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

027944

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1055

37-65/1119/3869
·9993364976

DATE November 23, 2017

THE ORDER OF Tony Gasparro                         $ 100.00

One hundred and zero Cents                         DOLLARS

WELLS FARGO  Wells Fargo Bank, N.A.
Texas
wellsfargo.com.

FOR Personal Training Nov. 23rd        Burgess Mattox Marquis
                                        ICC 1-308

⑆000001055⑆ ⑆111900659⑆ 9993364976⑆

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

REQUEST 00007267038000000 100.00
ROLL ECIA   20171211  000000481193540
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

027945

BURGESS MATTOX DEV INVESTMENT TRUST
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1053

37-65/1119 3869
9993364976

DATE November 06, 2017

PAY TO THE ORDER OF  Toni Gasparro                      $ 1,875.00

One Thousand Eight hundred Seventy five and Zero Cents DOLLARS

WELLS FARGO  Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR November 2017 Training

⑆000000 1053⑆ ⑆111900659⑆ 9993364976⑆

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

REQUEST 00007267038000000 1875.00
ROLL ECIA   20171211  000000481193548
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

027946

Check One/
(marque una)  ☐ Checking/Cuenta de Cheques   ☐ Savings/Ahorros   ☐ Money Market Access   ☐ Command   FARGO

Account Number/
Número de cuenta

* 9 9 9 3 3 6 4 9 7 6 .          Date/Fecha  12-15-17

Name -/Letra de imprenta: Nombre
CHAPE MATRO INVESTMENT TRUST

Please print: Street Address, City, State, Zip Code / Letra de imprenta: Domicilio, Ciudad, Estado, Código Postal

I authorize this withdrawal from the account listed above./ Autorizo este retiro de la cuenta mencionada arriba.  Please sign in teller's presence for cash back./ Firme en la presencia del (de la) cajero(a) para el retiro de dinero en efectivo.
Two forms of ID may be required./ Se podrían requerir dos tipos de identificación.

Seven Thousand Seventy five only          Dollars     $  7075.00.

Bank Use Only (When SVT is Not Available)     TLR9230 (04/15)  W9916  70314673

Customer Id:          Exp. date:          Token Verified (✓) ☐     Approval:

⑆2932⑈ ⑆500000694⑈

2180443255

REQUEST 00007267038000000 7075.00
ROLL ECIA   20171218  000002180443255
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

eck One /   [X] Checking / Cuenta de Cheques   [ ] Savings / Ahorros   [ ] Money Market Access   [ ] Command
arque una)

Account Number /
Número de cuenta

$ 9993364976

Data / Fecha   December 18, 2017

se print: Name -/ Letra de imprenta: Nombre

GES MARK&BOY INVESTMET TRUST

se print: Street Address, City, State, Zip Code / Letra de imprenta: Domicilio, Ciudad, Estado, Código Postal

I authorize this withdrawal from the account listed above./ Autorizo este retiro de la cuenta mencionada arriba. Please sign in teller's presence for cash back./ Firme en la presencia del (de la) cajero(a) para el retiro de dinero en efectivo.
Two forms of ID may be required./ Se podrían requerir dos tipos de identificación.

X Fargos Clothe Worgelt
UCC 1-308

Forty thousand Eight hundred forty six and zero cents Dollars

$ 40 852.10
MM

nk Use Only (When SVT Is Not Available)   TLR9230 (04/13) wf0110 70007832

stomer Id:       Exp. date:       Token Verified (✓) [ ]       Approval:

ıₙ4663ıₙ ₵500000694₵

Wells Fargo Internal Use When Blank;
Wells Fargo Confidential When Completed

2207131377

REQUEST 00007267038000000 40846.00
ROLL ECIA   20171218  000002287131378
JOB ECIA  E  ACCT 808000993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201



**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1065

37-65/1119 3869
9993364976

0310122590613 JG

DATE December 24, 2017

PAY TO THE ORDER OF SCANA ENERGY REGULATED DIVISION    $ 60.00

Sixty and zero Cents    DOLLARS

WELLS FARGO  Wells Fargo Bank, N.A.
Texas
wellsfargo.com
Acc # 0-310-2259-0613

FOR Yo MARQUET MATTOX

Burgess Mattox, Morqult
VCE 1- 308

⑈000000⑈065⑈ ⑈⑈11900659⑈ 9993364976⑈

For Dep Only
0310122590613 122817        SCANA Energy

REQUEST 00007267038000000 60.00
ROLL ECIA   20171228  000000287206271
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

027949

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

**1066**

37-65/1119 3869
9993364976

DATE December 24, 2017

PAY TO THE ORDER OF _CHARTER COMMUNICATIONS_        $ 190.00

_One hundred ninety and Zero Cents_        DOLLARS

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

Acc# 8783 10 cud A83074

FOR C/o MARQUET MATT~        _Burges Mattox Marquet_
UCC 1-307

⑈'000000⑈066'' ⑆⑈⑈900655⑆: 9993364976''  ⑆''000004⑈9000''

```
                              2003 010218 010218 110804 84 2600
                      *67160000024 010208 10
                      E 3814 10 453 FKT 01
                      A0272050072


                              010218 60000000000
  001 07167  01 001      US BANK NA    CHARTER
  185 406863140001 25    ST PAUL MN COMMUNICA
  8783100101983074 8783  >091000022<    #2600
```

REQUEST 00007267038000000 190.00
ROLL ECIA   20180102   000008484659706
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

027950

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA  30324

1064

37-65/1119 3869
9992384976

DATE December 22, 2017

PAY TO THE ORDER OF  Georgia Power Company                    $ 82.00

Eighty Two and zero Cents                                    DOLLARS

WELLS FARGO  Wells Fargo Bank, N.A.
Texas
wellsfargo.com

ACCT 54005-46126

FOR  Yo NAKESHA WATSON                        Burgess Mattox Bey-quel
                                              LICI 1-308

⑈000000⑈1064⑈ ⑈⑈⑈⑈900659⑈⑈ 9993364976⑈

010318 649 0034

AMERICA FOR DEPOSIT ONLY
Power7709 ACCOUNT NUMBER
3750681956

REQUEST 00007267038000000 82.00
ROLL ECIA   20180103  000008285852132
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

027951

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1067

37-65/1119 3869
9993364976

DATE Jan. 03, 2018

PAY TO THE ORDER OF ERIC BALDWIN $ 215.00

Two hundred fiften and zero cents _____ DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR Services 1054 Morgan Corner

Burgess Mattox Mague

UCC 1-308

⑆000000⑆1067⑆ ⑈111900659⑈ 9993364976⑆

Deposit

REQUEST 00007267038000000 215.00
ROLL ECIA  20180103  000008386812217
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

027952

Check One/ ☑ Checking/Cuenta de Cheques   ☐ Savings/Ahorros   ☐ Money Market Access   ☐ Command
Marque una)

Account Number/
Número de cuenta

$ 9 9 9 3 3 6 4 9 7 6   Date/Fecha   01-05-18

ase print Name -/ Letra de Imprenta: Nombre

TOBEY Investment

ase print Street Address, City, State, Zip Code / Letra de Imprenta: Domicilio, Ciudad, Estado, Código Postal

One hundred Five                              Dollars   $ 105.00

I authorize this withdrawal from the account listed above./ Autorizo este retiro de la
cuenta mencionada arriba.  Please sign in teller's presence for cash back./ Firme en la
presencia del (de la) cajero(a) para el retiro de dinero en efectivo.
Two forms of ID may be required./ Se podrían requerir dos tipos de identificación.

X Burgess Maddox Marquel
UCC1-1308

nk Use Only (When SVT is Not Available)   TLR9230 (04/15)  WF8110 70914879

ustomer Id:        Exp. date:        Token Verified (✓) ☐        Approval:

⑈1574⑈ ⑆500000694⑇

REQUEST 00007267038000000 105.00
ROLL ECIA   20180105  000002180345255
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

027953

BURGESS MATTOX DEF INVESTMENT TRUST
2825 PIEDMONT RD NE STE 66-507
ATLANTA, GA 30324

1068

37-65/1119 3669
9993364976

DATE Jan 06, 2018

PAY TO THE ORDER OF  ERIC BALDWIN                          $ 45.00

Forty Five and zero cents                          DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
              Texas
              wellsfargo.com

FOR Reimbursement                    Burgess Mattox Marquet  VP
                                     UCC 1-308

⑈000000 1068⑈ ⑆1119006 59⑈ 9993364976⑈

REQUEST 00007267038000000 45.00
ROLL ECIA   20180108  000008286353358
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

027954

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1071

37-65/1119 3869
9993364976

DATE _Jan. 10, 2018_

PAY TO THE ER OF _ERIC BALDWIN_          $ _40.00_

_Forty and Zero Cents_          DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR _Reimbursement of funds_          _Burgess Mattox Marquet_
_UCC 1-308_

⑈000001071⑈ ⑆111900859⑆ 9993364476⑈

Deposit

REQUEST 00007267038000000 40.00
ROLL ECIA   20180110 000008585583762
JOB ECIA E ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

027955

BURGESS MATTOX DEVELOPMENT TRUST
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

37-65/1119 3869
9993364976

DATE January 09, 2018

PAY TO THE ORDER OF  MARQUET ANTWAIN BURGESS MATTOX        $ 400.00

four hundred and zero cents                                DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
              Texas
              wellsfargo.com

FOR LOAN                          Burgess Mattox Marquet
                                  acc. 308

⑈000000 1069⑈ ⑆11190065⑆9 9993364976⑈

REQUEST 00007267038000000 400.00
ROLL ECIA   20180110  000002188964143
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1012

37-65/1119 3869
9993364976

DATE Jan. 10, 2018

PAY
TO THE
ER OF  ERIC BALDWIN                                    $ 1,000.00

Uno thousand and zero cents                           DOLLARS

WELLS FARGO  Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR Mac Book                          Burges Mattox Alagald
                                      UCC1-308

⑆000001072⑆ ⑈111900659⑈ 9993364976⑆

Deposit

REQUEST 00007267038000000 1000.00
ROLL ECIA   20180110  000008585583763
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

7062

37-85/1119 3889
9993364976

DATE December 01, 2017

PAY TO THE ER OF  Tony Gasparro                    $ 2,195.00

Two thousand one hundred ninety five and zero Cents —————— DOLLARS

WELLS FARGO  Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR Personal Training, Dec. 2017        Burgess Mattox Magnes
UCC 1-308

⑆000000 1062⑆ ⑆111900659⑆ 9993364976⑈

REQUEST 00007267038000000 2195.00
ROLL ECIA   20180110  000000489374863
JOB ECIA E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

027958

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1073

37-65/1119 3889
9993364976

DATE Jan. 10, 2018

PAY THE ER OF *WALTON EMC* $ 21.00

*Twenty one and Zero Cents* DOLLARS

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR Acct # 928849-001

Burgess Mattox Marques

uec1-38

⑆000000 1073⑆ ⑇111900859⑇ 9993364976⑆

Pay to the Order of
Columbus Bank and Trust >061100606<
For Deposit Only Walton EMC
XXXXXX4129

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE

REQUEST 00007267038000000 21.00
ROLL ECIA   20180111  000008180838822
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

027959

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 66-507
ATLANTA, GA 30324

1074

37-65/1119 3869
9993364976

DATE Jan. 10, 2018

PAY THE
ER OF   WALTON GAS                              $ 50.00

Fifty and Zero cents                          DOLLARS

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR Acc # 928 849-002                    Burgess Mattox Marquet
                                                    Acc. - 368

⑈00000010741⑈ ⑆111900659⑆ 9993364976⑈

---

Pay to the Order of
Columbus Bank and Trust >061100606<
For Deposit Only Walton EMC
XXXXXX4129

---

REQUEST 00007267038000000 50.00
ROLL ECIA   20180111  000008180838823
JOB ECIA E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

027960

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1075

37-65/1119 3869
9993364976

DATE *Jan. 10, 2018*

PAY
THE
ORDER OF *SCANA ENERGY*                                    $ *21.00*

*Twenty One and Zero Cents*                          DOLLARS

WELLS
FARGO   Wells Fargo Bank, N.A.
        Texas
        wellsfargo.com

FOR *Acc# 0-3101-2259-0613*

*Burgess Mattox Bey quest*
*ucci-308*

⑆000001075⑆ ⑉111900659⑈ 9993364976⑈

For Dep Only
0310122590613 011218        SCANA Energy

REQUEST 00007267038000000 21.00
ROLL ECIA   20180112  000000284366163
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

027961

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA  30324

1078

37-65/1119 3869
9993364976

DATE _Jan. 31, 2018_

PAY THE ORDER OF _SCANA ENERGY_                    $ _71.00_

_Seventy One and zero Cents_ _____ DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
Texas
wellsfargo.com

Acc # O-3101-2259-0613

FOR C/o _NAKEISHA WATSON_

⑆000000 1078⑆ ⑇111900659⑇ 9993364976⑆

For Dep Only
0310122590613 020518          SCANA Energy

REQUEST 00007267038000000 71.00
ROLL ECIA  20180205 000000386304034
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

027962

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA  30324

1076

37-65/1119 3869
9993364976

DATE Jan. 31, 2018

PAY TO THE ORDER OF GEORGIA POWER                    $ 82.00

Eighty two and zero Cents ─────────  DOLLARS

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

ACC# 54095-46120
FOR GLNAKEISHA J WATSON

Burgess Mattox Maquet
VCCi: 358

⑈000001076⑈ ⑆111900659⑆ 9993364976⑈

020618 792 0011

AMERICA FOR DEPOSIT ONLY
Power 7109 ACCOUNT NUMBER
37506814958

REQUEST 00007267038000000 82.00
ROLL ECIA   20180206  000008589005036
JOB ECIA  B  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA  30324

1079

37-85/1119 3869
9993364976

DATE _Jan. 31, 2018_

PAY TO THE ORDER OF _CHARTER COMMUNICATIONS_   $ _180.00_

_One hundred Eighty and Zero Cents_ _____ DOLLARS

WELLS FARGO
Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR _Acc # 8783 10 01C 1983074_
_C/o MARQUET MATTOX_

_Burgess Mattox El, Wingut_
_UCC1-308_

⑆000000⑈1079⑆ ⑆⑈111900659⑆ 9993364976⑈ ⑆00000⑈8000⑆

M0919990224  020720918
E 6464 ID 458 PKT 01
5471254599

GE&C 2020718 175905 20 2626820718 00000000000
010 07097  01 011        US BANK NA   CHARTER
070 84652419001 2S      ST PAUL MN COMMUNICA
8783100101983074 8783   >091000022<    #2600

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

REQUEST 00007267038000000 180.00
ROLL ECIA   20180207  000008184455090
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

027964

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1082

37-85/1119 3869
9993364976

DATE _February 13, 2018_

PAY
THE
ER OF _MARQUET BURGESS MATTOX_ ............ $ 25.00

_Twenty five and zero cents_ ............ DOLLARS

WELLS FARGO  Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR _loan_                          _Burgess Mattox el Magn__
                                    _UCC 1-308_

⑈000000 1082⑈ ⑆1119006 59⑈ 9993364976⑈

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

MARQUET BURGESS MATTOX
WITHOUT PREJUDICE RESERVED

7189239373

REQUEST 00007267038000000 25.00
ROLL ECIA   20180213  000002180339323
JOB ECIA E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

027965

**BURGESS MATTOX BEY INVESTMENT TRUST**
2825 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1070

37-65/1119 3869
9993364976

DATE _January 11, 2018_

PAY THE ORDER OF _Tony Gasparo_     $ _100.00_

_One hundred and Zero Cents_ _____ DOLLARS

WELLS FARGO
Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR _Terand/Tracing Jan 12th_     _Burgess Mattox Bey_
UCC 1-308

⑈000001070⑈ ⑆111900659⑆ 9993364976⑈

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

REQUEST 00007267038000000 100.00
ROLL ECIA   20180221  000000481479217
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

**BURGESS MATTOX BEY INVESTMENT TRUST**
2626 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1080

37-65/1119 3869
9993364976

DATE _Jan. 31, 2018_

PAY TO THE ORDER OF _Tony Gasparro_                                          $ _100.00_

_One hundred and zero cents_                                          DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR _Personal Training Feb. 02, 2018_          _Burgess Mattox, Marquel_
                                                        UCI-308

⑆000000 1080⑆ ⑈111900 859⑈ 9993364976⑈

REQUEST 00007267038000000 100.00
ROLL ECIA   20180221  000000481479218
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

027967



**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1081

37-55/1119 3869
9993364976

DATE Feb. 08, 2018

PAY TO THE ORDER OF Tony Gasparro                    $ 100.00

One hundred and zero Cents                         DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR Tectonal Training Feb. 09, 2018    Burgess Mattox Maqult
                                       UCC 1-308

⑈000001081⑈ ⑆111900859⑆ 9993364976⑈

REQUEST 00007267038000000 100.00
ROLL ECIA   20180221  000000481479213
JOB ECIA E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

027968

eck One / ☐ ☒ Checking/Cuenta de Cheques  ☐ Savings/Ahorros  ☐ Money Market Access  ☐ Command

WARGO

**Account Number / Número de cuenta**

999336 4976

Date/Fecha 2-23-2018

ase ' Name -/ Letra de imprenta: Nombre

THE ESTMATOR BEN INVESTMENT TRUST

se print: Street Address, City, State, Zip Code / Letra de imprenta: Domicilio / Ciudad, Estado Código Postal

2405 Old mill mint road Northeast

suite Ste 507

Atlanta Georgia 31324

Thirty and Zero Cents

I authorize this withdrawal from the account listed above. / Autorizo este retiro de la cuenta mencionada arriba. Please sign in teller's presence for cash back. / Firme en la presencia del (de la) cajero(a) para el retiro de dinero en efectivo. Two forms of ID may be required. / Se podrían requerir dos tipos de identificación.

X _____

wells martin EL, margret  ucc: 308

**Dollars** $ 30.00

nk Use Only (When SVT is Not Available)

| ustomer Id: | Exp. date: | Token Verified (✓) ☐ | Approval: |
|---|---|---|---|

TLFB230 (04/15) WF9116 70414968

⑈2988⑈ ⑆500000694⑆

2180331032

REQUEST 00007267038000000 30.00
ROLL ECIA  20180223  000002180331032
JOB ECIA E ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 66-507
ATLANTA, GA 30324

1100

37-65/1119 3869
9993364976

DATE March 13, 2018

PAY TO THE ORDER OF SAM TAYLOR                    $ 600.00

Six hundred and zero cents _____ DOLLARS

WELLS FARGO  Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR Personal Training 3/12 - 4/12          Burgess Mattox El, Marquet
                                                      DCC: 308

⑈000001100⑈ ⑆111900659⑆ 9993364976⑈

REQUEST 00007267038000000 600.00
ROLL ECIA   20180313 000002287134259
JOB ECIA E ACCT 8080009993364976
REQUESTOR A489247
20143827 07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

027970

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1101

37-65/1119 3869
9993364976

DATE March 13, 2018

PAY TO THE ORDER OF _ERIC BALDWIN_                    $ 1,000.00

_One thousand and Zero Cents_ _____ DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR _Computer Installation / Networking_     _Burgess Mattox El, Manager_
UCC1-308

⑈000000 1101⑈ ⑊111900659⑊ 9993364976⑈

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

FIRST IMAGE

REQUEST 00007267038000000 1000.00
ROLL ECIA   20180313  000002287134260
JOB ECIA  B  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

027971

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1099

37-65/1119 3869
9993364976

DATE March 13, 2018

PAY TO THE ORDER OF _NWABEN TRUST_                    $ 5,000.00

_Five thousand and Zero cents_ _____ DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR _Repayment of Loan_                    _Burgess Mattox El, margret_

⑆000001099⑆ ⑈111900659⑇ 9993364976⑈

NWABEN TRUST
Special Deposit

REQUEST 00007267038000000 5000.00
ROLL ECIA   20180313  000002287134256
JOB ECIA E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

027972

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1102

37-65/1119 3669
9993364976

DATE March 13, 2018

PAY TO THE ORDER OF  UNITED STATES TREASURY                    $ 5,000.00

Five thousand and zero cents                                   DOLLARS

WELLS FARGO  Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR 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 MARQUET A MATTOX          Burgess Mattox El, Marquet
                                          UCC1-308

⑈000000110⑈  ⑆111900659⑇ 9993364976⑈

REQUEST 00007267038000000 5000.00
ROLL ECIA  20180313  000002287134261
JOB ECIA E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

027973

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

**1098**

37-65/1119 3869
9993364976

DATE *March 13, 2018*

PAY TO THE ORDER OF *N WATSON TRUST* ........................................ $ *10,000.00*

*Ten thousand and zero cents* _____ DOLLARS

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR *Settlement of debt*

*Burgess Mattox El, Marquet*
*UCC.I-308*

⑈000000 1098⑈ ⑆111900659⑆ 9993364976⑈

x *N WATSON TRUST*
*special Deposit*

REQUEST 00007267038000000 10000.00
ROLL ECIA 20180313 000002287134257
JOB ECIA E ACCT 8080009993364976
REQUESTOR A489247
20143827 07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

027974

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1097

37-65/1119 3869
9993364976

DATE *March 13, 2018*

PAY TO THE ORDER OF *UNITED STATES TREASURY*          $ *65,000.00*

*Sixty Five thousand and zero cents*          DOLLARS

WELLS FARGO
Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR *"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" MARQUET A MATTOX*     *Burgess Mattox El, Margaret*
20Ci-308

⑆000000 1097⑆ ⑈111900659⑈ 9993364976⑈

REQUEST 00007267038000000 65000.00
ROLL ECIA   20180313  000002287134262
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

027975

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

**1103**

37-65/1119 3869
9993364976

DATE _March 14, 2018_

PAY TO THE ORDER OF _UNITED STATES TREASURY_          $ _5,000.00_

_Five thousand and zero cents_                    DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
Texas
wellsfargo.com

c/o _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  4/1, 2014_
FOR _MARQUET A MATTOX settlement of debt_        _Burgess Mattox El, marquet_
                                                  _UCC 1-308_

⑈000001103⑈ ⑆111900659⑆ 9993364976⑈

REQUEST 00007267038000000 5000.00
ROLL ECIA    20180314  000002188123790
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

027976

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1104

37-65/1119 3969
9993364976

DATE March 14, 2018

PAY TO THE ORDER OF  UNITED STATES TREASURY                    $ 5,000.00

Five thousand and zero cents.                     DOLLARS

WELLS FARGO
Wells Fargo Bank, N.A.
Texas
wellsfargo.com

a/c 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  Yr. 2015
FOR MARQUET A MATTOX Settlement of debt            Burgess Mattox El, Marquet
                                                    UCC1-308

⑈0000001104⑈ ⑆111900659⑆ 9993364976⑈

REQUEST 00007267038000000 5000.00
ROLL ECIA   20180314  000002188123791
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

027977

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1105

37-65/1119 3869
9993364976

DATE March 14, 2018

PAY TO THE ORDER OF  *UNITED STATES TREASURY*     $ 5,000.00

*Five thousand and zero cents*     DOLLARS

Wells Fargo Bank, N.A.
WELLS FARGO
Texas
wellsfargo.com

Security
Features
Details on
Back.

C/o 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 Yr. 2016
FOR *Margret A Mattox Settlement of debt*     Burgess Mattox El, Margret

UCC 1-308

⑈000001105⑈ ⑆111900859⑆ 9993364976⑈

2188123792

REQUEST 00007267038000000 5000.00
ROLL ECIA   20180314  000002188123792
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

027978

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1106

37-65/1119.3869
9993364976

DATE March 14, 2018

PAY TO THE ORDER OF UNITED STATES TREASURY                    $ 5,000.00

Five thousand and zero cents                                  DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
              Texas
              wellsfargo.com

C/A 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  Yr. 2017
FOR MARQUET A mattox  settlement of debt          Burges Mattox El, Marquet
                                                  2001-307

⑈000001106⑈ ⑆111900659⑇ 9993364976⑈

2188123789

REQUEST 00007267038000000 5000.00
ROLL ECIA   20180314  000002188123793
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte NC  28201

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA, 30324

1107

37-65/1119 3869
9993364976

DATE *March 16, 2018*

PAY TO THE ORDER OF *LET US LOVE YOUR LAWN*          $ *3,800.⁰⁰*

*Three Thousand Eight Hundred and Zero Cents* ——— DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR *Settlement for Invoice No. 6485*          *Burgessmattox El marguel*
*Vice 308*

⑈000001107⑈ ⑆111900659⑆ 9993364976⑈

2180598246

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

CREDITED TO THE ACCOUNT OF
WITHIN NAMED PAYEE
LACK OF ENDORSEMENT GUARANTEED
WELLS FARGO BANK, N.A.

REQUEST 00007267038000000 3800.00
ROLL ECIA   20180315 000002180598246
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

027980

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1108

37-65/1119 3369
9993364976

DATE *March 16, 2018*

PAY TO THE
ORDER OF *COREY SMITH*          $ *12,000.00*

*Twelve thousand and zero cents*                    DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR *Full settlement of loan*          *Burgess Mattox EL, Marquees*
                                       *UCC1-308*

⑈000001108⑈ ⑈111900659⑈ ⑈9993364976⑈

2180508245

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

LACK OF ENDORSEMENT GUARANTEED
WELLS FARGO BANK, N.A.
AU 07/027

REQUEST 00007267038000000 12000.00
ROLL ECIA   20180316   000002180598248
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

027981

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1110

37-65/1119 3869
9993364976

DATE *March 16, 2018*

PAY THE
ORDER OF *HAVERTYS*                              $ *46,000.00*

*Forty Six thousand and Zero cents* _____ DOLLARS

WELLS FARGO  Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR *Settlement of debt* _____  *Burgess Mattox EL Marquee*
                                        *UCC-308*

⑆000000⑈1110⑈ ⑆111900659⑆ 9993364976⑈

2180598247

FOR ENDORSEMENT GUARANTEED
WELLS FARGO BANK, N.A.
JUL 10 2018

REQUEST 00007267038000000 46000.00
ROLL ECIA    20180316  000002180598247
JOB ECIA E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

027982

2525 PIEDMONT RD NE STE 55-507
ATLANTA, GA 30324

57-65/1119 3869
9993364976

DATE *March 16, 2018*

PAY
TO THE
ORDER OF *BOB DOMENICI*                           $ *50, 000.* ⁰⁰

*Fifty thousand and zero cents*                    DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR *Settlement of Principal Loan Amount*          *Giorgos Matex El, Moorel*
                                                   *UCC1-38*

⑈000001109⑈ ⑆111900659⑆ 9993364976⑈

2180598257

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

WITH IN NAMED PAYEE
LACK OF ENDORSEMENT GUARANTEED
WELLS FARGO BANK, N.A.
AU 67027
AU 67027

REQUEST 00007267038000000 50000.00
ROLL ECIA   20180316  000002180598257
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte NC  28201

027983

2025 PIEDMONT RD NE STE 09 331
ATLANTA, GA 30324

37-65/1119 3869
9993364976

DATE March 16, 2018

PAY TO THE ORDER OF N WATSON TRUST                    $ 2,650.00

One thousand Six hundred fifty and zero cents ————— DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR Reimbursement of funds          Express Matrix El, Maquis

UCC 1-308

⑆000000111⑆ ⑆111900659⑆ 9993364976⑆

404488972

N WATSON TRUST Special Deposit

REQUEST 0000726703 8000000 2650.00
ROLL ECIA   20180319 000004944886972
JOB ECIA E   ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

027984

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1122

37-65/1119 3869
9993364976

DATE *March 25, 2018*

PAY TO THE ORDER OF *AMBER BAIDWIN*  $ *400.00*

*Four hundred and zero cents*  DOLLARS

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR *Reimbursement of funds*   *Burges mattox El, marquel*
*UCC 1-308*

⑈000000 1122⑈ ⑆111900659⑆ 9993364976⑈

2283718636

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

REQUEST 00007267038000000 400.00
ROLL BCIA  20180326 000002283718636
JOB BCIA B  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

027985

2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

37-65/1119 3868
9993364976

DATE March 25, 2018

PAY
TO THE
ORDER OF  LET US LOVE YOUR LAWN                    $ 570.00

Five hundred Seventy and Zero cents                    DOLLARS

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR Invoice #033372 April - June 2018

UCC1-388

⑆000001117⑆ ⑇111900659⑈ 9993364976⑈

2283718634

REQUEST 00007267038000000 570.00
ROLL ECIA   20180326  000002283718634
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

027986

DUNLESS NAT'L REALTY INVESTMENTS 1123
2625 PIEDMONT RD NE STE 55-507
ATLANTA, GA 30324

37-65/1119 3869
9993364976

DATE March 25, 2018

PAY TO THE ORDER OF KEMAHRA INVESTMENT TRUST                        $ 1,000.00

One thousand and zero cents                          DOLLARS

WELLS FARGO
Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR loan                          Surgess Mantra El Marquiel
                                  Dec 1 508

⑈000000ᴸᴸ23⑈ ⑆ᴸᴸᴸ⑈006592⑆ 9993364976⑈

2283718627

X KEMAHRA INVESTMENT TRUST
Special Deposit

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

REQUEST 00007267038000000 1000.00
ROLL ECIA  20180326  000002283718627
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

027987

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1118

37-65/1119 3989.
9993364976

DATE March 25, 2018

PAY TO THE ORDER OF LET US LOVE YOUR LAWN                    $ 1,169.82

One thousand one hundred Sixty nine and 82/100 _____ DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR Invoice #033373 Landscape Roots        Burgess Mattox Ei, Marquet
                                              UCC 1-308

⑈000001118⑈ ⑈111900659⑈ 9993364976⑈

2283718635

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

REQUEST 00007267038000000 1169.82
ROLL ECIA   20180326  000002283718635
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte NC  28201

027988

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1116

37-65/1119 3869
9993364976

DATE March 25, 2018

PAY TO THE ORDER OF Kakethia Mack                    $ 3,400.00

Three thousand Four hundred and Zero cents ———— DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR Settlement of Loan to Marquis          Burgess Mattox El, Marquis

UCC1-308

⑆000000 1116⑆ ⑇111900659⑇ 9993364976⑈

×

783718632

REQUEST 00007267038000000 3400.00
ROLL ECIA 20180326 000002283718632
JOB ECIA E ACCT 8080009993364976
REQUESTOR A489247
20143827 07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

027989

2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1121

37-65/1119 3869
9993364976

DATE *March 25, 2018*

PAY
TO THE
ORDER OF *CHRISTOPHER HUDSON*            $ *5,000.00*

*Five thousand and zero cents* _____ DOLLARS

WELLS
FARGO   Wells Fargo Bank, N.A.
        Texas
        wellsfargo.com

FOR *Reimbursement for home repairs*        *Burgess Mattox EL, Marquel*
                                            *uCCi-308*

⑈000000 1121⑈ ⑆111900659⑆ 9993364976⑈

2283718637

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

REQUEST 00007267038000000 5000.00
ROLL ECIA  20180326  000002283718637
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

BURGESS MATTOX BEY INVESTMENT TRUST
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1120

37-66/1119 3369
9993364976

DATE March 25, 2017

PAY TO THE ORDER OF DWIGHT SIMS                              $ 6,00.⁰⁰

Six thousand and zero cents ──────────── DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR Settlement of loan %0 Marquet        Burges Mattox El, Marquet
                                          UCC-308

⑈000001120⑈ ⑉111900659⑉ 9993364976⑈

2283718638

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

REQUEST 00007267038000000 6000.00
ROLL BCIA   20180326  000002283718638
JOB BCIA  B  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte NC  28201

027991

ATLANTA, GA 30324

37-65/1119 3869
9993364976

DATE *March 25, 2018*

PAY TO THE ORDER OF *HAVERTYS*                                    $ *79,877.08*

*Seventy nine thousand Eight hundred seventy seven and 08/100*          DOLLARS

WELLS FARGO    Wells Fargo Bank, N.A.
               Texas
               wellsfargo.com

FOR *Settlement of debt balance*          *Burges Matlock EL Marquett*
                                          *UCC1-308*

⑈0000001119⑈ ⑆111900659⑆ 9993364976⑈

2283718639

REQUEST 00007267038000000 79877.08
ROLL ECIA    20180326  000002283718639
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

027992

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

**1115**

37-65/1119 3869
9993364976

DATE *March 25, 2018*

PAY TO THE ORDER OF *DR YAFFA SI BEY TRUST*            $ *1,000.00*

*One thousand and zero cents* ————————          DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR *Advisory*                              *Burgess Mattox El, Marquet*
                                            *UCC 1-308*

⑆000000 1115⑆ ⑈ 1119006 59⑈ 9993364976⑈

*DR YAFFA SI BEY TRUST*
*Special Deposit*

REQUEST 00007267038000000 1000.00
ROLL ECIA   20180328  000008683518226
JOB ECIA  B  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

027993

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1127

37-65/1119 3869
9993364976

DATE March 26, 2018

PAY TO THE ORDER OF DR YAFFA ST BEY TRUST          $ 1,500.00

One thousand Five hundred and Zero Cents          DOLLARS

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR Advisory          Burgess Mattox El, Margin Doc, 308

⑈000000 1127⑈ ⑈111900659⑈ 9993364976⑈

DR YAFFA ST BEY TRUST Special Deposit

REQUEST 00007267038000000 1500.00
ROLL ECIA   20180328  000008683518225
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

027994

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1130

37-65/1119 3969
9993364976

DATE *March 29, 2018*

PAY TO THE ORDER OF *ERIC BALDWIN*                    $ *900.00*

*Nine hundred and zero cents* ——————— DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR *Loan*                    *Burgess Mattox El Marquis*
                                *UCC 1-308*

⑈000001130⑈ ⑆111900659⑆ 9993364976⑈

REQUEST 00007267038000000 900.00
ROLL ECIA   20180330  000008287532960
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

027995

LILBURN CROSSING 5505 LAWRENCEVILLE HWY NW LILBURN, GA 30047

DATE *April 03, 2018*

37-65/1119

TO THE ORDER OF *BURGESS MATTOX BEY TRUST*  $ *25,000.00*

*Twenty Five Thousand and zero Cents* _____ DOLLARS

SS MATTOX BEY INVESTMENT T
825 PIEDMONT RD NE # 56-507
ATLANTA GA 30324-3086

*Loan*

*Burgess mattox El marqult*
ucc 1-308

⑈⑈⑈⑈9006591:999336497⑊⑊900⑈

7784311411

DO NOT SIGN / WRITE / STAMP BELOW THIS LINE
FOR FINANCIAL INSTITUTION USAGE ONLY

ENDORSE HERE:
BURGESS MATTOX BEY
TRUST

The following security features (and others
not listed) exceed Industry standards:

Security Features
Security Screen
Padlock Icon
Chemical Sensitivity

REQUEST 00007267038000000 25000.00
ROLL ECIA  20180403  000002284310411
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

027996

BURGESS MATTOX BEY INVESTMENT TRUST
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1120

37-65/1119 3869
9993364976

DATE Apri 03, 2018

PAY THE ORDER OF   RE/MAX GRAND SOUTH                    $ 65,000.00

Sixty five thousand and zero cents ——————   DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR Earnest money  1054 Morgan Garner Drive SW      Burgess Mattox El, Margust
                                                     ucc + 308

⑈"000001129"  ⑈1119006590  9993364976⑈"

REQUEST 00007267038000000 65000.00
ROLL ECIA  20180403  000002381313020
JOB ECIA E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201        —

027997

1128

2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

37-65/1119 3869
9993364976

DATE April 03, 2018

PAY
TO THE
ORDER OF  GALIGHTICUS                                      $ 71,584.00

Seventy one thousand Five hundred eighty four and 00/100 ———— DOLLARS

WELLS FARGO  Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR Settlement for 2 year supply order        Zangess matix El, marquet

20CL-308

⑈000000ⅠⅠ28⑈ ⑆ⅠⅠⅠⅠ900659⑆ 9893364976⑈

REQUEST 00007267038000000 71584.00
ROLL ECIA  20180403  000002381313016
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

027998

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1114

37-85/1119 3869
9993364976

DATE April 05, 2018

PAY TO THE ORDER OF Shana Crawford

$ 5,000.00

Five thousand and Zero Cents ———————— DOLLARS

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR Auto repairs

Burgess mattox El, marquet
ucct 308

⑈000000 1114⑈ ⑆111900659⑆ 9993364976⑈

```
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE.
RESERVED FOR FINANCIAL INSTITUTION USE.
```

REQUEST 00007267038000000 5000.00
ROLL ECIA  20180405  000005940541106
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

027999

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1112

37-65/1119 3869
9993364976

DATE April 05, 2018

PAY
THE
ER OF  Shana Crawford                                    $ 10,000.00

Ten thousand and zero cents                                    DOLLARS

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR DeShawn Crawford's tuition          Burgess Mattox El, Moguli
                                        2CCI-308

⑈"000000 1112⑈ ⑊1119006 59⑊ 999336 4976⑈"

---

REQUEST 00007267038000000 10000.00
ROLL ECIA   20180405  000005940541102
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028000

ATLANTA, GA 30324

97-65/1119 3869
9993364976

DATE Apr 05, 2018

PAY TO THE ORDER OF Shana Crawford                    $ 10,000.00

Ten thousand and zero cents                              DOLLARS

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR Brooklyn & Brittain's tuition          Burgess Maxix El Marquit
                                                    UCC 1-308

⑈000000 1113⑈ ⑆111900659⑆ 9993364976⑈

REQUEST 00007267038000000 10000.00
ROLL ECIA  20180405  000005940541104
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028001

PAY TO THE ORDER OF *GALIGATICUS INC*                                $ 20,000

*twenty thousand and zero cents*                                    DOLLARS

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR *Expenditures / Debts / London*

DATE *April 05, 2018*

⑈000000113⑈  ⑆111900859⑇  9993364976⑈

REQUEST 00007267038000000 20000.00
ROLL ECIA   20180405  000005940541103
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028002

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA  30324

1133

37-65/1119 3869
9993364976

DATE Apr. 1 06, 2018

PAY TO THE ORDER OF  SHARPE FORCE PAINTING INC.                    $ 22,145.00

Twenty two thousand one hundred forty five and .00/100  DOLLARS

WELLS FARGO  Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR Settlement  Job# BS88200003299          Burgess Mattox EL, margoit
                                                          UCC 1-308

⑈000000 1133⑈ ⑆1119 0065 9⑆ 99933 64976⑈

6448650125

REQUEST  00007267038000000 22145.00
ROLL ECIA   20180406  000006448650125
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028003

DATE *April 09, 2018*

PAY TO THE ORDER OF *HOLLINGSWORTH & ASSOCIATES, LLC* | $ *65,00.*

*Sixty Five thousand and zero cents* DOLLARS

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR *Earnest Money 1054 Morgan Garner Drive Sw*

*Burgess maddox El, Marquel*
*UCC1-308*

⑈000001139⑈ ⑆111900659⑆ 9993364976⑈

REQUEST 00007267038000000 65000.00
ROLL ECIA   20180409  000005940542025
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028004

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1140

37-65/1119 3869
9993364976

DATE April 09, 2018

PAY TO THE ORDER OF *HOLLINGSWORTH & ASSOCIATES, LLC*     $ 561,000.00

*Five hundred sixty one thousand and zero cents* —————— DOLLARS

Wells Fargo Bank N.A.
Texas
wellsfargo.com

FOR *Full settlement / closure 1054 morgan Garner Drive SW*     Burgess Mattox El, Margret
UCC1-308

⑈000001140⑈ ⑆111900659⑆ 9993364976⑈

REQUEST 00007267038000000 561000.00
ROLL ECIA   20180409 000005940542024
JOB ECIA E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028005

2825 PIEDMONT RD NE STE 56-507
ATLANTA, GA  30324

37-65/1119 3869
5593364976

DATE April 11, 2018

PAY
TO THE
ORDER OF   KEMAHRA INVESTMENT TRUST                    $ 20,000.00

twenty thousand and zero cents                          DOLLARS

WELLS
FARGO   Wells Fargo Bank, N.A.
        Texas
        wellsfargo.com

FOR  loan

Burgess mathx El, marquis
VCC1-308

⑈000000⑈1141⑈ ⑈⑈1119006159⑈ 9993364976⑈

6448650683

KEMAHRA INVESTMENT TRUST
Special Deposit

REQUEST 00007267038000000 20000.00
ROLL ECIA   20180411  000006448650683
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028006

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

37-85/1119 3968
9993364976

DATE Apr. 06, 2018

$ 1,500.00

PAY TO THE
ORDER OF  WALTON EMC

One thousand five hundred and zero cents                     DOLLARS

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

ACC # 9288490001

UCC 1-308

FOR  c/o BURGESS MATTOX BEY TRUST

⑈0000001135⑈ ⑆111900659⑆ 9993364976⑈

Pay to the Order of
Columbus Bank and Trust >061100606<
For Deposit Only Walton EMC
XXXXXX4129

REQUEST 00007267038000000 1500.00
ROLL ECIA  20180413  000008289701398
JOB ECIA  B  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028007



BURGESS MATTOX BEY INVESTMENT TRUST
c/o 4521 PIEDMONT RD NE STE 56-531
ATLANTA GA 30324

DATE *April 06, 2018*

PAY TO THE ORDER OF *WALTON GAS*                    $ 1,500.00

*One thousand five hundred and zero cents* ————————— DOLLARS

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

ACC # 9878490002
FOR *c/o BURGESS MATTOX BEY TRUST*

*Burgess Mattox El Marquez*

UCC1-308

⑈⑆000001137⑈ ⑈⑇111900659⑈ 9993364976⑈

Pay to the Order of
Columbus Bank and Trust >061100606<
For Deposit Only Walton EMC
XXXXXX4129

REQUEST 00007267038000000 1500.00
ROLL ECIA   20180413  000008289701399
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
DI111-016
Charlotte NC 28201

028008

BURGESS MATTOX BEY INVESTMENT TRUST
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1142

37-65/1119 3869
5593364976

DATE _April 14, 2018_

PAY
TO THE
ER OF  _ERIC BALDWIN_                                    $ _20.00_

_Twenty and zero cents_                              DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
              Texas
              Wellsfargo.com

FOR _Reimbursement of Funds_          _Burgess Mattox El, Marquis_
                                            _UCC-308_

⑆000000 1142⑆ ⑉111900659⑈ 9993364976⑆

_Deposit_

REQUEST 00007267038000000 20.00
ROLL ECIA   20180416  000008881235821
JOB ECIA  B  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

028009

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1138

37-65/1119 3869
9993364976

DATE April 04, 2018

PAY TO THE
ORDER OF  Comcast                                    $ 1,500.00

One thousand five hundred and zero cents _____  DOLLARS

WELLS FARGO  Wells Fargo Bank, N.A.
Texas
wellsfargo.com

ACC # 8220 13 303 596 4168

FOR C/o BURGESS MATTOX BEY TRUST          Burgess mattox El, magult=
                                          UCC1-308

⑆000000 1138⑆ ⑆⑆1119 00659⑆: 9993364976⑈

For Deposit Only
Comcast Financial Agency Corp
3752046610

REQUEST 00007267038000000 1500.00
ROLL ECIA   20180416  000008289783586
JOB ECIA E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

028010



**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1134

37-65/1119 3869
5993364976

DATE April 06, 2018

PAY TO THE ORDER OF *Gwinnett County Department of Water Resources* $ 1,500.00

*One thousand Five hundred and zero cents* —————— DOLLARS

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

ACC.# 20735456
FOR *SO Burgess Mattox Bey Trust*

*Burgess Mattox El, mgmt.*
UCC 1-308

⑈000001134⑈ ⑆111900659⑆ 9993364976⑈

Wells Fargo Bank 2080000693312
000020735456 at Wells Fargo Bank
Gwinnett      27

REQUEST 00007267038000000 1500.00
ROLL ECIA   20180418  000001363765397
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 201 48442

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

028011

BURGESS MALTOX&EY INVESTMENT INC
2625 PIEDMONT RD NE STE 56-607
ATLANTA, GA 30324

1144

37-65/1119 3869
993364976

DATE April 24, 2018

PAY TO THE ORDER OF  HOLLINGSWORTH & ASSOCIATE, LLC          $ 2,628.00

Two thousand Six hundred Twenty eight and 00/100          DOLLARS

WELLS FARGO  Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR Title Insurance Policy          Burgess Mattox EY, Marquel
                                                    2CC1-388

⑈000000II44⑈ ⑊III900659⑊ 9993364976⑈

2100125375

REQUEST 00007267038000000 2628.00
ROLL ECIA   20180424  000002188125375
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

028012

2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1140

37-65/1119 3889
9993364976

DATE *April 24, 2018*

PAY TO THE ORDER OF *THE HOME DEPOT*      $ 5,168. 13

*Five thousand One hundred sixty eight and 13/100*      DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR *Invoice Settlement   H 1775-44421*      *Burgess Mattox El, Moqwel*

*UCC1-308*

⑈000000⑈1146⑈ ⑆111900659⑆ 9993364976⑈

2100125374

REQUEST 00007267038000000 5168.13
ROLL ECIA   20180424 000002188125374
JOB ECIA B  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

028013

ATLANTA, GA 30324

37-65/1119 3869
999336497B

DATE *April 24 2018*

PAY TO THE ORDER OF *MAGNOLIA AUDIO VIDEO*                    $ *12,884.54*

*Twelve thousand Eight hundred eighty four and 54/100*                    DOLLARS

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR *Settlement Invoice BA5LSQ*

*Zugless Mathos El, Marquess.*
*Ucc 1-308*

⑈000001145⑈ ⑆111900659⑈ 999336497B⑈

2100125373

REQUEST 00007267038000000 12884.54
ROLL ECIA   20180424 000002188125373
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028014

ATLANTA, GA  30324

37-65/1119 3869
9993364976

DATE *April 26, 2018*

PAY TO THE ORDER OF *LET US LOVE YOUR LAWN*                                    $ *950.00*

*One hundred fifty and zero cents*                                    DOLLARS

WELLS FARGO
Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR *LAWN SERVICE July - Nov. 2018*

*Congress Matthox El Marques*
*UCC-1-308*

⑆0000001152⑆ ⑉111900659⑉ 9993364976⑈

5940545833

REQUEST 00007267038000000 950.00
ROLL ECIA   20180426 000005940545833
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
2014 3827  07/10/2018 Research 2014 8442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028015

ATLANTA, GA 30324

37-65/1119 3869
9893364976

DATE April 26, 2018

PAY
TO THE
ORDER OF  WALTON EMC                                    $ 1,000.00

One thousand and zero Cents                              DOLLARS

WELLS FARGO    Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR Acc # 928 849 001                    Fuvgos Mattox El Marquell
                                          VCC, 1-308

⑆000000 1147⑆ ⑇111900659⑈ 9993364976⑆

5940545829

REQUEST 00007267038000000 1000.00
ROLL ECIA  20180426 000005940545829
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827 07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

028016

BURGESS MATTOX BEV INVESTMENT TRUST

BURGESS MATTOX BEV INVESTMENT TRUST
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1140

37-55/1119 3869
9993364976

DATE April 26, 2018

PAY TO THE ORDER OF WALTON GAS $ 1,000.00

One Thousand and zero Cents DOLLARS

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR Acc # 928849002

Burgess Mattox EL Marquet

⑈000000 1140⑈ ⑈111900659⑈ 9993364976⑈

5940545830

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

REQUEST 00007267038000000 1000.00
ROLL ECIA 20180426 000005940545839
JOB ECIA E ACCT 8080009993364976
REQUESTOR A489247
20143827 07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

028017

BURGESS MATTOX BEY INVESTMENT TRUST
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA. 30324

1149

37-65/1119 3869
9993354976

DATE Apr. 26 2018

PAY TO THE ORDER OF GWINNETT COUNTY WATER RESOURCES | $ 1,000.00

One thousand and zero Cents                    DOLLARS

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR Acc # 20735456                    Burgess Mattox El, Margue
                                       UCC + 308

⑆000001149⑆ ⑈111900654⑈ 9993364976⑆

59405545832

REQUEST 00007267038000000 1000.00
ROLL ECIA   20180426 000005940545832
JOB ECIA E ACCT 8080009993364976
REQUESTOR A489247
20143827 07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

028018

BURGESS MATTOX BEY INVESTMENTS
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

37-66/1119 3869
9993364976

DATE April 26, 2018

PAY TO THE ORDER OF  Comcast                          $ 1,000.00

One thousand and zero Cents                          DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR  Acc# 8220 13 303 5964168          Burgess Mattox El, Mag... 
                                        UCC1-308

⑆000000ıı50⑆ ⑆111900659⑆ 9993364976⑆

5940545831

REQUEST 00007267038000000 1000.00
ROLL ECIA   20180426  000005940545831
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028019

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1153

37-65/1119 3869
9993364976

DATE April 26, 2018

PAY TO THE ORDER OF _LET US LOVE YOUR LAWN_          $ 2,109.83

_Two thousand one hundred nine and 83/100_          DOLLARS

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR _LAWN SERVICE July-NN 2018_

_Invoices 033007, -011, 012_

_Burgess Mattox El, Margael_
_UCC 1-308_

⑆000000 1153⑆ ⑈1119006556⑈ 9993364976⑆

5940545834

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

REQUEST 00007267038000000 2109.83
ROLL BCIA   20180426  000005940545834
JOB BCIA  B  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028020

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1154

37-65/1119 9869
9993364976

DATE April 26, 2018

PAY TO THE ORDER OF _Natesha Watson_                    $ 2,50.00

_Two thousand five hundred and zero cents_ —————     DOLLARS

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR _Reimbursements of funds_        _Burges Mattox El Marquett_
                                      UCC 1-308

⑈000000 1154⑈ ⑆1119006 59⑆ 9993364976⑈

5940545837

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

REQUEST 00007267038000000 2500.00
ROLL ECIA   20180426  000005940545837
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028021

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

7151

37-65/1119 3869
9993364976

DATE April 26, 2018

PAY TO THE ORDER OF Evelyn Rizo                    $ 4,320.00

Four thousand three hundred twenty and zero cents    DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR Cleaning Service May, June, July 2018     Burges Mattox El, marquet

⑆0000001151⑆ ⑈111900659⑇ 9993364976⑆

59405545838

REQUEST 00007267038000000 4320.00
ROLL ECIA   20180426 000005940545838
JOB ECIA E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 201 48442

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

028022

2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

37-65/1119 3869
5993364976

DATE April 26, 2018

PAY TO THE ORDER OF   ERIC BALDWIN                                    $ 5,000.00

Five thousand and zero cents                                         DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
Texas
WellsFargo.com

FOR LOAN Auto Down Payment            Burgess Mattox EL, Mauqeet
                                               UCC-38

⑈000001156⑈ ⑆111900659⑆ 9993364976⑈

5940545835

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

REQUEST 00007267038000000 5000.00
ROLL ECIA   20180426  000005940545835
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028023

BURGESS MATTOX BEY INVESTMENT TRUST
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1155

37-65/1119 3869
0993364976

DATE April 26, 2018

PAY TO THE ORDER OF _SAM TAYLOR_____ $ 5,220.00

Five thousand Two hundred twenty and zero Cents DOLLARS

WELLS FARGO
Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR Personal Training May- Dec 2018     Burgess Mattox El, Manager

UCC 1-308

⑈000000 1155⑈ ⑈1119006 59⑈ 9993364976⑈

5940545836

REQUEST 00007267038000000 5220.00
ROLL ECIA   20180426 000005940545836
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

028024

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1143

37-65/1119 3869
9993364976

DATE *April 24, 2018*

PAY THE ER OF *Evelyn Rizo*     $ *400.00*

*Four hundred and zero cents* DOLLARS

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR *Cleaning Service*     *Burgess Mattox El, Margiet*

*UCC1-309*

⑈000000ⅡⅠⅠⅠ43⑈ ⑆ⅠⅠⅠ9006591⑆ 99933649761⑈

NOT ON US WITHDRAWAL
10V01035B206V07
160
1 175          Bus. Date 27Apr.2018 AM
11064B02 012413 5        400.00 CASH
Transaction Date:      400.00 TOTAL
                27Apr.2018  17:33:45

REQUEST 00007267038000000 400.00
ROLL ECIA   20180427  000008185746685
JOB ECIA  B  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028025



**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1157

37-65/1119 3869
9993364976

DATE *April 27, 2018*

PAY
THE
ER OF *Evelyn Rizo*                         $ *180.00*

*One hundred eighty and zero Cents* ———— DOLLARS

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR *Cleaning 4-27-2018*          *Burgess Mattox El Moqul*
                                   *UCC 388*

⑆000001157⑆ ⑇111900659⑇ 9993364976⑉

160
1006007997596
2          P9
11054703 203520 2
Transaction Date:

NOT ON US WITHDRAWL   *
Bus. Date 30Apr.2018 AM
        180.00 CASH
        180.00 TOTAL
28Apr.2018 13:00:33

REQUEST 00007267038000000 180.00
ROLL ECIA   20180430  000008688257762
JOB ECIA E ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

028026

BURGESS MATTOX BEY INVESTMENT TRUST
2525 PIEDMONT RD NE STE 55-507
ATLANTA, GA 30324

37-55/1119 3869
9993364976

DATE May 01, 2018

PAY TO THE ORDER OF  Robert Smith                              $ 100.00

One hundred and zero cents                              DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR Meals / Pizza              Burgess Mattox El, Magnate
                               UCC 1-308

⑈"000000118⑈" ⑊:111900859⑊: 9993364976⑈"

REQUEST 00007267038000000 100.00
ROLL ECIA   20180502   000000480138374
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

028027

BURGESS
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

GADL066894305

37-65/1119 3869
9893364976

DATE *May 01, 2018*

PAY TO THE ORDER OF *Evelyn Rizo*     $ *20.00*

*twenty and zero cents*     DOLLARS

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR *Reimbursement Cleaning Supplies*

*Burgess Mattox El, Moqual*
*UCC1-38*

⑈000001159⑈ ⑆111900659⑈ 9993364976⑈

---

160
1060097997596
1
11054703 182384 4
Transaction Date: 5May2019
74

NOT ON US WITHDRAWAL
Bus. Date 7May2018 AM
20.00 CASH
20.00 TOTAL
1112:43

8351066894976

---

REQUEST 00007267038000000 20.00
ROLL ECIA 20180507 000008689465410
JOB ECIA E ACCT 8080009993364976
REQUESTOR A489247
20143827 07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

028028

**BURGESS MATTOX-BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1163

37-55/1119 3869
9993364976

GMX 066694 308

DATE *May 02, 2018*

PAY TO THE ORDER OF *Evelyn Rizo* | $ 50.00

*fifty and zero cents* DOLLARS

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR *Cleaning*

Burgess Mattox El, marques
*vice 1. 308*

⑈000000ⱡⱡ63⑈ ⑊ⱡⱡⱡ900659⑊ 9993364976⑈

---

NOT ON US WITHDRAWAL
Bus. Date 7May2018 AM
160
1090079975996
1
76
50.00 CASH
50.00 TOTAL
1154703 182334 4
Transaction Date: 5May2018
11:21:52

---

REQUEST 00007267038000000 50.00
ROLL ECIA 20180507 000008689465411
JOB ECIA E ACCT 8080009993364976
REQUESTOR A489247
20143827 07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

028029

2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

37-55/1119 3869
993364976

DATE April 30, 2018

PAY TO THE ORDER OF Marquis Interior Installation Inc $ 755.00

Seven hundred fifty five and zero Cents ——————— DOLLARS

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR Invoice # 2018199 & 2nd Inv.

UCCI-38

⑆000001158⑆ ⑈111900659⑈ 9893364976⑆

2188754897

Marquis Interior Installation, Inc
2100003673426

REQUEST 00007267038000000 755.00
ROLL ECIA 20180508 000002188754897
JOB ECIA E ACCT 8080009993364976
REQUESTOR A489247
20143827 07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

028030

2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

37-65/1119 3869
9993364976

DATE *May 01, 2018*

PAY
TO THE
ORDER OF *Michael Owens*                    $ *100.00*

*One hundred and zero cents* ———————

DOLLARS

Security
Features
Details on
Back.

WELLS
FARGO   Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR *Delivery Service*              *Burgss matter El Maquil*
                                         *ucci 38*

⑈000000 1162⑈ ⑆111900659⑆ 9993364976⑈

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

REQUEST 00007267038000000 100.00
ROLL ECIA   20180510  000002189082897
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

028031

2625 PIEDMONT RD NE STE 55-507
ATLANTA, GA 30324

37-55/1119 3869
9993364976

DATE *May 02, 2018*

PAY TO THE ORDER OF *Nakeisha Watson*    $ *300.00*

*Three hundred and zero cents* ——————— DOLLARS

WELLS FARGO
Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR *Transportation Services*

*Burgess Mattox EL Marquell*
*UCCI-308*

⑈000000⑈ 1⑈64⑈ ⑈⑈11⑈900⑈659⑈ ⑈993364976⑈

---

Georgia United CU

>261171309<
Branch# 14 Teller# 158
Trans# 1041633  5/11/2018
670600001284215

*Nakeisha Watson*
*11 83676*

REQUEST 00007267038000000 300.00
ROLL ECIA  20180511 000008187537959
JOB ECIA E  ACCT 8080009993364976
REQUESTOR A489247
20143827 07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028032

BURGESS MATTOX EL, MARQUET
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1170

37-65/1119 9859
9993364976

DATE May 16, 2018

PAY TO THE
ORDER OF  SHARP FORCE PAINTING, INC.                    $ 680.00

Six hundred and eighty 00/100                          DOLLARS

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR Settlement of Additional Services        Burgess Mattox El, Marquet
                                             UCC 1-308

⑈000001170⑈ ⑆111900659⑆ 9993364976⑈

5940540315

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

Burgess Mattox El, Marquet
ALL RIGHTS RESERVED

REQUEST 00007267038000000 680.00
ROLL ECIA   20180516  000005940540320
JOB ECIA E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028033

1165

BURGESS MATTOX BEY INVESTMENT TRUST
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

37-65/1119-3869
9993364976

DATE _May 15, 2018_

PAY TO THE ORDER OF _NWATSON TRUST_ _____ $ _2,500.00_

_Two thousand five hundred and zero cents_ _____ DOLLARS

WELLS FARGO  Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR _Trust Services_ _____ _Burgess Mattox El, Marquel_

UCC1: 308

⑈000000116⑈ ⑆111900659⑆ 9993364976⑈

5940540310

NWATSON TRUST
Special Deposit

REQUEST 00007267038000000 2500.00
ROLL ECIA  20180516  000005940540310
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
201 43827  07/10/2018 Research 201 48442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028034

1107

37-65/1119 3869
9993364976

DATE May 15, 2018

PAY TO THE ORDER OF *PHIL HUGHES HONDA*        $ 4,907.63

*Four thousand Nine hundred Seven and* .63/100        DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR *Repair Order # 522021*        Burgess Mattox P.I. Marquis
                                   UCC 1-308

⑈000000116⑈ ⑆111900654⑆ 9993364976⑈

59405403I6

REQUEST 00007267038000000 4907.63
ROLL ECIA   20180516  000005940540321
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

028035

**BURGESS MATTOX BEY INVESTMENT TRUST**
2825 PIEDMONT RD NE STE 56-507
ATLANTA, GA  30324

1125

37-65/1119 3869
9993354976

DATE _May 16, 2018_

PAY TO THE
ORDER OF _Shannan Lee Crawford_ _____ | $ _8,000.00_

_Eight thousand and zero cents_ _____ DOLLARS

WELLS FARGO
Wells Fargo Bank, N.A.
Texas
jwellsfargo.com

FOR _Reimbursement of medical expenditures_    _Burgess mattox El, morgant_
UCC 1-308

⑆000001125⑆ ⑆111900659⑆ 9993364976⑆

5940540317

REQUEST 00007267038000000 8000.00
ROLL ECIA   20180516  000005940540322
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028036

BURGESS MATTOX BEY INVESTMENT TRUST
2825 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1169

37-65/1119 3889
9993364976

DATE *May 16, 2018*

PAY TO THE
ORDER OF *SHARP FORCE PAINTING, INC.*     $ *8,780.00*

*Eight thousand Seven hundred Eighty and zero Cents*    DOLLARS

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR *Job # BS557800494*     *Burgess mattox El, marquis*
UCC 1-308

⑈000001169⑈ ⑆111900659⑆ 9993364976⑈

5940540314

*Burgess mattox El, marquis*
*All Rights Reserved*

REQUEST 00007267038000000 8780.00
ROLL ECIA  20180516  000005940540319
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028037

2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

37-65/1119 3869
9993364976

DATE May 16, 2018

 PAY
TO THE
ORDER OF COOLRAY - MR. PLUMBER - BRITEBOX $ 40,314.00

Forty thousand three hundred fourteen and zero cents — DOLLARS

WELLS FARGO  Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR Invoice settlement G22130066

Burgess Mattox Sr., marquell
UCC1 - 308

1"000000116 8" 1:111900659: 9993364976"

5940540313

Burgess Mattox Sr., Marqu
all Rights Reserved

REQUEST 00007267038000000 40314.00
ROLL ECIA  20180516  000005940540318
JOB ECIA E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

028038



BURGESS MATCO ABEY INVESTMENT TRUST
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

37-65/1119 3869
9993364976

GADL0660943OS

DATE May 15, 2018

THE ORDER OF Evelyn Rizo                                    $ 120.00

One hundred twenty and zero cents ——————— DOLLARS

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR Window Cleaning                    Burgoss Mattox El Marquet.
                                        UCC1-358

⑈000000⑈⑈66⑈ ⑆⑈⑈⑈900659⑆ 9993364976⑈

---

NOT ON US WITHDRAWAL
160
1000105230007
1
164
11064094 185437 7
Transaction Date: 18May2018

Bus. Date 18May2018 AH
120.00 CASH
120.00 TOTAL
17:21:51

REQUEST 00007267038000000 120.00
ROLL ECIA   20180518  000008188488207
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018  Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028039

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1172

37-66/1119 3869
9993364976

DATE June 01, 2018

TO THE ORDER OF __Jaranesha Lunceford__ | $ 1,000.00

One thousand and zero cents _____ DOLLARS

WELLS FARGO | Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR mobile services

Burgess Mattox El, Margaret
voci-308

⑈000001172⑈ ⑆1119006591⑆ 9993364976⑈

5940544296

Burgess Mattox El, Margaret
All Rights Reserved

REQUEST 00007267038000000 1000.00
ROLL ECIA   20180604  000005940544296
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028040

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1174

37-65/1119 3869
9993364976

DATE _June 03, 2018_

THE
ORDER OF _Mark Hayes_                                           $ _1,000.00_

_One thousand and zero cents_ _____ DOLLARS

WELLS
FARGO   Wells Fargo Bank, N.A.
        Texst
        wellsfargo.com

FOR _loan_

_Burges mattox El, marquel_

UCC 1-308

⑈000001174⑈ ⑆111900659⑇ 9993364976⑈

6247358499

REQUEST 00007267038000000 1000.00
ROLL ECIA   20180604  00006247358499
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028041

BURGESS MATTOX BEY INVESTMENT TRUST
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

37-65/1119 3869
B993364976

DATE June 01, 2018

PAY TO THE ORDER OF MAGNOLIA AUDIO VIDEO     $ 5,091.15

Five thousand ninety one and 15/100 ——————— DOLLARS

WELLS FARGO  Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR Invoice Settlement BB3ASC-0     Burgess mattox EL, marquis
2001-308

⑈000000 1171⑈ ⑈111900659⑈ 9993364476⑈

5940544295

REQUEST 00007267038000000 5091.15
ROLL ECIA  20180604 000005940544295
JOB ECIA E ACCT 8080009993364976
REQUESTOR A489247
20143827 07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

028042

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1160

37-65/1119 3869
9993364976

DATE *May/01, 2018*

TO THE ORDER OF *DWIGHT SIMS* | $ *6,000.00*

*Six thousand and zero cents* ——————— DOLLARS

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR *Reimbursement of funds*    *Burgess Mattox El, Margret*
*UCC1-308*

⑈0000001160⑈ ⑆111900659⑈ 9993364976⑈

5940544294

OR TOOL SMASH STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Burgess Mattox El, Margret
All Rights Reserved

REQUEST 00007267038000000 6000.00
ROLL ECIA    20180604  000005940544294
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028043

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1126

37-65/1119 3869
9993364976

DATE June 01, 2018

PAY TO THE
ORDER OF TAMMIE'S PROFESSIONAL SERVICES    $ 32,000.⁰⁰

Thirty two thousand and zero cents _____ DOLLARS

WELLS FARGO · Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR Full Settlement of loan 4o Nakeisha Watson    Burgess Mattox El, Marquet
UCC 1-308

⑆000001126⑆ ⑆111900659⑆ 9993364976⑈

5940544293

REQUEST 00007267038000000 32000.00
ROLL ECIA   20180604  000005940544293
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028044

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1173

37-65/1119 3869
9993364976

DATE *June 01, 2018*

PAY TO THE
ORDER OF *CLASSIC CADILLAC*                    $ *120,212.46*

*One hundred twenty thousand two hundred twelve* 46/100 ———— DOLLARS

WELLS FARGO  Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR *Settlement of STOCK # 6640*        *Burgess mattox EL marquel*

⑈000000⑈173⑈ ⑆⑆⑆⑈⑈⑆006591⑆: 9993364976⑈

5940544292

REQUEST 00007267038000000 120212.46
ROLL ECIA  20180604 000005940544292
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827 07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

028045

# WELLS FARGO BANK

2003

NORTHLAKE FESTIVAL 4099 LAVISTA RD TUCKER, GA 30084

DATE 15th June 2018

37-65/1119

E ORDER OF **FED EX OFFICE** $ 398.58

three hundred ninety eight and 58/100 DOLLARS

BURGESS MATTOX BEY INVESTMENT
MARQUET ANTWAIN BURGESS MATTOX
.075 PEACHTREE ST NW STE 3650
ATLANTA GA 30309-3934

Burgess Mattox El, Magner
UCC 1-308

⑆1190065⑈⑆99933648476⑈ 2003

The following security features (and others
not listed) exceed industry standards:

Security Features
Security Screen
Chemical Sensitivity
Publock-tion

DO NOT SIGN / WRITE / STAMP BELOW THIS LINE
FOR FINANCIAL INSTITUTION USAGE ONLY

ENDORSE HERE:

REQUEST 00007267038000000 398.58
ROLL BCIA   20180615 000002088567562
JOB BCIA E ACCT 8080009993364976
REQUESTOR A489247
20143827 07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

028046

WELLS FARGO BANK

NORTHLAKE FESTIVAL 4099 LAVISTA RD TUCKER GA 30084

DATE 15TH June 2018

37-65/1119

2002

TO THE ORDER OF MARQUET A MATOX $ 550.00

Five hundred fifty and zero cents DOLLARS

BURGESS MATTOX BEY INVESTMENT T
MARQUET ANTWAIN BURGESS MATTOX
3075 PEACHTREE ST NW STE 3650
ATLANTA GA 30309-3934

Loan

Burgess nathox El mrgut
vec 30

⑆111900659⑆ 9993364976⑆ 2002

DO NOT SIGN / WRITE / STAMP BELOW THIS LINE
FOR FINANCIAL INSTITUTION USAGE ONLY

ENDORSE HERE:

Security Features
Security Screen
Padlock Icon
Chemical Sensitivity

The following security features (and others not listed) exceed industry standards:
• Absence of alteration if (revers)
• Colored stain or spot appear with document modification or "copied"
• Absence of purified
Chemical alteration

Padlock design is a confirmation of Wells Fargo Security Features

REQUEST 00007267038000000 550.00
ROLL ECIA 20180615 000002088567569
JOB ECIA E ACCT 8080009993364976
REQUESTOR A489247
20143827 07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

028047

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-607
ATLANTA, GA 30324

1176

37-65/1119 3889
9993364976

DATE June 12, 2018

PAY TO THE ORDER OF CAPITAL CADILLAC $ 3,384.00

Three thousand three hundred Eighty four and 00/100 DOLLARS

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR Settlement Balance Stock# 6640

Burgess Mattox EL marquis
vcc 1 308

⑈000001176⑈ ⑆111900659⑆ 9993364976⑈

US NOT WORTH, STAMP OF SIGN ICL

REQUEST 00007267038000000 3384.00
ROLL ECIA 20180615 000002188963049
JOB ECIA E ACCT 8080009993364976
REQUESTOR A489247
20143827 07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

028048

BURGESS MATTOX BEY INVESTMENT TRUST
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1175

7-83/1119 386
9283364976

DATE June 12, 2018

THE
ORDER OF Sanessa Davis                                    $ 520.00

Five hundred twenty and zero cents ————— DOLLARS

FOR Gymnastics June 15 - July 15 2018        Burgess Mattox El, Maguel
                                              UCC1. 308

⑃000001175⑂ ⑈111900659⑈ 9983364976⑆

06/18/2018 - 3001 - 274
For Deposit Only

REQUEST 00007267038000000 520.00
ROLL ECIA  20180619 000008474574996
JOB ECIA E ACCT 8080009993364976
REQUESTOR A489247
20143827 07/10/2018 Research 20148442

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

028049

BURGESS MATTOX BEY INVESTMENT TRUST
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

37-65/1119 3869
9993364976

1172

DATE _June 01, 2018_

TO THE
ORDER OF _Jaranesha Lunceford_                    $ 1,000.00

_One thousand and zero cents_                     DOLLARS

WELLS FARGO
Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR _mobile services_          _Burgess Mattox El, marquel_
                                _UCC1-308_

⑈000001172⑈ ⑆111900659⑆ 9993364976⑈

5940544296

DO NOT SIGN, STAMP OR SIGN BELOW THIS LINE

REQUEST 00007437064000000 1000.00
ROLL ECIA   20180604  000005940544296
JOB ECIA E  ACCT 8080009993364976
REQUESTOR U334441
20936446  12/19/2018 Research 20936679

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

028498



**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

37-65/1119 3869
9993364976

11/4

DATE June 03, 2018

PAY TO THE ORDER OF  Mark Hayes          $ 1,000.00

One thousand and zero cents ———————— DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR Loan                    Burgesmattox El, Marquell
                            UCC 1-308

⑈000001174⑈ ⑆111900659⑆ 9993364976⑈

6247358499

REQUEST 00007437064000000 1000.00
ROLL ECIA   20180604 000006247358499
JOB ECIA E ACCT 8080009993364976
REQUESTOR U334441
20936446 12/19/2018 Research 20936679

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

028499

2625 PIEDMONT RD NE STE 5B-507
ATLANTA, GA 30324

37-65/1119 3869
8993364976

DATE *June 01, 2018*

PAY TO THE
ORDER OF *MAGNOLIA AUDIO VIDEO*          $ *5,091.15*

*Five thousand ninety one and 15/100* ——————— DOLLARS

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR *Invoice Settlement BB3ASC-0*     *Burgess mattox EL marquel*
                                       *21OC+308*

⑈000000117⑈ ⑈111900659⑈ 9993364976⑈

5940544295

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

REQUEST 00007437064000000 5091.15
ROLL ECIA   20180604 000005940544295
JOB ECIA E  ACCT 8080009993364976
REQUESTOR U334441
20936446 12/19/2018 Research 20936679

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

028500

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1160

37-65/1119 3869
9993364976

DATE *May/01, 2018*

PAY TO THE
ORDER OF *DWIGHT SIMS*                    $ *6,00.00*

*Six thousand and zero cents* _____    DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR *Reimbursement of funds*        *Burgess Mattox El, Moorish*
                                         *UCC 1-308*

⑈0000001160⑈ ⑆111900659⑆ 9993364976⑈

5940544294

Burgess Mattox El, Moorish
All Rights Reserved

REQUEST 00007437064000000 6000.00
ROLL ECIA   20180604  000005940544294
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR U334441
20936446  12/19/2018 Research 20936679

Summons and Subpoenas Department
D1111-016
Charlotte NC  28201

028501

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1126

37-65/1119 3869
9093364976

DATE June 01, 2018

PAY TO THE ORDER OF _TAMMIE'S PROFESSIONAL SERVICES_ $ 32,000.00

_Thirty two thousand and Zero Cents_ ————————— DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR _Full Settlement of loan So Nakeisha Watson_   _Burgess Mattox El. Marquet_
                                                    _VEC 1-308_

⑆000000 1126⑆ ⑈111900659⑈ 9993364976⑈

5940544293

_Burgess Mattox El Marquet_
_All Rights Reserved_

REQUEST 00007437064000000 32000.00
ROLL ECIA   20180604 000005940544293
JOB ECIA E  ACCT 8080009993364976
REQUESTOR U334441
20936446 12/19/2018 Research 20936679

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

028502

BURGESS MATTOX BEY INVESTMENT TRUST
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1173

37-65/1119 3869
993364976

DATE *June 01, 2018*

PAY TO THE
ORDER OF *CLASSIC CADILLAC*                    $ *120,212.46*

*One hundred twenty thousand two hundred twelve* 46/100 ———— DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR *Settlement of STOCK # 6640*

⑆000001173⑆ ⑉111900659⑉ 993364976⑈

5940544292

REQUEST 00007437064000000 120212.46
ROLL ECIA  20180604 000005940544292
JOB ECIA E ACCT 8080009993364976
REQUESTOR U334441
20936446 12/19/2018 Research 20936679

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

028503

# WELLS FARGO BANK

2003

NORTHLAKE FESTIVAL   4099 LAVISTA RD   TUCKER, GA 30084

DATE 15th June 2018

37-65/1119

THE ORDER OF FED EX OFFICE

$ 398.58

hree hundred ninety eight and 58/100

DOLLARS

BURGESS MATTOX BEY INVESTMENT T
MARQUET ANTWAIN BURGESS MATTOX
1075 PEACHTREE ST NW STE 3650
ATLANTA   GA 30309-3934

Burgess mattox el mogus
UCC 1-308

⑈111900659⑈ 99936497⑈ 2003

DO NOT SIGN / WRITE / STAMP BELOW THIS LINE
FOR FINANCIAL INSTITUTION USAGE ONLY

ENDORSE HERE:

REQUEST 00007437064000000 398.58
ROLL ECIA   20180615  000002088567562
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR U334441
20936446  12/19/2018 Research 20936679

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028504

NORTHLAKE FESTIVAL 4099 LAVISTA RD. TUCKER, GA 30084

DATE: 15th June 2018                    37-65/1119

TO THE ORDER OF   MARQUET A DIATOX          $  550.00

Five hundred fifty and zero cents                    DOLLARS

URGESS MATTOX BEY INVESTMENT
MARQUET ANTWAIN BURGESS-MATTOX
075 PEACHTREE ST NW STE 3650
ATLANTA   GA 30309-3934

Loan

⑂1119006 59⑂99933649 76⑂ 200 2

DO NOT SIGN / WRITE / STAMP BELOW THIS LINE
FOR FINANCIAL INSTITUTION USAGE ONLY

ENDORSE HERE:

REQUEST 00007437064000000 550.00
ROLL ECIA   20180615  000002088567569
JOB ECIA E ACCT 8080009993364976
REQUESTOR U334441
20936446 12/19/2018 Research 20936679

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

028505

BURGESS MATTOX BEY INVESTMENT INC.
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1470

37-65/1119 3869
9993364976

DATE June 12, 2018

PAY
THE
ER OF  CAPITAL CADILLAC                         $ 3,384.08

Three thousand three hundred Eighty four and 00/100  DOLLARS

WELLS FARGO  Wells Fargo Bank N.A.
Texas
wellsfargo.com

FOR Settlement Balance Stock# 6640     Burgess Mattox EL marquel
                                              UCC 1-308

⑈000001176⑈ ⑈111900659⑈ 9993364976⑈

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

210005204

REQUEST 00007437064000000 3384.00
ROLL ECIA   20180615  000002188963049
JOB ECIA E  ACCT 8080009993364976
REQUESTOR U334441
20936446  12/19/2018 Research 20936679

Summons and Subpoenas Department
D1111-016
Charlotte NC  28201

028506

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1175

7-65/1119 386
9993364976

DATE June 12, 2018

PAY TO THE ORDER OF _Sanessa Davis_         $ 520.00

_Five hundred twenty and zero cents_         DOLLARS

FOR _Gymnastics June 15 - July 15 2018_     _Burgess Mattox El, maguel_
                                             20C1. 308

⑈000001175⑈ ⑆111900659⑆ 9993364976⑈

06/18/2018 - 3001 - 274
For Deposit Only

REQUEST 00007437064000000 520.00
ROLL ECIA   20180619  000008474574996
JOB ECIA E  ACCT 8080009993364976
REQUESTOR U334441
20936446  12/19/2018 Research 20936679

Summons and Subpoenas Department
D1111-016
Charlotte NC  28201

028507

BURGESS(MATTOX BE YONVEST
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA .90324

37-85/1119 3869
9993364976

DATE June 28, 2018

PAY TO THE ORDER OF  SAM TAYLOR                     $ 2,500.00

Two thousand Five hundred and zero Cents ———— DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR Reimbursement Animal Expenses      Burgess Mattox El, Margust
                                          UCC 1. 308

⑈000000 1179⑈  ⑆111900659⑈  9993364976⑈

5940548975

REQUEST 00007437064000000 2500.00
ROLL ECIA   20180629  000005940548975
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR U334441
20936446  12/19/2018 Research 20936679

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028508

BURGESS MATTOX BEY INVESTMENT TRUST
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

37-65/1119 3869
9993364976

DATE June 22, 2018

PAY TO THE ORDER OF _Marquis Interior Installation, Inc_    $ 95.00

_Ninety five and Zero Cents_    DOLLARS

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR _Picture hanging_    _Burgess Mattox El, Marquis_
vcc-30?

⑈000001177⑈ ⑆111900659⑆ 9993364976⑈

2289993619

Marquis Interior Installation, Inc
21000036734426

REQUEST 00007437064000000 95.00
ROLL ECIA   20180702  000002289993619
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR U334441
20936446  12/19/2018 Research 20936679

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028509

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1180

37-66/1119 3669
9993364976

DATE *July 02, 2018*

PAY TO THE
ORDER OF *MARQUET BURGESS MATTOX*          $ *300.00*

*Three hundred and Zero Cents*          DOLLARS

WELLS FARGO    Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR *Cleaning Service*          *Burgess Mattox El, Marquet*
                                *UCC1 308*

⑆000001180⑆ ⑈111900659⑈ 9993364976⑈

3385063365

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE ONLY

Marquet Burgess Mattox
All Rights Reserved

REQUEST 00007437064000000 300.00
ROLL ECIA  20180702 000003385063365
JOB ECIA E ACCT 8080009993364976
REQUESTOR U334441
20936446 12/19/2018 Research 20936679

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

028510

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1178

37-65/1119 3889
9993364976

DATE June 25, 2018

THE ORDER OF UNITED STATES LIABILITY INSURANCE COMPANY       $ 2,315.00

Two thousand three hundred fifteen and Zero Cents       DOLLARS

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

Policy Number CP 16 77634

FOR BURGESS MATTOX BEY INVESTMENT TRUST       Burgess Mattox El, Margrel
                                               UCC1-308

⑈000001178⑈ ⑆111900659⑆ 9993364976⑈

CREDIT WITHIN NAMED PAYEE
M&T BANK LOCKBOX 88095       1
62778 07/02/2018   C9850903569C
DDA >9858617997<   >052000113<

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

REQUEST 00007437064000000 2315.00
ROLL ECIA   20180702 000008126095950
JOB ECIA E  ACCT 8080009993364976
REQUESTOR U334441
20936446 12/19/2018 Research 20936679

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

028511

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1185

37-85/1119 3869
9993364976

DATE July 24, 2018

PAY THE
ORDER OF   Evelyn Rizo                          $ 400.00

Four hundred and zero cents _____ DOLLARS

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR Laundry Service July- Aug 2018          Burgess mattox El, Marquet
                                            UCC 1- 308

⑈000000⑈1185⑈ ⑇1119006659⑇: 9993364976⑈

---

Seq: 118
Batch: 963041
Date: 07/26/18

CKCH6A\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Cash Check
R/TM 5405880132
Account
0032644987785
8080009993364976 CC 010202G TL 00002
PR#49-916-TJ9-941819 07/26/18
WT:01 LTPS:Atlanta ET
BC:Cruse Road Instore BC GA7-775

07/26/2018 16:24
\$400.00
07/19

0032644987785

---

REQUEST 00007437064000000 400.00
ROLL ECIA  20180726 000008789348469
JOB ECIA E ACCT 8080009993364976
REQUESTOR U334441
20936446 12/19/2018 Research 20936679

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

028512

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1181

DATE _July 15, 2018_

PAY TO THE ORDER OF _Janessa Davis_ ................................ $ 520.00

_Five hundred twenty and Zero cents_ ———————— DOLLARS

Wells Fargo Bank, N.A.
Trust
welfare

FOR _Gymnastics July 15th - Aug 15th 2018_ _Burgess Mattox El, Margue_
ucc, 307

⑈000001181⑈ ⑆111900659⑆ 9993364976⑈

07/27/2018 - 3001 - 2318
For Deposit Only

REQUEST 00007437064000000 520.00
ROLL ECIA   20180730  000008350737392
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR U334441
20936446  12/19/2018 Research 20936679

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028513

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

7782

37-65/1119 3869
9993364976

DATE July 28, 2018

PAY TO THE ORDER OF SHANNON LEE CRAWFORD          $ 2,000.00

Two thousand and zero cents          DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR 4 hour Consultation          Burgess Mattox El, Marquell
UCC 1-308

⑈000000788⑈  ⑆111900659⑆  9993364976⑈

REQUEST 00007437064000000 2000.00
ROLL ECIA   20180730  000002188120527
JOB ECIA  B  ACCT 8080009993364976
REQUESTOR U334441
20936446  12/19/2018 Research 20936679

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028514

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1186

37-65/1119 3869
9993364976

DATE _Silly 24, 2018_

HE
ORDER OF _Evelyn Rizo_                    $ 3,600.00

_Three thousand six hundred and zero cents_ DOLLARS

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR _Clearing Bal. Aug.- Dec. 2018_      _Burgess Mattox El, marque_
                                          _Decc 1-30_

⑈"000000⑈1186⑈" ⑈:1119006591: 9993364976⑈"

REQUEST 00007437064000000 3600.00
ROLL ECIA   20180730  000008680341716
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR U334441
20936446  12/19/2018 Research 20936679

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028515

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1184

37-65/1119 3869
9993364976

DATE July 24, 2018

PAY TO THE
ORDER OF Evelyn Rizo                    $ 3,960.00

Three thousand Nine hundred Sixty and Zero cents        DOLLARS

Wells Fargo Bank, N.A.
Trust
wellsfargo.com

FOR Cleaning Service. Aug - Dec. 2018      Burges mattox El, marqued
                                            acct. 308

⑆000001184⑆ ⑈111900659⑈ 9993364976⑆

Seq: 30
Batch: 018405
Date: 07/28/18

REQUEST 00007437064000000 3960.00
ROLL ECIA  20180730  000008789539156
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR U334441
20936446  12/19/2018 Research 20936679

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

028516

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1187

37-65/1119 3869
869-3364976

DATE August 23, 2018

PAY TO THE
ORDER OF  Navares Little                                    $ 2,500.00

Two thousand and zero cents _____  DOLLARS

WELLS FARGO  Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR  LOAN

Burgess Mattox El, Marquis
UCC 1-308

⑆000001187⑆ ⑇111900659⑈ 9993364976⑆

7100120104

REQUEST 00007437064000000 2500.00
ROLL ECIA   20180823  000002188128184
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR U334441
20936446 12/19/2018 Research 20936679

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028517

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1183

37-65/1119 3869
9933864976

DATE Aug 1st 23, 2018

PAY TO THE ORDER OF SHARPE FORCE PAINTING INC

$ 9,530.00

Nine thousand five hundred thirty and zero cents DOLLARS

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR Settlement Invoice # BS 5578000494

Burgess Mattox El Marquet
VCC1·308

⑈000001183⑈ ⑈111900659⑈ 9933864976⑈

2180128185

REQUEST 00007437064000000 9530.00
ROLL ECIA  20180823  000002188128185
JOB ECIA E  ACCT 8080009993364976
REQUESTOR U334441
20936446  12/19/2018 Research 20936679

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

028518

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507.
ATLANTA, GA 30324

1100

37-55/1119 3869
9993364976

DATE August 28, 2018

PAY TO THE ORDER OF _N WATSON TRUST_   $ 56,000.00

_Fifty Six thousand and zero Cents_ ————— DOLLARS

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR _Transportation Balance 2018_   _Burgess Mattoxel Marquet_
UCC 1-308

⑈000000 1188⑈ ⑆111900659⑆ 9993364976⑈

N WATSON TRUST

REQUEST 00007437064000000 56000.00
ROLL ECIA   20180828  000002188129571
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR U334441
20936446  12/19/2018 Research 20936679

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028519

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1189

37-85/1119 3869
9993364976

DATE September 4, 2018

PAY TO THE ORDER OF DAVID S THOMSON                    $ 3,000.00

Three Thousand and zero cents _____ DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR Legal Expense for Sinteria Cooper

Burgess mattox El, magnus
UCC-1-308

⑈000001189⑈ ⑈111900659⑈ 9993364976⑈

2180291021

REQUEST 00007437064000000 3000.00
ROLL ECIA   20180904  000002180291021
JOB ECIA  B  ACCT 8080009993364976
REQUESTOR U334441
20936446  12/19/2018 Research 20936679

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028520

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1191

37-65/1119 3869
9993364976

DATE September 10, 2018

PAY TO THE ORDER OF Kevin Wilson                                      $5,765.00

Five thousand Seven hundred Sixty five and Zero cents          DOLLARS

WELLS FARGO  Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR Upgrade locks / Reinforce                    Burgess mattox el, marquet
                                                 UCC 1-308

⑈"000000 1191⑈" ⑈:111900659⑈: 9493364976⑈"

>063102152< 09/11/2018 0005392200

8000547 0006 00211

>063102152< 09/11/2018 0005392200
8000547 0006 00211

REQUEST 00007437064000000 5765.00
ROLL ECIA   20180911  000008289714188
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR U334441
20936446  12/19/2018 Research 20936679

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028521

**BURGESS MATTOX BEY INVESTMENT TRUST**
2825 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1190

37-665/1119 3359
9983364976

DATE: September 9, 2018

PAY TO THE ORDER OF *Belinda Poarch* $ 200 00

*Two hundred and zero cents* DOLLARS

WELLS FARGO
Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR *Safety Training*

*Burgess Mattox El, Marquet*
UCC 1-308

⑈000000 1190⑈ ⑆ 111900659⑆ 4993364976⑈

REQUEST 00007437064000000 200.00
ROLL ECIA  20180913  000000482613629
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR U334441
20936446  12/19/2018 Research 20936679

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1192

37-85/1119 3869
9993364976

DATE September 12, 2018

PAY TO THE ORDER OF _Felinda Roach_   $ 200.⁰⁰

_Two hundred and zero cents_   DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR _Safety Training_   _Burgess Mattox El, Marquis_
acct 308

⑈000000ll92⑈ ⑆lll900659⑆ 9933649769⑈

REQUEST 00007437064000000 200.00
ROLL ECIA   20180913  000000482613628
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR U334441
20936446  12/19/2018 Research 20936679

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028523

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1193

37-65/1119 3869
9993364976

DATE September 18, 2018

PAY TO THE ORDER OF Kesha Taylor                                          $ 6,000.00

Six thousand and Zero cents                                          DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR Spiritual Guidance/Advice oct. 208-Dec 208      Burgess Mattox El Morques
                                                                     UCC 1-308

⑆000001193⑆ ⑆111900659⑆ 9993364976⑆

REQUEST 00007437064000000 6000.00
ROLL ECIA   20180918  000002381318845
JOB ECIA E  ACCT 8080009993364976
REQUESTOR U334441
20936446  12/19/2018 Research 20936679

Summons and Subpoenas Department
D1111-016
Charlotte NC  28201

028524

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1194

37-65/1119 3869
9993364976

DATE September 18, 2018

PAY TO THE ORDER OF ASHE Security Inc.                    $ 1,700.00

One Thousand Seven hundred and zero cents ———— DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR Camera Equipment                    Burgess Mattox El, Morgan
Vol 1-381

⑈000001194⑈  ⑆111900659⑆  9993364976⑈

REQUEST 00007437064000000 1700.00
ROLL ECIA  20180921  000008881851864
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR U334441
20936446  12/19/2018 Research 20936679

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028525

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1196

37-65/1119 3869
9993364976

DATE _Sept. 21, 2018_

THE ORDER OF _WALTON EMC_                              $ _3,000.00_

_Three thousand and zero Cents_ ___ DOLLARS

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR _Acc # 928849001_                     _Burgess Mattox M, Marquet_
                                           UCC 1-308

⑆000001196⑆ ⑆111900654⑆ 9993364976⑆

Pay to the Order of
Columbus Bank and Trust >061100606<
For Deposit Only Walton EMC
XXXXXX4129

REQUEST 00007437064000000 3000.00
ROLL ECIA   20180926  000008381376266
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR U334441
20936446  12/19/2018 Research 20936679

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1197

37-65/1119 3869
9995364976

DATE Sept. 21, 2018

PAY TO THE ORDER OF WALTON GAS | $ 3,020.00

Three Thousand and Zero Cents _____ DOLLARS

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR Acc# 928849002

Burgess mattox El marquez MP
UCC 1-308

⑈"000001197"⑈ ⑉111900659⑉ 9993364976⑈

Pay to the Order of
Columbus Bank and Trust >061100606<
For Deposit Only Walton EMC
XXXXXX4129

REQUEST 00007437064000000 3000.00
ROLL ECIA   20180926 000008381376267
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR U334441
20936446  12/19/2018 Research 20936679

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028527

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1200

37-65/1119 3869
9993364976

DATE _Sept. 21, 2018_

PAY TO THE ORDER OF _GWINNETT COUNTY TAX COMMISSIONERS OFFICE_ | $ _7,400.00_

_Seven thousand four hundred and Zero Cents —_ DOLLARS

WELLS FARGO
Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR _PARCEL ID_ ( _R6093 389_ )    _Burgess Mattox El, morgues_
_UCC 1-308_

⑈000001200⑈ ⑆111900659⑆ 9993364976⑈

REQUEST 00007437064000000 7400.00
ROLL ECIA  20180926 000000285837458
JOB ECIA E ACCT 8080009993364976
REQUESTOR U334441
20936446 12/19/2018 Research 20936679

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

028528

**BURGESS MATTOX BEY INVESTMENT TRUST**
2675 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1201

37-85/1119 3869
9993364976

DATE Sept. 21, 2018

PAY TO THE ORDER OF *LET US LOVE YOUR LAWN*          $ *3,000.00*

*Three thousand and zero cents* _____ DOLLARS

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR *Lawn Service  Nov. 2018 - Feb. 2020*          Burgess Mattox El, morgued
ucc 1-308

⑉000001201⑉ ⑉111900659⑉ 9993364976⑉

Seq:00028 09/27/18
BAT:042569 CC:1720101153
WT:01 LTPS:Atlanta ET
BC:Snellville BC GA7-779



Seq: 28
Batch: 042569
Date: 09 18

PAY TO THE ORDER OF
BANK OF AMERICA
STONE MOUNTAIN, GA 30088
FOR DEPOSIT ONLY
LET US LOVE YOUR LAWN
000707156084

REQUEST 00007437064000000 3000.00
ROLL ECIA   20180927  000008882698114
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR U334441
20936446  12/19/2018 Research 20936679

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028529

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1199

97-85/1119 3669
9993364976

DATE *Sept. 21, 2018*

PAY TO THE ORDER OF *GWINNETT COUNTY WATER RESOURCES*  $ *3,000.00*

*Three thousand and zero cents* —————————— DOLLARS

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR *Acct # 20735456*

*Burgess Mattox El, marquet*
*UDC 1-308*

⑈000001199⑈ ⑆111900659⑆ 9993364976⑈

FOR DEPOSIT ONLY
Wachovia - 203n0006933i2
GWINNETT CO BD OF COMMISSIONERS
WATER AND SEWERAGE OPER ACCT.
9/26/2018 1114*PED>RCELY*D#RC<EN0111
-Batch#10128----RW*TN-12 L /027008893
Acct#000020735456Amt Pd#$3,000.00

REQUEST 00007437064000000 3000.00
ROLL ECIA  20180928  000004751822142
JOB ECIA E ACCT 8080009993364976
REQUESTOR U334441
20936446 12/19/2018 Research 20936679

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

028530

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1198

37-85/1119-3869
9993364976

DATE Sept. 21, 2018

THE ORDER OF ComCAST  $ 3,000.00

Three thousand and zero cents

DOLLARS

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR Acc # 8220 13 303 5964168

Burgess Mattox El, Maquel

UCC 1-308

⑈000001198⑈ ⑆111900659⑆ 9993364976⑈

For Deposit Only
Comcast Financial Agency Corp
3752046610

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

ENDORSE HERE

REQUEST 00007437064000000 3000.00
ROLL ECIA   20181004  000008186570228
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR U334441
20936446  12/19/2018 Research 20936679

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028531

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1195

37-55/1119 3869
9993364976

DATE Sept. 19, 2018

THE ORDER OF Belinda Poarch                    $ 200.00

Two hundred and zero cents                              DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR Safety/ Trading

Burgess Mattox El, Mortgut
UCC 1-308

⑈000001195⑈ ⑈111900659⑈ 9993364976⑈

>063102152< 10/05/2018 0005484473

1887713 0003 00093

>063102152< 10/05/2018 0005484473
1887713 0003 00093

1000230957754

REQUEST 00007437064000000 200.00
ROLL ECIA   20181005  000008186690154
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR U334441
20936446  12/19/2018 Research 20936679

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028532

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1203

37-65/1119 3869
0993364976

DATE Oct. 03, 2018

THE ORDER OF Belinda Poarch          $ 400.00

Four hundred and zero cents          DOLLARS

WELLS FARGO  Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR Sales Training Oct. 3rd - Oct 10th     Burgess Mattox El, Marquis
Oct 1.308

⑈000001203⑈ ⑈111900659⑈ 9993364976⑈

>063102152< 10/05/2018 0005484472

1887713 0003 00093

>063102152< 10/05/2018 0005484472
1887713 0003 00093

1000230957754

REQUEST 00007437064000000 400.00
ROLL ECIA   20181005 000008186690153
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR U334441
20936446 12/19/2018 Research 20936679

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

028533

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1202

37-65/1119 3869
9993364976

DATE Oct. 05, 2018

PAY TO THE
ORDER OF ASAE Security Inc                                          $ 2,775.00

Two thousand seven hundred seventy five and 00/100                  DOLLARS

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR Finance Settlement Invoice #002          Burgessmattox El Marquez Mr
                                             UCC1-308

⑈000001202⑈ ⑆111900659⑆ 9993364976⑈

Kenneth Futrell

REQUEST 00007437064000000 2775.00
ROLL ECIA   20181009  000008283056059
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR U334441
20936446  12/19/2018 Research 20936679

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028534

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1204

37-65/1119 3869
9993364976

DATE *November 01, 2018*

PAY TO THE ORDER OF *PRINCE CHARLES E.L. ROGERS EL TRUST*         | $ *25,000.00*

*Twenty Five thousand and zero cents* ———————— DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR *Towards Settlement of Debts*      *Burgess Mattox EL Marquez*
                                        *UCC1-308*

⑈"000001204"⑈ ⑆:111900659: 9993364976"

REQUEST 00007437064000000 25000.00
ROLL ECIA   20181101  000002188127793
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR U334441
20936446  12/19/2018 Research 20936679

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028535

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1206

37-65/1119 3859
9993364976

DATE November 07, 2018

THE
ORDER OF Eric Baldwin                    $ 500.00

Five hundred and zero cents                    DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR loan                    Burgess Mattox El, Flagull
                                              UCC 1-308

⑈000001206⑈ ⑆111900859⑆ 9993364976⑈

Deposits

REQUEST 00007437064000000 500.00
ROLL ECIA   20181108  000008584530543
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR U334441
20936446  12/19/2018 Research 20936679

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028536

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1205

37-65/1119.3889.
9993364976

DATE November 07, 2018

PAY TO THE ORDER OF _Belinda Poarch_                    $ _200.00_

_Two hundred and zero cents_                          DOLLARS

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR _Safety Training_                    Burgess Mattox El, Marquell
                                         UCC 1-300

⑆000001205⑆ ⑆111900659⑆ 9993364976⑆

REQUEST 00007437064000000 200.00
ROLL ECIA  20181113  000000474248107
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR U334441
20936446  12/19/2018 Research 20936679

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028537

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1208

37-65/1119 3869
5993364976

DATE _Nov. 26, 2018_

PAY TO THE
ORDER OF _MARQUET ANTWAIN BURGESS MATTOX_     $ _2,300.00_

_Two thousand three hundred and zero cents_ ——————— DOLLARS

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR _Loan_

_Burgess Mattox El, Marquet_
_UCC1-308_

⑈000001208⑈ ⑆111900659⑆ 5993364976⑈

_Burgess Mattox Marquet Antwain_
_UCC1-308_

REQUEST 00007437064000000 2300.00
ROLL ECIA   20181126  000002188964099
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR U334441
20936446  12/19/2018 Research 20936679

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028538