# Business Account Application



| Bank Name: | | Branch Name: |
|---|---|---|
| WELLS FARGO BANK, N.A. | | CHESHIRE BRIDGE |

| Banker Name: | | Officer/Portfolio Number: | Date: |
|---|---|---|---|
| DEXTER JONES | | CG744 | 03/02/2018 |

| Banker Phone: | Branch Number: | Banker AU: | Banker MAC: |
|---|---|---|---|
| 404/348-1480 | 08061 | 0066768 | G0133-010 |

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## New Account Information

[X] New Deposit Account(s) Only        [ ] New Deposit Account(s) and Business Credit Card

| Account 1 Product Name: | | Purpose of Account 1: |
|---|---|---|
| Business Market Rate Savings | | Savings |

| COID: | Product: | Account Number: | Opening Deposit: | Type of Funds: |
|---|---|---|---|---|
| 297 | DDA | 6722673495 | $250,000.00 | CACK |

| New Account Kit: | Checking/Savings Bonus Offer Available: |
|---|---|
| bb-006224079 | No |

## Related Customer Information

| Customer 1 Name: | |
|---|---|
| BURGESS MATTOX BEY INVESTMENT TRUST | |

| Enterprise Customer Number (ECN): | Account Relationship: |
|---|---|
| 201766471716415 | Sole Owner |

| Customer 2 Name: | |
|---|---|
| MARQUET ANTWAIN  BURGESS MATTOX EL | |

| Enterprise Customer Number (ECN): | Account Relationship: |
|---|---|
| 56107221823365 | Signer |

## Checking/Savings Statement Mailing Information

| Name(s) and Information Listed on Statement: | Statement Mailing Address: | |
|---|---|---|
| BURGESS MATTOX BEY INVESTMENT TRUST | 2625 PIEDMONT RD NE NO 56-507 | |
| | Address Line 2: | |
| | | |
| | City: | State: |
| | ATLANTA | GA |
| | ZIP/Postal Code: | Country: |
| | 30324 | US |





GOVERNMENT EXHIBIT 9

Business Account Application

## Customer 1 Information

Customer Name:
BURGESS MATTOX BEY INVESTMENT TRUST

| Enterprise Customer Number (ECN): | Street Address: |
|---|---|
| 201766471716415 | 2625 PIEDMONT RD NE NO 56-507 |

Account Relationship: | Address Line 2:
Sole Owner |

| Taxpayer Identification Number (TIN): | TIN Type: | Address Line 3: |
|---|---|---|
| 30-6497505 | EIN | |

| Business Type: | City: | | State: |
|---|---|---|---|
| Unincorp Assn/Social/Rec/Civic Grp | ATLANTA | | GA |

| Business Sub-Type/Tax Classification: | Non-Profit: | ZIP/Postal Code: | | Country: |
|---|---|---|---|---|
| | No | 30324 | | US |

| Date Originally Established: | Current Ownership Since: | Number of Employees: | Business Phone: | Fax: |
|---|---|---|---|---|
| 11/22/2016 | | 2 | 720/838-4815 | |

| Annual Gross Sales: | Year Sales Reported: | Fiscal Year End: | Cellular Phone: | Pager: |
|---|---|---|---|---|
| $250,000.00 | 11/22/2016 | | | |

| Primary Financial Institution: | Number of Locations: | e-Mail Address: |
|---|---|---|
| | 1 | |

| Primary State 1: | Primary State 2: | Primary State 3: | Website: |
|---|---|---|---|
| | | | |

| Primary Country 1: | Primary Country 2: | Primary Country 3: | Sales Market: |
|---|---|---|---|
| | | | LOCAL |

Industry:
Other Services (except Public Administration)

Description of Business:
Humanitarian services

Major Suppliers/Customers:

## Bank Use Only

| Name/Entity Verification: | Address Verification: |
|---|---|
| Other Agreement | NONE |

BACC Reference Number:
NORECORD

| Document Filing Number/Description: | Filing Country: | Filing State: | Filing Date: | Expiration Date: |
|---|---|---|---|---|
| IRS EIN LETTER | | | | |

| Country of Registration: | State of Registration: | International Transactions: | Check Reporting: |
|---|---|---|---|
| US | GA | | NO RECORD |

Business Account Application

**Owner/Key Individual 1 Information**

| | |
|---|---|
| Customer Name: | Residence Address: |
| MARQUET ANTWAIN  BURGESS MATTOX EL | 2625 PIEDMONT  RD NE STE 56 |

| | | |
|---|---|---|
| Business Relationship: | | Address Line 2: |
| Key Executive with Control of the Entity | | |

| | | | |
|---|---|---|---|
| Position/Title: | Date of Birth: | Percent of Ownership: | Address Line 3: |
| | 03/19/1972 | 0.0 | |

| | | |
|---|---|---|
| Enterprise Customer Number (ECN): | City: | State: |
| 56107221823365 | ATLANTA | GA |

| | | | |
|---|---|---|---|
| Taxpayer Identification Number (TIN): | TIN Type: | ZIP/Postal Code: | Country: |
| 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 | SSN | 30324-5906 | US |

| | | |
|---|---|---|
| Primary ID Type: | Primary ID Description: | Country of Citizenship:    Permanently Resides in US: |
| DLIC | 033708972 | US |

| | | | |
|---|---|---|---|
| Primary ID St/Ctry/Prov: | Primary ID Issue Date: | Primary ID Expiration Date: | Check Reporting: |
| GA | 04/01/2017 | 03/19/2025 | NO RECORD |

| | |
|---|---|
| Secondary ID Type: | Secondary ID Description: |
| OTHR DC | WF DBC 0350 |

| | | |
|---|---|---|
| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: |
| | | 11/01/2020 |



2W02-001060509606-03

Page 3 of 5
Wells Fargo Confidential
028158

## Certificate of Authority

Each person who signs the "Certified/Agreed To" section of this Application certifies that:

**A. The Customer's use of any Wells Fargo Bank, N.A. ("Bank") deposit account, product or service will confirm the Customer's receipt of, and agreement to be bound by, the Bank's applicable fee and information schedule and account agreement that includes the Arbitration Agreement under which any dispute between the Customer and the Bank relating to the Customer's use of any Bank deposit account, product or service will be decided in an arbitration proceeding before a neutral arbitrator as described in the Arbitration Agreement and not by a jury or court trial.**

B. Each person who signs the "Certified/Agreed To" section of this Application or whose name, any applicable title and specimen signature appear in the "Authorized Signers - Signature Capture" section of this Application is authorized on such terms as the Bank may require to:

(1) Enter into, modify, terminate and otherwise in any manner act with respect to accounts at the Bank and agreements with the Bank or its affiliates for accounts and/or services offered by the Bank or its affiliates (other than letters of credit or loan agreements);

(2) Authorize (by signing or otherwise) the payment of Items from the Customer's account(s) listed on this Business Account Application (including without limitation any Item payable to (a) the individual order of the person who authorized the Item or (b) the Bank or any other person for the benefit of the person who authorized the Item) and the endorsement of Deposited Items for deposit, cashing or collection (see the Bank's applicable account agreement for the definitions of "Item" and "Deposited Item");

(3) Give instructions to the Bank in writing (whether the instructions include the manual signature or a signature that purports to be the facsimile or other mechanical signature including a stamp of an Authorized Signer as the Customer's authorized signature without regard to when or by whom or by what means or in what ink color the signature may have been made or affixed), orally, by telephone or by any electronic means in regard to any Item and the transaction of any business relating to the Customer's account(s), agreements or services, and the Customer shall indemnify and hold the Bank harmless for acting in accordance with such instructions; and

(4) Delegate the person's authority to another person(s) or revoke such delegation, in a separate signed writing delivered to the Bank.

C. If a code must be communicated to the Bank in order to authorize an Item, and the code is communicated, the Item will be binding on the Customer regardless of who communicated the code.

D. Each transaction described in this Certificate of Authority conducted by or on behalf of the Customer prior to delivery of this Certificate is in all respects ratified.

E. If the Customer is a tribal government or tribal government agency, the Customer waives sovereign immunity from suit with respect to the Customer's use of any Bank account, product or service referred to in this Certificate.

F. The information provided in this Application is correct and complete, each person who signs the "Certified/Agreed To" section of this Application and each person whose name appears in the "Authorized Signers-Signature Capture" section of this Application holds any position indicated, and the signature appearing opposite the person's name is authentic.

G. The Customer has approved this Certificate of Authority or granted each person who signs the "Certified/Agreed To" section of this Application the authority to do so on the Customer's behalf by:

(1) resolution, agreement or other legally sufficient action of the governing body of the Customer, if the Customer is not a trust or a sole proprietor;

(2) the signature of each of the Customer's trustee(s), if the Customer is a trust; or

(3) the signature of the Customer, if the Customer is a sole proprietor.

## Certified/Agreed To

Owner/Key Individual 1 Name

MARQUET ANTWAIN   BURGESS MATTOX EL

Position/Title:

Owner/Key Individual 1 Signature



☐ Submit manually
☐ Signature not required

Date:
03/02/2018

### Request for Taxpayer Identification Number and Certification

(Substitute Form W-9)

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. UNLESS I HAVE CHECKED ONE OF THE BOXES BELOW, I am not subject to backup withholding either because I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the IRS has notified me that I am no longer subject to backup withholding (does not apply to real estate transactions, mortgage interest paid, the acquisition or abandonment of secured property, contributions to an Individual Retirement Arrangement (IRA), and payment other than interest and dividends).

☐ I am subject to backup withholding          ☐ I am exempt from backup withholding

3. I am a U.S. citizen or other U.S. person.

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct. (Does not apply to U.S. based accounts)

**Note:** **The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

Tax Responsible Customer Name:

BURGESS MATTOX BEY INVESTMENT TRUST

Taxpayer Identification Number (TIN):

30-6497505

TIN Certification Signature:

☐ Submit manually
☐ Signature not required

Date:
03/02/2018

### Authorized Signers - Signature Capture

Authorized Signer 1 Name

MARQUET ANTWAIN  BURGESS MATTOX EL

Position/Title:

Authorized Signer 1 Signature

☐ Submit manually
☐ Signature not required

Date:
03/02/2018

2W02-001060509606-05

Wells Fargo Confidential
028160

# Business Platinum Savings

Account number: **6722673495** ■ March 2, 2018 - March 31, 2018 ■ Page 1 of 4



BURGESS MATTOX BEY INVESTMENT TRUST
2625 PIEDMONT RD NE # 56-507
ATLANTA GA 30324-3086

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (297)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Access complimentary resources and tools to help you create or revise your business plan - whether you're an experienced business owner or just starting out. Find out more at wellsfargoworks.com/plan.

 IMPORTANT ACCOUNT INFORMATION

The following addendum to the "Rights and responsibilities" section of the Business Account Agreement is effective April 30, 2018:

What happens upon the death or incompetence of a business owner?

Sole Proprietors Only:
We may accept and comply with court orders and legal documents, and take direction from affiants or court appointed personal representatives, guardians, or conservators from your state of residence, even if different than where your account was opened except as otherwise required by applicable law or court order. We may require additional documentation be provided to us before complying with the directions given by affiants or court appointed personal representatives, guardians, or conservators. We reserve the right to require U.S. court documents for customers who reside outside of the U.S. at time of incompetence or death.

For Non-Sole Proprietors:
Upon notification to the bank of the death or incompetence of a business owner, the business entity will provide documentation evidencing any change in the ownership or control of the entity following applicable legal formalities.

Account number:  **6722673495**  ■  March 2, 2018 - March 31, 2018  ■  Page 2 of 4



## Activity summary

| | |
|---|---|
| Beginning balance on 3/2 | $0.00 |
| Deposits/Credits | 2,572,920.99 |
| Withdrawals/Debits | - 380,877.08 |
| **Ending balance on 3/31** | **$2,192,043.91** |
| Average ledger balance this period | $2,373,447.39 |

Account number:  **6722673495**

**BURGESS MATTOX BEY INVESTMENT TRUST**

*Georgia account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  061000227

For Wire Transfers use
Routing Number (RTN):  121000248

## Interest summary

| | |
|---|---|
| Interest paid this statement | $1,137.22 |
| Average collected balance | $2,373,447.39 |
| Annual percentage yield earned | 0.58% |
| Interest earned this statement period | $1,137.22 |
| Interest paid this year | $1,137.22 |
| Total interest paid in 2017 | $0.00 |

The Special Pricing interest rate on your account expires  **06/05/2018** . At that time, your interest rate changes to the account's standard interest rate. For current standard interest rates on your account, please contact your local banker or call the number listed on your statement.

## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|
| 3/2 | Deposit Made In A Branch/Store | 2,571,783.77 | | 2,571,783.77 |
| 3/5 | Interest Payment | 6.34 | | |
| 3/5 | Transfer IN Branch/Store - to Burgess Mattox Bey Investment Trust DDA xxxxxx4976 2349 Cheshire Bridge Rd NE Atlanta GA | | 5,000.00 | 2,566,790.11 |
| 3/13 | Transfer IN Branch/Store - to Burgess Mattox Bey Investment Trust DDA xxxxxx4976 2349 Cheshire Bridge Rd NE Atlanta GA | | 200,000.00 | 2,366,790.11 |
| 3/16 | Transfer IN Branch/Store - to Burgess Mattox Bey Investment Trust DDA xxxxxx4976 1625 Indian Trail Rd Norcross GA | | 96,000.00 | 2,270,790.11 |
| 3/26 | Transfer IN Branch/Store - to Burgess Mattox Bey Investment Trust DDA xxxxxx4976 5505 Lawrenceville Hwy NW Lilburn GA | | 79,877.08 | 2,190,913.03 |
| 3/30 | Interest Payment | 1,130.88 | | 2,192,043.91 |
| **Ending balance on 3/31** | | | | 2,192,043.91 |
| **Totals** | | **$2,572,920.99** | **$380,877.08** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/02/2018 - 03/31/2018 | Standard monthly service fee $15.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. Your fee waiver is about to expire. You will need to meet the requirement(s) to avoid the monthly service fee.

028279

Account number: **6722673495** ■ March 2, 2018 - March 31, 2018 ■ Page 3 of 4



---



*Monthly service fee summary (continued)*

| | Minimum required | This fee period |
|---|---|---|
| **How to avoid the monthly service fee** | | |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $10,000.00 | $2,190,913.03 ☑ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
YG/YG

# ✔ IMPORTANT ACCOUNT INFORMATION

---

Important information about legal process fees.

The fee for legal order processing, which includes handling levies, writs, garnishments, and any other legal documents that require funds to be attached, remains $125. However, effective 2/16/18, the bank will assess no more than two legal process fees per account, per calendar month.      Please note, the calendar month may not coincide with your statement cycle.

---

It is a privilege to serve you. That is why we are committed to ensuring you understand how interest accrues and is paid on your account. Interest is calculated and accrued daily based on the daily collected balances in the account. While interest accrues daily, it is considered earned and will be paid only when the total interest accrued is $0.01 or more. In any month the amount of accrued interest is less than $0.01, periodic statements will show no interest earned though it continues to accrue.

If you have questions, please contact your local banker or call the phone number listed at the top of your statement. We appreciate your business and look forward to continuing to serve your financial needs.



Account number: **6722673495**  ■ March 2, 2018 - March 31, 2018  ■ Page 4 of 4



---

## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your            $ _____
register or transfers into              $ _____
your account which are not              $ _____
shown on your statement.            + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total amount $ | |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Business Platinum Savings

Account number:  **6722673495**  ■  April 1, 2018 - April 30, 2018  ■  Page 1 of 3



BURGESS MATTOX BEY INVESTMENT TRUST
2625 PIEDMONT RD NE # 56-507
ATLANTA GA 30324-3086

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (297)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Access complimentary resources and tools to help you create or revise your business plan - whether you're an experienced business owner or just starting out. Find out more at wellsfargoworks.com/plan.

### Activity summary

| | |
|---|---|
| Beginning balance on 4/1 | $2,192,043.91 |
| Deposits/Credits | 78.07 |
| Withdrawals/Debits | - 2,192,121.98 |
| **Closing balance on 4/3** | **$0.00** |
| | |
| Average ledger balance this period | $2,373,447.39 |

Account number:  **6722673495**

**BURGESS MATTOX BEY INVESTMENT TRUST**

*Georgia account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  061000227

For Wire Transfers use
Routing Number (RTN):  121000248

### Interest summary

| | |
|---|---|
| Interest paid this statement | $78.07 |
| Average collected balance | $2,192,043.91 |
| Annual percentage yield earned | 0.65% |
| Interest earned this statement period | $78.07 |
| Interest paid this year | $1,215.29 |

## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|
| 4/3 | Interest Payment | 78.07 | | |
| 4/3 | Transfer IN Branch/Store - to Burgess Mattox Bey Investment Trust DDA xxxxxx4976 5505 Lawrenceville Hwy NW Lilburn GA | | 71,584.00 | |

028282

Account number:  **6722673495**  ■  April 1, 2018 - April 30, 2018  ■  Page 2 of 3



### Transaction history  (continued)

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------------|---------------------|----------------------|
| 4/3 | Transfer IN Branch/Store – to Burgess Mattox Bey Investment Trust DDA xxxxxx4978 5505 Lawrenceville Hwy NW Lilburn GA | | 65,000.00 | |
| 4/3 | * Online Transfer to Burgess Mattox Bey Investment Trust Ref #lb04Fbxgj7 Business Checking Transfer to Business Checking | | 750,000.00 | |
| 4/3 | * Online Transfer to Burgess Mattox Bey Investment Trust Ref #lb04Fbdxzh Business Checking Transfer to Business Checking | | 750,000.00 | |
| 4/3 | * Online Transfer to Burgess Mattox Bey Investment Trust Ref #lb04Fbdxzh Business Checking Transfer to Business Checking and Closure | | 555,459.91 | |
| 4/3 | Withdrawal Made In A Branch/Store | | 78.07 | 0.00 |
| | Ending balance on 4/30 | | | 0.00 |
| **Totals** | | **$78.07** | **$2,192,121.98** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

\*   *Indicates transaction counts toward the Regulation D and Wells Fargo savings withdrawal and transfer limit. Except outgoing wire transfers, there is no limit on the number of withdrawals or transfers made in person at an ATM or Wells Fargo location or on any types of deposits. For more information, please refer to your Account Agreement.*

 IMPORTANT ACCOUNT INFORMATION

The following addendum to the "Rights and responsibilities" section of the Business Account Agreement is effective April 30, 2018:

What happens upon the death or incompetence of a business owner?

Sole Proprietors Only:
We may accept and comply with court orders and legal documents, and take direction from affiants or court appointed personal representatives, guardians, or conservators from your state of residence, even if different than where your account was opened except as otherwise required by applicable law or court order. We may require additional documentation be provided to us before complying with the directions given by affiants or court appointed personal representatives, guardians, or conservators. We reserve the right to require U.S. court documents for customers who reside outside of the U.S. at time of incompetence or death.

For Non-Sole Proprietors:
Upon notification to the bank of the death or incompetence of a business owner, the business entity will provide documentation evidencing any change in the ownership or control of the entity following applicable legal formalities.

028283

Account number:   **6722673495**   ■  April 1, 2018 - April 30, 2018   ■  Page 3 of 3



---

### General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

A. The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

B. Any deposits listed in your          $ _____
   register or transfers into           $ _____
   your account which are not           $ _____
   shown on your statement.           + $ _____

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
   (Add Parts A and B)

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount** $ |  |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

**eposit:**

WELLS
FARGO

heck One)    [ ] Checking   [✓] Savings   [ ] Money Market Access   [ ] Command

Account Number

72 26 73 495        Date 03-2-2018

Cash

ease print: Name        Bayess Mattix Rey Inviti

Total Checks
(include total from other side)   2571783. 77

Deposits may not be available
for immediate withdrawal.
See Delayed posting
Information
on reverse.
Two forms of ID may
be required.

Subtotal    2571783. 77

ease print: Street Address, City, State, Zip Code

Minus cash back _____

Please sign in the teller's presence for cash back.

Total $ 2571783. 77

X

nk Use Only (When SVT Is Not Available)       TLR8697 (04/16)  WF0117  80022275
ustomer Id:        Exp. date:        Token Verified (✓) ⊐       Approval:

⑈"0 7 2 2 6 0 6 0 8 ⑈"  ⑈: 5 0 0 0 0 0 3 7 7 ⑈:

CASH COUNT FOR BANK USE

TOTAL CHECKS

CHECKS

TOTAL $

X 1
X 2
X 10
X 20
X 50
X 100

ENTER THIS TOTAL ON FRONT

AMOUNT

REQUEST 00007267039000000 2571783.77
ROLL ECIA   20180302  000002287132545+
JOB ECIA  E  ACCT 2970006722673495
REQUESTOR A489247
20143827  07/10/2018 Research 20148438

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028068

# United States Treasury

15-51/000   P 598,278,211

Check No.



02 27 18 20091700   KANSAS CITY, MO   4038 26910615
000420485187     4038 26910615 I     20180431700000

Pay to
the order of

BURGESS MATTOX BEY INVESTMENT TR
ASIM EL BEY TTEE
% BURGESS MATTOX BEY TRUST
2625 PIEDMONT RD NE STE 56 # 507
ATLANTA GA 30324 5906

$*2571783*77

VOID AFTER ONE YEAR

REGIONAL DISBURSING OFFICER   007

MATT  CINCIN  12/2015  F-1041 REF  05
140,827.55 INT 147 DAYS

⑈4038⑈   ⑆000000518⑆   26910615⑈   050218

WARNING - DO NOT CASH CHECK WITHOUT
NOTING
HOLD TO LIGHT TO VERIFY WATERMARK
Forgery of endorsements on Treasury Checks is a Federal
crime. Maximum penalty is a $10,000 fine and ten years
imprisonment. (8-497)
U.S. TREASURY U.S. TREASURY U.S. TREASURY U.S.
WATERMARK
BURGESS MATTOX BEY INVESTMENT TRUST

REQUEST 00007267039000000 2571783.77
ROLL ECIA   20180302  000002287132546+
JOB ECIA E  ACCT 0000000269106156
REQUESTOR A489247
20143827  07/10/2018 Research 20148438

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028069

ithdrawal/Retiro:

5680

WELLS FARGO

eck One/ [ ] Checking/Cuenta de Cheques   [✓] Savings/Ahorros   [ ] Money Market Access   [ ] Command
etid una]

Account Number/
Número de cuenta

7 22673495          Date/Fecha  4/3/18

se print: Name -/ Letra de imprenta: Nombre

Burgess Mattox Bey Investment
Trust

se print: Street Address, City, State, Zip Code/ Letra de imprenta: Domicilio, Ciudad, Estado, Código Postal

I authorize this withdrawal from the account listed above./ Autorizo que el retiro de la cuenta mencionada arriba. **Please sign in teller's presence for cash back./** Hmo en la presencia del (de la) cajero(a) para el retiro de dinero en efectivo. **Two forms of ID may be required./** Se podrían requerir dos tipos de identificación.

X Burgess Mattox El Morquel

Seventy — eighty and 07/100 cents  $  78.07
Dollars

k Use Only (When SVT is Not Available)    TLR9230 (04/15)  WF0116  60313854
stomer Id:          Exp. date:        Token Verified ( ) [ ]    Approval:

II"5680II" I:500000694I:

REQUEST 00007267037000000 78.07
ROLL ECIA   20180403  000002282668682
JOB ECIA  E  ACCT 2970006722673495
REQUESTOR A489247
20143827  07/10/2018 Research 20148434

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

027880