# Consumer Account Application



| Bank Name: | | Branch Name: | |
|---|---|---|---|
| WELLS FARGO BANK, N.A. | | CHESHIRE BRIDGE | |

| Banker Name: | | Officer/Portfolio Number: | Date: |
|---|---|---|---|
| DEXTER JONES | | CG744 | 06/23/2017 |

| Banker Phone: | Branch Number: | Banker AU: | Banker MAC: |
|---|---|---|---|
| 404/348-1480 | 08061 | 0066768 | G0133-010 |

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## New Account Information

| Product Name: | Account Number: | Product: |
|---|---|---|
| Wells Fargo Everyday Checking | 6722242507 | DDA |

| Purpose of Account: | Minor: | COID: |
|---|---|---|
| Personal/Household | | 297 |

| New Account Kit: | Checking/Savings Bonus Offer Available: |
|---|---|
| CB-003530533 | NO |

| Certification of Trustee: | Reference Account Number: |
|---|---|
| New | New |

## Related Customers

| Customer Name: | Account Relationship: |
|---|---|
| BURGESS MATTOX BEY TRUST | Trust |
| MARQUET BURGESS MATTOX | Trustee (Sole) |

## Statement Mailing Information

| Customer(s) Listed on Statement: | Statement Mailing Address: | |
|---|---|---|
| BURGESS MATTOX BEY TRUST | 2625 PIEDMONT RD NE # 56-507 | |
| | Address Line 2: | |
| MARQUET BURGESS MATTOX TTE | | |
| | City: | State: |
| | ATLANTA | GA |
| | ZIP/Postal Code: | Country: |
| | 30324-3086 | US |





2W02-000840525843-01



GOVERNMENT EXHIBIT
10

Consumer Account Application

## Customer 1 Information

| Customer Name: | Street Address: |
|---|---|
| BURGESS MATTOX BEY TRUST | 2625 PIEDMONT RD NE # 56-507 |

| Customer Number (ECN): | Address Line 2: |
|---|---|
| 111943042055264 | |

| Account Relationship: | Address Line 3: |
|---|---|
| Trust | |

| Taxpayer Identification Number (TIN): | TIN Type: | Date of Birth: | City: | | | State: |
|---|---|---|---|---|---|---|
| 98-6078936 | EIN | | ATLANTA | | | GA |

| Primary ID Type: | Primary ID Description: | | ZIP/Postal Code: | Country: | Time at this address: | |
|---|---|---|---|---|---|---|
| | | | 30324-3086 | US | Year(s) | Month(s) |

| Primary ID St/Ctry/Prov: | Primary ID Issue Date: | Primary ID Expiration Date: | Directional Address: |
|---|---|---|---|
| | | | (Document when no physical residence, business or alternate street address.) |

| Secondary ID Type: | Secondary ID Description: | |
|---|---|---|
| | | |

| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: | Previous Street Address: |
|---|---|---|---|
| | | | |

| Home Phone: | Business Phone: | City: | | State: |
|---|---|---|---|---|
| | | | | |

| Current Employer: | ZIP/Postal Code: | Country: | Time at this address: | |
|---|---|---|---|---|
| | | | Year(s) | Month(s) |

| Check Reporting: | Country of Citizenship: |
|---|---|
| | |

## Customer 2 Information

| Customer Name: | Street Address: |
|---|---|
| MARQUET BURGESS MATTOX | 2625 PIEDMONT RD NE STE 56 |

| Customer Number (ECN): | Address Line 2: |
|---|---|
| 56107221823365 | |

| Account Relationship: | Address Line 3: |
|---|---|
| Trustee (Sole) | |

| Taxpayer Identification Number (TIN): | TIN Type: | Date of Birth: | City: | | | State: |
|---|---|---|---|---|---|---|
| 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 | SSN | 03/19/1972 | ATLANTA | | | GA |

| Primary ID Type: | Primary ID Description: | | ZIP/Postal Code: | Country: | Time at this address: | |
|---|---|---|---|---|---|---|
| DLIC | 033708972 | | 30324-5906 | US | Year(s) | Month(s) |

| Primary ID St/Ctry/Prov: | Primary ID Issue Date: | Primary ID Expiration Date: | Directional Address: |
|---|---|---|---|
| GA | 04/01/2017 | 03/19/2025 | (Document when no physical residence, business or alternate street address.) |

| Secondary ID Type: | Secondary ID Description: | |
|---|---|---|
| OTHR DC | WF DBC 0350 | |

| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: | Previous Street Address: |
|---|---|---|---|
| | | 11/01/2020 | |

| Home Phone: | Business Phone: | City: | | State: |
|---|---|---|---|---|
| | | | | |

| Current Employer: | ZIP/Postal Code: | Country: | Time at this address: | |
|---|---|---|---|---|
| KEMAHRA HOMES AND DEVELOPMENT | | | Year(s) | Month(s) |

| Check Reporting: | Country of Citizenship: |
|---|---|
| NO RECORD | US |



2W02-000840525843-02

Consumer Account Application

## Customer Signatures

Everything I have stated in this application is correct.  You are authorized to make any inquiries that you consider appropriate to determine if you should open or maintain the account. This may include ordering a credit report or other report (i.e. information from any motor vehicle department or other state agency) on me.  **I have received a copy of the applicable account agreement and the privacy policy (each may be amended from time to time) and agree to be bound by their terms.** I also agree to the terms of the dispute resolution program described in the foregoing agreements. **Under the dispute resolution program, our disputes will be decided before one or more neutral persons in an arbitration proceeding and not by a jury trial or a trial before a judge.**

Customer 1 Name

BURGESS MATTOX BEY TRUST

Customer 1 Signature

| | |
|---|---|
| ☐ Submit manually | Date: |
| ☒ Signature not required | 06/23/2017 |

Customer 2 Name

MARQUET BURGESS MATTOX

Customer 2 Signature

| | |
|---|---|
| ☐ Submit manually | Date: |
| ☐ Signature not required | 06/23/2017 |

# Wells Fargo Everyday Checking

Account number:  **6722242507**  ■  June 23, 2017 - July 25, 2017  ■  Page 1 of 4



BURGESS MATTOX BEY TRUST
MARQUET BURGESS MATTOX TTE
2625 PIEDMONT RD NE # 56-507
ATLANTA GA 30324-3086

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**  (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

華語 1-800-288-2288  *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (297)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Online Banking | ✓ | Direct Deposit | ☐ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ☐ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | ☐ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 6/23 | $0.00 |
| Deposits/Additions | 500.00 |
| Withdrawals/Subtractions | - 0.00 |
| **Ending balance on 7/25** | **$500.00** |

Account number:  **6722242507**

**BURGESS MATTOX BEY TRUST**
**MARQUET BURGESS MATTOX TTE**

*Georgia account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  061000227

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Account number:  **6722242507**  ■  June 23, 2017 - July 25, 2017  ■  Page 2 of 4



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 6/23 | | Deposit | 500.00 | | 500.00 |
| Ending balance on 7/25 | | | | | 500.00 |
| Totals | | | $500.00 | $0.00 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 06/23/2017 - 07/25/2017 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. Your fee waiver is about to expire. You will need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $500.00 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 0 ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($5.00 discount)     ☐

RC/RC

# ✓ IMPORTANT ACCOUNT INFORMATION

Periodically, it is necessary to update selected sections of the disclosures you received when you opened your account. These updates provide you with the most up to date account information and are very important; so please review this information carefully and feel free to contact us with any questions or concerns.

We updated the Consumer Account Agreement ("Agreement"). In the section titled "Available balance, posting order, and overdrafts," the following question about our standard overdraft coverage was added:

**What is Wells Fargo's standard overdraft coverage?**
Our standard overdraft coverage is when, at our discretion, we pay checks or automatic payments (such as ACH payments) into overdraft rather than returning them unpaid. You can request to remove our standard overdraft coverage from your account by speaking to a banker.

Important: If you remove our standard overdraft coverage from your account, the following will apply if you do not have enough money in your account or accounts linked for Overdraft Protection to cover a transaction:
- We will return your checks and automatic payments (such as ACH payments) and assess a non-sufficient funds/NSF returned item fee and you could be assessed additional fees by merchants.
- We will not authorize transactions such as ATM withdrawals or everyday debit card purchases into overdraft.

Account number: **6722242507**  ■  June 23, 2017 - July 25, 2017  ■  Page 3 of 4



- We will not authorize certain transactions (such as cashed checks, recurring debit card transactions, or Bill Pay transactions) into overdraft. However, if these transactions are authorized when your account has enough money but are later presented for payment when your account does not have enough money, we will pay the transaction into overdraft and charge an overdraft fee.

All other aspects of the Agreement remain the same. If there is a conflict between the language above and the Agreement, this language will control.

If you remove our standard overdraft coverage and your account is enrolled in Debit Card Overdraft Service, Debit Card Overdraft Service will be removed and we will not authorize transactions such as ATM withdrawals or everyday debit card purchases into overdraft.

To learn more about tools that Wells Fargo offers to help you avoid overdraft and/or returned item fees, visit wellsfargo.com/checking/overdraft-services, speak with a local banker or call the phone number on the top of your statement. Thank you for being a Wells Fargo customer. As a valued Wells Fargo customer we hope you find this information helpful.

Account number:   **6722242507**   ■   June 23, 2017 - July 25, 2017   ■   Page 4 of 4



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

A   **Enter the ending balance** on this statement.          $ _____

B   **List outstanding deposits and other credits** to your account that do not appear on this statement.   Enter the total   in the column to the right.

| Description | Amount |
|-------------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

+ $ _____

C   Add A and B to calculate the subtotal.                = $ _____

D   **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement.   Enter the total   in the column to the right.

| Number/Description | Amount |
|--------------------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

- $ _____

E   Subtract D from C to calculate the adjusted ending balance.   This amount should be the same as the current balance shown in your register.                = $ _____

## General statement policies for Wells Fargo Bank

■   **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.**   You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058.   Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation.   If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■   **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.   We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1.   Tell us your name and account number (if any).

2.   Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

3.   Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.   If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801          Member FDIC.



# Wells Fargo Everyday Checking

Account number: **6722242507** ■ July 26, 2017 - August 22, 2017 ■ Page 1 of 3



BURGESS MATTOX BEY TRUST
MARQUET BURGESS MATTOX TTE
2625 PIEDMONT RD NE # 56-507
ATLANTA GA 30324-3086

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-TO-WELLS**   (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語 1-800-288-2288   *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (297)
          P.O. Box 6995
          Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ☐ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | ☐ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 7/26 | $500.00 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 0.00 |
| **Ending balance on 8/22** | **$500.00** |

Account number:  6722242507

**BURGESS MATTOX BEY TRUST**
**MARQUET BURGESS MATTOX TTE**

Georgia account terms and conditions apply

For Direct Deposit use
Routing Number (RTN):  061000227

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

**Monthly service fee summary**

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 07/26/2017 - 08/22/2017 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

028191

Account number:   **6722242507**   ■   July 26, 2017 - August 22, 2017   ■   Page 2 of 3



---

### Monthly service fee summary (continued)

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee.  This is the final period with the fee waived. For the next fee period, you need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| ·  Minimum daily balance | $1,500.00 | $500.00 ☐ |
| ·  Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| ·  Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 0 ☐ |
| ·  The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($5.00 discount)          ☐

RC/RC

028192

Account number: **6722242507** ■ July 26, 2017 - August 22, 2017 ■ Page 3 of 3



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** Enter the ending balance on this statement.  $ _____

**B** List outstanding deposits and other credits to your account that do not appear on this statement. Enter the total in the column to the right.

| Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| Total | $ |

+ $ _____

**C** Add **A** and **B** to calculate the subtotal. = $ _____

**D** List outstanding checks, withdrawals, and other debits to your account that do not appear on this statement. Enter the total in the column to the right.

| Number/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total | $ |

- $ _____

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.

= $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801

Member FDIC. 

028193

# Wells Fargo Everyday Checking

Account number: **6722242507**  ■  August 23, 2017 - September 25, 2017  ■  Page 1 of 3



BURGESS MATTOX BEY TRUST
MARQUET BURGESS MATTOX TTE
2625 PIEDMONT RD NE STE 56-507
ATLANTA GA 30324-3086

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**  (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語 1-800-288-2288  *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (297)
          P.O. Box 6995
          Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our
company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these
convenient services with your account(s). Go to
wellsfargo.com or call the number above if you have
questions or if you would like to add new services.*

| | | | | |
|---|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ☐ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | ☐ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 8/23 | $500.00 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 10.00 |
| **Ending balance on 9/25** | **$490.00** |

Account number:  **6722242507**
**BURGESS MATTOX BEY TRUST**
**MARQUET BURGESS MATTOX TTE**
*Georgia account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  061000227

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements
please call the number listed on your statement or visit your Wells Fargo store.

Account number: **6722242507** ■ August 23, 2017 - September 25, 2017 ■ Page 2 of 3



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|------|------|------|------|
| 9/25 | | Monthly Service Fee | | 10.00 | 490.00 |
| Ending balance on 9/25 | | | | | 490.00 |
| Totals | | | $0.00 | $10.00 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the Wells   Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 08/23/2017 - 09/25/2017 | Standard monthly service fee $10.00 | You paid $10.00 |
|------|------|------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $500.00 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 0 ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($5.00 discount)         ☐
RD/RC

# ✓ IMPORTANT ACCOUNT INFORMATION

As part of our commitment to make things right, we have entered into a $142 million class action settlement related to the opening of unauthorized accounts.

If you believe Wells Fargo opened a checking, savings, credit card or line of credit account for you without your permission, or if you purchased identity theft protection from us, you may be entitled to compensation from this fund.

To find out more, go to www.WFSettlement.com or call 1-866-431-8549. You may be eligible for reimbursement of fees, compensation for potential impact on your credit, and an additional cash payment based on any money remaining in the fund after benefits and costs are paid out.

If you have specific questions about any of your accounts or services, please visit your Wells Fargo branch or call the toll-free number that appears on this statement. We realize you have a choice when it comes to banking. It is our privilege to be able to serve you.

028195

Account number: **6722242507** ■ August 23, 2017 - September 25, 2017 ■ Page 3 of 3



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

[A] **Enter the ending balance** on this statement.    $ _____

[B] **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount | |
|---|---|---|
|  | | |
|  | | |
|  | | |
|  | | |
| Total | $ | |

+ $ _____

[C] Add [A] and [B] to calculate the subtotal.    = $ _____

[D] **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount | |
|---|---|---|
|  | | |
|  | | |
|  | | |
|  | | |
|  | | |
|  | | |
|  | | |
|  | | |
|  | | |
|  | | |
|  | | |
|  | | |
|  | | |
|  | | |
|  | | |
|  | | |
|  | | |
|  | | |
| Total | $ | |

- $ _____

[E] **Subtract** [D] from [C] to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.

= $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801

Member FDIC. 

# Wells Fargo Everyday Checking

Account number:  **6722242507**  ■  September 26, 2017 - October 24, 2017  ■  Page 1 of 3



BURGESS MATTOX BEY TRUST
MARQUET BURGESS MATTOX TTE
2625 PIEDMONT RD NE STE 56-507
ATLANTA GA 30324-3086

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**   (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

華語 1-800-288-2288   *(8 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (297)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our
company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these
convenient services with your account(s). Go to
wellsfargo.com or call the number above if you have
questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ☐ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | ☐ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 9/26 | $490.00 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 10.00 |
| **Ending balance on 10/24** | **$480.00** |

Account number:  **6722242507**
**BURGESS MATTOX BEY TRUST**
**MARQUET BURGESS MATTOX TTE**
*Georgia account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 061000227

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements
please call the number listed on your statement or visit your Wells Fargo store.

(297)

028197

Account number:   **6722242507**   ▪ September 26, 2017 - October 24, 2017   ▪ Page 2 of 3



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|------|------|------|------|
| 10/24 | | Monthly Service Fee | | 10.00 | 480.00 |
| Ending balance on 10/24 | | | | | 480.00 |
| **Totals** | | | **$0.00** | **$10.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells    Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 09/26/2017 - 10/24/2017 | Standard monthly service fee $10.00 | You paid $10.00 |
|------|------|------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $490.00 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 0 ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($5.00 discount)          ☐

RC/RC

Account number:  **6722242507**  ■ September 26, 2017 - October 24, 2017  ■ Page 3 of 3



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** Enter the ending balance on this statement.    $ _____

**B** List outstanding deposits and other credits to your account that do not appear on this statement.  Enter the total in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** $ |  |

→ + $ _____

**C** Add **A** and **B** to calculate the subtotal.    = $ _____

**D** List outstanding checks, withdrawals, and other debits to your account that do not appear on this statement.  Enter the total in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** $ |  |

→ - $ _____

**E** Subtract **D** from **C** to calculate the adjusted ending balance.  This amount should be the same as the current balance shown in your register.    = $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058.  Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation.  If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801          Member FDIC. 

028199

# Wells Fargo Everyday Checking

Account number:   **6722242507**   ■   October 25, 2017 - November 22, 2017   ■   Page 1 of 4



BURGESS MATTOX BEY TRUST
MARQUET BURGESS MATTOX TTE
2625 PIEDMONT RD NE STE 56-507
ATLANTA GA 30324-3086

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**   (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

華語 1-800-288-2288   *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (297)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | | |
|---|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | | ☐ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | | ☐ |
| Online Statements | ✓ | Overdraft Protection | | ☐ |
| Mobile Banking | ☐ | Debit Card | | |
| My Spending Report | ✓ | Overdraft Service | | ☐ |

 **IMPORTANT ACCOUNT INFORMATION**

**Introducing Overdraft Rewind Starting November 7, 2017**

With this free account feature, the Bank will reevaluate transactions from the previous business day that resulted in an overdraft or returned item (non-sufficient funds/NSF) if we receive an electronic direct deposit to your account by 9:00 a.m. local time where your account is located (which is noted on your account statement). Direct deposits include your salary, pension, Social Security, or other regular monthly income electronically deposited through the Automated Clearing House (ACH) network by your employer or an outside agency. The Bank will calculate a new balance, including your pending electronic direct deposit (less any pending debits), and may reverse the overdraft or returned item decisions and waive the associated fees from the previous business day if your electronic direct deposit will cover them. Overdraft Protection transfers/advances and the associated fees from the prior business day are not reversed with Overdraft Rewind. Other deposits, such as check(s), cash, or account transfers are not included in Overdraft Rewind.

Set up direct deposit for a safe and easy way to have your payroll or benefit checks automatically deposited into your account.

Go to wellsfargo.com/checking/overdraft-rewind for more details.

Account number:  **6722242507**  ■  October 25, 2017 - November 22, 2017  ■  Page 2 of 4



## Activity summary

| | |
|---|---|
| Beginning balance on 10/25 | $480.00 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 10.00 |
| **Ending balance on 11/22** | **$470.00** |

Account number:  **6722242507**

**BURGESS MATTOX BEY TRUST**
**MARQUET BURGESS MATTOX TTE**

*Georgia account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  061000227

### Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 11/22 | | Monthly Service Fee | | 10.00 | 470.00 |
| **Ending balance on 11/22** | | | | | 470.00 |
| **Totals** | | | **$0.00** | **$10.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 10/25/2017 - 11/22/2017 | Standard monthly service fee $10.00 | You paid $10.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $480.00 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 0 ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($5.00 discount)   ☐
RC/RC

028201

Account number: **6722242507**   ■ October 25, 2017 - November 22, 2017   ■ Page 3 of 4



 **IMPORTANT ACCOUNT INFORMATION**

**New limits on Fees**

Effective November 6, 2017, we will waive overdraft or returned item (Non-Sufficient Fund/NSF) fees on any transactions that are $5 or less, regardless of your ending account balance. We will continue to waive overdraft fees on all posted transactions if both your ending daily account balance and your available balance are overdrawn by $5 or less and there are no items returned for non-sufficient funds after all transactions have posted.

028202

Account number:  **6722242507**  ■ October 25, 2017 – November 22, 2017  ■ Page 4 of 4



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

[A] **Enter the ending balance** on this statement.     $ _____

[B] **List outstanding deposits and other credits** to your account that do not appear on this statement. Enter the total in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

+ $ _____

[C] Add [A] and [B] to calculate the subtotal.   = $ _____

[D] **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. Enter the total in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

– $ _____

[E] **Subtract** [D] from [C] to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.     = $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801     Member FDIC. 

# Wells Fargo Everyday Checking

Account number:  **6722242507**  ■  November 23, 2017 - December 22, 2017  ■  Page 1 of 3



BURGESS MATTOX BEY TRUST
MARQUET BURGESS MATTOX TTE
2625 PIEDMONT RD NE STE 56-507
ATLANTA GA 30324-3086

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**  (1-800-869-3557)

*TTY:* 1-800-877-4833

*En español:* 1-877-727-2932

華語 1-800-288-2288  *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (297)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Online Banking | ✓ | Direct Deposit | ☐ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---:|
| Beginning balance on 11/23 | $470.00 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 10.00 |
| **Ending balance on 12/22** | **$460.00** |

Account number:  **6722242507**

BURGESS MATTOX BEY TRUST
MARQUET BURGESS MATTOX TTE

*Georgia account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  061000227

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Account number:  **6722242507**  ■ November 23, 2017 - December 22, 2017  ■ Page 2 of 3



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 12/22 | | Monthly Service Fee | | 10.00 | 480.00 |
| Ending balance on 12/22 | | | | | 460.00 |
| **Totals** | | | **$0.00** | **$10.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 11/23/2017 - 12/22/2017 | Standard monthly service fee $10.00 | You paid $10.00 |
|-------------------------------------|--------------------------------------|------------------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $470.00 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 0 ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($5.00 discount)            ☐
RD/RC

# ☑ IMPORTANT ACCOUNT INFORMATION

If you currently receive online statements, starting in March, we will consider your statement delivered to you when it has been posted to wellsfargo.com. Your online account statement will be made available through Wells Fargo Online® Banking 24 - 48 hours after the end of your statement period. We will continue to notify you when your statement becomes available via the email address you provided. If you receive paper statements, we will continue to send your statements through U.S. Mail.

If you would like to change your delivery preference, sign on at wellsfargo.com or the Wells Fargo mobile app and go to Update Contact Information or call us at 1-800-956-4442, 24 hours a day, 7 days a week.

028205

Account number:   **6722242507**   ■ November 23, 2017 - December 22, 2017   ■ Page 3 of 3



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

A  **Enter the ending balance** on this statement.　　　　$ |_____|

B  **List outstanding deposits and other credits** to your account that do not appear on this statement.   Enter the total  in the column to the right.

| Description | Amount | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **Total** | $ | |

　　　　　　　　　　　　　　　　　　　　　　+ $ |_____|

C  Add A and B to calculate the subtotal.　= $ |_____|

D  **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement.   Enter the total  in the column to the right.

| Number/Description | Amount | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total** | $ | |

　　　　　　　　　　　　　　　　　　　　　　- $ |_____|

E  Subtract D from C to calculate the adjusted ending balance.  This amount should be the same as the current balance shown in your register.　　　　　　　　　　　　= $ |_____|

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.**  You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058.  Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation.  If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  1. Tell us your name and account number (if any).
  2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
  3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801　　　Member FDIC. 

# Wells Fargo Everyday Checking

Account number: **6722242507** ■ December 23, 2017 - January 24, 2018 ■ Page 1 of 3



BURGESS MATTOX BEY TRUST
MARQUET BURGESS MATTOX TTE
2625 PIEDMONT RD NE STE 56-507
ATLANTA GA 30324-3086

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**  (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語 1-800-288-2288  *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (297)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ✓ |
| Online Statements | ✓ | Overdraft Protection | ✓ |
| Mobile Banking | ☐ | Debit Card | ☐ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 12/23 | $460.00 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 10.00 |
| **Ending balance on 1/24** | **$450.00** |

Account number: 6722242507

**BURGESS MATTOX BEY TRUST**
**MARQUET BURGESS MATTOX TTE**

*Georgia account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 061000227

**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

028207

Account number:  **6722242507**  ▪ December 23, 2017 – January 24, 2018  ▪ Page 2 of 3



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 1/24 | | Monthly Service Fee | | 10.00 | 450.00 |
| Ending balance on 1/24 | | | | | 450.00 |
| **Totals** | | | **$0.00** | **$10.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 12/23/2017 – 01/24/2018 | Standard monthly service fee $10.00 | You paid $10.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $480.00 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 0 ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($5.00 discount)       ☐
RC/RC

# ☑ IMPORTANT ACCOUNT INFORMATION

---

**Important information about legal process fees.**

The fee for legal order processing, which includes handling levies, writs, garnishments, and any other legal documents that require funds to be attached, remains $125. However, effective 2/16/18, the bank will assess no more than two legal process fees per account, per calendar month.    Please note, the calendar month may not coincide with your statement cycle.

028208

Account number: **6722242507** ■ December 23, 2017 – January 24, 2018 ■ Page 3 of 3



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.                 $ _____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement.  Enter the total in the column to the right.

| Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| **Total** | $ |

                                                                                  + $ _____

**C** Add **A** and **B** to calculate the subtotal.         = $ _____

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement.  Enter the total in the column to the right.

| Number/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total** | $ |

                                                                                  - $ _____

**E** **Subtract D from C** to calculate the adjusted ending balance.  This amount should be the same as the current balance shown in your register.                 = $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.**  You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058.  Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation.  If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.



©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801          Member FDIC.

# Wells Fargo Everyday Checking

Account number: **6722242507** ■ January 25, 2018 - February 23, 2018 ■ Page 1 of 4



BURGESS MATTOX BEY TRUST
MARQUET BURGESS MATTOX TTE
2625 PIEDMONT RD NE STE 56-507
ATLANTA GA 30324-3086

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**   (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

華語 1-800-288-2288   *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (297)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our
company and look forward to continuing to serve you with your financial needs.

### Account options

*A check mark in the box indicates you have these
convenient services with your account(s). Go to
wellsfargo.com or call the number above if you have
questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ☐ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | ☐ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

### Activity summary

| | |
|---|---|
| Beginning balance on 1/25 | $450.00 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 310.00 |
| **Ending balance on 2/23** | **$140.00** |

Account number:  **6722242507**

**BURGESS MATTOX BEY TRUST
MARQUET BURGESS MATTOX TTE**

*Georgia account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  061000227

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements
please call the number listed on your statement or visit your Wells Fargo store.

(297)

028210

Account number:   **6722242507**   ■   January 25, 2018 - February 23, 2018   ■   Page 2 of 4



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 2/12 | | Purchase Bank Check OR Draft | | 300.00 | 150.00 |
| 2/23 | | Monthly Service Fee | | 10.00 | 140.00 |
| **Ending balance on 2/23** | | | | | **140.00** |
| **Totals** | | | **$0.00** | **$310.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 01/25/2018 - 02/23/2018 | Standard monthly service fee $10.00 | You paid $10.00 |
|-------------------------------------|-------------------------------------|------------------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $150.00 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 0 ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($5.00 discount)       ☐
RC/RC

## ☑ IMPORTANT ACCOUNT INFORMATION

Reminder about effect of pending debit card transactions on your account

For each debit card transaction, we place an authorization hold on your account and track the "pending" transaction until the merchant sends the final payment instruction to the bank. We receive final payment instructions for most transactions within one to two business days, but we generally must release the authorization hold after three business days. While pending, these transactions reduce your available balance. If transactions are presented for payment when your account has an insufficient available balance, you may be charged overdraft and/or insufficient fund (NSF) fees on those transactions. The bank will assess no more than three (3) $35 overdraft and/or NSF fees per day.

To help you manage your account balance and avoid overdrafts, we recently enhanced our balance alert by including a new automatic "zero balance" feature for customers who are enrolled in online banking. When you make a purchase or the bank receives incoming transactions such as checks or recurring automatic payments that bring your account balance, as reflected in the bank's records, to zero or negative, we will send an alert to your email. You may also request the alert be sent to you via a text message or push message to any cell phone you specify. If you make a covering deposit or transfer of immediately available funds before we start our nightly processing of transactions, you can avoid overdraft and NSF fees. You can also easily check your available balance online or via mobile banking prior to making a purchase to avoid initiating transactions that result in overdraft or NSF fees. Keep in mind that your available balance does not include transactions that we don't know about yet, for example checks you have just written or the automatic payments you have previously authorized.

Account number:  **6722242507**  ■  January 25, 2018 – February 23, 2018  ■  Page 3 of 4



**Important Information about legal process fees.**

The fee for legal order processing, which includes handling levies, writs, garnishments, and any other legal documents that require funds to be attached, remains $125. However, effective 2/16/18, the bank will assess no more than two legal process fees per account, per calendar month.    Please note, the calendar month may not coincide with your statement cycle.

Account number:  **6722242507**  ■  January 25, 2018 – February 23, 2018  ■  Page 4 of 4



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

[A]  **Enter the ending balance** on this statement.   $ _____

[B]  **List outstanding deposits and other credits** to your account that do not appear on this statement.  Enter the total in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

+ $ _____

[C]  Add [A] and [B] to calculate the subtotal.   = $ _____

[D]  **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement.  Enter the total in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

- $ _____

[E]  Subtract [D] from [C] to calculate the adjusted ending balance.  This amount should be the same as the current balance shown in your register.

= $ _____

## General statement policies for Wells Fargo Bank

■  **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■  **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can. If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801



Member FDIC.

# Wells Fargo Everyday Checking

Account number: **6722242507**  ■ February 24, 2018 - March 22, 2018  ■ Page 1 of 3



BURGESS MATTOX BEY TRUST
MARQUET BURGESS MATTOX TTE
2625 PIEDMONT RD NE STE 56-507
ATLANTA GA 30324-3086

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**  (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

華語 1-800-288-2288  *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (297)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our
company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these
convenient services with your account(s). Go to
wellsfargo.com or call the number above if you have
questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ☐ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | ☐ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 2/24 | $140.00 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 10.00 |
| **Ending balance on 3/22** | **$130.00** |

Account number:  **6722242507**

**BURGESS MATTOX BEY TRUST**
**MARQUET BURGESS MATTOX TTE**

*Georgia account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  061000227

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements
please call the number listed on your statement or visit your Wells Fargo store.

Account number:  **6722242507**  ■ February 24, 2018 - March 22, 2018  ■ Page 2 of 3



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------|-------------|---------|-----------|---------|
| 3/22 | | Monthly Service Fee | | 10.00 | 130.00 |
| Ending balance on 3/22 | | | | | 130.00 |
| **Totals** | | | **$0.00** | **$10.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 02/24/2018 - 03/22/2018 | Standard monthly service fee $10.00 | You paid $10.00 |
|------|------|------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $140.00 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 0 ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($5.00 discount)         ☐
RD/RC

# ☑ IMPORTANT ACCOUNT INFORMATION

**Important information about legal process fees.**

The fee for legal order processing, which includes handling levies, writs, garnishments, and any other legal documents that require funds to be attached, remains $125. However, effective 2/16/18, the bank will assess no more than two legal process fees per account, per calendar month.    Please note, the calendar month may not coincide with your statement cycle.

Visit Wells Fargo Online Banking to track your progress toward avoiding the monthly service fee* with 10 posted debit card purchases/payments. Select Debit Card Activity on the Account Activity page in Wells Fargo Online Banking to see how many posted debit card purchases/payments have been made in the fee period, plus how many are still needed to avoid the monthly service fee.

*Available for Everyday Checking, Way2Save Checking and Opportunity Checking accounts.

028215

Account number: **6722242507**   ■   February 24, 2018 - March 22, 2018   ■   Page 3 of 3



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

| A | Enter the ending balance on this statement. | $ _____ |

| B | List outstanding deposits and other credits to your account that do not appear on this statement. Enter the total in the column to the right.

| Description | Amount |
|-------------|--------|
|             |        |
|             |        |
|             |        |
|             |        |
|             |        |
| **Total** | **$** |

   + $ _____

| C | Add | A | and | B | to calculate the subtotal.   = $ _____

| D | List outstanding checks, withdrawals, and other debits to your account that do not appear on this statement. Enter the total in the column to the right.

| Number/Description | Amount |
|--------------------|--------|
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
| **Total** | **$** |

- $ _____

| E | Subtract | D | from | C | to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.   = $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801          Member FDIC. 

# Wells Fargo Portfolio Checking

Account number:  **6722242507**  ■  March 23, 2018 - April 3, 2018  ■  Page 1 of 3



BURGESS MATTOX BEY TRUST
MARQUET BURGESS MATTOX TTE
2625 PIEDMONT RD NE STE 56-507
ATLANTA GA 30324-3086

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**   (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

華語 1-800-288-2288   *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (297)
P.O. Box 6995
Portland, OR  97228-6995

You are receiving this statement because you have requested to have this account linked to the PMA Package. The information you currently receive will not change but will now be combined with the PMA statement. We hope you will enjoy this new convenience and "greener" approach.

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | ☐ |
| My Spending Report | ✓ | Overdraft Service | ✓ |

## Activity summary

| | |
|---|---|
| Beginning balance on 3/23 | $130.00 |
| Deposits/Additions | 26,917.88 |
| Withdrawals/Subtractions | - 0.00 |
| **Ending balance on 4/3** | **$27,047.88** |

Account number:  **6722242507**
**BURGESS MATTOX BEY TRUST**
**MARQUET BURGESS MATTOX TTE**
*Georgia account terms and conditions apply*
For Direct Deposit use
Routing Number (RTN):  061000227

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

(297)

028217

Account number: **6722242507** ■ March 23, 2018 - April 3, 2018 ■ Page 2 of 3



## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.00 |
| Average collected balance | $27,047.88 |
| Annual percentage yield earned | 0.04% |
| Interest earned this statement period | $0.03 |
| Interest paid this year | $0.00 |

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 4/3 | | Deposit Made In A Branch/Store | 1,917.88 | | |
| 4/3 | | Deposit Made In A Branch/Store | 25,000.00 | | 27,047.88 |
| **Ending balance on 4/3** | | | | | 27,047.88 |
| **Totals** | | | **$26,917.88** | **$0.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

 IMPORTANT ACCOUNT INFORMATION

The following addendum to the "Your account ownership" section of the Consumer Account Agreement under the question "What if an account owner or authorized signer is declared incompetent or dies?" is effective April 30, 2018:

We may accept and comply with court orders and legal documents, and take direction from affiants or court appointed personal representatives, guardians, or conservators from your state of residence, even if different than where your account was opened except as otherwise required by applicable law or court order. We may require additional documentation be provided to us before complying with the directions given by affiants or court appointed personal representatives, guardians, or conservators. We reserve the right to require U.S. court documents for customers who reside outside of the U.S. at time of incompetence or death.

Important information about the Wells Fargo Rewards® Program Terms and Conditions for the Wells Fargo Propel American Express® Card. These changes are effective June 23, 2018. These changes do not impact the Wells Fargo Propel 365 American Express® Card or Wells Fargo Propel World American Express® Card.

You will no longer earn a relationship bonus on your Wells Fargo Propel American Express Card. If you own a Wells Fargo consumer checking, savings or Portfolio by Wells Fargo® account the last day you will earn your relationship bonus will be May 31, 2018. You will receive your last relationship bonus payout no later than June 24, 2018.

Points earned on this credit card account will not expire as long as this credit card account remains open.

Account number:    **6722242507**    ■ March 23, 2018 - April 3, 2018    ■ Page 3 of 3



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** Enter the ending balance on this statement.    $ _____ | _____

**B** List outstanding deposits and other credits to your account that do not appear on this statement. Enter the total in the column to the right.

| Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| **Total** | $ |

+ $ _____ | _____

**C** Add **A** and **B** to calculate the subtotal.    = $ _____ | _____

**D** List outstanding checks, withdrawals, and other debits to your account that do not appear on this statement. Enter the total in the column to the right.

| Number/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total** | $ |

- $ _____ | _____

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.    = $ _____ | _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).

2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801    Member FDIC.



028219



# Portfolio By Wells Fargo®

Questions? Please contact us:

**Wells Fargo Premier Banking Team** SM
Available 24 hours a day, 7 days a week
Telecommunications Relay Services calls accepted
*Phone:* **1-800-742-4932** , *TTY:* 1-800-600-4833
*Spanish:* 1-877-727-2932
華語 1-800-288-2288 (6 am to 7 pm PT, M-F)

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR 97228-6995

BURGESS MATTOX BEY TRUST
MARQUET BURGESS MATTOX TTE
2625 PIEDMONT RD NE STE 56-507
ATLANTA GA 30324-3086

## April 30, 2018

| | |
|---|---|
| **Total assets:** | **$27,048.91** |
| Last month: | $0.00 |
| Change in $: | $27,048.91 |
| Change in %: | 100.00% |
| | |
| **Total liabilities:** | **$0.00** |
| Last month: | $0.00 |
| Change in $: | $0.00 |
| Change in %: | 0.00% |
| | |
| Qualifying Balance : | $27,048.91 |
| Deposit Balance : | $27,048.91 |

### Contents

Overview. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
Wells Fargo Portfolio Checking. . . . . . . . . . . . . . . . 3

(297)

028220



April 4, 2018 – April 30, 2018 ■ Page 2 of 5

# Your Portfolio by Wells Fargo overview

## Assets

| Account   (Account Number) | Percent of total | Balance last month ($) | Balance this month ($) | Increase/ decrease ($) | Percent change |
|---|---|---|---|---|---|
| Wells Fargo Portfolio Checking   (6722242507) | 100% | 0.00 | 27,048.91 | 27,048.91 | 100.00% |
| **Total assets** | | **$0.00** | **$27,048.91** | **$27,048.91** | **100.00%** |

Total asset allocation (by account type)



Checking/ Prepaid: 100%

## Interest, dividends and other income

The information below should not be used for tax planning purposes.

| Account | This month | This year |
|---|---|---|
| Wells Fargo Portfolio Checking   (6722242507) | | 1.03 |
| **Total interest, dividends and other income** | **$0.00** | **$1.03** |

**Important Account Information**

"Your Portfolio by Wells Fargo overview" section of your statement is provided for informational and convenience purposes. The balances in the Overview section may not match your statement of record for credit and brokerage products due to differences in statement periods between this statement and the statement for your credit and/or brokerage products. The Overview shows activity and information from (1) deposit, credit, trust and foreign exchange accounts with Wells Fargo Bank, N.A., and (2) brokerage accounts with Wells Fargo Clearing Services, LLC, Wells Fargo Advisors Financial Network, LLC, Wells Fargo Securities, LLC, (Members SIPC); brokerage accounts are carried and cleared through Wells Fargo Clearing Services, LLC; (3) Wells Fargo Funds Management, LLC provides investment advisory and administrative services for Wells Fargo Funds; other affiliates provide subadvisory and other services for the Funds; and (4) insurance products offered through non-bank insurance agency affiliates of Wells Fargo & Company and underwritten by unaffiliated insurance companies.

Deposit products offered by Wells Fargo Bank, N.A. Member FDIC.

Please Note: Some benefits for accounts linked to your Portfolio by Wells Fargo program begin in the month following the open date of your Portfolio by Wells Fargo program. For example, if you open a new Portfolio by Wells Fargo program or link existing accounts to a new Portfolio by Wells Fargo program on May 15, 2018, not all benefits are available until June 1, 2018. Please see pages 7 and 8 of the Consumer Account Fee and Information Schedule for a detailed list of benefits.



# Wells Fargo Portfolio Checking

## Activity summary

| | |
|---|---|
| Balance on 4/4 | 27,047.88 |
| Deposits/Additions | 1.03 |
| Withdrawals/Subtractions | - 0.00 |
| **Balance on 4/30** | **$27,048.91** |

Account number: **6722242507**

**BURGESS MATTOX BEY TRUST**
**MARQUET BURGESS MATTOX TTE**

*Wells Fargo Bank, N.A. (Member FDIC)*

*GEORGIA account terms and conditions apply*

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

## Interest you've earned

| | |
|---|---|
| Interest paid on 4/30 | $1.03 |
| Interest earned this month | $1.00 |
| Average collected balance this month | $27,047.88 |
| Annual percentage yield earned | 0.05% |
| Interest paid this year | $1.03 |

## Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| | Beginning balance on 4/4 | | | | 27,047.88 |
| 4/30 | Interest Payment | | 1.03 | | 27,048.91 |
| | Ending balance on 4/30 | | | | 27,048.91 |
| **Totals** | | | **$1.03** | **$0.00** | |

---

### Important Account Information

The following addendum to the "Your account ownership" section of the Consumer Account Agreement under the question "What if an account owner or authorized signer is declared incompetent or dies?" is effective April 30, 2018:

We may accept and comply with court orders and legal documents, and take direction from affiants or court appointed personal representatives, guardians, or conservators from your state of residence, even if different than where your account was opened except as otherwise required by applicable law or court order. We may require additional documentation be provided to us before complying with the directions given by affiants or court appointed personal representatives, guardians, or conservators. We reserve the right to require U.S. court documents for customers who reside outside of the U.S. at time of incompetence or death.



➠ **Wells Fargo Portfolio Checking**   (continued)

**Important Account Information**

Important information about the Wells Fargo Rewards® Program Terms and Conditions for the Wells Fargo Propel American Express® Card. These changes are effective June 23, 2018. These changes do not impact the Wells Fargo Propel 365 American Express® Card or Wells Fargo Propel World American Express® Card.

You will no longer earn a relationship bonus on your Wells Fargo Propel American Express Card. If you own a Wells Fargo consumer checking, savings or Portfolio by Wells Fargo® account the last day you will earn your relationship bonus will be May 31, 2018. You will receive your last relationship bonus payout no later than June 24, 2018.

Points earned on this credit card account will not expire as long as this credit card account remains open.

**Important Account Information**

REMINDER: As described in the Consumer Account Fee & Information Schedule provided to you when you opened your Portfolio by Wells Fargo, you must maintain at least $10,000 in qualifying balances in your Portfolio by Wells Fargo program by the end of the second statement period after your Portfolio by Wells Fargo program was opened. If you do not meet this requirement, your Portfolio by Wells Fargo program will be terminated, all your accounts will be delinked from your Portfolio by Wells Fargo program and your Wells Fargo Portfolio Checking account will be converted to a non-interest earning checking account with a lower monthly service fee and balance requirements. For additional details, please consult the Consumer Account Fee and Information Schedule and applicable addenda accessible at https://www.wellsfargo.com/wfonline/consumer_deposit_acct_fee.

Deposit products offered by Wells Fargo Bank, N.A. Member FDIC.

**Important Account Information**

As a reminder, Portfolio by Wells Fargo monthly service fees are calculated using the combined month end balances of all qualifying accounts linked to your Portfolio by Wells Fargo relationship. If you do not meet the minimum balance requirements*, the standard monthly service fee of $30 will be assessed to your primary checking account on the 3rd business day following month end. This fee will appear in the transaction history section for the primary checking account on your next month end statement.

*$25,000 in any combination of qualifying linked bank deposit accounts (checking, savings, time accounts (CDs) FDIC-Insured IRAs) or $50,000 in any combination of qualifying linked bank, brokerage (available through our brokerage affiliate Wells Fargo Advisors and credit balances (including 10% of mortgage balances, certain mortgages not eligible).

Deposit products offered by Wells Fargo Bank, N.A. Member FDIC.



## Worksheet to balance your checking account

**1.** Go through your check register and mark each check (this includes cancelled, converted and substitute checks that may appear on your statement), withdrawal, ATM transaction, payment, deposit or other credit listed in the "Transaction history" section of your statement. Be sure your register shows any interest or dividends paid into your account and any service charges, automatic payments or transfers withdrawn from your account during this statement period.

**2.** Using the chart below, list any outstanding, converted or substitute checks, as well as any ATM withdrawals, payments or any other withdrawals (including any from previous months) which are not shown on your register but are not shown on your statement.

**3.** Balance your account by filling in the spaces below.

**➡ ENTER**
**A** The "ending balance" shown on your statement                    $ _____

**➡ ADD**
**B** Any deposits listed in your register or transfers into your account which are not shown on your statement

$ _____
$ _____
$ _____
$ _____
$ _____  ➡ $ _____

**➡ CALCULATE SUBTOTAL**
(Add parts **A** and **B** )                    $ _____

**➡ SUBTRACT**
**C** Total of outstanding checks and withdrawals from the chart at right                    - $ _____

**➡ CALCULATE ENDING BALANCE**
(Part **A** + Part **B** - Part **C** )
This amount should be the same as the current balance shown in your check register.                    $ _____

| Items outstanding | |
|---|---|
| **Check number** | **Amount** |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | **$** |

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **Checking account information.** After balancing your checking account, **please report any differences to us as soon as possible but no later than within 30 days.** Special provisions, including a reporting period of up to 60 days, apply if the difference involves an electronic funds transfer. These provisions are explained below.

■ In case of errors or questions about your electronic transfers, telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).

2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ Deposit and credit products offered by Wells Fargo Bank, N.A., Member FDIC.

©2012 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801





# Portfolio By Wells Fargo®

Questions? Please contact us:

**Wells Fargo Premier Banking Team** *SM*
Available 24 hours a day, 7 days a week
Telecommunications Relay Services calls accepted
*Phone:* **1-800-742-4932** , *TTY:* 1-800-600-4833
*Spanish:* 1-877-727-2932
華語 1-800-288-2288 (6 am to 7 pm PT, M-F)

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR 97228-6995

BURGESS MATTOX BEY TRUST
MARQUET BURGESS MATTOX TTE
1075 PEACHTREE ST NW STE 3650
ATLANTA GA 30309-3934

## May 31, 2018

| | |
|---|---|
| **Total assets:** | **$27,050.06** |
| Last month: | $27,048.91 |
| Change in $: | $1.15 |
| Change in %: | 0.00% |
| **Total liabilities:** | **$0.00** |
| Last month: | $0.00 |
| Change in $: | $0.00 |
| Change in %: | 0.00% |
| Qualifying Balance : | **$27,050.06** |
| Deposit Balance : | **$27,050.06** |

### Contents
Overview. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
Wells Fargo Portfolio Checking. . . . . . . . . . . . . . . 4

(297)
276181

028225



# Your Portfolio by Wells Fargo overview

## Assets

| Account   (Account Number) | Percent of total | Balance last month ($) | Balance this month ($) | Increase/ decrease ($) | Percent change |
|---|---|---|---|---|---|
| Wells Fargo Portfolio Checking   (6722242507) | 100% | 27,048.91 | 27,050.06 | 1.15 | 0.00% |
| **Total assets** | | **$27,048.91** | **$27,050.06** | **$1.15** | **0.00%** |

Total asset allocation (by account type)



Checking/ Prepaid: 100%

## Interest, dividends and other income

The information below should not be used for tax planning purposes.

| Account | This month | This year |
|---|---|---|
| Wells Fargo Portfolio Checking   (6722242507) | 1.15 | 2.18 |
| **Total interest, dividends and other income** | **$1.15** | **$2.18** |

---

**Important Account Information**

Beginning July 11, 2018, a Portfolio by Wells Fargo relationship can only have one primary Wells Fargo Portfolio Checking account linked to the program. Any additional checking accounts that may be designated as a primary account in the program (Wells Fargo Portfolio Checking or Wells Fargo Prime Checking) and are linked to a Portfolio by Wells Fargo program will be converted to a Wells Fargo Preferred Checking account and remain linked to your Portfolio by Wells Fargo program. Please see the Consumer Fee and Information Schedule for more information about the Wells Fargo Preferred Checking account which can be found at wellsfargo.com/online-banking/consumer-account-fees.

028226



**WELLS FARGO**

➡ **Your Portfolio by Wells Fargo   overview   (continued)**

---

**Important Account Information**

"Your Portfolio by Wells Fargo overview" section of your statement is provided for informational and convenience purposes. The balances in the Overview section may not match your statement of record for credit and brokerage products due to differences in statement periods between this statement and the statement for your credit and/or brokerage products. The Overview shows activity and information from (1) deposit, credit, trust and foreign exchange accounts with Wells Fargo Bank, N.A., and (2) brokerage accounts with Wells Fargo Clearing Services, LLC, Wells Fargo Advisors Financial Network, LLC, Wells Fargo Securities, LLC, (Members SIPC); brokerage accounts are carried and cleared through Wells Fargo Clearing Services, LLC; (3) Wells Fargo Funds Management, LLC provides investment advisory and administrative services for Wells Fargo Funds; other affiliates provide subadvisory and other services for the Funds; and (4) insurance products offered through non-bank insurance agency affiliates of Wells Fargo & Company and underwritten by unaffiliated insurance companies.

Deposit products offered by Wells Fargo Bank, N.A. Member FDIC.

---

Please Note: Some benefits for accounts linked to your Portfolio by Wells Fargo program begin in the month following the open date of your Portfolio by Wells Fargo program. For example, if you open a new Portfolio by Wells Fargo program or link existing accounts to a new Portfolio by Wells Fargo program on May 15, 2018, not all benefits are available until June 1, 2018. Please see pages 7 and 8 of the Consumer Account Fee and Information Schedule for a detailed list of benefits.



# Wells Fargo Portfolio Checking

**Activity summary**

| | |
|---|---|
| Balance on 5/1 | 27,048.91 |
| Deposits/Additions | 1.15 |
| Withdrawals/Subtractions | - 0.00 |
| **Balance on 5/31** | **$27,050.06** |

Account number: **6722242507**

**BURGESS MATTOX BEY TRUST**
**MARQUET BURGESS MATTOX TTE**

*Wells Fargo Bank, N.A.(Member FDIC)*

*GEORGIA account terms and conditions apply*

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General
Statement Policies can be found towards the
end of this statement.

**Interest you've earned**

| | |
|---|---|
| Interest earned this month | $1.15 |
| Average collected balance this month | $27,048.91 |
| Annual percentage yield earned | 0.05% |
| Interest paid this year | $2.18 |

**Transaction history**

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| | Beginning balance on 5/1 | | | | 27,048.91 |
| 5/31 | Interest Payment | | 1.15 | | 27,050.06 |
| | Ending balance on 5/31 | | | | 27,050.06 |
| **Totals** | | | **$1.15** | **$0.00** | |

---

**Important Account Information**

**Important information about legal process fees.**

The fee for legal order processing, which includes handling levies, writs, garnishments, and any other legal
documents that require funds to be attached, remains $125. The Bank will assess no more than a total of $250 in
legal process fees per account, per calendar month. Please note that the calendar month may not coincide with your
statement cycle.

---

**Important Account Information**

REMINDER: As described in the Consumer Account Fee & Information Schedule provided to you when you opened
your Portfolio by Wells Fargo, you must maintain at least $10,000 in qualifying balances in your Portfolio by Wells
Fargo program by the end of the second statement period after your Portfolio by Wells Fargo program was opened.
If you do not meet this requirement, your Portfolio by Wells Fargo program will be terminated, all your accounts will
be delinked from your Portfolio by Wells Fargo program and your Wells Fargo Portfolio Checking account will be
converted to a non-interest earning checking account with a lower monthly service fee and balance requirements.
For additional details, please consult the Consumer Account Fee and Information Schedule and applicable addenda
accessible at https://www.wellsfargo.com/wfonline/consumer_deposit_acct_fee.

Deposit products offered by Wells Fargo Bank, N.A. Member FDIC.

276184

028228



⇒ **Wells Fargo Portfolio Checking**   (continued)

**Important Account Information**

As a reminder, Portfolio by Wells Fargo monthly service fees are calculated using the combined month end balances of all qualifying accounts linked to your Portfolio by Wells Fargo relationship. If you do not meet the minimum balance requirements*, the standard monthly service fee of $30 will be assessed to your primary checking account on the 3rd business day following month end. This fee will appear in the transaction history section for the primary checking account on your next month end statement.

*$25,000 in any combination of qualifying linked bank deposit accounts (checking, savings, time accounts (CDs) FDIC-insured IRAs) or $50,000 in any combination of qualifying linked bank, brokerage (available through our brokerage affiliate Wells Fargo Advisors and credit balances (including 10% of mortgage balances, certain mortgages not eligible).

Deposit products offered by Wells Fargo Bank, N.A. Member FDIC.

278185

028229



## Worksheet to balance your checking account

1. Go through your check register and mark each check (this includes cancelled, converted and substitute checks that may appear on your statement), withdrawal, ATM transaction, payment, deposit or other credit listed in the "Transaction history" section of your statement. Be sure your register shows any interest or dividends paid into your account and any service charges, automatic payments or transfers withdrawn from your account during this statement period.

2. Using the chart below, list any outstanding, converted or substitute checks, as well as any ATM withdrawals, payments or any other withdrawals (including any from previous months) which are listed in your register but are not shown on your statement.

3. Balance your account by filling in the spaces below.

**▬ ENTER**
**A** The "ending balance" shown on your statement                          $ _____

**▬ ADD**
**B** Any deposits listed in your register or transfers into your account which are not shown on your statement
$ _____
$ _____
$ _____
$ _____
$ _____ ─→ $ _____

**▬ CALCULATE SUBTOTAL**
(Add parts **A** and **B** )                          $ _____

**▬ SUBTRACT**
**C** Total of outstanding checks and withdrawals from the chart at right                          - $ _____

**▬ CALCULATE ENDING BALANCE**
(Part **A** + Part **B** - Part **C** )
This amount should be the same as the current balance shown in your check register.                          $ _____

| Items outstanding | |
|---|---|
| **Check number** | **Amount** |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | **$** |

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **Checking account information.** After balancing your checking account, **please report any differences to us as soon as possible but no later than within 30 days.** Special provisions, including a reporting period of up to 60 days, apply if the difference involves an electronic funds transfer. These provisions are explained below.

■ In case of errors or questions about your electronic transfers, telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).

2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ Deposit and credit products offered by Wells Fargo Bank, N.A., Member FDIC.

©2012 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801



028230

| ☐ CASH | |
|---|---|
| INCLUDING COINS | ▶ |

DATE 06-23-2017

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

SIGN HERE ONLY IF CASH RECEIVED FROM DEPOSIT

**WELLS FARGO**
Wells Fargo Bank, N.A.
Georgia
wellsfargo.com

DO NOT USE DEPOSIT TICKET ROUTING # FOR
AUTOMATIC PAYMENTS. USE VOIDED CHECK.

List Checks Singly

TOTAL ITEMS   OR TOTAL FROM REVERSE

SUB TOTAL ▶

☐ LESS CASH
RECEIVED ▶

$

500:

500:

500.

⑆529700399⑆ 672224250 7⑈

CURRENCY COUNT FOR FINANCIAL INSTITUTION USE ONLY

CHECKS

ADDITIONAL CHECK LISTING SPACE

The Total Must Be Entered On Other Side

| | | |
|---|---|---|
| X | 1's | |
| X | 2's | |
| X | 5's | |
| X | 10's | |
| X | 20's | |
| X | 50's | |
| X | 100's | |
| Total $ | | |

REQUEST 00007267035000000 500.00
ROLL ECIA   20170623  000002288953696+
JOB ECIA  E  ACCT 2970006722242507
REQUESTOR A489247
20143827  07/10/2018 Research 20148449

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028054

**BURGESS MATTOX BEY INVESTMENT TRUST**
2625 PIEDMONT RD NE STE 56-507
ATLANTA, GA 30324

1020

37-65/1119 3868
9993364976

DATE June 23, 2017

PAY TO THE ORDER OF _BURGESS MATTOX BEY TRUST_ $ 500.00

_Five hundred and zero cents_ ——— DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR /oan, New Account    _Burgess mattox maguet_

UCC 1-308

⑈0000001020⑈ ⑆111900659⑆ 9993364976⑈

x BURGESS MATTOX BEY TRUST

REQUEST 00007267035000000 500.00
ROLL ECIA   20170623  000002288953697+
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148449

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028055

Deposit/Depósito:

Check One/ [✓] Checking/Cuenta de Cheques   [ ] Savings/Ahorros   [ ] Money Market Access   [ ] Command

WELLS FARGO

Account Number/
Número de cuenta

6722242507    Date/Fecha  4/3/2018

Cash/Efectivo

Total Checks
(Include total from other side)
Total de cheques    25000.00

Please print: Name/Letra de imprenta: Nombre
Burgess Mattox Bey Trust

Please print: Street Address, City, State, Zip Code/Letra de imprenta: Domicilio, Ciudad, Estado, Código Postal

Subtotal

Deposits may not be available for immediate withdrawal. See Delayed posting information on reverse.

Minus cash received/
Menos efectivo recibido

Please sign in teller's presence for cash back./Firme en la presencia del (de la) cajero(a) para el retiro de dinero en efectivo.

X

Total $  25000.00

Two forms of ID may be required.

Bank Use Only (When SVT is Not Available)
Customer Id:        Exp. date:        Token Verified (✓) [ ]    Approval:

TLR5975 (04/16)  WF0115  70193244

⑈9001160831⑈ ⑆500000377⑆

TOTAL $

CASH COUNT FOR BANK USE

TOTAL CHECKS/

CHECKS/

AMOUNT/

REQUEST 00007267035000000 25000.00
ROLL ECIA   20180403  000002284310410+
JOB ECIA  E  ACCT 2970006722242507
REQUESTOR A489247
20143827  07/10/2018 Research 20148449

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028056

# WELLS FARGO BANK

9001

LILBURN CROSSING   5505 LAWRENCEVILLE HWY NW   LILBURN, GA 30047

37-65/1119

DATE *April 03, 2018*

TO THE ORDER OF *BURGESS MATTOX BEY TRUST*   $ *25,00.00*

*Twenty Five thousand and zero Cents*   DOLLARS

BURGESS MATTOX BEY INVESTMENT T
825 PIEDMONT RD NE # 56-507
ATLANTA   GA 30324-3086

*Loan*   *Burgess mattox El, marqult*
*ucc 1-308*

⑈111900659⑈:9993364976⑈9001

ENDORSE HERE:
x *BURGESS MATTOX BEY*
*TRUST*

DO NOT SIGN / WRITE / STAMP BELOW THIS LINE
FOR FINANCIAL INSTITUTION USAGE ONLY

REQUEST 00007267035000000 25000.00
ROLL ECIA   20180403  000002284310411+
JOB ECIA  E  ACCT 8080009993364976
REQUESTOR A489247
20143827  07/10/2018 Research 20148449

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

028057

eposit:

heck One)  ☐ Checking   ☐ Savings   ☐ Money Market Access   ☐ Command

WELLS
FARGO

Account Number

6722242507

Date

ase print: Name

M. Mattox   Bey trust

ase print: Street Address, City, State, Zip Code

lease sign in the teller's presence for cash back.

Deposits may not be available
for immediate withdrawal.
See Delayed posting
information
on reverse.

Two forms of ID may
be required.

Cash

Total Checks
(include total from other side)

Subtotal

Minus cash back

Total $   1917.88

k Use Only (When SVT is Not Available)     TLR8697 (04/16)  WF0117  70384459

stoner Id:          Exp. date:      Token Verified (✓) ☐    Approval:

⑈0652B3337⑈  ⑆500000377⑆

CASH COUNT FOR BANK USE

TOTAL CHECKS

TOTAL $
X 1
X 2
X 5
X 10
X 20
X 50
X 100

ENTER THIS TOTAL ON FRONT

CHECKS

AMOUNT

REQUEST 00007267035000000 1917.88
ROLL ECIA   20180403  000002381313006+
JOB ECIA E  ACCT 2970006722242507
REQUESTOR A489247
20143827  07/10/2018 Research 20148449

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

**United States Treasury** 15-51/000    B 050,398,060



Check No.

03 30 18 20098900  KANSAS CITY, MO    4038 32607468
000427475136    4038 32607468 I      20180818910000

Pay to
the order of

MARQUET A MATTOX
BURGESS MATTOX BEY TRUST
2625 PIEDMONT RD NE STE 56 PMB 507      $****1917*88
ATLANTA GA 30324 5906                   VOID AFTER ONE YEAR

074176

REGIONAL DISBURSING OFFICER    0007

MATT  FRESNO  12/2003  TAX REFUND  30
INT $       1.47

⑈"4038⑈"  ⑆:000000518⑆:  326074683⑈"  040318

**Vertical text (right margin):**

BURGESS MATTOX BEY TRUST

WARNING - DO NOT CASH CHECK WITHOUT
NOTING U.S. TREASURY SEAL AND
U.S. TREASURY WATERMARK
HOLD TO LIGHT TO VERIFY WATERMARK
Forgery of endorsements on Treasury Checks is a Federal
crime. Maximum penalty is a $10,000 fine and ten years
imprisonment (3-97)

REQUEST 00007267035000000 1917.88
ROLL ECIA   20180403  000002381313007+
JOB ECIA  E  ACCT 0000000326074683
REQUESTOR A489247
20143827  07/10/2018 Research 20148449

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201