# Business Account Application

WELLS FARGO

| Bank Name: | | Branch Name: |
|---|---|---|
| WELLS FARGO BANK, N.A. | | LILBURN CROSSING |

| Banker Name: | | Officer/Portfolio Number: | Date: |
|---|---|---|---|
| LESEAN TOLLIVER | | S1258 | 02/14/2019 |

| Banker Phone: | Branch Number: | Banker AU: | Banker MAC: |
|---|---|---|---|
| 404/865-3085 | 08178 | 0066886 | G0259-010 |

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## New Account Information

[X] New Deposit Account(s) Only          [ ] New Deposit Account(s) and Business Credit Card

| Account 1 Product Name: | | Purpose of Account 1: |
|---|---|---|
| Platinum Business Checking | | General Operating Account |

| COID: | Product: | Account Number: | Opening Deposit: | Type of Funds: |
|---|---|---|---|---|
| 297 | DDA | 5964717200 | $2,106,706.61 | CACK |

| New Account Kit: | Checking/Savings Bonus Offer Available. |
|---|---|
| bc-004360802 | NO |

## Related Customer Information

| Customer 1 Name: | |
|---|---|
| MARSHANA EL INVESTMENT TRUST | |

| Enterprise Customer Number (ECN): | Account Relationship: |
|---|---|
| 15965751802110 | Sole Owner |

| Customer 2 Name: | |
|---|---|
| MARQUET ANTWAIN  BURGESS MATTOX EL | |

| Enterprise Customer Number (ECN): | Account Relationship: |
|---|---|
| 56107221823365 | Signer |

## Checking/Savings Statement Mailing Information

| Name(s) and Information Listed on Statement: | Statement Mailing Address: |
|---|---|
| MARSHANA EL INVESTMENT TRUST | 1075 PEACHTREE ST NE STE 3650 |
| | Address Line 2: |

| City: | State: |
|---|---|
| ATLANTA | GA |

| ZIP/Postal Code: | Country: |
|---|---|
| 30309-3934 | US |




2W02-001132154392-01



Business Account Application

## Customer 1 Information

Customer Name:
MARSHANA EL INVESTMENT TRUST

| Enterprise Customer Number (ECN): | | | Street Address: |
|---|---|---|---|
| 15965751802110 | | | 1075 PEACHTREE ST NE STE 3650 |
| Account Relationship: | | | Address Line 2: |
| Sole Owner | | | |

| Taxpayer Identification Number (TIN): | TIN Type: | Address Line 3: |
|---|---|---|
| 82-6703577 | EIN | |

| Business Type: | | City: | | State: |
|---|---|---|---|---|
| Unincorp Assn/Social/Rec/Civic Grp | | ATLANTA | | GA |

| Business Sub-Type/Tax Classification: | | Non-Profit: | ZIP/Postal Code: | | Country: |
|---|---|---|---|---|---|
| | | No | 30309-3934 | | US |

| Date Originally Established: | Current Ownership Since: | Number of Employees: | Business Phone: | Fax: |
|---|---|---|---|---|
| 02/08/2019 | | 4 | 404/484-5764 | |

| Annual Gross Sales: | Year Sales Reported: | Fiscal Year End: | Cellular Phone: | Pager: |
|---|---|---|---|---|
| $200,000.00 | 12/01/2016 | | | |

| Primary Financial Institution: | Number of Locations: | e-Mail Address: |
|---|---|---|
| | 1 | |

| Primary State 1: | Primary State 2: | Primary State 3: | Website: |
|---|---|---|---|
| | | | |

| Primary Country 1: | Primary Country 2: | Primary Country 3: | Sales Market: |
|---|---|---|---|
| | | | LOCAL |

Industry:
Other Services (except Public Administration)

Description of Business:
Humanitarian services

Major Suppliers/Customers:

## Bank Use Only

| Name/Entity Verification: | Address Verification: |
|---|---|
| Other Agreement | NONE |

BACC Reference Number:
6190450000744

| Document Filing Number/Description: | Filing Country: | Filing State: | Filing Date: | Expiration Date: |
|---|---|---|---|---|
| DECLARATION OF TRUST | | | | |

| Country of Registration: | State of Registration: | International Transactions: | | Check Reporting: |
|---|---|---|---|---|
| US | GA | | | NO RECORD |



2W02-001132154392-02

Business Account Application

## Owner/Key Individual 1 Information

| | |
|---|---|
| Customer Name: <br> MARQUET ANTWAIN  BURGESS MATTOX EL | Residence Address: <br> 1075 PEACHTREE ST NW STE 3650 |
| Business Relationship: <br> Key Executive with Control of the Entity | Address Line 2: |
| Position/Title:      Date of Birth:    Percent of Ownership: <br> 03/19/1972   0.0 | Address Line 3: |
| Enterprise Customer Number (ECN): <br> 56107221823365 | City:                State: <br> ATLANTA          GA |
| Taxpayer Identification Number (TIN):    TIN Type: <br> 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    SSN | ZIP/Postal Code:         Country: <br> 30309-3934        US |
| Primary ID Type:    Primary ID Description: <br> PASP    566141399 | Country of Citizenship:    Permanently Resides in US: <br> US |
| Primary ID St/Ctry/Prov:   Primary ID Issue Date:   Primary ID Expiration Date: <br> US           01/09/2019      01/08/2029 | Check Reporting: <br> NO RECORD |
| Secondary ID Type:    Secondary ID Description: <br> OTHR    SSC-3048 | |
| Secondary ID State/Country:   Secondary ID Issue Date:   Secondary ID Expiration Date: | |



2W02-001132154392-03

Business Account Application

## Certificate of Authority

Each person who signs the "Certified/Agreed To" section of this Application certifies that:

**A. The Customer's use of any Wells Fargo Bank, N.A. ("Bank") deposit account, product or service will confirm the Customer's receipt of, and agreement to be bound by, the Bank's applicable fee and information schedule and account agreement that includes the Arbitration Agreement under which any dispute between the Customer and the Bank relating to the Customer's use of any Bank deposit account, product or service will be decided in an arbitration proceeding before a neutral arbitrator as described in the Arbitration Agreement and not by a jury or court trial.**

B. Each person who signs the "Certified/Agreed To" section of this Application or whose name, any applicable title and specimen signature appear in the "Authorized Signers - Signature Capture" section of this Application is authorized on such terms as the Bank may require to:

(1) Enter into, modify, terminate and otherwise in any manner act with respect to accounts at the Bank and agreements with the Bank or its affiliates for accounts and/or services offered by the Bank or its affiliates (other than letters of credit or loan agreements);

(2) Authorize (by signing or otherwise) the payment of Items from the Customer's account(s) listed on this Business Account Application (including without limitation any Item payable to (a) the individual order of the person who authorized the Item or (b) the Bank or any other person for the benefit of the person who authorized the Item) and the endorsement of Deposited Items for deposit, cashing or collection (see the Bank's applicable account agreement for the definitions of "Item" and "Deposited Item");

(3) Give instructions to the Bank in writing (whether the instructions include the manual signature or a signature that purports to be the facsimile or other mechanical signature including a stamp of an Authorized Signer as the Customer's authorized signature without regard to when or by whom or by what means or in what ink color the signature may have been made or affixed), orally, by telephone or by any electronic means in regard to any Item and the transaction of any business relating to the Customer's account(s), agreements or services, and the Customer shall indemnify and hold the Bank harmless for acting in accordance with such instructions; and

(4) Delegate the person's authority to another person(s) or revoke such delegation, in a separate signed writing delivered to the Bank.

C. If a code must be communicated to the Bank in order to authorize an Item, and the code is communicated, the Item will be binding on the Customer regardless of who communicated the code.

D. Each transaction described in this Certificate of Authority conducted by or on behalf of the Customer prior to delivery of this Certificate is in all respects ratified.

E. If the Customer is a tribal government or tribal government agency, the Customer waives sovereign immunity from suit with respect to the Customer's use of any Bank account, product or service referred to in this Certificate.

F. The information provided in this Application is correct and complete, each person who signs the "Certified/Agreed To" section of this Application and each person whose name appears in the "Authorized Signers-Signature Capture" section of this Application holds any position indicated, and the signature appearing opposite the person's name is authentic.

G. The Customer has approved this Certificate of Authority or granted each person who signs the "Certified/Agreed To" section of this Application the authority to do so on the Customer's behalf by:

(1) resolution, agreement or other legally sufficient action of the governing body of the Customer, if the Customer is not a trust or a sole proprietor;

(2) the signature of each of the Customer's trustee(s), if the Customer is a trust; or

(3) the signature of the Customer, if the Customer is a sole proprietor.

## Certified/Agreed To

Owner/Key Individual 1 Name
MARQUET ANTWAIN   BURGESS MATTOX EL

Position/Title:

Owner/Key Individual 1 Signature



☐ Submit manually
☐ Signature not required

Date:
02/14/2019

2W02-001132154392-04

Business Account Application

## Request for Taxpayer Identification Number and Certification

(Substitute Form W-9)

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. UNLESS I HAVE CHECKED ONE OF THE BOXES BELOW, I am not subject to backup withholding either because I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the IRS has notified me that I am no longer subject to backup withholding (does not apply to real estate transactions, mortgage interest paid, the acquisition or abandonment of secured property, contributions to an Individual Retirement Arrangement (IRA), and payment other than interest and dividends).

☐ I am subject to backup withholding    ☐ I am exempt from backup withholding

3. I am a U.S. citizen or other U.S. person.

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct. (Does not apply to U.S. based accounts)

**Note: The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

Tax Responsible Customer Name:

MARSHANA EL INVESTMENT TRUST

Taxpayer Identification Number (TIN).

82-6703577

TIN Certification Signature:

[signature]

☐ Submit manually
☐ Signature not required

Date:
02/14/2019

## Authorized Signers - Signature Capture

Authorized Signer 1 Name                                     Position/Title:

MARQUET ANTWAIN  BURGESS MATTOX EL

Authorized Signer 1 Signature

[signature]

☐ Submit manually
☐ Signature not required

Date:
02/14/2019



# Certification of Trustee
## (Deposit Accounts and Securities)

**WELLS FARGO**

| Banker Name: | | Officer/Portfolio Number: | Date: |
|---|---|---|---|
| LESEAN TOLLIVER | | 53258 | 02/14/2019 |
| Banker Phone: | Branch Number: | Banker AU: | Banker MAC |
| 404/865-3085 | 08178 | 00066865 | D0054010 |

## Account Information

| COID: | Product: | Account Number: | | COID: | Product: | Account Number: | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

I/We the undersigned, as all of the currently acting Trustee(s) certify to Wells Fargo Bank, N.A. (Wells Fargo):

## Trust Information

Trust Name: (Legal name of the Trust to which this certification applies and in which title to assets is held)
MARSHANA EL INVESTMENT TRUST

| Customer Number (ECN): | Trust Type (Revocable, Irrevocable): | Person with Power to Revoke: |
|---|---|---|
| 1596575-802110 | Irrevocable | |

The Taxpayer Identification Number (TIN) used by the Trust is 82-6703577. The number is a/an EIN
(Grantor's SSN may only be used during the life time of the Grantor)

The Trust was executed on 02/08/2019 and is in effect on the date of this certification.

Trust is governed under the state laws of Georgia

## Trustee 1 Information

| Trustee or Co-Trustee Name: | Address Line 1: |
|---|---|
| Marquet Antwain Burgess Mattox EL | 1075 Peachtree st nw ste 3650 |
| Relationship: | Address Line 2: |
| Sole | |
| | Address Line 3: |
| | |
| | City: atlanta   State: GA |
| | ZIP/Postal Code: 30309   Country: US |

## Grantor(s) ("Grantor" also refers to Settlor, Trustor, or Testator)

Grantor Name:
Burgess mattox bey trust

## Successor Trustee(s) is/are as follows

| Successor Trustee or Successor Co-Trustee Name: | Successor Trustee or Successor Co-Trustee Name: |
|---|---|
| Minister Crawford EL Shana | Minister Mattox EL Nycholas |
| Minister Taylor EL Samuel | Minister Hudson EL Christopher |

Certification of Trustee                                    COID:        Product:        Account Number:

The Trustee(s) will not direct Wells Fargo to take any action unless the Trustee(s) has/have the power to act and such powers are properly exercised.

Pursuant to the terms of the Trust, the Trustee(s) has/have the power to contract for banking and other financial services and to transfer, purchase and/or sell financial assets and investments, including securities.

If requested, I/we will provide Wells Fargo with copies of excerpts of the original Trust instrument and amendments designating the Trustee and/or powers conferred on Trustee in support of any pending transaction under this certification.

The Trust has not been revoked, modified or amended in any manner which would cause the representations contained in this certification to be incorrect.

All information contained in this certification is true and correct, and you (Wells Fargo), as a third party conducting business with the Trustee may rely on this information until you receive written notice of any changes signed by the Trustee(s)

## Trustee/Co-Trustee 1 Signature
I declare under penalty of perjury under the laws of the State of __Georgia__ _____ that the foregoing is true and correct.

Trustee/Co-Trustee 1 Name
Marquet Antwain Burgess Mattox EL

Trustee/Co-Trustee 1 Signature

Date: Feb. 14, 2019

## Notary (Notarization is required for all trustees)

The following statement applies to documents notarized in the state of California - A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of __Georgia__                County of __DeKalb__

On __2/14/19__ (mmddyyyy) before me, __Jose Lopez__, Notary Public (name and title of the officer)
personally appeared __Marquet Antwain Burgess Mattox EL__ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of __Georgia__ that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.                                    (seal)

(Signature of Notary Public)

Instructions to Notary (access Forms Online for all purpose Acknowledgement if needed):
- If the Acknowledgement language does not meet your state requirements attach the correct Jurat or Acknowledgement for the state of execution.
- Attach separate Jurat/Acknowledgements for each additional Trustee signing the form.

REDE Page 2 of 8

# Platinum Business Checking

Account number: **5964717200**  ■  February 14, 2019 - February 28, 2019  ■  Page 1 of 4



MARSHANA EL INVESTMENT TRUST
1075 PEACHTREE ST NE STE 3650
ATLANTA GA 30309-3934

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (297)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☐ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 2/14 | $0.00 |
| Deposits/Credits | 2,106,744.78 |
| Withdrawals/Debits | - 2,106,831.61 |
| Ending balance on 2/28 | -$86.83 |
| Average ledger balance this period | $1,857,917.83 |

Account number:  5964717200

**MARSHANA EL INVESTMENT TRUST**

*Georgia account terms and conditions apply*

*For Direct Deposit use*
Routing Number (RTN): 061000227

*For Wire Transfers use*
Routing Number (RTN): 121000248

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

REDE Page 3 of 8

Account number: **5964717200**  ▪ February 14, 2019 - February 28, 2019  ▪ Page 2 of 4



## Interest summary

| | |
|---|---|
| Interest paid this statement | $38.17 |
| Average collected balance | $1,857,926.16 |
| Annual percentage yield earned | 0.05% |
| Interest earned this statement period | $38.17 |
| Interest paid this year | $38.17 |
| Total interest paid in 2018 | $0.00 |

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 2/14 | | Deposit | 2,106,706.61 | | 2,106,706.61 |
| 2/27 | 100 | Deposited OR Cashed Check | | 500,000.00 | |
| 2/27 | 1003 | Deposited OR Cashed Check | | 100,000.00 | |
| 2/27 | 1002 | Deposited OR Cashed Check | | 500,000.00 | |
| 2/27 | 1004 | Cashed Check | | 25,000.00 | |
| 2/27 | 1001 | Check | | 500,000.00 | 481,706.61 |
| 2/28 | | Legal Order Debit - Contact Internal Revenue Service. (404) 338-9359 - Case# 22558719 | | 481,706.61 | |
| 2/28 | | Legal Order Fee Debit Case# 22558719 | | 125.00 | |
| 2/28 | | Interest Payment | 38.17 | | -86.83 |
| **Ending balance on 2/28** | | | | | **-86.83** |
| **Totals** | | | **$2,106,744.78** | **$2,106,831.61** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Summary of checks written**   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 100 | 2/27 | 500,000.00 | 1002 | 2/27 | 500,000.00 | 1004 | 2/27 | 25,000.00 |
| 1001 * | 2/27 | 500,000.00 | 1003 | 2/27 | 100,000.00 | | | |

* Gap in check sequence

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 02/14/2019 - 02/28/2019 | Standard monthly service fee $40.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. Your fee waiver is about to expire. You will need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any ONE of the following account requirements | | |
| · Average ledger balance | $25,000.00 | $1,857,918.00 ☑ |
| · Combined balances in linked accounts, which may include | $40,000.00 | ☑ |
| - Average ledger balances in business checking, savings, and time accounts | | |
| - Most recent statement balance in eligible Wells Fargo business credit cards and lines of credit, and combined average daily balances from the previous month in eligible Wells Fargo business and commercial loans and lines of credit | | |

029165

REDE Page 4 of 8

Account number:  **5964717200**  ▪  February 14, 2019 - February 28, 2019  ▪  Page 3 of 4



---

*Monthly service fee summary (continued)*

| | Minimum required | This fee period |
|---|---|---|

How to avoid the monthly service fee
- For complete details on how you can avoid the monthly service fee based on your combined balances please refer to page 7 of the Business Account Fee and Information Schedule at www.wellsfargo.com/biz/fee-information

WKWK

---

**Account transaction fees summary**

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 20,000 | 0 | 0.0030 | 0.00 |
| Transactions | 7 | 500 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

REDE Page 5 of 8

Account number:  **5964717200**  ▪ February 14, 2019 - February 28, 2019  ▪ Page 4 of 4



---

### General statement policies for Wells Fargo Bank

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies.  If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
A. The ending balance
    shown on your statement ..................... $ _____

**ADD**
B. Any deposits listed in your           $ _____
    register or transfers into              $ _____
    your account which are not          $ _____
    shown on your statement.           + $ _____

    ................................. TOTAL  $ _____

**CALCULATE THE SUBTOTAL**
    (Add Parts A and B)

    ................................. TOTAL  $ _____

**SUBTRACT**
C. The total outstanding checks and
    withdrawals from the chart above .............. - $ _____

**CALCULATE THE ENDING BALANCE**
    (Part A + Part B - Part C)
    This amount should be the same
    as the current balance shown in
    your check register ..................... ... $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | Total amount $    |        |

©2010 Wells Fargo Bank, N.A. All rights reserved  Member FDIC.  NMLSR ID 399801

REDE Page 2 of 3



MARSHANNA EL INVESTMENT Trust

☐ CASH INCLUDING COINS ▶

2067706 61

DATE 2/14/19

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

SIGN HERE ONLY IF CASH RECEIVED FROM DEPOSIT

List Checks Singly

TOTAL ITEMS     OR TOTAL FROM REVERSE

SUB TOTAL ▶

☐ LESS CASH RECEIVED ▶

WELLS FARGO   Wells Fargo Bank, N.A.
Georgia
wellsfargo.com

$2106706.61

⑆529700399⑆ 5964717200⑈

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE AND ANY APPLICABLE COLLECTION AGREEMENT

2282660063

REQUEST 00007564983000000 2106706.61
ROLL ECIA   20190214 000002282660063+
JOB ECIA E  ACCT 2970005964717200
REQUESTOR A152658
21536618  04/30/2019 Research 21537004

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

029168

# United States Treasury

$\frac{15\text{-}51}{000}$   B 082,833,733

REDE Page 3 of 3

Check No.

12 04 18 20092900   KANSAS CITY, MO      4038 51813821
000465263364    4038 51813821 I     20183232900000

Pay to
the order of

MARSHANA EL INVESTMENT TR
MARQUET BUGRESS MATTOX EL TTEE
2625 PIEDMONT ROAD NORTHEAST STE ST     $*2106706*61
ATLANTA GA 30324 0000

**VOID AFTER ONE YEAR**

REGIONAL DISBURSING OFFICER

MARS  OGDEN  12/2016  F-1041 REF  05
74,487.61 INT 269 DAYS

⑴⑴4038⑴⑴   ⑈⑁000000518⑈⑁ 518138214⑈⑁ 051218

2202660064

REQUEST 00007564983000000 2106706.61
ROLL ECIA  20190214 000002282660064+
JOB ECIA E  ACCT 0000000518138214
REQUESTOR A152658
21536618 04/30/2019 Research 21537004

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

029169

RHDE Page 2 of 6

# WELLS FARGO BANK

LILBURN CROSSING   6505 LAWRENCEVILLE HWY NW   LILBURN, GA 30047

1004

64-22/610

DATE *Feb. 27, 2019*

PAY TO THE ORDER OF *KESHIA HOWARD*   $ *25,000.00*

*Twenty five thousand and zero cents*   DOLLARS

MARSHANA EL INVESTMENT TRUST
1075 PEACHTREE ST NE STE 3650
ATLANTA   GA 30309-3934

For *settlement of Debts*   *Suefess mathis El Morgan*
                                         *UCC 1 308*

⑆061000227⑆ 5964717200⑈ 1004

ENDORSE HERE

*Suefess mathis El Morgan*
*UCC 1 308*

REQUEST 00007564982000000 25000.00
ROLL ECIA   20190227  000002188964459
JOB ECIA E  ACCT 2970005964717200
REQUESTOR A152658
21536618  04/30/2019 Research 21536993

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

029170

REDE Page 5 of 6

# WELLS FARGO BANK

1003

LILBURN CROSSING  5505 LAWRENCEVILLE HWY NW   LILBURN, GA 30047

DATE **Feb. 27, 2019**

64-22/610

AY TO THE ORDER OF *N WATSON TRUST*   $ *100,000.⁰⁰*

*One hundred thousand and zero Cents* DOLLARS

MARSHANA EL INVESTMENT TRUST
1075 PEACHTREE ST NE STE 3650
ATLANTA   GA 30309-3934

*for Settlement of Debts*   *Burgess Mattix El, maguet*

⑆06 1000 2 27⑆ 5964 717 200⑈ 1003

ENDORSE HERE
x *Burgess Mattix El Maguet*
*Special Deposit*
*Doc. 1. 25*

DO NOT SIGN/WRITE/STAMP BELOW THIS LINE

HERE IF MOBILE DEPOSIT

2 100004452

REQUEST 00007564982000000 100000.00
ROLL ECIA   20190227  000002188964452
JOB ECIA  E  ACCT 2970005964717200
REQUESTOR A152658
21536618  04/30/2019 Research 21536993

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

029171

REDE Page 4 of 6

MARSHANA EL INVESTMENT TRUST
w~ Peachtree Street
Suite 3650
Atlanta, Ga. 30309

Feb. 27, 2019
Date

**0100**

64-22/610 8178

Pay to the
Order of  KEMAHRA INVESTMENT TRUST                    $ 500,000.⁰⁰

Five hundred thousand and zero cents ———— Dollars

WELLS FARGO   Wells Fargo Bank, N.A.
Georgia.
wellsfargo.com

For Settlement of Debts          by Eugene mattox El, marquis
                                              UCC1-308

⑈06100022⑈ 596471720011 00100

Special Deposit
Eugene mattox El, marquis
UCC1-308

REQUEST 00007564982000000 500000.00
ROLL ECIA  20190227  000002188964450
JOB ECIA  E  ACCT 2970005964717200
REQUESTOR A152658
21536618  04/30/2019 Research 21536993

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

029172

# WELLS FARGO BANK

LILBURN CROSSING  5505 LAWRENCEVILLE HWY NW  LILBURN GA 30047

1001

64-22/610

DATE Feb. 27, 2019

AY TO THE ORDER OF _BuRGESS MATTOX BEY TRUST_ | $ _500,000.⁰⁰_

_Five Hundred thousand and zero cents_ _____ DOLLARS

MARSHANA EL INVESTMENT TRUST
1075 PEACHTREE ST NE STE 3650
ATLANTA   GA 30309-3934

For Settlement of Debts

Burgess mattox El Marguest
UCC 1-308

⑆061000227⑆ 5964717200⑈ 1001

Burgess mattox El Marguest
UCC 1-308

Special Deposit

REQUEST 00007564982000000 500000.00
ROLL ECIA   20190227  000002188964456
JOB ECIA E  ACCT 2970005964717200
REQUESTOR A152658
21536618  04/30/2019 Research 21536993

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

029173

REDE Page 6 of 6

# WELLS FARGO BANK

1002

LILBURN CROSSING: 5605 LAWRENCEVILLE HWY NW.  LILBURN GA 30047

DATE *Feb 27, 2019*

64-22/610

PAY TO THE ORDER OF *Burgess Matta Bey Trust* | $ *500.00*

*Five Hundred thousand and zero cents* DOLLARS

MARSHANA EL INVESTMENT TRUST
1075 PEACHTREE ST NE STE 3650
ATLANTA   GA 30309-3934

*For Settlement of Debt*

*Burgess Matta EL, Marquet*
*UCC 1-308*

⑈064000227⑈596471720011002

2100000145⑈

*x Burgess Matta EL, Marquet UCC 1-308*

*Special Deposit*

REQUEST 00007564982000000 500000.00
ROLL ECIA   20190227  000002188964454
JOB ECIA  E  ACCT 2970005964717200
REQUESTOR A152658
21536618  04/30/2019 Research 21536993

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

# Platinum Business Checking

Account number:  **5964717200**  ▪  March 1, 2019 - March 31, 2019  ▪  Page 1 of 3



MARSHANA EL INVESTMENT TRUST
1075 PEACHTREE ST NE STE 3650
ATLANTA GA 30309-3934

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (297)
          P.O. Box 6995
          Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s)  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☐ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 3/1 | -$86.83 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 0.00 |
| Ending balance on 3/31 | **-$86.83** |
| | |
| Average ledger balance this period | -$86.83 |

Account number:  5964717200

**MARSHANA EL INVESTMENT TRUST**

*Georgia account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  061000227

For Wire Transfers use
Routing Number (RTN):  121000248

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements, please call the number listed on your statement or visit your Wells Fargo store.

Account number:  **5964717200**  ▪  March 1, 2019 - March 31, 2019  ▪  Page 2 of 3



---

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.00 |
| Average collected balance | $0.00 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $38.17 |
| Total interest paid in 2018 | $0.00 |

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/01/2019 - 03/31/2019 | Standard monthly service fee $40.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. This is the final period with the fee waived. For the next fee period, you need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any ONE of the following account requirements | | |
| · Average ledger balance | $25,000.00 | -$87.00 ☐ |
| · Combined balances in linked accounts, which may include | $40,000.00 | ☐ |
|    - Average ledger balances in business checking, savings, and time accounts | | |
|    - Most recent statement balance in eligible Wells Fargo business credit cards and lines of credit, and combined average daily balances from the previous month in eligible Wells Fargo business and commercial loans and lines of credit | | |
|    - For complete details on how you can avoid the monthly service fee based on your combined balances please refer to page 7 of the Business Account Fee and Information Schedule at www.wellsfargo.com/biz/fee-information | | |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
WKWK

---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 20,000 | 0 | 0.0030 | 0.00 |
| Transactions | 0 | 500 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

REDE Page 4 of 8

Account number:  **5964717200**  ▪  March 1, 2019 - March 31, 2019  ▪  Page 3 of 3



---

### General statement policies for Wells Fargo Bank

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . .$ _____

**ADD**

**B.** Any deposits listed in your            $ _____
register or transfers into            $ _____
your account which are not            $ _____
shown on your statement.            + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total amount  $ | |

©2019 Wells Fargo Bank, N.A. All rights reserved. Member FDIC.  NMLSR ID 399801

029177

REDE Page 5 of 8

# Platinum Business Checking

Account number: 5964717200  ▪ April 1, 2019 - April 30, 2019  ▪ Page 1 of 4



MARSHANA EL INVESTMENT TRUST          WM
1075 PEACHTREE ST NE STE 3650
ATLANTA GA 30309-3934

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY: 1-800-877-4833*
*En español: 1-877-337-7454*

*Online: wellsfargo.com/biz*

*Write:* Wells Fargo Bank, N.A. (297)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive
tools, and other resources on the topics of business growth, credit, cash flow
management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient
services with your account(s). Go to wellsfargo.com/biz or
call the number above if you have questions or if you would
like to add new services.*

| Business Online Banking | ✓ |
| Online Statements | ☐ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 4/1 | -$86.83 |
| Deposits/Credits | 86.83 |
| Withdrawals/Debits | - 0.00 |
| Closing balance on 4/30 | $0.00 |
| Average ledger balance this period | -$86.83 |

Account number:  5964717200

**MARSHANA EL INVESTMENT TRUST**

*Georgia account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  061000227

For Wire Transfers use
Routing Number (RTN):  121000248

**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements
please call the number listed on your statement or visit your Wells Fargo store.

Account number:  **5964717200**  ▪  April 1, 2019 - April 30, 2019  ▪  Page 2 of 4



## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.00 |
| Average collected balance | $0.00 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $38.17 |

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/30 | | Miscellaneous Service Fees Charged Off | 86.83 | | 0.00 |
| **Ending balance on 4/30** | | | | | **0.00** |
| **Totals** | | | **$86.83** | **$0.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed*

 IMPORTANT ACCOUNT INFORMATION

Effective June 24, 2019, we are pleased to inform you of the following new benefits you'll receive with your Wells Fargo Platinum Business Checking account:
- Avoid the monthly service fee on a Wells Fargo Business Platinum Savings account when it is linked to your Wells Fargo Platinum Business Checking account.
- No fee for all incoming domestic and international wire transfers into your Wells Fargo Platinum Business Checking account. Currently, your account comes with two incoming domestic wire transfers at no charge per fee period.

If you have questions, please contact your local banker or call the phone number listed at the top of your statement. We appreciate your business and look forward to continuing to serve your financial needs.

Effective June 24, 2019, the cash deposited fee will be renamed to cash deposit processing fee. There is no change to the amount of cash you can deposit to your account each month at no charge. In addition, the fee assessed for exceeding the amount of cash deposited each month with no fee will remain the same. To review the amount of cash deposits processed each month with no fee and any cash deposit processing fees, please refer to Cash Deposited information in the "Account transaction fees summary" section of your statement.

If you have questions, please contact your local banker or call the phone number listed at the top of your statement. We appreciate your business and look forward to continuing to serve your financial needs.

This statement includes an account that has been closed and this is your final statement for that account. You will have 90 days to retrieve historical online documents for this account. Please refer to the Fee & Information Schedule for options to obtain statement copies after 90 days.

If the account that has been closed is the primary account on the statement that includes multiple accounts (a "combined statement"), this is also the final combined statement and you will also have 90 days to retrieve historical online documents for all accounts associated with this combined statement. Going forward, you will receive separate statements for any accounts that remain open.

REDE Page 7 of 8

Account number:   **5964717200**   ▪  April 1, 2019 – April 30, 2019   ▪  Page 3 of 4



Thank you for banking with Wells Fargo.

Account number:   5964717200   ▪   April 1, 2019 - April 30, 2019   ▪   Page 4 of 4



---

### General statement policies for Wells Fargo Bank

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
A. The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . .$ _____

**ADD**
B. Any deposits listed in your                    $ _____
register or transfers into                          $ _____
your account which are not                       $ _____
shown on your statement.                       + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**
C. The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | Total amount $    |        |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801