PRINTED ON LINEMARK PAPER - HOLD TO LIGHT TO VIEW - FOR ADDITIONAL SECURITY FEATURES SEE BACK

0066886    11-24         CASHIER'S CHECK    6640         6688601110
Office AU #   1210(8)

Remitter:   BURGESS MATTOX BEY INVESTMENT TRUST
Operator I.D.:  u624500      ga001515

June 04, 2018

PAY TO THE ORDER OF    ***CLASSIC CADILLAC ***

***One hundred twenty thousand two hundred twelve dollars and 46 cents***    **$120,212.46**

Payee Address:
Memo:       SETTLEMENT OF STOCK #6640

WELLS FARGO BANK, N.A.                                    VOID IF OVER US $  120,212.46
5505 LAWRENCEVILLE HWY NW
LILBURN, GA 30047
FOR INQUIRIES CALL (480) 394-3122
                              AUTHORIZED SIGNATURE           AUTHORIZED SIGNATURE

⑆6688601110⑆ ⑈121000248⑈ 4861 509362⑈



028693

# LAW LAWGA-BOARB

(with Arbitration Provision)

  

## CLASSIC OF ATLANTA
7700 ROSWELL ROAD
ATLANTA, GEORGIA 30350-4841
(770) 394-9100
www.classicatlanta.com

**VEHICLE BUYER'S ORDER**

**Date:**

| Buyer Name and Address | Co-Buyer Name and Address | Seller Name and Address |
|---|---|---|
| BURGESS MATTOX BEY, TRUST<br>1075 PEACHTREE ST NE<br>ATLANTA, GA 30309 | N/A<br>N/A<br>N/A | CLASSIC CADILLAC ATLANTA CORP<br>7700 Roswell Rd.<br>Atlanta, GA 30350 |
| Email: burgessmattoxbeytrusttm@gmail<br>Phone: (404)484-5764<br>Cell: (404)484-5764 | Email: N/A<br>Phone: N/A<br>Cell: N/A | Salesperson: ETHAN VENTURA<br>Deal Number: 6640 |

THIS BUYER'S ORDER IS FOR THE FOLLOWING ☒ NEW ☐ USED ☒ CAR ☐ TRUCK ☐ DEMONSTRATION  TO BE DELIVERED ON OR ABOUT 06/01/18

| Year | Make | Model | Type | Trim | Color | Mileage | Stock # |
|---|---|---|---|---|---|---|---|
| 2018 | CADILLAC | ESCALADE ESV4WD 4DR | PLAN/A | | N/A | 30 | 6640 |

### TRADE IN RECORD 1

| YR. | MAKE | MODEL | TYPE |
|---|---|---|---|
| | | N/A | |

| COLOR | TRIM | MILEAGE 0 |
|---|---|---|

| | PLATE NO. | EXP. DATE |
|---|---|---|
| OWNER | LOAN # | |
| LIENHOLDER | PHONE N/A | |
| ADDRESS N/A | SPOKE WITH | |
| AMOUNT 0.00 | GOOD TILL 00/00/00 | VERIFIED BY |

| VIN | 1GYS4KKJ0JR346149 | |
|---|---|---|
| PRICE OF VEHICLE | | $ 99,930.00 |
| DEALER ACCESSORIES: | | |
| ACCESSORIES | | 5,495.00 |
| | | N/A |
| | | N/A |
| | | N/A |
| | | N/A |
| CADILLAC XZILON | | 899.00 |
| TIRE & WHEEL | | 1,295.00 |
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |

### TRADE IN RECORD 2

| YR. | MAKE | MODEL | TYPE |
|---|---|---|---|
| COLOR | TRIM | MILEAGE 0 | |
| VIN | | | |
| TITLE NO. | PLATE NO. | EXP. DATE | |
| OWNER | LOAN # | | |
| LIENHOLDER | PHONE | | |
| ADDRESS | SPOKE WITH | | |
| AMOUNT 0.00 | GOOD TILL 00/00/00 | VERIFIED BY | |

### COLLISION COVERAGE

| NAME OF AGENT N/A | PHONE N/A |
|---|---|
| ADDRESS N/A | |
| POLICY NUMBER N/A | COLLISION DEDUCTIBLE N/A |
| INSURANCE CO. N/A | SPOKE WITH |
| EFFECTIVE DATE 06/01/18 | EXP. DATE | VERIFIED BY N/A |

SUB-TOTAL 107,619.00

028730

ALL WARRANTIES, IF ANY, BY A MANUFACTURER OR SUPPLIER OTHER THAN DEALER ARE THEIRS, NOT DEALER'S. ONLY SUCH

PERFORMANCE UNDER SUCH WARRANTIES, UNLESS DEALER FURNISHES BUYER WITH A SEPARATE WRITTEN WARRANTY OR SERVICE CONTRACT MADE BY DEALER ON ITS OWN BEHALF. DEALER NEITHER ASSUMES NOR AUTHORIZES ANY PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF ANY PRODUCTS.

UNLESS DEALER MAKES A WRITTEN WARRANTY ON ITS OWN BEHALF, OR ENTERS INTO A SERVICE CONTRACT WITHIN 90 DAYS FROM THE DATE OF THIS AGREEMENT, DEALER MAKES NO WARRANTIES, EXPRESS OR IMPLIED, ON THE VEHICLE, AND THERE WILL BE NO IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. THIS PROVISION DOES NOT AFFECT ANY WARRANTIES COVERING THE VEHICLE THAT THE MANUFACTURER OR SUPPLIER MAY PROVIDE. THE VEHICLE SOLD WITHOUT WARRANTIES IS SOLD AS IS.

**DEALER ADMINISTRATIVE FEE**
The Dealer Administrative Fee represents Dealer costs such as administrative services, notary services, courier expense and cleaning, inspecting and adjusting new and used vehicle inventories as well as additional Dealer profit. It is not a government fee.

You will receive the following type of certificate of title for the Vehicle:
- [x] "original" title
- [ ] insurance loss dated title
- [ ] title with a theft or flood damage notation
- [ ] rebuilt, salvage or junk title

By signing below, you understand and accept that you will receive the type of title disclosed above.

BUYER X _[signature] Twgles meaffox EL Marquest All Rights Reserved_

BUYER X ___N/A___

I certify that I took delivery of this Vehicle on __06/01/18__

Customer initials: _____

TERMS OF PAYMENT OF BALANCE DUE ON DELIVERY:
- [ ] CASH $ _120,212.46_   [X] CONSUMER CREDIT FINANCING BY OR THROUGH US

| | |
|---|---|
| TOTAL DELIVERED PRICE | 107,619.00 |
| TRADE-IN ALLOWANCE(S) | N/A |
| DEALER ADMINISTRATIVE FEE | 560.00 |
| CASH PRICE OR TRADE DIFFERENCE | 108,179.00 |
| TAVT RATE (   %) N/A | 7,292.46 |
| PLUS: TAG, TITLE, AND REGISTRATION FEE | 193.00 |
| PLUS: PAYOFF ON TRADE VEHICLE(S) | N/A |
| | N/A |
| N/A | N/A |
| SERVICE CONTRACTS/ MAINTENANCE AGREEMENTS | 6,548.00 |
| TOTAL BALANCE | $ 122,212.46 |
| LESS INITIAL PAYMENT/CASH DOWN | N/A |
| LESS REBATE/FACTORY INCENTIVE | 2,000.00 |
| BALANCE DUE | $ 120,212.46 |

For your protection, request a receipt for all payments you make.

This Agreement is not binding upon either Dealer or Buyer until signed by an authorized Dealer representative.

If Buyer is buying this Vehicle for cash (this includes a Buyer arranging Buyer's own financing from a party other than dealer), this Agreement is not binding upon either Dealer or Buyer until signed by an authorized Dealer representative.

If Buyer is buying the Vehicle in a credit sale transaction evidenced by a retail installment sale contract, this Agreement is binding when the retail installment contract is signed, but will not remain binding if a third party finance source does not agree to purchase the retail installment contract executed by Buyer and Dealer based on this Agreement on the terms as submitted. See paragraph 10 on the other side of this Agreement, which shall survive the termination of this agreement for any reason.

Buyer agrees that this Agreement includes all of the terms and conditions **on the front and back side hereof,** that this Agreement cancels and supersedes any prior agreement including oral agreements, and as of the date below comprises; together with any retail installment sale contract or lease the complete and exclusive statement of the terms of the agreement relating to the subject matters covered by this Agreement.

[x] **BUYER ACKNOWLEDGES THAT IF THIS BOX IS CHECKED, THIS AGREEMENT CONTAINS AN ARBITRATION PROVISION.**

Buyer, by signing this Agreement, certifies he or she is at least 18 years of age and has read and agrees to its terms and has received a true copy of this Agreement.

BUYER SIGNS X _[signature] Twgles meaffox EL marquest All Rights Reserved_   DATE __06/01/18__

CO-BUYER SIGNS X _____   DATE _____

MANAGER'S APPROVAL
(Must Be Accepted By An Authorized Representative of the Dealer)
                                              DATE __06/01/18__

FORM NO. LAWGA-BOARD (Rev. 9/16)
© 2016 The Reynolds and Reynolds Company TO ORDER: www.reysource.com; 1-800-344-0996; fax 1-800-531-9055

THE PRINTER MAKES NO WARRANTY, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

ADDITIONAL TERMS AND CONDITIONS

028731

R.O. #

## CLASSIC CADILLAC / SUBARU
7700 Roswell Road • Atlanta • Georgia • 30350 • (770) 394-9100

Customer Name: BURGESS MATTOX BEY TRUST
Home Phone: _____  Cell Phone: _____
Make: CADILLAC   Model: ESV   Year: 2018
Color: SATIN STEEL   VIN #: JR346149

Stock#: 6640
Date: 6/1/18
Salesman: ETHAN
Service Advisor: _____

| INSTALL | PART # | ✓ | PRICE |
|---|---|---|---|
| Dog Guard | | | $ |
| Mesh Vents | | | $ |
| Puddle Lights | | | $ |
| Nets | | | $ |
| Clear Lamps | | | $ |
| Exhaust Tips | | | $ |
| Chrome B-MLDG | | | $ 299 |
| OE Wheels | | | $ |
| Fuel Door | | | $ |
| Splashguards | | | $ |
| Roof Rails | | | $ |
| Chrome S-MLDG | | | $ |
| Custom Grill | | | $ 1995 |
| Step Bars | | | $ |
| Custom Wheels | | | $ 3aw |
| Tires | | | $ |
| Fog Lights | | | $ |
| Wheel Swap | | | $ |
| Rear Spoiler | | | $ |
| Mats | | | $ |
| Tag Surround | | | $ |
| Exhaust | | | $ 595 |
| Wheel Arch | | | $ |
| Chrome Hooks | | | $ |
| Hitch | | | $ |
| Side Mldg. | | | $ |
| XM/Sirius | | | $ |
| Pet Divider | | | $ |

| SUBLET | VENDOR | INV. # | PO # | ✓ | PRICE |
|---|---|---|---|---|---|
| ☐ XZILON | | | | | $ |
| ☐ CLEAR-BRA | | | | | $ |
| ☐ WHEEL PLATING | | | | | $ |
| ☐ SUN ROOF | | | | | $ |
| ☐ LOCK-PIC | | | | | $ |
| ☐ ~~DVD FLIPDOWN~~ Stealth Sub | | | | | $ 2aw |
| ☐ DVD HEADRESTS | | | | | $ |
| ☐ BACK-UP CAMERA | | | | | $ |
| ☐ LEATHER | | | | | $ |
| ☐ WINDOW TINT | | | | | $ 495 |

ROOF TYPE: _____  COLOR: _____  LEATHER COLOR: _____

SPECIAL INSTRUCTIONS: _____

HAVE READY BY: _____  APPT. DATE: _____  TIME: _____

COLLECT _____
ADD TO CONTRACT 8384

tint charged on car already

ACCESSORY TOTAL: $ 5889
SUBLET TOTAL: $ 2495
SUB-TOTAL: $ _____
TAXABLE AMOUNT: $ _____
TAX: $ _____
GRAND TOTAL: $ 8384
<495>
7889.00

Reynolds and Reynolds Company  FL621825 Q (06/13)



028692



**DISCLOSURE OF NON-GM PRODUCTS**
**CUSTOMER ACKNOWLEDGEMENT FORM**
(New/Used GM Vehicle Sale & Service/Body Shop Repairs)

Rev 08-17

Vehicle VIN (17 Digits) ___ / ___ / ___ / ___ / ___ / ___ / ___ / ___ / ___ / ___ / ___ / ___ / ___ / ___ / ___ / ___ / ___

[☒] **Part I - Non-GM Service Contract or Service Agreement**

Buyer/Lessee acknowledges that the dealer is selling her/him a Non-GM Service Contract (not specifically branded Chevrolet, Buick, GMC or Cadillac Protection). Buyer/Lessee understands that (i) GM is not responsible for any claims under this non-GM service contract product and has no obligation in connection with the sale or use of this non-GM service contract product, and (ii) a non-GM service contract may or may not be accepted by other GM Dealerships.

[☒] **Part II - Non-GM Parts/Accessories installed by the Dealer.**

Non-GM parts and accessories are not covered under the GM New Vehicle Limited Warranty. They also may damage the vehicle, compromise its compliance with safety standards or void the GM Warranty on the vehicle itself. GM is not responsible for the consequences of installing any non-GM equipment, parts or accessories on the vehicle. A list of non-GM parts is available to you upon request.

Customer Signature _Burgess Mattox El Marquel All Rights Reserved_

Customer Printed Name _BURGESS MATTOX BEY TRUST_   Date _01st June 2018_

Note: A copy of this signed form must be kept in the Customer New or Used Vehicle Sales Jacket and/or Vehicle Service History File.



028734

# WARRANTY REPAIR ORDER

| | | | Work Phone | R/O Open Date | R/O Number |
|---|---|---|---|---|---|
| BURGESS MATTOX BEY TRUST | | | | 9/20/18 | 6027828/1 |
| 075 PEACHTREE ST NE | | | Home Phone | R/O Close Date | Cross Reference # |
| STE 3650 | | | 404-484-5764 | | |
| ATLANTA, GA 30309 | | | Body | Mileage In | Mileage Out |
| | | | 4WD 4DR PLATI | 7260 | 7260 |
| Year | Make | Model | License Number | Service Advisor | |
| 2018 | CADILLAC | ESCALADE ESV | | Christopher Mcgraw 4 | |
| Vehicle Identification Number | | Color | | Delivery Date | In-Service Date |
| 1GYS4KKJ0JR346149 | | | | 6/01/18 | 6/01/18 |
| 6640 | | | | | |

| DESCRIPTION OF SERVICE AND PARTS | COST | AMOUNT |
|---|---|---|
| Cell: 404-484-5764  burgessmattoxbeytrusttm@gmail.com  burgessmattoxbeytrusttm@g | | |
| | 77.65 | |
| #1 - 01TS: CADILLAC TRUCK SYNTHETIC OIL AND FILTER | | |
| CHANGE, LUBRICATION, AND COMPLIMENTARY 27 | | |
| POINT INSPECTION | | |
| Op: 0600503: CADILLAC PREMIUM CARE - OIL CHANGE | | |
| Tech: 421/1              0.30hrs @ 122.70 | 3.90 | 36.81 |
| Part: 19330000:SL-N-FILTER (01836-BOPCKT)    1 | 4.30 | 6.05 |
| Part interchanges with part# 89017525 | | |
| Part: 19352900:N-OIL (08800-BOPCKT)         8 | 31.20 | 44.00 |
| Sub-Total Labor:      3.90     36.81 | | |
| Sub-Total Parts:     35.50     50.05 | | |
| Sub-Total:           39.40     86.86 | | |
| | | |
| #4 * 0600513: CADILLAC PREMIUM CARE - TIRE ROTATION | | |
| Approved By: 415 on 09/20/18 at 15:48 | | |
| ADDED | | |
| ADDED | | |
| Op: 0600513: CADILLAC PREMIUM CARE - TIRE | | |
| ROTATION | | |
| Tech: 421/1              0.30hrs @ 129.96 | 3.90 | 38.99 |
| Sub-Total Labor:      3.90     38.99 | | |

| ACCOUNT # | LABOR | | 7.80 | 75.80 |
|---|---|---|---|---|
| | PARTS | | 35.50 | 50.05 |
| METHOD | SUBLET | | | .00 |
| | SHOP SUPPLIES | | | .00 |
| | SALES TAX OR TAX I.D. | | | .00 |
| RECEIPT # | DEDUCTIBLE | | | .00 |
| | TOTAL DUE | | 43.30 28686 | 125.85 |

Year 2018
Make Cadi Escalade   Stock No. 6640   Sold To Burgess Mattox Bey
VIN 1GYS4KKJ0JR346145   Date Sold 6/1/18   Address _____ Trust
Motor No. _____   Invoice No. _____   City _____
Date of Purchase 4/5/18   Mileage _____   State _____ Zip _____
Purchased From Bill Cramer Cadi   Phone No. _____
Address _____
City Panama City   ☐ Bill of Sale
State FL   Zip _____
Title No. _____   ☐ Certificate of Title
License No. _____   ☐ Odometer Certification

mso

13889 du for acc

Ventura

**Received Title**
_____
Purchaser

028677

SA-1221-MT(1P)  (11-14)  Reynolds and Reynolds  TO ORDER: www.reysource.com; 1-800-344-0996; fax 1-800-531-9055

2017R00120 - 006

## AFFIDAVIT AND CERTIFICATION

I, __Lynn Forte__, state and certify that the following is true and correct:
   [Name]

1. On or about __November 26__, 2018, I received a Grand Jury Subpoena dated __11/26/18__, directed to and requiring that certain records of this business/financial institution be produced to the grand jury on or before __December 19, 2018__.

2. I am the custodian of records for __Classic Cadillac of Atlanta__ or I am otherwise knowledgeable concerning the manner in which records of this business are created and maintained.

3. In response to the above referenced subpoena, the following records are being produced [Describe, using an attached sheet if necessary]:
__Full Deal Jacket for vehicle purchase and (1) repair order for warranty repairs__.

4. The records accompanying this affidavit: (A) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters; (B) were kept in the course of the regularly conducted activity; and (C) were made by the regularly conducted activity as a regular practice.

I declare and certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on __November 27__, 2018.

__Lynn Forte__ [Signature]
__Lynn Forte__ [Name and Title]
__7700 Roswell Road__ [Address]
__Atlanta GA 30350__ [City, State, Zip Code]
__770-394-9100__ [Telephone Number]
__770-512-7905__ [Facsimile Number]

Sworn to and subscribed before me
This __24__ day of __Nov__, 2018.

__Suzanne L. Goettig__
NOTARY PUBLIC, STATE OF __Ga__

[Notary Seal: Suzanne L. Goettig, Fulton County Georgia, Notary Public, Expires April 17th, 2021]

028676