

GOVERNMENT EXHIBIT 14

USAO_027005



USAO_027006