# Mailbox Service Agreement

6 months + 1 Free  198+20=218   # #0 507

**BURGESS MATTOX**

Center Number: 1006  (NM)

**Customer Information**

Name: Marquet Burgess Mattox

Company: **KEMAHRA HOMES DEVELOPMENT**

Address: 650 Vine Street

City: Athens     State: GA     ZIP: 30601

Business Telephone: 4044543105     Home Telephone: 4044543105

Fax:     Mobile Telephone: 4044543105

E-mail Address: marquet_matbox@yahoo.com     Text Messaging ID:

**Mailbox Information**

Mailbox Number: 496     Mailbox Size: Medium

## Terms and Conditions

1. This Mailbox Service Agreement ("Agreement") is made and entered into by the customer identified above ("Customer") for the use of and services related to a mailbox ("Mailbox") at The UPS Store® or Mail Boxes Etc.® Center identified above ("Center") under the terms set forth herein.

2. Customer agrees that Customer will not use the Center premises or any Center services for any unlawful, illegitimate, or fraudulent purpose, or for any purpose prohibited by U.S. postal regulations. Customer further agrees that any use of the Mailbox shall be in conformity with all applicable federal, state, and local laws. Each individual or entity must complete a separate United States Postal Service Form 1583 ("Form 1583") to be authorized to receive mail or packages at the Mailbox.

3. This Agreement and Form 1583 shall remain confidential, except that this Agreement and Form 1583, including Customer's name, address, and e-mail address, may be disclosed to the Center's franchisor, Mail Boxes Etc., Inc. ("MBE") or its successor, solely for purposes of communication between MBE and Customer related to Customer's use of the Mailbox, and upon written request of any law enforcement or other governmental agency, or when legally mandated. Upon request, Customer agrees to complete all necessary documents, including Form 1583 and any required acknowledgment form relating to service of process. Customer further agrees to sign a revised version of this Agreement and Form 1583 whenever any information required on this Agreement or Form 1583 changes.

4. Possession of the Mailbox key shall be considered valid evidence that the possessor is duly authorized to remove any contents from the Mailbox. In the event of death or incapacity of Customer, the Center will require the appropriate documents from the Probate Court, the executor of the estate, the trustee or other similar person or entity before releasing mail or packages to a requesting party.

5. Customer agrees to pay an initial set-up fee of **$20.00** (which includes a mailbox key fee and other fees associated with opening a mailbox) and/or a door key fee of **$0.00** (which includes an exterior door key fee and other fees associated with 24-hour access) as well as applicable monthly service fees and any applicable sales, use, or other taxes. Mailbox service fees are all due and payable in advance and Customer agrees that the Center may withhold mail and packages from Customer pending payment. There will be no pro-rations or refunds for cancellation of any service. Customer agrees to pay a late fee of **$10.00** if any payment is not received within five (5) days of when due. In the event the Mailbox lock is changed upon the request or fault of Customer, Customer agrees to pay a fee of **$0.00**. Mailbox service fees and other related fees stated herein are subject to change.

   In the event that Customer receives an unreasonable volume of mail or packages at the Mailbox according to the Center's reasonable judgment, the Center may require Customer to upgrade to a larger size Mailbox and pay any additional charge. The Center reserves the right to increase the Mailbox service fees in the event that Customer adds additional individuals or entities to the names of those individuals or entities authorized to receive mail and packages at the Mailbox pursuant to Form 1583.

6. Customer agrees that upon expiration, cancellation, or termination of this Agreement, Customer will not file a change of address order with the post office. Customer and the Center further agree that upon expiration, cancellation, or termination of this Agreement, Customer authorizes the Center to accept and destroy any "Unsolicited Mail" (e.g., mail addressed to "occupant," "current resident," or similar designation; or coupons, advertising, or other promotional material) and any mail addressed to Customer that is delivered to the Center by the United States Postal Service for six (6) months; and may refuse any package addressed to Customer delivered by any party other than the United States Postal Service, such as a commercial carrier service. However, at Customer's election, the Center will:

   a. Re-mail (i.e., forward) Customer's mail (except for Unsolicited Mail) for six (6) months upon Customer's payment in advance for postage, packaging material, and forwarding fees. Customer must pay a monthly forwarding fee of **$0.00** for month 1, and **$0.00** for months 2 through 6 in advance for the time period that mail is to be re-mailed. It is Customer's responsibility to make arrangements with the Center to identify any mail forwarding needs prior to the expiration, cancellation, or termination of this Agreement; or

   b. Store the mail or United States Postal Service packages (except for Unsolicited Mail) for up to six (6) months upon Customer's advance of a storage fee of **$0.00** per month for the time period in which the Center holds the mail or packages, plus a service fee of **$0.00** for each time Customer visits the Center to pick up such items. It is Customer's responsibility to make arrangements with the Center to identify any mail storage needs prior to the expiration, cancellation, or termination of this Agreement.

7. Six (6) months after the expiration, cancellation, or termination of this Agreement, the Center may:
   Refuse any mail or package addressed to Customer and delivered to the Center.
   Destroy any of Customer's mail or packages remaining at the Center at such time.

8. Customer authorizes the Center to complete and file a Shipper's Export Declaration as "agent" on behalf of Customer as "principal party in interest" when necessary and to act on behalf of Customer as Customer's true and lawful agent for purposes of any and all re-mailing, including



GOVERNMENT EXHIBIT 17

**Mailbox Service Agreement**

any re-mailing that requires the filing of a Shipper's Export Declaration by the Center (i.e., any export transaction), in accordance with the laws and regulations of the United States. Customer further agrees to provide the Center with true, accurate, and complete information regarding the contents of any mail or packages to be re-mailed by the Center, whether during the term of the Agreement or after termination or cancellation.

The term of this Agreement shall be the initial period paid for by Customer and any renewal period paid for by Customer from time to time. Renewal of this Agreement for additional terms shall be at the Center's sole discretion.

10. Customer agrees that the Center may terminate or cancel this Agreement for good cause at any time by providing Customer with written notice. Good cause shall include but is not limited to: 1) Customer abandons the Mailbox; 2) Customer uses the Mailbox for unlawful, illegitimate, or fraudulent purposes; 3) Customer fails to pay monies owed the Center when due; 4) Customer receives an unreasonable volume of mail or packages; 5) Customer engages in offensive, abusive, or disruptive behavior toward other customers of the Center or the Center's employees; and 6) Customer violates any provision of this Agreement. Customer acknowledges that, for the purpose of determining good cause for termination of this Agreement as provided herein, the actions of any person authorized by Customer to use the Mailbox will be attributed to Customer.

11. Any written notice to Customer required or permitted under this Agreement shall be deemed delivered twenty-four (24) hours after placement of such notice in Customer's Mailbox or at the time personally delivered to Customer. In the event of a termination notice based upon abandonment of the Mailbox, notice shall be deemed delivered (a) on the next day after placing in the hands of a commercial carrier service or the United States Postal Service for next day delivery, or (b) five (5) days after placement in the United States Mail by Certified Mail, Return Receipt Requested, postage pre-paid, and addressed to Customer at Customer's address as set forth in Form 1583, or on the date of actual receipt, whichever is earlier.

12. As Customer's authorized agent for receipt of mail, the Center will accept all mail, including registered, insured, and certified items, and, if authorized on Form 1583, restricted mail (i.e., mail where the sender has paid a fee to direct delivery only to an individual addressee or addressee's authorized agent). Unless prior arrangements have been made, the Center shall only be obligated to accept mail or packages delivered by commercial carrier services, which require a signature from the Center as a condition of delivery. Customer must accept and sign for all mail and packages upon the request of the Center. Packages not picked up within __5__ days of notification will be subject to a storage fee of __$0.00__ per day per package, which must be paid before Customer receives the package. In the event Customer refuses to accept any mail or package, the Center may return the mail or package to the sender and Customer will be responsible for any postage or other fees associated with such return. C.O.D. items will be accepted ONLY if prior arrangements have been made and payment in advance is provided to the Center. In those states where the Center is required by law to act as Customer's agent for service of process, Customer hereby authorizes the Center to act as Customer's agent for service of process, and this authorization shall remain in effect for as long as this Agreement is in effect, or as long as required by state law, whichever is later. The Center agrees to follow its standard procedures for the timely placement of mail received at the Center and addressed to Customer into Customer's Mailbox, and Customer hereby releases and agrees to protect, indemnify, defend, and hold harmless the Center from any and all liability that may arise at any time in connection with the Center's actions or status as Customer's agent for service of process.

13. Customer agrees to protect, indemnify, defend, and hold harmless the Center, MBE, and their respective affiliates, subsidiaries, parent corporations, franchisees, officers, directors, agents, and employees from and against any and all losses, damages, expenses, claims, demands, liabilities, judgments, settlement amounts, costs, and causes of action of every type and character arising out of or in connection with the use or possession of the Mailbox, including without limitation, any demands, claims, and causes of action for personal injury or property damage arising from such use or possession, from failure of the United States Postal Service or any commercial carrier service to deliver on time or otherwise deliver any items (mail, packages, etc.), from damage to or loss of any package or mail, or to the Mailbox contents by any cause whatsoever, from the Center's collection or remission of sales, use, or any other taxes, including, but not limited to, the Center's failure to refund any amounts that have been collected or remitted, from any penalties, fines, or other liabilities that arise out of, or in connection with, the Center's actions or status as Customer's agent with respect to export transactions, or the Center's completion and filing of any Shipper's Export Declaration on behalf of Customer, and from any violation by Customer of applicable federal, state, or local laws, or the laws of any foreign jurisdiction. In the event that the Center submits or processes any sales, use, or other tax refund claim on behalf of Customer, Customer agrees to cooperate fully with the Center, including, but not limited to, providing any and all information and documentation necessary to process or submit such a claim.

14. Customer acknowledges and agrees that the Center is an independently owned and operated franchise of MBE and that MBE is not responsible for any acts or omissions of its franchisees.

15. CUSTOMER HEREIN AGREES THAT THE TOTAL AMOUNT OF LIABILITY OF THE CENTER AND MBE, IF ANY, FOR ANY AND ALL CLAIMS ARISING OUT OF OR RELATED TO THIS AGREEMENT OR PERFORMANCE HEREUNDER SHALL NOT EXCEED $100.00 REGARDLESS OF THE NATURE OF THE CLAIM. (INITIAL_____)

16. Customer must use the exact mailing address for the Mailbox without modification as set forth in Section three (3) of Form 1583. The United States Postal Service will return mail without a proper address to the sender endorsed "Undeliverable as Addressed."

17. Delivery by commercial carrier services must be made to the Center street address only (and not to a P.O. Box). "P.O. Box" may be used only if it is part of Customer's "Caller Service" (arrangement for delivery of mail through Centers using a United States Postal Service address) address format.

18. Upon signing this Agreement, Customer shall provide two (2) forms of valid identification, one of which shall include a photograph. This Agreement may not be amended or modified, except in a writing signed by both parties.

| Customer Signature: | Date: 2/28/2014 |
|---|---|

**For Center Use Only**

| Authorized Center Representative Signature: | Date: 2/28/2014 |
|---|---|
| How did the customer hear about us?   Television | |
| Comments: | |

The UPS Store® Centers are independently owned and operated by licensed Franchisees of Mail Boxes Etc., Inc., an indirect subsidiary of United Parcel Service, Inc., a Delaware corporation. Services, prices, and hours of operation are subject to change and may vary by location. Copyright © 2009 Mail Boxes Etc., Inc. All rights reserved. • Last updated 02/18/09

USAO_025676

**United States Postal Service**
**Application for Delivery of Mail Through Agent**
See Privacy Act Statement on Reverse

| 1. Date |
|---|
| 02/28/2014 |

In consideration of delivery of my or our (firm) mail to the agent named below, the addressee and agent agree: (1) the addressee or the agent will not file a change of address order with the Postal Service™ upon termination of the agency relationship; (2) the transfer of mail to another address is the responsibility of the addressee and the agent; (3) all mail delivered to the agency under this authorization must be prepaid with new postage when redeposited in the mails; (4) upon request the agent must provide to the Postal Service all addresses to which the agency transfers mail; and (5) when any information required on this form changes or becomes obsolete, the addressee(s) must file a revised application with the Commercial Mail Receiving Agency (CMRA).

**NOTE:** The applicant must execute this form in duplicate in the presence of the agent, his or her authorized employee, or a notary public

The agent provides the original completed signed PS Form 1583 to the Postal Service and retains a duplicate completed signed copy at the CMRA business location. The CMRA copy of PS Form PS 1583 must at all times be available for examination by the postmaster (or designee) and the Postal Inspection Service. The addressee and the agent agree to comply with all applicable Postal Service rules and regulations relative to delivery of mail through an agent. Failure to comply will subject the agency to withholding of mail from delivery until corrective action is taken.

This application may be subject to verification procedures by the Postal Service to confirm that the applicant resides or conducts business at the home or business address listed in boxes 7 or 10, and that the identification listed in box 8 is valid.

| 2. Name in Which Applicant's Mail Will Be Received for Delivery to Agent. (Complete a separate PS Form 1583 for EACH applicant. Spouses may complete and sign one PS Form 1583. Two items of valid identification apply to each spouse. Include dissimilar information for either spouse in appropriate box.) | 3a. Address to be Used for Delivery (Include PMB or # sign.) |||
|---|---|---|---|
| | 2625 Piedmont Road, STE 56 #496 |||
| | 3b. City | 3c. State | 3d. Zip + 4 |
| Marquet Mattox | Atlanta | GA | 30324 |

| 4. Applicant authorizes delivery to and in care of: | 5. This authorization is extended to include restricted delivery mail for the undersigned(s): |
|---|---|
| a. Name | No |
| The UPS Store #1006 | Nycholas mattox |
| b. Address (No., street, apt./ste. no.) | Nailah mattox |
| 2625 Piedmont Road, STE 56 | Niara mattox |
| | Nakeisha watson |
| | Kemahra Homes & Development, Inc. |

| c. City | d. State | e. Zip + 4 |
|---|---|---|
| Atlanta | GA | 30324 |

| 6. Name of Applicant | 7a. Applicant Home Address (No., street, apt./ste.) |
|---|---|
| Marquet Mattox | 650 Vine Street |

| | 7b. City | 7c. State | 7d. Zip + 4 |
|---|---|---|---|
| 8. Two types of identification are required. One must contain a photograph of the addressee(s). Social Security cards, credit cards, and birth certificates are unacceptable as identification. The agent must write in identifying information. Subject to verification. | Athens | GA | 30601 |
| | 7e. Applicant Telephone Number (Include area code) |||
| | 4044543105 |||

| a. GA DL #033708972 | 9. Name of Firm or Corporation |
|---|---|
| | N/A |

| b. GA DL #033708972 | 10a. Business Address (No., street, apt./ste. no.) |
|---|---|
| | N/A |

| | 10b. City | 10c. State | 10d. Zip + 4 |
|---|---|---|---|
| Acceptable identification includes: valid driver's license or state non-driver's identification card; armed forces, government, university, or recognized corporate identification card; passport, alien registration card or certificate of naturalization; current lease, mortgage or Deed of Trust; voter or vehicle registration card; or a home or vehicle insurance policy. A photocopy of your identification may be retained by agent for verification. | N/A | N/A | N/A |
| | 10e. Business Telephone Number (Include area code) |||
| | N/A |||
| | 11. Type of Business |||
| | N/A |||

12. If applicant is a firm, name each member whose mail is to be delivered. (All names listed must have verifiable identification. A guardian must list the names of minors receiving mail at their delivery address.)

N/A

| 13. If a CORPORATION, Give Names and Addresses of Its Officers | 14. If business name (corporation or trade name) has been registered, give name of county and state, and date of registration. |
|---|---|
| N/A | N/A |
| | N/A |

Warning: The furnishing of false or misleading information on this form or omission of material information may result in criminal sanctions (including fines and imprisonment) and/or civil sanctions (including multiple damages and civil penalties).

| 15. Signature of Agent/Notary Public | 16. Signature of Applicant (If firm or corporation, application must be signed by officer. Show title.) All Rights Reserved |
|---|---|
| [signature] | Marquet Mattox |

USAO_027677

Form 1583 December 2004 (Page 1 of 2)



USAO_027678

Dear Mailbox Holder,

Exciting changes are coming to your mailbox. We will soon upgrade our mailbox software with a more robust system, which will allow us to e-mail and text message you when you receive a package or have mail in your box should you choose to receive e-mail or text message notifications. This service, which is included in our full-service mailbox, can help you save time and gas by reducing trips to our center to check whether or not mail or package have arrived for you.

In order to provide this service, we will need your e-mail address and/or your cell phone number and cell provider. Since we are updating your customer information to start this new service, we would also like to confirm the rest of your information at the same time.

Please take a minute to complete the information below and return the form to any member of our staff so we can set up your notifications. If you have any questions please stop by the counter or give us a call.

Sincerely,

**BOB PERSKY**
**THE UPS STORE**

(404)261-6339

Mailbox Number _____

Name  Marquet Antwain Burgess Mattox
Address  650 Vine Street
City  Athens          State  Georgia      ZIP  30601

Phone Numbers:

Home _____     Business  404-454-3105

Cell  404-454-3105     Cell Provider _____

E-mail address  marquet_mattox@yahoo.com

Do you want to receive text or e-mail notification? Circle one:  (YES)  NO

If yes, please specify one or both methods, circle one:

Text message notification       (E-mail notification)

DO YOU WANT TO AUTO RENEW   YES   (NO)

IF YES PLEASE WRITE YOUR CREDIT CARD NUM AND EXP DATE

USAO_027679

## AFFIDAVIT CERTIFYING RECORDS PURSUANT TO
## RULES OF EVIDENCE 803(6) and 902(11)

I, __Robert Persey__ state and certify that the following is true and correct:
    Name

I am the custodian of records for __The UPS Store__
                                  Name of Business or Financial Institution

or I am otherwise knowledgeable concerning the manner in which records of this business or institution are created and maintained.

The records accompanying this affidavit: (A) are copies of records made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters; (B) were kept in the course of the regularly conducted activity; and (C) were made by the regularly conducted activity as a regular practice.

I declare and certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on __7-21__, 202_1_.

Sworn and subscribed before me this _21_

day of __July__, 20_21_.

Notary Public, State of __Georgia__

(Notary Seal: COREY LADD, NOTARY, EXPIRES GEORGIA October 11, 2021, PUBLIC, FULTON COUNTY)

_____
Affiant Signature

__President__
Title

__2625 Piedmont Rd__
Business Street Address

__Atlanta, GA 30324__
City, State ZIP

__404-261-6339__
Telephone