Private    Priority    Exclusive    Urgent    Proprietary matter

Not for public consumption and demand to seal due to private conflict laws

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA                                Case no. 1:21-cv-5117
    Plaintiff

    v

MARQUET ANTWAIN BURGESS MATTOX,
aka MARQUET ANTWAIN BURGESS MATTOX EL,
aka MARQUET BURGESS MATTOX,
aka ASIM ASHUNTA EL,
aka ASIM EL BEY, individually and operating under the fictitious entity known as BURGESS MATTOX BEY INVESTMENT TRUST and as Trustee of the NOBLE MB-EL FAMILY TRUST
    personne physique.



page 1 of 7

FILED '22 05 09 AM09:26 MDGA-MAC

## Notice of Surety termination from bond liability

notice to agent is notice to principal; notice to principal is notice to agent

in good faith, honorable intent, clean hands, and by rights of redemption in Subrogation and equity; in the matter identified as;

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION
 Case  1:21-cv-05117-ELR
 Civil action no. 1:21-cv-5117

and identified as
UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION and MACON DIVISION
 Case  3:20-cr-44-CAR-CHW
 Case no. 3:20-CR-44-(CAR)
    3:20-CR-44-CAR 1
    3:20-cr-44-001-(CAR)
    3:20-CR-44-CAR
    3:20-CR-044-CAR-CHW-1
    3:20-cr-44-(CAR)
    3:20-cr-44-CAR
    etc.

please kindly note, i Burgess Mattox El, Marquel Antwain   personne physique, a civilian, private person / natural person, principal, grantor, settlor, trustor, majority; a flesh and blood living man in full life
hereby give / file this written notice of surety termination from bond liability and i affirm it is my desire to terminate all surety liability for "all" bonds securing and or backing the entire matter, debt, obligation, case, case numbers, docket numbers, accounts, account numbers, securities, instruments, liabilities, tax liabilities, charges, claims, etc., identified supra on page 2, etc.
this surety termination from all liability under the bond is effective May 16, 2022; all bond coverage will end.


Date: April 27, 2022                    print: Burgess Mattox El, Marquel Antwain

                                        by: no rights, waved
                                        personne physique, a civilian,
                                        private person / natural person,
                                        principal, grantor, settlor, trustor,
                                        majority
                                        all God given rights reserved
                                        and non waived


to:   custodian Kevin P. Weimer DBA KEVIN P. WEIMER   CLERK OF COURT
      United States District Court Northern District of Georgia Atlanta Division

page 3 of 7

to: custodian Andrew J Weisberg DBA ANDREW J WEISBERG TRIAL ATTORNEY
United States Department of Justice Tax Division

to: custodian David W. Bunt DBA DAVID W. BUNT CLERK OF COURT
United States District Court Middle District of Georgia Macon Division

to: custodian Lyndie M. Freeman DBA LYNDIE M. FREEMAN ASSISTANT
UNITED STATES ATTORNEY
United States Department of Justice

to: custodian Hilda Garcia DBA HILDA GARCIA SUPERVISOR
Departmento De Hacienda De Puerto Rico

Affidavit of facts

on this day, April 27, 2022, i Burgess Mattox El, Marquiet Antwain personne physique, a civilian, private person/natural person, principal, grantor, settlor, trustor, majority; a flesh and blood living man in full life states that all facts are made with full knowledge of each fact stated and put forth that i affirm the following

i hereby affirm that it is my desire to terminate all surety liability under the bond, to "all" bonds known and unknown for the entire matter, debt, obligation, etc., identified supra on page 2.

i affirm the termination notice given/filed supra on page 2 is proper, complete, and timely; effective May 16, 2022; and the termination notice is served this day, April 27, 2022, via United States mail to the following:

to:   Custodian Kevin P. Weimer DBA KEVIN P. WEIMER CLERK OF COURT
      United States District Court Northern District of Georgia Atlanta Division
      600 United States Courthouse
      75 Ted Turner Drive
      Atlanta, Georgia "nation state"

to:   Custodian Andrew J Weisberg DBA ANDREW J WEISBERG TRIAL ATTORNEY
      United States Department of Justice Tax Division
      Post office box 14198
      Washington District of Columbia 20044

page 5 of 7

to: custodian David W. Bunt DBA DAVID W. BUNT CLERK OF COURT
United States District Court Middle District of Georgia Macon Division
475 Mulberry Street
Macon, Georgia "nation State"

to: custodian Lyndie M. Freeman DBA LYNDIE M. FREEMAN ASSISTANT
UNITED STATES ATTORNEY
United States Department of Justice
300 Mulberry Street
Macon, Georgia "nation State"

to: custodian Hilda Garcia DBA HILDA GARCIA SUPERVISOR
Departmento De Hacienda
10 Covadonga
San Juan, Puerto Rico

i hereby document into record, written notice has been given; Burgess Mattox El, Marquet Antwain personne physique, a civilian, private person/natural person, principal, grantor, settlor, trustor, majority, a flesh and blood living man in full life operating with clean hands, as of this day. i further affirm that the aforemention facts herein are true, correct, and complete to the best of my knowledge and belief, and affirmed as the truth.

Date: April 27, 2022          print: Burgess Mattox El, Marquet Antwain

                              by: no right wd
                              personne physique, a civilian,
page 6 of 7

private person / natural person,
principal, grantor, settlor, trustor,
majority
all God given rights reserved
and non waived