FILED '22 05 09 AM09:26 MDGA-MAC

Burgess matfox El. Malquez Antonio
c/o 835 Ernest Biles Drive
Jackson Georgia 30233

Private

David W. Bunt
CLERK OF COURT
United States District Court
middle District of Georgia
475 mulberry Street
Macon Georgia 31601


