## CERTIFICATE OF SERVICE

I, LYNDIE M. FREEMAN, Assistant United States Attorney, hereby certify that on May 23, 2022, I electronically filed the within and foregoing ***GOVERNMENT'S NOTICE OF NO OBJECTION TO THE PRESENTENCE INVESTIGATION REPORT*** with the Clerk of the Court using the CM/ECF system which will send notification to the Court and all counsel of record.

This 23rd day of May, 2022.

                                          PETER D. LEARY
                                          UNITED STATES ATTORNEY

BY:   */s/ Lyndie M. Freeman*
         LYNDIE M. FREEMAN
         Assistant United States Attorney
         Georgia Bar No. 119499
         United States Attorney's Office
         Middle District of Georgia
         Post Office Box 1702
         Macon, Georgia 31202
         Telephone: (478) 752-3511
         Fax: (478) 621-2655
         Email: lyndie.freeman@usdoj.gov