## CERTIFICATE OF SERVICE

I, LYNDIE M. FREEMAN, Assistant United States Attorney, hereby certify that on May 23, 2022, I electronically filed the within and foregoing ***GOVERNMENT'S NOTICE OF NO OBJECTION TO THE PRESENTENCE INVESTIGATION REPORT*** with the Clerk of the Court using the CM/ECF system which will send notification to the Court and all counsel of record and that I mailed a true and correct copy of the same, to Defendant as follows:

> Marquet Antwain Burgess Mattox
> Butts County Detention Center
> 835 Ernest Biles Drive
> Jackson, GA 30233

This 24th day of May, 2022.

> PETER D. LEARY
> UNITED STATES ATTORNEY
>
> BY:   */s/ Lyndie M. Freeman*
> LYNDIE M. FREEMAN
> Assistant United States Attorney
> Georgia Bar No. 119499
> United States Attorney's Office
> Middle District of Georgia
> Post Office Box 1702
> Macon, Georgia 31202
> Telephone: (478) 752-3511
> Fax: (478) 621-2655
> Email: lyndie.freeman@usdoj.gov