# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| V. : | |
| : | No. 3:20-CR-44-CAR-1 |
| MARQUET ANTWAIN BURGESS, : | |
|     MATTOX, : | |
| a/k/a MARQUET ANTWAIN : | |
|     BURGESS MATTOX EL, : | |
| a/k/a MARQUET BURGESS MATTOX : | |
| a/k/a ASIM ASHUNTA EL, : | |
| a/k/a ASIM EL BEY, : | |
| : | |
|     Defendant. : | |
| : | |

## ORDER TO ACCEPT SERVICE

On August 18, 2021, a jury found Defendant Marquet Antwain Burgess Mattox guilty on all twenty counts charged in the indictment. Defendant is currently detained in Butts County pending sentencing. Probation filed Defendant's draft pre-sentence investigation report ("PSR") on May 17, 2022. A copy of the PSR was provided to Defendant's standby counsel, Catherine Williams.[1] Ms. Williams also mailed a copy of the PSR to Defendant. Any objections to the PSR were due by May 31, 2022.

---

[1] Despite Defendant's repeated statements that he wishes to represent himself and proceed *pro se*, the Court denied Ms. Williams' motion to withdraw because "Defendant may require Ms. Williams' assistance during the sentencing process." *See* [Doc. 68].

On June 6, 2022, United States Probation Officer Erica Simpson notified the Court that United States Probation Officer Leigh Stanford attempted to hand deliver a copy of Defendant's PSR on May 27, 2022, but Defendant refused to accept the PSR. Because Defendant refused to accept a copy of the PSR from Probation Officer Simpson, the Court **ORDERS** the United States Marshals Service to serve Defendant with a copy of the PSR and a copy of this order. The Court **ORDERS** Defendant to accept service.

The Court will grant Defendant an extension of twenty-one (21) days from when the United States Marshals Service serves him with the PSR to file any objections. If Defendant choses not to review the PSR or file objections after he is served, the Court notes he does so at his own peril and risks waiving his ability to object to the PSR. The Eleventh Circuit has held "[i]f a defendant does not specifically and clearly object to facts in the PSI, he waives any objection to them."[2]

**SO ORDERED,** this 6th day of June, 2022.

s/ C. Ashley Royal\_\_\_\_\_
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[2] *United States v. Rice*, 784 F. App'x 714, 717 (11th Cir. 2019) (citing *United States v. Bennett*, 472 F.3d 825, 832 (11th Cir. 2006) (per curiam)).