IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| V. | : | |
| | : | No. 3:20-CR-44-CAR-1 |
| MARQUET ANTWAIN BURGESS, | : | |
| MATTOX, | : | |
| a/k/a MARQUET ANTWAIN | : | |
| BURGESS MATTOX EL, | : | |
| a/k/a MARQUET BURGESS MATTOX | : | |
| a/k/a ASIM ASHUNTA EL, | : | |
| a/k/a ASIM EL BEY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER TO ACCEPT SERVICE

On August 18, 2021, a jury found Defendant Marquet Antwain Burgess Mattox guilty on all twenty counts charged in the indictment. Defendant is currently detained in Butts County pending sentencing. United States Probation filed Defendant's draft pre-sentence investigation report ("PSR") on May 17, 2022, and the United States Marshals Service served defendant with a copy of the draft PSR on June 7, 2022. Probation filed Defendant's Final PSR on July 6, 2022.[1]

Because Defendant previously refused to accept a copy of the PSR from the United States Probation Officer, the Court **ORDERS** the United States Marshals Service

---

[1] Defendant's Final Presentence Investigation Report, Doc. 83.

to serve Defendant with a copy of the Final PSR and a copy of this order. The Court

**ORDERS** Defendant to accept service.

**SO ORDERED,** this 6th day of July, 2022.

s/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT