| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | *See "Instructions for Service of Process by U.S. Marshal"* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 3:20-CR-44-CAR |
| **DEFENDANT** | **TYPE OF PROCESS** |
| MARQUET ANTWAIN BURGESS MATTOX | ORDER AND FINAL PSR |

**SERVE AT**

NAME OF INDIVIDUAL COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MARQUET ANTWAIN BURGESS MATTOX

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
BUTTS COUNTY DETENTION CENTER, 835 ERNEST BILES DRIVE, JACKSON, GEORGIA 30233

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Clerk, U.S. District Court
PO Box 128
MACON, GEORGIA 31202

| | |
|---|---|
| Number of process to be served with this Form-285 | 2 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE
(*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):

Signature of Attorney or other Originator requesting service on behalf of:
s/ Tydra Miller, Deputy Clerk

☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: 478-752-0730

DATE: July 6, 2022

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted*)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks" the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (*if not shown above*)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date: Time: ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS: ☐

USM 285 (MDGA)