FILED '22 07 11 AM09:45 MDGA MAC

Private    Priority    Exclusive    Urgent    Proprietary matter

Not for public consumption and demand to seal due to private conflict laws

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

UNITED STATES OF AMERICA         Case no. 3:20-CR-44 (CAR)

v

MARQUET ANTWAIN BURGESS
   MATTOX,
aka MARQUET ANTWAIN
   BURGESS MATTOX EL,
aka MARQUET BURGESS
   MATTOX,
aka ASIM ASHUNIA EL,
aka ASIM EL BEY,
   Personne physique.

Convey, Transfer, Assign

In good faith, honorable intent, clean hands, and by rights of redemption in Subrogation and equity, I convey, transfer, and assign custodians offer to contract attached identified as:

Case name        USA v MATTOX
Case number      3:20-cr-00044-CAR-CHW
dated            6/28/2022 at 11:57 AM EDT

to and for the account of the United States for a full acquittance and discharge for all purposes of the debt, matter, instrument, obligation, etc.

Date: July 7, 2022        Print: Burgess Mattox El, Marquied Andrean

by: /s/ Registered mail
persidone physique, a civilian,
private person / natural person,
principal, grantor, settlor, trustee,
majority
all God given rights reserved
and not waived

Affidavit of facts

on this day, July 7, 2022, i Burgess Mattox El, Marquet Antwan, Personae physique, a Civilian, Private person/ natural person, Principal, Grantor, settlor, trustee, majority, a flesh and blood living man in full life states that all facts are made with full knowledge of each fact stated and put forth, that i affirm the following.

in good faith, honorable intent, clean hands, and by rights of redemption in subrogation and equity, on May 25, 2022, via "exclusive equity" i appointed custodians to the matter and ascribed custodian duties; custodians identified as follows:

- David W. Bunt DBA DAVID W. BUNT   CLERK OF COURT
  United States District Court Middle District of Georgia Macon Division

- Lyndie M Freeman DBA LYNDIE M FREEMAN ASSISTANT UNITED STATES ATTORNEY   United States Department of Justice

- Peter D. Leary DBA PETER D. LEARY   UNITED STATES ATTORNEY
  United States Department of Justice

- C Ashley Royal DBA C ASHLEY ROYAL   DISTRICT JUDGE
  United States District Court Middle District of Georgia Athens Division

- Hilda Garcia DBA HILDA GARCIA SUPERVISOR
  Departmento De Hacienda De Puerto Rico

i affirm i made a special deposit to the court of my private property original authenticated private estate / private trust / private deed that's been on deposit with the court since October 23, 2020, identified as Marquet Antwan Burgess Mattox "estate" Georgia "nation state" Certificate of live birth, file number 1972 GA00018065, certificate number 758022, delivered to custodian Charles H. Weigle DBA CHARLES H. WEIGLE MAGISTRATE JUDGE United States District Court Middle District of Georgia, Macon Division; i also delivered additional private property certificate number 52665764 to custodian David W. Bunt around May 25, 2022; takes without

just compensation and held by resident custodian.

i affirm the aforementioned "estate" is not abandoned; estate was conveyed to Burgess Mattox Marquet Antwain "foreign estate" July 2015; secured by a 900-billion United States dollars first lien position in my favor August 2015; delivered to Departmento De Hacienda De Puerto Rico via "special deposit" August 2015; confirmed received, processed, and approved; verifiable via Hilda Garcia DBA HILDA GARCIA SUPERVISER inheritance department Departmento De Hacienda; estate is also evidenced via recording August 2015, Clerk of Court, Oconee County, Government of Georgia "nation state".

i affirm custodians are not heirs, nor beneficial heirs, nor qualified heirs to my private estate nor to any of my private property; takes without just compensation and held by resultant custodian.

on may 25, 2022, i affirmed via affidavit of ownership that i am the principal, beneficiary; the aforementioned are my private property.

on may 25, 2022, i granted custodians limited discretionary authority to utilize the aforementioned special deposit of my private property that is on deposit with the court to immediately and permanently settle, discharge, and close "all" debt, liabilities, tax liabilities, cases, case numbers, docket numbers, accounts, account numbers, bonds, securities, instruments, charges, claims, true bill, etc., identified infra, etc., for a full acquittance and discharge for all purposes of the entire matter, debt, obligation, etc., for the benefit of Burgess Mattox El, Marques Antwain; the debt, matter, etc., also identified as follows:

United States District Court for the middle District of Georgia
    Case    3:20-cr-00044-CAR-CHW
    Case no.  3:20-CR-44-(CAR)
        3:20-CR-44-CAR1
        3:20-CR-44-001 (CAR)
        3:20-CR-44-CAR
        3:20-CR-044-CAR-CHW-1
        3:20-cr-44-(CAR)
        3:20-cr-44-CAR
        3:20-cr-44-001 (CAR)
etc., and to include any/all additional cases, case numbers, docket numbers, etc., to the entire matter, etc., known and unknown.

i affirm, i am a flesh and blood living man in full life, personne physique, a civilian, private person / natural person, majority.

i affirm, i have never given consent orally or written, for any custodian nor anyone else to ever effect or abrogate my private rights.

i am not a domestic corporation nor domestic partnership nor domestic residence nor domestic trust nor domestic estate. i am not lost at sea nor lost beyond the sea; i am not dead nor deceased nor a decedent nor civiliter mortuus nor ens legis.

the court lacks jurisdiction.

i affirm on May 25, 2022, i challenged jurisdiction and i challenged subject matter jurisdiction.

i affirm by rights of redemption in subrogation and equity, between October 23, 2020, and July 7, 2022, the entire debt, matter, obligation, etc., have "all" been conveyed, transferred, and assigned to and for the account of the United States for a full acquittance and discharge for all purposes of the debt, matter, obligation, etc., and then delivered to custodians including custodian Hilda Garcia and custodian David W. Bunt.

i affirm, i humbly and respectfully decline custodian's offer to contract / fraudulent inducement / contract to slavery / chattel slavery / forced assimilation / bondage / bond servitude / crimes against humanity / human trafficking / trafficking in human cargo, etc., against a flesh and blood living man in full life, personne physique, civilian, private person / natural person, majority, me; and i respectfully return custodian's aforemention contract attached back to custodians; contract identified as follows:

    Case name    USA v MATTOX
    Case number    3:20-cr-00044-CAR-CHW
    dated    6/28/2022 at 11:57 AM EDT

i affirm, i respectfully decline custodian's offer for me a flesh and blood living man in full life, personne physique, civilian, private person / natural person, majority, to make a "Special Appearance"

i affirm by rights of redemption in subrogation and equity, i convey, transfer, and assign custodian's document/instrument/contract aforemention and attached to and for the account of the United States for a full acquittance and discharge, etc., and return to custodians.

i affirm on October 7, 2020 through acts of "treason" i was kidnapped by custodians and i have been involuntarily held hostage via false imprisonment by custodians for twenty one months in BUTTS COUNTY GOVERNMENT JAIL, 235 Ernest Biles Drive, Jackson, Georgia "nation State"; under legal disability to contract.

the court is moved in "exclusive equity" to immediately utilize the special deposit of my private property, private estate/private trust/ private deed identified supra on page 3, etc., to immediately and permanently settle, discharge, and close "all" debt, etc., to the matter, obligation, etc., identified supra, attached, and previously delivered to custodians, etc., for a full acquittance and discharge for all purposes of the debt, matter, obligation, etc., revoking any detention order to the matter, returning my private property back to me, rightfully returning my private property identified as my body back to me, setting me at liberty this day from false imprisonment without further delay or further acts of treason. i now hereby document into record Burgess Mattox El, Marquis American personne physique, a civilian, private person/natural person, principal, grantor, settler, trustee, majority, a flesh and blood living man in full life operating with clean hands, as of this day. i further affirm that the aforemention facts herein are true, correct, and complete to the best of my knowledge and belief and affirmed as the truth.

Date: July 7, 2022          Print: Burgess Mattox El, Marquis American

                            by: No Rights waived
                                personne physique, a civilian,
                                private person/natural person,
                                principal, grantor, settler, trustee,
                                majority
                                all God given rights reserved
                                and non waived

to: Custodian David W. Bunt DBA DAVID W. BUNT CLERK OF COURT
United States District Court Middle District of Georgia Macon Division
475 Mulberry Street
Macon, Georgia "nation State"

to: Custodian Lyndie M Freeman DBA LYNDIE M FREEMAN ASSISTANT
UNITED STATES ATTORNEY
United States Department of Justice
300 Mulberry Street
Macon, Georgia "nation State"

to: Custodian Hilda Garcia DBA HILDA GARCIA SUPERVISOR
Departmento De Hacienda
10 Covadongo,
San Juan, Puerto Rico

FILED '22 07 11 AM09:45 MDGA-MAC

by rights of redemption in Subrogation and equity
i convey, transfer, and assign the entire debt, matter, instrument, obligation, etc., on the obverse side, etc., to and for the account of the United States for a full acquittance and discharge for all purposes of the debt, matter, obligation, etc.

Date: July 7, 2022

print: Burgess mattox El, Marquel Antwain
by: no rights waived
personne physique, a civilian,
private person / natural person,
principal, grantor, settlor, trustor,
majority
all God given rights reserved
and non waived

