UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
P.O. BOX 1106
ATHENS, GEORGIA 30603-1106

OFFICIAL BUSINESS

ATLANTA METRO 301
28 JUN 2022 PM 5 L

30233-510035



S94148.076
$0.53 0
US POSTAGE
FIRST-CLASS
062S0009564772
30601

Burgess Mattox El, Magistrate/Indian
℅ 835 Ernest Biles Drive
Jackson Georgia 30233

FILED '22 07 11 AM 09:45 MDGA-MAC

Private

Daniel W. Bush
CLERK OF COURT
United States District Court
for the Middle District of Georgia
Macon Division
475 mulberry street
Macon Georgia 31601

