IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARQUET ANTWAIN BURGESS MATTOX,<br>aka MARQUET ANTWAIN BURGESS MATTOX EL,<br>aka MARQUET BURGESS MATTOX,<br>aka ASIM ASHUNTA EL,<br>aka ASIM EL BEY,<br><br>      **Defendant** | CASE NO.  3:20-CR-44 (CAR) |

## AMENDED CERTIFICATE OF SERVICE

I, MIKE MORRISON, Assistant United States Attorney, do hereby certify that on July 13, 2022, I electronically filed the **Motion and Memorandum of the United States for the Issuance of a Preliminary Order of Forfeiture/Money Judgment, and Proposed Preliminary Order of Forfeiture/Money Judgment** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

I also certify that on July 14, 2022, I have also mailed by the United States Postal Service the filed document to the following *pro se* Defendant:

    Marquet Antwain Burgess Mattox
    Butts County Detention Center
    835 Ernest Biles Drive
    Jackson, Georgia  30233

In addition, on July 14, 2022, a copy of the filed document will be personally served on Defendant Mattox by the United States Marshals Service.

DATED, this 14th day of July, 2022.

                              PETER D. LEARY
                              UNITED STATES ATTORNEY

BY:   */s/ Michael D. Morrison*
       MICHAEL D. MORRISON
       Assistant United States Attorney
       Georgia Bar No.: 153001
       United States Attorney's Office
       Post Office Box 1702
       Macon, Georgia 31202-1702
       Telephone: (478) 752-3511
       Facsimile: (478) 621-2682
       Mike.Morrison@usdoj.gov