**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>3:20-CR-44 (CAR) |
|---|---|
| DEFENDANT<br>MARQUET ANTWAIN BURGESS MATTOX | TYPE OF PROCESS<br>SEE BELOW |

SERVE AT

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Marquet Antwain Burgess Mattox

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
c/o Butts County Detention Center, 835 Ernest Biles Drive, Jackson, Georgia 30233

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 | |
|---|---|---|
| United States Attorney's Office - Middle District of Georgia<br>Michael D. Morrison, Assistant United States Attorney<br>Post Office Box 1702<br>Macon, Georgia 31202 | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

1. Motion and Memorandum of the United States for the Issuance of a Preliminary Order of Forfeiture/Money Judgment, and Proposed Preliminary Order of Forfeiture/Money Judgment

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF   ☐ DEFENDANT | TELEPHONE NUMBER<br>478-752-3511 | DATE<br>7/14/2022 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>2 | District of Origin<br>No. 20 | District to Serve<br>No. 20 | Signature of Authorized USMS Deputy or Clerk | Date<br>07/14/2022 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am<br>☐ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

07/14/2022 - assigned to DUSM Pearson for service.

Form USM-285
Rev. 03/21