RECNC'220719AM0741 MDG7-ATH

   

 

**Affidavit of Title and Beneficial Ownership**
pursuant to Bank Shi-Urkantzu, Muurish/Moorish Freeholder Financial Services©™
NOTICE TO PRINCIPAL IS NOTICE TO AGENT, NOTICE TO AGENT IS NOTICE TO PRINCIPAL

July 11, 2022 AD, 1442 M.C.

Affiant/Marquet Antwain Burgess Mattox©™
C/o 1521 Alton Rd STE 422
Miami Beach, Florida State, near [33139-3301]
Zip Exempt/ Nonresident/ Non-Domestic
Republic without the U. S. by order of *lex domicilii*
(Al Moroc/ Amexem/ Washitaw Territory & Empire)

Re: Affidavit of Title and Beneficial Ownership in regards to Case #: 3:20-CR-44-CAR I 3:20-44-001(CAR), 3:20-CR-44-CAR, 3:20-CR-044-CAR-CTRU-1, 3:20-CR-44-(CAR) 3:20-CR-44-CAR, 3:20-CR-000-44-CAR-CHW, 3:20-CR-44(CAR), 3:20-CR-44-CAR I 3:20-CR-44-OO1(CAR), 3:20-CR-44-CAR, 3:20-CR-044- CAR CHW-1

international law and treaty law etc.

Respondent(s): Presiding Judge: C. Ashley Royal, or holder of the Seat
IN THE UNITED STATES DISTRICT FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION as Party of the First Part

115 E. Hancock Avenue Athens, Georgia 30601

Prosecutor: STATE OF GEORGIA, as Party of the First Part, Peter D. Leary, James E. Dorsey, Lyndie M. Freeman, Jessica A. Kraft

All Other Judicial Officers, Accusers, and Parties of Interest:
IN THE UNITED STATES DISTRICT FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION as Party of the First Part

Dear Presiding: Judge C. Ashley Royal, or holder of the seat

Known to all that these presents:

I am, Aleph Amnon Uryan El, having beneficial ownership, pursuant to being a beneficiary, Heir Apparent; nominee, Secured Party, Party of the Second Part of the SECURITY AGREEMENT as pursuant to: Bank Shi-Urkantzu, Muurish/Moorish Freeholder Financial Services©™, A perpetual Divine Charter for the Muurish/Moorish Private Bank in North America – Non-Negotiable Private Security Agreement (Security Interest) between two Parties. BANK SHI-URKANTZU, MUURISH/MOORISH FREEHOLDER FINANCIAL SERVICES©™ (see pulaskiclerk.com real estate room 102 Instrument No. 2014049867, 2014071800, 2014073970).

Being that I have beneficial ownership pursuant to being a beneficiary and Party of the Second Part of the aforementioned Security Agreement, I am authorized to enforce the rights of Article(s) 1-16 of BANK SHI-URKANTZU, MUURISH/MOORISH FREEHOLDER FINANCIAL SERVICES©™ (see pulaskiclerk.com real estate room 102 Instrument No. 2014049867, 2014071800, 2014073970) page 24- 27 of 66.

It has come to my attention that one of your employees, parties, agents, representatives, and/or affiliates *et al.*, IN THE UNITED STATES DISTRICT FOR THE MIDDLE DISTRICT OF GEORGIA ATHENS DIVISION, as Party of the First Part, has made a grave error in violating/trespassing on the estate of Marquet Antwain Burgess Mattox, and has been unwittingly made him victim in his rights to commerce, which has caused great harm and has affected his family negatively. As such, this letter stands as an Affidavit of Title and Beneficial Ownership in the matter of Marquet Antwain Burgess Mattox. I expect a response to this notice by addressing each and every issue/concern, which I have stated herein with this said Affidavit of Title and Beneficial Ownership in regard to commerce.

This notice constitutes the Discovery Process in the exhaustion of this administrative remedy and has been presented under Notarial Seal for the purpose of certifying the admission, confessions and stipulations of the parties, the purpose of which is to enforce BANK SHI-URKANTZU, MUURISH/MOORISH FREEHOLDER FINANCIAL SERVICES©™ Security Agreement. <u>Please take note of your mandatory obligation to respond in a timely manner</u>. The Secured Party Creditor, trustee, beneficiary, heir apparent, nominee, Party of the Second Part may enforce by the discretion of the Secured Party of the aforementioned Security Agreement & the penalties set forth therein and Notice and Surety and Bond No. 7014 2120 0000 1540 1839. Ten (10) days except Sunday and Holidays will be given to respond in rebuttal upon receipt of this affidavit. Penalties will be enforced by BANK SHI-URKANTZU, MUURISH/MOORISH FREEHOLDER FINANCIAL SERVICES©™ (see pulaskiclerk.com real estate room 102 Instrument No. 2014049867, 2014071800, 2014073970)

## Declaration of Third Party Status:

Presiding Judge, C. Ashley Royal, for your information, this Affidavit of Title and Beneficial Ownership is in regard to the <u>ens legis</u>, 14TH <u>Amendment U. S. citizen</u> "person" <u>Corporation</u> known as **MARQUET ANTWAIN BURGESS MATTOX©™** and <u>Marquet Antwain Burgess Mattox, Marquet Antwain Burgess Mattox El, Marquet Burgess Mattox, Asim Ashunta El and Asim El Bey</u> all **CAPITAL LETTERS NAME** any and all derivatives *et al. in toto* (Capitis diminutio maxima). As a Beneficiary of BANK SHI-URKANTZU, MUURISH/MOORISH FREEHOLDER FINANCIAL SERVICES©™, heir apparent, I, Aleph Amnon Uryan El, as Party of the Second Part am authorized to enforce the aforementioned agreement on behalf of **MARQUET ANTWAIN BURGESS MATTOX©™** and <u>Marquet Antwain Burgess Mattox, Marquet Antwain Burgess Mattox El, Marquet Burgess Mattox, Asim Ashunta El and Asim El Bey</u> all **CAPITAL LETTERS NAME** any and all derivatives *et al. in toto* 14th amendment U.S. Citizen. All documentation concerning the DEBTOR(s) status and jurisdiction are held in trust and executed by Aleph Amnon Uryan El©™ as Party of the Second Part of the aforementioned Security Agreement, which has been recorded for the public record and are available for public viewing. BANK SHI-URKANTZU, MUURISH/MOORISH FREEHOLDER FINANCIAL SERVICES©™ (see pulaskiclerk.com real estate room 102 Instrument No. 2014049867, 2014071800, 2014073970) & Notice of Surety Act and Bond No. 7014 2120 0000 1540 1839 (see www.pulaskiclerk.com real estate room 102 Instrument No. 2017005018)

## Subject Matter Void / Suit(s) / Summons / Citation(s) / (misrepresented) Bill(s) of Exchange; as Reason for Vacating and Granting Relief:

Relief may be granted where the Suit(s) / Summon(s) / (misrepresented) Bill(s) of Exchange, Case Numbers: **3:20-CR-44-CARI   3:20-44-001(CAR), 3:20-CR-44-CAR, 3:20-CR-044-CAR-CTRU-1,   3:20-CR-44-(CAR)   3:20-CR-44-CAR, 3:20-CR-000-44-CAR-CHW,   3:20-CR-44(CAR),   3:20-CR-44-CAR I3:20-CR-44-OO1(CAR), 3:20-CR-44-CAR, 3:20-CR-044- CAR CHW-1**, or any Action(s) or 'Order(s)' arriving from its / their construction, is Void due to the Court lacked Jurisdiction over the 'Subject Matter'; and lacked 'Personal Jurisdiction' over the parties(s); in addition to Misrepresentation and a denial of "Due process" of law. The accusing party(s) (Police, Private Security Guards, Officers of the Court, Etc.) acted in some manner inconsistent with Constitutional constraints, and contrary to Constitutional - secured Due Process; or otherwise acted as actors, beyond the delegated Powers granted to it / them, under the Supreme Law of the Land. When Evidence, a Motion, or Affidavit challenges a Suit / Summons / Bill(s) of Exchange, as void, the Inferior Court and the District Court lacks discretion. In accord with the Established Law of the Land, I, Aleph Amnon Uryan El, as heir apparent, Nominee, Secured Party, Party of the Second Part, enforced by the discretion of the Secured Party of the aforementioned Security Agreement, that the Judge and Prosecutor of this Court make Void and Vacate the unconscionable suits / instruments / (misrepresented) Bill(s) of Exchange, as their improper presentments are contrary to, and repugnant to, the Constitution; being a violation against secured Due

Process Rights; and contrary to, and repugnant to, Oath of Ethics, Official Oaths, Fiduciary Duties, and foreign to 'Right Law' Principles.

IN THE UNITED STATES DISTRICT FOR THE MIDDLE DISTRICT OF GEORGIA ATHENS DIVISION as Party of the First Part and its corporate – contracted Officers, Agent(s) and Personnel, are sighted for unlawfully using the Public Trust to transfer or convert a 'Right' into a 'Crime', under a 'Color-of-Law', under a 'Color-of Authority' and under a 'Color-of-Right'. Section 242 of Title 18 makes it a crime for a person acting under color of any law to willfully deprive a person of a right or privilege protected by the Constitution or laws of the United States.

### The Treaty of Peace and Friendship, Article (14) 1836

1. Presiding Judge, C. Ashley Royal, or holder of the seat, it has come to my Attention that one of your employees, parties, agents, representatives, and/or affiliates et.al, has made a grave error in violating commerce and international laws pursuant to BANK SHI-URKANTZU, MUURISH/MOORISH FREEHOLDER FINANCIAL SERVICES©™ (see pulaskiclerk.com real estate room 102 Instrument No. 2014049867, 2014071800, 2014073970). Notice of Surety Act and Bond No. 7014 2120 0000 1540 1839 (see www.pulaskiclerk.com real estate room 102 Instrument No. 2017005018)

2. As it Violates Article 14: the Treaty of Peace and Friendship of 1836: "The commerce with the United States, shall be on the same footing as is the commerce with Spain, or as that with the most favored nation for the time being; and their Citizens shall be respected and esteemed, and have full liberty to pass and re-pass our country and seaports whenever they please, without interruption."

3. As it violates the following articles of BANK SHI-URKANTZU, MUURISH/MOORISH FREEHOLDER FINANCIAL SERVICES©™
    a. article 1
    b. article 2
    c. article 5
    d. article 6
    e. article 7
    f. article 8
    g. article 9
    h. article 11
    i. article 12
    j. article 13
    k. article 16(e)

## Exhibits:

**Exhibit (A)** Certified Copy BANK SHI-URKANTZU, MUURISH/MOORISH FREEHOLDER FINANCIAL SERVICES©™ Recorded: 8/28/2014 Filed & Recorded (see www.pulaskiclerk.com real estate room 102 Instrument No. 2014049867).

**Exhibit (B)** Certified Copy Notice of Newspaper Publication for Bank Shi-Urkantzu, Muurish/Moorish Freeholder Financial Services©™ Recorded 12/05/2014 Filed & Recorded (see www.pulaskiclerk.com, in real estate room 102 instrument No. 2014049867 & 2014071800).

**Exhibit (C)** Certified Copy Notice Concerning Fiduciary Relationship Recorded: 12/16/2014 Filed & Recorded (see www.pulaskiclerk.com, in real estate room 102 instrument No. 2014073970.

**Exhibit (D)** Affidavit of true and exact copy of the Congressional Record proceedings and debates of the 90th Congress first session Volume 113-part 12 June 12th 1967- June 20th 1967 (The 14th Amendment is Unconstitutional pages 15641- 15646).

**Exhibit (E)** Affidavit of true and exact copy of the Georgia Archives University System of Georgia (14th and 15th Amendment to the Constitution Of The United States were never validly adopted pages 1-4).

## Acknowledgment

I stand on this Notice to be made "without prejudice," "without recourse," "as good as aval" and executed "without the United States of America." I affirm and solemnly declare on My private unlimited commercial asset credit/liability and under penalty of perjury under the laws of the republic union states of America, (Al Moroc/Amexem/Washitaw Territory & Empire), that the foregoing is true, correct, complete and certain to the best of my informed knowledge and further affiant saith not. I now affix my autograph and official seal to all of the above affirmations

By: _____
Aleph Amnon Uryan El©™ & rel. JERMAINE MCKINSEY WILLIAMS©™
Authorized Representative for the Estates of MARQUET ANTWAIN BURGESS MATTOX Estate©™
All Liberties and Rights Reserved Without Prejudice,
UCC 1-103, 1-207/308, 1-303, 7-103, 9-311

_____
witness

Gemone Newton El©™
Printed Name

_____
witness

Milton LeeShawn Youmans©™
Printed Name

_____
witness

Timothy Cadmar Williams Bey©™
Printed Name