Filed & Recorded in Official Records of Larry Crane, PULASKI COUNTY
CIRCUIT/COUNTY CLERK Fees $44.50

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Bank Shi-Urkantzu, Muurish/Moorish Freeholder
Financial Services©TM; C/o P.O. Box 453 Plumerville,
Ark. state near [72127] Zip exempt/ Nonresident/ Non-
Domestic/ Republic; W/o the U.S. by order of lex domicilii
(Al Moroc/ Amexem/ Washitaw Territory & Empire)

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| UNITED STATES DEPARTMENT OF THE TREASURY | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1500 PENNSYLVANIA AVE NW | WASHINGTON | DC | 20220 | US |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| UNITED STATES | | | | |
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1600 PENNSYLVANIA AVE NW | WASHINGTON | DC | 20500 | US |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Bank Shi-Urkantzu Muurish/Moorish Freeholder Financial Services©TM | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| C/o P.O. Box 453 | Plumerville | Ar | [72127] | uSA |

4. COLLATERAL: This financing statement covers the following collateral:
As pursuant to the Silver Bullion pledged as credit loaned to the debtors, this financing statement is issued to secure all of the debtors' obligations of honor, payment and performance by acceptance to the stipulations, agreements, terms and conditions as contained within the Bank Shi-Urkantzu Muurish/Moorish Freeholder Financial Services©TM Charter; in toto, and the Bank Shi-Urkantzu©TM MMFFS-1 Security Agreement; in toto, and securing all of the debtors' rights, interests and title in, under and to the collateral as listed in Bank Shi-Urkantzu©TM MMFFS-1 Security Agreement; for the benefit of the Secured Party, and in toto as Party of the Second Part. See Bank Charter and Security Agreement attached as exhibits, as well as copy of Payment Bond 02062013-1; showing the attached Seals of the Arkansas Secretary of State, and the US Secretary of State; which shows State and Federal acknowledgement of the Private Bank and Trust, and IRS/ UCC Contract Trust of the Issuer, and State and Federal acknowledgement of the capacity in which the issuer signed as Creditor and Freeholder; as by passing through their legal departments, and thus being held accountable for this knowledge; the Genetic Proof of Freeholder Status, USPS Proof and other obligating exhibits listed on the Exhibit sheet attached to this Financing Statement; secured as pursuant to UCC 1-103, 1-207/1-308, 3-305, 7-103 and 9-311; et al. See Security Agreement Party of the First Part in re All debtors as listed therein.

| 5. Check only if applicable and check only one box: Collateral is ☑ held in a Trust (see UCC1Ad, item 17 and Instructions) | being administered by a Decedent's Personal Representative |
|---|---|
| 6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☑ A Debtor is a Transmitting Utility | 6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☑ Non-UCC Filing |
| 7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor | |

8. OPTIONAL FILER REFERENCE DATA:
Auth. Agent of Secured Party: _Duane El-Shango- El_     A.R.R. UCC 1-103, 1-207/1-308 -W/o Prejudice

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank
because Individual Debtor name did not fit, check here ☐

9a. ORGANIZATION'S NAME

**UNITED STATES DEPARTMENT OF THE TREASURY**

OR | 9b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name;
do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME

**UNITED NATIONS**

OR | 10b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **UNITED NATIONS** | **NEW YORK** | **NY** | **10017** | **USA** |

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

| 11a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):

| 13. ☑ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable) | 14. This FINANCING STATEMENT: ☐ covers timber to be cut ☐ covers as-extracted collateral ☑ is filed as a fixture filing |
|---|---|
| 15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest): **Records of Noble Drew Ali, Public Trustee of Record: The Cook County Recorder of Deeds Office, 118 N. Clark Street Room 120, Chicago, Illinois 60602** | 16. Description of real estate: **Meets and Bounds of the Real Estate as it relates to North, South and Central America, Mexico and the Adjoining Islands; see Moorish Holy Koran Circle 7; Chapt. 47:6-11; as pursuant to Torrens Title Registry Bk. 521, Pg. 579 Doc. No. 10105905.** |

17. MISCELLANEOUS:
**See Page 1 of Exhibit D, i.e. Bank Shi-Urkantzu©TM MMFFS-1 Security Agreement as it relates to the Trustee of Debtors**

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)

## UCC FINANCING STATEMENT ADDITIONAL PARTY
FOLLOW INSTRUCTIONS

**18. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

| 19a. ORGANIZATION'S NAME |
|---|
| **UNITED STATES DEPARTMENT OF THE TREASURY** |

OR

| 19b. INDIVIDUAL'S SURNAME |
|---|
| FIRST PERSONAL NAME |
| ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**19. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (19a or 19b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 19a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **FIDELITY INVESTMENTS** | | | | |

OR

| 19b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 19c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **82 DEVONSHIRE STREET V7A** | **BOSTON** | **MA** | **02109** | **US** |

**20. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (20a or 20b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 20a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

OR

| 20b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 20c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**21. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (21a or 21b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 21a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

OR

| 21b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**22.** ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (22a or 22b)

| 22a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

OR

| 22b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**23.** ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (23a or 23b)

| 23a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

OR

| 23b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**24. MISCELLANEOUS:**
Please see PULASKI COUNTY CIRCUIT/ COUNTY CLERK, REAL ESTATE ROOM 102 public records in toto for TORIANO JAMES HERVEY HOPES AKWESI OBASHANGO-EL©TM/ TORIANO JAMES HERVEY©TM; WWW.PULASKICLERK.COM, and in particular, the Instrument numbers 2010004359, 2012083870 and 2014009391 for Gold, Silver and Copper Bonds of Real Money; as contained therein the public records.

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDITIONAL PARTY (Form UCC1AP) (Rev. 08/22/11)





**Seal of the Pulaski County
Circuit Clerk of Court**







# Financing Statement Exhibit Documents for: Bank Shi-Urkantzu, Muurish/Moorish Freeholder Financial Services©℠

{A Perpetual Divine Charter for the Muurish/Moorish Private Bank in North America and Bank Shi-Urkantzu©℠ MMFFS-1 Security Agreement}

## Founded by the Primogeniture Freehold Heir; the Honorable and Noble: Toriano-James Hervey Hopes Akwesi: ObaShango-El©℠

*A Private Banker, Attorney in Fact, Private Attorney General, Sui Juris & Sui Generis Justice, Bailiff, Muurish/Moorish Marshal, Consular General and Chief of the Shi-Urkantzu Thunder Clan Olmec Muurs™; and an Autochthonous Aboriginal, Indigenous Native American Muurish/Moorish De Jure Freeholder by Primogeniture Blood Birthright Inheritance, Land Owner, Landlord, Land Creditor and Gold, Silver and Copper Bullion Bonded Secured Party Creditor over the debtor corporations United States, the State of Arkansas; et al 49 States & all Public Officials operating therein; and other corporations, and as a Holder with absolute rights to enforcement of the lawful obligations owed by them; United States' & 50 States' bankruptcies as pursuant to A.D. 1933.*

## Bank Shi-Urkantzu, Muurish/Moorish Freeholder Financial Services©℠

{A Perpetual Divine Charter for the Muurish/Moorish Private Bank in North America and Bank Shi-Urkantzu©℠ MMFFS-1 Security Agreement}

### Is now an enforceable Contract by Operation of Law:

*This Bank Shi-Urkantzu, Muurish/Moorish Freeholder Financial Services™ Perpetual Divine Charter for the Muurish/Moorish Private Bank in North America and Bank Shi-Urkantzu™ MMFFS-1 Security Agreement has now become a Contract to be honored and enforced in the 50 corporate States across the corporate United States, (including the District of Columbia; et al places/ territories as pursuant to the Party of the First Part in the Security Agreement); due to acceptance and honor of the Charter and Security Agreement, and also (Contract) as pursuant to the terms and conditions as stated within the Charter and Security Agreement; by the accepting, receiving and noticed parties. NOTICE: The definition of Private Law; page 3 of the Charter is hereby corrected; whereas it reads "in whom the inheres," but shall now be understood to read as "in whom the right inheres;" whereas the word "right" is added for correction of typographical error. This Bank Shi-Urkantzu, Muurish/Moorish Freeholder Financial Services™ Perpetual Divine Charter for the Muurish/Moorish Private Bank in North America and Bank Shi-Urkantzu™ MMFFS-1 Security Agreement is recorded as pursuant to the Constitution for the united States of America Article IV; Section I -"Full Faith and Credit Clause; i.e. the Law of the Public Record.*

## "Via Silentio, Comitas Gentium Legis Est Tacet."

*"By way of silence, the Comity of Nations is Law manifested by refraining from contradiction or objection."*



Flag of the Shi-Urkantzu Thunder Clan Olmec Muurs®™/ Flag of the Algonquian-Iroquois Indigenous Muurish-Moorish Republic/ Flag of our Aboriginal Indigenous Native American Muurish Foremothers - Empress Verdiacee "Tiara" Washitaw-Turner Goston El-Bey/ Relic of our Shi-Olmec ancestors of Mexico/ The Flags of our Aboriginal Indigenous Native American Moorish Forefathers - Noble Drew Ali a.k.a. El Hajj "Sheik" Sharif Abdul Ali/ UN Draft Declaration on the Rights of Indigenous Peoples/ UN Resolution 61-295/ UN Universal Declaration of Human Rights/ UN Resolution 60-147/ The United Nations Indigenous and Tribal Peoples Convention, 1989 (No. 169)/ United Nations Indigenous People Organization 215/1999 and the United States Department of Justice- Classified Truth-A-1 Freehold By Inheritance Library of Congress Diplomatic Immunity Registration No. AA222141 re: C. M. Bey/ "The Great Moorish Estate Express Trust"- Deed of Conveyance gives the metes and bounds of the lands of North-East and South-West Africa, across the Great Atlantis (Atlantic), the present North, South and Central America and also Mexico and the Atlantic Islands; constituting the trust property. The Torrens Land Title Registry System; Book 521, Page 579; Cook County Recorder of Deeds office in Chicago, Illinois; Document No. 10105905 on August 1st, 1928/ Annus 2011-United Nations International Year for People of African Descent/ UN Resolution 64-169/ The Organization of American States- American Declaration of the Rights and Duties of Man/ American Convention on Human Rights, O. A. S. Treaty Series No. 36, 1144 U. N. T. S. 123

**UNITED STATES DEPARTMENT OF THE TREASURY/IRS UCC CONTRACT TRUST ACCOUNT No. RE 381 635 818 US**
**Arkansas State Pulaski County Circuit Court Real Estate Uniform Commercial Code UCC-1 File No. 2013007278**
**Washington State Uniform Commercial Code Licensing Department UCC-3 File No. 2010-256-5327-5**
**Sovereign Notice of International Act in Assurance & Gold Surety Bond No. RA 457 140 195 US**
**Muurish/ Moorish Global Sovereign Autochthonous Nobility Bond No. RE 457 395 068 US**
**Registered Private Discharging and Indemnity Bond No. RE 381 635 835 US**
**Proverbs 22 Silver & Copper Bullion Bond No. RE 346 310 316 US**
**Proverbs 22 Silver Bullion Bond No. RE 381 635 818 US**
**Arkansas State Treasury Private Secured Indenture**
**Fiduciary Bonds No. RE 457 395 071 US**
**and No. RE 457 395 085 US**

(Toriano-James Hervey Hopes Akwesi: ObaShango-El®™ a.k.a. Toriano-James: Hervey®™, Consular General of the Shi-Urkantzu Thunder Clan Olmec Muurs®™. Lawful Record of Actual, Constructive, Direct and Due Public Notice of De Jure Aboriginal Indigenous, Native American Muurish/ Moorish Primogeniture, Fee Simple Absolute Freehold Birthrights, Sovereignty, Nationality, Status, Jurisdiction, Secured Creditor Commercial Standing, Law Enforcement abilities, bonds and ruling power as a Plenipotentiary Sui Juris Justice are on file with the PULASKI COUNTY CIRCUIT/ COUNTY CLERK, REAL ESTATE ROOM 102; Instrument No. 2010023222, Instrument No. 2010004359 and Instrument No. 2011012373; et al. Please see WWW.PULASKICLERK.COM and search real estate records for TORIANO JAMES HERVEY HOPES AKWESI OBASHANGO-EL®™ / TORIANO JAMES HERVEY®™.) (The Constitution for the united States of America Article IV; Section I -"Full Faith and Credit Clause" and Article IV; Section IV -"State's Republic Clause" and Article VI -"Supremacy Clause/Treaties; et al") Arkansas Democrat Gazette Newspaper Publishing and Allodial Permit re: Noble Drew Ali's Allodial Title, under PULASKI COUNTY CIRCUIT/COUNTY CLERK, REAL ESTATE ROOM 102 Instrument No.2011017860;In toto. Muurish Freehold Commercial Activity- PULASKI COUNTY CIRCUIT/COUNTY CLERK Instrument No. 2011032622

| From Secured Creditor & Primogeniture Freehold Heir, Ab Antiquo; the Honorable and Noble: | On behalf of: Bank Shi-Urkantzu Muurish/Moorish Freeholder Financial Services®™ |
|---|---|
| Toriano-James Hervey Hopes Akwesi: ObaShango-El®™ C/o P. O. Box 453 Plumerville, Arkansas state [72127] Zip exempt/ Nonresident/Non-Domestic/Republic; Without the U.S. by order of lex domicilii (Al Moroc/ Amexem/ Washitaw Territory & Empire) **As pursuant to all Debtors & Parties received by:** United States Secretary of Treasury, Jacob Lew, et al via Express Mail No.: EG 963629698 US; et al | C/o P. O. Box 453 Plumerville, Arkansas state [72127] Zip exempt/ Nonresident/Non-Domestic/Republic; Without the U.S. by order of lex domicilii (Al Moroc/ Amexem/ Washitaw Territory & Empire) **Bank Shi-Urkantzu, Muurish/Moorish Freeholder Financial Services®™ Perpetual Divine Charter was received May 8th, 2013 by receiving listed party (ies) within the charter** |

**Cover Letter of Exhibit Documents for Bank Shi-Urkantzu, Muurish/Moorish Freeholder Financial Services®™**

**Notice to Principals is Notice to Agents-Notice to Agents is Notice to Principals**
I am an adamant claimer of all of my unalienable given rights granted to me by the Most High Creatress/Creator, known in tones as Yehweh-Oludumare-Amen-Allah, All Rights Reserved.



2

I, Toriano-James Hervey Hopes Akwesi: ObaShango-El[TM] am presenting the following exhibit documents to be recorded for the public record. The following documents are:

(A)   "UCC-1 Financing Statement for the Bank Shi-Urkantzu, Muurish/Moorish Freeholder Financial Services[TM]"

(B)   "Cover Letter of Exhibit Documents for Bank Shi-Urkantzu, Muurish/Moorish Freeholder Financial Services[TM]"

(C)   "Bank Shi-Urkantzu, Muurish/Moorish Freeholder Financial Services[TM] Perpetual Divine Charter for the Muurish/Moorish Private Bank in North America"

(D)   "Bank Shi-Urkantzu[TM] MMFFS-1 Security Agreement"

(E)   "Scientific Dissenting Opinion in Support of Toriano ObaShango-El's[TM] Status Correction"

(F)   "GEDMatch Chromosome Admixture Proportions"

(G)   "Declaration of Third Party Certificate of Non-Response"

(H)   "Declaration of Third Party Certificate of Service"

(I)   "Notary's Certificate of Service"

(J)   "Copies of Express Mail Postmarked receipts, and USPS Signature receipt pages of receiving party (ies)"

(K)   "Copies of Payment Bond 02062013-1; showing the attached Seals of the Arkansas Secretary of State, and the US Secretary of State; which shows State and Federal knowledge of the Trust of the Issuer, and State and Federal knowledge of the capacity in which the issuer signed"

As my word is my bond,
Duly tendered in honor

Toriano-James Hervey Hopes Akwesi: ObaShango-El   a.k.a. Toriano-James: Hervey[TM], "As Good As Aver", A Plenipotentiary Sui Juris and Sui Generis Consular General, Justice, Bailiff and Muurish/Moorish Marshal, Authorized Representative, Attorney-in-Fact, Private Attorney General, Private Banker, Secured Party Creditor, Judgment Creditor & Lien Holder over the United States, United States Department of the Treasury, and the State of Arkansas, et al; Only in capacity as a De Jure Land Owner, Landlord, Land Creditor, Freehold by Primogeniture Birthright Inheritance of the Fee Simple Absolute "Vast Estate Express Trust a.k.a. the Great Moorish Estate Express Trust" as was/is Established by Noble Drew Ali, and as a beneficiary of the Original Jurisdiction of Sovereign, Aboriginal Indigenous Native American Muurs/Moors. All Rights and Remedies Reserved-Uniform Commercial Code 1-103, 1-201 (b) 37, 1-202, 1-207(1-308), 2-201, 2-202, 2-606, 2-609, 3-104, 3-305, 3-401(b), 3-402(b) 1, 3-419 (3-420), 3-501-3-505, 3-603, 4-104, 4-105, 4-204, 4-215, 4-501 - 4-504, 7-103, 9-311, 9-333 et al; et seq.

Jus Sanguinis, et Jus Soli Celelia



International (t) [TM]    International (t) [TM]    International (t) [TM]

International (t) [TM]

Right Thumbprint

"WE ARE TODAY, WHAT OUR ANCESTORS WERE YESTERDAY."

"What your ancient forefathers were, you are today without doubt or contradiction There is no one who is able to change men from the descendant nature of his forefathers; unless his power extends beyond the great universal Creator Allah Himself."-Noble Drew Ali, Circle 7 Moorish Holy Koran Chapter 47; verses 10-11, In Memoriam: The Moorish Science Temple of America, Subordinate Temple No. 8 in Pine Bluff, Ark of 1928. | Ahl Moorish Science

THE BOOK OF LIFE

3



Flag of the Shi-Urkantzu Thunder Clan Olmec Muurs ᴳᵀᴹ/ Flag of the Algonquian-Iroquois Indigenous Muurish-Moorish Republic/ Flag of our Aboriginal Indigenous Native American Muurish Foremothers - Empress Verdiacee "Tiara" Washitaw-Turner  Goston El-Bey/ Relic of our Shi-Olmec ancestors of Mexico/ The Flags of our Aboriginal Indigenous Native American Moorish Forefathers - Noble Drew Ali a.k.a. El Hajj "Sheik" Sharif Abdul Ali/ UN Draft Declaration on the Rights of Indigenous Peoples/ UN Resolution 61-295/ UN Universal Declaration of Human Rights/ UN Resolution 60-147/ The United Nations Indigenous and Tribal Peoples Convention, 1989 (No. 169)/ United Nations Indigenous People Organization 215/1993 and the United States Department of Justice- Classified Truth-A-1 Freehold By Inheritance Library of Congress Diplomatic Immunity Registration No. AA222141  re: C. M. Bey/ "The Great Moorish Estate Express Trust"- Deed of Conveyance gives the metes and bounds of the lands of North-East and South-West Africa, across the Great Atlantis (Atlantic), the present North, South and Central America and also Mexico and the Atlantic Islands; constituting the trust property. The Torrens Land Title Registry System; Book 521, Page 579; Cook County Recorder of Deeds office in Chicago, Illinois:  Document No. 10105905 on August 1st, 1928/  Annus 2011-United Nations International Year for People of African Descent/ UN Resolution 64-169/ The Organization of American States- American Declaration of the Rights and Duties of Man/ American Convention on Human Rights, O. A. S. Treaty Series No. 36, 1144 U. N. T. S. 123

**UNITED STATES DEPARTMENT OF THE TREASURY/IRS UCC CONTRACT TRUST ACCOUNT No. RE 381 635 818 US**
**Washington State Uniform Commercial Code Licensing Department UCC-3 File No. 2010-256-5327-5**
**Muurish/Moorish Global Sovereign Autochthonous Nobility Bond No. RE 457 395 068 US**
**Registered Private Discharging and Indemnity Bond No. RE 381 635 835 US**
**Proverbs 22 Silver & Copper Bullion Bond No. RE 346 310 316 US**
**Proverbs 22 Silver Bullion Bond No. RE 381 635 818 US**
**Arkansas State Treasury Private Secured Indenture**
**Fiduciary Bonds No. RE 457 395 071 US**
**and No. RE 457 395 085 US**

(Toriano-James Hervey Hopes Akwesi: ObaShango-El ᴳᵀᴹ a.k.a. Toriano-James: Hervey ᴳᵀᴹ, Consular General of the Shi-Urkantzu Thunder Clan Olmec Muurs ᴳᵀᴹ. Lawful Record of Actual, Constructive, Direct and Due Public Notice of De Jure Aboriginal Indigenous, Native American Muurish/ Moorish Primogeniture, Fee Simple Absolute Freehold Birthrights, Sovereignty, Nationality, Status, Jurisdiction, Secured Creditor Commercial Standing, Law Enforcement abilities, bonds and ruling power as a Plenipotentiary Sui Juris Justice are on file with the PULASKI COUNTY CIRCUIT/ COUNTY CLERK, REAL ESTATE ROOM 216; Instrument No. 2010023222, Instrument No. 2010004359 and Instrument No. 2011012373; et al. Please see WWW.PULASKICLERK.COM and search real estate records for TORIANO JAMES HERVEY HOPES AKWESI OBASHANGO-EL ᴳᵀᴹ / TORIANO JAMES HERVEY ᴳᵀᴹ.) (The Constitution for the united States of America Article IV; Section I -"Full Faith and Credit Clause" and Article IV; Section IV -"State's Republic Clause" and Article VI -"Supremacy Clause/Treaties; et al") Arkansas Democrat Gazette Newspaper Publishing and Allodial Permit re: Noble Drew Ali's Allodial Title, under PULASKI COUNTY CIRCUIT/COUNTY CLERK, REAL ESTATE ROOM 216 Instrument No.2011017860;In toto. Muurish Freehold Commercial Activity- PULASKI COUNTY CIRCUIT/COUNTY CLERK Instrument No. 2011032622

| From Secured Creditor & Primogeniture Freehold Heir, the Honorable and Noble: | On behalf of: |
|---|---|
| Toriano-James Hervey Hopes Akwesi: ObaShango-El ᴳᵀᴹ | Bank Shi-Urkantzu Muurish/Moorish |
| C/o P. O. Box 453 Plumerville, Arkansas state [72127] | Freeholder Financial Services |
| Zip exempt/ Nonresident/Non-Domestic/Republic; | C/o P. O. Box 453 Plumerville, Arkansas state [72127] |
| Without the U.S. by order of lex domicilii | Zip exempt/ Nonresident/Non-Domestic/Republic; |
| (Al Moroc/ Amexem/ Washitaw Territory & Empire) | Without the U.S. by order of lex domicilii |
| | (Al Moroc/ Amexem/ Washitaw Territory & Empire) |

# 𝕭𝖆𝖓𝖐 𝕾𝖍𝖎-𝖀𝖗𝖐𝖆𝖓𝖙𝖟𝖚, 𝕸𝖚𝖚𝖗𝖎𝖘𝖍/𝕸𝖔𝖔𝖗𝖎𝖘𝖍
## 𝕱𝖗𝖊𝖊𝖍𝖔𝖑𝖉𝖊𝖗 𝕱𝖎𝖓𝖆𝖓𝖈𝖎𝖆𝖑 𝕾𝖊𝖗𝖛𝖎𝖈𝖊𝖘
### 𝕬 𝕻𝖊𝖗𝖕𝖊𝖙𝖚𝖆𝖑 𝕯𝖎𝖛𝖎𝖓𝖊 𝕮𝖍𝖆𝖗𝖙𝖊𝖗 𝖋𝖔𝖗 𝖙𝖍𝖊 𝕸𝖚𝖚𝖗𝖎𝖘𝖍/𝕸𝖔𝖔𝖗𝖎𝖘𝖍 𝕻𝖗𝖎𝖛𝖆𝖙𝖊 𝕭𝖆𝖓𝖐 𝖎𝖓 𝕹𝖔𝖗𝖙𝖍 𝕬𝖒𝖊𝖗𝖎𝖈𝖆
**Notice to Principals is Notice to Agents-Notice to Agents is Notice to Principals**
I am an adamant claimer of all of my unalienable given rights granted to me by the Most High Creatress/Creator, known in tones as Yehweh-Oludumare-Amen-Allah, All Rights Reserved.



1

*KNOW ALL MEN AND WOMEN BY THESE PRESENTS AND BEAR WITNESS:* to the return of the modern day Primogeniture Freeholders; Heirs by Blood Birthright Inheritance to the Americas, in Title as El, Bey, Dey, Al and Ali of the various Families, Clans, Tribes and Muurish/Moorish American Nations of the Muurish/Moorish Empire of the Americas; the Autochthonous, Aboriginal Indigenous, Native American Muurish/Moorish Land Owners, Landlords and Land Creditors; Descendants of the Ancient Muurs/Moors of the West, *in nomine* Biblically as Moabites, Canaanites, Hittites, Amorites, Kushites, Kemites, Israelites, Ishmaelites, and also in Law and history of the United States of America as Muurs/Moors or Moroccans; ones who built the Earthen Mounds, Pyramids, Ancient Cities, Megalithic Olmec Stone Heads and Statues, and left Ancient Tombs, Mummies, Medu-Neter Glyphs, Punic, Kufic and Arabic writing and other petroglyph artifacts (which are Landmarks and legal documents) for their children of the West to realize that they are home, and are the descendants of the first occupants, and Heirs to the land of their ancestors; *i.e.* Zep Tepi, also known as the First in Time in their Ancestral Homeland of the Western Hemisphere, and in the matter of this Charter, *i.e.* Al Maurikanos/ Al Moroc/ Amexem/ Washitaw, *i.e.* North America; lands bequeathed to us by the Great Pharaohs of the Ancient Global Kemetian (Egyptian) Empire; to bring forth an ancient and fair commercial system in this current era of banking and finance under the Declaration of the Universal Laws of Ma'at; in accordance with the Universal Principles of Love, Truth, Peace, Freedom and Justice. This Perpetual Charter is tied to All land rights, All mineral rights, All water rights, All sky/ All air/ All space rights and All contract rights attached to the Freehold of the *In Propria Personia* Muurs/Moors; as Holders-In-Due-Course of All Law upon our Freehold, and is pursuant to the right of Self-Determination and Autonomy, with the right to create systems of economics, trade and commerce for and by Autochthonous, Indigenous Muurs/Moors; pursuant to the Convention On Rights And Duties Of States, United States Statutes at Large 49 Stat. 3097 and the UN Declaration of the Rights of Indigenous Peoples, UN /Resolution 61/295, and the principles enveloped therein, and those within this Charter.

*TO KNOW ALL MEN AND WOMEN BY THIS CHARTER*, that the Great Work laid by our Historical Architects, known *in nomine* as the Patriarch of Moorish Science, Noble Drew Ali; the Matriarch of Muurish Washitaw history, known as Empress Verdiacee "Tiara" Washitaw-Turner Goston El-Bey; and the Master of the Clock of Destiny, known as C.M. Bey; in spirit and in truth with their words and works, *i.e.* the Moorish Holy Koran Circle 7, the Return of the Ancient Ones and the Clock of Destiny Vol. 1 & 2, and Zodiac Constitution; which have ordered us to take our place in the affairs of Men and Women at the table of the Family of Nations; on this 29th day of April, in the year of Our Divine Creatress/Creator of the Heavens and Earth; 2013. This Divine Charter is outlined and given as notice to whomever it may concern, under memorandum of law with points and authorities on the sovereignty of the Autochthonous, Aboriginal Muurs/Moors of North America to move forward with commerce in this manner.

*WE, THE MUURS OF THE SHI-URKANTZU THUNDER CLAN OLMEC MUURS*, introduce to all; the operation and overlay of the Private Bank, **Bank Shi-Urkantzu Muurish/Moorish Freeholder Financial Services**, under the mission statement of "Freeholders by Inheritance with Self Governing Status." The Private **Bank Shi-Urkantzu Muurish/Moorish Freeholder Financial Services**, with the authority of the Supreme Court of the United States on the Acts of State Doctrine, see Underhill v. Hernandez, 168 U.S. 250 (1897) & Banco Nacional de Cuba v. Sabbatino, 376 U.S. 398 (1964), Hale v. Henkel, 201 U.S. 43 (1906), United States v. Kimbell Foods, Inc., 440 U.S. 715, 740 (1979) on Uniform Commercial Code being adopted as Federal Law, Filartiga v. Pena-Irala, 630 F.2d 876 (1980) on UN and OAS Declarations being integral parts of International Law and the Common Law, United States and Muurish/Moorish Treaty Law of 1787 and 1836, *et al* Treaty Laws under Article 6 of the Constitution, and the Law of the Public Record and Truth *via* Maxims of Law-Bouvier's Dictionary of Law, 1856 cite: *"What belongs to no one, naturally belongs to the first occupant…God and not man, make the heir…God alone makes the heir…The heir is the same person with the ancestor…An heir is either by right of property or right of representation…The heir succeeds to the restitution not the penalty…No one can verify by the country against a record…The issue upon a record cannot be tried by a jury…What is proved by the record, ought not to be denied…Records are vestiges of antiquity and truth…In law none is credited unless he is sworn…He who makes oath is to be believed in judgment…The law speaks to all with one mouth…The contract makes the law…A maxim is so called because its dignity is chiefest, and its authority most certain, and because universally approved by all…et al;"* also Proverbs 22:7 & 22:28, Public Law 97-280 *et al*; is what gives us the authority to act under our sovereignty. Private **Bank Shi-Urkantzu Muurish/Moorish Freeholder Financial Services** will have the power of the Secured Party under Article 9 (in particular UCC 9-311, *et al*) of the Uniform Commercial Code (hereinafter referred to as the U.C.C.) for the District of Columbia and Article 9 of the various adoptions of the U.C.C. within the Fifty Corporate States of the Corporate United States.

**2**

Private **Bank Shi-Urkantzu Muurish/Moorish Freeholder Financial Services** will be acting under the full authority as pursuant to Article 9 of the U.C.C. to secure all debtors property, intellectual property and negotiable instruments. This is largely legal tender under the U.C.C. within Article 1, which is a concept that sometimes surfaces in matters of this nature. The referenced definition of money in Article 1 is not limited to legal tender under the U.C.C. Money is defined in Article 1 as a "medium" of exchange authorized or adopted by a domestic or foreign government, and includes a monetary unit of account established by an international organization or by agreement of two or more nations. Private **Bank Shi-Urkantzu Muurish/Moorish Freeholder Financial Services** will go on with its business of private banking under the following Definition: An Autochthonous, Aboriginal Freeholders' banking institution constructed by Muurish/Moorish Freeholders of the Land and owned in partnership by members of the Shi-Urkantzu Thunder Clan Olmec Muurs, and depending on International (Treaty) Law and Republic United States of America Constitutional Law and Common Law, free from Corporate, Democratic 50 States and Corporate, Democratic United States Federal Regulation, Legislation, Execution and Adjudication "*in toto*". As participants of commerce within the framework of the Uniform Commercial Code, Private **Bank Shi-Urkantzu Muurish/Moorish Freeholder Financial Services** will be using as our functionary instruments of measuring units being, International Bills of Exchange, International Promissory Notes, Bonds, Documentary Drafts, Letters of Credit, acceptance, units charge backs and other monetary units of commercial and chattel paper, as deposits of exchange and deposit of receipt.

Under use of the private law as used in contradiction of public law, the term means all parts of the law which is administered between citizen and citizen (emphasis added: national and national), or which is concerned with the definition, regulation, and enforcement of rights in cases where both the person (emphasis added: person as viewed as a natural person or *Ens Legis* person) in whom the inheres, and the person upon whom the obligation is incident are private individuals. We make no distinction between our members. As a private bank for the community set up for the private use of its members, all of our members will be treated fairly and all transactions will be pursuant to U.C.C. Private **Bank Shi-Urkantzu Muurish/Moorish Freeholder Financial Services** will provide for our clients: debt management, debt construction, and first time borrower's assistance in these areas. There is no down payment requirement or application fee.

There will be information forms for financial assessments and credit building. Through this educational process, our clients will become financially aware of their current economic progression. Private checking accounts and private saving accounts along with private business will be constructed on an individual basis. Loans and Liens are simply a process of securing property and fulfilling commercial obligations. Our school of thought in Private **Bank Shi-Urkantzu Muurish/Moorish Freeholder Financial Services**, is to build a knowledgeable and a commercially wise client; one that is able to deal with our economic times. Having credit is not necessary, for we are aware of the current problems of modern day commercial banking. We are more concerned about utilizing creative financial potential to put our clients on a better economic path. Upon carrying on our daily activity of banking, we are establishing our personal mission, within our structure to work with credit unworthy, and credit unknown, bad credit and unknowledgeable clients. For our extended network, we will be guiding our clients to U.S.C., the Uniform Commercial Code and the Securities Act of 1933, and the Securities and Exchange Act of 1934. We will open our doors to allow the surrounding communities to come into partnership with Private **Bank Shi-Urkantzu Muurish/Moorish Freeholder Financial Services**, by buying membership cards of silver, gold and platinum; which will set the rate of interest paid out to any given account at an annual percentage rate of 2-10% in sweep account/ trading fashion. Interest annual percentage rates for loans will be set at 2%, so as to be our base starting area, and utilizing the Holy Bible's standard of interest, not to exceed 10% annual percentage rates; so as to be usurious.

In the current economic downfall, consumers/debtors are losing their cars, homes, properties and businesses at alarming rates. Our mission is to educate the client, set up securities to protect their property and give them a sense of security of maintaining stability. When securities are set up, Private **Bank Shi-Urkantzu Muurish/Moorish Freeholder Financial Services** will act as authorized attorney in fact for its clients, and utilize its position pursuant to International and federal law as the Freeholders' Institution and Holder-In-Due-Course, which is set up in the name of the client under Article 9 of the U.C.C. Through the U.C.C., the following activities shall be carried out: various lien processes, including the Lien process for agriculture, aircraft maintenance lien, contract agricultural lien, manufactured-home transaction, notice of federal lien through tacit procuration and Muurish/Moorish-United States of America Treaty Law/Statute (UCC 9-311 *et al*), public finance transaction, restitution lien, transmitting utility transactions, property notice, utility security instrument, U.C.C.-1 financing statement and addendum, U.C.C. 3 and

3

addendum, and U.C.C. financing statement amendment. It is Private **Bank Shi-Urkantzu Muurish/Moorish Freeholder Financial Services**' Mission to move as an Autochthonous Aboriginal, Sovereign International bank, and to work in harmony with the United States Post Office/ United States Postal Service *i.e.* money orders, the Treasury Department for the United States of America and its affiliates/Internal Revenue Service, and banks under the Treasury Department's jurisdiction as pursuant to Public Law 95-147, 31 CFR 202.2 and 31 CFR 203, and the payment systems of TT&L, ACH, FEDWIRE, SWIFT and all other viable payment systems as well. Being an Autochthonous Freeholders' Bank, we are not interested in the holding of Federal Reserve Notes; as we are a Muurish/Moorish Paper, US Treasury paper, administrative claims commercial paper, Postal Money Order, card, wire, credit and check system.

Private **Bank Shi-Urkantzu Muurish/Moorish Freeholder Financial Services** will go on with the business of setting up accounts and providing services for our members of the following nature:
1.     Secured Checking Deposit Accounts/ Secured Savings Deposit; Accounts with Debit/ Credit Cards
2.     Secured Loan/ Debt Accounts/ Secured Business Accounts; Accounts with Debit/ Credit Cards
3.     Pre-Paid Credit/ Debit Cards -Trusteeship and Trust Management Services & Investments
4.     Muurish/Moorish Financial Restitution and Reclamation of Real and Personal Property, Labor and Credit expenditures in commerce; with Proper Muurish/Moorish documentation and Notifications filed for the Public Records
5.     Administrative claims processing and Payments through the US Treasury for All Nationals and U.S. citizens; 20% fee payable to Bank for execution of payment
6.     All Debts Discharged against the Birth Certificate and Social Security Card or other related documents for All Nationals and U.S. citizens; as pursuant to US Statutes at Large 48 Stat. 112-113 and Guaranty Trust Co. of New York v. Henwood *et al*, 307 U.S. 247 (1939); *et al* Laws; 20% fee payable to Bank for execution of discharge

Private **Bank Shi-Urkantzu Muurish/Moorish Freeholder Financial Services** will consist of a Future Investments Holding Company, Legal Department, House Loan Department, Car Loan Department, Private Loan Department, Business Loan Department, Debt Discharge Department, Administrative Claims Department, Judgment of Bankruptcy Department, Liens and Foreclosures Department, Contract/Agreement Department, Liability Relief Department for Information of Negotiable Instruments/Notes as pursuant to Article 3 of the U.C.C., and negotiable instruments of Deposit, and Certification/Uncertification of Securities as pursuant to Article 8 of the U.C.C., and Security Agreements as pursuant to Article 9 of the U.C.C. This includes knowledge of legal contracts and securities.

Private **Bank Shi-Urkantzu Muurish/Moorish Freeholder Financial Services** is a Secured Party. Secured Party means a lender, seller or other person in whose favor there is a security interest, including a person to whom accounts or chattel paper have been sold. When the Holders of Obligations issued under an indenture of trust, equipment trust agreement or the like are represented by a trustee or other person, the representative is the secured party as pursuant to Article 9 of the U.C.C. As it is very important for consumers to understand what securities are and what gives them protection, Security Agreement means an agreement which creates or provides for a security interest between the debtor and secured party as pursuant to Article 9 of the U.C.C. It is an agreement granting a creditor a security interest in real and personal property; which Security interest is normally perfected either by Creditor taking possession of the collateral, or by filing financing statements or other liens in the public records. It is Private **Bank Shi-Urkantzu Muurish/Moorish Freeholder Financial Services**' job, along with employed staff, to educate its clients for a better commercial working environment. The benefits for being under a private bank that is operating under a self-governing sovereignty, along with its Freeholders' by Inheritance, Autochthonous Aboriginal component under the Act of State Doctrine *et al* Laws; will allow us to keep our clients private banking information in the strictest confidence from City, County, State, and Federal Corporate agencies as well as the Internal Revenue Service. This ensures that there is no public information access, and the jurisdiction of this private bank is under mixed contract law with the U.C.C. filing and Non U.C.C. filing, as well as international jurisdiction as pursuant to This Charter, the Convention On Rights And Duties Of States, United States Statutes at Large 49 Stat. 3097 and United Nations Declaration of the Rights of Indigenous Peoples, UN Resolution 61/295; so that our clients can enjoy complete and utter security when dealing with their commercial purveyors.

NOTE: This Section is very important, for these are some of the documents that set the foundation of Private **Bank Shi-Urkantzu Muurish/Moorish Freeholder Financial Services**' Absolute rights of operation, which can be found at WWW.PULASKICLERK.COM in Pulaski County Circuit Court, Real Estate Room 216; Instrument No. 2012000617 and Instrument No. 2012036389; *et al* Public Records of TORIANO JAMES HERVEY HOPES AKWESI OBASHANGO-EL⊕™ / TORIANO JAMES HERVEY⊕™. The methods of perfection of security interest both

**4**

attaches and is considered perfect upon control or delivery, respectively, with no filing requirement of a U.C.C., as pursuant to International Treaty Law, Biblical Law and Federal Law, as referenced in Article 9 of the U.C.C. As an institution established by Muurish/Moorish Freeholders by Inheritance, the filing of a financing statement against real and personal property and all contractual interests covered under the noted public records, in juxtaposition with All Non-Muurish/Moorish State, Federal and other Corporations' inability to compensate the Freeholders for incorporation upon the Freehold, is what shall back all bank notes and are under the mission statement of Private **Bank Shi-Urkantzu Muurish/Moorish Freeholder Financial Services**. In Closing, our success is in the hands of Our Divine Creatress/Creator. Should any Elected or Non-elected State or Federal Legislative, Executive or Judicial Public Official find any reason why this Charter should not be Lawfully Ordained and Established, then you may send all correspondence *via* overnight delivery, to the *De Jure* presenting Notary Public Officer within Three (3) days of receipt of this Charter; in truth upon your oath as pursuant to the Constitution for the united States of America and Title 26 USC 6065, as to why this Charter should not be found Lawfully Ordained and Established, and it must be signed with three witnesses as a valid response if any. Up to Thirty (30) days will be granted if requested within Three (3) days. All Respondents must be in their Private Capacity, *In Propria Persona*; with Standing in Law. All respondents may charge mailing fees to the Fiduciary/Trustee of the UCC Contract Trust Account contained herein. Once this Charter is publicly recorded, it shall stand as *Res Judicata*, tacit consent and tacit procuration, estoppel *via* silence/acquiescence; acknowledgement, honor, agreement *"in toto"*; a security interest under Contract, Private Law and established International Law to all Noticed parties. Thank you, and May the Divine Creatress/Creator Bless You and Keep You.

As a Freeholder by Blood Birthright Inheritance to the Americas; in the matter of this Perpetual Divine Charter, that is North America, I stand on this Perpetual Divine Charter for Private **Bank Shi-Urkantzu Muurish/Moorish Freeholder Financial Services** to be made "without prejudice," "without recourse," "as good as aval" and executed "without the United States of America." I affirm and solemnly declare on My Inherent Nobility, My private unlimited commercial asset credit/liability and under penalty of perjury under the laws of the republic union states of America, (Al Moroc/ Amexem/ Washitaw Territory & Empire), that I have the power to Lawfully Ordain and Establish this Perpetual Divine Charter, and that the laws allowing for such establishment are true, correct, complete and certain to the best of my informed knowledge, and further; Freeholder by Blood Birthright Inheritance saith not. I now affix my autograph and official seal to the above Perpetual Divine Charter for Private **Bank Shi-Urkantzu Muurish/Moorish Freeholder Financial Services**.

As my word is my bond,
Duly tendered in honor



Toriano-James Hervey Hopes Akwesi: ObaShango-El™ a.k.a. Toriano-James: Hervey™, *"As Good As Aval"*, A Plenipotentiary *Sui Juris* and *Sui Generis* Justice, Bailiff and Muurish/Moorish Marshal, Authorized Representative, Attorney-In-Fact, Private Attorney General, Private Banker, Secured Party Creditor, Judgment Creditor & Lien Holder over the United States, United States Department of the Treasury, and the State of Arkansas, *et al*; Only in capacity as a *De Jure* Land Owner, Landlord, Land Creditor, Freehold by Primogeniture Birthright Inheritance of the Fee Simple Absolute "Vast Estate Express Trust a.k.a. the Great Moorish Estate Express Trust" as was/is established by Noble Drew Ali, and as a beneficiary of the Original Jurisdiction of Sovereign, Aboriginal Indigenous Native American Muurs/Moors. All Rights and Remedies Reserved-Uniform Commercial Code 1-103, 1-201 (b) 37, 1-202, 1-207(1-308), 2-201, 2-202, 2-606, 2-609, 3-104, 3-305, 3-401(b), 3-402(b) 1, 3-419 (3-420), 3-501-3-505, 3-603, 4-104, 4-105, 4-204, 4-215, 4-501 - 4-504, 7-103, 9-311, 9-333 *et al*; *et seq*.






"WE ARE TODAY, WHAT OUR ANCESTORS WERE YESTERDAY."
"What your ancient forefathers were, you are today without doubt or contradiction There is no one who is able to change man from the descendant nature of his forefathers; unless his power extends beyond the great universal Creator Allah Himself." -Noble Drew Ali. Circle 7 Moorish Holy Koran Chapter 47; verses 10-11. *In Memoriam*: The Moorish Science Temple of America, Subordinate Temple No. 8 in Pine Bluff, Ark of 1928. I AM Moorish Science.

5

State of: _____ )
                          )
                          )
County of: _____ ) ss.


On this _____ 06ᵗʰ _____ day of _____ , A.D., Two Thousand and Thirteen, before me, a Notary Public of the State of Arkansas, came a man personally known by me (or who proved to me on the basis of satisfactory evidence) to be the man whose signature is subscribed hereon. The said man solemnly affirmed under oath, that he has firsthand knowledge of the facts contained herein this "**Bank Shi-Urkantzu, Muurish/Moorish Freeholder Financial Services**" and that they are true, correct and complete to the best of his knowledge, understanding and belief.


Signature By _____ , Notary Public

Notary Act of 1850

> LEO RASBARA OBAOCHOSI-EL BEY
> Notary Public-Arkansas
> Jefferson County
> Commission Expires 03-30-2021
> Commission # 12381369


Notary _____ Commission Expires _____ COUNTY: _____

# 𝕱urther 𝕺rders:

*Via* Express Mail No.: <u>EG 963629698 US</u>, with return receipt: The <u>U.S. Secretary of Treasury Jacob Lew</u>, Secretary of the Treasury, of the United States Department of the Treasury, Governor of the World Bank and International Monetary Fund and Trustee of the United States' Bankruptcy and 50 States' Bankruptcies; acting as Fiduciary Trustee of the Private bank & Trust of **TORIANO JAMES HERVEY**ᶜᵀᴹ/ **TORIANO J. HERVEY**ᶜᵀᴹ & the **UNITED STATES DEPARTMENT OF THE TREASURY/ IRS UCC CONTRACT TRUST ACCOUNT** No. **RE 381 635 818 US**, has a lawful duty to receive this Perpetual Divine Charter as **NOTICE**, and to transmit this **KNOWLEDGE**, and shall immediately forward fax a copy of this Perpetual Divine Charter and accompanying documents to the following underlined debtor parties/correspondents, who shall then forward it to their listed Public Officials *et al*; who have a lawful duty entrusted to receive it as **NOTICE**:

The <u>Arkansas Attorney General</u>, Dustin McDaniel, who shall immediately forward fax a copy of this Perpetual Divine Charter and accompanying documents to the following debtor parties:
The Arkansas State Governor
The Arkansas State Treasurer
The Arkansas Secretary of State
The Arkansas State Auditor
The Arkansas General Assembly
The Arkansas State Supreme Court
The Circuit Courts in all 75 Counties in the State of Arkansas
and any other parties he deems necessary

The <u>United States President</u>, Barack H. Obama, who shall immediately forward fax a copy of this Perpetual Divine Charter and accompanying documents to the following debtor parties:
The United States Attorney General, Eric H. Holder
The United States Secretary of Defense, Chuck Hagel



6

The United States Department of Defense, to be distributed to the Military
heads of the Army, Navy, Air Force, Marines and Coast Guard
The Comptroller of the Currency, Thomas J. Curry
The United States Secretary of State, John Kerry
The Director of INTERPOL, Shawn Bray
The Federal Reserve Board of Governors/All Banks
The Commissioner of the Internal Revenue Service, Steven T. Miller
The United States Congress
The United States Supreme Court
The Pope of Rome, Pope Francis I
The Queen of England, Queen Elizabeth II
The National Governors Association-(To be distributed throughout
the 50 States, to all Elected and non-elected Public Officials)
and any other parties he deems necessary

The <u>Secretary General of the United Nations</u>, Ban Ki-moon, who shall immediately forward fax a copy of this
Perpetual Divine Charter and accompanying documents to the following debtor parties:
Muurish Gansul, Director of Aboriginal, Indigenous Muurish/Moorish Affairs
United Nations General Assembly
Office of High Commission for Human Rights
International Criminal Court
International Court of Justice
International Court of Arbitration
and any other parties he deems necessary

7

Bank Shi-Urkantzu<sup>©TM</sup> MMFFS-1

# SECURITY AGREEMENT; as pursuant to:
# Bank Shi-Urkantzu, Muurish/ Moorish Freeholder Financial
# Services<sup>©TM</sup>, A Perpetual Divine Charter for the Muurish/ Moorish Private Bank
# in North America - Non-Negotiable-Private Agreement (Security Interest)
# between two Parties

**PARTY of the First Part:** The United States Secretary of the Treasury, as Trustee of the United States' and the 50 Corporate States' bankruptcy(ies), and presiding as Trustee over the agency known as the *Ens Legis* UNITED STATES DEPARTMENT OF THE TREASURY; inclusive of and on behalf of its/ the insolvent *civiliter mortuus* (civilly dead) in the eyes of the law, *ultra vires* parent corporation known as the *Ens Legis* UNITED STATES/ United States, UNITED STATES OF AMERICA, USA, *etc.*, and all of its subdivisions, agencies, agents, offices and officers thereof, and the *Ens Legis* corporations/ franchisees/ subsidiaries of the Corporate UNITED STATES/ United States, USA, *etc.*; in name as the STATE(S) OF: ALABAMA, ALASKA, ARIZONA, ARKANSAS, CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, IDAHO, ILLINOIS, INDIANA, IOWA, KANSAS, KENTUCKY, LOUISIANA, MAINE, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MISSISSIPPI, MISSOURI, MONTANA, NEBRASKA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, NORTH DAKOTA, OHIO, OKLAHOMA, OREGON, PENNSYLVANIA, RHODE ISLAND, SOUTH CAROLINA, SOUTH DAKOTA, TENNESSEE, TEXAS, UTAH, VERMONT, VIRGINIA, WASHINGTON, WEST VIRGINIA, WISCONSIN, WYOMING, and DISTRICT OF COLUMBIA, PUERTO RICO, U.S. VIRGIN ISLANDS, CANADA and the UNITED NATIONS (and in *idem sonans*), and all of their/its International, Federal, State, County, Parish and Municipal levels, and all of their/ its subdivisions, agencies, agents, offices and officers thereof; all Non-Muurish/ Moorish companies, LLCs, corporations and any other forms of businesses registered, incorporated or doing business therein; upon the Muurish/ Moorish Freehold, and all United States patented, *Ens Legis* legal fictions/corporate persons in color of law, insolvent fashion known as: US Democracy, 14th Amendment U.S. citizen person, Resident, Negro, Black, Colored, Afro-American, African-American, European, White, Caucasian, Indian, American Indian, American, Latino, Spanish, Hispanic, Puerto Rican, Asian, Alaskan Native, *etc.*; *et al* legal fictions and patented, personal intellectual property terms and labels that lead to Corporate Jurisdiction, corporate chattel, collateral wards in bankruptcy with No Nationality, No Status, No Standing, No Free National Name, No Land, No Flag, No Emblem, No Constitution, No Family Heritage, No Ability to Contract, No Commercial Standing, *etc.*, and only leads to the status of being known as "stateless"; *i.e. civiliter mortuus* (civilly dead) in the eyes of the law. All entities and attached status of entities that are listed in the Party of the First Part, and any derivatives and variations in the spelling of said name(s) are hereinafter known collectively, jointly and severally as DEBTOR/ Debtor/ debtor within this security agreement.

- ADDRESS OF DEBTOR: C/o JACOB LEW or holder of the seat,
d.b.a. UNITED STATES SECRETARY OF THE TREASURY,
GOVERNOR OF THE WORLD BANK & INTERNATIONAL
MONETARY FUND, TRUSTEE OF THE UNITED STATES' &
50 CORPORATE STATES' BANKRUPTY(CIES)
1500 PENNSYLVANIA AVE NW, WASHINGTON, DC 20220

**Party of the Second Part:** Controlling Creditor/ Entitlement Holder, Secured Party; *i.e.* Bank Shi-Urkantzu, Muurish/Moorish Freeholder Financial Services<sup>©TM</sup> (*BANK SHI-URKANTZU, MUURISH/MOORISH FREEHOLDER FINANCIAL SERVICES<sup>©TM</sup> and any derivatives and variations in the spelling of said name); *i.e.* Creditor. Bank Shi-Urkantzu, Muurish/Moorish Freeholder Financial Services<sup>©TM</sup> operates as Bank and Trustee Service (an autochthonous trust) for the Beneficiaries known as the Shi-Urkantzu Thunder Clan Olmec Muurs<sup>©TM</sup>, and as an optional Bank and Trustee Service for all other Muurs/ Moors, as the Heirs Apparent; *in nomine* as the Muurish/ Moorish Nation of Els, Beys, Deys, Als and Alis, and as being "*In Plena Vita*," *Sui Heredes*, *Jus Sanguinis*, *Jus Soli*, *Jus Proprietatis*, *Jus Possessionis*, *Sui Generis*, *Sui Juris*, *In Propria Persona* and *In Propria Soli*; to be hereinafter known collectively, jointly and severally with Bank Shi-Urkantzu, Muurish/Moorish Freeholder Financial Services<sup>©TM</sup> as Secured Party, and as being the *De Jure* Freeholders by Primogeniture Blood Birthright Inheritance, Land Owners, Landlords and Land Creditors and Creditors, as the *De Jure* owners of all land rights, all mineral rights, all water rights, all air, all sky and all space rights, and as the only real party in interest in commerce due to Freehold ownership to all of the land; *i.e.* North, South, Central Americas and adjoining islands (most importantly North America in regards to Muurish/ Moorish Americans.) The Muurs/ Moors are the automatic third party and third party beneficiary in all commerce; to every contract, every arrangement and every agreement made, whether public or private, that takes place upon the Muurish/ Moorish Estate Freehold lands, due to non-compensation for the use of the Freehold lands and natural resources; by *Ipso Facto* and *Ipso Jure*. This Security Agreement is hereby established between the DEBTOR and the Secured Party; as pursuant *in toto* to the Perpetual Divine Charter received by DEBTOR Trustee, United States Secretary of the Treasury, Jacob Lew; under *De Jure* Notary Public Presentment with Express Mail Receipt No. EG 963629698 US on May 8th, 2013 at 4:25 A.M., and signed for by M. MILLER, and known as "Bank Shi-Urkantzu, Muurish/ Moorish Freeholder Financial Services<sup>©TM</sup>, A Perpetual Divine Charter for the Muurish/Moorish Private Bank in North America"; which as of July 7th, 2014, there was no response to the *De Jure* Notary Public as pursuant to verbal confirmation *via* telephone; which yields establishment of Charter and also estoppel *via laches* and Non-Claim of DEBTOR Trustee under a year and a

SECURITY AGREEMENT- Bank Shi-Urkantzu, Muurish/Moorish Freeholder Financial Services<sup>©TM</sup>
Page 1 of 21

## Bank Shi-Urkantzu<sup>οTM</sup> MMFFS-1

day- *Termes de la Ley*, and this Security Agreement is also on behalf of the Beneficiaries; the Autochthonous, Aboriginal, Indigenous Native American Muurs/ Moors, known here today as the Primogeniture Freehold Heirs by Blood Birthright Inheritance, the Land Owners, Landlords and Land Creditors and Creditors; in Title as El, Bey, Dey, Al and Ali, and as pursuant to the PULASKI COUNTY CIRCUIT/ COUNTY CLERK, REAL ESTATE ROOM 102 public records *in toto* for TORIANO JAMES HERVEY HOPES AKWESI OBASHANGO-EL<sup>οTM</sup>/   TORIANO   JAMES   HERVEY<sup>οTM</sup>;   now   existing   and   hereafter   arising   (Please   see WWW.PULASKICLERK.COM), *inter alia addendum* the General Assembly of the State of Pennsylvania House Resolution No. 75 on May 4th, 1933; *in re:* Muurish/ Moorish Titles of Nobility, the Treaty of Peace and Friendship Between Morocco and the United States, United States Statutes at Large 8 Stat. 100-105, 8 Stat. 484-487, TS 244-2; 9 Bevans 1286, (Side Note: Extraterritorial jurisdiction in Morocco was relinquished by the United States on October 6, 1956; see 22 USC 141-143. The entire Americas were, and is held in trust by Morocco; as pursuant to the Holy Qur'an, (where Allah is the Grantor, The Muurish/Moorish Empire is the trustee, and the Aboriginal and Indigenous Muurs/ Moors are the beneficiaries; see Surah 22, Ayaat 65; *et al*) and as pursuant to the Treaty between the Moors and the United States; 1787 and 1836. North, South and Central America; Mexico and the Caribbean Islands is known as Morocco, or also Maghreb Al Aqsa; "The Farthest West of the Moorish Empire" or "Morocco farthest West"), 1 USC 112-113, Executive Order 13107, the UN Charter Treaty of 1945: Articles 55-56: *et al*, United States Statutes at Large 59 Stat. 1033-1218, UN Universal Declaration of Human Rights, UN Declaration on the Granting of Independence to Colonial Countries and Peoples Resolution No. 1514, UN Declaration on the Rights of Indigenous Peoples, UN Code of Conduct for Law Enforcement Officials, UN Resolution 34/169, UN Resolution on The future we want, UN Resolution 66/288, the Treaty Convention on the Rights and Duties of States, United States Statutes at Large 49 Stat. 3097, the OAS Charter Treaty of 1948-A-41 (as amended in 1967, 1985, 1992 and 1993) 2 UST 2394, TIAS 2361 and 119 UNTS 3, and 21 UST 607, TIAS 6847 and 721 UNTS 324; Article 45 *et al* (www.state.gov), the Vienna Convention on the Law of Treaties; in force 1980, 1155 UNTS 331, the Moorish Holy Koran Circle 7 (Chapter 47 *et al*), the Mosaic Law Torah/ Old Testament/ Holy Bible (Genesis 1: 26-28; in which the Dominion of the Entire Globe *in toto* was given to the Autochthonous people of the Globe; *in nomine* today as Muurs/ Moors), Psalms 82:6, Proverbs 22:7 and 22:28; *et al* verses as pursuant to United States Statutes at Large 96 Stat. 1211, Senate Joint Resolution 165 and Public Law 97-280) and the Great Quran of Muhammad of Mecca (see instrument No. 2014009391; referenced later herein on page 20 *in re:* Islam, and Surah 22, Ayaat 65; in which Global Dominion was given to the Global Autochthonous people; *in nomine* today as Muurs/ Moors; *et al* Surahs); as Pursuant to the Moorish Divine National Movement of 1913 and the Great Muurish/ Moorish Estate Express Trust a.k.a. the Vast Estate Express Trust, as was/ is established by Noble Drew Ali, a.k.a. El Hajj Sheik Sharif Abdul Ali; in the Torrens Land Title Registry System in the Cook County Recorder of Deeds Office in Chicago, Illinois on August 1st, 1928; Title and Document No. 10105905, Dr. Neser Em Neheh Ali's Document, No. 2010162094, page 3; *et al*, filed in Kankakee County Recorder's Office on November 22nd, 2010; and as pursuant to the Constitution for the united States of America. Article 1: Section 10, Article 4: Sections 1 and 4, and Article 6, the Bill of Rights; 1st through 10th Amendments, State of Missouri v. Holland, 252 U.S. 416 (1920) and Clay, A.k.a. Ali v. United States, 403 U.S. 698 (1971), the Joint Resolution of the State of Georgia General Assembly on March 8th, 1957; Memorial to Congress- Fourteenth and Fifteenth Amendments to U.S. Constitution be Declared Void- No. 45 (Senate Resolution No. 39; which still remains unrefuted by Congress to this very day), 18 USC 241 and 242, and All Divine/ Natural Laws, International Laws and the Private Contract Laws, and UCC Codes (1-103, 1-207/1-308, 3-305, 7-103 and 9-311; *et al*); *et al* Maxims of law aside from those contained within the Bank Shi-Urkantzu, Muurish/Moorish Freeholder Financial Services<sup>οTM</sup> charter; *et al* OAS and UN Resolutions, all laws and all codes as necessary for the enforcement of this Security Agreement, and as pursuant hereto. It is against equity to squat and freeload, without paying the *De Jure* Landlords in Freehold.

- Correspondence of Secured Party: Bank Shi-Urkantzu,
Muurish/Moorish Freeholder Financial Services<sup>οTM</sup>
C/o P.O. Box 453 Plumerville, Arkansas state near [72127]
Zip exempt/ Nonresident/ Non-Domestic/ Republic; Without the U.S.
by order of *lex domicilii* (Al Moroc/ Amexem/ Washitaw Territory & Empire)

     **This Security Agreement**: This Security Agreement, by tacit procuration of the Perpetual Divine Charter known as "Bank Shi-Urkantzu, Muurish/ Moorish Freeholder Financial Services<sup>οTM</sup>, A Perpetual Divine Charter for the Muurish/Moorish Private Bank in North America", is mutually agreed and entered on the ___2-9th___ day of the ___July___ month in the common era 2014 between the juristic persons of the Party of the First Part hereinafter collectively, jointly and severally known as "DEBTOR/ Debtor/ debtor," and the Party of the Second Part hereinafter known as "Secured Party"; *i.e.* Bank Shi-Urkantzu, Muurish/ Moorish Freeholder Financial Services; *et al*.

     For valuable consideration, as pledged by the Secured Party to the Debtor; the Debtor commits to this Security Agreement *in toto*, and conforms to the fact that truth builds and grows commerce; while lies, fraud and deceit vitiates and destroys commerce, and:

     (a)    Accepts the Public Pledging of *De Jure* Money as credit loaned to the Debtor for the Public Record; of Ten (10) Troy ounces of .999 Pure Silver Bullion as pledged to the Debtor by the Secured Party; which shall be held in the possession of the Secured Party;

     (b)    Agrees that Debtor must show proof of *De Jure* Solvency, Nationality, Status and *De Jure* Jurisdiction for the Public Record; to have any standing in any claim brought forth by Debtor against Secured Party, and Debtor accepts all international admiralty liens placed against any of the debtor's officers' and agents' physical bodies pursuant to 7 USC 136 (d) and UCC 9-311; *et al* codes, and any of the officers' and agents' alleged property and rights to property; *i.e.* alleged real, personal, *etc.*; no matter where it is held globally and under what name, classification, numbering system, *etc.*; for bringing forth any false claims in any manner of physical action, and verbal or written communication in any medium what so ever. Superior officers and agents are to be held liable for the

## Bank Shi-Urkantzu[oTM] MMFFS-1

actions of their subordinates as well; due to the lack of fostering a proper understanding among their subordinates of the fundamental *De Jure* laws for the united States of America (**all law is a contract**); and for upholding the color of law as if it is of a *De Jure* standing; while also conforming to the fact that there would be no understanding of the written law without an understanding of the **8 parts of grammar**, which the law is written in accordance with to establish status, standing and jurisdiction. **All Law is specific (terms of art) and does not deal in generalities**. When proper **Syntax** is not adhered to regarding Natural persons, it creates a **color of Law status**, and debtor Accepts for factual, equity and third party Muurish/ Moorish beneficiary purposes, the retroactive *Nunc Pro Tunc* dates of this Security Agreement as being October 12th, 1492 and August 2nd, 1928; in accordance with the Public filing of Noble Drew Ali a.k.a. El Hajj Sheik Sharif Abdul Ali; in the Torrens Land Title Registry System in the Cook County Recorder of Deeds Office in Chicago, Illinois on August 1st, 1928; Title and Document No. 10105905; which includes Noble Drew Ali's oral tradition of Muurish/ Moorish American History taught to the Muurs/ Moors about their Ancient historical origins being that of Asiatic, and also the first people to occupy the Americas long before the European invasion of October 12th, 1492 A.D. and afterwards, and also C.M. Bey's teachings of the Muurs/ Moors being the original people of the Americas, as pursuant to the information that was retrieved from the National Archives of Mexico by him, and "**Return of the Ancient Ones**" *re:* Empress Verdiacee "Tiara" Washitaw-Turner Goston El-Bey; as it relates to the Autochthonous Muurs/ Moors being the Ancient Pyramid/ Mound Builders of North America; *i.e.* lawful landmarks, and acknowledges that DNA, **not the BIA** ("**$5 Paper Indians**"); is the living bridge between the Ancient Paleo-American Ancestors and their modern-day descendants known today as Muurs/ Moors; for we are today what our ancestors were yesterday, and only DNA, morphology and archaeology can scientifically prove who are the real Autochthons in the Americas, and acknowledges and conforms to the fact that all non-Muurish/ Moorish corporations doing business upon the Muurish/ Moorish Landlords' Freehold since October 12th, 1492, and then August 2nd, 1928; were supposed to have Autochthonous, Aboriginal Muurish/ Moorish charters with signatures of permission granting the privilege to engage in commerce upon the Freehold, and without such lawful charters, all non-Muurish/ Moorish commerce is unlawful, illegal and on an expired mandate, and also acknowledges and conforms to the fact that the **Great Seal Pyramid** and **Bald Eagle** (in which the Seal of the United States with the Bald Eagle is actually the ancient Solar Hawk, **Heru**, cloaked in Masonic symbolism) on the reverse of the United States Note Silver Certificate One ($1) Dollar Bill, and the Federal Reserve Note One ($1) Dollar Bill; represents the Cultural Blood Birthright Inheritance, Architectural and Landmarked interests of the Autochthonous Muurs/ Moors in the Americas, and also represents the Muurs'/ Moors' third party beneficial interests in the paper currency and paper mediums of exchange that are circulated as money; no matter what denomination, due to the One ($1) Dollar Bill (and the word **Dollar** and symbol "**$**"; whether with one or two lines) being the foundational platform, and acknowledges and conforms to the fact that Article 4, Section 1 of the Articles of Confederation; as found in the United States Statutes at Large Vol. 1, Pg. 4; is still *De Jure* law as pursuant to Texas v. White - 74 U.S. 700 (1868), and Article 6 of the Constitution for the united States of America (prior engagements), and existing as a stateless, *Ens Legis* 14[th] Amendment US citizen person; who is *civiliter mortuus* and a corporate chattel, collateral ward in bankruptcy while **upholding** United States Democracy; places one in the position of being a pauper, vagabond and a fugitive from justice (bankrupt; without real gold and silver, and homeless; for chattel property cannot own real or personal property, and upholding United States Democracy makes one a fugitive and treasonous under *De Jure* Law),

(c)    Assigns to Secured Party any security interests in any Collateral, not limited by the items described herein below for the purpose of securing any interests or any rights in any form whatsoever;

(d)    Transfers any collateral along with any controlling creditor or Security Entitlement, or transfer, or assignment, or attachment, or perfection rights not limited by Security Entitlements, unto or into the possession and control of Secured Party;.

(e)    Agrees with having Debtor's name entered and registered in the records of the UCC filing office or Real Estate Public Records as a transmitting-utility Debtor, and

(f)    Agrees that Secured Party possesses any collateral along with any controlling creditor or Security Entitlement, or transfer, or assignment, or attachment, or perfection rights stated herein this Security Agreement *re:* any Collateral, as well as any rights in whatever form whatsoever.

This Security Agreement secures:

(a)    The performance of obligations owed by Debtor in favor of Secured Party as set forth in this express written Agreement *in toto*, and the Bank Shi-Urkantzu, Muurish/Moorish Freeholder Financial Services'[oTM], A Perpetual Divine Charter for the Muurish/Moorish Private Bank in North America *in toto*; value of said obligation identified specifically with property or collateral herein, or inquiries may consult the Secured Party.

(b)    The Debtor's repayment at interest rate of 15% of (i) any amounts that the Secured Party may advance, spend, and otherwise convey; at the Secured Party's discretion, for the maintenance, preservation, upkeep, and the like of the Collateral, and (ii) any other expenditures that Secured Party may make under the provisions of this Security Agreement in particular and for the benefit of Debtor and Secured Party in general;

(c)    Any amounts owed under any modifications, renewals, and extensions of any of the foregoing obligations to Secured Party; (ii) any amounts owed *Nunc Pro Tunc* from October 12th, 1492, and August 2nd, 1928 to now, or in the future by Debtor for the benefit of Secured Party; (iii) any indebtedness or liabilities owed by Debtor in favor of Secured Party, both direct or indirect, absolute or contingent, due or as might become due, now existing or hereafter arising, or however evidenced; and (iv), any other debts that may be owed by Debtor for the benefit of Secured Party upon occasion as stated herein.

Debtor transfers any controlling creditor or Entitlement rights, or transfer, or assignment, or attachment, or perfection rights, or issuances, or property, or collateral, or possessions, or rights to Secured Party. Any herein stated controlling creditor or Security

## Bank Shi-Urkantzu<sup>©TM</sup> MMFFS-1

Entitlement, or transfer, or assignment, or attachment, or perfection rights, or issuances, or property, or collateral, or possessions, or rights shall remain transferred to Secured Party until this Security Agreement is terminated in writing and signed by both Debtor's Authorized Agent and the Secured Party; *i.e.* the founder of Bank Shi-Urkantzu MMFFS<sup>©TM</sup>; *et al* names of bank as herein-stated.

**\*NOTICE AND WARNING!**

Any juristic person, as well as any agent of said juristic person, agrees that neither said juristic person, nor the agent of said juristic person, shall display, nor use in any manner, the trade-name/trade-mark, common-law trade-name/trade-mark described herein, *i.e.* Bank Shi-Urkantzu, Muurish/Moorish Freeholder Financial Services<sup>©TM</sup> and any variation thereof, or any derivative of said name, without prior, express, written consent of Controlling Creditor/ Entitlement Holder/ Claimant *i.e.* Secured Party as signified by Secured Party's signature in red ink. Pursuant to both the published Trade-name Notice attached hereto or NOTICE AND WARNING herein, any Juristic Person or any agent of said Juristic Person, hereinafter jointly and severally "User," consents and agrees in any use of Bank Shi-Urkantzu, Muurish/Moorish Freeholder Financial Services<sup>©TM</sup>, other than authorized use as set forth herein, are subject to the following.

NOTICE BY WRITTEN COMMUNICATION/SECURITY AGREEMENT constitutes User's indirect agreement or consent, or confession of judgment of unauthorized use of said trade-name/trade-mark, contractually binds User, and signifies that User: (1) grants Secured Party a security interest in, and a distress warrant or lien against User's property and interest in property in the sum certain amount of One-hundred Million U.S. Dollars ($100,000,000.00) backed by gold or silver bullion or equivalent currency each, per occurrence of unauthorized use, plus triple damages, plus costs\* (to include penalties, fees and compound interest rates of APR 15%) by violator per each occurrence of use, per each trade-name/trade-mark used, as well as for each or every use of any derivatives or variations in the spelling of Bank Shi-Urkantzu, Muurish/Moorish Freeholder Financial Services<sup>©TM</sup>. Secured Party; (2) authenticates a Security Agreement wherein User is debtor, and Bank Shi-Urkantzu, Muurish/Moorish Freeholder Financial Services<sup>©TM</sup> is Secured Party, and User pledges any of User's property or interest in property as collateral for securing User's contractual obligation; (3) authenticates a UCC Financing Statement wherein User is debtor, and Bank Shi-Urkantzu, Muurish/Moorish Freeholder Financial Services<sup>©TM</sup> is Secured Party; (4) consents and agrees that said Financing Statement is a continuing financing statement authorizing Secured Party's filing of any continuation statement necessary for maintaining Secured Party's attached or perfected security interest in any of User's property or rights in property pledged as collateral in the aforementioned Security Agreement until User's contractual obligation is fully satisfied; (5) authorizes the filing of the aforementioned UCC Financing Statement or Security Agreement in the UCC filing office or Real Estate Public Records by Secured Party; (6) consents and agrees that any such filings referenced in paragraph "(5)" above are not or may not be considered, bogus or that User waives any claim(s) in any such filing; (7) waives any defenses. Further, User also consents and agrees in any Payment Terms, Default Terms, and Terms for Curing Default and Terms of Strict Foreclosure as set forth with particularity in NOTICE BY WRITTEN COMMUNICATION/SECURITY AGREEMENT or in attached herein published trade-name/trade-mark Notice.

**Words Defined**; **Glossary of Terms** and **Maxims of Law** to be included herein, but not limited hereto. As used in this Security Agreement, the following Maxims of Law, words and terms are as defined in this section, *non obstante*:

**Administrative Remedy**; In this Security Agreement the term "Administrative Remedy" means the non-judicial remedy provided by an agency, board, commission or any other like organization. This is taken to mean in this Security Agreement, all claims presented and closed under oath and affirmation, and under penalties of perjury pursuant to 28 USC 1746 (1) or Notary Public *Jurat*, and through the agency of a Notary Public presentment, or a non-notary third party presentment, or e-mail, fax, certified, registered or express mail presentment under attestation of two or more witnesses; under Deuteronomy 19:15-21, and any other method designed to bring forth the truth of the matter.

**Agreement**; In this Security Agreement the word "Agreement" means a concord of understanding and intention, between two or more parties, with respect to the affect upon their relative rights and duties, of certain past or future facts or performances. The act of two or more persons, who unite in expressing a mutual and common purpose, with the view of altering their rights and obligations.

**Air**; In this Security Agreement the word "Air" means that fluid transparent substance which surrounds our globe.

**All**; In this Security Agreement the word "All" means everything one has: the whole number; totality, including both all and sundry; everyone and everything; without restriction.

**Argentum**; In this Security Agreement the word "*Argentum*" means Silver; money. *Argentum album.* Bullion; uncoined silver; common silver coin; silver coin worn smooth.-*Argentum Dei.* God's money; God's penny; money given as earnest in making a bargain.

**Artificial Person**; In this Security Agreement the term "Artificial Person" means a juristic person, such as a corporation or legal fiction, also known by any and all derivatives and variations in the spelling of said name(s) *i.e.* DEBTOR/ Debtor/ debtor. See also: juristic person.

**Authorized Representative**; In this Security Agreement the term "Authorized Representative" means the Secured Party, or its agent(s), authorized by Debtor for signing debtor's signature, without liability and without recourse.

**Autochthonous Trust**; In this Security Agreement the term "Autochthonous Trust" means an irrevocable or revocable trust, depending upon the will of the Grantor, and unable to be breached by foreigners; *i.e.* those of Non-Aboriginal descent in the Americas, and established for the descendants of the oldest people of the Americas; the Autochthons, and their Beneficiaries in their Natural Status, and not as legal fictions. All other Non-Autochthonous or Non-Aboriginal entries into the autochthonous trust; of

## Bank Shi-Urkantzu°™ MMFFS-1

either real or personal property of any class or kind, are at the discretion of the Shi-Urkantzu Thunder Clan Olmec Muurs°™ by clan member majority vote only.

**Axiom**; In this Security Agreement the word "Axiom" means in logic, a self-evident truth; an indisputable truth.

**Bankrupt**; In this Security Agreement the word "Bankrupt" means a person who has committed an act of bankruptcy; one who has done some act or suffered some act to be done in Consequence of which, under the laws of his country, he is liable to be proceeded against by his creditors for the seizure and distribution among them of his entire property. [See United States Statutes at Large 48 Stat. 112-113, Bank v. Sherman, 101 US 403, 406 (1879), Perry v. United States, 294 US 330 (1935), Guaranty Trust Co. of New York v. Henwood *et al*, 307 US 247 (1939), 31 USC 5118 *et seq.*, House Congressional Records of June 10th, 1932, March 9th, 1933 and May 23rd, 1933 - the Pennsylvania Democrat Representative, Honorable Louis T. McFadden's statements on the Bankruptcy of the United States; House Congressional Records of March 17th, 1993-the Ohio Democrat Representative, Honorable James A. Traficant's statements on the Bankruptcy of the United States, See U.C.C. § 1-201 (23) [what is considered insolvent], which is herein incorporated by reference.]

**Bank Shi-Urkantzu, Muurish/Moorish Freeholder Financial Services**°™; In this Security Agreement the term for the juristic person known as "Bank Shi-Urkantzu, Muurish/Moorish Freeholder Financial Services°™" means An Autochthonous, Aboriginal Freeholders' banking institution constructed by Muurish/Moorish Freeholders of the Land and owned in partnership by members of the Shi-Urkantzu Thunder Clan Olmec Muurs°™, and depending on International (Treaty) Law and Republic United States of America Constitutional Law and Common Law, free from Corporate, Democratic 50 States and Corporate, Democratic United States Federal Regulation, Legislation, Execution and Adjudication *in toto*, and an organization created for the benefit of the Shi-Urkantzu Thunder Clan Olmec Muurs°™ and other Muurs/ Moors to engage in the business of banking, and identified by the name of Bank Shi-Urkantzu, Muurish/Moorish Freeholder Financial Services°™. All rights reserved *re*: use of the name Bank Shi-Urkantzu, Muurish/Moorish Freeholder Financial Services°™, Common-law trade-name/trade-mark 2014.

**Charter**; In this Security Agreement the word "Charter" means an instrument emanating from the sovereign power, in the nature of a grant, either to the whole nation, or to a class or portion of the people, or to a colony or dependency, and assuring to them certain rights, liberties, or powers.

**Civiliter Mortuus**; In this Security Agreement the term *"Civiliter Mortuus"* means civilly dead; dead in the view of the law. The condition of one who has lost his civil rights and capacities, and is accounted dead in law. This is given meaning with insolvency; *i.e.* bankruptcy of artificial persons; *i.e.* business entities, corporations, trusts, *etc.*; or a natural person in bankruptcy, and a natural person operating in a legal fiction, colorable person capacity without Nationality, Status or Standing; *i.e.* "Stateless".

**Claim**; In this Security Agreement the word "Claim" means:

1.   Right of payment, when such right is rendered into the form of a judgment, or for damages, as well as under rulings regarding an equitable remedy for breach of performance, when such breach results in a right of payment, or when an equitable remedy is rendered into the form of a judgment regarding debts or obligations.

2.   "To demand as one's own; to assert a personal right to any property or any right; to demand the possession or enjoyment of something rightfully one's own, and wrongfully withheld." "A challenge of the property or ownership of a thing which is wrongfully withheld from the possession of the claimant." "A claim is a right or title, actual or supposed, to a debt, privilege, or other thing in the possession of another; not the possession, but the means by or through which the claimant obtains the possession or enjoyment." [See Hill v. Henry, 66 N.J. Eq. 150, 57 Atl. 555. Also, a claim is to state. See Douglas v. Beasley, 40 Ala. 147; Prigg v. Pennsylvania, 16 pet. 615, 10 L.Ed. 1060 and Lawrence v. Miller, 2 N. Y. 245, 254.]

**Conduit**; In this Security Agreement the word "Conduit" signifies a means of transmitting and distributing energy and the effects or produce of labor, such as goods and services, *via* the name DEBTOR, also known by any derivatives and variations in the spelling of said name of Debtor.

**Collateral**; In this Security Agreement the word "Collateral" means any property and property rights of Debtor, now owned and hereafter acquired, now existing and hereafter arising, and wherever located, with ownership either in the name of Debtor or in the name of another, in which the Debtor holds a beneficial interest, and secures the entire obligation or amount of indebtedness.

**Color**; In this Security Agreement the word "Color" means an appearance, semblance, or *simulacrum*, as distinguished from that which Is real. A *prima facie* or apparent right. Hence, a deceptive appearance; a plausible, assumed exterior, concealing a lack of reality; a disguise or pretext. [See State v. Oates, 86 Wis. 634, 57 N. W. 296, 39 Am. St. Rep. 912; Wyatt v. Monroe, 27 Tex. 268.]

**Color of Authority**; In this Security Agreement the term "Color of Authority" means that semblance or presumption of authority sustaining the acts of a public officer which is derived from his apparent title to the office or from a writ or other process in his hands apparently valid and regular. [See Railroad Co. v. Allfree, 64 Iowa, 500, 20 N.W. 779; Berks County v. Railroad Co., 167 Pa. 102, 31 Atl. 474; Broughton v. Haywood, 61 N.C. 383.]

**Color of Law**; In this Security Agreement the term "Color of Law" means the appearance or semblance, without the substance, of legal right. [See McCain v. Des Moines, 174 U.S. 168, 19 Sup. Ct. 644, 43 L. Ed. 936.]

**Color of Office**; In this Security Agreement the term "Color of Office" means an act unjustly done by the countenance of an office, being grounded upon corruption, to which the office is as a shadow and color. [See Plow. 64.] A claim or assumption of right to do an act by virtue of an office, made by a person who is legally destitute of any such right. [See Feller v. Gates, 40 Or. 543, 67 Pac. 416, 56 L.R.A. 630, 91 Am. St. Rep. 492; State v. Fowler, 88 Md. 601, 42 Atl. 201, 42 L.R.A. 849, 71 Am. St. Rep. 452; Bishop v. Mc-Gillis, 80 Wis. 575, 50 N.W. 779, 27 Am. St. Rep. 63; Decker v. Judson, 16 N.Y. 439; Mason v. Crabtree, 71 Ala. 481; Morton v. Campbell, 37 Barb. (N.Y.) 181; Luther v. Banks, 111 Ga. 374, 36 S.E. 826; People v. Schuyler, 4 N. Y. 187.]

## Bank Shi-Urkantzu°™ MMFFS-1

**Color of Title**: In this Security Agreement the term "Color of Title" means the appearance, semblance, or *simulacrum* of title. Any fact extraneous to the act or mere will of the claimant which has the appearance, on its face, of supporting his claim of a present title to land, but which, for some defect, in reality falls short of establishing it. [See Wright v. Mattison, 18 Haw. 56, 15 L. Ed. 280; Cameron v. U.S., 148 U.S. 301, 13 Sup Ct. 595, 37 L. Ed. 459; Saltmarsh v. Crommelin, 24 Ala. 352.]

**Colorable**: In this Security Agreement the word "Colorable" means that which has or gives color. That which Is in appearance only, and not In reality, what it purports to be.

**Contract**: In this Security Agreement the word "Contract" means An agreement, upon sufficient consideration, to do or not to do a particular thing. [See 2 Bl. Comm. 442; 2 Kent, Comm. 449. Justice v. Lang, 42 N. Y. 496, 1 Am. Rep. 576; Edwards v. Kearzey, 96 U. S. 599, 24 L. Ed. 793; Canterberry v. Miller, 76 Ill. 355.] A covenant or agreement between two or more persons, with a lawful consideration or cause. An implied contract is one not created or evidenced by the explicit agreement of the parties, but inferred by the law, as a matter of reason and justice from their acts or conduct, the circumstances surrounding the transaction making it a reasonable, or even a necessary, assumption that a contract existed between them by tacit understanding. Implied contracts are sometimes subdivided into those "implied in fact" and those "implied in law", the former being covered by the definition just given, while the latter are obligations imposed upon a person by the law, not in pursuance of his intention and agreement, either expressed or implied, but even against his will and design, because the circumstances between the parties are such as to render it just that the one should have a right, and the other a corresponding liability, similar to those which would arise from a contract between them. This kind of obligation therefore rests on the principle that whatsoever it is certain a man ought to do that the law will suppose him to have promised to do. And hence it is said that, while the liability of a party to an express contract arises directly from the contract, it is just the reverse in the case of a contract "implied in law," the contract there being implied or arising from the liability. [See Musgrove v. Jackson, 59 Miss. 392; Bliss v. Hoyt, 70 Vt. 534, 41 Atl. 1026; Linn v. Ross, 10 Ohio, 414, 36 Am. Dec. 95; People v. Speir, 77 N.Y. 150; O'Brien v. Young, 95 N.Y. 432, 47 Am. Rep. 64.]

**Creditor**: In this Security Agreement the word "Creditor" means a person to whom a debt is owing by another person, called the "debtor." [Mohr v. Elevator Co., 40 Minn. 343, 41 N.W. 1074; Woolverton v. Taylor Co., 43 Ill. App. 424; Insurance Co. v. Meeker, 37 N.J. Law, 300; Walsh v. Miller, 51 Ohio St. 462, 38 N.E. 381.] The foregoing is the strict legal sense of the term; but in a wider sense it means one who has a legal right to demand performance of an obligation, and to demand and recover from another a sum of money on any account whatever, and hence may include the owner of any right of action against another, whether arising on contract or for a tort, a penalty, or a forfeiture. [Keith v. Hiner, 63 Ark. 244, 38 S.W. 13; Bongard v. Block, 81 Ill. 186, 25 Am. Rep. 276; Chalmers v. Sheehy, 132 Cal. 459, 64 Pac. 709, 84 Am. St. Rep. 62; Pierstoff v. Jorges, 86 Wis. 128, 56 N.W. 735, 39 Am. St. Rep. 881.] This is in reference to the Party of the Second Part *in toto*.

**Debtor**: In this Security Agreement the word "DEBTOR", "Debtor" and "debtor" means one who owes a debt; one who may be compelled to pay a claim or demand, or performance of an obligation. This is in reference to the Party of the First Part *in toto*.

**Decalogue**: In this Security Agreement the word "Decalogue" means the Ten Commandments given by God to Moses. The Jews called them the "Ten Words," hence the name.

**Default**: In this Security Agreement the word "Default" means Debtor's non-performance of a duty arising under this Security Agreement, specifically any event described in any of the three categories; *i.e.* "Insolvency," "Creditor Proceedings," and "Other Defaults," set forth below under "Event of Default" below.

**Derivative**: In this Security Agreement the word "Derivative" means coming by way of another; taken out of something preceding; secondary; that which has not the origin in itself, but obtains existence out of some foregoing thing and of a more primal and fundamental nature; anything derived out of another.

**Divine Laws**: In this Security Agreement the term "Divine Laws" means as distinguished from those of human origin, divine laws are those of which the authorship is ascribed to God, being either positive or revealed laws, or the laws of nature. [See Mayer v. Frobe, 40 W. Va. 246, 22 S. E. 58; Borden v. State, 11 Ark. 527, 44 Am. Dec. 217.]

**Double Standard**: In this Security Agreement the term "Double Standard" means a situation in which two people, groups, *etc.*, are treated very differently from each other in a way that is unfair to one of them. [See Bank v. Sherman, 101 US 403, 406 (1879); in which individual citizens who became bankrupt were declared *civiliter mortuus*, and Perry v. United States, 294 US 330 (1935); in which the Supreme Court of the United States declared that Congress had no right to declare bankruptcy under House Joint Resolution 192; United States Statutes at Large 48 Stat. 112-113, and repudiate its obligations owed to its citizens under the Constitution for the united States of America. But, under the color of law 14th Amendment, the Federal Debt of the United States could not be questioned by its citizens. Bankruptcy is bankruptcy, and for *civiliter mortuus* to apply to an individual citizen and not to the United States is a double standard; for the Law speaks to all with the same mouth. The Autochthons known as the Els, Beys, Deys, Als and Alis are not citizens of the United States, and as the *De Jure* Landlords, can question the *De Jure* solvency of the United States, and the additional parties listed inclusively as Party of the First Part within this security agreement; to make a lawful determination of *civiliter mortuus*.]

**Drawer**: In this Security Agreement the word "Drawer" means <u>Secured Party</u>, or DEBTOR, or any derivatives and variations of said names in any manner whatsoever *re*: any assets or contracts, or promissory notes, or titles, or grants, or accounts, or instruments, or agreements in any form whatsoever bearing the name of <u>Secured Party</u>, or DEBTOR or any derivatives and variations of said names.

**Ens Legis**: In this Security Agreement the term "*Ens Legis*" means a creature of the law; an artificial being, such as a corporation, considered as deriving the existence of the being entirely by the law, as contrasted with a natural person.

**Endorsement**: Means the signature, other than that of the maker, drawer, or acceptor <u>Secured Party</u>.

## Bank Shi-Urkantzu©™ MMFFS-1

**Entitlement Holder**; means Secured Party having a security entitlement in any security or asset, or contract, or promissory note, or title, or grant, or account, or instrument, or agreement in any form whatsoever, bearing name(s) of DEBTOR or any derivatives and variations of said name(s).

**Equity**; In this Security Agreement the word "Equity" means in its broadest and most general signification, the spirit and the habit of fairness, justness, and right dealing which would regulate the intercourse of men with men, the rule of doing to all others as we desire them to do to us; or, as it is expressed by Justinian, "to live honestly, to harm nobody, to render to every man his due." It is therefore the synonym of natural right or justice. But in this sense its obligation is ethical rather than jural, and its discussion belongs to the sphere of morals. It is grounded in the precepts of the conscience, not in any sanction of positive law.

**Fact**; In this Security Agreement the word "Fact" means a thing done; an action performed or an incident transpiring; an event or circumstance; an actual occurrence. A fact is either a state of things, that is, an existence, or a motion, that is, an event.

**Fee-Simple**; In this Security Agreement the term "Fee-Simple" means an absolute or fee simple estate is one in which the owner is entitled to the entire property, with unconditional power of disposition during his life, and descending to his heirs and legal representatives upon his death intestate. Fee simple signifies a pure fee; an absolute estate of inheritance; that which a person holds inheritable to him and his heirs general forever. It is called "fee-simple," that is, "pure," because clear of any condition or restriction to particular heirs, being descendible to the heirs general, whether male or female, lineal or collateral. It is the largest estate and most extensive interest that can be enjoyed in land, being the entire property therein, and it confers an unlimited power of alienation.

**Freehold**; In this Security Agreement the term "Freehold" means an estate in land or other real property, of uncertain duration; that is, either of inheritance or which may possibly last for the life of the tenant at the least, (as distinguished from a leasehold;) and held by a free tenure, (as distinguished from copyhold or villeinage.) [See Nevitt v. Woodburn, 175 Ill. 376, 51 N. E. 593; Railroad Co. v. Hemphill, 35 Miss. 22; Nellis v. Munson, 108 N.Y. 453, 15 N. E. 739; Jones v. Jones, 20 Ga. 700.] Such an interest in lands of frank-tenement as may endure not only during the owner's life, but which is cast after his death upon the persons who successively represent him, according to certain rules elsewhere explained. Such persons are called "heirs," and he whom they thus represent, the "ancestor." When the interest extends beyond the ancestor's life, it is called a "freehold of inheritance," and, when it only endures for the ancestor's life, it is a freehold not of inheritance. An estate to be a freehold must possess these two qualities: (1) Immobility, that is, the property must be either land or some interest issuing out of or annexed to land; and (2) indeterminate duration, for, if the utmost period of time to which an estate can endure be fixed and determined, it cannot be a freehold. Wharton. [See the Moorish Holy Koran; Chapter 47 re: Noble Drew Ali, the United States Department of Justice- Classified Truth-A-1 Freehold By Inheritance Library of Congress Diplomatic Immunity Registration No. AA222141 re: C.M. Bey; as it relates to the Freehold Status of Muurs/ Moors, and "Return of the Ancient Ones" re: Empress Verdiacee "Tiara" Washitaw-Turner Goston El-Bey; as it relates to the Autochthonous status of the Muurs/ Moors.] As foreign agents under the British Crown, all BAR Attorneys lack standing upon the Muurish/Moorish Freehold; for they are not registered through the U.S. Department of State as foreign agents under US Code Title 22.

**Hares**; In this Security Agreement the word "Hares" means in common law, an heir; he to whom lands, tenements, or hereditaments by the act of God and right of blood do descend, of some estate of inheritance.

**Hold-harmless and Indemnity Agreement**; the term "Hold-harmless and Indemnity Agreement" means DEBTOR, without the benefit of discussion or division, does hereby agree, covenant, and undertake to indemnify, defend, and hold the Secured Party harmless from and against any and all claims, losses, liabilities, costs, interests, and expenses, hereinafter referred to as "Claims" or "Claim," which Claims include, without restriction, all legal costs, interests, penalties, and fines suffered or incurred by the Secured Party, in accordance with the Secured Party's personal guarantee with respect to any loan or indebtedness of DEBTOR, including any amount DEBTOR might be deemed to owe to any creditor for any reason whatsoever. The Secured Party shall promptly advise DEBTOR of any Claim and provide DEBTOR with full details of said Claim, *inter alia*, copy of any document, correspondence, suit, or action received by or served upon the Secured Party. The Secured Party shall fully cooperate with DEBTOR in any discussion, negotiation, or other proceeding relating to any Claim.

**Implied agreement**; In this Security Agreement the term "Implied Agreement" means one inferred from the acts or conduct of the parties, instead of being expressed by them in written or spoken words; one inferred by the law where the conduct of the parties with reference to the subject-matter is such as to induce the belief that they intended to do that which their acts indicate they have done. [See Bixby v. Moor, 51 N.H. 403; Cuneo v. De Cuneo, 24 Tex. Civ. App. 436, 59 S.W. 284.]

**Indefeasible**; In this Security Agreement the word "Indefeasible" means that which cannot be defeated, revoked, or made void. This term is usually applied to an estate or right which cannot be defeated.

**Inheritable Blood**; In this Security Agreement the term "Inheritable Blood" means Blood which has the purity (freedom from attainder) and legitimacy necessary to give its possessor the character of a lawful heir; that which is capable of being the medium for the transmission of an inheritance.

**Issuer**; means Secured Party or DEBTOR, the maker or drawer of any asset or contract, or promissory note, or title, or grant, or account, or instrument, or agreement in any form whatsoever.

**Juristic Person**; In this Security Agreement the term "Juristic Person" means an abstract, legal entity *ens legis*, such as a corporation, created by construct of law and considered as possessing certain legal rights and duties of a human being; an imaginary entity, such as Secured Party and DEBTOR, which, on the basis of legal reasoning, is legally treated as a human being for the purpose of conducting commercial activity for the benefit of a biological, living being.

**Land**; In this Security Agreement the word "Land" means any ground, soil, and earth whatsoever, including pastures, fields, meadows, woods, moors, waters, marshes, rock, and sand.

## Bank Shi-Urkantzu©™ MMFFS-1

**Land Creditor**; In this Security Agreement the term "Land Creditor" means the true *De Jure* Possessors of the Land by Primogeniture Blood Birthright Inheritance, and all of the land rights, mineral rights, water rights and air/ sky/ space rights; with the rights to payment for the use of any of these resources by all foreign, Non-Autochthonous tenants who are liable for payment in the substances of Gold, Silver, Copper, Platinum, Palladium, Rhodium, diamonds, rubies, emeralds, or any other precious or base metals, and precious and semi-precious stones, or any other natural resources that did not originate from the lands of the Land Creditor, and also services may be rendered as payment by the tenant; if found acceptable to the land creditor. Lack of payment to the Land Creditor automatically places all foreign, Non-Autochthonous tenants in debtor status *in toto*.

"*Contra veritatem lex numquam aliquid permittit.*" In this Security Agreement this legal maxim means, "The law never suffers anything contrary to truth." - Bouvier's Dictionary of Law; 1856 - Maxims of Law.

"*Cuius est solum, eius est usque ad coelum et ad inferos.*" In this Security Agreement this legal maxim means, "To whomsoever the soil belongs, he owns also to the sky and to the depths. The owner of a piece of land owns everything above and below it to an indefinite extent."- Black's Law Dictionary, 2nd ed. 1910 - Maxims of Law.

"*Dolus auctoris non nocet successori.*" In this Security Agreement this legal maxim means, "The fraud of a possessor does not prejudice the successor." - Bouvier's Dictionary of Law; 1856 - Maxims of Law.

"*Ex dolo malo non oritur action.*" In this Security Agreement this legal maxim means, "Out of fraud no action arises." - Bouvier's Dictionary of Law; 1856 - Maxims of Law.

"*Executio juris non habet injuriam.*" In this Security Agreement this legal maxim means, "The execution of the law causes no injury." - Bouvier's Dictionary of Law; 1856 - Maxims of Law.

"*Extra legem positus est civiliter mortuus.*" In this Security Agreement this legal maxim means, "One out of the pale of the law, (an outlaw,) is civilly dead." - Bouvier's Dictionary of Law; 1856 - Maxims of Law.

"*Fictio est contra veritatem, sed pro veritate habetur.*" In this Security Agreement this legal maxim means, "Fiction yields to truth. Where there is truth, fiction of law exists not."- Black's Law Dictionary, 2nd ed. 1910 - Maxims of Law.

"*Fraus est celare fraudem.*" In this Security Agreement this legal maxim means, "It is a fraud to conceal a fraud." - Bouvier's Dictionary of Law; 1856 - Maxims of Law.

"*Fraus et dolus nemini patrocinari debent.*" In this Security Agreement this legal maxim means, "Fraud and deceit should excuse no man." - Bouvier's Dictionary of Law; 1856 - Maxims of Law.

"*El incumbit probatio qui dicit, non qui negat.*" In this Security Agreement this legal maxim means, "The burden of the proof lies upon him who affirms, not he who denies." - Bouvier's Dictionary of Law; 1856 - Maxims of Law.

"*In contractibus, rei veritas potius quam scriptura perspici debet.*" In this Security Agreement this legal maxim means, "In contracts, the truth of the matter ought to be regarded rather than the writing."- Black's Law Dictionary, 2nd ed. 1910 - Maxims of Law.

"*Iniquum est ingenuis hominibus non esse liberam rerum suarum alienationem.*" In this Security Agreement this legal maxim means, "It is against equity to deprive free men of the free disposal of their own property." - Bouvier's Dictionary of Law; 1856 - Maxims of Law.

"*Jura naturae sunt immutabilia.*" In this Security Agreement this legal maxim means, "The laws of nature are unchangeable." - Bouvier's Dictionary of Law; 1856 - Maxims of Law.

"*Jura sanguinis nullo jure civili dirimi possunt.*" In this Security Agreement this legal maxim means, "The right of blood and kindred cannot be destroyed by any civil law." - Bouvier's Dictionary of Law; 1856 - Maxims of Law.

"*Jus et fraudem numquam cohabitant.*" In this Security Agreement this legal maxim means, "Right and fraud never go together." - Bouvier's Dictionary of Law; 1856 - Maxims of Law.

"*Jus ex injuria non oritur.*" In this Security Agreement this legal maxim means, "A right cannot arise from a wrong." - Bouvier's Dictionary of Law; 1856 - Maxims of Law.

"*Justitia non novit patrem neo matrem; solam veritatem spectat justitia.*" In this Security Agreement this legal maxim means, "Justice knows neither father nor mother; justice looks at truth alone."- Black's Law Dictionary, 2nd ed. 1910 - Maxims of Law.

"*Law favoreth truth, faith, and certainty.*" In this Security Agreement this legal maxim means, "Law favoreth truth, faith, and certainty."- Black's Law Dictionary, 2nd ed. 1910 - Maxims of Law.

"*Le loy de Dieu et loy de terre sont tout un; et l'un et l'autre preferre et favour le common et publique bien del terre.*" In this Security Agreement this legal maxim means, "The law of God and the law of the land are all one; and both preserve and favor the common and public good of the land."- Black's Law Dictionary, 2nd ed. 1910 - Maxims of Law.

"*Legibus sumptis disinentibus, lege naturae utendum est.*" In this Security Agreement this legal maxim means, "When laws imposed by the state fail, we must act by the law of nature." - Bouvier's Dictionary of Law; 1856 - Maxims of Law.

"*Lex est norma recti.*" In this Security Agreement this legal maxim means, "Law is a rule of right." - Bouvier's Dictionary of Law; 1856 - Maxims of Law.

"*Lexspectat naturae ordinem.*" In this Security Agreement this legal maxim means, "The law regards the order of nature." - Bouvier's Dictionary of Law; 1856 - Maxims of Law.

"*Lex uno ore omnes alloquitur.*" In this Security Agreement this legal maxim means, "The law addresses all with one [the same] mouth or voice." - Black's Law Dictionary, 2nd ed. 1910 - Maxims of Law.

"*Maxime paci sunt contraria vis et injuria.*" In this Security Agreement this legal maxim means, "The greatest enemies to peace are force and wrong." - Black's Law Dictionary, 2nd ed. 1910 - Maxims of Law.

## Bank Shi-Urkantzu°™ MMFFS-1

"*Nemo potest esse tenes et dominus.*" In this Security Agreement this legal maxim means, "No man can be at the same time tenant and landlord of the same tenement." - Bouvier's Dictionary of Law; 1856 - Maxims of Law.

"*Nihil possumus contra veritatem.*" In this Security Agreement this legal maxim means, "We can do nothing against truth." - Bouvier's Dictionary of Law; 1856 - Maxims of Law.

"*No man is presumed to do anything against nature.*" In this Security Agreement this legal maxim means, "No man is presumed to do anything against nature." - Bouvier's Dictionary of Law; 1856 - Maxims of Law.

"*Peccata contra naturam sunt gravissima.*" In this Security Agreement this legal maxim means, "Offences against nature are the heaviest." - Bouvier's Dictionary of Law; 1856 - Maxims of Law.

"*Perspicua vera non sunt probanda.*" In this Security Agreement this legal maxim means, "Plain truths need not be proved." - Bouvier's Dictionary of Law; 1856 - Maxims of Law.

"*Possessor has right against all men but him who has the very right.*" In this Security Agreement this legal maxim means, "Possessor has right against all men but him who has the very right." - Bouvier's Dictionary of Law; 1856 - Maxims of Law.

"*Quae rerum natur prohibentur, null lege confirmata sunt.*" In this Security Agreement this legal maxim means, "What is prohibited in the nature of things, cannot be confirmed by law." - Bouvier's Dictionary of Law; 1856 - Maxims of Law.

"*Quando duo Iuro concurrunt in und person, aequum est ac si essent in diversis.*" In this Security Agreement this legal maxim means, "When two rights concur in one person, it is the same as if they were in two separate persons." - Bouvier's Dictionary of Law; 1856 - Maxims of Law.

"*Qui non libere veritatem pronunciat, proditor est veritatis.*" In this Security Agreement this legal maxim means, "He who does not willingly speak the truth, is a betrayer of the truth." - Bouvier's Dictionary of Law; 1856 - Maxims of Law.

"*Qui non prohibit quod prohibere potest assentire videtur.*" In this Security Agreement this legal maxim means, "He who does not forbid what he can forbid, seems to assent." - Bouvier's Dictionary of Law; 1856 - Maxims of Law.

"*Qui non propulsat iniuriam quando potest, infert.*" In this Security Agreement this legal maxim means, "He who does not repel a wrong when he can, induces it." - Bouvier's Dictionary of Law; 1856 - Maxims of Law.

"*Qui parcit nocentibus, innocentibus punit.*" In this Security Agreement this legal maxim means, "He who spares the guilty, punishes the innocent." - Bouvier's Dictionary of Law; 1856 - Maxims of Law.

"*Qui potest et debet vetare, jubet.*" In this Security Agreement this legal maxim means, "He who can and ought to forbid, and does not, commands." - Bouvier's Dictionary of Law; 1856 - Maxims of Law.

"*Quicquid est contra normam recti est injuria.*" In this Security Agreement this legal maxim means, "Whatever is against the rule of right, is a wrong." - Bouvier's Dictionary of Law; 1856 - Maxims of Law.

"*Quod initio vitiosum est, non potest tractu temporis convalescere.*" In this Security Agreement this legal maxim means, "Time cannot render valid an act void in its origin." - Bouvier's Dictionary of Law; 1856 - Maxims of Law.

"*Quod nullius est id ratione naturali occupanti conceditur.*" In this Security Agreement this legal maxim means, "What belongs to no one, naturally belong to the first occupant." - Bouvier's Dictionary of Law; 1856 - Maxims of Law.

"*Remedies for rights are ever favorably extended.*" In this Security Agreement this legal maxim means, "Remedies for rights are ever favorably extended." - Bouvier's Dictionary of Law; 1856 - Maxims of Law.

"*Rent must be reserved to him from whom the state of the land moveth.*" In this Security Agreement this legal maxim means, "Rent must be reserved to him from whom the state of the land moveth." - Bouvier's Dictionary of Law; 1856 - Maxims of Law.

"*Rights never die.*" In this Security Agreement this legal maxim means, "Rights never die." - Bouvier's Dictionary of Law; 1856 - Maxims of Law.

"*Sicut natura nil facit per saltum, ita nec lex.*" In this Security Agreement this legal maxim means, "As nature does nothing by a bound or leap, so neither does the law." - Bouvier's Dictionary of Law; 1856 - Maxims of Law.

"*Terra transit cum onere.*" In this Security Agreement this legal maxim means, "Land passes with the incumbrances." - Bouvier's Dictionary of Law; 1856 - Maxims of Law.

"*Ubi quid generaliter conceditur, in est haec exceptio, si non aliquid sit contra ius fasque.*" In this Security Agreement this legal maxim means, "Where a thing is concealed generally, this exception arises, that there shall be nothing contrary to law and right." - Bouvier's Dictionary of Law; 1856 - Maxims of Law.

"*Veritas, a quocunque dicitur, a Deo est.*" In this Security Agreement this legal maxim means, "Truth, by whomsoever pronounced, is from God." - Black's Law Dictionary, 2nd ed. 1910 - Maxims of Law.

"*Veritas nihil veretur nisi abscondi.*" In this Security Agreement this legal maxim means, "Truth fears nothing but concealment." - Bouvier's Dictionary of Law; 1856 - Maxims of Law.

"*Veritatem qui non libere pronunciat, proditor est veritatis.*" In this Security Agreement this legal maxim means, "He who does not speak the truth, is a traitor to the truth." - Bouvier's Dictionary of Law; 1856 - Maxims of Law.

"*Where two rights concur, the more ancient shall be preferred.*" In this Security Agreement this legal maxim means, "Where two rights concur, the more ancient shall be preferred." - Bouvier's Dictionary of Law; 1856 - Maxims of Law.

**Lawful Money:** In this Security Agreement the term "Lawful Money" means money which is a legal tender in payment of debts; *e.g.*, gold and silver coined at the mint. [See the Coinage Act of 1792, United States Statutes at Large 1 Stat. 246-251, House Joint Resolution 192 of June 5th, 1933; United States Statute at Large 48 Stat. 112-113; Perry v. United States, 294 US 330 (1935); Guaranty Trust Co. of New York v. Henwood; *et al*, 307 U.S. 247 (1939); Clearfield Trust Co v. United States, 318 US 363 (1943), Cooper v. Aaron, 358 U.S. 1 (1958), the Coinage Act of 1965, 31 USC 5118 *et seq.*; the Constitution for the united States of America;

## Bank Shi-Urkantzu[CTM] MMFFS-1

Articles 1, Section 8; Clause 5, and Section 10; Clause 1; Deuteronomy 25:13-16; Senate Joint Resolution 165; United States Statutes at Large 96 Stat. 1211 and Public Law 97-280.]

**Legal Entity**; In this Security Agreement the term "Legal Entity" means an entity, other than a natural person, with sufficient existence in legal contemplation that said entity may function legally or sue and be sued or make decisions through agents.

**Liability**; In this Security Agreement the word "Liability" means every kind of legal obligation, responsibility, and duty. Also the state of being bound and obligated in law for doing or paying a debt or fulfilling an obligation or rendering committed specific performance or the like. [See Mayfield v. First Nat'l Bank of Chattanooga, Tenn, C.C.A. Tenn., 137 F.2d 1013, 1019; Feil v. City of Coeur d' Alene, 23 Idaho 32, 129 P. 643, 649, 43 L.R.A. N.S. 1095; Breslaw v. Rightmire, 196 N.Y.S. 539, 541, 119 Misc. 833.]

**Maker**; In this Security Agreement the word "Maker" means Secured Party or DEBTOR or any derivatives and variations of said names in any form whatsoever re: any asset or contract, or promissory note, or title, or grant, or account, or instrument, or agreement bearing the name(s) DEBTOR or any derivatives and variations of said names.

**Maxim**; In this Security Agreement the word "Maxim" means An established principle or proposition. A principle of law universally admitted, as being a correct statement of the law, or as agreeable to natural reason. Coke defines a maxim to be "conclusion of reason," and says that it is so called "quia maxima ejus dignitas et certissima auctoritas, et quod maxime omnibus probetur." Co. Litt. 11a. He says in another place: "A maxim is a proposition to be of all men confessed and granted without proof, argument, or discourse."

**Minerals**; In this Security Agreement the word "Minerals" means any valuable inert or lifeless substance formed or deposited in its present position through natural agencies alone, and which is found either in or upon the soil of the earth or in the rocks beneath the soil; in its widest sense, it may be described as comprising all the substances which now form or which once formed a part of the solid body of the earth, both external and internal, and which are now destitute of or incapable of supporting animal or vegetable life. In this sense, the word includes not only the various ores of the precious and base metals, but also coal, clay, marble, stone of various sorts, slate, salt, sand, natural gas, petroleum, and water, etc.

**Natural Law**; In this Security Agreement the term "Natural Law" means A rule of conduct arising out of the natural relations of human beings, established by the Creator, and existing prior to any positive precept. The foundation of this law is placed by the best writers in the will of God, discovered by right reason, and aided by divine revelation; and its principles, when applicable, apply with equal obligation to individuals and to nations. The rule and dictate of right reason, showing the moral deformity or moral necessity there is in any act, according to its suitableness or unsuitableness to a reasonable nature.

**Natural person**; In this Security Agreement the term "Natural Person" means a neutral living, breathing, flesh-and-blood man and woman, as against artificial persons, juristic persons and the like.

**Neutral**; In this Security Agreement the word "Neutral" means in international law. Indifferent; impartial; not engaged on either side; not taking an active part with either of the contending states. In an international war, the principal hostile powers are called "belligerents;" those actively co-operating with and assisting them, their "allies;" and those taking no part whatever, "neutrals." This is the status of the Secured Party for the claims between Non-Muurish/ Moorish natural persons and Non Muurish/ Moorish corporations.

**Non obstante**; In this Security Agreement the term "Non Obstante" means notwithstanding. Words anciently used in public and private instruments, intended to preclude, in advance, any interpretation contrary to certain declared objects or purposes.

**Nunc Pro Tunc**; In this Security Agreement the term "Nunc Pro Tunc" means now for then. A phrase applied to acts allowed to be done after the time when they should be done, with a retroactive effect i.e., with the same effect as if regularly done. [Perkins v. Hayward, 132 Ind. 95, 31 N. E. 670; Secou v. Leroux, 1 N. M. 388.] [As pursuant to when the Muurs/ Moors should have begun to receive their lawful payments in equity for the foreign corporations' use of their lands and natural resources; after October 12th, 1492, and the day after Noble Drew Ali's filing on August 1st, 1928; which compensation to the Blood Birthright Heirs was to lawfully begin on August 2nd, 1928; for the lands, minerals, waters, skies and natural resources are considered as substance, and thus can only be paid for in substance from a different source.]

**Operation of Law**; In this Security Agreement the term "Operation of Law" means the manner in which rights, and sometimes liabilities, devolve upon a person by the mere application to the particular transaction of the established rules of law, without the act or cooperation of the party himself.

**Postliminium**; In this Security Agreement the word "Postliminium" means the term that is also applied, in international law, to the recapture of property taken by an enemy, and its consequent restoration to its original owner. (In re: United States and 50 States Democracy.)

**Private Agreement**; In this Security Agreement the term "Private Agreement" means the written, express Private Agreement Bank Shi-Urkantzu[CTM] MMFFS-1 dated the _____29th_____ day of the _____July_____ month in the common era 2014 between Secured Party and Debtor, together with any modifications of and substitutions for said Private Agreement.

**Private**; In this Security Agreement the word "Private" means affecting or belonging to private individuals, as distinct from the public generally; as used in this sense with contracts, arrangements or agreements.

**Public**; In this Security Agreement the word "Public" means pertaining to a state, nation, or whole community; proceeding from, relating to, or attracting the whole body of people; or an entire community. Open to all; notorious. Common to all or many; general; open to common use; as used in this sense with contracts, arrangements or agreements.

**Remitter**; In this Security Agreement the word "Remitter" means The relation back of a later defective title to an earlier valid title. Remitter is where he who has the true property or jus proprietatis in lands, but is out of possession thereof, and has no right to enter without recovering possession in an action, has afterwards the freehold cast upon him by some subsequent and of course defective

## Bank Shi-Urkantzu™ MMFFS-1

title. In this case he is remitted, or sent back by operation of law, to his ancient and more certain title. The right of entry which he has gained by a bad title shall be ipso facto annexed to his own inherent good one; and his defeasible estate shall be utterly defeated and annulled by the instantaneous act of law, without his participation or consent. *In re:* The Fee Simple Absolute, Allodial Title of the Natural Persons, Primogeniture Freehold Heirs by Blood Birthright Els, Bey's Deys, Als and Alis, and the Color of Title to land by the entire Party of the First Part.

**Resources or Rents, or wages, or salaries, or any other income by any source derived**; In this Security Agreement the term "Resources or Rents, or Wages, or Salaries, or Any Other Income by Any Source Derived" means any resources or rents, or wages, or salaries, or any other income by any source not limited by past or present, or future benefit of Debtor.

**Secured Party**; In this Security Agreement the term "Secured Party" means the Creditor; known as Bank Shi-Urkantzu, Muurish/Moorish Freeholder Financial Services™, *et al;* a juristic person created by legal construction. See Party of the Second Part *In Toto.*

**Securities Intermediary**; means a bank or broker, or clearing corporation that maintains a security account for others and is acting in that capacity.

**Security Agreement**; In this Security Agreement the term "Security Agreement" means this Security Agreement *in toto,* Bank Shi-Urkantzu™ MMFFS-1, with attachments and incorporations by reference, and to be understood by debtor *in toto* as **Terms of Art**.

**Signature**; See U.C.C. § 3-401 [what is considered signature], which is herein incorporated by reference.

**Signed**; See U.C.C. § 1-201 (37) [what is considered signature], which is herein incorporated by reference.

**Silence**; In this Security Agreement the word "Silence" means the state of a person who does not speak, or of one who refrains from speaking. In the law of estoppel, "silence" Implies knowledge and an opportunity to act upon it. Pence v. Langdon, 99 U.S. 581, 25 L. Ed. 420; Stewart v. Wyoming Cattle Ranch Co., 128 U.S. 383, 9 Sup. Ct 101, 32 L. Ed. 439; Chicora Fertilizer Co. v. Dunan, 91 Md. 144, 46 Atl. 347, 50 L.R.A. 401. See also U.S. v. Tweel, 550 F.2d 297, 299 and U.S. v. Prudden, 424 F.2d 1021, 1032; as it relates to Fraud and unanswered inquiries.

**Status**; In this Security Agreement the word "Status" means a person's legal position or condition; as it relates to other persons, places, things or ideas. The term is chiefly applied to persons under disability, or persons who have some peculiar condition which prevents the general law from applying to them in the same way as it does to ordinary persons. Sweet. See Barney v. Tourtellotte, 138 Mass. 108; De la Montanya v. De la Montanya, 112 Cal. 115, 44 Pac. 345, 32 L. R. A. 82, 53 Am. St. Rep. 165; Dunham v. Dunham, 57 Ill. App. 407. This is in reference to Autochthonous Aboriginal, Indigenous Native American Muurs/ Moors in their Natural State and Titles of El, Bey, Dey, Al and Ali; their position to the North, Central and South American Lands and Adjoining Islands, and in reference to the listed corporations and legal fictions as the DEBTOR parties contained within this security agreement. In *re:* See Party of the First Part and Party of the Second Part. Please see Scott v. Sandford, 60 U.S. (19 How.) 393 (1856); as it shall apply to parties.

**Tacit Procuration**; In this Security Agreement the term "Tacit Procuration" means silent; not expressed; implied or inferred; manifested by the refraining from contradiction or objection; inferred from the situation and circumstances, in the absence of express matter. Thus, tacit consent is consent inferred from the fact that the party kept silence when he had an opportunity to forbid or refuse, and an act done due to silence which created agency; proxy; another one's attorney In fact; action under a power of attorney due to silence or other constitution of agency.

**Third Party Beneficiary**; In this Security Agreement the term "Third Party Beneficiary" means an individual for whose benefit a contract is created even though that person is a stranger to both the agreement and the consideration. Such and individual can usually bring suit to enforce the contract or promise made for his or her benefit; as it relates to the Muurs/ Moors and their Freeholder by Inheritance Status.

**Trade-Name**; In this Security Agreement the term "Trade-Name" means any of the following juristic persons: names of DEBTOR and Secured Party, as well as any derivatives and variations in the spelling of said name(s).

**True**; In this Security Agreement the word "True" means conformable to fact; correct; exact; actual; genuine; honest.

**Truth**; In this Security Agreement the word "Truth" means the legal principle which declares or governs the facts and their operative effect.

**Verity**; In this Security Agreement the word "Verity" means truth; truthfulness; conformity to fact. The records of a court "import uncontrollable verity".

**Water**; In this Security Agreement the word "Water" means body of water, such as a river, a lake, or an ocean, and is inclusive of all water attached to, and upon the Muurish/ Moorish Freehold.

**All Property and Collateral acquired by non consensual means is replevin unto Secured Party. Alleged interests a.k.a. Collateral of DEBTOR; as listed herein but not limited to:**

**Value in Security Interest**

1)     DEBTOR'S obligated acceptance and honoring of this Security Agreement *in toto,* and the DEBTOR'S obligated acceptance and honoring of Secured Party's rights as Creditor, and as trusteeship enforcement as Bank and Trustee Service (an autochthonous trust) for the Beneficiaries known as the Shi-Urkantzu Thunder Clan Olmec Muurs™, and as an optional Bank and Trustee Service for all other Muurs\ Moors, as the Muurish/ Moorish Nation of Els, Beys, Deys, Als and Alis; as being the *De Jure* Freeholders by Primogeniture Blood Birthright Inheritance, Land Owners, Landlords and Land Creditors and Creditors, as the *De Jure* owners of all land rights, all mineral rights, all water rights, all air, all sky and all space

One-hundred Million U.S. Dollars ($100,000,000.00) backed by gold or silver bullion or equivalent currency each, per occurrence of unauthorized denial, plus triple damages, plus costs*

## Bank Shi-Urkantzu™ MMFFS-1

rights, and as the only real party in interest in commerce due to Freehold ownership to all of the land, and as Holders-In-Due-Course of All Law upon the Muurish/ Moorish Freehold; *i.e.* the Americas *in toto*. The DEBTOR'S obligated acceptance and honoring of the Muurs/ Moors as the automatic third party and third party beneficiary in all commerce; to every contract, every arrangement and every agreement made, whether public or private, that takes place upon the Muurish/ Moorish Estate Freehold lands, due to non-compensation for the use of the Freehold lands and natural resources. The DEBTOR'S obligated acceptance and honoring of the Perpetual Divine Charter known as "Bank Shi-Urkantzu, Muurish/ Moorish Freeholder Financial Services™, A Perpetual Divine Charter for the Muurish/Moorish Private Bank in North America," and on behalf of the Beneficiaries; the Autochthonous, Aboriginal, Indigenous Native American Muurs/ Moors, known here today as the Primogeniture Freehold Heirs by Blood Birthright Inheritance, the Land Owners, Landlords and Land Creditors and Creditors; in Title as El, Bey, Dey, Al and Ali (See Party of the Second Part for complete definition *in toto*); as enforced by the duty of the Secured Party;

| | | |
|---|---|---|
| **2)** | DEBTOR'S Entitlement or transfer or assignment rights of any rents, wages, salaries, and other income, from whatever source derived, and all entitlement rights of accounts, the funding of credit/debit cards, deposits, escrow accounts, lotteries, overpayments, prepayments, prizes, rebates, refunds, returns, claimed and unclaimed funds, trust fund accounts, mutual fund accounts, any and all other types of accounts attached to any documents related to natural persons, and any records and records numbers, correspondence, and information pertaining thereto, as well as any such items construed as being derived there from, and entitlement rights to the proof of documents purportedly evidencing, construing, deemed as proving, regarded as confirming, and the like, Secured Party's minimal contact with the Corporate STATE/ State, as enforced by the discretion of the Secured Party; | One-hundred Million U.S. Dollars ($100,000,000.00) backed by gold or silver bullion or equivalent currency each, per occurrence of unauthorized denial, plus triple damages, plus costs* |
| **3)** | DEBTOR'S Entitlement or transfer or assignment rights of any land, mineral, water, and air, sky, space rights, and DEBTOR'S Entitlement or transfer or assignment rights of every contract, every arrangement and every agreement made, whether public or private upon the Muurish/ Moorish Freehold, and entitlement rights of Secured Party to eliminate the need of any statutory corporate CUSIP and ISIN numbers from all commercial paper, debt sales and commercial transactions due to public record references, which is the true database for all private and public transactions, notices and records, Secured Party's right to Special Drawing Rights upon the DEBTOR for all debt, as enforced by the discretion of the Secured Party; | One-hundred Million U.S. Dollars ($100,000,000.00) backed by gold or silver bullion or equivalent currency each, per occurrence of unauthorized denial, plus triple damages, plus costs* |
| **4)** | DEBTOR'S Entitlement or transfer or assignment rights of any livestock and animals, and any things required for the care, feeding, use, transportation, and husbandry thereof, and entitlement or transfer or assignment rights of agriculture, and any equipment, inventories, supplies, contracts, and accoutrements involved in the planting, tilling, harvesting, processing, preservation, and storage of any products of agriculture, and entitlement rights of buying, selling, trading, gathering, growing, hunting, raising, and trapping food, fiber, and raw materials for shelter, clothing, and survival, as enforced by the discretion of the Secured Party; | One-hundred Million U.S. Dollars ($100,000,000.00) backed by gold or silver bullion or equivalent currency each, per occurrence of unauthorized denial, plus triple damages, plus costs* |
| **5)** | DEBTOR'S Entitlement or transfer or assignment rights of DEBTOR'S rights in all commercial transactions requiring ACH, FEDWIRE, SWIFT, TT&L, IRS Payment Systems, All other payment systems, DEBTOR'S obligated acceptance and honoring of Federal Reserve Notes, Bank Checks, Bonds, All Promissory Notes, Letters of Credit, Documentary Drafts, All Bills of Exchange, Wire Transfers, Credit, Cash, Money, Coin, Currency, Gold and Silver Certificates or any other medium of exchange, and in the funding of charge accounts, and entitlement rights of DEBTOR'S will and inheritances, as well as any inheritances as might be received, as enforced by the discretion of the Secured Party; | One-hundred Million U.S. Dollars ($100,000,000.00) backed by gold or silver bullion or equivalent currency each, per occurrence of unauthorized denial, plus triple damages, plus costs* |
| **6)** | DEBTOR'S Entitlement or transfer or assignment rights of DEBTOR'S books, booklets, pamphlets, treatises, essays, treatments, monographs, stories, written material, libraries, plays, screenplays, lyrics, songs, music, records, diaries, journals, photographs, negatives, transparencies, images, video footage, film footage, drawings, sound records, audio tapes, video tapes, and computer production and storage facility of any kind, entitlement rights of any corporation sole(s) executed and filed, as well as might be executed and filed, as enforced by the discretion of the Secured Party; | One-hundred Million U.S. Dollars ($100,000,000.00) backed by gold or silver bullion or equivalent currency each, per occurrence of unauthorized denial, plus triple damages, plus costs* |
| **7)** | DEBTOR'S Entitlement or transfer or assignment rights of all DEBTOR'S financial books and records, court cases and judgments, past, present, and future, in any court | One-hundred Million U.S. Dollars ($100,000,000.00) backed by gold or |

## Bank Shi-Urkantzu<sup>c™</sup> MMFFS-1

whatsoever, and all bonds, orders, warrants, and other matters attached thereto or derived there from; all traffic citations/tickets; all parking citations/tickets, and all of the DEBTOR'S Entitlement or transfer or assignment rights in all of the DEBTOR'S STATE(S) OF __(ANY STATE)__ CERTIFICATE(S) OF LIVE BIRTH(S) No.(s)__(ANY NUMBER)__, and (Driver(s) License(s), Social Security Card(s), all CUSIP Numbers etc.), and the attached birth name(s) for trade-name(s), mark(s), and trade-mark(s) purposes, as enforced by the discretion of the Secured Party;

8)    DEBTOR'S Entitlement or transfer or assignment rights of databases and contents relating to biometrics data, records, proprietary data and technology, inventions, royalties, and good will, information, and processes not elsewhere described, the use thereof, and the use of the information contained therein, pertaining thereto, and otherwise; entitlement rights of claims of ownership and certificates of title involving corporeal and incorporeal hereditaments, hereditary succession, and any innate aspects of being, i.e. mind, body, soul, free will, faculties, and self, as enforced by the discretion of the Secured Party;

One-hundred Million U.S. Dollars ($100,000,000.00) backed by gold or silver bullion or equivalent currency each, per occurrence of unauthorized denial, plus triple damages, plus costs*

9)    DEBTOR'S Entitlement or transfer or assignment rights of databases and contents relating to fingerprints, footprints, palm prints, thumbprints, RNA materials, DNA materials, blood and blood fractions, biopsies, surgically removed tissue, body parts, organs, hair, teeth, nails, semen, ovum, urine, other bodily fluids and matter, voice-print, retinal image, and the descriptions thereof, and any other corporal identification factors, and said factors' physical counterparts, in any form, and any records, record numbers, and information pertaining thereto, as enforced by the discretion of the Secured Party;

One-hundred Million U.S. Dollars ($100,000,000.00) backed by gold or silver bullion or equivalent currency each, per occurrence of unauthorized denial, plus triple damages, plus costs*

10)    DEBTOR'S rights of accessing and using utilities upon payment of the same unit costs as the comparable units of usage offered for the benefit of most-favored customers, including cable, electricity, garbage, gas, internet, satellite, sewer, telephone, water, Internet, e-mail, and any other methods of communication, energy transmission, and food and water distribution, and entitlement rights of computers and computer systems and each piece of the information contained therein, as well as any ancillary equipment, printers, and data compression and encryption devices and processes, as enforced by the discretion of the Secured Party;

One-hundred Million U.S. Dollars ($100,000,000.00) backed by gold or silver bullion or equivalent currency each, per occurrence of unauthorized denial, plus triple damages, plus costs*

11)    DEBTOR'S Entitlement rights of money, medium of exchange, coinage, barter, economic exchange, bookkeeping, record-keeping, and the like, and of bartering, buying, contracting, selling, and trading ideas, products, services, and work, and entitlement rights of marrying and procreating children, and rearing, educating, training, guiding, and spiritually enlightening any such children, without any requirement for applying for, and without the obligation for obtaining, any license, number, serial number, permit, certificate, permission, and the like, of any kind whatsoever, as enforced by the discretion of the Secured Party;

One-hundred Million U.S. Dollars ($100,000,000.00) backed by gold or silver bullion or equivalent currency each, per occurrence of unauthorized denial, plus triple damages, plus costs*

12)    DEBTOR'S Entitlement rights of mail fraud for all qualifying parcels, envelopes, and labels of any kind whatsoever, all entitlement rights to penalize (see *NOTICE AND WARNING!) all of DEBTOR'S written and spoken deceit, and fraud (fraud carries no statute of limitation) relayed in any document or verbal conversation; in an attempt to prejudice the Secured Party in the exercising of any right, as enforced by the discretion of the Secured Party;

One-hundred Million U.S. Dollars ($100,000,000.00) backed by gold or silver bullion or equivalent currency each, per occurrence of unauthorized denial, plus triple damages, plus costs*

13)    DEBTOR'S Entitlement rights of keeping and bearing arms for self-defense of self, family, and parties requesting physical protection of person and property, Entitlement rights of privacy and security in person, property, papers, effects, private intrusion, detainer, entry, seizure, search, surveillance, trespass, assault, summons, and warrant, as enforced by the discretion of the Secured Party;

One-hundred Million U.S. Dollars ($100,000,000.00) backed by gold or silver bullion or equivalent currency each, per occurrence of unauthorized denial, plus triple damages, plus costs*

14)    DEBTOR'S Entitlement rights of medical, dental, optical, prescription, and insurance records, records numbers, and information contained in any such records, and entitlement rights of freedom of religion, worship, use of sacraments, spiritual practice, and expression without any abridgment of freedom of speech, publishing, peaceable assembly, and petitioning Government (i.e. Ens Legis Corporations) for redress of grievances, and also petitioning any military force of the United States, as well as any other group, agency, and organization, and otherwise for physical protection from threats involving the safety and integrity of the person, as well as any property of Secured Party or DEBTOR; from any source, both "public" and "private", as enforced by the discretion of the Secured Party;

One-hundred Million U.S. Dollars ($100,000,000.00) backed by gold or silver bullion or equivalent currency each, per occurrence of unauthorized denial, plus triple damages, plus costs*

## Bank Shi-Urkantzu°™ MMFFS-1

| | | |
|---|---|---|
| **15)** Every item of DEBTOR'S property itemized or described hereinabove in "Amount of Security Interest" under "Words Defined; Maxims of Law and Glossary of Terms"; | One-hundred Million U.S. Dollars ($100,000,000.00) backed by gold or silver bullion or equivalent currency each, per occurrence of unauthorized denial, plus triple damages, plus costs* | |
| **16)** Any item of property of DEBTOR, whether real or personal, tangible or intangible; not specifically listed, named, numbered, classified, specified by make, model, serial number, account number, *etc.*, and no matter where it is located globally; is expressly herewith included as an item of Collateral of DEBTOR, as enforced by the discretion of the <u>Secured Party</u>; | One-hundred Million U.S. Dollars ($100,000,000.00) backed by gold or silver bullion or equivalent currency each, per occurrence of unauthorized denial, plus triple damages, plus costs* | |

All Property and Collateral acquired by non consensual means is replevin unto <u>Secured Party</u>.

In addition the word "Collateral" includes but not limited by any of the following:

(a)    Any accessions, increases, and additions, replacements of, or substitutions for, any property described in this Collateral section;

(b)    Any products, produce, or proceeds of any of the property described in this Collateral section;

(c)    Any accounts, general intangibles, instruments, monies, payments, or contract rights, or any other rights, arising out of sale, lease, or other disposition of any of the property described in this Collateral section;

(d)    Any proceeds, including insurance, bond, general intangibles, or accounts proceeds, from the sale, destruction, loss, or other disposition of any of the property described in this Collateral section;

(e)    Any records or data involving any property described in Collateral section, not limited by any writing, photograph, microfilm, microfiche, tape, electronic media, or the like, together with any of Debtor's right, title, or interest in any computer software or hardware required for utilizing, creating, maintaining, and processing any such records or data in any electronic media.

This Security Agreement includes and encompasses any Controlling Creditor or Security Entitlement rights, issuances, rights, legal title, equitable title or any interest in property described in but not limited by Collateral section.

<u>**Authorized Representative.**</u> Debtor hereby assigns <u>Secured Party</u> unto:

(a)    Signing, harmless of any liability, Debtor's signature for any purpose of authenticating any writing in any agreement between Debtor and any other;

(b)    Demanding or collecting or receiving or accepting receipt or suing or recovering any sums of money or any other property in favor of the Debtor;

(c)    Executing or signing or indorsing any claim or instrument or receipt or checks or drafts or warrants issued for and made payable in favor of Debtor;

(d)    Settling any compromise or any claims in Debtor or in any Collateral;

(e)    Filing any claim or any action or instituting any proceeding in the name of <u>Secured Party</u> or Debtor. <u>Secured Party</u> may also receive or open or dispose of mail indicating any alleged address of Debtor or change any address concerning any mail or payments. Assignment or Authorization is given as security for the indebtedness or the authority and remains in full force and effect until renounced by <u>Secured Party</u> solely.

<u>**Perfection of Security Interest.**</u>

<u>**Filing of Financing Statement.**</u>

(a)    Debtor by means of possession or control or attachment authorizes and assigns <u>Secured Party</u> any rights in filing financing statements or continuing financing statements describing property or collateral including but not limited by filing any agricultural liens, common law liens or other statutory liens against Debtor held by <u>Secured Party</u>;

(b)    Debtor assigns and authorizes authentication of financing statements or execution of any action reasonable by <u>Secured Party</u> for perfecting and continuing <u>Secured Party's</u> security interest in collateral and also consents and agrees as follows:

(I)    <u>Secured Party</u> may file carbon or photographic or any other type of reproduction of any herein-authorized financing statement or Security Agreement for use as a financing statement; and

(II)    <u>Secured Party</u> is held harmless in taking any steps necessary by preservation of any third-party rights in the property or collateral NOTE: Perfecting or filing a UCC Financing Statement does not affect enforcement rights of <u>Secured Party</u>. Security Agreement, Bank Shi-Urkantzu°™ MMFFS-1, constitutes enforcement rights of <u>Bank Shi-Urkantzu, Muurish/Moorish Freeholder Financial Services</u>°™ by means of assignment of attachment, possession or control rights. See UCC § 9-311, 9-333, 9-607 and 9-609; *et al*.

<u>**Obligations of Debtor.**</u>

**Perfection of Security Interest.** <u>Secured Party</u> may execute such financing statements and take any actions on behalf of Debtor in perfecting and continuing <u>Secured Party's</u> security interest in the Collateral. <u>Secured Party</u> may at any time file any type of reproduction of this Security Agreement for use as a perfected financing statement. <u>Secured Party</u> is held harmless in taking any steps necessary in securing priority over any rights of any third parties in Collateral. This is a continuing Security Agreement and continues

### Bank Shi-Urkantzu◦TM MMFFS-1

in effect through any part of the Indebtedness, and may be paid/ satisfied in full notwithstanding the fact that a period of time may pass in which Debtor incurs no indebtedness in favor of Secured Party.

**Event of Default.** Each of the following constitutes an event of default under this Security Agreement:

**Insolvency.** The insolvency of Debtor, the appointment of a receiver for any part of Debtor's property, or any assignment in the benefit of a third-party creditor or the commencement of any proceedings under any set of laws, not limited by bankruptcy or insolvency law, by Debtor, or against Debtor.

**Creditor Proceedings.** Commencement of foreclosure by judicial proceeding, self-help, repossession, or any method by any third-party creditor of Debtor against any item of Collateral securing any indebtedness or subject in this Security Agreement.

**Other Defaults.** Failure in compliance with Debtor in any term(s), obligation, covenant, condition, or the like, contained in (a) this Security Agreement; *i.e.* the written, express, Private Agreement, Bank Shi-Urkantzu◦TM MMFFS-1, dated the ___2 9th___ day of the ___July___ month in the common era 2014, between the Debtor, or any derivatives or variations in the spelling of said name, and the Secured Party, *i.e.* Bank Shi-Urkantzu, Muurish/Moorish Freeholder Financial Services◦TM, or any derivatives or variations in the spelling of said name; (b) Bank Shi-Urkantzu, Muurish/Moorish Freeholder Financial Services◦TM, A Perpetual Divine Charter for the Muurish/Moorish Private Bank in North America, or (c) any related document or public record, as well as any other agreement or contract between Debtor and Secured Party.

**Rights and Remedies in Event of Default.** In event of default under this Security Agreement Secured Party shall have all rights of a Secured Party in commerce *re:* Debtor. Without limitation, Secured Party may exercise any number of the following enforcement rights and remedies:

**Sell the Collateral.** Secured Party possesses full power for selling, leasing, transferring, and otherwise dealing with the Collateral and proceeds thereof in the name of both Secured Party and Debtor. Secured Party may sell the Collateral in any manner and at any place, such as at public auction, private sale, and otherwise without further notice. Any expenses involving the disposition of the Collateral, including without limitation the expenses of holding, insuring, preparing for sale, and selling the Collateral, become part of the Indebtedness secured by this Security Agreement and are payable to Secured Party on demand.

**Appoint Receiver.** In accordance with the requirements and options permitted by applicable law, Secured Party possesses the following rights and remedies regarding the appointment of a receiver: (a) Secured Party may have a receiver appointed as a matter of right; (b) the receiver may be an employee of Secured Party and may serve without bond, and (c) any fees of the receiver and any attorney of the receiver become part of the Indebtedness secured by this Security Agreement and are payable on demand, with interest at the Note rate, unless payment of interest at that rate is not permitted by applicable law, in which event such expenses shall bear interest at the highest rate permitted by applicable law from date of expenditure until repaid.

**Collect Revenues, Apply Accounts.** Secured Party, both in Secured Party's personal capacity and through a receiver, may collect the payments, rents, incomes, and revenues from the Collateral. Secured Party may at any time, at the sole discretion of Secured Party, transfer any Collateral into the name of Secured Party as well as into the name of any nominee of Secured Party, and receive the payments, rents, incomes, and revenues there-from, and may hold the same as security for the Indebtedness, apply payments in favor of the Indebtedness in an order of preference that Secured Party may determine. Insofar as the Collateral consists of accounts, general intangibles, deposit accounts, insurance policies, instruments, chattel paper, chooses in action, and any similar property, Secured Party may demand, collect, receive, execute receipt for, settle, compromise, adjust, sue for, foreclose, and realize on the Collateral as Secured Party may determine, concerning both Indebtedness and Collateral and whenever due.

**Disposition Rights of Secured Party.** Secured Party shall have any rights in any disposition of any of the herein-stated and adequately described collateral for the benefit of the Secured Party as the Secured Party sees fit.

**Obtain Deficiency.** If Secured Party decides in favor of selling any Collateral, Secured Party may obtain a judgment against Debtor for any deficiencies remaining on the Indebtedness that Secured Party might be owed after application of any amounts received from the exercise of the rights provided in this Security Agreement. Debtor is liable for a deficiency even if the transaction described in this subsection is a sale of accounts, and likewise of chattel paper.

**Cumulative Remedies.** Any of Secured Party's rights and remedies, as evidenced by this Security Agreement, as well as by any related documents and by any other writing, is cumulative and may be exercised both singularly and concurrently. Pursuit by Secured Party of any remedy does not exclude pursuit of any other remedy, and making expenditures and taking action for performing an obligation of Debtor under this Security Agreement, after Debtor's failure of performance, does not affect Secured Party's right for declaring a default and exercising the remedies thereof.

**Other Rights and Remedies.** Secured Party possesses any rights and remedies of a secured creditor under the Uniform Commercial Code, as may be amended upon agreement between the parties. In addition, Secured Party possesses, and may exercise, any and all other rights and remedies available at law, in equity, and otherwise.

**Rules of Construction.** In this Security Agreement: (a) neither the use of nor the referencing of the term "proceeds" authorizes any sale, transfer, other disposition, and the like of Collateral by Debtor; (b) the words "include," "includes," and "including" are not limiting; (c) the word "all" includes "any" and the word "any" includes "all," (d) the word "or" is not exclusive; and (e) words and terms (i) in the singular number include the plural, and in the plural, the singular; and (ii) in the masculine gender include both the feminine and neuter.

## Bank Shi-Urkantzu°™ MMFFS-1

**Miscellaneous Provisions.** The following miscellaneous provisions are a part of this Security Agreement:

**Amendments.** This Security Agreement, together with any related documents and endorsements, constitutes the entire understanding and agreement of the parties *re*: the matters set forth in this Security Agreement. This Security Agreement may neither be changed nor modified in any manner whatsoever unless said change/modification is agreed upon by <u>Secured Party</u> in writing and signed by Debtor and <u>Secured Party</u>.

**Further Assurances.** Upon reasonable notice by <u>Secured Party</u>, Debtor consents and agrees that <u>Secured Party</u> may execute any further documents and take any further actions deemed necessary by <u>Secured Party</u> that augment any of the following: (a) evidencing the security interest granted herein; (b) perfecting the security interest granted herein; (c) maintaining first priority of the security interest granted herein; (d) effectuating rights herein granted <u>Secured Party</u> by Debtor.

**Severability.** As pursuant to the Treaties between Great Britain and the United States of 1783 and 1794, <u>United States Statutes at Large 8 Stat. 80-83</u> and <u>8 Stat. 116-132</u>, and the treaties between Morocco and the United States of 1787 and 1836, <u>United States Statutes at Large 8 Stat. 100-105</u> and <u>8 Stat. 484-487</u>; Great Britain merely recognized the colonists' pre-existing rights as to territory, and no territory (*i.e.* land) was thereby acquired by way of cession from Great Britain. (See Harcourt *et al.* v. Guillard, 12 Wheat. 523; 6 Cond. Rep. 628.) The British Imperial Demarcation Line of 1713 (see also the British Royal Proclamation Line (1763)); held that the original title to the land west of the Allegheny/Appalachian Mountains belonged to the Washitaw Crown; *i.e.* Muurs/ Moors of today. The British had gotten permission to establish trading companies along the Eastern Seaboard in the Americas; *i.e.* the Thirteen Colonies, from the various Sultanates in the East of the Muurish/ Moorish Empire; *i.e.* North and Northwest Africa, as referenced in the numerous trade agreements and treaties that the British had made with the Muurish/ Moorish Empire in the 16th, 17th and 18th centuries. By Divine Law and the First Occupants' law, the British, United States and the 50 States and their citizens could not, did not, and do not have title to any Lands in the Americas. The Autochthonous Aboriginal, Indigenous Native American Muurs/ Moors are the descendants of the most ancient Autochthonous Aboriginal, Paleo-Americans from time immemorial; who's children are the mound and pyramid builders in the Americas, and are not subjects of the Emperor of the Kingdom of Morocco, but are a party to the 1787 and 1836 Treaties through Treaty Article 6 by this brief synopsis: by the Doctrine of Comity and by similar, original phenotypical description, and by admixture over the millennia of continuous ancient contact with the melanated people of Australia, Southeast Asia and the South Pacific, and the ancient melanated people known as Kushite, Nubian, Kemite, Moabite, Canaanite, Hittite, Amorite, Israelite, Mongol, Xia, Shang, Zhou, Dravidian, Ishmaelite, *etc.*, and by the kingdoms such as Mali (<u>Side Note</u>: see the history of <u>Abu Bakari II</u> and <u>Mansa Khan Khan Musa</u> of the Malian Moorish Empire and their massive colonization of the Americas; from 1311-1313 A.D., and other African Moorish Kingdoms and Nations afterwards), Morocco (<u>Side Note</u>: <u>which received trusteeship of the Americas from the Malian Empire</u>; *via* the <u>Holy Qur'an</u>), Algiers, Tunis, Tripoli, *etc.*, and by the cultures such as the Yoruba, Hausa, Fulani, Igbo, Benin, Dahomey, Dogon, Ghanaian, Cameroonian, Senegalese, Mende, Gambian, Guinean (<u>Side Note</u>: see the history of <u>Abdulrahman Ibrahim Ibn Sori</u>, a Fulani of Fouta Djallon, Guinea; who was freed in 1828 under the <u>1787 Treaty of Peace and Friendship between the Moors and the United States</u>; by order of President John Quincy Adams and Secretary of State Henry Clay, after the Sultan of Morocco requested his release, and later, the Treaty was re-entered into on September 16th, 1836 and ratified on January 28th, 1837; <u>which is perpetual as the Supreme Law of the Land</u>), Anu, Twa, Koisan, Negrito, *etc.*, and by other ancient contacts of the Global Muurish/ Moorish Empire, and the European misnomers of "Indian" and "Black Indian" tribes with the names such as Catawba, Tuscarora, Algonquian, Calafia/ Kalifornian, Cherokee, Choctaw, Apache, Washitaw, Chickasaw, Olmec, Mayan, Aztec, Chichimeca, Toltec, Inca, Arawak, Taino, Carib, Maroon, Garifuna, Darienite, Chahta, Seminole, Yamasee, Iroquois, Blackfoot, Anasazi, Nez Perce, Navaho, Seneca, Creek, Osage, Quapaw, Lakota, Arapahoe, Cheyenne, Comanche, Montaukett, Pequot, Shinnecock, Mohegan, Narragansett, *etc.*, and by a host of other titles used to described the various shades of light brown to dark brown-skinned peoples, with straight, wavy, bushy to kinky hair; of the North, Central and South American Lands/ Continents, and the Caribbean Islands, who are lawfully known collectively as Muurs/ Moors in our aboriginal, indigenous lands known anciently as Ta-Ausar, Ta-Merri-Ka, Tamure, Amerrique, Amaruca, *Societas Republicae Ea Al Maurikanos Estados* and modernly as the Americas, and called "Egypt of the West" by Abraham Lincoln (<u>please see the Mounds and Pyramids</u>).

Please see the Public Records of **TORIANO JAMES HERVEY HOPES AKWESI OBASHANGO-EL**°™/ **TORIANO JAMES HERVEY**°™ as mentioned in the <u>Party of the Second Part</u>, and the <u>Abraham Lincoln's Second Annual Message</u>; <u>December 1st, 1862</u>, and the books known as: <u>Forbidden Archaeology; by Michael A. Cremo</u>, <u>The First Americans Were Africans; by Dr. David Imhotep</u>, <u>When Rocks Cry Out; by Horace Butler</u>, <u>Africans and Native Americans: The Language of Race and the Evolution of Red-Black Peoples; by Jack D. Forbes</u>, <u>United States Congressional Serial Set-The Miscellaneous Documents of the House of Representatives for the Second Session of the Fiftieth Congress/ in 18 Volumes- Amerrigues, Amerigho Vespucci, And America; pp. 647-673, by Jules Marcou; 1888-'89, Stolen Legacy; pp. 39-40, & 176-177, by Prof. George G. M. James Ph.D.; 1954, The Secret Teachings of All Ages; Pg. 194, by Manly P. Hall; 1928, Atlantic Journal and Friend of Knowledge; pp. 26, 85-86, 100, 118 & 172, by Prof. C.S. Rafinesque; 1832; The American Nations; or, Outlines of a National History; of the Ancient and Modern Nations of North And South America; pp. 32, 57, 193, by Prof. C.S. Rafinesque; 1836</u>; and <u>America: Being the Latest, and Most Accurate Description of the New World; Containing the Original of the Inhabitants, and the Remarkable Voyages thither; the Conquest of the Vast Empires of Mexico and Peru; with illustrations of the original inhabitants of the Americas, by John Ogilby and Arnoldus Montanus; 1671</u>. The word Muur/ Mur/ Merri/ Mure/ Morena/ Marina/ Moreno/ Moor, and other similar phonetic spellings are attached to the Americas by Ancient cities such as Aramu Muru, and names such as Amaru Muru, the Priest-King of the Incas; Túpac Amaru, King of the Incas against the Spanish

## Bank Shi-Urkantzu<sup>oTM</sup> MMFFS-1

Conquistadors (1545-1572), Doña Marina; the translator between Montezuma and the Spanish Conquistador Hernán Cortés, Al Maurikanos and Maghreb Al Aqsa of the Pre-Columbian Islamic Moors who settled the Eastern seaboard, and the ancient Muurs of the Washitaw; oral History as given by the Washitaw Empress of 1850-1967. The forced denationalization of the Muurs/ Moors to Indians, Negroes, Blacks, Coloreds, Latinos, Whites- *i.e.* "*Mauri in transitu*- Muurs/ Moors passing for Europeans/ 'Whites'", African-Americans, *etc.*; *i.e.* "stateless persons", cannot change the Muurs'/ Moors' Blood Ancestral, DNA genealogical status, nor can it nullify any *De Jure* substantive right under *De Facto* color of law. Senator Scott Beason of the General Assembly for the State of Alabama had made remarks in 2011; regarding the so-called "Black" people in Greene County, Alabama as not being "Indians", but the Aboriginals of America. Scott Beason, who has a degree in geology; a sister profession to anthropology, archaeology and paleontology, knew exactly what he was saying, and what he meant by that reference of so-called "Black" people being Aboriginals. He was forced to clean up his statement publicly for letting a Masonic secret slip. This history *in toto* must be taken into account (by way of U.S. agency policy; see the Race Code List for 623 Morena, 633 Moroccan and 667 Moor; which are not widely promoted for public knowledge and correct actions under international law) in the event that a court of original and general jurisdiction at common law, such as an Article III court of justice arising under the Constitution for the united States of America, 1787, with the Bill of Rights of 1791 as lawfully amended by the qualified Electors of the several States of the American Union, and laws of the *De Jure* United States of America, and such as a court of justice in accordance with the course of the common law arising under the Constitution of the *De Jure* Georgia state Republic, as amended by the qualified Electors of said Georgia and the laws of the *De Jure* Georgia, judicially determines that any part of this Security Agreement, including any amendment, addendum, and revision, is unacceptable for any reason, such as on the basis of being unlawful, invalid, void, unenforceable, and the like, such provision is thereby severed from this Security Agreement, but every remaining provision continues in full force and effect and may not be affected by such determination. If feasible, any such offending provision is deemed modified for inclusion within the limits of enforceability and validity. In the event that the offending provision cannot be so modified, said offending provision is thereby stricken and any other provisions of this Security Agreement in any other respects remain valid and enforceable by Secured Party.

**Waiver.** Secured Party may not be construed as waiving any rights under this Security Agreement unless such waiver is given in writing and signed by Secured Party. Neither delay nor omission on the part of Secured Party in exercising any right may operate as a waiver neither of such right nor of any other right. A waiver by Secured Party of a provision of this Security Agreement neither prejudices, nor constitutes a waiver of, Secured Party's right for otherwise demanding strict compliance with that provision, and any other provision, of this Security Agreement. Neither prior waiver by Secured Party, nor any course of dealing between Secured Party and Debtor, may constitute a waiver of any of Secured Party's rights, nor of any of Debtor's obligations *re:* any future transactions. Whenever the consent of Secured Party is required under this Security Agreement, the granting of such consent by Secured Party in any instance may not be construed as constituting continuing consent for subsequent instances where such consent is required and in any cases such consent may be granted and withheld in the sole discretion of Secured Party.

This Security Agreement is not dischargeable in bankruptcy court. Secured Party is Entitlement holder of any negotiable instrument referencing, bearing upon, and deriving from any property and Collateral referenced herein. Debtor acknowledges that Collateral is exempt from levy and a third-party lien.

This Security Agreement herewith expressly includes and encompasses any Security Entitlement right, right, legal title, equitable title and interest in any property described above in the Collateral section of this Security Agreement.

This Security Agreement secures any indebtedness and liability whatsoever that Debtor owes in favor of Secured Party. This security interest also secures any debts that may be owed by Debtor, upon occasion, for the benefit of Secured Party.

By Tacit Consent and Tacit Procuration, Debtor acknowledges, consents, and agrees with all the provisions of this Security Agreement and agrees that Debtor is bound by all stipulations, terms and conditions as stated herein. Once this Security Agreement is filed for the Public Record, then this Security Agreement is to be deemed as now to have become self-executing; without any waiver of any of the stipulations, terms, conditions and agreements as contained herein, and giving full life to all substantive rights and commercial rights and remedies owed to Bank Shi-Urkantzu, Muurish/Moorish Freeholder Financial Services<sup>oTM</sup>, Shi-Urkantzu Thunder Clan Olmec Muurs<sup>oTM</sup> and to the beneficiaries in title as El, Bey, Dey, Al and Ali.

This Security Agreement, Bank Shi-Urkantzu<sup>oTM</sup> MMFFS-1, is dated: the ___29th___ day of the ___July___ month in the common era 2014.

Debtor: DEBTOR, as listed in the Party of the First Part, or Debtor's Authorized Agent by tacit procuration of Bank Charter; "*Per tacitum procurationem, nullum de iure debet ex statu reipublicae legibus in Civitatum Foederatarum Americae, ac ius gentium. By tacit procuration, due to debtor having no De Jure standing in united States of America Constitutional Republic law, and international law.*"

___(signature)___ ©<sup>oTM</sup>

Signature for Authorized Agent of Debtor by tacit procuration of Charter; *i.e.* Bank Shi-Urkantzu, Muurish/Moorish Freeholder Financial Services<sup>oTM</sup>, A Perpetual Divine Charter for the Muurish/Moorish Private Bank in North America; cite: UCC 1-103, 1-207/1-308, 3-305, 7-103, 9-311; *et al*

SECURITY AGREEMENT- Bank Shi-Urkantzu, Muurish/Moorish Freeholder Financial Services<sup>oTM</sup>
Page 17 of 21

## Bank Shi-Urkantzu<sup>cTM</sup> MMFFS-1

Entitlement Holder or <u>Secured Party</u>, as listed in the Party of the Second Part, accepts Authorized Agent's signature for Debtor in accord with UCC 1-103, 1-207/1-308, 3-305, 7-103, 9-311; *et al* and accepts for value this Security Agreement and any of Debtor's hereinabove- described/itemized Collateral.

*Tiriano-James Heavoy Horas Nkwesi: Ra Shango-El M.R.R.* <sup>©TM</sup>

Signature for Authorized Agent and Founder of Entitlement Holder and Secured Party, as listed in Party of
the Second Part: Bank Shi-Urkantzu, Muurish/ Moorish Freeholder Financial Services<sup>©TM</sup>,
And for the *De Jure* Beneficiaries as contained in the Party of the Second Part;
In Title as the Muurish/ Moorish Nation of <u>Els</u>, <u>Beys</u>, <u>Deys</u>, <u>Als</u> and <u>Alis</u>;
<u>*Nunc Pro Tunc*</u> October 12th, 1492 and August 2nd, 1928; Secured Party,
All Rights Reserved, without prejudice; cite: UCC 1-103, 1-207/1-308,
3-305, 7-103, 9-311; *et al*

This Security Agreement is given under Three (3) Days Truth In Lending for any rebuttal of this Security Agreement *in toto* (please see <u>Notice of Acquisition of Funds</u> after witnesses' signatures); under oath and affirmation and under penalties of perjury; with all rebuttals to be signed with three witnesses as a valid response if any from all listed parties/ competent authorities below in their *De Jure* private (<u>Republic</u>) official capacity, *in propria persona*; with standing in law in *re*: this Security Agreement; to only respond to the *De Jure* <u>Silver Bonded, Third Party Presenter</u> for a prompt response under the <u>OAS American Declaration of the Rights and Duties of Man, Articles 10 and 24</u>; within Three (3) days, Seventy-Two (72) hours by midnight of the third day; with all listed parties' responses to be submitted to the Fiduciary/Trustee of the <u>UCC Contract Trust</u> as contained herein, and fees of overnight mail to be discharged against the <u>UCC Contract Trust</u> as contained herein the <u>Further Orders</u>. Should debtor need more time to respond, then a request for more time must be submitted within Three (3) days, Seventy-Two (72) hours by midnight of the third day to the *De Jure* <u>Silver Bonded, Third Party Presenter</u>, and a maximum of Ten (10) days shall be granted for any rebuttals; otherwise it shall be Three (3) days, Seventy-Two (72) hours by midnight of the third day for all responses. To all noticed parties, Once this security Agreement is publicly recorded, it shall stand as the <u>Highest</u> security interest against debtor, *i.e.* <u>Party of the First Part</u> *in toto*; meeting the <u>Burden of Proof</u> under the <u>Laws of Evidence</u> (see Black's Law Dictionary, 2nd ed. 1910); for the benefit of <u>Bank Shi-Urkantzu, Muurish/Moorish Freeholder Financial Services</u><sup>©TM</sup>, <u>A Perpetual Divine Charter for the Muurish/ Moorish Private Bank in North America</u>, *i.e.* <u>Party of the Second Part</u> *in toto* under Operation of Law, Tacit Law, Tacit Consent, Collateral Estoppel *via* acquiescence; Acknowledgement, Honor, Agreement and *Nil Dicit*; Contract, Private Law and established International Law in accordance with silence, non-rebuttal and non response. *"Le contrat fait la loi."* <u>The contract makes the law</u> (see <u>Black's Law Dictionary</u>, 2nd ed. 1910). <u>Response in any other manner will be rendered defective.</u>

*<u>Absolute Covenant Clause</u>*: And, should <u>Secured Party</u> choose to publish the public record in any newspaper, then debtor also conforms to the fact that publishing in any newspaper, constitutes actual notice to debtor *in toto* in <u>Party of the First Part</u>; just as filing in the public records of the Court constitutes actual notice to the <u>Party of the First Part</u> *in toto*; due to the agency of the court to the corporate State; which is by the following manner of relation: US citizens can own no property (see <u>Senate Document No. 43, 73rd Congress, First Session</u>), and the *<u>Ens Legis</u>*, corporate US citizen is a creature of the State; <u>making the living man and woman an agent of the state by presumption</u> (<u>rebuttable proxy status</u>) <u>under the 14th Amendment</u>; thus the newspaper corporation, <u>as are all corporations</u>, and the *<u>Ens Legis</u>* corporate US citizens are creatures of the corporate State in which they were created (see <u>Hale v. Henkel, 201 U.S. 43 (1906)</u>), and the 50 corporate states are creatures of the corporate United States, and subsidiaries subject to the jurisdiction of the 10 square miles known as the District of Columbia. So, notice to the Party of the first part, is notice to the party of the first part *in toto*, and Publishing in the newspaper is notice to the Party of the First Part *in toto*. <u>Irrefutable equation</u>: <u>If A is related to B</u>, and <u>B is related to C</u>, then <u>A and C are related by the nexus of B</u>; known as <u>transitive law, which is an Axiom</u>.

As pursuant to <u>28 USC 1746 (1)</u>, on this ___29th___ day of ___July___, A.D., ___2014___ year, I stand on this Security Agreement Bank Shi-Urkantzu<sup>©TM</sup> MMFFS-1, to be made "without prejudice," "without recourse," "as good as aval" and executed "without the United States of America." I affirm and solemnly declare on My Inherent Nobility, My private unlimited commercial asset credit/liability and under penalty of perjury under the laws of the republic union states of America, (Al Moroc/ Amexem/ Washitaw Territory & Empire), that I have firsthand knowledge of the facts contained herein, and that they are true, correct and complete to the best of my knowledge, understanding and belief, and I have the authority and power to execute this Security Agreement on Behalf of the DEBTOR and the <u>Secured Party</u>, and further Agent saith not. I now affix my autograph and official seal to the above <u>SECURITY AGREEMENT</u>; <u>as pursuant to: Bank Shi-Urkantzu, Muurish/Moorish Freeholder Financial Services</u><sup>©TM</sup>, <u>A Perpetual Divine Charter for the Muurish/ Moorish Private Bank in North America - Non-Negotiable-Private Agreement (Security Interest) between two Parties</u>; *in toto*.

## Bank Shi-Urkantzu©™ MMFFS-1

As my word is my bond,
Duly tendered in honor

*Toriano-James Hervey Hopes Akwesi; ObaShango El©™*

Toriano-James Hervey Hopes Akwesi; ObaShango El©™ a.k.a. Toriano-James: Hervey©™, *"As Good As And"*, A Plenipotentiary *Sui Juris* and *Sui Generis* Consular General, Justice, Bailiff and Muurish/ Moorish Marshal, Authorized Representative, Attorney-in-Fact, Private Attorney General, Private Banker, Secured Party Creditor, Judgment Creditor & Lien Holder over the United States, United States Department of the Treasury, and the State of Arkansas, *et al*; Only in capacity as a *De Jure* Land Owner, Landlord, Land Creditor, Freehold by Primogeniture Birthright Inheritance of the Fee Simple Absolute "Vast Estate Express Trust a.k.a. the Great Moorish Estate Express Trust" as was/is Established by Noble Drew Ali, and as a beneficiary of the Original Jurisdiction of Sovereign, Aboriginal Indigenous Native American Muurs/Moors. All Rights and Remedies Reserved- Uniform Commercial Code 1-103, 1-201 (b) 37, 1-282, 1-207(1-308), 2-201, 2-202, 2-606, 2-609, 3-104, 3-305, 3-401(b), 3-402(b) 1, 3-419 (3-420), 3-501-3-505, 3-603, 4-104, 4-105, 4-204, 4-215, 4-501 - 4-504, 7-103, 9-311, 9-333 *et al*; *et seq*. *Blood Heir: Paleo-American/Autochthon Freehold Ancestry of East Asian, Southeast Asian & Native American: Chromosomes Markers Nos. 2, 4, 8, 9 and 15; et al more Ancient, Paleo-American Markers of the Xi (Shi)/Olmec, Anu/ Twa, Khoisan, Chichimeca, Wixaritari of Mexico (of L1 and L2 haplogroups clusters), Uaxactun and "Nexritos," mtDNA: L1c1d, Y-chromosome: E1b1a8a, Ab Origene Amerrique Sanguis Typos: O+, "An Ancient God Who Walks Among the Dry Bones (Mentally Dead) of the Valley, and I AM THAT I AM"- "The True Covenant of Blood and the True Book of Life"*

*Left Thumbprint*
Jus Sanguinis, et Jus Soli Calafia



*International (t)©™*

*International (t)©™*

*International (t)©™*

**7**

*"WE ARE TODAY, WHAT OUR ANCESTORS WERE YESTERDAY."*

"What your ancient forefathers were, you are today without doubt or contradiction. There is no one who is able to change men from the descendant nature of his forefathers; unless his power exceeds the great universal Creator Allah Himself."-Noble Drew Ali, Circle 7 Moorish Holy Koran Chapter 47; verses 10-11. *In Memoriam*: The Moorish Science Temple of America, Subordinate Temple No. 8 in Pine Bluff, Ark of 1928. I AM Moorish Science.

*Right Thumbprint*

THE BOOK OF LIFE



**Signature & Silver Witness 1:**
As pursuant to 28 USC 1746 (1), 10 Troy oz .999 Silver Bullion Witness Natural Person - *In Proprio Persona*- All Rights Reserved. Natural Person - *In Proprio Persona*- All Rights Reserved. Deuteronomy 19:15-21; Public Law 97-280, 96 Stat. 1211, Senate Joint Resolution 165 and Proclamation 6100. "Without Prejudice" Cites UCC 1-103, 1-207/1-308, 3-305, 7-103, 9-311; *et al*

Print Name: *Queen Chandra Bey*     Sign Name: *Queen Chandra Bey*

UCC 1-207
UCC 1-308


Right Thumbprint

**Signature & Silver Witness 2:**
As pursuant to 28 USC 1746 (1), 10 Troy oz .999 Silver Bullion Witness Natural Person - *In Proprio Persona*- All Rights Reserved. Natural Person - *In Proprio Persona*- All Rights Reserved. Deuteronomy 19:15-21; Public Law 97-280, 96 Stat. 1211, Senate Joint Resolution 165 and Proclamation 6100. "Without Prejudice" Cites UCC 1-103, 1-207/1-308, 3-305, 7-103, 9-311; *et al*

Print Name: *Maurice Bey ucc 1-207/308 All Rights Reserved*     Sign Name: *Maurice Bey ucc 1-207/308 All Rights Reserved*


Right Thumbprint

**Bank Shi-Urkantzu**ᵀᴹ **MMFFS-1**

·*NOTICE OF ACQUISITION OF FUNDS CONTAINED IN THE FOLLOWING FIDELITY INVESTMENTS MUTUAL FUND ACCOUNTS; AS ATTACHED TO THE FOLLOWING CUSIP NUMBERS, AND TO BE SECURED UNDER UCC 9-311; et al:* Upon investigation of the Certificate of Live Birth for TORIANO JAMES HERVEYᵀᴹ, and the Social Security number for TORIANO J. HERVEYᵀᴹ, and the reverse of the Social Security Card Alpha-Numeric Number; as attached to the Fidelity Investments Corporation CUSIP numbers, the following is hereby given to show the information of the Mutual Fund Accounts to be acquisitioned.

| | |
|---|---|
| TORIANO J. HERVEY<br>FIDELITY NY MUNI MONEY MARKET (FNYXX)<br>Fund No. 00092<br>From the hypothecation of SOCIAL SECURITY No. ▓▓▓▓▓<br>reverse of card F50109842<br>Attached CUSIP No. 316337104<br>SYMBOL: FNYXX<br>INCEPTION DATE: 7/6/1984 (Month and Year of first corporate<br>extraction of labor; without full contract disclosure given to laborer)<br>NET ASSETS: $5,437,000,000.25; USD- Five Billion, Four Hundred<br>and Thirty-Seven Million Dollars and Twenty-Five Cents<br>AS OF 6/30/2014<br>PORTFOLIO ASSETS: $5,437,000,000.25; USD- Five Billion, Four<br>Hundred and Thirty-Seven Million Dollars and Twenty-Five Cents<br>AS OF 6/30/2014<br>Fund Manager(s): Elizah McLaughlin since 12/1/2011 | TORIANO JAMES HERVEY<br>FIDELITY MASS MUNI INCOME (FDMMX)<br>Fund No. 00070<br>From the hypothecation of STATE OF CALIFORNIA<br>CERTIFICATE OF LIVE BIRTH No. 7097-118611<br>Attached CUSIP No. 315902205<br>SYMBOL: FDMMX<br>INCEPTION DATE: 11/10/1983 (Month and Year Social<br>Security number was received under duress through parent)<br>NET ASSETS: $2,087,000,000.80; USD- Two Billion,<br>Eighty-Seven Million Dollars and Eighty Cents<br>AS OF 6/30/2014<br>PORTFOLIO ASSETS: $2,087,000,000.80; USD- Two<br>Billion, Eighty-Seven Million Dollars and Eighty Cents<br>AS OF 6/30/2014<br>Fund Manager(s): Kevin J. Ramundo since 6/30/2010 |

These Mutual Fund Accounts attached to the Certificate of Live Birth for TORIANO JAMES HERVEYᵀᴹ, and the Social Security number for TORIANO J. HERVEYᵀᴹ have been secured, indemnified and bonded in Gold, Silver and Copper; Please see PULASKI COUNTY CIRCUIT/ COUNTY CLERK, REAL ESTATE ROOM 102 public records *in toto* for TORIANO JAMES HERVEY HOPES AKWESI OBASHANGO-ELᵀᴹ/ TORIANO JAMES HERVEYᵀᴹ; WWW.PULASKICLERK.COM, and in particular, the instrument numbers 2009032873; page 7 *et seq.*, 2010023222; page 16 *et seq.*, 2010004359, 2012083870 and 2014009391. There is only fiat asset credit in these accounts, and no real assets of intrinsic value as pursuant to Article 1, Section 10 of the Constitution for the United States of America. The credit attached to these Mutual Fund Accounts was generated from the sweat equity of free labor; without fair consideration given to the Grantor, Toriano-James Hervey Hopes Akwesi: ObaShango-Elᵀᴹ; for this labor, or the commerce commenced in his copy written; trademarked property known as TORIANO JAMES HERVEYᵀᴹ/ TORIANO J. HERVEYᵀᴹ. He was/ is the only lawful Grantor and beneficiary of the labor and copy written; trademarked property. This asset credit was gained through the *Ens Legis* transmitting utilities/ vessels/ unincorporated associations known as TORIANO JAMES HERVEYᵀᴹ/ TORIANO J. HERVEYᵀᴹ, which are now established as a Private bank & Trust. This asset credit was also hidden from the Grantor, and made payable to people who profited from the sweat equity and copy written; trademarked property of Toriano-James Hervey Hopes Akwesi: ObaShango-Elᵀᴹ, which is a violation of the UN Universal Declaration of Human Rights; Articles 4 and 17, unclean hands and bad faith. For equity rights, these portfolio and net assets, now existing and hereafter arising, and CUSIP numbers, along with any other pertinent information in regards to these mutual funds as it relates to this acquisition, shall be deposited into the Private bank & Trust of TORIANO JAMES HERVEYᵀᴹ/ TORIANO J. HERVEYᵀᴹ. As pursuant to the Status, Standing and Laws as contained in the Party of the Second Part (see page 1 *et seq.*), with terms and conditions of this Security Agreement Bank Shi-Urkantzuᵀᴹ MMFFS-1 *in toto*; Toriano-James Hervey Hopes Akwesi: ObaShango-Elᵀᴹ is the only lawful beneficiary to these assets. All other claimants, as to these assets, must show *De Jure* Status and Standing in relation to these assets.

All attached agents and managers of the assets, now existing and hereafter arising, are now fiduciary trustees of these assets on behalf of the Private bank & Trust of TORIANO JAMES HERVEYᵀᴹ/ TORIANO J. HERVEYᵀᴹ; for the lawful beneficiary known as Toriano-James Hervey Hopes Akwesi: ObaShango-Elᵀᴹ. These CUSIP numbers for these assets shall be attached to all Bonds, International Bills of Exchange, International Promissory Notes, Documentary Drafts and Letters of Credit (these instruments are considered as cash money) and any other commercial paper to do Lawful/Legal commerce that the Lawful Beneficiary shall issue in regards to these assets; to be accessed with a wet, blue-ink signature and red thumbprint of the Lawful Beneficiary under notary witness. The flow chart of these assets is here as follows: From the Private bank & Trust of TORIANO JAMES HERVEYᵀᴹ/ TORIANO J. HERVEYᵀᴹ, EIN No. 98-6072044, through the shelter and master trust known as the UNITED STATES DEPARTMENT OF THE TREASURY/ IRS UCC CONTRACT TRUST ACCOUNT No. RE 381 635 818 US and finally through Bank Shi-Urkantzu, Muurish/Moorish Freeholder Financial Servicesᵀᴹ. This is the Trustee and Bank for Shi-Urkantzu Thunder Clan Olmec Muursᵀᴹ, and for all other Autochthonous Aboriginal, indigenous Native American Muurs/ Moors; as elected. This acquisition is secured as pursuant to the Treaty of Peace and Friendship Between Morocco and the United States, Articles 2, 3, 6, 7, 14, 20 and 21 (in comity); et al, United States Statutes at Large 8 Stat. 484-487, TS 244-2; 9 Bevans 1286, the UN Charter Treaty of 1945; Articles 55-56; et al, United States Statutes at Large 59 Stat. 1033-1218, and the UN Declaration on the Rights of Indigenous Peoples, UN Resolution 61/295, UCC 3-305 and 9-311; et al laws and codes as contained in the Party of the Second Part (see page 1 *et seq.*). The right of this acquisition is also given in truth and in conjunction to the aforementioned statement; as pursuant to 28 USC 1746 (1). (Please see the paragraph containing 28 USC 1746 (1) at the bottom of page 18; as contained herein.)

Bank Shi-Urkantzu°™ MMFFS-1

# Further Orders:

*Via* Express Mail No.: EG 963629715 US; with return receipt, the U.S. Secretary of Treasury Jacob Lew, Secretary of the Treasury, of the United States Department of the Treasury, Governor of the World Bank and International Monetary Fund and Trustee of the United States' Bankruptcy and 50 States' Bankruptcies; acting along with United States President, Barack H. Obama as Fiduciary Trustees of the Private bank & Trust of **TORIANO JAMES HERVEY°™/ TORIANO J. HERVEY°™** & the **UNITED STATES DEPARTMENT OF THE TREASURY/ IRS UCC CONTRACT TRUST ACCOUNT** No. RE 381 635 818 US, has a lawful duty to receive this Security Agreement as **NOTICE**, and to transmit this **KNOWLEDGE**, and shall immediately forward fax a copy of this Security Agreement and accompanying documents to the following underlined debtor parties/correspondents, who shall then forward it to their listed Public Officials *et al*; who have a lawful duty entrusted to receive it as **NOTICE**. Under principles of agency law, see (*in re*: Agent Orange Product Liability Litigation, 597 F.Supp. 740, aff'd, 818 F. 2d 145 (CA2 1987), cert. denied Fraticelli v. Dow Chemical Co., 484 U.S. 1004 (1988)):

The Arkansas Attorney General, Dustin McDaniel, who shall immediately forward fax a copy of this Security Agreement and accompanying documents to the following debtor parties:
The Arkansas State Governor
The Arkansas State Treasurer
The Arkansas Secretary of State
The Arkansas State Auditor
The Arkansas General Assembly
The Arkansas State Supreme Court
The Arkansas Department of Motor Vehicles
The Circuit Courts in all 75 Counties in the State of Arkansas
and any other parties he deems necessary

*Via* Express Mail No.: EG 963629619 US; the Commander-in-Chief (Lieber Code/ CRS Report-National Emergency Powers/ Code 98-505, Emergency Bank Act of 1933 & Trading With the Enemy Act; as Amended) and United States President, Barack H. Obama, who shall immediately forward fax a copy of this Security Agreement and accompanying documents to the following debtor parties:
The United States Attorney General, Eric H. Holder
The United States Secretary of Defense, Chuck Hagel
The United States Department of Defense, to be distributed to the Military
heads of the Army, Navy, Air Force, Marines and Coast Guard
The Comptroller of the Currency, Thomas J. Curry
The United States Secretary of State, John Kerry
The Secretary of Homeland Security, Jeh Charles Johnson
The Director of INTERPOL, Shawn Bray
The Federal Reserve Board of Governors/All Banks
The President and CEO of the American Bankers Association, Francis Anthony Keating
*Via* Express Mail No.: EG 963629622 US; the Chairman and CEO of Fidelity Investments, Edward Johnson III
The Commissioner of the Internal Revenue Service, John A. Koskinen
The United States Congress
The United States Supreme Court
The Pope of Rome, Pope Francis I
The Queen of England, Queen Elizabeth II
The Head of the National Governors Association, John Hickenlooper – (To be distributed throughout the 50 States,
to all Elected and non-elected Public Officials, and to their perspective Department of Motor Vehicles in their States)
and any other parties he deems necessary

*Via* Express Mail No.: EG 963629636 US; The Secretary General of the United Nations, Ban Ki-moon, who shall immediately forward fax a copy of this Security Agreement and accompanying documents to the following debtor parties:
Muurish Gansul, Director of Aboriginal, Indigenous Muurish/Moorish Affairs
United Nations Security Council
United Nations General Assembly
Office of High Commission for Human Rights
International Criminal Court
International Court of Justice
International Court of Arbitration
and any other parties he deems necessary



# Scientific Dissenting Opinion In Support of *Toriano ObaShango-El's Status Correction*

*Indigenous peoples and individuals have the right not to be subjected to forced assimilation or destruction of their culture. (UN Declaration on the Rights of Indigenous Peoples. Article 8(1). 2007)*

**Prepared by: Tyrone Cannon**

### *Scientific Dissenting Opinion In Support of Toriano ObaShango-El's Status Correction*

'Jura sanguinis nullo jure civili dirimi possunt.' - The right of blood and kindred cannot be destroyed by any civil law. Dig. 50, 17, 9; Bacon's Max. Reg. 11. (Bouvier's Dictionary of Law, 1856.)

In Lapa Vermelha IV Hominid 1: Morphological Affinities of The Earliest known American, by Walter A. Neves, Joseph F. Powell, Andre Prous, Erik G. Ozolins and Max Blum, the following is stated:

❖ "In this work the extra-continental morphological affinities of a Paleo-American skeleton well dated between 11,000 and 11,500 years before present (Lapa Vermelha IV Hominid 1, or "Luzia") is investigated."

❖ "The first South Americans show a clear resemblance to modern South Pacific and African populations, while the first North Americans seem to be at an unresolved morphological position between modern South Pacific and Europeans. In none of these analyses the first Americans show any resemblance to either northeast Asians or modern native Americans."

❖ "In the first case, Lapa Vermelha IV Hominid 1 exhibited an undisputed morphological affinity firstly with Africans and secondly with South Pacific populations. "

❖ "The results obtained clearly confirm the idea that the Americas were first colonized by a generalized Homo sapiens population which inhabited East Asia in the Late Pleistocene, before the definition of classic Mongoloid morphology."

❖ "The analysis allows us to conclude that Lapa Vermelha IV Hominid 1 presents a strong similarity firstly with Africans and secondly with South Pacific populations. No resemblance was found between Lapa Vermelha IV Hominid 1 and either Asians or Late Holocene American Indians. "

❖ "The results obtained in this work confirm our previous findings that the first Americans have no special biological resemblance to modern northern Asians. The oldest human skeleton of the Americas shows a strong similarity with modern Africans and Australians."

Lapa Vermelha IV Hominid 1 ("Luzia") was morphologically reconstructed by Richard Neave, University of Manchester (One of the world's leading forensic artists.) He had this to say about the reconstruction:

"That to me is a Negroid face. It has all the features that you associate with a Negroid face."

In 'The Human Species', by A. DE Quatrafages, Professor of Anthropology in the Museum of Natural History, Paris c. 1879, in part he states the following:

❖ "The Equatorial current of the Atlantic opens a similar route leading from Africa to America, and there are some evidences, rare it is true, showing that wrecks have been carried in this direction. It is possible, therefore, that the same may also have happened to man."

❖ "We shall not, therefore, be surprised at finding in the New World representatives of races which seem to belong originally to the Old World; we shall easily understand the multiplicity of American races, which is perhaps still contested by some of Morton's followers, but firmly established in the opinion of every unprejudiced person by the testimony of Humboldt and d'Orbigny's classical work on L'Homme Americain."

❖ "Black populations have been found in America in very small numbers only, and as isolated tribes in the midst of very different nations. Such are the Charruas of Brazil, the black Carabees of Saint Vincent in the Gulf of Mexico, the Jamassi of Florida, the dark-complexioned Californians, who are perhaps, the dark men mentioned in Quiche traditions, and by some old Spanish adventure."

❖ "It is evident that the more or less pure black elements have been brought from the Asiatic Archipelagos and from Africa through some accident at sea; they have there mixed with the local races, and have formed those small isolated groups which are distinguished by their colour from surrounding tribes."

The National Geographic Genographic Project stated the following:

❖ 'Native American and Southeast Asian ancestry' – "The mixture of regions reflected here is due to the original groups that populated the Americas."

❖ Bougainville-Nasioi (Oceania) possesses Southeast Asian ancestry. "The Southeast Asian component was introduced over the past several thousand years by seafaring Austronesians, who hailed from Southeast Asia. These are believed to be the ancestors of the Polynesians, who settled in Bougainville before heading out into the open waters of the Pacific."

❖ Malagasy (Madagascar) possesses Southeast Asian ancestry. "The Southeast Asian ancestry reflects migratory groups arriving by boat from Austronesia."

❖ Mexican-Americans possess Southeast Asian ancestry. "The Southeast Asian ancestry here reflects original groups that populated the Americas."

❖ Ni-Vanuatu (Vanuatu) possesses Southeast Asian ancestry. "The Southeast Asian component was introduced over the past several thousand years by seafaring Austronesians, who hailed from Southeast Asia. These are believed to be the ancestors of the Polynesians, who settled in Vanuatu before heading out into the open waters of the Pacific."

❖ Papuan (Papua New Guinea) possesses Southeast Asian ancestry. "The Southeast Asian component was introduced over the past several thousand years by seafaring Austronesians, who hailed from Southeast Asia. These are believed to be the ancestors of the Polynesians, who settled on the northern coast of New Guinea before heading out into the open waters of the Pacific."

**According to sound genomic data, the following information and trends have been captured. (*Tyrone Cannon*)**

❖ 149 out of 162 so called African American genomes possess Southeast Asian ancestry, **92%**.

❖ 144 out of 162 so called African American genomes possess Native American ancestry, **89%**.

❖ 162 out of 162 so called African American genomes possess East Asian and Native American ancestry, **100%**.

❖ 161 out of 162 so called African American genomes possess Nonspecific East Asian and Native American ancestry, **99%**.

❖ The mixture of regions (Native American and Southeast Asian) reflected here is due to the original groups that populated the Americas.

•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

➢ 2 out of 115 European American genomes possess Southeast Asian ancestry, **1.73%**.

➢ 23 out of 115 European American genomes possess Native American ancestry, **20%**.

➢ 42 out of 115 European American genomes possess East Asian and Native American ancestry, **36.52%**.

➢ 34 out of 115 European American genomes possess Nonspecific East Asian and Native American ancestry, **29.56%**.

**In 'A History of Slavery and Genocide is Hidden in Modern DNA', the following is stated:**

"But one of the most amazing things about the state of modern genetics is that it also allows scientists to draw chronological conclusions about human migration, because blocks of these SNPs shorten over time at a generally consistent rate. "You can essentially break the genome up into European chunks, Native American chunks and African chunks," Martin says. "If each of these regions is longer, it suggests they arrived in the gene pool more recently, because time tends to break up the genome. If these chunks are shorter, it suggests there's been a lot of recombination and mixing up of the genome, which suggests the events were longer ago."

**Toriano ObaShango-El's Genetic Analysis in Support of Autochthonous American Status**

❖ Per autosomal genetic analysis, conducted by 23andme, Toriano ObaShango-El, broadly speaking possesses 1.2% East Asian & Native American ancestry.

❖ More specifically speaking, Toriano ObaShango-El possesses 0.7% Native American ancestry and 0.2% Southeast Asian ancestry.

❖ The percentages of 0.2 and 0.7, for both Southeast Asian and Native American ancestry are reflective of both ancestries appearing in Toriano ObaShango-El's genome 'longer ago'. Due to recombination overtime, the blocks of DNA are shorter and are represented by smaller percentages, which denote the appearance of this ancestry into the genome, 'longer ago'.



**ANCESTRY COMPOSITION**  Toriano ObaShango-El  ▼   Standard  ▼

Chromosome View  ▼      ⊖      Sub-regional Resolution

East Asian and Native American ancestry on chromosomes 2, 4, 8, 9 and 15 reflect the original groups that populated the Americas.

**ANCESTRY COMPOSITION**    Toriano ObaShango-El    ▼    Standard    ▼

Chromosome View    ▼    ●    Sub-regional Resolution



Native American ancestry
on chromosomes 9 and 15
reflect the original groups
that populated the
Americas.



**ANCESTRY COMPOSITION**    Toriano ObaShango-El   ▼   Standard  ▼

Chromosome View ▼   ⊖   Sub-regional Resolution

Southeast Asian ancestry on chromosomes 2 and 8 reflect the original groups that populated the Americas.

In closing, autochthonous Americans / aboriginal Americans are not anthropologically mongoloid, but are Paleo-American, who's ancient ancestors hailed from southeast Asia, and in many instances considered Negroid, originating from the Asiatic Archipelagos, particularly in the region of Southeast Asia. The possession of mongoloid Native American ancestry suggest that we were contemporaries with Native Americans, and also pre-date them as well, which is evidenced by the shorter blocks of DNA (SNPs), represented as 0.2% Southeast Asian ancestry and supported by Lapa Vermelha IV Hominid 1 ("Luzia").

# REFERENCES

**Walter A. Neves, Joseph F. Powell, Andre Prous, Erik G. Ozolins and Max Blum.** (1999). Lapa Vermelha IV Hominid1: Morphological Affinities of The Earliest Known American.

**A. DE Quatrfages, Professor of Anthropology in the Museum of Natural History, Paris.** (1879). The Human Species.

**Tyrone Lewis Cannon.** (2014). Personal genomic research.

**23andme.com.** (2014). Genetic Profiles.

**23andme.com.** (2014). Ancestry Composition View

**National Geographic, The Genographic Project.** (2014). Who Am I: Reference Populations Overview.

**Joseph Stromberg, Smithsonian.com.** (2013). A History of Slavery and Genocide Is Hidden in Modern DNA; Genetic testing of people with Caribbean ancestry reveals evidence of indigenous population collapse and specific waves of slave trade.

**Olmec Head** (San Lorenzo, Mexico)

5/11/2014                                        GEDmatch - Tools for DNA and genealogy research

# [GED match] Tools for DNA & Genealogy Research

Log out

## Information

### Your Log-In Profile

Toriano ObaShango-El

obashango@man.com

Registered User

GEDmatch Forums. NEW

### Your DNA Resources

★ ★ M870625          Toriano ObaShango-El

Kits marked with ★ ★ have been tokenized, but have not completed batch processing. They are available for one-to-one comparisons, but not one-to-many comparisons.

In some cases, these are older kits that may not have been completely processed originally. Reprocessing may add additional matches.

The 'SNP Sharing Pool' has been implemented. For more information, and to join the pool, click on the 'edit' link below:

**EDIT or DELETE** your DNA resource profiles.

### Batch Processing Status

http://ww2.gedmatch.com:8006/autosomal/select.php

## Upload Data from your testing company

### Autosomal raw DNA

**Note: FTDNA 'Family Finder' customers must upload both autosomal and X-DNA (Build36) raw data files to GEDmatch before they will be processed.**

- FTDNA Family Finder
- FTDNA X-DNA
- 23andMe
- Ancestry.Com
  Do NOT un-zip raw DNA data files before uploading.

## Genealogy

- GEDCOM Upload

## Analyze Your Data

### DNA raw data

- 'One-to-many' matches
- 'One-to-one' compare
- X 'One-to-one'
- Admixture
- Admixture/Oracle with Population Search NEW
- Phasing

### Genealogy

- 1 GEDCOM to all
- 2 GEDCOMs
- Search all GEDCOMs

### SNP analysis utilities

These utilities require that you have joined

1/3

2014049867  44  OF  66

# HarappaWorld Admixture Proportions

This utility uses the HarappaWorld model, created by Zack. Questions and comments about this model
should be directed to him at harappa@zackvision.com or to his HarappaWorld blog.
We appreciate him making this excellent tool available here.

Kit Number: M370625   Iteration: 259   Delta-Q: 5.039192e-08   Elapsed Time: 33.78 seconds

| Population | Chr->1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S-Indian | 0.1% | - | - | - | - | - | 0.8% | 0.8% | 4.4% | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Baloch | 0.4% | 0.1% | - | - | - | 4.2% | - | - | 0.8% | - | 2.8% | - | 3.1% | - | - | 1.8% | - | 0.6% | - | - | - | - |
| Caucasian | - | - | 3.1% | 2.0% | - | 2.4% | 8.1% | - | - | 4.3% | 3.4% | 4.3% | - | - | - | - | 1.3% | - | - | - | - | - |
| NE-Euro | 11.5% | 2.0% | 6.9% | 5.9% | - | 20.4% | 11.5% | 8.6% | - | 0.8% | 9.0% | 5.5% | 7.2% | - | - | 2.9% | 1.6% | - | - | 1.7% | - | 4.0% |
| SE-Asian | - | 0.5% | - | - | - | 0.8% | - | 5.7% | - | - | - | - | - | - | - | - | - | - | - | - | - | 1.3% |
| Siberian | - | - | - | - | - | 1.8% | - | - | - | - | - | - | - | 3.1% | - | - | - | - | 0.6% | - | - | - |
| NE-Asian | - | - | - | 3.0% | 4.1% | - | - | 1.8% | - | - | 1.3% | - | - | - | - | - | - | - | - | - | - | - |
| Papuan | 0.8% | - | 0.3% | 0.6% | - | 0.4% | - | - | - | - | - | - | 1.3% | - | - | - | 1.1% | - | - | - | - | - |
| American | - | - | - | 1.2% | 1.4% | 0.1% | - | 2.1% | 11.6% | - | - | - | - | - | 5.5% | - | - | - | 0.1% | - | - | 0.1% |
| Beringian | 0.3% | - | - | - | - | - | - | - | 2.5% | - | - | - | - | - | - | - | - | 0.6% | - | - | - | - |
| Mediterranean | 4.0% | 3.4% | 0.3% | 4.7% | 1.1% | 3.1% | 4.9% | 1.6% | - | 6.5% | 4.1% | 4.4% | 2.2% | - | - | 4.9% | 1.6% | - | - | 1.4% | 0.2% | - |
| SW-Asian | 8.2% | 6.0% | - | - | - | - | - | - | 0.1% | 0.5% | - | - | - | - | - | - | 2.0% | 2.6% | - | 5.8% | - | - |
| San | 1.6% | - | 1.4% | - | 2.4% | - | 3.0% | - | - | - | 2.4% | 3.0% | 5.3% | 2.5% | - | 1.0% | 3.6% | - | 2.3% | 3.2% | 0.9% | - |
| E-African | - | 5.1% | 5.6% | 6.3% | 2.6% | 6.6% | 2.9% | 1.6% | 5.2% | 2.8% | 8.1% | 1.5% | 10.2% | 6.4% | 9.4% | - | 7.2% | 5.4% | - | 5.6% | - | 3.6% |
| Pygmy | 4.3% | 6.6% | 8.3% | 6.5% | - | 1.3% | 1.8% | 5.7% | 5.7% | 5.8% | 1.6% | 1.0% | 1.1% | 5.2% | 9.7% | 0.7% | - | - | 6.1% | 3.8% | 4.2% | - |
| W-African | 68.7% | 76.3% | 74.1% | 66.8% | 88.4% | 58.9% | 67.0% | 73.8% | 67.9% | 79.4% | 67.3% | 80.4% | 69.5% | 82.9% | 75.3% | 88.8% | 81.7% | 91.3% | 90.3% | 78.6% | 94.7% | 91.0% |
| Number of SNPs used | 13018 | 12978 | 11056 | 9570 | 9999 | 10673 | 8899 | 9157 | 8075 | 8844 | 7972 | 8018 | 6126 | 5548 | 5168 | 5388 | 4735 | 5191 | 3271 | 4592 | 2660 | 2700 |

Finished.

# {Declaration of Third Party Certificate of Non-Response}

It is hereby certified that on July 29th, 2014, I, Arlinda Fay Blackwell-El, as the *De Jure* Silver Bonded, Third Party Presenter mailed the presentment known as the **Bank Shi-Urkantzu®™ MMFFS Security Agreement**, **Scientific Dissenting Opinion in Support of Toriano ObaShango-El's Status Correction**, **GEDMatch Chromosome Admixture Proportions** and **Declaration of Third Party Certificate of Service**; a total of **Thirty-Four (34) pages** in the presentment to the following recipients on behalf of the claimant/obligee **Toriano-James Hervey Hopes Akwesi: ObaShango-El®™**, for his quest to receive due process in commercial honor and acceptance of the **Bank Shi-Urkantzu®™ MMFFS Security Agreement**; the time limit having elapsed for a seasoned response to the specified Security Agreement thereto. The following recipients were:

1. **RECEIVED ON AUGUST** 4th, 2014,
   **United States President (Copy of Security Agreement)**
   **Barack H. Obama**
   **1600 Pennsylvania Ave.**
   **Washington, DC 20500;**
   *via* **Express Mail No.: EG 963629619 US,**
   **with return receipt**

2. **RECEIVED ON JULY** 30th, 2014,
   **United Nations Secretary General (Copy of Security Agreement)**
   **Ban Ki-moon**
   **United Nations**
   **New York, NY 10017 USA;**
   *via* **Express Mail No.: EG 963629636 US,**
   **with return receipt**

3. **RECEIVED ON JULY** 30th, 2014,
   **Chairman and CEO of Fidelity Investments (Copy of Security Agreement)**
   **Edward Johnson III**
   **82 Devonshire Street V7A,**
   **Boston, MA 02109;**
   *via* **Express Mail No.: EG 963629622 US,**
   **with return receipt**

4. **RECEIVED ON JULY** 31st, 2014,
   **United States Secretary of the Treasury, (Original Wet Ink Signature Version of Security Agreement)**
   **C/o Jacob Lew or holder of the seat, d.b.a.**
   **Governor of the World Bank & International**
   **Monetary Fund, Trustee of the United States' &**
   **50 Corporate States' Bankrupty(cies)**
   **1500 Pennsylvania Ave NW, Washington, DC 20220;**
   *via* **Express Mail No.: EG 963629715 US,**
   **with return receipt**

**ESTOPPEL- Declaration of Non-Response** is hereby granted in favor of **Toriano-James Hervey Hopes Akwesi: ObaShango-El®™**. Whereupon the truth of all matters and things done, and being declared so under my signature and seal, I the *De Jure* Silver Bonded, Third Party Presenter signing below **in attestation** of the recipients' failure to respond to the **Bank Shi-Urkantzu®™ MMFFS Security Agreement** presented within the allotted time; and for the reason of **acceptance, honor, consent and agreement**, does **publicly and solemnly certify** the consent and agreement of

**recipients,** as it may concern with this <u>**Declaration of Third Party Certificate of Non-Response**</u> by reason of failure to respond to the <u>**Bank Shi-Urkantzu**</u><sup>@TM</sup> <u>**MMFFS Security Agreement**</u> thereof and stipulations contained therein.

**NOTICE**-The undersigned *De Jure* Silver Bonded, Third Party Presenter certifies that no notice of this act was required to be sent to the parties noted above; as it shall be filed for the public record in the PULASKI COUNTY CIRCUIT COURT.

**TESTIMONY: As pursuant <u>28 USC 1746 (1)</u>,** on this _18th_ day of _August_ , A.D., _2014_ year, I stand on this Declaration of Third Party Certificate of Non-Response, to be made "without prejudice," "without recourse," "as good as aval" and executed "without the United States of America." I affirm and solemnly declare on My Inherent Nobility, My private unlimited commercial asset credit/liability and under penalty of perjury under the laws of the republic union states of America, (Al Moroc/ Amexem/ Washitaw Territory & Empire), that I have firsthand knowledge of the facts contained herein, and that they are true, correct and complete to the best of my knowledge, understanding and belief., I now sign my name and attach my official seal and bond number.

Signature By: _Arlinda Fay Blackwell El@TM_ , **De Jure Silver Bonded, Third Party Presenter**
A.R.R. UCC 1-103, 1-207/ 1-308; *et al*

**(Right Thumb Print)**
**SEAL**

Print: _Arlinda Fay Blackwell-El@TM_ STATE: _Arkansas_ COUNTY: _Conway_
A.R.R. UCC 1-103, 1-207/ 1-308; *et al*

**Arlinda Fay Blackwell-El,**
*De Jure* Silver Bonded,
**Third Party Presenter**
C/o P.O. Box 453
Plumerville, AR 72127

**LEGAL NOTICE:** The *De Jure* Silver Bonded, Third Party Presenter is an independent contractor and not a party to this claim. In fact the *De Jure* Silver Bonded, Third Party Presenter is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. Tampering with a witness, victim, or an informant. Intimidating the *De Jure* Silver Bonded, Third Party Presenter under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.

Arlinda Fay Blackwell-El:
Notice of Surety Act and Bond No. <u>RE 544 938 951 US</u>
Filed in PULASKI COUNTY CIRCUIT/COUNTY CLERK,
REAL ESTATE ROOM 102 Instrument No. <u>2012083881</u>

# 𝕯𝖊𝖈𝖑𝖆𝖗𝖆𝖙𝖎𝖔𝖓 𝖔𝖋 𝕿𝖍𝖎𝖗𝖉 𝕻𝖆𝖗𝖙𝖞 𝕮𝖊𝖗𝖙𝖎𝖋𝖎𝖈𝖆𝖙𝖊 𝖔𝖋 𝕾𝖊𝖗𝖛𝖎𝖈𝖊

It is hereby certified on the date noted below. I, **Arlinda Fay Blackwell-El**, as the *De Jure* Silver Bonded, Third Party Presenter mailed to:

1. **United States President (Copy of Security Agreement)**
   **Barack H. Obama**
   **1600 Pennsylvania Ave.**
   **Washington, DC 20500;**
   *via* **Express Mail No.:** EG 963629619 US,
   **with return receipt**

2. **United Nations Secretary General (Copy of Security Agreement)**
   **Ban Ki-moon**
   **United Nations**
   **New York, NY 10017 USA;**
   *via* **Express Mail No.:** EG 963629636 US,
   **with return receipt**

3. **Chairman and CEO of Fidelity Investments (Copy of Security Agreement)**
   **Edward Johnson III**
   **82 Devonshire Street V7A,**
   **Boston, MA 02109;**
   *via* **Express Mail No.:** EG 963629622 US,
   **with return receipt**

4. **United States Secretary of the Treasury, (Original Wet Ink Signature Version of Security Agreement)**
   **C/o Jacob Lew or holder of the seat, d.b.a.**
   **Governor of the World Bank & International**
   **Monetary Fund, Trustee of the United States' &**
   **50 Corporate States' Bankruptcy(cies)**
   **1500 Pennsylvania Ave NW, Washington, DC 20220;**
   *via* **Express Mail No.:** EG 963629715 US,
   **with return receipt**

Hereinafter, "Recipients," the document and sundry papers regarding the **Bank Shi-Urkantzu**[ᵉᵀᴹ] **MMFFS** Security Agreement; on behalf of **Toriano-James Hervey Hopes Akwesi: ObaShango-El**[ᵉᵀᴹ]. It is hereby noted that the recipients must respond in relation to the **Bank Shi-Urkantzu**[ᵉᵀᴹ] **MMFFS** Security Agreement; in the appropriate manner and in the designated time limit. Should you fail to respond in the manner requested by **Toriano-James Hervey Hopes Akwesi: ObaShango-El**[ᵉᵀᴹ], then he has petitioned me to sign a **Declaration of Third Party Certificate of Non-Response** as a sign of acceptance and honor of the **Bank Shi-Urkantzu**[ᵉᵀᴹ] **MMFFS** Security Agreement. As a *De Jure* Silver Bonded, Third Party Presenter, I am not a party to the matter, and only assist **Toriano-James Hervey Hopes Akwesi: ObaShango-El**[ᵉᵀᴹ] in his quest to receive due process. The documents to be mailed are as follows:

(1) A copy of the **Bank Shi-Urkantzu**[ᵉᵀᴹ] **MMFFS** Security Agreement **(21)** pages
(2) A copy of the **Scientific Dissenting Opinion in Support of Toriano ObaShango-El's Status Correction** (9) pages
(3) A copy of the **GEDMatch Chromosome Admixture Proportions** (2) pages
(4) A copy of the **Declaration of Third Party Certificate of Service** (2) pages

a total of   **Thirty-Four (34)**   pages to recipients,

**TESTIMONY:** As pursuant <u>28 USC 1746 (1)</u>, on this _29th_ day of _July_ , A.D., _2014_ year, I stand on this Declaration of Third Party Certificate of Service, to be made "without prejudice," "without recourse," "as good as aval" and executed "without the United States of America." I affirm and solemnly declare on My inherent Nobility, My private unlimited commercial asset credit/liability and under penalty of perjury under the laws of the republic union states of America, (Al Moroc/ Amexem/ Washitaw Territory & Empire), that I have firsthand knowledge of the facts contained herein, and that they are true, correct and complete to the best of my knowledge, understanding and belief., I now sign my name and attach my official seal and bond number.

Signature By: _Arlinda Fay Blackwell-El ©™_ , **De Jure Silver Bonded, Third Party Presenter**
A.R.R. UCC 1-103, 1-207/ 1-308; et al

**(Right Thumb Print)**
**SEAL**

Print: _Arlinda Fay Blackwell-El ©™_ STATE: _Arkansas_ COUNTY: _Conway_
A.R.R. UCC 1-103, 1-207/ 1-308; et al

**Arlinda Fay Blackwell-El,**
**De Jure Silver Bonded,**
**Third Party Presenter**
C/o P.O. Box 453
Plumerville, AR 72127

LEGAL NOTICE: The De Jure Silver Bonded, Third Party Presenter is an independent contractor and not a party to this claim. In fact the De Jure Silver Bonded, Third Party Presenter is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. Tampering with a witness, victim, or an informant. Intimidating the De Jure Silver Bonded, Third Party Presenter under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.

Arlinda Fay Blackwell-El:
Notice of Surety Act and Bond No. <u>RE 544 938 951 US</u>
Filed in PULASKI COUNTY CIRCUIT/COUNTY CLERK,
REAL ESTATE ROOM 102 Instrument No. <u>2012083881</u>

# 𝔑𝔬𝔱𝔞𝔯𝔶'𝔰 𝔠𝔢𝔯𝔱𝔦𝔣𝔦𝔠𝔞𝔱𝔢 𝔬𝔣 𝔖𝔢𝔯𝔳𝔦𝔠𝔢

It is hereby certified on the date noted below. I, **Leo Rasbara ObaOchosi-El Bey,** as the undersigned Notary Public and a State and Federal Public Officer for the United States and the State of Arkansas mailed to:

1. **United States Department of the Treasury/IRS UCC**
   **Contract Trust Dept. C/o Trustee of the US Bankruptcy,**
   **Jacob Lew, or holder of the seat,**
   **1500 Pennsylvania Ave NW Washington, D.C. 20220;**
   ***via* Express Mail No.: <u>EG 963629698 US,</u>**
   **with return receipt**

hereinafter, "Recipients," the document and sundry papers regarding the <u>**Bank Shi-Urkantzu, Muurish/Moorish Freeholder Financial Services**</u> Charter; on behalf of **Toriano-James Hervey Hopes Akwesi: ObaShango-El**[GTM]. it is hereby noted that the recipients must respond in relation to the <u>**Bank Shi-Urkantzu, Muurish/Moorish Freeholder Financial Services**</u> Charter; in the appropriate manner and in the designated time limit. Should you fail to respond in the manner requested by **Toriano-James Hervey Hopes Akwesi: ObaShango-El**[GTM], then he has petitioned me to issue a <u>**Certificate of Collateral Estoppel by Silence**</u> as a sign of acceptance and honor of the <u>**Bank Shi-Urkantzu, Muurish/Moorish Freeholder Financial Services**</u> Charter. As a Public Officer, I am not a party to the matter, and only assist **Toriano-James Hervey Hopes Akwesi: ObaShango-El**[GTM] in his quest to receive due process. The documents to be mailed are as follows:

      (1) A copy of the <u>**Bank Shi-Urkantzu, Muurish/Moorish Freeholder Financial Services**</u> Charter **(7) pages**
      (2) A copy of the <u>**Notary's Certificate of Service**</u> **(1) page**

a total of <u>**Eight (8)**</u>   pages to recipient,

**TESTIMONY:** In testimony of the above, I have signed my name and attached my official seal. Date *05/06/3013*

**Signature By:** *Leo Rasbara ObaOchosi-El Bey* , **Notary Public**
Public Officer: Notary Act of 1850

LEO RASBARA OBAOCHOSI-EL BEY
Notary Public-Arkansas
Jefferson County
My Commission Expires 03-30-2021
SEAL
Commission # 12381369

**Notary** *Leo Rasbara ObaOchosi-El Bey* **Commission Expires:** *03/30/18* **COUNTY** *Jefferson*

**Leo Rasbara ObaOchosi-El Bey,**
**Notary Public**
**C/o P.O. Box 725**
**Altheimer, AR 72004**

<u>LEGAL NOTICE:</u> The Certifying Notary Public is an independent contractor and not a party to this claim. In fact the Certifying Notary Public is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. *Tampering with a witness, victim, or an informant.* The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.

Leo Rasbara ObaOchosi-El Bey:
Proverbs 22 Silver Bullion Bond No. <u>RE 457 395 156 US</u> and
Proverbs 22 Silver and Copper Bullion Bond No. <u>RE 777 665 598 US</u>
filed in PULASKI COUNTY CIRCUIT/COUNTY CLERK, REAL ESTATE
ROOM 216 Instrument No. <u>2011040287</u> and Instrument No. <u>2012083893</u>


**UNITED STATES POSTAL SERVICE.**

Date: August 4, 2014

TORIANO OBASHANGO-EL:

The following is in response to your July 31, 2014 request for delivery information on
your Priority Mail Express® item number EG963629619US.  The delivery record shows
that this item was delivered on August 4, 2014 at 4:19 am in WASHINGTON, DC 20500
to M NALDO.  There is no delivery signature on file for this item.

Thank you for selecting the Postal Service for your mailing needs.  If you require
additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

EG 963629619 US

# EXPRESS MAIL

**UNITED STATES POSTAL SERVICE ®**

**Customer Copy**
Label 11-B, March 2004

## Post Office To Addressee

2014049867   52 of 66

### DELIVERY (POSTAL USE ONLY)

| Delivery Attempt | Time | ☐ AM / ☐ PM | Employee Signature |
|---|---|---|---|
| Mo.        Day | | | |
| Delivery Attempt | Time | ☐ AM / ☐ PM | Employee Signature |
| Mo.        Day | | | |
| Delivery Date | Time | ☐ AM / ☐ PM | Employee Signature |
| Mo.        Day | | | |

### CUSTOMER USE ONLY

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.   ☐

Federal Agency Acct. No. or
Postal Service Acct. No.

### USPS POSTAL SERVICE USE ONLY

PO ZIP Code
**72127**

Date Accepted
Mo. **7** Day **29** Year **14**

Time Accepted
**11 ? ?**   ☐ AM   ☒ PM

Flat Rate ☒ or Weight
_____ lbs.   _____ ozs.

Day of Delivery
☒ Next   ☐ 2nd   ☐ 2nd Del. Day

Scheduled Date of Delivery
Month **7**   Day **30**

Scheduled Time of Delivery
☒ Noon   ☐ 3 PM

Military
☐ 2nd Day   ☐ 3rd Day

Int'l Alpha Country Code

Postage
$ **25.75**

Return Receipt Fee
$ **2.70**

COD Fee
$

Insurance Fee
$

Total Postage & Fees
$ **28.45**

Acceptance Emp. Initials
**HC**

---

**FROM:** (PLEASE PRINT)   PHONE (

**TO:** (PLEASE PRINT)   PHONE (

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)
**2 0 5 0 0 +**

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

---

## FOR PICKUP OR TRACKING

Visit **www.usps.com**

Call **1-800-222-1811**

EMS


**UNITED STATES**
**POSTAL SERVICE.**

Date: July 30, 2014

TORIANO OBASHANGO-EL:

The following is in response to your July 30, 2014 request for delivery information on
your Priority Mail Express® item number EG963629622US. The delivery record shows
that this item was delivered on July 30, 2014 at 10:46 am in BOSTON, MA 02205 to J
LEVESQUE. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal
representative.

Sincerely,
United States Postal Service



**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE ®

**Customer Copy**
Label 11-B, March 2004

**Post Office To Addressee**

EG 963629622 US

ORIGIN (POSTAL SERVICE USE ONLY)

| | | |
|---|---|---|
| PO ZIP Code: 72127 | Day of Delivery: ☒ Next ☐ 2nd ☐ 2nd Del. Day | Postage: $ 19.99 |
| Date Accepted: Mo. 7 Day 2[illegible] Year 14 | Scheduled Date of Delivery: Month 7 Day 30 | Return Receipt Fee: $ [illegible] |
| Time Accepted: ☐ AM ☒ PM 4:[illegible] | Scheduled Time of Delivery: ☒ Noon ☐ 3 PM | COD Fee: $ / Insurance Fee: $ |
| Flat Rate ☒ or Weight: lbs. ozs. | Military: ☐ 2nd Day ☐ 3rd Day | Total Postage & Fees: $ 22.69 |
| | Int'l Alpha Country Code | Acceptance Emp. Initials: HC |

DELIVERY (POSTAL USE ONLY)

| | | |
|---|---|---|
| Delivery Attempt Mo. Day | Time ☐ AM ☐ PM | Employee Signature |
| Delivery Attempt Mo. Day | Time ☐ AM ☐ PM | Employee Signature |
| Delivery Date Mo. Day | Time ☐ AM ☐ PM | Employee Signature |

CUSTOMER USE ONLY

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or
Postal Service Acct. No.

**FROM:** (PLEASE PRINT) PHONE ( )

**TO:** (PLEASE PRINT) PHONE ( )

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)
02109 +

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

FOR PICKUP OR TRACKING
www.usps.com
Call 1-800-222-1811

EMS

2014049867 54 of 66

**UNITED STATES POSTAL SERVICE.**

Date: July 30, 2014

TORIANO OBASHANGO-EL:

The following is in response to your July 30, 2014 request for delivery information on your Priority Mail Express® item number EG963629636US. The delivery record shows that this item was delivered on July 30, 2014 at 11:54 am in NEW YORK, NY 10017 to V E CATRAL. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

201404967   56 of 66

**EG 963629636 US**

## EXPRESS MAIL
UNITED STATES POSTAL SERVICE ®

**Customer Copy**
Label 11-B, March 2004

**Post Office To Addressee**

### DELIVERY BY (POSTAL USE ONLY)

| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
|---|---|---|---|
| Mo. ___ Day ___ | | | |
| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
| Mo. ___ Day ___ | | | |
| Delivery Date | Time | ☐ AM ☐ PM | Employee Signature |
| Mo. ___ Day ___ | | | |

### ORIGIN (POSTAL SERVICE USE ONLY)

**PO ZIP Code**
721_7

**Date Accepted**
Mo. 7  Day ___  Year 14

**Time Accepted**
4:15  ☐ AM  ☑ PM

**Flat Rate** ☑ **or Weight**
___ lbs. ___ ozs.

**Day of Delivery**
☑ Next  ☐ 2nd  ☐ 2nd Del. Day

**Scheduled Date of Delivery**
Month 7  Day 20

**Scheduled Time of Delivery**
☑ Noon  ☐ 3 PM

**Military**
☐ 2nd Day  ☐ 3rd Day

**Int'l Alpha Country Code**

**Postage**
$ 19.99

**Return Receipt Fee**
$ 2.70

**COD Fee** $ ___   **Insurance Fee** $ ___

**Total Postage & Fees**
$ 22.69

**Acceptance Emp. Initials**
RC

### CUSTOMER USE ONLY

**PAYMENT BY ACCOUNT**
Express Mail Corporate Acct. No. ☐

Federal Agency Acct. No. or
Postal Service Acct. No.

**FROM:** (PLEASE PRINT)   PHONE ( )
Aviana Ivy Blackwell-Elkin
c/o P.O. Box 45 ...

**TO:** (PLEASE PRINT)   PHONE ( )

**ZIP + 4** (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)
1 0 0 1 7 +

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

### FOR PICKUP OR TRACKING
www.usps.com
Call 1 800 222-1811
EMS

 **UNITED STATES**
**POSTAL SERVICE.**

Date: July 31, 2014

TORIANO OBASHANGO-EL:

The following is in response to your July 31, 2014 request for delivery information on your Priority Mail Express® item number EG963629698US.  The delivery record shows that this item was delivered on May 8, 2013 at 4:25 am in WASHINGTON, DC 20220 to M MILLER. The scanned image of the recipient information is provided below.

Signature of Recipient : 

Address of Recipient : 

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service



EG 963629698 US

## EXPRESS MAIL
### UNITED STATES POSTAL SERVICE®

**Customer Copy**
Label 11-B, March 2004

**Post Office To Addressee**

201404 9867   58 of 66

**DELIVERY (POSTAL USE ONLY)**

| Delivery Attempt | | Time | | Employee Signature |
|---|---|---|---|---|
| Mo. | Day | | □ AM / □ PM | |
| Delivery Attempt | | Time | | Employee Signature |
| Mo. | Day | | □ AM / □ PM | |
| Delivery Date | | Time | | Employee Signature |
| Mo. | Day | | □ AM / □ PM | |

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code: **72110**

Date Accepted: **05/06/13**
Mo. Day Year

Time Accepted: **4:35** □ AM ☑ PM

Flat Rate ☑ or Weight ___ lbs. ___ ozs.

Day of Delivery: ☑ Next □ 2nd □ 2nd Del. Day

Scheduled Date of Delivery: **05/07/13**
Month Day

Scheduled Time of Delivery: ☑ Noon □ 3 PM

Military: □ 2nd Day □ 3rd Day

Int'l Alpha Country Code:

Postage $ **19.95**

Return Receipt Fee $ **2.55**

COD Fee $ ___ Insurance Fee $ ___

Total Postage & Fees $ **22.50**

Acceptance Emp. Initials: **US**

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or
Postal Service Acct. No.

**FROM: (PLEASE PRINT)** PHONE ( **870** ) **692-4745**

Leo Rasberia Obatchsi-EL Bey
Notary Public
C/o P.O. Box 725
Altheimer, AR 72004

**FOR PICKUP OR TRACKING**

www.usps.com

Call 1-800-222-1811



**TO: (PLEASE PRINT)** PHONE ( ___ )

U.S. DEPT OF TREASURY/IRS UCC
CONTRACT TRUST DEPT. C/O TRUSTEE
OF US BANKRUPTCY, JACOB LEW
OR HOLDER OF SEAT
1500 PENNSYLVANIA AVE NW
WASHINGTON, D.C. 20220
ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

**2 0 2 2 0 +**

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.


**UNITED STATES POSTAL SERVICE.**

Date: July 31, 2014

TORIANO OBASHANGO-EL:

The following is in response to your July 31, 2014 request for delivery information on your Priority Mail Express® item number EG963629715US.  The delivery record shows that this item was delivered on July 31, 2014 at 3:43 am in WASHINGTON, DC 20220 to C GENTRY.  There is no delivery signature on file for this item.

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

2014049867   60 of 66

**EXPRESS MAIL**

UNITED STATES POSTAL SERVICE ●

**Customer Copy**
Label 11-B, March 2004

**Post Office To Addressee**

EG 963629715 US

**ORIGIN (POSTAL SERVICE USE ONLY)**

| PO ZIP Code | Day of Delivery | Postage |
|---|---|---|
| 7167 | ☐ Next ☐ 2nd ☐ 2nd Del. Day | $ 19.99 |
| Date Accepted | Scheduled Date of Delivery | Return Receipt Fee |
| Mo. 7 Day 7 Year 14 | Month 7 Day 30 | $ 2.70 |
| Time Accepted | Scheduled Time of Delivery | COD Fee / Insurance Fee |
| 4:02 ☐ AM ☑ PM | ☑ Noon ☐ 3 PM | $ / $ |
| Flat Rate ☑ or Weight | Military | Total Postage & Fees |
| lbs. 8 ozs. | ☐ 2nd Day ☐ 3rd Day | $ 22.69 |
| | Int'l Alpha Country Code | Acceptance Emp. Initials HC |

**DELIVERY (POSTAL USE ONLY)**

| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
|---|---|---|---|
| Mo. Day | | | |
| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
| Mo. Day | | | |
| Delivery Date | Time | ☐ AM ☐ PM | Employee Signature |
| Mo. Day | | | |

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or
Postal Service Acct. No.

**FROM:** (PLEASE PRINT)   PHONE (

P. O. Box 453 Homerville fitness wor[ ]
Zip exempt Nonresident Aut-Domestic

**TO:** (PLEASE PRINT)   PHONE (

United States Secretary of the Treasury
Jacob Lew in pursuit of the Int I B d
as Governor of the world Bank 3 Int I
Monetary Fund Trustee of the United States
in bankruptcy states Bank/[ ]
1500 Pennsylvania Ave NW
Washington DC 20220

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

20220 +

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

**FOR PICKUP OR TRACKING**
www.usps.com
Call 1-800-222-1811

14003890-1

# United States of America



## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the Secretary of State of the State(s) of Arkansas, and that such Seal(s) is/are entitled to full faith and credit.*

*For the contents of the annexed document, the Department assumes no responsibility*
*This certificate is not valid if it is removed or altered in any way whatsoever*

In testimony whereof, I, John F. Kerry, Secretary of State , have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this thirtieth day of October, 2013.

*Issued pursuant to CHXIV, State of Sept. 15, 1789, 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USC 1733 et. seq.; 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.*

Secretary of State

By _____

Assistant Authentication Officer,
Department of State



Embassy of the
United Arab Emirates
Washington
Consular Section

No. : 042540

Date: 0 1 NOV 2013

نصادق على صحة ختم وتوقيع وزارة الخارجية الأمريكية
We certify the Stamp & Sign. of U.S. Department of State
هذه السفارة غير مسؤولة عن محتويات المستندات
This Embassy is not responsible for the contents of the document

CONSUL



## STATE OF ARKANSAS

### SECRETARY OF STATE

## CERTIFICATE

I, Mark Martin, Secretary of State of the State of Arkansas, and as such, keeper of the records of duly appointed, commissioned, and qualified officers of said State, do hereby certify that according to facsimile signature filed of record in this office

### LESLIE HOLLOWAY

was on the 11th day of November 2006 appointed, commissioned, and qualified as a Notary Public for State of Arkansas, for and during the term expiring November 11, 2016.

I further certify that according to said records, the aforenamed is presently commissioned in the County of POPE and has since the date designated herein, been a duly qualified and acting Notary Public in and for the State of Arkansas, with full power and authority to perform all legal notarial acts; and that full faith and credit are due all his/her official acts.



**In Testimony Whereof,** I have hereunto set my hand and affixed my official Seal. Done at my office in the City of Little Rock, this 8th day of October 2013.

*Mark Martin*

Mark Martin
Secretary of State



**Secured Creditor and Issuer:**
Prognature Freehold Heir; the Honorable & Noble:
Toriano-James Hervey Hopes Akwesi: ObaShango-El™
C/o P.O. Box 453 Plumerville, Arkansas state [72127]
Zip exempt/ Nonresident/ Non-Domestic/ Republic;
Without the U.S. by order of lex domicilii
(Al Moroc/ Ameurem/ Washitaw Territory & Empire)

# Payment Bond No.02062013-1

-As drawn from the Pre-Approved Irrevocable Letter of Credit No. RE 381 635 818 US-1 -

**Pay to the Order of:**
Farazed Investments, Inc.
1000 N. West St., Suite 1200
Wilmington, DE 19801 USA

*BOND VALUE:* **$15,000,000.00 USD – FIFTEEN MILLION U.S. DOLLARS**

ISSUE DATE: February 6th, 2013
EXPIRATION DATE: February 6th, 2015

### Pursuant to the following *in toto*, which this is binding in Law:

UNITED STATES DEPARTMENT OF THE TREASURY/IRS UCC CONTRACT TRUST ACCOUNT No. RE 381 635 818 US
The UCC-1 Financing Statement with attached Pre-Approved Irrevocable Letter of Credit No. RE 381 635 818 US-1
The Private bank & Trust of TORIANO JAMES HERVEY™ / TORIANO E HERVEY™
Private Offset Bond No. RE 381 635 821 US

### For the following, which is also binding in Law: *Com Trahere Lex in Abbendum et in Tortis*

• The Public Records *"in toto"*, of TORIANO JAMES HERVEY HOPES AKWESI OBASHANGO-EL™/ TORIANO JAMES HERVEY™ are found in PULASKI COUNTY CIRCUIT/COUNTY CLERK, REAL ESTATE ROOM 216. (Please see the public record instrument No. 2013007778 at WWW.PULASKICLERK.COM, real estate room 216 *in re:* the UCC-1 Financing Statement with attached Pre-Approved Irrevocable Letter of Credit No. RE 381 635 818 US-1.)

*KNOW ALL MEN BY THESE PRESENTS,* Whereas only fiat money exist in circulation for the discharge of debt, and whereas a Public Toriano-James Hervey Hopes Akwesi: ObaShango-El™ as a Freeholder by Inheritance and Creditor in commerce; presents this bond as legal tender of Premium Credit to Farazed Investments, Inc.; in exchange for Premium Credit made payable to the Issuer, said Pay gate; to conduct legal and lawful commercial transactions and to satisfy the terms and conditions of a contractual arrangement that agreement, for the purchase and exchange of credit.

## Bond Order

Pursuant to the UNITED STATES DEPARTMENT OF THE TREASURY/IRS UCC CONTRACT TRUST ACCOUNT No. RE 381 635 818 US, and the terms and conditions of the UCC-1 Financing statement with attached Pre-Approved Irrevocable Letter of Credit No. RE 381 635 818 US-1; the authorized officers (the Secretary of the Treasury for the United States Department of the Treasury and the President of the United States) and all associated fiduciary trustees, officers, agents and agencies as assigned by law in accordance with the UCC Public Records shall honor and pay the holder in due course with rights to payment of this said bond for the lawful discharge and set off of this debt and obligation as held against the UNITED STATES DEPARTMENT OF THE TREASURY/IRS UCC CONTRACT TRUST ACCOUNT No. RE 381 635 818 US; so set commerce may continue in a free flowing and unrestricted manner. The redemption of this said bond is as follows: United States Department of the Treasury/IRS UCC Contract Trust Dept., C/o Treasurer of the US Bankruptcy, Neal S. Wolin, or holder of the seat, 1500 Pennsylvania Ave NW Washington, D.C. 20220 Attn: Secretary of the Treasury,

Within the Light of Allah, Man Wanders in Darkness...

/Trustee for the United States Department of the Treasury/IRS UCC Contract Trust Account No. RE 3?? ??? ??? US. This ... Bond, No. 02062013-1, shall expire on Maturity Date February 5th, 2015 at 11:59:59 P.M.

A word, on this Payment Bond, No. 02062013-1 to be made "without prejudice," "without recourse," "as good as ..." ... execute ... the United States of America." I affirm and solemnly declare on My Enhanced Nobility, My private ... commercial ... capacity/liability and under penalty of perjury under the laws of the republic states states of America ... American Washitaw Territory & Empire), that the foregoing is true, correct, complete and certain to the best of my ... and further declarant saith not. I now affix my autograph and official seal to the above Payment Bond, No. 02062013-1.

As my word is my bond ...
Duly bonded in ...

Toriano-James Hervey Hopes Akwesi-Obadiango-El™ a.k.a. Toriano-James: Hervey™, "As Good As Ave?"; A Heir/Hereditary Sui Juris and Sui Generis Justice, Bailiff and Murriah/Moorish Marshal, Authorized Representative, Attorney-in-Fact, Private Attorney General, Secured Party Creditor, Judgement Creditor & Lien Holder over the United State ... United States Department of the Treasury, and the State of Arkansas, et al; Only in capacity as a De Jure Land Owner/... Land Creditor, Freehold by Primogeniture Birthright Inheritance of the Fee Simple Absolute "Vice Estate Express Trust a.k.a. the Great Moorish Estate Express Trust" as was/is established by Noble Drew Ali, and as a Beneficiary of the Original Jurisdiction of Sovereign, Aboriginal Indigenous Native American Square/Brown, All Rights and Remedies Reserved-Uniform Commercial Code 1-103, 1-201 (b) 37, 1-302, 1-207(b)308), 2-201, 2-203, 2-604, 2-609, 3-104, 3-305, 3-401(b), 3-402(b) 1, 3-419 (3-420), 3-501-3-505, 3-603, 4-104, 4-105, 4-204, 4-215, 4-501 - 4-504, 7-103, 9-311, 9-333 et al; et seq.



International (1) OTM   International (1) OTM   International OTM   International (1) OTM

"WE ARE TODAY, WHAT OUR ANCESTORS WERE YESTERDAY."

State of Arkansas

County of Conway ss.

On the 21st day of Feb, 2013, A.D., Two Thousand and Thirteen, before me, a Notary Public of the State of Arkansas, ... a man personally known by me (or who proved to me on the basis of satisfactory evidence) to be the man whose signature ... The said man solemnly affirmed under oath, that he has firsthand knowledge of the facts ... this "Payment Bond, No. 02062013-1" and that they are true, correct and complete to the best of his knowledge. ...

Signed Leslie Holloway                                    Notary Public

Notary Leslie Holloway          Commission Expires: 11-11-16    COUNTY ...

Without the Light of Allah, Men Wonders in Darkness

ENDORSE HERE:

DEPOSITED FOR CREDIT ON ACCOUNT OR EXCHANGED
FOR NON-REDEEMABLE' NON-NEGOTIABLE FEDERAL
RESERVE NOTES OF FACE VALUE- TITLE 26 IRC USC 165(g)

DO NOT WRITE  STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE



I hereby certify that the foregoing instrument is a true and correct copy of the

Original _UCC Financing statement_

filed in this office _Aug 28 14_, 20 ___. IN TESTIMONY WHEREOF,

I have hereunto set my hand and seal of this office this _May 27_ 20 _20_

TERRI HOLLINGSWORTH, Pulaski County, Arkansas Circuit County Clerk

By: _Andrea Otley_ , Deputy Clerk