2014071800 Received: 12/5/2014 11:13:46 AM Recorded: 12/05/2014 11:26:00 AM
Filed & Recorded in Official Records of Larry Crane, PULASKI COUNTY
CIRCUIT/COUNTY CLERK Fees $25.00

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER** (optional)

**B. E-MAIL CONTACT AT FILER** (optional)

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Bank Shi-Urkantzu, MMFFS©TM;
C/o 1422 South Maple Street, Little Rock, Arkansas State
near [72204] Zip exempt/ Nonresident/ Non-Domestic/
Republic; W/o the U.S. by order of lex domicilii (Al Moroc/
Amexem/ Washitaw Territory & Empire)

RE

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **UNITED STATES DEPARTMENT OF THE TREASURY** | | | |

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1500 PENNSYLVANIA AVE NW | WASHINGTON | DC | 20220 | US |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **UNITED STATES** | | | |

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1600 PENNSYLVANIA AVE NW | WASHINGTON | DC | 20500 | US |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **Bank Shi-Urkantzu Muurish/Moorish Freeholder Financial Services©TM** | | | |

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| C/o 1422 South Maple Street | Little Rock | Ar | [72204] | uSA |

**4. COLLATERAL:** This financing statement covers the following collateral:

This financing statement is issued to secure all of the debtors' obligations of payments and performances as referenced within the notice of "Notice of Newspaper Publication for Bank Shi-Urkantzu, Muurish/Moorish Freeholder Financial Services©TM", Arkansas Democrat Gazette Classified legal notice Acct. No. L6011821/Ad ID No. 72818754f; in which the Pulaski County real estate public records, instrument No. 2014049867, is now the highest security interest and Public Law between the Party of the First Part (debtors) and the Party of the Second Part (Creditor(s)); as pursuant to the instrument No. 2014049867 for Bank Shi-Urkantzu MMFFS©TM. Please see exhibit sheet with proof of claim attached hereto; secured as pursuant to UCC 1-103, 1-207/1-308, 3-305, 7-103 and 9-311; et al. Also, see the Treaty of Peace and Friendship Between Morocco and the United States (1836), United States Statutes at Large 8 Stat. 484-487, TS 244-2, 9 Bevans 1286; in which none of the rights to the inherited freehold of the Paleo Indian/ Paleo-American Autochthonous Aboriginal, Indigenous Native American Muurs/ Moors were ceded to the District of Columbia/ United States, or to any of its 50 states. A well established Maxim of Law is hereby cited for the efficacy of Law: "Quod nullius esse potest, id ut alicujus fieret nulla obligatio valet efficere. Those things which cannot be acquired as property, cannot be the object of an agreement. Dig. 50, 17, 182."- Bouvier's Dictionary of Law 1856, Maxims of Law.

**5.** Check only if applicable and check only one box: Collateral is ☑ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☑ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box: ☐ Agricultural Lien ☑ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION** (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
Auth. Agent of Secured Party: *Bruan OlaShango El*   A.R.R. UCC 1-103, 1-207/1-308, 9-311 -W/o Prejudice

FILING OFFICE COPY— UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)   International Association of Commercial Administrators (IACA)

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

**9a. ORGANIZATION'S NAME**

## UNITED STATES DEPARTMENT OF THE TREASURY

OR **9b. INDIVIDUAL'S SURNAME**

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S)                    SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**10. DEBTOR'S NAME:** Provide (10a or 10b) only <u>one</u> additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

**10a. ORGANIZATION'S NAME**

### UNITED NATIONS

OR **10b. INDIVIDUAL'S SURNAME**

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)                    SUFFIX

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| UNITED NATIONS | NEW YORK | NY | 10017 | USA |

**11.** ☐ ADDITIONAL SECURED PARTY'S NAME **or** ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only <u>one</u> name (11a or 11b)

**11a. ORGANIZATION'S NAME**

OR **11b. INDIVIDUAL'S SURNAME**    FIRST PERSONAL NAME    ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):**
Please see the United States Federal Office of Management and Budget Directive No. 15; Race and Ethnicity Code Set; with {Unique Identifier: 1237-7} & {Hierarchical Race Code: R1-American Indian/Alaskan Native, 01-American Indian, 052-Eastern Tribe, 004-Moor; as of March 31st, 2000; & {Ethnicity Code: 463-Asiatic and 667-Moor}. Please see Moorish Holy Koran Circle 7 in toto in re: Noble Drew Ali and No. 15 and 16; see below. Also, please see United States Statutes at Large 96 Stat. 1211 and Public Law 97-280 in re: debtors obligations to Creditors, and real and personal property law. See exhibit sheet also for USPS Mailing proof and other obligating exhibits listed on the Exhibit sheet.

**13.** ☑ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

**14.** This FINANCING STATEMENT:
☐ covers timber to be cut    ☐ covers as-extracted collateral    ☑ is filed as a fixture filing

**15.** Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):
Records of Noble Drew Ali, Public Trustee of Record: The Cook County Recorder of Deeds Office, 118 N. Clark Street Room 120, Chicago, Illinois 60602

**16.** Description of real estate:
Meets and Bounds of the Real Estate as it relates to North, South and Central America, Mexico and the Adjoining Islands; see Moorish Holy Koran Circle 7; Chapt. 47:6-11; as pursuant to Torrens Title Registry Bk. 521, Pg. 579 Doc. No. 10105905.

**17. MISCELLANEOUS:**
See www.pulaskiclerk.com, real estate instrument No. 2014049867; page 14 in re: Party of the First Part in toto (debtors).

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)

## UCC FINANCING STATEMENT ADDITIONAL PARTY
FOLLOW INSTRUCTIONS

**18. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

**18a. ORGANIZATION'S NAME**

**UNITED STATES DEPARTMENT OF THE TREASURY**

OR

**18b. INDIVIDUAL'S SURNAME**

**FIRST PERSONAL NAME**

**ADDITIONAL NAME(S)/INITIAL(S)**   **SUFFIX**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**19. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (19a or 19b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

**19a. ORGANIZATION'S NAME**

**NATIONAL GOVERNORS ASSOCIATION HALL OF THE STATES**

OR

| 19b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|
| **19c. MAILING ADDRESS** **444 NORTH CAPITOL STREET, STE. 267** | CITY **WASHINGTON** | STATE **DC** | POSTAL CODE **20001-1512** | COUNTRY **US** |

**20. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (20a or 20b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

**20a. ORGANIZATION'S NAME**

**STATE OF ARKANSAS ATTORNEY GENERAL**

OR

| 20b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|
| **20c. MAILING ADDRESS** **323 CENTER STREET SUITE 200** | CITY **LITTLE ROCK** | STATE **AR** | POSTAL CODE **72201** | COUNTRY **US** |

**21. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (21a or 21b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

**21a. ORGANIZATION'S NAME**

**SECRETARY OF HOMELAND SECURITY**

OR

| 21b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|
| **21c. MAILING ADDRESS** | CITY **WASHINGTON** | STATE **DC** | POSTAL CODE **20528** | COUNTRY **US** |

**22.** ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (22a or 22b)

**22a. ORGANIZATION'S NAME**

OR

| 22b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|
| **22c. MAILING ADDRESS** | CITY | STATE | POSTAL CODE | COUNTRY |

**23.** ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (23a or 23b)

**23a. ORGANIZATION'S NAME**

OR

| 23b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|
| **23c. MAILING ADDRESS** | CITY | STATE | POSTAL CODE | COUNTRY |

**24. MISCELLANEOUS:**
Please see PULASKI COUNTY CIRCUIT/ COUNTY CLERK, REAL ESTATE ROOM 102 public records in toto for TORIANO JAMES HERVEY HOPES AKWESI OBASHANGO-EL©TM/ TORIANO JAMES HERVEY©TM; www.pulaskiclerk.com, and in particular, the instrument numbers 2010004359, 2012083870, 2014009391 and 2014049867 for Gold, Silver and Copper Bonds of Real Money, and Bank Shi-Urkantzu MMFFS©TM, Silver Bullion backed Loan to the United States Department of the Treasury; as contained therein the public records.

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDITIONAL PARTY (Form UCC1AP) (Rev. 06/22/11)




Not Applicable or necessary in this filing

Seal of the Pulaski County Circuit Clerk of Court







## Financing Statement Exhibit Documents for: Notice of Newspaper Publication for Bank Shi-Urkantzu, Muurish/Moorish Freeholder Financial Services©™

### Notice given by the Founder, a Primogeniture Freehold Heir; the Honorable and Noble: Toriano-James Hervey Hopes Akwesi: ObaShango-El©™

A _Private Banker_, _Attorney in Fact_, _Private Attorney General_, _Sui Juris_ & _Sui Generis Justice_, Bailiff, Muurish/Moorish Marshal, Consular General and Chief of the Shi-Urkantzu Thunder Clan Olmec Muurs™; and an Autochthonous Aboriginal, Indigenous Native American Muurish/Moorish _De Jure_ Freeholder by Primogeniture Blood Birthright Inheritance, Land Owner, Landlord, Land Creditor and Gold, Silver and Copper Bullion Bonded Secured Party Creditor over the debtor corporations United States, the State of Arkansas; et al 49 States & all Public Officials operating therein; and other corporations, and as a Holder with absolute rights to enforcement of the lawful obligations owed by them; United States' & 50 States' bankruptcies as pursuant to A.D. 1933.

### Notice of Newspaper Publication for Bank Shi-Urkantzu, Muurish/Moorish Freeholder Financial Services©™
### {As found at www.pulaskiclerk.com, in real estate, instrument No. 2014049867}
### Is now an enforceable Public Law by Operation of Law:

Instrument No. 2014049867 is now _Law_ to be _honored_ and _enforced_ in the 50 corporate States across the corporate United States, (including the District of Columbia; et al places/ territories as pursuant to the Party of the First Part (debtors) and all Non-Muurish/ Moorish Corporations, and State and Federal Offices, Agencies, Officers, Agents and Employees in Instrument No. 2014049867; page 14; et al); due to 63 days of Non-Response/ Non-rebuttal, and acceptance and honor of the Notice as referenced and listed herein; the accepting, receiving and noticed parties. This Notice of Newspaper Publication for Bank Shi-Urkantzu, Muurish/Moorish Freeholder Financial Services™ is recorded as pursuant to the Constitution for the united States of America Article IV; Section I -"Full Faith and Credit Clause; i.e. the Law of the Public Record, and Article 6; i.e. the "Supremacy Clause/ Treaties", and the Treaty of Peace and Friendship Between Morocco and the United States; in Comity Article 14; i.e. "Commerce Article", and Article 20; i.e. "Decisions of the Consulate Article" (1836); United States Statutes at Large 8 Stat. 484-487, TS 244-2; 9 Bevans 1286"; et al Articles as necessary, and the UN Charter Treaty of 1945, Article 55; i.e. "international economic, social, health, cultural, educational, human rights and fundamental freedoms Article", and Article 56; i.e. "Members Pledge Article"; United States Statutes at Large 59 Stat. 1033-1218, UN Declaration on the Rights of Indigenous Peoples, UN Resolution 61/295, Article 3; i.e. "Self Determination Article", Article 4; i.e. "Autonomy Article and Consular General Status", and Article 37; i.e. "Treaties and Enforcement Article"; et al Articles as necessary, and Filartiga v. Pena-Irala, 630 F.2d 876 (1980) on United Nations' and Organization of American States' Declarations being integral parts of International Law.

### "Via Silentio, Comitas Gentium Legis Est Tacet."
#### "By way of silence, the Comity of Nations is Law manifested by refraining from contradiction or objection."



Flag of the Shi-Urkantzu Thunder Clan Olmec Muurs©™/ Flag of the Algonquian-Iroquois Indigenous Muurish-Moorish Republic/ Flag of our Aboriginal Indigenous Native American Muurish Foremothers - Empress Verdiacee "Tiara" Washitaw-Turner Goston El-Bey/ Relic of our Shi-Olmec ancestors of Mexico/ The Flags of our Aboriginal Indigenous Native American Moorish Forefathers - Noble Drew Ali a.k.a. El Hajj "Sheik" Sharif Abdul Ali/ UN Draft Declaration on the Rights of Indigenous Peoples/ UN Resolution 61-295/ UN Universal Declaration of Human Rights/ UN Resolution 60-147/ The United Nations Indigenous and Tribal Peoples Convention, 1989 (No. 169)/ United Nations Indigenous People Organization 215/1993 and the United States Department of Justice- Classified Truth-A-1 Freehold By Inheritance Library of Congress Diplomatic Immunity Registration No. AA222141 re: C. M. Bey/ "The Great Moorish Estate Express Trust"- Deed of Conveyance gives the metes and bounds of the lands of North-East and South-West Africa, across the Great Atlantis (Atlantic), the present North, South and Central America and also Mexico and the Atlantic Islands; constituting the trust property. The Torrens Land Title Registry System; Book 521, Page 579; Cook County Recorder of Deeds office in Chicago, Illinois;  Document No. 10105905 on August 1st, 1928/  Annus 2011-United Nations International Year for People of African Descent/ UN Resolution 64-169/ The Organization of American States- American Declaration of the Rights and Duties of Man/ American Convention on Human Rights, O. A. S. Treaty Series No. 36, 1144 U. N. T. S. 123

**UNITED STATES DEPARTMENT OF THE TREASURY/IRS UCC CONTRACT TRUST ACCOUNT No. RE 381 635 818 US**
**Arkansas State Pulaski County Circuit Court Real Estate Uniform Commercial Code UCC-1 File No. 2013007278**
**Washington State Uniform Commercial Code Licensing Department UCC-3 File No. 2010-256-5327-5**
**Sovereign Notice of International Act in Assurance & Gold Surety Bond No. RA 457 140 195 US**
**Muurish/ Moorish Global Sovereign Autochthonous Nobility Bond No. RE 457 395 068 US**
**Registered Private Discharging and Indemnity Bond No. RE 381 635 835 US**
**Proverbs 22 Silver & Copper Bullion Bond No. RE 346 310 316 US**
**Proverbs 22 Silver Bullion Bond No. RE 381 635 818 US**
**Arkansas State Treasury Private Secured Indenture**
**Fiduciary Bonds No. RE 457 395 071 US**
**and No. RE 457 395 085 US**

(Toriano-James Hervey Hopes Akwesi: ObaShango-El©™ a.k.a. Toriano-James: Hervey©™, Consular General of the Shi-Urkantzu Thunder Clan Olmec Muurs©™. Lawful Record of Actual, Constructive, Direct and Due Public Notice of De Jure Aboriginal Indigenous, Native American Muurish/ Moorish Primogeniture, Fee Simple Absolute Freehold Birthrights, Sovereignty, Nationality, Status, Jurisdiction, Secured Creditor Commercial Standing, Law Enforcement abilities, bonds and ruling power as a Plenipotentiary Sui Juris Justice are on file with the PULASKI COUNTY CIRCUIT/ COUNTY CLERK, REAL ESTATE ROOM 102; instrument No. 2010023222, instrument No. 2010004359 and instrument No. 2011012373; et al. Please see WWW.PULASKICLERK.COM and search real estate records for TORIANO JAMES HERVEY HOPES AKWESI OBASHANGO-EL©™ / TORIANO JAMES HERVEY©™.) (The Constitution for the united States of America Article IV; Section I -"Full Faith and Credit Clause" and Article IV; Section IV -"State's Republic Clause" and Article VI -"Supremacy Clause/Treaties; et al") Arkansas Democrat Gazette Newspaper Publishing and Allodial Permit re: Noble Drew Ali's Allodial Title, under PULASKI COUNTY CIRCUIT/COUNTY CLERK, REAL ESTATE ROOM 102 instrument No.2011017860;in toto. Muurish Freehold Commercial Activity- PULASKI COUNTY CIRCUIT/COUNTY CLERK instrument No. 2011032622

| From Secured Creditor & Primogeniture Freehold Heir, Ab Antiquo; the Honorable and Noble: | On behalf of: |
|---|---|
| Toriano-James Hervey Hopes Akwesi: ObaShango-El©™ | Bank Shi-Urkantzu Muurish/Moorish Freeholder Financial Services©™ |
| C/o 1422 South Maple Street | C/o 1422 South Maple Street |
| Little Rock, Arkansas state [72204] | Little Rock, Arkansas state [72204] |
| Zip exempt/ Nonresident/Non-Domestic/Republic; | Zip exempt/ Nonresident/Non-Domestic/Republic; |
| Without the U.S. by order of lex domicilii | Without the U.S. by order of lex domicilii |
| (Al Moroc/ Amexem/ Washitaw Territory & Empire) | (Al Moroc/ Amexem/ Washitaw Territory & Empire) |

**Cover Letter of Exhibit Documents for Notice of Newspaper Publication for Bank Shi-Urkantzu, Muurish/Moorish Freeholder Financial Services©™**

**Notice to Principals is Notice to Agents-Notice to Agents is Notice to Principals**
**I am an adamant claimer of all of my unalienable given rights granted to me by the Most High Creatress/Creator, known in tones as Yehweh-Oludumare-Amen-Allah, All Rights Reserved.**



2

I, Toriano-James Hervey Hopes Akwesi: ObaShango-El©TM am presenting the following exhibit documents to be recorded for the public record. The following documents are:

(A) "UCC-1 Financing Statement for Notice of Newspaper Publication for Bank Shi-Urkantzu, Muurish/Moorish Freeholder Financial Services©TM"

(B) "Cover Letter of Exhibit Documents for Notice of Newspaper Publication for Bank Shi-Urkantzu, Muurish/Moorish Freeholder Financial Services©TM"

(C) "Notice of Newspaper Publication for Bank Shi-Urkantzu, Muurish/Moorish Freeholder Financial Services©TM"

(D) "Pages from the Delaware Secretary of State website showing the *Ens Legis* creation of the UNITED STATES, UNITED STATES OF AMERICA; et al"

(E) "Arkansas Democrat Gazette Statement of Legal Advertising with receipts"

(F) "Declaration of Third Party Certificate of Non-Response"

(G) "Declaration of Third Party Certificate of Service"

(H) "Copies of Certified Mail Postmarked receipts, and USPS Signature receipt pages of receiving party (ies)"

As my word is my bond,
Duly tendered in honor

*Toriano-James Hervey Hopes Akwesi: ObaShango-El©TM A.R.R.*

Toriano-James Hervey Hopes Akwesi: ObaShango-El©TM a.k.a. Toriano-James: Hervey©TM, "As Good As Aval", A Plenipotentiary *Sui Juris* and *Sui Generis* Consular General, Justice, Bailiff and Muurish/Moorish Marshal, Authorized Representative, Attorney-In-Fact, Private Attorney General, Private Banker, Secured Party Creditor, Judgment Creditor & Lien Holder over the United States, United States Department of the Treasury, and the State of Arkansas, *et al*; Only in capacity as a *De Jure* Land Owner, Landlord, Land Creditor, Freehold by Primogeniture Birthright Inheritance of the Fee Simple Absolute "Vast Estate Express Trust a.k.a. the Great Moorish Estate Express Trust" as was/is Established by Noble Drew Ali, and as a beneficiary of the Original Jurisdiction of Sovereign, Aboriginal Indigenous Native American Muurs/Moors. All Rights and Remedies Reserved-Uniform Commercial Code 1-103, 1-201 (b) 37, 1-202, 1-207(1-308), 2-201, 2-202, 2-606, 2-609, 3-104, 3-305, 3-401(b), 3-402(b) 1, 3-419 (3-420), 3-501-3-505, 3-603, 4-104, 4-105, 4-204, 4-215, 4-501 - 4-504, 7-103, 9-311, 9-333 *et al; et seq.*

*Jus Sanguinis, et Jus Soli Calafia*



International (t)©TM        International (t)©TM        International (t)©TM

**7**

"WE ARE TODAY, WHAT OUR ANCESTORS WERE YESTERDAY."

*Right Thumbprint*

"What your ancient forefathers were, you are today without doubt or contradiction There is no one who is able to change man from the descendant nature of his forefathers; unless his power extends beyond the great universal Creator Allah Himself."-Noble Drew Ali. *Circle 7 Moorish Holy Koran* Chapter 47; verses 10-11, *in Memoriam*; The Moorish Science Temple of America, *Subordinate Temple No. 8* in Pine Bluff, Ark of 1928. I AM Moorish Science.

THE BOOK OF LIFE

**3**

Flag of the Shi-Urkantzu Thunder Clan Olmec Muurs®™/ Flag of the Algonquian-Iroquois Indigenous Muurish-Moorish Republic/ Flag of our Aboriginal Indigenous Native American Muurish Foremothers - Empress Verdiacee "Tiara" Washitaw-Turner Goston El-Bey/ Relic of our Shi-Olmec ancestors of Mexico/ The Flags of our Aboriginal Indigenous Native American Moorish Forefathers - Noble Drew Ali a.k.a. El Hajj "Sheik" Sharif Abdul Ali/ UN Draft Declaration on the Rights of Indigenous Peoples/ UN Resolution 61-295/ UN Universal Declaration of Human Rights/ UN Resolution 60-147/ The United Nations Indigenous and Tribal Peoples Convention, 1989 (No. 169)/ United Nations Indigenous People Organization 215/1993 and the United States Department of Justice- Classified Truth-A-1 Freehold By Inheritance Library of Congress Diplomatic Immunity Registration No. AA222141 re: C. M. Bey/ "The Great Moorish Estate Express Trust"- Deed of Conveyance gives the metes and bounds of the lands of North-East and South-West Africa, across the Great Atlantis (Atlantic), the present North, South and Central America and also Mexico and the Atlantic Islands; constituting the trust property. The Torrens Land Title Registry System; Book 521, Page 579; Cook County Recorder of Deeds office in Chicago, Illinois; Document No. 10105905 on August 1st, 1928/ Annus 2011-United Nations International Year for People of African Descent/ UN Resolution 64-169/ The Organization of American States- American Declaration of the Rights and Duties of Man/ American Convention on Human Rights, O. A. S. Treaty Series No. 36, 1144 U. N. T. S. 123

**UNITED STATES DEPARTMENT OF THE TREASURY/IRS UCC CONTRACT TRUST ACCOUNT No. RE 381 635 818 US**
**Arkansas State Pulaski County Circuit Court Real Estate Uniform Commercial Code UCC-1 File No. 2013007278**
**Washington State Uniform Commercial Code Licensing Department UCC-3 File No. 2010-256-5327-5**
**Sovereign Notice of International Act in Assurance & Gold Surety Bond No. RA 457 140 195 US**
**Muurish/ Moorish Global Sovereign Autochthonous Nobility Bond No. RE 457 395 068 US**
**Registered Private Discharging and Indemnity Bond No. RE 381 635 835 US**
**Proverbs 22 Silver & Copper Bullion Bond No. RE 346 310 316 US**
**Proverbs 22 Silver Bullion Bond No. RE 381 635 818 US**
**Arkansas State Treasury Private Secured Indenture**
**Fiduciary Bonds No. RE 457 395 071 US**
**and No. RE 457 395 085 US**

(Toriano-James Hervey Hopes Akwesi: ObaShango-El®™ a.k.a. Toriano-James: Hervey®™, Consular General of the Shi-Urkantzu Thunder Clan Olmec Muurs®™. Lawful Record of Actual, Constructive, Direct and Due Public Notice of *De Jure* Aboriginal Indigenous, Native American Muurish/ Moorish Primogeniture, Fee Simple Absolute Freehold Birthrights, Sovereignty, Nationality, Status, Jurisdiction, Secured Creditor Commercial Standing, Law Enforcement abilities, bonds and ruling power as a Plenipotentiary *Sui Juris* Justice are on file with the PULASKI COUNTY CIRCUIT/ COUNTY CLERK, REAL ESTATE ROOM 102; Instrument No. 2010023222, Instrument No. 2010004359 and instrument No. 2011012373; *et al*. Please see WWW.PULASKICLERK.COM and search real estate records for TORIANO JAMES HERVEY HOPES AKWESI OBASHANGO-EL®™ / TORIANO JAMES HERVEY®™.) (The Constitution for the united States of America Article IV; Section I -"Full Faith and Credit Clause" and Article IV; Section IV -"State's Republic Clause" and Article VI -"Supremacy Clause/Treaties; *et al*") Arkansas Democrat Gazette Newspaper Publishing and Allodial Permit re: Noble Drew Ali's Allodial Title, under PULASKI COUNTY CIRCUIT/COUNTY CLERK, REAL ESTATE ROOM 102 Instrument No.2011017860;*in toto.* Muurish Freehold Commercial Activity- PULASKI COUNTY CIRCUIT/COUNTY CLERK Instrument No. 2011032622

| From Secured Creditor & Primogeniture Freehold Heir, *Ab Antiquo;* the Honorable and Noble: | On behalf of: |
|---|---|
| Toriano-James Hervey Hopes Akwesi: ObaShango-El®™ | Bank Shi-Urkantzu Muurish/Moorish Freeholder Financial Services®™ |
| C/o 1422 South Maple Street | C/o 1422 South Maple Street |
| Littlerock, Arkansas State [72204] | Littlerock, Arkansas State [72204] |
| Zip exempt/ Nonresident/Non-Domestic/Republic; | Zip exempt/ Nonresident/Non-Domestic/Republic; |
| Without the U.S. by order of *lex domicilli* | Without the U.S. by order of *lex domicilli* |
| (Al Moroc/ Amexem/ Washitaw Territory & Empire) | (Al Moroc/ Amexem/ Washitaw Territory & Empire) |

## 𝔑otice of 𝔑ewspaper 𝔓ublication for 𝔅ank 𝔖hi-𝔘rkantzu, 𝔐uurish/𝔐oorish 𝔉reeholder 𝔉inancial 𝔖ervices®™

### Notice to Principals is Notice to Agents-Notice to Agents is Notice to Principals
I am an adamant claimer of all of my unalienable given rights granted to me by the Most High Creatress/Creator, known in tones as Yehweh-Oludumare-Amen-Allah, All Rights Reserved.



1

## 𝔓𝔞𝔠𝔱𝔞 𝔖𝔲𝔫𝔱 𝔖𝔢𝔯𝔳𝔞𝔫𝔡𝔞: 𝔄𝔤𝔯𝔢𝔢𝔪𝔢𝔫𝔱𝔰 𝔪𝔲𝔰𝔱 𝔟𝔢 𝔨𝔢𝔭𝔱. (𝔠𝔬𝔫𝔱𝔯𝔞𝔠𝔱𝔰)

In addressing agents of the Party of the First Part as pursuant to instrument No. 2014049867, I send greetings of peace and blessings to you Commander-in-Chief and United States President, Mr. Barack H. Obama; the United States Secretary of Treasury, Mr. Jacob Lew; the Secretary of Homeland Security, Mr. Jeh Charles Johnson; the Secretary General of the United Nations, Mr. Ban Ki-moon; the Head of the National Governors Association, Mr. John Wright Hickenlooper and State of Arkansas Attorney General, Mr. Dustin McDaniel. I, Toriano-James Hervey Hopes Akwesi: ObaShango-El°™; an Autochthonous Freeholder by Primogeniture Blood Birthright Inheritance to the entire Americas, Land Owner, Landlord, Land Creditor, Creditor and clan member of the Shi-Urkantzu Thunder Clan Olmec Muurs°™, and as Founder, Authorized Agent and one of the Beneficiaries of Bank Shi-Urkantzu Muurish/Moorish Freeholder Financial Services°™ (an Autochthonous Trust); am sending you this correspondence to inform you of the publication of a notice in regards to instrument No. 2014049867, as found in PULASKI COUNTY CIRCUIT/ COUNTY CLERK, REAL ESTATE ROOM 102. The notice shall read in such manner: "INTERNATIONAL NOTICE TO AFFECT EVERYONE, Bank Shi-Urkantzu MMFFS, see www.pulaskiclerk.com real estate, instrument No. 2014049867, for all debtors as contained therein." It shall run in the Arkansas Democrat-Gazette for a period of 30 days; which constitutes law, and beginning from September 24th, 2014 to October 23rd, 2014.

Instrument No. 2014049867 has become private law between the Party of the First Part and Party of the Second Part; as stated within instrument No. 2014049867, and shall now be brought forth as public law in the foreign corporate United States' and 50 corporate States' Democracies after 30 days of Notice in a newspaper of general circulation. After October 23rd, 2014, by operation of Law, payments of debts and performances of obligations by the Party of the First Part shall be due in toto to the Party of the Second Part. As agreed by the Party of the First Part in instrument No. 2014049867, this is the Highest Security Interest against the Party of the First Part, and is a silver bullion backed loan and internationally secured matter pursuant to Federal law (see United States v. Kimbell Foods, Inc., 440 U.S. 715, 740 (1979). As the Party of the First Part is Lawfully beholden to the Party of the Second Part, just as the debtor is subject to the Creditor, it is the Primary duty and obligation of all Public Officers, agents and employees in the various corporate State and Federal Legislative, Executive and Judicial Branches, and subordinate agencies of the Party of the First Part; to uphold all rights of the Party of the Second Part, as pursuant to instrument No. 2014049867 in toto, and admiralty (see 994 F.2d 37: Southwestern Machinery Co., Inc., Plaintiff, Appellee, v. F/v Corey Pride, et al., Defendants, Appellees, all Trawl, Inc. and Robert Anderson, Defendants, Appellants, the Propeller Genesee Chief v. Fitzhugh, 53 U.S. 443 (1851) and the Treaty of Peace and Friendship Between Morocco and the United States (1836), United States Statutes at Large 8 Stat. 484-487, TS 244-2; 9 Bevans 1286; in toto). The Shi-Urkantzu Flag°™, Bank's Name and instrument No. 2014049867; shall identify this foreign international bank/ trust/ vessel as it navigates through commerce in the foreign corporate United States' and 50 corporate States' Democracies.

## 𝔐𝔢𝔪𝔬𝔯𝔞𝔫𝔡𝔲𝔪 𝔬𝔣 𝔏𝔞𝔴 𝔞𝔫𝔡 𝔥𝔦𝔰𝔱𝔬𝔯𝔶, 𝔞𝔰 𝔭𝔲𝔯𝔰𝔲𝔞𝔫𝔱 𝔱𝔬 𝔦𝔫𝔰𝔱𝔯𝔲𝔪𝔢𝔫𝔱 𝔑𝔬. 2014049867:

Being that the Commerce Clause is rooted in the Constitution for the united States of North America of 1787-1791; then this logically establishes the fact that the lawful regulation of Commerce can only be done under the De Jure form of Government; i.e. the De Jure Republic. The De Facto, foreign corporate United States' and 50 corporate States' Democracies have no lawful status and standing whatsoever, and therefore cannot lawfully regulate or impede commerce in any manner whatsoever. The following is hereby given for educational purposes to show the differences in jurisdiction between the De Jure united States of North America's and 50 States' Republics and the De Facto, foreign corporate United States' and 50 corporate States' Democracies; so that commerce may be unimpeded.

De Jure united States of North America's and 50 States' Republics; see: The Federalist Papers No. 9, No. 10 and No. 63; TRAINING MANUAL} WAR DEPARTMENT, No. 2000-25} WASHINGTON, November 30, 1928 CITIZENSHIP; the Constitution for the united States of North America, Article 1; Section 10, Article 4: Section 4 and Article 6; United States Code Title 4, Section 4; the Arkansas State Constitution of 1874, Article 2; Clause 19, House Congressional Records Appendix of August 1st, 1939 and House Congressional Records of August 19th - September 5th, 1940 - the Montana Republican Representative, Honorable Jacob Thorkelson's statements.

De Facto, foreign corporate United States' and 50 corporate States' Democracies; see: 18 USC 219, 241, 242, 951 and 1951; et al, the Inaugural Address of Franklin Delano Roosevelt given in Washington, D.C. March 4th, 1933, the



2

Fireside Chats of Franklin Delano Roosevelt, Radio addresses to the American people broadcast between 1933 and 1944; President William J. Clinton's Address Before a Joint Session of the Congress on the State of the Union January 25th, 1994; Selected Speeches of President George W. Bush from 2001 – 2008; President Barack H. Obama's speech at the U.N. General Assembly in New York on Sept. 24th, 2013; Youngstown Sheet & Tube Co. v. Sawyer, 343 U.S. 579 (1952); U.S. Term Limits, Inc. v. Thornton, 514 U.S. 779; the AETN PBS transcript of the Arkansas Governor Mike Beebe's interview from April 3rd 2014– "Arkansans Ask: The Governor", Supreme Court of Arkansas- Lake View School District No. 25 of Phillips County, Arkansas, et al., appellants, v. Governor Mike Huckabee, (2002) and The Communist Manifesto by Karl Marx and Friedrich Engels; English edition of 1888; as Democracy given support by the Public Officials **with their own words**.

<div align="right">

As my word is my bond,
Duly tendered in honor

</div>

_Toriano-James Hervey Hopes Akwesi-ObaShango-El_ ©™ _A.R.R._

Toriano-James Hervey Hopes Akwesi- ObaShango-El    a.k.a. Toriano-James: Hervey©™, "As Good As Aval", A Plenipotentiary *Sui Juris* and *Sui Generis* Consular General, Justice, Bailiff and Muurish/Moorish Marshal, Authorized Representative, Attorney-In-Fact, Private Attorney General, Private Banker, Secured Party Creditor, Judgment Creditor & Lien Holder over the United States, United States Department of the Treasury, and the State of Arkansas, *et al*; Only in capacity as a *De Jure* Land Owner, Landlord, Land Creditor, Freehold by Primogeniture Birthright Inheritance of the Fee Simple Absolute "Vast Estate Express Trust a.k.a. the Great Moorish Estate Express Trust" as was/is Established by Noble Drew Ali, and as a beneficiary of the Original Jurisdiction of Sovereign, Aboriginal Indigenous Native American Muurs/Moors. All Rights and Remedies Reserved-Uniform Commercial Code 1-103, 1-201 (b) 37, 1-202, 1-207(1-308), 2-201, 2-202, 2-606, 2-609, 3-104, 3-305, 3-401(b), 3-402(b) 1, 3-419 (3-420), 3-501-3-505, 3-603, 4-104, 4-105, 4-204, 4-215, 4-501 - 4-504, 7-103, 9-311, 9-333 *et al; et seq.*

*Jus Sanguinis, et Jus Soli Colqfiq*

     

International (f)    International (f) ©™    International (f) ©™    International (f) ©™

**7**    *Right Thumbprint*

"WE ARE TODAY, WHAT OUR ANCESTORS WERE YESTERDAY."
"What your ancient forefathers were, you are today without doubt or contradiction There is no one who is able to change men from the descendant nature of his forefathers; unless his power extends beyond the great universal Creator Allah Himself."-Noble Drew Ali, Circle 7 Moorish Holy Koran Chapter 47) verses 10-11. In Memoriam: The Moorish Science Temple of America, Subordinate Temple No. 8 in Pine Bluff, Ark of 1928. I AM Moorish Science.    THE BOOK OF LIFE

  

# **Further Orders:**

*Via* Certified Mail No.: **7012 1010 0001 0282 4199**; with return receipt, the U.S. Secretary of Treasury Jacob Lew, Secretary of the Treasury, of the United States Department of the Treasury, Governor of the World Bank and International Monetary Fund and Trustee of the United States' Bankruptcy and 50 States' Bankruptcies; acting along with United States President, Barack H. Obama as Fiduciary Trustees of the Private bank & Trust of **TORIANO JAMES HERVEY**©™/ **TORIANO J. HERVEY**©™ & the **UNITED STATES DEPARTMENT OF THE TREASURY/ IRS UCC CONTRACT TRUST ACCOUNT No. RE 381 635 818 US**, has a lawful duty to receive

this **NOTICE**, and to transmit this **KNOWLEDGE**, and shall immediately forward fax a copy of this **NOTICE** and accompanying documents to the following underlined debtor parties/correspondents, who shall then forward it to their listed Public Officials *et al*; who have a lawful duty entrusted to receive it as **NOTICE**. Under principles of agency law, see (*In re*: Agent Orange Product Liability Litigation, 597 F.Supp. 740, aff'd, 818 F. 2d 145 (CA2 1987), cert. denied Fraticelli v. Dow Chemical Co., 484 U.S. 1004 (1988):

-*Via* Certified Mail No.: 7012 1010 0001 0282 4212; with return receipt, the Arkansas Attorney General, Dustin McDaniel, who shall immediately forward fax a copy of this Security Agreement and accompanying documents to the following debtor parties:
The Arkansas State Governor
The Arkansas State Treasurer
The Arkansas Secretary of State
The Arkansas State Auditor
The Arkansas General Assembly
The Arkansas State Supreme Court
The Arkansas Department of Motor Vehicles
The Circuit Courts in all 75 Counties in the State of Arkansas
and any other parties he deems necessary

-*Via* Certified Mail No.: 7012 1010 0001 0282 4168; with return receipt, the Commander-in-Chief (Lieber Code/ CRS Report-National Emergency Powers/ Code 98-505, Emergency Bank Act of 1933 & Trading With the Enemy Act; as Amended) and United States President, Barack H. Obama, who shall immediately forward fax a copy of this Security Agreement and accompanying documents to the following debtor parties:
The United States Attorney General, Eric H. Holder (or the holder of the seat due to resignation)
The United States Secretary of Defense, Chuck Hagel
The United States Department of Defense, to be distributed to the Military
heads of the Army, Navy, Air Force, Marines and Coast Guard
*Via* Certified Mail No.: 7012 1010 0001 0282 4182; the Secretary of Homeland Security, Jeh Charles Johnson
The Comptroller of the Currency, Thomas J. Curry
The United States Secretary of State, John Kerry
The Director of INTERPOL, Shawn Bray
The Federal Reserve Board of Governors/All Banks
The President and CEO of the American Bankers Association, Francis Anthony Keating
The Chairman and CEO of Fidelity Investments, Edward Johnson III
The Commissioner of the Internal Revenue Service, John A. Koskinen
The United States Congress
The United States Supreme Court
The Pope of Rome, Pope Francis I
The Queen of England, Queen Elizabeth II
*Via* Certified Mail No.: 7012 1010 0001 0282 4205; the Head of the National Governors Association, John Wright Hickenlooper - (To be distributed to all 50 member Governors, and throughout the 50 States, to all Elected and non-elected Public Officials, and to their perspective Department of Motor Vehicles in their States)
and any other parties he deems necessary

-*Via* Certified Mail No.: 7012 1010 0001 0282 4175; with return receipt, the Secretary General of the United Nations, Ban Ki-moon, who shall immediately forward fax a copy of this Security Agreement and accompanying documents to the following debtor parties:
Muurish Gansul, Director of Aboriginal, Indigenous Muurish/Moorish Affairs
United Nations Security Council
United Nations General Assembly
Office of High Commission for Human Rights
International Criminal Court
International Court of Justice
International Court of Arbitration
and any other parties he deems necessary



11/22/2014                Division of Corporations - Online Services

Delaware.gov | Text Only              Governor | General Assembly | Courts | Elected Officials | State Agencies

---

**Department of State: Division of Corporations**

---

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service
Survey

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request
How to Form a New
Business Entity
Certifications, Apostilles
& Authentication of
Documents

Privacy Policy    Frequently Asked Questions    View Search Results

## Entity Details

### THIS IS NOT A STATEMENT OF GOOD STANDING

| | | | |
|---|---|---|---|
| File Number: | 4525682 | Incorporation Date / Formation Date: | 04/14/2008 (mm/dd/yyyy) |
| Entity Name: | THE UNITED STATES OF AMERICA, INC. | | |
| Entity Kind: | CORPORATION | Entity Type: | GENERAL |
| Residency: | DOMESTIC | State: | DE |

### REGISTERED AGENT INFORMATION

| | | | |
|---|---|---|---|
| Name: | SPIEGEL & UTRERA, P.A. | | |
| Address: | 9 EAST LOOCKERMAN ST STE 3A | | |
| City: | DOVER | County: | KENT |
| State: | DE | Postal Code: | 19901 |
| Phone: | (302)744-9800 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.
Would you like ○ Status ○ Status,Tax & History Information [ Submit ]

[ Back to Entity Search ]

To contact a Delaware Online Agent click here.

---

site map  |  about this site  |  contact us  |  translate  |  delaware.gov

11/22/2014                                        Division of Corporations - Online Services

Delaware.gov | Text Only                          Governor | General Assembly | Courts | Elected Officials | State Agencies

---

**Department of State: Division of Corporations**

---

| HOME | Privacy Policy   Frequently Asked Questions   View Search Results |
|---|---|
| About Agency | |
| Secretary's Letter | |
| Newsroom | **Entity Details** |
| Frequent Questions | |
| Related Links | |
| Contact Us | **THIS IS NOT A STATEMENT OF GOOD STANDING** |
| Office Location | |

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service
Survey

| File Number: | **2025923** | Incorporation Date / Formation Date: | **01/16/1984** (mm/dd/yyyy) |
|---|---|---|---|
| Entity Name: | **UNITED STATES OF AMERICA CORPORATION** | | |
| Entity Kind: | **CORPORATION** | Entity Type: | **CLOSED CORP** |
| Residency: | **DOMESTIC** | State: | **DE** |

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request
How to Form a New
Business Entity
Certifications, Apostilles
& Authentication of
Documents

**REGISTERED AGENT INFORMATION**

| Name: | **THE COMPANY CORPORATION** | | |
|---|---|---|---|
| Address: | **2711 CENTERVILLE RD STE 400** | | |
| City: | **WILMINGTON** | County: | **NEW CASTLE** |
| State: | **DE** | Postal Code: | **19808** |
| Phone: | **(302)636-5440** | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status  ○ Status,Tax & History Information  [ Submit ]

[ Back to Entity Search ]

To contact a Delaware Online Agent click here.

---

site map   |   about this site   |   contact us   |   translate   |   delaware.gov

11/22/2014                              Division of Corporations - Online Services

Delaware.gov | Text Only                            Governor | General Assembly | Courts | Elected Officials | State Agencies

---

**Department of State: Division of Corporations**

---

**HOME**
About Agency                    Privacy Policy   Frequently Asked Questions   View Search Results
Secretary's Letter
Newsroom                                              ## Entity Details
Frequent Questions
Related Links
Contact Us                               **THIS IS NOT A STATEMENT OF GOOD STANDING**
Office Location

**SERVICES**
Pay Taxes                    Eile Number:      **2193946**          Incorporation Date   **04/19/1989**
File UCC's                                                          / Formation Date:    (mm/dd/yyyy)
Delaware Laws Online
Name Reservation             Entity Name:      **UNITED STATES OF AMERICA, INC.**
Entity Search
Status                       Entity Kind:      **CORPORATION**       Entity Type:   **NON-PROFIT OR RELIGIOUS**
Validate Certificate
Customer Service             Residency:        **DOMESTIC**             State:      **DE**
Survey

**INFORMATION**            **REGISTERED AGENT INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees           Name:          **THE COMPANY CORPORATION**
Taxes
Expedited Services           Address:       **2711 CENTERVILLE RD STE 400**
Service of Process
Registered Agents            City:          **WILMINGTON**          County:   **NEW CASTLE**
Get Corporate Status
Submitting a Request         State:         **DE**                  Postal Code:   **19808**
How to Form a New
Business Entity              Phone:         **(302)636-5440**
Certifications, Apostilles
& Authentication of
Documents
                             Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or
                             more detailed information including current franchise tax assessment, current filing history
                             and more for a fee of $20.00.
                             Would you like  ○ Status  ○ Status, Tax & History Information  [ Submit ]

                                           [ Back to Entity Search ]

                             To contact a Delaware Online Agent click here.

---

                    site map  |  about this site  |  contact us  |  translate  |  delaware.gov

# Arkansas Democrat 🕷 Gazette
## STATEMENT OF LEGAL ADVERTISING

TORIANO OBA SHANGO-EL
1422 S MAPLE
LITTLE ROCK AR  72204

REMIT TO:
ARKANSAS DEMOCRAT-GAZETTE, INC.
P.O. BOX 2221
LITTLE ROCK, AR 72203

ATTN:    same
DATE  : 10/23/14    INVOICE #:    2945003
ACCT #: L6011821   P.O.  #:

BILLING QUESTIONS CALL 378-3812

STATE OF ARKANSAS,      }
COUNTY OF PULASKI,      } ss.

I, Annette Holcombe do solemnly swear that I am
the Legal Billing Clerk of the Arkansas Democrat -
Gazette, a daily newspaper printed and published
in said County, State of Arkansas; that I was so
related to this publication at  and during the
publication of the annexed legal advertisement in
the matter of:
            Notice
pending in the  Court, in said County, and
at the dates of the several publications of said
advertisement stated below, and that during said
periods and at said dates, said newspaper was
printed and had a bona fide circulation in said
County; that said newspaper had been regularly
printed and published in said County, and had a
bona fide circulation therein for the period of
one month before the date of the first publication
of said advertisement; and that said advertisement
was published in the regular daily issues of said
newspaper as stated below.

| DATE | DAY | LINAGE | RATE | DATE | DAY | LINAGE | RATE | DATE | DAY | LINAGE | RATE |
|------|-----|--------|------|------|-----|--------|------|------|-----|--------|------|
| 09/24 | Wed | 11 | 1.25 | 10/05 | Sun | 11 | 1.45 | 10/16 | Thu | 11 | 1.25 |
| 09/25 | Thu | 11 | 1.25 | 10/06 | Mon | 11 | 1.25 | 10/17 | Fri | 11 | 1.25 |
| 09/26 | Fri | 11 | 1.25 | 10/07 | Tue | 11 | 1.25 | 10/18 | Sat | 11 | 1.25 |
| 09/27 | Sat | 11 | 1.25 | 10/08 | Wed | 11 | 1.25 | 10/19 | Sun | 11 | 1.45 |
| 09/28 | Sun | 11 | 1.45 | 10/09 | Thu | 11 | 1.25 | 10/20 | Mon | 11 | 1.25 |
| 09/29 | Mon | 11 | 1.25 | 10/10 | Fri | 11 | 1.25 | 10/21 | Tue | 11 | 1.25 |
| 09/30 | Tue | 11 | 1.25 | 10/11 | Sat | 11 | 1.25 | 10/22 | Wed | 11 | 1.25 |
| 10/01 | Wed | 11 | 1.25 | 10/12 | Sun | 11 | 1.45 | 10/23 | Thu | 11 | 1.25 |
| 10/02 | Thu | 11 | 1.25 | 10/13 | Mon | 11 | 1.25 | | | | |
| 10/03 | Fri | 11 | 1.25 | 10/14 | Tue | 11 | 1.25 | | | | |
| 10/04 | Sat | 11 | 1.25 | 10/15 | Wed | 11 | 1.25 | | | | |

TOTAL COST ---------------------    421.30
Billing Ad #:  72818754

Subscribed and sworn to me this 27
day of October 20 14
                              Notary Public

OFFICIAL SEAL - No. 12347408
DEANNA GRIFFIN
NOTARY PUBLIC - ARKANSAS
PULASKI COUNTY
MY COMMISSION EXPIRES 1-22-2019

**Date Monday, September 22, 2014**          **12:18 PM**          **Arkansas Democrat Gazette**

*Your Sales rep is:* Pam Dycus

*My Fax # is:*

Acct: **L6011821**                **Name: Toriano Oba Shango-El**

Phone: **501-215-6636**          **Address: 1422 S. Maple**

Fax:

Reply:

City: **Little Rock**

State: **AR**          Zip: **72204**

Paytype: **CA**          Source: **WI**          TFN: ☐

Rate: **LG1**          Class: **1201**  **Legal Notices**

Days: **30**   Rate Issues: **30**          Start: **Wed, Sep 24, 2014**

Stop: **Thu, Oct 23, 2014**

Editions: **AD/NDG/**

| | | | |
|---|---|---|---|
| Other charge **0.00** | Words: **22** | Price: | **421.30** |
| Other charge **0.00** | Lines: **11** | Discount: | **0.00** |
| Other charge **0.00** | Depth: **0.74** | Commission: | **0.00** |
| Other charge **0.00** | Columns: **1** | Net Price: | **0.00** |
| Other charge **0.00** | Graphics: **0** | Tax: | **0.00** |
| | St Words: **0** | Total: | **421.30** |
| | ☐ Boxed Ad | Applied Credit: | **0.00** |

Copyline: **INTERNATIONALNOTICETOAFF**

On Hold: **Over Credit Limit**

Product Code:

Sort String: **INTERNATIONALNOTICETOA**

PO #:

Tear Sheets: ☐

INTERNATIONAL NOTICE TO
AFFECT EVERYONE
Bank Shi-Urkantzu MMFFS
See www.pulaskiclerk.com re-
al estate. instrument No.
2014049867 for all debtors. as
contained therein
72818754f

Ad shown is not actual print size

**Adid:** 72818754

# {Declaration of Third Party Certificate of Non-Response}

It is hereby certified that on **September 26th, 2014**, I, **Anthony Davison-El**, as the Third Party Presenter mailed the presentment known as the **Notice of Newspaper Publication for Bank Shi-Urkantzu, Muurish/Moorish Freeholder Financial Services**ᵒᵀᴹ and **Declaration of Third Party Certificate of Service**; a total of **Six (6) pages** in the presentment to the following recipients on behalf of the claimant/obligee **Toriano-James Hervey Hopes Akwesi: ObaShango-El**ᵒᵀᴹ, for his quest to receive due process in commercial honor and acceptance of the **Notice of Newspaper Publication for Bank Shi-Urkantzu, Muurish/Moorish Freeholder Financial Services**ᵒᵀᴹ; the time limit having elapsed for a seasoned response to the specified Notice thereto. The following recipients were:

1. **RECEIVED ON OCTOBER 2nd, 2014,**
   **United States President**
   **Barack H. Obama**
   **1600 Pennsylvania Ave.**
   **Washington, DC 20500;**
   *via* **Certified Mail No.: 7012 1010 0001 0282 4168,**
   **with return receipt**

2. **RECEIVED ON SEPTEMBER 30th, 2014,**
   **United Nations Secretary General**
   **Ban Ki-moon**
   **United Nations New York, NY 10017 USA;**
   *via* **Certified Mail No.: 7012 1010 0001 0282 4175,**
   **with return receipt**

3. **RECEIVED ON OCTOBER 1st, 2014,**
   **Secretary of Homeland Security**
   **Jeh Charles Johnson**
   **Washington, D.C.  20528;**
   *via* **Certified Mail No.: 7012 1010 0001 0282 4182,**
   **with return receipt**

4. **RECEIVED ON OCTOBER 2nd, 2014,**
   **United States Secretary of the Treasury,**
   **Jacob Lew or holder of the seat, d.b.a.**
   **Governor of the World Bank & International**
   **Monetary Fund, Trustee of the United States' &**
   **50 Corporate States' Bankrupty(cies)**
   **1500 Pennsylvania Ave NW, Washington, DC 20220;**
   *via* **Certified Mail No.: 7012 1010 0001 0282 4199,**
   **with return receipt**

5. **RECEIVED ON SEPTEMBER 29th, 2014,**
   **Head of the National Governors Association**
   **John Wright Hickenlooper**
   **National Governors Association Hall of the States,**
   **444 N. Capitol St., Ste. 267, Washington, D.C. 20001-1512;**
   *via* **Certified Mail No.: 7012 1010 0001 0282 4205,**
   **with return receipt**

6. **RECEIVED ON SEPTEMBER 30th, 2014,**

State of Arkansas Attorney General's Office,
Dustin McDaniel, or holder of the seat,
Attn: Amanda Sutherlin, acting as the Receiving Agent;
323 Center Street Suite 200, Littlerock, AR 72201;
*via* Certified Mail No.: **7012 1010 0001 0282 4212,**
with return receipt

**ESTOPPEL- Declaration of Non-Response** is hereby granted in favor of **Toriano-James Hervey Hopes Akwesi: ObaShango-El**⊕™. Whereupon the truth of all matters and things done, and being declared so under my signature and seal, I the Third Party Presenter signing below **in attestation** of the recipients' failure to respond to the **Notice of Newspaper Publication for Bank Shi-Urkantzu, Muurish/Moorish Freeholder Financial Services**⊕™ presented within the allotted time; and for the reason of **non-response/non-rebuttal**, **acceptance**, **honor**, **consent and agreement**, does **publicly and solemnly certify** the consent and agreement of **recipients**, as it may concern with this **Notice of Newspaper Publication for Bank Shi-Urkantzu, Muurish/Moorish Freeholder Financial Services**⊕™ by reason of failure to respond to the **Notice of Newspaper Publication for Bank Shi-Urkantzu, Muurish/Moorish Freeholder Financial Services**⊕™ thereof and stipulations contained therein.

**NOTICE**-The undersigned Third Party Presenter certifies that no notice of this act was required to be sent to the parties noted above; as it shall be filed for the public record in the PULASKI COUNTY CIRCUIT COURT.

**TESTIMONY:** As pursuant to **28 USC 1746 (1)**, on this ___5___ day of ___DEC.___ , A.D., ___2014___ year, I stand on this Declaration of Third Party Certificate of Service, to be made "without prejudice," "without recourse," "as good as aval" and executed "without the United States of America." I affirm and solemnly declare that I have firsthand knowledge of the facts contained herein, and that they are true, correct and complete to the best of my knowledge, understanding and belief. I now sign my name and attach my official seal.

Signature By: ___Anthony Davison El___ , **Third Party Presenter**
A.R.R. UCC 1-103, 1-207/ 1-308; *et al*

**(Right Thumb Print)**
**SEAL**

Print: ___Anthony Davison El___ _____ STATE: ___ARK.___ COUNTY: ___Pulaski___
A.R.R. UCC 1-103, 1-207/ 1-308; *et al*

Anthony Davison-El
C/o 2311 W. 17th St.
Little Rock, AR 72202

**LEGAL NOTICE:** The Third Party Presenter is an independent contractor and not a party to this claim. In fact the Third Party Presenter is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. *Tampering with a witness, victim, or an informant.* Intimidating the Third Party Presenter under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.

DECLARATION OF THIRD PARTY CERTIFICATE OF NON-RESPONSE

# 𝕯𝖊𝖈𝖑𝖆𝖗𝖆𝖙𝖎𝖔𝖓 𝖔𝖋 𝕿𝖍𝖎𝖗𝖉 𝕻𝖆𝖗𝖙𝖞 𝕮𝖊𝖗𝖙𝖎𝖋𝖎𝖈𝖆𝖙𝖊 𝖔𝖋 𝕾𝖊𝖗𝖛𝖎𝖈𝖊

It is hereby certified on the date noted below. I, **Anthony Davison-El**, as the Third Party Presenter mailed to:

1. **United States President**
   **Barack H. Obama**
   **1600 Pennsylvania Ave.**
   **Washington, DC 20500;**
   *via* **Certified Mail No.: 7012 1010 0001 0282 4168,**
   **with return receipt**

2. **United Nations Secretary General**
   **Ban Ki-moon**
   **United Nations New York, NY 10017 USA;**
   *via* **Certified Mail No.: 7012 1010 0001 0282 4175,**
   **with return receipt**

3. **Secretary of Homeland Security**
   **Jeh Charles Johnson**
   **Washington, D.C. 20528;**
   *via* **Certified Mail No.: 7012 1010 0001 0282 4182,**
   **with return receipt**

4. **United States Secretary of the Treasury,**
   **Jacob Lew or holder of the seat, d.b.a.**
   **Governor of the World Bank & International**
   **Monetary Fund, Trustee of the United States' &**
   **50 Corporate States' Bankrupty(cies)**
   **1500 Pennsylvania Ave NW, Washington, DC 20220;**
   *via* **Certified Mail No.: 7012 1010 0001 0282 4199,**
   **with return receipt**

5. **Head of the National Governors Association**
   **John Wright Hickenlooper**
   **National Governors Association Hall of the States,**
   **444 N. Capitol St., Ste. 267, Washington, D.C. 20001-1512;**
   *via* **Certified Mail No.: 7012 1010 0001 0282 4205,**
   **with return receipt**

6. **State of Arkansas Attorney General's Office,**
   **Dustin McDaniel, or holder of the seat,**
   **Attn: Amanda Sutherlin, acting as the Receiving Agent;**
   **323 Center Street Suite 200, Littlerock, AR 72201;**
   *via* **Certified Mail No.: 7012 1010 0001 0282 4212,**
   **with return receipt**

Hereinafter, "Recipients," the document and sundry papers regarding the **Notice of Newspaper Publication for Bank Shi-Urkantzu, Muurish/Moorish Freeholder Financial Services**[©TM], on behalf of **Toriano-James Hervey Hopes Akwesi; ObaShango-El**[©TM]. The documents to be mailed are as follows:

(1) A copy of the **Notice of Newspaper Publication for Bank Shi-Urkantzu, Muurish/Moorish Freeholder Financial Services**[©TM] (4) pages

(2) A copy of the **Declaration of Third Party Certificate of Service** (2) pages

a total of __Six (6)_____ pages to recipients,

**TESTIMONY:** As pursuant to __28 USC 1746 (1)__, on this _26_ day of _September_ A.D., _2014_ year, I stand on this Declaration of Third Party Certificate of Service, to be made "without prejudice," "without recourse," "as good as aval" and executed "without the United States of America." I affirm and solemnly declare that I have firsthand knowledge of the facts contained herein, and that they are true, correct and complete to the best of my knowledge, understanding and belief. I now sign my name and attach my official seal.

Signature By: _Anthony Davison EL_ _____, **Third Party Presenter**
A.R.R. UCC 1-103, 1-207/ 1-308; et al

**(Right Thumb Print)**
**SEAL**

Print: _Anthony Davison EL_ _____   STATE: _AR_ _____   COUNTY: _PULASKI_
A.R.R. UCC 1-103, 1-207/ 1-308; et al

**Anthony Davison-El**
**C/o 2311 W. 17th St.**
**Little Rock, AR 72202**

**LEGAL NOTICE:** The Third Party Presenter is an independent contractor and not a party to this claim. In fact the Third Party Presenter is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. *Tampering with a witness, victim, or an informant.* Intimidating the Third Party Presenter under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.



7012 1010 0001 0282 4168

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

WASHINGTON DC 20500

| | | |
|---|---|---|
| Postage | $ | $1.19 |
| Certified Fee | | $3.30 |
| Return Receipt Fee (Endorsement Required) | | $2.70 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $7.19 |

Postmark Here: 0016 03 — SEP 26 2014 — 09/26/2014 — LITTLE ROCK AR SCIPIO A. JONES STATION

Sent To: United States President Barack H. Obama
Street, Apt. No.; or PO Box No.: 1600 Pennsylvania Ave
City, State, ZIP+4: Washington D.C. 20500

PS Form 3800, August 2006 — See Reverse for Instructions

7012 1010 0001 0282 4175

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

NEW YORK NY 10017

| | | |
|---|---|---|
| Postage | $ | $1.19 |
| Certified Fee | | $3.30 |
| Return Receipt Fee (Endorsement Required) | | $2.70 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $7.19 |

Postmark Here: 0016 03 — SEP 26 2014 — 09/26/2014 — SCIPIO A. JONES STATION 72206

Sent To: United Nations Secretary General Ban Ki-moon
Street, Apt. No.; or PO Box No.: United Nations
City, State, ZIP+4: New York, NY 10017 USA

PS Form 3800, August 2006 — See Reverse for Instructions

7012 1010 0001 0282 4199

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

WASHINGTON DC 20220

| | | |
|---|---|---|
| Postage | $ | $1.19 |
| Certified Fee | | $3.30 |
| Return Receipt Fee (Endorsement Required) | | $2.70 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $7.19 |

Postmark Here: 0016 03 — SEP 26 2014 — 09/26/2014 — SCIPIO A. JONES STATION 72206

Sent To: United States Secretary of Treasury Jacob Lew
Street, Apt. No.; or PO Box No.: 1500 Pennsylvania Ave NW
City, State, ZIP+4: Washington, D.C. 20220

PS Form 3800, August 2006 — See Reverse for Instructions

7012 1010 0001 0282 4182

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

WASHINGTON DC 20528

| | | |
|---|---|---|
| Postage | $ | $1.19 |
| Certified Fee | | $3.30 |
| Return Receipt Fee (Endorsement Required) | | $2.70 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $7.19 |

Postmark Here: 0016 03 — SEP 26 2014 — 09/26/2014 — SCIPIO A. JONES STATION 72206

Sent To: Secretary of Homeland Security [redacted]
Street, Apt. No.; or PO Box No.: Jeh Charles Johnson
City, State, ZIP+4: Washington, D.C. 20528

PS Form 3800, August 2006 — See Reverse for Instructions

7012 1010 0001 0282 4205

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

WASHINGTON DC 20001

| | | |
|---|---|---|
| Postage | $ | $1.19 |
| Certified Fee | | $3.30 |
| Return Receipt Fee (Endorsement Required) | | $2.70 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $7.19 |

Postmark Here: 0016 03 — SEP 26 2014 — 09/26/2014 — SCIPIO A. JONES STATION 72206-1752

Sent To: Head of National Governors Association John Wright Hickenlooper
Street, Apt. No.; or PO Box No.: National Governors Association Hall of States 444 N. Capitol St, Ste 267
City, State, ZIP+4: Washington, D.C. 20001-1512

PS Form 3800, August 2006 — See Reverse for Instructions

7012 1010 0001 0282 4212

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

LITTLE ROCK AR 72201

| | | |
|---|---|---|
| Postage | $ | $1.19 |
| Certified Fee | | $3.30 |
| Return Receipt Fee (Endorsement Required) | | $2.70 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $7.19 |

Postmark Here: 0016 03 — SEP 26 2014 — 09/26/2014 — SCIPIO A. JONES STATION 72206-1752

Sent To: State of Arkansas Attorney General Dustin McDaniel
Street, Apt. No.; or PO Box No.: 323 Center St. Ste. 200
City, State, ZIP+4: Little Rock, AR 72201

PS Form 3800, August 2006 — See Reverse for Instructions

USPS Tracking Intranet                          Page 1 of 1

# **Product Tracking & Reporting**

**Home**       **Search**       **Reports**       **Manual Entry**       **Rates/ Commitments**       **PTR**

## **USPS Tracking Intranet**
## **Delivery Signature and Address**

**Tracking Number: 7012 1010 0001 0282 4168**

**This item was delivered on 10/02/2014 at 03:24:00**

< Return to Tracking Number View



Enter up to 10 items separated by commas.

USPS Tracking Intranet                                                              Page 1 of 1

# **Product Tracking & Reporting**

| **Home** | **Search** | **Reports** | **Manual Entry** | **Rates/ Commitments** | **PTR** |

## **USPS Tracking Intranet**
## **Delivery Signature and Address**

**Tracking Number: 7012 1010 0001 0282 4175**

**This item was delivered on 09/30/2014 at 11:58:00**

< Return to Tracking Number View



Enter up to 10 items separated by commas.

USPS Tracking Intranet                                           Page 1 of 1

# Product Tracking & Reporting

**Home**          **Search**          **Reports**          **Manual Entry**          **Rates/ Commitments**          **PTR**

## USPS Tracking Intranet
## Delivery Signature and Address

**Tracking Number: 7012 1010 0001 0282 4182**

**This item was delivered on 10/01/2014 at 11:25:00**

< Return to Tracking Number View



Enter up to 10 items separated by commas.

USPS Tracking Intranet                                          Page 1 of 1

## Product Tracking & Reporting

Help
UNITED STATES
POSTAL SERVICE®

| Home | Search | Reports | Manual Entry | Rates/Commitments | PTR / EDW | USPS Corporate Accounts | October 20, 2014 |

**USPS Tracking Intranet**

**Delivery Signature and Address**

Tracking Number: 7012 1010 0001 0282 4199

This item was delivered on 10/02/2014 at 03:27:00

< Return to Tracking Number View



Enter up to 10 items separated by commas.

Select Search Type: Quick Search      [ Submit ]

Product Tracking & Reporting, All Rights Reserved
Version: 1.9.1.9

USPS Tracking Intranet                                                      Page 1 of 1

## Product Tracking & Reporting

UNITED STATES
POSTAL SERVICE®

Help

| Home | Search | Reports | Manual Entry | Rates/ Commitments | PTR / EDW | USPS Corporate Accounts | October 20, 2014 |

**USPS Intranet**
**Delivery Signature and Address**

Tracking Number: 7012 1010 0001 0282 4205

This item was delivered on 09/29/2014 at 13:26:00

< Return to Tracking Number View

Enter up to 10 items separated by commas.

Select Search Type: Quick Search          Submit

Product Tracking & Reporting, All Rights Reserved
Version: 1.9.1.9

USPS Tracking Intranet                                              Page 1 of 1

## Product Tracking & Reporting

**UNITED STATES POSTAL SERVICE®**

Help

| Home | Search | Reports | Manual Entry | Rates/Commitments | PTR / EDW | USPS Corporate Accounts | October 20, 2014 |

**USPS Tracking Intranet**

**Delivery Signature and Address**

Tracking Number: 7012 1010 0001 0282 4212

This item was delivered on 09/30/2014 at 07:27:00

< Return to Tracking Number View



Enter up to 10 items separated by commas.

Select Search Type:  Quick Search    [ ]      [ Submit ]

Product Tracking & Reporting, All Rights Reserved
Version: 1.9.1.9

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

State of Arkansas
Attorney General's Office
Dustin McDaniel, or holder of the seat
Attn: Amanda Sutterlin acting as
receiving agent; 323 Center St.
Ste 200, Little Rock, AR 72201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  L. Hall
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
9-29-14

D. Is delivery address different from Item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7012 1010 0001 0282 4212

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United Nations Secretary General
Ban Ki-moon
United Nations New York, NY
10017 USA

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from Item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7012 1010 0001 0282 4175

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States President
Barack H. Obama
1600 Pennsylvania Ave
Washington, DC 20500

**COMPLETE THIS SECTION ON DELIVERY**

WHITE HOUSE OFFICE
WASHINGTON, D.C. 20500
X   ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
OCT 2014

D. Is delivery address different from Item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7012 1010 0001 0282 4168

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



I hereby certify that the foregoing instrument is a true and correct copy of the

Original _UCC Financing Statement_

filed in this office _Dec 5_ , 20 _14_ IN TESTIMONY WHEREOF.

I have hereunto set my hand and seal of this office this _May 27_ 20 _20_.

TERRI HOLLINGSWORTH, Pulaski County, Arkansas Circuit County Clerk

By: _Andrea Ortega_ , Deputy Clerk