2014073970 Case 3:20-cv-00042-CAR-CHW Document 98-3 Filed 07/19/23 Page 1 of 3
Received 12/16/2014 29 Recorded
Filed & Recorded in Official Records of Larry Crane, PULASKI COUNTY
CIRCUIT/COUNTY CLERK Fees $20.00

**Form 56** (Rev. December 2007)
Department of the Treasury
Internal Revenue Service

# Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

## Part I — Identification

**Name of person for whom you are acting (as shown on the tax return):** Bank Shi-Urkantzu MMFFS ©TM

**Identifying number:** 2014049867

**Decedent's social security no.:** N/A

**Address of person for whom you are acting (number, street, and room or suite no.):**
C/o 1422 South Maple Street, Little Rock, Arkansas State near [72204] united States of America; Zip exempt/ Nonresident/

**City or town, state, and ZIP code (if a foreign address, see instructions):**
Non-Domestic/ Republic; W/o the U.S. by order of lex domicilii (Al Moroc/ Amexem/ Washitaw Territory & Empire)

**Fiduciary's name:**
Mr. Jacob Lew, Secretary of the Treasury of the U.S. Department of the Treasury; et al U.S. Fiduciaries- see pt. 4 § 9 below

**Address of fiduciary (number, street, and room or suite no.):**
1500 Pennsylvania Ave. NW

**City or town, state, and ZIP code:** Washington, DC 20220

**Telephone number (optional):** ( N/A ) N/A

## Part II — Authority

1  Authority for fiduciary relationship. Check applicable box:
- a(1) ☐ Will and codicils or court order appointing fiduciary . . . . . . . . (2) Date of death ............
- b(1) ☐ Court order appointing fiduciary . . . . . . . . . . . . (2) Date (see instructions) ............
- c ☐ Valid trust instrument and amendments
- d ☑ Other. Describe ▶ U.S./Morocco Treaty of 1836 in toto, Instrument No. 2014071800 & Instrument No. 2014049867 PULASKI COUNTY CIRCUIT/ COUNTY CLERK, REAL ESTATE ROOM 102; see www.pulaskiclerk.com

## Part III — Nature of Liability and Tax Notices

2  Type of tax (estate, gift, generation-skipping transfer, income, excise, etc.) ▶ N/A
3  Federal tax form number (706, 1040, 1041, 1120, etc.) ▶ N/A
4  Year(s) or period(s) (If estate tax, date of death) ▶ N/A
5  If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **all** items described on lines 2, 3, and 4, check here . . . . . . . . . . . . . . . . . . ▶ ☑
6  If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **some** (but not all) of the items described on lines 2, 3, and 4, check here ▶ ☐ and list the applicable federal tax form number and the year(s) or period(s) applicable  N/A

## Part IV — Revocation or Termination of Notice

### Section A—Total Revocation or Termination

7  Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . ▶ ☐

Reason for termination of fiduciary relationship. Check applicable box:
- a ☐ Court order revoking fiduciary authority
- b ☐ Certificate of dissolution or termination of a business entity
- c ☐ Other. Describe ▶ N/A

*INTERNAL REVENUE SERVICE — LITTLE ROCK TAXPAYER ASSISTANCE — DEC 16 2014 — RECEIVED 35406*

### Section B—Partial Revocation

8a  Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . . . ▶ ☐
b  Specify to whom granted, date, and address, including ZIP code.
▶ N/A

### Section C—Substitute Fiduciary

9  Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . . ▶ ☑
▶ Mr. Barack H. Obama, President of the United States, 1600 Pennsylvania Ave. NW Washington, DC 20500
Mr. John A. Koskinen, Commissioner of the IRS, 1111 Constitution Ave. NW Washington, DC 20224-0002

For Paperwork Reduction Act and Privacy Act Notice, see back page.   Cat. No. 16375I   Form **56** (Rev. 12-2007)

Form 56 (Rev. 12-2007)                                                                                               Page **2**

### Part V — Court and Administrative Proceedings

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | Date proceeding initiated |
|---|---|
| Administrative Procedure to the U.S. Secretary of the Treasury, Mr. Jacob Lew | 5/08/2013 at 4:25 a.m. |

| Address of court | Docket number of proceeding |
|---|---|
| Pulaski County Courthouse Real Estate Room 102 | No. 2014071800 and No. 2014049867 |

| City or town, state, and ZIP code | Date | Time | a.m./p.m. | Place of other proceedings |
|---|---|---|---|---|
| 401 West Markham St. Little Rock, AR 72201 | 12/05/2014 | 11:26:00 | p.m. | Democrat Gazette |

### Part VI — Signature

**Please Sign Here**

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer. Notice: I certify pursuant to 28 USC 1746 (1), Bank Shi-Urkantzu MMFFS ©TM is a foreign, Non-Tax obligated entity, and this notice concerning fiduciary relationship is executed on behalf of the fiduciaries contained herein as pursuant to a Secured Transaction. NOTICE: Please see below.

▶ *Toriano OlaShango-El ©™ A.R.R.*   Auth. Agent/ Executor; et al    12-16-2014
Fiduciary's signature: UCC 1-103, 1-207/1-308 & 9-311; et al- W/o Prejudice  Title, if applicable    Date

Form **56** (Rev. 12-2007)

NOTICE: The signature, beneficiary rights and all property described in Instrument No. 2014071800 and No. 2014049867; in Pulaski County Courthouse Real Estate Room 102, www.pulaskiclerk.com; are the trust property of Bank Shi-Urkantzu MMFFS ©TM. The signature of the Authorized Agent/ Executor of this notice concerning fiduciary relationship is bonded in Gold, Silver and Copper Bullion. Please see the instrument numbers for proof of these bonds listed in the financing statements of Instrument No. 2014071800 and No. 2014049867. The lawful status of the Authorized Agent/ Executor is: A Paleo-American, Autochthonous Aboriginal, Indigenous Native American Muur/ Moor, Founder, Beneficiary, Secured party Creditor, Muurish/ Moorish Consulate, DNA Primogeniture Freeholder by Blood Birthright Inheritance with Droit-Droit Status.

For proof of Status, please see the financing statements of Instrument No. 2014071800 and No. 2014049867 for Muurish/ Moorish Estate/ Vast Estate heirship status in connection to Lands. For the Foreign Non-Tax Obligated Status and Non-Tax Filing Status of Bank Shi-Urkantzu MMFFS ©TM; please see Instrument No. 2014071800 and No. 2014049867 in toto. You may also reference the following: Internal Revenue Service Manual- Part 21. Customer Account Services, Chapter 7. Business Tax Returns and Non-Master File Accounts, Section 13. Assigning Employer Identification Numbers (EINs)- 21.7.13.2.1 (03-21-2013) When an EIN is Required: Exception: A foreign entity/person that does not have income effectively connected with the conduct of a trade or business, and does not have an office or place of business or paying agent in the United States, is not required to obtain an EIN and does not have to file a return.

The President of the United States, the Secretary of the Treasury of the U.S. Department of the Treasury and the Commissioner of the IRS, as well as all successors, offices, officers, agencies, agents and employees, and other obligors contained in Instrument No. 2014071800 and No. 2014049867 in toto; owe a fiduciary obligation to Bank Shi-Urkantzu MMFFS ©TM; for acceptance, honor and monetization of all commercial instruments (cash) issued by Bank Shi-Urkantzu MMFFS ©TM, and owe payments of all debts and performance of all obligations; as pursuant to Instrument No. 2014071800 and No. 2014049867 in toto. I certify pursuant to 28 USC 1746 (1), that the facts of all matters herein stated to be the truth; with my right thumbprint given in red ink to seal this document. I now give my official seal and signature below. As my word is my bond, duly tendered in honor.

*Toriano OlaShango-El ©™ A.R.R.*
Authorized Agent & Executor of Bank Shi-Urkantzu MMFFS ©TM, UCC 1-103, 1-207/1-308,
3-305, 7-103 & 9-311; et al- W/o Prejudice Complete Title,
Indefeasible Title & Perfect Title; Droit-Droit



Right Thumbprint



I hereby certify that the foregoing instrument is a true and correct copy of the Original Notice Concerning Fiduciary Relationship filed in this office Dec. 16, 20 14. IN TESTIMONY WHEREOF, I have hereunto set my hand and seal of this office this May 27, 20 20

TERRI HOLLINGSWORTH, Pulaski County, Arkansas Circuit County Clerk

By: Andrea Veety, Deputy Clerk