# NOTARY PRESENTMENT

State of Arizona        )
County of Maricopa   )

## CERTIFICATION OF MAILING

It is hereby certified that, at the personal request of Aleph Amnon Uryan El, on or about the date signed below, I, the undersigned Notary witness, being commissioned in the County and State noted above, personally verified that these documents were placed in an envelope and sealed by me. They were sent by United States Post Office Registered Mail receipt number _____ to

<u>Document Name</u>

1. NOTARY PRESENTMENT pages 1.
2. **Affidavit of Title and Beneficial Ownership pursuant to Bank Shi-Urkantzu, Muurish/Moorish Freeholder Financial Services©™ pages 5.**
3. **Exhibit (A) Certified Copy BANK SHI-URKANTZU, MUURISH/MOORISH FREEHOLDER FINANCIAL SERVICES©™ Recorded: 8/28/2014 Filed & Recorded (see www.pulaskiclerk.com real estate room 102 Instrument No. 2014049867) Pages 66.**
4. **Exhibit (B) Certified Copy Notice of Newspaper Publication for Bank Shi-Urkantzu, Muurish/Moorish Freeholder Financial Services©™ Recorded 12/05/2014 Filed & Recorded (see www.pulaskiclerk.com, in real estate room 102 instrument No. 2014049867 & 2014071800) pages 27.**
5. **Exhibit (C) Certified Copy Notice Concerning Fiduciary Relationship Recorded: 12/16/2014 Filed & Recorded (see www.pulaskiclerk.com in real estate room 102 instrument No. 20140739700) pages 2.**
6. Exhibit (D) Affidavit of true and exact copy of the Congressional Record proceedings and debates of the 90th Congress first session Volume 113-part 12 June 12th 1967- June 20th 1967 (The 14th Amendment is Unconstitutional pages 15641- 15646) pages 9.
7. Exhibit (E) Affidavit of true and exact copy of the Georgia Archives University System of Georgia (14th and 15th Amendment to the Constitution of The United States were never validly adopted pages 1-4) pages 4.

Total Pages 114

Robbie Sue Perkins, Notary Public
Address: 2333 East Sheraton Lane
Phoenix, AZ 85040

[Notary Seal: ROBBIE SUE PERKINS, Notary Public - Arizona, Maricopa County, Commission # 578984, My Comm. Expires Mar 23, 2024]

WITNESS my hand and official seal.   *Robbie Sue Perkins*   07/11/2022
SEAL only for notary verification           Robbie Sue Perkins, NOTARY            DATE
Not notarization of a signature