



EXPRESS MAIL
UNITED STATES POSTAL SERVICE™

www.usps.gov

LABEL 119

MAIL EXPRESS®

FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

  

EXPRESS MAIL
UNITED STATES POSTAL SERVICE™
1007

30601

UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®



U.S. POSTAGE PAID
PME 2-Day
PHOENIX, AZ
85042
JUL 11, 22
AMOUNT
$26.95
R2304Y122109-11

EI 419 979 792 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)          PHONE ( )

Bobbie Sue Perkins, Notary Public
2333 East Sheraton Lane
Phoenix, AZ 85040

**DELIVERY OPTIONS (Customer Use Only)**

☒ SIGNATURE REQUIRED *Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.*

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
   *Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)          PHONE ( )

Presiding Judge C. Ashley Royal
or holder of the Seat
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
115 East Hancock Avenue
Athens, Georgia

ZIP + 4® (U.S. ADDRESSES ONLY)

3 0 6 0 1 - 

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

 **PEEL FROM THIS CORNER**

**PAYMENT BY ACCOUNT (if applicable)**

| USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No. |
|---|---|

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☐ 1-Day | ☑ 2-Day | ☐ Military | ☐ DPO |
|---|---|---|---|
| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage | |
| 85042 | 7-13-22 | $ 2695 | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
| 07/08/22 | ☐ 12:00 PM | $ | $ |
| Time Accepted | | Return Receipt Fee | Live Animal Transportation Fee |
| 4:28 ☐ AM ☒ PM | | $ | $ |
| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees | |
| $ | $ | | |
| Weight | ☒ Flat Rate | Acceptance Employee Initials | $ 26.95 |
| 1 lbs. 5.40 ozs. | | YB | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | | Employee Signature |
|---|---|---|---|
| | | ☐ AM ☐ PM | |
| Delivery Attempt (MM/DD/YY) | Time | | Employee Signature |
| | | ☐ AM ☐ PM | |

LABEL 11-B, MAY 2021          PSN 7690-02-000-9996



UNITED STATES POSTAL SERVICE®