**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 3:20-CR-44 (CAR) |
| DEFENDANT | TYPE OF PROCESS |
| MARQUET ANTWAIN BURGESS MATTOX | SEE BELOW |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Marquet Antwain Burgess Mattox
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
c/o Butts County Detention Center, 835 Ernest Biles Drive, Jackson, Georgia 30233

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
United States Attorney's Office - Middle District of Georgia
Michael D. Morrison, Assistant United States Attorney
Post Office Box 1702
Macon, Georgia 31202

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

1. Motion and Memorandum of the United States for the Issuance of a Preliminary Order of Forfeiture/Money Judgment, and Proposed Preliminary Order of Forfeiture/Money Judgment

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 478-752-3511
DATE: 7/14/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 2
District of Origin No. 20
District to Serve No. 20
Signature of Authorized USMS Deputy or Clerk: dg
Date: 07/14/2022

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Date: 07/14/2022   Time: 13 30   [X] pm

Address (complete only different than shown above):
115 HANCOCK AVE ATHENS GEORGIA

Signature of U.S. Marshal or Deputy:
CIDUSM ANTRY PEARSON

Costs shown on attached USMS Cost Sheet >>

REMARKS

Form USM-285
Rev. 03/21