FILED '22 0711 AM09:45 USDC-MDGA MAC

Private    Priority    Exclusive    Urgent    Proprietary matter

Not for public consumption and demand to seal due to private Conflict laws

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

UNITED STATES OF AMERICA                    Case no. 3:20-CR-44 (CAR)

v

MARQUET ANTWAIN BURGESS
        MATTOX,
aka MARQUET ANTWAIN
        BURGESS MATTOXEL,
aka MARQUET BURGESS
        MATTOX,
aka ASIM ASHUNIA EL,
aka ASIM EL BEY,
        Personne physique.

        — Jurisdiction Challenge
        — Assignment theory
        — release from IRS responsibility
        — substitution theory
        — equity argument
        — alot of duplication

DEFENDANT'S
EXHIBIT
PENGAD 800-631-6989

page 1 of 7

Convey, Transfer, Assign

in good faith, honorable intent, clean hands, and by rights of redemption in subrogation and equity, i Convey, transfer, and assign Custodians offer to contract attached identified as:

Case name        USA v MATTOX
Case number      3:20-cr-00044-CAR-CHW
dated            6/28/2022 at 11:57 AM EDT

to and for the account of the United States for a full acquittance and discharge for all purposes of the debt, matter, instrument, obligation, etc.

Date: July 7, 2022          Print: Burgess Mattox El, marquiet Amburn

                            by: No Rights wraf
                            Persaine physique, a civilian,
                            private person / natural person,
                            principal, grantor, settlor, trustor,
                            majority
                            all God given rights reserved
                            and non waived

Affidavit of Facts

On this day, July 7, 2022, I Burgess matrix El Marquet Antwan Persian physique, a civilian, private citizen/natural person, principal, grantor, settlor, trustee, majority; a flesh and blood living man in full life states that all facts are made with full knowledge of each fact stated and put forth that I affirm the following:

In good faith, honorable intent, clean hands, and by rights of redemption in subrogation and equity, on May 25, 2022, via "exclusive equity" I appointed custodians to the matter and ascribed custodian duties; custodians identified as follows:

- David W. Bunt DBA DAVID W. BUNT CLERK OF COURT
  United States District Court middle District of Georgia Macon Division

- Lyndie M Freeman DBA LYNDIE M FREEMAN ASSISTANT UNITED STATES ATTORNEY   United States Department of Justice

- Peter D. Leary DBA PETER D. LEARY UNITED STATES ATTORNEY
  United States Department of Justice

- C Ashley Royal DBA C ASHLEY ROYAL DISTRICT JUDGE
  United States District Court Middle District of Georgia Athens Division

- Hilda Garcia DBA HILDA GARCIA SUPERVISOR
  Departmento De Hacie da De Puerto Rico

I affirm, I made a special deposit to the court of my private property original authenticated private estate / private trust / private deed that's been on deposit with the court since October 23, 2020, identified as Marquet Antwan Burgess Matrix "estate" Georgia "nation state." Certificate of live birth, file number 1972 GA 00TC 18065, certificate number 752022, delivered to custodian Charles H. Weigle DBA CHARLES H. WEIGLE MAGISTRATE JUDGE United States District Court middle District of Georgia Macon Division; I also delivered additional private property, certificate number 52665764 to custodian David W. Bunt around May 25, 2022; takes without just compensation; and held by resultant custodian.

i affirm the aforementioned "estate" is not abandoned; estate was conveyed to Burgess Mattox Marquet Antwan "foreign estate" July 2015; secured by a 9-trillion United States dollars first lien position in my favor August 2015; delivered to Departmento De Hacienda De Puerto Rico, via "Special deposit" August 2015; Confirmed received, processed, and approved; verifiably via Hilda Garcia DBA HILDA GARCIA SUPERVISOR inheritance department Departmento De Hacienda; estate is also evidenced via recording August 2015, Clerk of Court, Oconee County, Government, Georgia "nation state."

i affirm custodians are not heirs nor beneficial heirs nor qualified heirs to my private estate nor to any of my private property; thats without my compensation and held by resultant custodians

on may 25, 2022, i affirmed via affidavit of ownership that i am the principal; beneficiary; the aforementioned are my private property.

on may 25, 2022, i granted custodians limited discretionary authority to utilize the aforementioned special deposit of my private property that's on deposit with the court to immediately and permanently settle, discharge, and close "all" debt, liabilities, tax liabilities, cases, case numbers, docket numbers, accounts, account numbers, bonds, securities, instruments, charges, claims, true bill, etc., identified infra, etc., for a full acquittance and discharge for all purposes of the entire matter, debt, obligation, etc., for the benefit of Burgess Mattox El Marquet Antwan; the debt, matter, etc., also identified as follows:

United States District Court for the middle District of Georgia
    Case        3:20-cr-00044-CAR-CHW
    Case no.    3:20-CR-44-(CAR)
                3:20-CR-44-CAR1
                3:20-CR-44-CC1(CAR)
                3:20-CR-44-CAR
                3:20-CR-044-CAR-CHW-1
                3:20-cr-44-(CAR)
                3:20-cr-44-CAR
                3:20-cr-44-CC(CAR)
etc., and to include any/all additional cases, case numbers,
docket numbers, etc., to the entire matter, etc., known and unknown.

Page 4 of 7

i affirm i am a flesh and blood living man in full life, personne physique, a civilian, private person / natural person, majority.

i affirm i have never given consent orally or written for any custodian nor anyone else to ever effect or abrogate my private rights.

i am not a domestic corporation nor domestic partnership nor domestic residence nor domestic trust nor domestic estate.
i am not lost at sea nor lost beyond the sea ; i am not dead nor deceased nor a decedent nor civiliter mortuus nor ens legis.

the Court lacks jurisdiction.

i affirm on May 25, 2022, i challenged jurisdiction and i challenged subject matter jurisdiction

i affirm by rights of redemption in subrogation and equity, between October 23, 2020, and July 7, 2022, the entire debt, matter, obligation, etc. have "all" been conveyed, transferred, and assigned to and for the account of the United States for a full acquittance and discharge for all purposes of the debt, matter, obligation, etc., and then delivered to custodians including custodian Hilda Garcia and custodian David W. Bunt.

i affirm, humbly and respectfully decline custodian's offer to contract / fraudulent inducement / contract to slavery / chattel slavery / forced assimilation / bondage / bond servitude / crimes against humanity / human trafficking / trafficking in human cargo, etc., against a flesh and blood living man in full life, personne physique, civilian, private person / natural person, majority, me ; and i respectfully return custodian's aforementioned contract attached back to custodians ;
Contract identified as follows :

| | |
|---|---|
| Case name | USA v MATTOX |
| Case number | 3:20-cr-00044-CAR-CHW |
| dated | 6/28/2022 at 11:57 AM EDT |

i affirm i respectfully decline custodian's offer for me a flesh and blood living man in full life, personne physique, civilian, private person / natural person, majority, to make a "Special Appearance"

i affirm by rights of redemption in subrogation and equity, i convey, transfer, and assign Custodian's document / instrument / contract aforementioned and attached to and for the account of the United States for a full acquittance and discharge, etc., and return to custodians.

i affirm on October 7, 2020, through acts of "treason" i was kidnapped by custodians and have been involuntarily held hostage via false imprisonment by custodians for twenty one months in BUTTS COUNTY GOVERNMENT JAIL 235 Ernest Biles Drive, Jackson, Georgia "nation state"; under legal disability to contract.

the court is moved in "exclusive equity" to immediately utilize the special deposit of my private property, private estate / private trust / private deed identified supra on page 3, etc., to immediately and permanently settle, discharge, and close "all" debt, etc., to the matter, obligation, etc., identified supra, attached, and previously delivered to custodians, etc., for a full acquittance and discharge for all purposes of the debt, matter, obligation, etc., revoking any detention order to the matter, returning my private property back to me, rightfully returning my private property identified as my body back to me, setting me at liberty this day from false imprisonment without further delay or further acts of treason. i now hereby document into record Burgess Mattox El, Marquet Antwain personne physique, a civilian, private person / natural person, principal, grantor, settlor, trustee, majority; a flesh and blood living man in full life operating with clean hands, as of this day. i further affirm that the aforemention facts herein are true, correct, and complete to the best of my knowledge and belief and affirmed as the truth.


Date: July 7, 2022            Print: Burgess Mattox El, Marquet Antwain

                              by: No Rights waived
                              personne physique,  a civilian,
                              private person / natural person,
                              principal, grantor, settlor, trustee,
                              majority,
                              all God given rights reserved
                              and non waived

to:   Custodian David W. Bunt DBA DAVID W. BUNT CLERK OF COURT
United States District Court Middle District of Georgia Macon Division
475 Mulberry Street
Macon, Georgia "Nation State"

to:   Custodian Lyndie M Freeman DBA LYNDIE M FREEMAN ASSISTANT
UNITED STATES ATTORNEY
United States Department of Justice
3rd Mulberry Street
Macon, Georgia "Nation State"

to:   Custodian Hilda Garcia DBA HILDA GARCIA SUPERVISOR
Departmento De Hacienda
10 Covadongo,
San Juan Puerto Rico

FILED '22 07 11 AM09:45 NDGA-MAC

by rights of redemption in Subrogation and equity
i convey, transfer, and assign the entire debt, matter, instrument,
obligation, etc., on the obverse side, etc., to and for the account of the
United States for a full acquittance and discharge for all purposes of
the debt, matter, obligation, etc.

Date: July 7, 2022

Print: Burgess mattox El, marquez Antwain
by: no rights waived
    personne physique, a Civilian,
    private person / natural person,
    principal, grantor, settlor, trustee,
    majority
    all God given rights reserved
    and non waived



Private    Priority    Exclusive    Urgent    Proprietary Matter

Not for public consumption and demand to seal due to Private Conflict laws

### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF GEORGIA
### ATHENS DIVISION

UNITED STATES OF AMERICA                    Case m. 3:20-CR-44 (CAR)

    V

MARQUET ANTWAIN BURGESS
      MATTOX,
aka MARQUET ANTWAIN
      BURGESS MATTOX EL,
aka MARQUET BURGESS
      MATTOX,
aka ASIM ABRAHA EL,
aka ASIM EL BEY,
      Personne Physique.

Convey, Transfer, and Assign

in good faith, honorable intent, Clean hands, and by rights of redemption in Subrogation and equity, I Convey, transfer, and assign Custodians offer to Contract attached identified as:

Case name        USA v MATTOX
Case number      3:20-cr-CCC44-CAR-CHW
dated            6/29/2022 at 11:51 AM EDT

to and for the account of the United States for a full acquittance and discharge for all purposes of the debt, matter, instrument, obligation, etc.

Date : July 8, 2022          Prior: Burgess Mattox El, Marquise Ambrains

                             by : no rights waived
                             person: physicus, a civilian,
                             private person / natural person,
                             Principal, Grantor, settlor, trustor,
                             Majority
                             all Prof given rights reserved
                             and non waived

Affidavit of facts

on this day, July 8, 2022, i Burgess Mattox El, Margaret Anthony, personal phisique, a civilian, private person / natural person, principal, grantor, settlor, trustee, majority, a flesh and blood living man in full life states that all facts are made with full knowledge of each fact stated and put forth that i affirm the following

in good faith, honorable intent, clean hands, and by rights of redemption in subrogation and equity on May 25, 2022, via "exclusive equity" i appointed custodians to this matter and ascribed custodian duties; custodians identified as follows:

David W. Brunt DBA DAVID W. BRUNT CLERK OF COURT United States District Court middle District of Georgia Macon Division

Lyndie M Freeman DBA LYNDIE M FREEMAN ASSISTANT UNITED STATES ATTORNEY   United States Department of Justice

Peter D. Leary DBA PETER D. LEARY  UNITED STATES ATTORNEY United States Department of Justice

C Ashley Royal DBA C ASHLEY ROYAL  DISTRICT JUDGE United States District Court middle District of Georgia Athens Division

Hilda Garcia DBA HILDA GARCIA SUPARVESO Departamento De Hacienda De Puerto Rico

i affirm, made a special deposit to the court of my private property original authenticated private estate / private trust / private deed that's been on deposit with the court since October 23, 2020, identified as Margaret Anthony Burgess Mattox "estate" Georgia "nation state" certificate of live birth, file number 1972 BA09012065, certificate number 758022, delivered to custodian Charles H. weigle DBA CHARLES H. WEIBLE MAGISTRATE JUDGE United States District Court middle District of Georgia Macon Division; i also delivered additional private property, certificate number 320657764 to custodian David W. Brunt around May 25, 2022; takes without just compensation and held by resultant custodian.

i affirm the aforementioned "estate" is not abandoned; estate was conveyed to Burgess Matthew Marquett Antican "foreign estate" July 2015; secured by a 98 billion United States dollars first lien position in my favor August 2015; delivered to Departmento De Hacienda De Pureto Rico via "Special deposit" August 2015; confirmed received processed and approved; verifiable via Hilda Garcia DBA HILDA GARCIA SUPERVISOR inheritance department Departmento De Hacienda; estate is also evidenced via recording August 2015, Clerk of Court, Oconee County, Government, Georgia "nation state."

i affirm custodians are not heirs, nor beneficial heirs, nor qualified heirs to my private estate, nor any of my private property; takes without just compensation and held by resultant custodian.

on May 25, 2022, i affirmed via affidavit of ownership that i am the principal; beneficiary; the aforementioned are my private property.

on May 25, 2022, i granted custodians limited discretionary authority to utilize the aforementioned special deposit of my private property that's on deposit with the court to immediately and permanently settle, discharge, and close "all" debt, liabilities, tax liabilities, cases, case numbers, docket numbers, accounts, account numbers, bonds, securities, instruments, charges, claims, true bill, etc., identified infra, etc., for a full acquittance and discharge for all purposes of the entire matter, debt, obligation, etc., for the benefit of Burgess Matthew El, Marquett Antican; the debt, matter, etc., also identified as follows:

United States District Court for the Middle District of Georgia
    case         3:20-cr-00044-CAR-CHW
    case no.     3:20-CR-44-(CAR)
                 3:20-CR-44-CAR
                 3:20-CR-44-CC1 (CAR)
                 3:20-CR-44-CAR
                 3:20-CR-CHW-CAR-CHW-1
                 3:20-cr-44-(CAR)
                 3:20-cr-44-CAR)
                 3:20-cr-44-CC1 (CAR)
etc., and to include any/all additional cases, case numbers, docket numbers, etc., to the entire matter, etc., known and unknown.

i affirm i am a flesh and blood living man in full life, personae physique, a civilian, private person/ natural person, majority;

i affirm i have never given consent orally or written for any custodian nor anyone else to ever effect or abrogate my/ private rights.

i am not a domestic corporation nor domestic partnership nor domestic resident nor domestic trust nor domestic estate. i am not lost at sea nor lost beyond the sea; i am not dead nor deceased nor a decedent nor civiliter mortuus nor ens legis.

the court lacks jurisdiction.

i affirm on May 25, 2022, i challenged jurisdiction and i challenged subject matter jurisdiction.

i affirm by rights of redemption in subrogation and equity, between October 23, 2020, and July 8, 2022 the entire debt, matter, obligation, etc., have "all" been conveyed, transferred, and assigned to and for the account of the United States for a full acquittance and discharge for all purposes of the debt, matter, obligation, etc., and then delivered to custodians including custodian Hilda Garcia and custodian David W. Brook.

i affirm, i humbly and respectfully decline custodian's offer to contract/ fraudulent inducement/ contract to slavery/ chattel slavery/ forced assimilation/ bondage/ forced servitude/ crimes against humanity/ human trafficking/ trafficking in human cargo, etc., against a flesh and blood living man in full life, personae physique, civilian, private person/ natural person, majority, me; and i respectfully return custodian's offer within contract attached back to custodians/. Contract identified as follows:

    case name       USA v MATTOX
    case number     3:20-cr-00044-CAR-CHW
    dated           6/29/2022 at 11:51 AM EDT

i affirm i respectfully decline custodian's offer for me a flesh and blood living man in full life, personae physique, civilian, private person/ natural person, majority, to make a "Special Appearance".

i affirm by rights of redemption in subrogation and equity, i convey, transfer, and assign custodian's document / instrument / contract obligation and attached to and for the account of the United States for a full acquittance and discharge, etc., and return to custodians.

i affirm on October 2, 2020, through acts of "treason" i was kidnapped by custodians and i have been involuntarily held hostage via false imprisonment by custodians for twenty one months in BUTTS COUNTY GOVERNMENT JAIL   335 Ernest Biles Drive, Jackson, Georgia "nation state"; under legal disability to contract

the Court is moved in "exclusive equity" to immediately utilize the special deposit of my Private Property / Private estate / private trust / Private deed identified supra on page 3, etc., to immediately and permanently settle, discharge, and close "all" debt, etc., to the matter, obligation, etc., identified supra, attached and previously delivered to custodians, etc.; for a full acquittance and discharge to all purposes of the debt, matter, obligation, etc., revoking and returning order to the matter, returning my Private Property back to my settlor me at liberty this day from false imprisonment without further delay or further acts of treason. i now hereby document into record Burgess Matthew El, Margaret Anthruin personna physique, a civilian, private person / natural person, principal, grantor, settlor, trustee, majority; a flesh and blood living man in full life operating with clean hands, as of this day. i his/her affirm that the aforementioned facts herein are true, correct, and complete to the best of my knowledge and belief and affirmed as the truth.

Date : July 3, 2022          Print: Burgess Matthew El, Margaret Anthruin

                                 by: the Rightful world
                                 personna physique, a Civilian,
                                 private person / natural person,
                                 principal, grantor, settlor, trustee,
                                 majority,
                                 all land civilian rights reserved
                                 and unwaived

To:   Custodian David W. Bunt DBA DAVID W. BUNT CLERK OF COURT
United States District Court Middle District of Georgia Macon Division
475 Mulberry Street
Macon, Georgia "Nation State"

To:   Custodian Lyndie M. Freeman DBA LYNDIE M FREEMAN' ASSISTANT
UNITED STATES ATTORNEY
United States Department of Justice
300 Mulberry Street
Macon, Georgia "Nation State"

To:   Custodian Hilda Garcia DBA HILDA GARCIA SUPERVISOR
Departmento De Hacienda
10 Covadonga
San Juan Puerto Rico

*Conveyed*

## U.S. District Court [LIVE AREA]

### Middle District of Georgia

Notice of Electronic Filing

The following transaction was entered on 6/29/2022 at 11:51 AM EDT and filed on 6/29/2022
Case Name:        USA v. MATTOX
Case Number:      3:20-cr-00044-CAR-CHW
Filer:
Document Number: No document attached

Docket Text:
**Sentencing reset for 7/14/2022 at 01:30 PM in Athens before US DISTRICT JUDGE C ASHLEY ROYAL.**

**NOTICE OF RESETTING HEARING as to MARQUET ANTWAIN BURGESS MATTOX. Hearing will occur IN-PERSON. Counsel, parties, and members of the public and press should review Standing Order 2022-03, available on the courts website, regarding courthouse entrance procedures due to COVID-19. (nop)**

3:20-cr-00044-CAR-CHW-1 Notice has been electronically mailed to:

CATHERINE M WILLIAMS
FEDERAL DEFENDERS MIDDLE DISTRICT OF GEORGIA INC
LYNDIE FREEMAN
MIKE MORRISON
JESSICA KRAFT

3:20-cr-00044-CAR-CHW-1 On this date, a copy of this document, including any attachments, has been mailed by United States Postal Service to any non CM/ECF participants as indicated below::

MARQUET ANTWAIN BURGESS MATTOX
BUTTS COUNTY DETENTION CENTER
835 ERNEST BILES DRIVE
JACKSON, GA 30233



*Conveyed*

### U.S. District Court [LIVE AREA]

### Middle District of Georgia

**Notice of Electronic Filing**

The following transaction was entered on 6/28/2022 at 11:57 AM EDT and filed on 6/28/2022
**Case Name:** USA v. MATTOX
**Case Number:** 3:20-cr-00044-CAR-CHW
**Filer:**
**Document Number:** No document attached

**Docket Text:**

**NOTICE OF CANCELLATION of 7/14/2022 Sentencing as to MARQUET ANTWAIN BURGESS MATTOX. Sentencing will be rescheduled and held in Macon.(nop)**

**3:20-cr-00044-CAR-CHW-1 Notice has been electronically mailed to:**

CATHERINE M WILLIAMS     catherine_m_williams@fd.org, GAM_MAC_ECF@fd.org,
alesia_r_smith@fd.org, catherine_c_williams@fd.org, holly_mcdavid@fd.org,
kathryn_walker@fd.org, michele_c_graham@fd.org

FEDERAL DEFENDERS MIDDLE DISTRICT OF GEORGIA
INC.   GAM_MAC_ECF@fd.org, alesia_smith@fd.org, catherine_c_williams@fd.org,
holly_mcdavid@fd.org, kathryn_walker@fd.org, michele_c_graham@fd.org,
nicole_mann@fd.org, tina_hunt@fd.org

LYNDIE FREEMAN     lyndie.freeman@usdoj.gov, yasmin.taylor@usdoj.gov

MIKE MORRISON     mike.morrison@usdoj.gov, CaseView.ECF@usdoj.gov,
USAGAM.ECF@usdoj.gov, kristi.a.cote@usdoj.gov, usagam.forfeiture@usdoj.gov,
yasmin.taylor@usdoj.gov

JESSICA KRAFT     jessica.a.kraft@usdoj.gov, Southern.Taxcriminal@usdoj.gov

**3:20-cr-00044-CAR-CHW-1 On this date, a copy of this document, including any attachments, has been mailed by United States Postal Service to any non CM/ECF participants as indicated below::**

MARQUET ANTWAIN BURGESS MATTOX
BUTTS COUNTY DETENTION CENTER
835 ERNEST BILES DRIVE
JACKSON, GA 30233



by rights of redemption in Subrogation and equity
i Convey, transfer, and assign the entire debt, matter, instrument,
obligation, etc., on the obverse side, etc., to and for the account of the
united States for a full acquittance and discharge for all purposes
of the debt, matter, obligation, etc.

Date: July 7, 2022                    print: Burgess mattox El, Marquet Anthuan
                                      by: NO Right waive
                                      personne physique, a civilian,
                                      private person/ natural person,
                                      principal, grantor, settlor, trustor,
                                      majority
                                      all God given rights reserved
                                      and non waived



*Conveyed*

## U.S. District Court [LIVE AREA]

### Middle District of Georgia

**Notice of Electronic Filing**

The following transaction was entered on 6/29/2022 at 11:51 AM EDT and filed on 6/29/2022
Case Name:        USA v. MATTOX
Case Number:      3:20-cr-00044-CAR-CHW
Filer:
Document Number: No document attached

Docket Text:
**Sentencing reset for 7/14/2022 at 01:30 PM in Athens before US DISTRICT JUDGE C ASHLEY ROYAL.**

**NOTICE OF RESETTING HEARING as to MARQUET ANTWAIN BURGESS MATTOX. Hearing will occur IN-PERSON. Counsel, parties, and members of the public and press should review Standing Order 2022-03, available on the courts website, regarding courthouse entrance procedures due to COVID-19. (nop)**

**3:20-cr-00044-CAR-CHW-1 Notice has been electronically mailed to:**

CATHERINE M WILLIAMS
FEDERAL DEFENDERS MIDDLE DISTRICT OF GEORGIA INC
LYNDIE FREEMAN
MIKE MORRISON
JESSICA KRAFT

**3:20-cr-00044-CAR-CHW-1 On this date, a copy of this document, including any attachments, has been mailed by United States Postal Service to any non CM/ECF participants as indicated below::**

MARQUET ANTWAIN BURGESS MATTOX
BUTTS COUNTY DETENTION CENTER
835 ERNEST BILES DRIVE
JACKSON, GA 30233



by rights of redemption in subrogation and equity,
i convey, transfer, and assign the entire debt, matter, instrument, obligation, etc,
on the diverse side, etc, to and for the account of the United States for a
full acquittance and discharge for all purposes of the debt, matter, obligation, etc.

Date: July 8, 2022

print: Burgess Mattox El, Marqued Antwain
by: No rights waived
persone physique, a civilian,
private person/ natural person,
principal, grantor, settlor, trustor,
majority
all God given rights reserved
and non waived



## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:20-CR-44 (CAR) |
| v. | |
| MARQUET ANTWAIN BURGESS MATTOX, aka MARQUET ANTWAIN BURGESS MATTOX EL, aka MARQUET BURGESS MATTOX, aka ASIM ASHUNTA EL, aka ASIM EL BEY, | |
| Defendant | |

### PRELIMINARY ORDER OF FORFEITURE/MONEY JUDGMENT

WHEREAS, on August 18, 2021, Defendant Marquet Antwain Burgess Mattox, aka "Marquet Antwain Burgess Mattox El", aka "Marquet Burgess Mattox", aka "Asim Ashunta El", aka "Asim El Bey" (hereinafter "Mattox" or "Defendant"), was found guilty by a jury for Counts One through Twenty of the Indictment charging him with Wire Fraud, False Claims against the United States Government, and Theft of Government Funds;

AND WHEREAS, the Indictment contained a Forfeiture Notice, pursuant to which the United States seeks forfeiture under Title 18, United States Code, Section 981(a)(1)(C), in conjunction with Title 28, United States Code, Section 2461(c), of any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such

offense(s), including, but not limited to a personal money judgment in an amount to be determined;

AND WHEREAS, the United States has filed a Motion and Memorandum for the Issuance of a Preliminary Order of Forfeiture/Money Judgment against Mattox in the amount of three million, two hundred forty-two thousand, three hundred eighty-eight dollars and eighty-five cents ($3,242,388.85), representing the proceeds of the violation, obtained directly or indirectly, as a result of such offense(s); and

WHEREAS, Rule 32.2(c)(1) of the Federal Rules of Criminal Procedure provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment";

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.     Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), 18 U.S.C. § 3554, and Rule 32.2(b), Federal Rules of Criminal Procedure, the Court finds by a preponderance of the evidence that the United States has demonstrated the required nexus between the personal money judgment amount and the offense(s) of conviction, and the Defendant shall forfeit to the United States the sum of three million, two hundred forty-two thousand, three hundred eighty-eight dollars and eighty-five cents ($3,242,388.85).

2.     The United States District Court, Middle District of Georgia, shall retain jurisdiction in the case for the purpose of enforcing this Order of Forfeiture/Money Judgment.

3.     Pursuant to FED. R. CRIM. P. 32.2(b)(4), this Order of Forfeiture/Money Judgment shall become final as to the Defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

4.     As issued this date, this Order of Forfeiture/Money Judgment consists of a judgment for a sum of money.  The United States may, at any time, move pursuant to FED. R. CRIM. P. 32.2(e), to amend this Order of Forfeiture/Money Judgment if the Government locates specific assets traceable to the subject property or other assets subject to forfeiture as substitute assets pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), through 18 U.S.C. § 981(a)(1)(C).

SO ORDERED, this _____ day of _____, 2022.


_____
C. ASHLEY ROYAL,  JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA


PREPARED BY:

PETER D. LEARY
UNITED STATES ATTORNEY

*/s/ Michael D. Morrison*
MICHAEL D. MORRISON
Assistant United States Attorney
Georgia Bar No.: 153001

4

## AMENDED CERTIFICATE OF SERVICE

I, MIKE MORRISON, Assistant United States Attorney, do hereby certify that on July 13, 2022, I electronically filed the **Motion and Memorandum of the United States for the Issuance of a Preliminary Order of Forfeiture/Money Judgment, and Proposed Preliminary Order of Forfeiture/Money Judgment** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

I also certify that on July 14, 2022, I have also mailed by the United States Postal Service the filed document to the following *pro se* Defendant:

> Marquet Antwain Burgess Mattox
> Butts County Detention Center
> 835 Ernest Biles Drive
> Jackson, Georgia  30233

In addition, on July 14, 2022, a copy of the filed document will be personally served on Defendant Mattox by the United States Marshals Service.

DATED, this 14th day of July, 2022.

PETER D. LEARY
UNITED STATES ATTORNEY

BY:   */s/ Michael D. Morrison*
MICHAEL D. MORRISON
Assistant United States Attorney
Georgia Bar No.: 153001
United States Attorney's Office
Post Office Box 1702
Macon, Georgia 31202-1702
Telephone: (478) 752-3511
Facsimile: (478) 621-2682
Mike.Morrison@usdoj.gov



by rights of redemption in subrogation and deputy
i convey this debt, on the diverse side, pages 1-4, etc.,
to and for the account of the United States for a full
acquittance and discharge.

Date: July 14, 2022    print: Burgess matthew el, margret Antwain

by: Mr. Burgess wells

personne, physique, a civilian
principal, private person/natural person,
majority

all God given rights reserved
and non waived



IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:20-CR-44 (CAR) |
| v. | |
| MARQUET ANTWAIN BURGESS MATTOX, aka MARQUET ANTWAIN BURGESS MATTOX EL, aka MARQUET BURGESS MATTOX, aka ASIM ASHUNTA EL, aka ASIM EL BEY, | |
| Defendant | |

**MOTION AND MEMORANDUM OF THE UNITED STATES FOR THE ISSUANCE OF A PRELIMINARY ORDER OF FORFEITURE/MONEY JUDGMENT**

COMES NOW, the United States of America, by and through its attorney, the United States Attorney for the Middle District of Georgia, and respectfully submits its Motion and Memorandum for the Issuance of a Preliminary Order of Forfeiture/Money Judgment in the above-entitled case for the reasons set forth below. A proposed order is submitted with this Motion.

## I. Procedural Background

1.     On September 17, 2020, a Federal Grand Jury sitting in the Middle District of Georgia, returned a multi count Indictment [Doc. 1] against the Defendant, Marquet Antwain Burgess Mattox, aka "Marquet Antwain Burgess Mattox El", aka "Marquet Burgess Mattox", aka "Asim Ashunta El", aka "Asim El Bey" (hereinafter referred to as the



by rights of redemption in subrogation and equity
I convey, transfer, and assign this debt on the
obverse side, etc, pages 1-11, etc.)
to and for the account of the United States for a
full acquittance and discharge.



"Defendant" or "Mattox").  Counts One through Nine of the Indictment charged that Mattox, aided and abetted by others known and unknown to the Grand Jury, devised, intended to devise, and participated in a scheme to defraud the Internal Revenue Service ("IRS"), and to obtain money by means of materially false and fraudulent pretenses, representations, and omissions; all in violation of Title 18, United States Code, Section 1343.  *Id.* at p. 1-4.  Count Twenty of the Indictment charged that Mattox, did willfully and knowingly steal, purloin, and convert to his own use, approximately $2,897,192.74 in United States funds administered by the IRS in the form of federal income tax refunds issued to "Burgess Mattox Bey Investment Trust,"; all in violation of Title 18, United States Code, Section 641.  *Id.* at 6.

2.      The Indictment included a Forfeiture Notice, which notified Defendant Mattox that upon conviction of the offense(s) set forth in the Indictment, he would be required to forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C), in conjunction with Title 28, United States Code, Section 2461(c), any property real, or personal, which constitutes, or is derived from, or is traceable to the proceeds obtained directly or indirectly from the commission of said violations(s), including, but not limited to the following: i.) a personal money judgment in an amount to be determined; and ii.) the real property located at 1054 Morgan Garner Drive, Lilburn, Gwinnett County, Georgia, including any appurtenances and improvements thereon. *Id.* at pp. 6-8.

2

3.      An inquiry later sent to the IRS revealed that the real property, located at 1054 Morgan Garner Drive, Lilburn, Gwinnett County, Georgia would be processed via a Suit to Foreclose on the Notice of Federal Tax Lien.  Based on the IRS' intent, the United States is not seeking forfeiture of the real property.

4.      On August 18, 2021, a jury found the Defendant guilty of Counts One through Twenty of the Indictment charging Mattox with Wire Fraud, False Claims against the United States Government, and Theft of Government Funds.  *See* Docs. 65-66.

5.      The Court's forfeiture jurisdiction in this matter is founded upon the civil forfeiture provision found at Title 18, United States Code, Section 981(a)(1)(C), in conjunction with Title 28, United States Code, Section 2461(c).  Specifically, Title 18, United States Code, Section 981(a)(1)(C), provides for the civil forfeiture of any property, real or personal, which constitutes or is derived from proceeds traceable to any offense or conspiracy to commit any offense constituting a specified unlawful activity, which includes the aforementioned violation(s).  Title 28, United States Code, Section 2461(c), in turn, provides that if a defendant is convicted of an offense giving rise to forfeiture for which there is a civil forfeiture provision, but no criminal forfeiture provision, as is the case here, then the court shall order forfeiture as part of the sentence in the criminal case. *See United States v. Pardon*, 527 F.3d 1156, 1161 (11th Cir. 2008) ("Congress enacted 28 U.S.C. § 2461(c), effective August 23, 2000, to make criminal forfeiture available in every case that the criminal forfeiture statute does not reach but for which civil forfeiture is legally authorized."), which provides for the criminal forfeiture of any property

constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such offense(s).

6.   Rules 32.2 (b)(1)(A), (b)(1)(B), (b)(2)(A), and (b)(3), Federal Rules of Criminal Procedure, provide that:

> (b)(1)(A) As soon as practical after a verdict or finding of guilty, or after a plea of guilty or nolo contendere is accepted, on any count in an indictment or information regarding which criminal forfeiture is sought, the court must determine what property is subject to forfeiture under the applicable statute.   If the government seeks forfeiture of specific property, the court must determine whether the government has established the requisite nexus between the property and the offense.   If the government seeks a personal money judgment, the court must determine the amount of money that the defendant will be ordered to pay.

> (b)(1)(B) The court's determination may be based on evidence already in the record, including any written plea agreement, and on any additional evidence or information submitted by the parties and accepted by the court as relevant and reliable. If the forfeiture is contested, on either party's request the court must conduct a hearing after the verdict or finding of guilty.

> (b)(2)(A) If the court finds that property is subject to forfeiture, it must promptly enter a preliminary order of forfeiture setting forth the amount of any money judgment, directing the forfeiture of specific property, and directing the forfeiture of any substitute property if the government has met the statutory criteria.   The court must enter the order without regard to any third party's interest in the property. Determining whether a third party has such an interest must be deferred until any third party files a claim in an ancillary proceeding under Rule 32.2(c).

> (b)(3) The entry of a preliminary order of forfeiture authorizes the Attorney General (or a designee) to seize the specific property subject to forfeiture; to conduct any discovery the

4

court considers proper in identifying, locating, or disposing of the property; and to commence proceedings that comply with any statutes governing third-party rights. The court may include in the order of forfeiture conditions reasonably necessary to preserve the property's value pending any appeal.

7.     The United States has not, as of this date, identified any property of the Defendant that could be forfeited as a substitute asset in accordance with Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), through Title 18, United States Code, Section 981(a)(1)(C).

8.     The total amount of proceeds obtained by Defendant Mattox during the commission of the aforementioned offenses is $5,013,892.32. However, IRS officials have advised that a total of $1,706,222.47 has been levied from bank accounts controlled by Mattox. Additionally, the IRS seized and sold a Cadillac Escalade, with the proceeds from the sale totaling $65,281. Accordingly, the amount of restitution due and owing to the IRS is $3,242,388.85.

9.     Although defendants are generally not entitled to a reduction of the forfeiture judgment to reflect restitution payments to victims, the United States is seeking a personal money judgment against Mattox for the amount of proceeds that the IRS has not already levied, which would be the same funds/property that the Government would have sought for forfeiture.

10.     Accordingly, the United States now moves pursuant to Rules 32.2(b)(1) and (c)(1) of the Federal Rules of Criminal Procedure for the issuance of a preliminary order of forfeiture/money judgment, consisting of a personal money judgment against Mattox

in the amount of three million, two hundred forty-two thousand, three hundred eighty-eight dollars and eighty-five cents ($3,242,388.85), which represents proceeds obtained by the Defendant in the fraud scheme.

## II. Argument

### A. Mandatory Forfeiture and Amount of Money Judgment

It is well established that an order of forfeiture may take the form of a judgment for a sum of money, and that the court must enter an order of forfeiture in that form without regard to whether the defendant has retained the property directly subject to forfeiture, or whether the defendant has the present ability to satisfy the judgment. *See United States v. Padron*, 527 F.3d 1156, 1162 (11th Cir. 2008) (the authority to issue a forfeiture order in the form of a money judgment is clear from the cross-reference in Section 2461(c) to Rule 32.2 which "explicitly" contemplates the entry of money judgments); *United States v. Vampire Nation*, 451 F.3d 189, 202 (3d Cir. 2006); *United States v. Misla-Aldarondo*, 478 F.3d 52, 73-74 (1st Cir. 2007); *United States v. Hall*, 434 F.3d 42, 59 (1st Cir. 2006); *United States v. Casey*, 444 F.3d 1071, 1074-76 (9th Cir. 2006); *United States v. Day*, 524 F.3d 1361, 1378 (D.C. Cir. 2008).  Thus, in a case like this one, where the Defendant has pled guilty to Wire Fraud, in violation of Title 18, United States Code, Section 1343, and Theft of Government Funds, in violation of Title 18, United States Code, Section 641, the Defendant is liable to forfeit any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such offense(s) and scheme, and the Court is required to enter an order of forfeiture for that amount even if the funds are

no longer in the Defendant's possession. *See United States v. Holland*, 722 F. App'x. 919 (11th Cir. 2018) (where defendant is convicted of wire fraud, court in calculating a forfeiture money judgment is free to consider uncharged conduct involving the same fraud scheme, so long as government proves by a preponderance of the evidence that the property to be forfeited was linked to the conduct).

### B. Procedure for Determining Amount of the Money Judgment

The Government's burden to prove the amount of the forfeiture is a preponderance of the evidence. *United States v. Cherry*, 330 F.3d 658, 669-70 (4th Cir. 2003). FED. R. CRIM. P. 32.2(b)(1)(A) states that "[i]f the government seeks a personal money judgment, the Court must determine the amount of money that the defendant will be ordered to pay." *See, e.g., United States Poulin*, 690 F. Supp. 2d 415, (E.D. Va. 2010) ("when the government seeks a money judgment, 'the court must determine the amount of money that the defendant will be ordered to pay.'"). The rule also provides that the "court's determination may be based on evidence already in the record, . . . and on any additional evidence or information submitted by the parties and accepted by the court as relevant and reliable." FED. R. CRIM. P. 32.2(b)(1)(B); *see also United States v. Capoccia*, 503 F.3d 103, 109 (2d Cir. 2007) (the court may rely on evidence from the guilt phase of the trial, even if the forfeiture is contested; it is not necessary for the Government to reintroduce that evidence in the forfeiture hearing). Because forfeiture is part of the sentencing process, traditional rules of evidence do not apply, allowing the admissibility of hearsay so long as it is sufficiently reliable. *Poulin*, 690 at 421; *United States v. Gaskin*,

No. 00-CR-6148, 2002 WL 459005 (W.D.N.Y. Jan. 8, 2002) (in the forfeiture phase of the trial, the parties may offer evidence not already in the record; because forfeiture is part of sentencing, such evidence may include reliable hearsay), *aff'd*, 364 F.3d 438 (2d Cir. 2004); *United States v. Ivanchukov*, 405 F. Supp. 2d 708, 709 n.1 (E.D. Va. 2005) (because forfeiture is part of sentencing, reliable hearsay is admissible to establish the forfeitability of the property). Based on the evidence presented at trial and the record of the court, the United States has established the requisite basis for the issuance of a preliminary order of forfeiture/money judgment against the Defendant pursuant to Title 18, United States Code, Section 981(a)(1)(C), in conjunction with Title 28, United States Code, Section 2461(c).

### C. Substitute Assets

Once a preliminary order of forfeiture/money judgment is entered, the Government may move at any time, pursuant to FED. R. CRIM. P. 32.2(e), to enter an or order of forfeiture or amend an existing order to forfeit specific property of the defendant, having a value up to the amount of the money judgment, as substitute assets. *See United States v. Candelaria-Silva*, 166 F.3d 19 (1st Cir. 1999) (once the Government has obtained a money judgment, it may forfeit defendant's real property in partial satisfaction of that judgment); *United States v. Baker*, 227 F.3d 955 (7th Cir. 2000) (same); *United States v. Numisgroup Int'l. Corp*, 169 F. Supp. 2d 133 (E.D.N.Y. 2001) (Rule 32.2(e) authorizes forfeiture of substitute assets to satisfy a money judgment, including a judgment based on the value of the missing proceeds and the value of the missing facilitating property);

*United States v. Harrison*, No. 99 CR 934-1, 2001 WL 803695 (N.D. Ill. June 27, 2001) (entry of money judgment as part of preliminary order of forfeiture gives Government opportunity later to satisfy the judgment by seeking forfeiture of substitute assets; Rule 32.2(e)); *United States v. Davis*, 177 F. Supp. 2d 470 (E.D. Va. 2001) (if property cannot be forfeited as directly traceable to the offense, it can be forfeited as a substitute asset and used to satisfy the money judgment).  The United States has not, as of this date, identified any property of the Defendant that could be forfeited as a substitute asset in accordance with Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), through Title 18, United States Code, Section 981(a)(1)(C).

### III. Conclusion

WHEREFORE, the United States submits that it has established the requisite basis for the issuance of a preliminary order of forfeiture/money judgment against the Defendant pursuant to 18 U.S.C. § 981(a)(1)(C), in conjunction with 28 U.S.C. § 2461(c).

ACCORDINGLY, the United States respectfully requests that this Court issue a preliminary order of forfeiture/money judgment against Defendant Mattox in the amount of three million, two hundred forty-two thousand, three hundred eighty-eight dollars and eighty-five cents ($3,242,388.85).

RESPECTFULLY SUBMITTED, July 13, 2022.

                    PETER D. LEARY
                    UNITED STATES ATTORNEY


        BY:    */s/ Michael D. Morrison*
               MICHAEL D. MORRISON
               Assistant United States Attorney
               Georgia Bar No.: 153001
               United States Attorney's Office
               Post Office Box 1702
               Macon, Georgia 31202-1702
               Telephone: (478) 752-3511
               Facsimile: (478) 621-2682
               Email: Mike.Morrison@usdoj.gov



## CERTIFICATE OF SERVICE

I, MICHAEL D. MORRISON, Assistant United States Attorney, hereby certify that

I electronically filed the within and foregoing **Motion and Memorandum of the United**

**States for the Issuance of a Preliminary Order of Forfeiture/Money Judgment, and**

**Proposed Preliminary Order of Forfeiture/Money Judgment** with the Clerk of the Court

using the CM/ECF system which will send notification of such filing to all counsel of

record.

DATED, July 13, 2022.

PETER D. LEARY
UNITED STATES ATTORNEY

BY:   */s/ Michael D. Morrison*
MICHAEL D. MORRISON
Assistant United States Attorney
Georgia Bar No.: 153001
United States Attorney's Office
Post Office Box 1702
Macon, Georgia 31202-1702
Telephone: (478) 752-3511
Facsimile: (478) 621-2682
Email: Mike.Morrison@usdoj.gov



by rights of redemption in subrogation and
equity, convey, transfer, and assign the debt
on the diverse side, etc., pages 1-11, etc.,
to and for the account of the United States for a
full acquittance and discharge.

Date: July 14, 2022

Print: Burgess matter El, marquis aha

by: All Rights waived

persona physique, a civilian,
private person/ natural person,
, majority
all God given rights
reserved

