IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARQUET ANTWAIN BURGESS MATTOX,<br>aka MARQUET ANTWAIN BURGESS MATTOX EL,<br>aka MARQUET BURGESS MATTOX,<br>aka ASIM ASHUNTA EL,<br>aka ASIM EL BEY,<br><br>Defendant | CASE NO. 3:20-CR-44 (CAR) |

## PRELIMINARY ORDER OF FORFEITURE/MONEY JUDGMENT

WHEREAS, on August 18, 2021, Defendant Marquet Antwain Burgess Mattox, aka "Marquet Antwain Burgess Mattox El", aka "Marquet Burgess Mattox", aka "Asim Ashunta El", aka "Asim El Bey" (hereinafter "Mattox" or "Defendant"), was found guilty by a jury for Counts One through Twenty of the Indictment charging him with Wire Fraud, False Claims against the United States Government, and Theft of Government Funds;

AND WHEREAS, the Indictment contained a Forfeiture Notice, pursuant to which the United States seeks forfeiture under Title 18, United States Code, Section 981(a)(1)(C), in conjunction with Title 28, United States Code, Section 2461(c), of any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such

offense(s), including, but not limited to a personal money judgment in an amount to be determined;

AND WHEREAS, the United States has filed a Motion and Memorandum for the Issuance of a Preliminary Order of Forfeiture/Money Judgment against Mattox in the amount of three million, two hundred forty-two thousand, three hundred eighty-eight dollars and eighty-five cents ($3,242,388.85), representing the proceeds of the violation, obtained directly or indirectly, as a result of such offense(s); and

WHEREAS, Rule 32.2(c)(1) of the Federal Rules of Criminal Procedure provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment";

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), 18 U.S.C. § 3554, and Rule 32.2(b), Federal Rules of Criminal Procedure, the Court finds by a preponderance of the evidence that the United States has demonstrated the required nexus between the personal money judgment amount and the offense(s) of conviction, and the Defendant shall forfeit to the United States the sum of three million, two hundred forty-two thousand, three hundred eighty-eight dollars and eighty-five cents ($3,242,388.85).

2.  The United States District Court, Middle District of Georgia, shall retain jurisdiction in the case for the purpose of enforcing this Order of Forfeiture/Money Judgment.

3.  Pursuant to FED. R. CRIM. P. 32.2(b)(4), this Order of Forfeiture/Money Judgment shall become final as to the Defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

4.  As issued this date, this Order of Forfeiture/Money Judgment consists of a judgment for a sum of money. The United States may, at any time, move pursuant to FED. R. CRIM. P. 32.2(e), to amend this Order of Forfeiture/Money Judgment if the Government locates specific assets traceable to the subject property or other assets subject to forfeiture as substitute assets pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), through 18 U.S.C. § 981(a)(1)(C).

SO ORDERED, this 14 day of July, 2022.

C. ASHLEY ROYAL, JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

PREPARED BY:

PETER D. LEARY
UNITED STATES ATTORNEY

*/s/ Michael D. Morrison*
MICHAEL D. MORRISON
Assistant United States Attorney
Georgia Bar No.: 153001

4

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| UNITED STATES OF AMERICA | * | |
|---|---|---|
| | * | |
| v. | * | Case No. 3:20-CR-048-CAR-CHW-1 |
| | * | |
| REGINALD FRANKLIN | * | |

## WAIVER OF APPEAL RIGHTS

On July 14, 2022, counsel and Defendant, in the above matter, were provided with written notice of Defendant's appeal rights. Further, counsel was ordered by the Court to file a Notice of Appeal or written Waiver of Appeal Rights within fourteen (14) days after entry of the written judgment. Following consultation with counsel and explanation to Defendant of his appeal rights, counsel and Defendant hereby execute this written Waiver of Appeal Rights as directed by the Court.

This 14th day of ___July___, 2022.

_____
REGINALD FRANKLIN
Defendant

_____
CHRISTINA L. HUNT
Executive Director
Federal Defenders of the
Middle District of Georgia, Inc.
440 Martin Luther King, Jr. Blvd.
Suite 400
Macon, Georgia 31201
Phone: (478) 743-4747
Ga. Bar No. 378501