FILED '22 07 21 AM09:32 MDGA·MAC

Private    Priority    Exclusive    Urgent    Proprietary matter

Not for public Consumption and demand to seal due to private Conflict laws

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

UNITED STATES OF AMERICA                    Case no. 3:20-CR-44 (CAR)

        v

MARQUET ANTWAIN BURGESS
        MATTOX,
aka MARQUET ANTWAIN
        BURGES MATTOX EL,
aka MARQUET BURGESS
        MATTOX,
aka ASIM ASHUNTA EL,
aka ASIM EL BEY,
    persone physique.

FILED '22 07 21 AM 09:32 USDC MAC

## Appointment of Custodian

in good faith, honorable intent, clean hands, and by rights of redemption in subrogation and equity, on this day, May 25, 2022,

i Burgess Mattox El, marquez Antwain   personne physique, a Civilian, private person/ natural person, principal, grantor, settlor, trustor, majority; a flesh and blood living man in full life
hereby appoint custodians identified as follows:

• David W. Bunt DBA DAVID W. BUNT CLERK OF COURT
  United States District Court Middle District of Georgia Macon Division

• Lyndie M Freeman DBA LYNDIE M FREEMAN, ASSISTANT UNITED STATES
  ATTORNEY   United States Department of Justice

• Peter D. Leary DBA PETER D. LEARY   UNITED STATES ATTORNEY
  United States Department of Justice

• C Ashley Royal DBA C ASHLEY   DISTRICT JUDGE
  United States District Court Middle District of Georgia Athens Division

• Hilda Garcia DBA HILDA GARCIA SUPERVISOR
  Departmento De Hacienda De Pureto Rico


Date : May 25, 2022              Print: Burgess Mattox El, marquez Antwain

                                 by : no Right well
                                      personne physique, a Civilian,
                                      private person / natural person,
                                      principal, grantor, settlor, trustor,
                                      majority,
                                      all God given rights reserved
                                      and non waived



## Custodian Duties

in good faith, honorable intent, clean hands, and by rights of redemption in subrogation and equity, on this day, May 25, 2022,

i Burgess Mattox El, Marquez Antwain personal physique, a civilian, private person / natural person, principal, grantor, settlor, trustor, majority; a flesh and blood living man in full life

hereby ascribe custodian duties herein whereby custodians are respectfully demanded to immediately adhere strictly to "exclusive equity" and the twelve tables of equity, and custodians shall immediately and permanently:

take full liability for the entire matter, debt, obligation, etc., identified as:

United States District Court for the Middle District of Georgia

    Case        3:20-cr-00044-CAR-CHW
    Case no.    3:20-CR-44 (CAR)
                3:20-CR-44-CAR1
                3:20-CR-44-001 (CAR)
                3:20-CR-44-CAR
                3:20-CR-044-CAR-CHW-1
                3:20-cr-44-(CAR)
                3:20-cr-44-CAR
      etc.

and to include any / all additional cases, case numbers, docket numbers, accounts, account numbers, debt, liabilities, tax liabilities, bonds, securities, instruments, charges, claims, true bill, etc., to the matter, debt, obligation, etc., known and unknown.

settle, discharge, and close "all" debt, etc., identified supra and attached, etc., for a full acquittance and discharge for all purposes of the entire matter, debt, obligation, etc., and return all upside back to me.

utilize the special deposit of my private property, private estate / private trust / private deed that's on deposit with the court since October 23, 2020, identified as;

Marquez Antwain Burgess Mattox "estate"   Georgia "nation state"

certificate of live birth   file number 1972GA000018065
certificate number 758022, and to include the enclosed certificate
number S2065764 to immediately and permanently settle, discharge,
and close "all" debt, etc., to the matter identified supra; attached, etc.

immediately and permanently revoke the detention order to the matter,
set me a flesh and blood living man in full life, persona physique,
civilian, private person/natural person, majority, at liberty released
from false imprisonment rightfully returning my private property identified
as my "body" back to me without delay and returning all of my private
property including but not limited to my private property identified as :

- estimated 1,800,000 from my private property identified as follows:

      500,000     Burgess maddox Bey Investment Trust
      500,000     Marshana El Investment Trust
      500,000     Kenahra Investment Trust
      200,000     Burgess maddox Bey Trust
      100,000     Nwatson Trust

- 165,212,271.$^{74}$ from my private property identified as follows:

      Burgess maddox Bey Investment Trust
      Marshana El Investment Trust
      Kenahra Investment Trust
      Burgess maddox Bey Trust
      Marque & Antwain Burgess maddox Trust
      Kamilya Investment Trust
      Kamili Investment Trust
      Asim El Bey Trust
      Watson El Trust
      Nycholas Kenahra maddox El
      Nwatson Trust
      Eric Marice Baldwin El Trust

- additional estimated 739,000,000 from my private property identified supra

- 2018 Cadallic Escalade ESV Platinum Edition satin silver in color
  including all its content and fixtures

- MARQUET ANTWAIN BURGESS MATTOX EL ™ trademark serial number 90234471

- Noble Mb-el family Trust

- Clothes
- jewelry
- furniture
- audiovisual
- instruments
- etc

- 1054 Morgan Garner Drive, Lilburn, Georgia "nation state", near [30047] including all its content and fixtures

immediately and permanently cease and desist all acts of treason, conspiracy to treason, kidnapping, conspiracy to kidnapping, shackling, false imprisonment, human trafficing, conspiracy to human trafficing, trafficing in human cargo, fraudulent inducement, servitude/slavery against me a flesh and blood living man in full life, personne physique, civilian, private person/natural person, majority.

update all custodian files, records, database, etc, to reflect and correct my proper name in proper grammar: Burgess Mattox El, Marquet Antwain

update all custodian files, records, database, etc, to reflect and correct my status nunc protunc, to reflect:
Burgess Mattox El, Marquet Antwain   personne physique is a civilian, private person/natural person, flesh and blood living man in full life, majority, principal, grantor, settlor, truster.

unless otherwise agreed in writing from me, custodians shall immediately cease and desist from using any of my private property in commerce without just compensation, including but not limited to my private property identified supra.

this matter is "not" for public consumption and custodians shall immediately seal due to private conflict laws.

revoke and remove "all" liens from against my private property, including
but not limited to my private property identified supra on pages 4-5.


Date: May 25, 2022                    Print: Burgess Mattox El, Marquez Antwain

                                      by: ne Right wail
                                      personne physique, a civilian,
                                      private person / natural person,
                                      principal, grantor, settlor, trustor,
                                      all God given rights reserved
                                      and non waived

FILED '22 07 21 AM09:32 HDGA-MAC

## Special Deposit

in good faith, honorable intent, clean hands, and by rights of redemption in subrogation and equity, on this day, May 25, 2022,

i Burgess Mattox El, Marquet Antwain, personé physique, a civilian, private person / natural person, principal, grantor, settlor, trustor, majority; a flesh and blood living man in full life,

hereby make a special deposit of my private property / private estate / private trust / private deed to the court identified as:

Marquet Antwain Burgess Mattox "estate"   Georgia "nation state" certificate of live birth, file number 1972 GA 00018065, certificate 758022 and to include certificate number 52065264 enclosed.

i hereby grant custodians limited discretionary authority to utilize the aforementioned special deposit of my private property identified supra to immediately and permanently settle, discharge, and close "all" debt, liabilities, tax liabilities, cases, case numbers, docket numbers, accounts, account numbers, bonds, securities, instruments, charges, claims, true bill, etc., identified supra on page 3 and attached, etc., for a full acquittance and discharge for all purposes of the entire matter, debt, obligation, etc., for the benefit of Burgess Mattox El, Marquet Antwain.

upon custodians full settlement, discharge, and closure of the aforementioned matter, etc., custodians shall immediately return my private property / private estate / private trust / private deed identified supra back to me without delay.

Date: May 25, 2022          print: Burgess Mattox El, Marquet Antwain

by: [signature]
personé physique, a civilian,
private person / natural person,
principal, grantor, settlor, trustor,
majority
all God given rights reserved
and non waived

*Affidavit of Ownership*  FILED '22 07 21 AM 09:32 MDGA-MAC

on this day, May 25, 2022, i Burgess Maddox El, Marquies Antwain
personne physique, a civilian, private person/natural person, principal,
grantor, settlor, trustor, majority; a flesh and blood living man in full life
states that all facts are made with full knowledge of each fact stated
and put forth that i am familiar with the facts stated within the
private estate / private trust / private deed identified as:
Marquies Antwain Burgess Maddox "estate"  Georgia "nation state"
Certificate of live birth, file number 1972GA000018065, certificate number
758022; and also to include certificate number S2065264 enclosed;
and identified supra on pages 3-4, and page 7.
i affirm that i am the principal; beneficiary; the aforemention are my
private property. i further affirm that the aforemention facts herein are
true, correct, and complete to the best of my knowledge and belief, and
affirmed as the truth.


Date: May 25, 2022          Print: Burgess Maddox El, Marquies Antwain

                            by: No Right, w/all
                                personne physique, a Civilian,
                                private person/natural person,
                                principal, Grantor, settlor, trustor,
                                majority
                                all God given rights reserved
                                and non waived

FILED '22 07 21 AM09:32 NDGA-MAC

## Affidavit of memorandum of facts

on this day, May 25, 2022, i Burgess Mattox El, Marquet Antwain personne physique, a Civilian, private person/ natural person, principal, Grantor, Settlor, trustor, majority; a flesh and blood living man in full life States that all facts are made with full knowledge of each fact Stated and put forth that the proper name of civilian has been unlawfully converted by Petitioner; takes without just compensation and held by resultant custodian.

By rights of redemption in subrogation and equity i claim my private property and respectfully demand my rents and interest return to me.

i affirm i am a flesh and blood living man in full life created from my mother's womb on the 19 day of March 1972, a living man of God's creation born on the land in Athens. Clarke County; Georgia "nation State".
    Genesis 1:26-30

i am an American national/a private person within the fifty United States of America.

i am not a domestic corporation nor domestic partnership nor domestic resident nor domestic trust nor domestic estate. i am not lost at sea nor lost beyond the sea; i am not dead nor deceased nor a decedent nor civiliter mortuus nor ens legis.

as per Exodus 20:12 "honor thy father and thy mother that thy days may be long upon the land the Lord thy God giveth thee"

and Matthew 20:16 "So the last shall be first and the first lost for many are called, but few chosen"

my full legal proper name "Last/First" Burgess Mattox El, Marquet not "misnomer" "MARQUET ANTWAIN BURGESS MATTOX EL    nor First: MARQUET       middle: ANTWAIN         Last: BURGESS MATTOX EL

"NO BODY" name is in all capital letters.

"EI" is my title of nobility, to be acknowledged in my proper status.
my estate mailing, private mailbox 502   2625 Piedmont road, number 56.
Atlanta, Georgia "nation state".  my consumer abode is temporary on the
land of Lilburn, Gwinnett County, Georgia "nation state".

in good faith, honorable intent, and clean hands, on August 25, 2015  via
special deposit for my benefit i delivered certified copies of my authenticated
private property private estate / private trust / private deed identified as:
Marques Antwain Burgess, notax "estate"  Georgia "nation state"
certificate of live birth, file number 1972GA000180G5, certificate numer
758022
authenticated June 30, 2015 by Georgia "nation state" via great seal
signed by former custodian Nathan Deal DBA NATHAN DEAL GOVERNOR
and signed by custodian Brian P. Kemp DBA BRIAN P. KEMP SECRETARY
OF STATE;
authenticated July 13, 2015 by United States of America Department of
State, signed by former custodian John F. Kerry DBA JOHN F. KERRY
SECRETARY OF STATE;
and accompanied by affidavit of ownership, etc., delivered the aforemention
to former custodian Juan Zaragoza DBA JUAN ZARAGOZA SECRETARIO
Departmento De Hacienda De Pureto Rico;
was confirmed received, processed, and approved by custodian Juan Carrabella Ortiz
via custodian Hilda Garcia DBA HILDA GARCIA SUPERVISOR
inheritance department Departmento De Hacienda De Pureto Rico;
and verifiable via custodian Hilda Garcia.
my private property private estate / private trust identified supra remains
on deposit in Departmento De Hacienda via special deposit for my benefit;
estate is not abandoned, private estate is also evidenced via recording
August 2015 via Clerk of Court, Oconee County, Government, Georgia "nation state".
see copy of my authenticated private property private estate / private trust
via attachment b

prior to the wrongful issuance of custodian's debt instrument identified as
a true bill via attachment a and c; and prior to the wrongful sworn
affidavit by custodians that caused the wrongful issuance of custodian's
true bill to the matter, the facts stated supra were disclosed to custodians
identified as follows;

- Susan Freeman DBA SUSAN FREEMAN AGENT INTERNAL REVENUE SERVICE;

- Jeron Clark DBA JERON CLARK SPECIAL AGENT INTERNAL REVENUE SERVICE;

- Michael Buritio DBA MICHAEL BURITIO SPECIAL AGENT TREASURY INSPECTOR GENERAL OFFICE;

- Patricia Crowe DBA PATRICIA CROWE SUPERVISOR INTERNAL REVENUE SERVICE

Take notice that on February 19, 2019, custodian Susan Freeman along with unidentified custodian appeared at my private temporary consumer abode on the land of Lilburn, Gwinnett County, Georgia "nation state" pursuing my private property without just compensation.

Between February 19, 2019, and July 2019, custodian Susan Freeman pursued my private property identified as follows; takes without just compensation and held by resultant custodian :

| | |
|---|---|
| 500,000 | Burgess Matlox Bey Investment Trust |
| 500,000 | Maisham El Investment Trust |
| 500,000 | Kemahra Investment Trust |
| 200,000 | Burgess Matlox Bey Trust |
| 100,000 | Nwatson Trust |

without just compensation, custodians have also caused a lien against my private property identified as : 1054 Morgan Horner Drive, Lilburn, Georgia "nation state". near [30047].
see attachment f

On September 27, 2019, custodian Susan Freeman; custodian Dianne Cox DBA DIANNE COX AGENT TREASURY INSPECTOR GENERAL OFFICE; custodians DBA DEPARTMENT OF TREASURY POLICE; and custodians DBA GWINNETT COUNTY GOVERNMENT SHERIFF DEPARTMENT, all custodians dressed in body armor and full display of nearly fifteen guns, appeared at my private temporary consumer abode on the land of Lilburn, Gwinnett County, Georgia "nation state" and via threat, duress, coersion, display of aforemention guns, custodian Susan Freeman and custodian who identified himself as "Agent Agent", pursued my private property identified as: 2018 Cadaillac Escalade ESV Platinum Edition Satin Silver

in color, including all its content and fixtures; takes without just compensation and held by resultant custodian.

i attempted to explain to custodians identified supra, their error regarding my private property identified supra, but custodian Susan Freeman stated "we're gonna do it anyway".

on September 17, 2020, etc., custodians created their debt instrument identified as a true bill and on October 7, 2020, custodians issued their debt instrument / true bill in pursuit of my private property.

as affirmed supra on pages 9-10, i am a flesh and blood living man, in full life of God's creation born on the land, personne physique, a civilian, private person/natural person

the court lacks jurisdiction; i challenge subject matter jurisdiction. Lyndie M. Freeman DBA LYNDIE M FREEMAN ASSISTANT UNITED STATES ATTORNEY United States Department of Justice is pursuing a civilian's private property including my private property identified as "my body" and to include, but not limited to my private property identified supra on pages 4-5, etc.

i hereby affirm that custodian Lyndie m Freeman is "not" an heir nor beneficial heir nor qualified heir to my private estate nor to any of my private property. i further affirm that no custodian is an heir nor beneficial heir nor qualified heir to my private estate nor to any of my private property.

Take notice that on October 7, 2020, through acts of treason i was kidnapped by custodians and i have been involuntarily held hostage by custodians via false imprisonment, etc., for nineteen months in BUTTS COUNTY GOVERNMENT JAIL GEORGIA  835 Ernest Biles Drive. Jackson, Georgia "nation state" and through tacit consent, custodian identified as Gary Long DBA GARY LONG SHERIFF BUTTS COUNTY GOVERNMENT acquiesced to human rights violations against me a flesh and blood living man in full life, civilian, private person/natural person; and custodian Gary Long has become an active participant to aforementioned acts of treason, etc.

through additional acts of treason and human rights violations against me, a flesh and blood living man in full life, civilian, personae physique via threat, duress, coercion via repeated display of guns, electric tasers, attack dogs, etc.; i have been involuntarily shackled, placed in a cage, denied liberty, forced into servitude / slavery, chattle slavery, insider trading, human trafficking / trafficking in human cargo on seventeen separate occaisions; i have been involuntarily vaccinated "twice" against my religious beliefs, my dna stolen, etc., by custodians.

the dates i have been injured by custodians via human trafficking / trafficking in human cargo against a flesh and blood living man in full life are identified as follows:

    October 7, 2020   —   once
    October 9, 2020   —   twice
    October 23, 2020   —   twice
    May 5, 2021   —   twice
    June 3, 2021   —   twice
    July 14, 2021   —   twice
    August 16, 2021   —   twice
    August 17, 2021   —   twice
    August 18, 2021   —   twice

in good faith, honorable intent, clean hands, and by rights of redemption in subrogation and equity, on October 23, 2020, i conveyed and assigned custodians debt instrument / true bill identified supra and attached, to and for the account of the United States and i delivered the aforemention conveyed true bill to custodian identified as Charles H. Weigle DBA CHARLES H. WEIGLE MAGISTRATE JUDGE, United States District Court for the middle District of Georgia Macon Division; i simultaneously delivered my original authenticated private property, private estate / private trust / private deed identified supra on page 10, to custodian Charles H. Weigle; takes without just compensation and held by resultant custodian.

on October 23, 2020, and May 5, 2021, etc., i disclosed to custodians Charles H. weigle, custodian Lyndie M Freeman, and custodian identified as C Ashley Royal DBA C ASHLEY ROYAL DISTRICT JUDGE United States District Court for the middle District of Georgia Athens Division that certified copies of my authenticated private property, private estate /

private trust / private trust documents had already been delivered to Departments De Hacienda via special deposit August 2015 and confirmed received, processed, and approved, etc., in turn, on the record custodian Charles H. Weigle and custodian Lyndie M Freeman referenced the original authenticated private estate identified supra as Sovereign citizen documents, etc. thus custodians waging war against the United States on American Soil. in turn, custodian C Ashley Royal issued an order prohibiting me from mentioning Departments De Hacienda nor my private estate / private trust documents in his courtroom, etc.

On June 3, 2021, i delivered a second copy of the conveyed and assigned true bill to custodians due to custodian C Ashley Royal stating that the court wasn't able to locate the initial conveyed and assigned true bill that was delivered to custodian Charles H. Weigle on October 23, 2020. custodian Lyndie M Freeman did confirm on the record receipt of the second conveyed and assigned true bill.

On July 14, 2021, custodians Lyndie M Freeman and custodian C Ashley Royal conspired on the record to alter and modify the original true bill and custodians issued a modified and altered true bill for the exact same matter, debt, obligation, etc., that had already been previously conveyed and assigned to and for the account of the United States and delivered to custodians.
    See attachment  a  page 7
    See attachment  c  page 7

On July 26, 2021, custodians signed and "hand delivered" a letter to me in BUTTS COUNTY GOVERNMENT JAIL GEORGIA, that i can wear my own clothes during the matter and provided i am a good servant / slave - the shackles will remain off, signed by custodian identified as Nora Paul DBA NORA PAUL COURTROOM CLERK to custodian C Ashley Royal.
thus verifiable written and signed confirmation from custodians themselves attesting to their acts of treason, kidnapping, shackling, servitude / slavery, human rights violations, etc., against me a flesh and blood living man in full life, personae physique, a civilian, private person / natural person.
    see attachment d

between September 17, 2020, and August 16, 2021, etc., custodians have created eight separate instruments / case numbers for the matter,

debt, obligation, etc., identified supra on page 3, etc.

between October 23, 2020, and May 25, 2022, the entire debt, matter, obligation, etc., identified supra, attached, etc., have "all" been conveyed, transferred and assigned to and for the account of the United States for a full acquittance and discharge for all purposes of the debt, matter, obligation, etc., and then mailed to custodians including custodian Hilda Garcia.

i affirm i humbly and respectfully decline custodians offers to contract and respectfully return to custodians.

   See attachments
    a   pages   1-8
    c   pages   1-8
    d   pages   1-2
    e   pages   1-2
    f   pages   1-2
    g   pages   1-18

i affirm custodians have also pursued my private property identified supra on page 4; also identified as:
    165,212,271.$^{74}$
    239,000,000
takes without just compensation and held by resultant custodian.

i affirm all of my private property and entire private "estate" were secured by a 900-billion United States dollars first lien position in my favor August 2015; evidenced via recording custodian Clerk of Court. Oconee County. Government. Georgia "nation state " and also evidenced and verifiable via recording custodian Hilda Garcia Departmento De Hacienda August 2015.

i affirm between January 3, 2022 and January 20, 2022, i respectfully demanded custodian Hilda Garcia to conduct a forensic audit of the matter identified supra to ensure and guarantee that all of my private property including rents and interest have all been accounted for and satisfactorily return back to me.

i affirm on April 27, 2022, i gave / filed <u>written notice</u> of Surety termination from bond liability affirming it is my desire to terminate all Surety liability for "all" bonds securing and/or backing the entire matter, debt, obligation, etc., identified Supra on page 3, etc., Surety termination from all liability under the bond was effective <u>May 16, 2022</u>; all bond coverage ended.

i further affirm i am "<u>not</u>" at war with the United States nor with any of the fifty United States of America nor with any States of the Union; i affirm i am friendly to the United States and friendly to all fifty United States of America and friendly to all States of the Union.

the court is move in "<u>exclusive equity</u>" to immediately utilize the special deposit identified supra on page 7, etc., and to immediately and permanently settle, discharge, and close "all" debt, to the matter, obligation, etc., identified supra, attached, and previously delivered to custodians for a full acquittance and discharge, rightfully returning my body back to me and returning all of my private property back to me, etc. i now hereby document into record Burgess Mattox El, Marquel Antwain personae physique, a Civilian, private person/natural person, Principal, grantor, settlor, trustor, majority; a flesh and blood living man in full life operating with clean hands, as of this day. i further affirm that the aforemention facts herein are true, correct, and complete to the best of my knowledge and belief and affirmed as the truth.

Date: May 25, 2022          Print: Burgess Mattox El, Marquel Antwain

                    by: No Rightwing
                    personne physique, a Civilian,
                    private person/natural person,
                    Principal, grantor, settlor, trustor,
                    majority
                    all God given rights reserved
                    and non waived



## Challenge of jurisdiction

FILED '22 07 21 AM 09:33 MDGA-MAC

In good faith, honorable intent, clean hands, and by rights of redemption in subrogation and equity; and as affirmed supra on page 9

i Burgess Mattox El, Marquet Antwain  personne physique, a civilian, private person/natural person, majority; a flesh and blood living man in full life, a living man of God's creation born on the land; hereby challenge jurisdiction and challenge subject matter jurisdiction to the matter.

Date: May 25, 2022                    Print: Burgess mattox El, Marquet Antwain

                                      by: no right waived
                                      personne physique, a civilian,
                                      private person/ natural person,
                                      principal, grantor, settlor, trustor,
                                      majority
                                      all God given rights reserved
                                      and non waived

Writ
Moving the Court

FILED '22 07 21 AM09:33 HDGA-MAC

in good faith, honorable intent, clean hands, and by rights of redemption
in Subrogation and equity, on this day, May 25, 2022,
i Burgess Mattox El, Marquel Antwain personne physique, a civilian,
private person / natural person, Principal, Grantor, Settlor, trustor, majority;
a flesh and blood living man in full life
hereby move the court in "exclusive equity" to immediately utilize the
Special deposit of my private property / private estate / private trust /
private deed identified as Marquel Antwain Burgess Mattox "estate"
Georgia "nation state" Certificate of live birth, file number 1972GA000180065
certificate number 758822 and certificate number S2065764
to immediately and permanently settle, discharge, and close "all" debt,
liabilities, tax liabilities, cases, case numbers, docket numbers, accounts,
account numbers, bonds, securities, instruments, charges, claims, true bill,
etc., known and unknown; to include the entire matter, etc., identified
Supra on page 3-4; page 15; and attached, etc., for a full acquittance and
discharge for all purposes of the entire matter, debt, obligation, etc., and
immediately and permanently cease all acts of treason, revoke the detention
order to the matter, set me at liberty released from false imprisonment
rightfully returning my body back to me and returning all of my private
property back to me without delay.

Date: May 25, 2022          Print: Burgess Mattox El, Marquel Antwain

                                            by: the right well
                                            personne physique, a civilian,
                                            private person / natural person,
                                            Principal, Grantor, Settlor, trustor,
                                            majority
                                            all God given rights reserved
                                            and non waived



the aforementon and attachments are mailed to the following:

to:   custodian David W. Bunt DBA DAVID W. BUNT CLERK OF COURT
      United States District Court middle District of Georgia Macon Division
      475 Mulberry Street
      Macon, Georgia "nation State"

to:   custodian Lyndie M Freeman DBA LYNDIE M FREEMAN ASSISTANT
      UNITED STATES ATTORNEY
      United States Department of Justice
      300 Mulberry Street
      Macon, Georgia "nation State"

to:   custodian Hilda Garcia DBA HILDA GARCIA SUPERVISOR
      Departmento De Hacienda
      10 Covadonga
      San Juan Pureto Rico