FILED: 22 07 21 AM09:33 MDGA-MAC

Private   Priority   Exclusive   Urgent   Proprietary matter

Not for public consumption and demand to seal due to private conflict laws

### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF GEORGIA
### ATHENS DIVISION

UNITED STATES OF AMERICA                               Case no. 3:20-CR-44 (CAR)

v

MARQUET ANTWAIN BURGESS
       MATTOX,
aka MARQUET ANTWAIN
       BURGESS MATTOX EL,
aka MARQUET BURGESS
       MATTOX,
aka ASIM ASHUNTA EL,
aka ASIM EL BEY,
       personne physique.

FILED '22 07 21 AM09:33 MDGA-MAC

WRIT
REVOCATION OF DETENTION ORDER / RELEASE ORDER.

The matter has come before the court, whereby the court lacks jurisdiction; THEREFORE IT IS HEREBY ORDERED that:

the detention order in the matter is immediately and permanently revoked from against Burgess Mattox El, Marqued Antwain.

Burgess Mattox El, Marqued Antwain shall be immediately and permanently set at liberty released from all jail/imprisonment, etc., this day without delay.

Burgess Mattox El, Marqued Antwain, additional private property held in BUTTS COUNTY JAIL GEORGIA, identified as books, documents, papers, folders, pants, shirts, socks, shoes, etc., shall be immediately released to Burgess Mattox El, Marqued Antwain without delay.

This order entered on _____, 2022

JUDGE

United States District Court
Middle District of Georgia
Athens Division