Private   Priority   Exclusive   Urgent   Proprietary matter

Not for public consumption and demand to seal due to private conflict laws

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

UNITED STATES OF AMERICA                    Case no. 3:20-CR-44 (CAR)

        v

MARQUET ANTWAIN BURGESS
        MATTOX,
aka MARQUET ANTWAIN
        BURGESS MATTOX EL,
aka MARQUET BURGESS
        MATTOX,
aka ASIM ASHUNTA EL,
aka ASIM EL BEY,
    Personne physique.

page 1 of 2

WRIT

## FINAL ORDER

FILED '22 07 21 AM09:33 MDGA-MAC

The matter has come before the court, whereby the court lacks jurisdiction; THEREFORE IT IS HEREBY ORDERED that:

all action, foreclosure, sale, liens, etc., shall be immediately and permanently revoked, released, and removed from against Burgess Mattox El, Marquet Antwain and from against his private property.

all private property including rents and interest shall be immediately and permanently restored and returned back to Burgess Mattox El, Marquet Antwain without delay.

all debt, etc., to the matter, etc., shall be immediately and permanently settled, discharged, and closed for a full acquittance and discharge for all purpose of the debt, matter, obligation, etc., in favor of Burgess Mattox El, Marquet Antwain.

the matter is not for public consumption and shall be immediately sealed.

the court apologize to Burgess Mattox El, Marquet Antwain for any/all injury the matter caused.

This order entered on _____, 2022


JUDGE

United States District Court
Middle District of Georgia
Athens Division