attachment b

exhibit b

# United States of America



## DEPARTMENT OF STATE

### To all to whom these presents shall come, Greetings:

I Certify That the document hereunto annexed is under the Seal of the State(s) of Georgia, and that such Seal(s) is/are entitled to full faith and credit.*

*For the contents of the annexed document, the Department assumes no responsibility
This certificate is not valid if it is removed or altered in any way whatsoever

In testimony whereof, I, John F. Kerry, Secretary of State, have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this thirtieth day of July, 2015.

Issued pursuant to CHXIV, State of
Sept. 15, 1789, 1 Stat. 68-69; 22
USC 2657; 22USC 2651a, 5 USC
301; 28 USC 1733 et. seq.; 8 USC
1443(f); RULE 44 Federal Rules of
Civil Procedure

Secretary of State

By _____
Assistant Authentication Officer,
Department of State



# State of Georgia



### By His Excellency NATHAN DEAL
GOVERNOR AND COMMANDER-IN-CHIEF OF THE ARMY AND NAVY OF
THIS STATE AND OF THE MILITIA THEREOF.

## To All whom these Presents shall Come -- Greeting,

*Know Ye,* THAT  **LINDA D. REYNOLDS**

whose official signature appears to the instrument of writing hereto annexed, was at the time of affixing the same thereto, the duly appointed Supervisor for Vital Records, Department of Human Resources, Atlanta, Georgia, as appears from the Records of this Department, and that her attestation is in due form. *Therefore, all due faith, credit and authority is and ought to be had and given to her.*

I further certify that the Secretary of State of the State of Georgia is the Custodian of the Great Seal of said State.

Given under my hand and the Great Seal of the State at the Capitol in Atlanta, this, the 30th day of June, in the year of our Lord Two Thousand and Fifteen and of the Independence of the United States of America, the Two Hundred and Thirty-Ninth.



_Nathan Deal_
Governor

*Executive Department*

Atlanta, GA  June 30, 2015

*By the Governor,*

_____
Secretary of State

_____
Executive Secretary

# STATE OF GEORGIA CERTIFICATE OF LIVE BIRTH

**Death Number:**
**Local File Number:**
**1. State File Number:** 1972GA000018065

**2. CHILD'S NAME:** FIRST: MARQUET  **3. MIDDLE:** ANTWAIN  **4. LAST:** BURGESS MATTOX
**5. JR., III, ETC.:**
**6. Sex (M or F):** MALE
**7. DATE OF BIRTH (Mo., Day, Year):** 03/19/1972

**8. TIME OF BIRTH:** 07:00 AM
**9. THIS BIRTH (Single, Twin, Triplet, Etc.):** SINGLE
**10. IF NOT SINGLE SPECIFY BIRTH ORDER:**

**11. CITY, TOWN, OR LOCATION OF BIRTH:** ATHENS
**12. HOSPITAL FACILITY NAME (If not Hospital, give street and Number.):** ATHENS GENERAL HOSPITAL

**13. IF NOT HOSPITAL, Specify:** HOSPITAL
**14. COUNTY OF BIRTH:** CLARKE

**15. MOTHER'S NAME FIRST:** DEBRA  **16. MIDDLE:** JEAN  **17. LAST:** BURGESS
**18. MAIDEN (Last Name):** BURGESS

**19. DATE OF BIRTH (Month, Day, Year):** Age: 17
**20. STATE OF BIRTH (If not U.S.A., Name Country):** GEORGIA
**21. RESIDENCE - STATE:** GEORGIA
**22. COUNTY:** CLARKE

**23. CITY, TOWN OR LOCATION:** ATHENS
**24. STREET AND NUMBER OF RESIDENCE:** 730 BRANCH STREET

**25. MOTHER'S MAILING ADDRESS:** 730 BRANCH STREET  ATHENS  GEORGIA  30606
**26. RESIDENCE INSIDE CITY LIMITS? (Yes or No):** UNKNOWN

**27. FATHER'S NAME FIRST:** BOBBY  **28. MIDDLE:** LEE  **29. LAST, JR., ETC.:** MATTOX
**30. DATE OF BIRTH (Mo., Day, Year):** 01/04/1950
**31. STATE OF BIRTH (If not U.S.A., Name Country):** GEORGIA

**32a. INFORMANT'S NAME (Type or Print):** DEBRA JEAN BURGESS
**32b. RELATION TO CHILD:** MOTHER
**33. PARENTS AUTHORIZE RELEASE OF INFORMATION TO SOCIAL SECURITY ADMINISTRATION TO ISSUE THIS CHILD A SOCIAL SECURITY NUMBER.** (Yes or No) UNKN

**35. I CERTIFY THAT THE ABOVE NAMED CHILD WAS BORN ALIVE AT PLACE AND TIME AND ON THE DATE STATED ABOVE (Signature):** Electronically signed by STEPHEN KING
**SIGNED (Mo., Day, Year):** 03/31/1972
**36. ATTENDANT AT BIRTH IF OTHER THAN CERTIFIER (Type or Print) (Name):**
**37. (Title):**

**38. CERTIFIER (Type or Print) (Name):** STEPHEN KING  (Title) MD
**39. PHYSICIAN'S MEDICAL LIC. NO.:**
**40. CERTIFIER MAILING ADDRESS (Street or R.F.D No., City or Town, State, Zip):** 1199 PRINCE AVE, ATHENS GA 30606

**41. REGISTRAR (Signature):** Electronically signed by /S/ Deborah C. Aderhold
**42. DATE RECEIVED BY STATE REGISTRAR (Mo., Day, Year):** 04/03/1972

GEORGIA DEPARTMENT OF COMMUNITY HEALTH, VITAL RECORDS SERVICE

Form 3901A (Rev. 7-1-92)

THIS IS TO CERTIFY THAT THIS IS A TRUE REPRODUCTION OF THE ORIGINAL RECORD ON FILE WITH THE STATE OFFICE OF VITAL RECORDS, GEORGIA DEPARTMENT OF PUBLIC HEALTH. THIS CERTIFIED COPY IS ISSUED UNDER THE AUTHORITY OF CHAPTER 31-10, CODE OF GEORGIA AND 290-1-3, DPH RULES AND REGULATIONS. Any reproduction of this document is prohibited by statute. Do not accept unless on security paper with seal of Vital Records clearly embossed. Chapter 31-10, Code of Georgia as amended.

BY /s/ Deborah C. Aderhold, Registrar    MAR 21 2014

**WARNING:** THIS DOCUMENT IS PRINTED ON SECURITY WATERMARKED PAPER AND CONTAINS SECURITY FIBERS. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARK. THE DOCUMENT FACE CONTAINS A SECURITY BACKGROUND, EMBOSSED SEAL AND THERMOCHROMIC INK. THE BACK CONTAINS SPECIAL LINES WITH TEXT.

758022

Form 3972 (Rev. 7/11)

## Georgia Department of Public Health
### Office of Vital Records

The information appearing on the Certificate of Birth transcribed from the original birth certificate as filed with the Office of Vital Records. The Office of Vital Records reserves the right to accept or reject any correction.

| DATA | ORIGINAL RECORD NOW READS | CORRECTION(S) DESIRED (print full names, dates, other) |
|---|---|---|
| NAME AT BIRTH | MARQUET ANTIN AIN BURGESS MATTOX | Marquet Antwain Burgess Mattox |
| DATE OF BIRTH | 03/19/1972 | 3-19-72 |
| SEX | MALE | male |
| OTHER ERROR | DEBRA JEAN BURGESS MOTHER | Debra Jean Burgess mother |
| OTHER ERROR | BOBBY LEE MATTOX | Bobby Lee Mattox |

SIGNATURE OF FATHER

PRESENT ADDRESS STREET: 2020 Piedmont Road Northeast 56-507

SIGNATURE OF MOTHER

CITY: Atlanta   STATE: Georgia   ZIP CODE:

SIGNATURE OF PERSON NAMED ON RECORD

PHONE NUMBER (    )

**TO BE COMPLETED BY NOTARY PUBLIC ONLY**

State of Georgia
Signed and sworn to before me this 7 (Day) of October (Month), 20 20
Print name of person(s) appearing before the Notary Public
1. Peter Walter
2. Peter Walter

Signature of Notary Public

Address of Notary Public: 1221 Rockbridge Road

My commission expires Feb 26, 2021

Notary Stamp and/or Seal

**Notary Instructions:**

USE BLACK INK for all signatures and/or the notary stamp.

Do not notarize if there are any alterations, such as: scratch out, correction fluid, write-over or erasure.

Do not notarize unless signed by subject (or parent(s) if under age 18) in the presence of the Notary.

Complete all items in the Notary section and affix your notary stamp and/or seal.

Handwritten note (left margin):
I hereby assign his debt to the United States
/s/ M. Brown
Peter Walter
Oct 7, 2020

**Instructions to Correct Birth Certificate:**
Complete the above affidavit in the presence of a Notary Public. Upon receipt and review of the documentation and notarized affidavit, the Office of Vital Records will determine if the correction can be made.

Original documents supporting the correction(s) requested must be submitted, such as marriage record, Social Security record, school record, military record, etc. Enclose a self-addressed stamped envelope for return of original document. Please contact Office of Vital Records for documentation required for this particular correction. The person(s) requesting the correction must include with the notarized affidavit a clear copy of his/her valid government issued photo ID that verifies his/her name and current address. If possible, enlarge photo ID on copier by at least 150%. Photo identification will be shredded after review. If you do not possess photo ID that verifies your current mailing address, you may submit two documents that do verify the address such as lease agreement, utility bills, pay stub, bank statement, credit card statement, etc.

Mail complete affidavit form, documents and ID to:
Office of Vital Records
2600 Skyland Dr.
Atlanta, GA 30319
404-679-4702
For additional information, visit our website at http://health.state.ga.us/programs/vitalrecords

Issued by: [signature]
Date Issued: [illegible]

Any reproduction of this document is prohibited by statute   Do not accept unless embossed with a raised seal

VERIFY PRESENCE OF WATERMARK — HOLD TO LIGHT TO VIEW

| | |
|---|---|
| STATE OF GEORGIA CERTIFICATE OF LIVE BIRTH | Death Number / Local File Number / 1. State File Number **1972GA000018065** |

| 2. CHILD'S NAME: FIRST 3. MIDDLE 4. LAST 5. JR., III, ETC. | 6. SEX (M or F) | 7. DATE OF BIRTH (Mo., Day, Year) |
|---|---|---|
| MARQUET ANTWAIN BURGESS MATTOX | MALE | 03/19/1972 |

| 8. TIME OF BIRTH | 9. THIS BIRTH (Single, Twin, Triplet, Etc.) | 10. IF NOT SINGLE SPECIFY BIRTH ORDER |
|---|---|---|
| 07:00 AM | SINGLE | |

| 11. CITY, TOWN, OR LOCATION OF BIRTH | 12. HOSPITAL FACILITY NAME (If not Hospital, give street and Number.) |
|---|---|
| ATHENS | ATHENS GENERAL HOSPITAL |

| 13. IF NOT HOSPITAL, Specify | 14. COUNTY OF BIRTH |
|---|---|
| | CLARKE |

| 15. MOTHER'S NAME FIRST 16. MIDDLE 17. LAST | 18. MAIDEN (Last Name) |
|---|---|
| DEBRA JEAN BURGESS | BURGESS |

| 19. DATE OF BIRTH (Month, Day, Year) | 20. STATE OF BIRTH (If not U.S.A., Name Country) | 21. RESIDENCE - STATE | 22. COUNTY |
|---|---|---|---|
| UNKNOWN | GEORGIA | GEORGIA | CLARKE |

| 23. CITY, TOWN OR LOCATION | 24. STREET AND NUMBER OF RESIDENCE |
|---|---|
| ATHENS | 730 BRANCH STREET |

| 25. MOTHER'S MAILING ADDRESS | 26. RESIDENCE INSIDE CITY LIMITS? (yes or No) |
|---|---|
| 730 BRANCH STREET | UNKNOWN |

| 27. FATHER'S NAME FIRST 28. MIDDLE 29. LAST, JR., ETC. | 30. DATE OF BIRTH (Month, Day, Year) | 31. STATE OF BIRTH (If not U.S.A., Name Country) |
|---|---|---|
| BOBBY MATTOX | 01/04/1950 | GEORGIA |

| 32a. INFORMANT'S NAME (Type or Print) | 32b. RELATION TO CHILD | 33. PARENTS AUTHORIZE RELEASE OF INFORMATION TO SOCIAL SECURITY ADMINISTRATION TO ISSUE THIS CHILD A SOCIAL SECURITY NUMBER. (Yes or No) |
|---|---|---|
| DEBRA JEAN BURGESS | MOTHER | UNKNOWN |

| 34. I CERTIFY THAT THE ABOVE NAMED CHILD WAS BORN ALIVE AT THE PLACE AND TIME AND ON THE DATE STATED ABOVE (Signature) Electronically signed by /S/ NOT RECORDED | 35. DATE SIGNED (Mo., Day, Year) 03/31/1972 | 36. ATTENDANT AT BIRTH IF OTHER THAN CERTIFIER (Type or Print) (Name) G EBE 37. (Title) MD |
|---|---|---|

| 38. CERTIFIER (Type or Print) (Name) NOT RECORDED (Title) NOT RECORDED | 39. PHYSICIAN'S MEDICAL LIC. NO. | 40. CERTIFIER-MAILING ADDRESS (Street or R.F.D No., City or Town, State, Zip) ATHENS GA |
|---|---|---|

| 41. REGISTRAR (Signature) Electronically signed by /S/ CHRISTOPHER JP HARRISON | 42. DATE RECEIVED BY STATE REGISTRAR (Mo., Day, Year) 04/03/1972 |
|---|---|

GEORGIA DEPARTMENT OF PUBLIC HEALTH, VITAL RECORDS SERVICE — Form 3901A (Rev. 01/2013)

THIS IS TO CERTIFY THAT THIS IS A TRUE REPRODUCTION OF THE ORIGINAL RECORD ON FILE WITH THE GEORGIA DEPARTMENT OF PUBLIC HEALTH, STATE OFFICE OF VITAL RECORDS. THIS CERTIFIED COPY IS ISSUED UNDER THE AUTHORITY OF CHAPTER 31-10, CODE OF GEORGIA AND 611-1-3, DPH RULES AND REGULATIONS. Any reproduction of this document is prohibited by statute. Do not accept unless on security paper with seal of Vital Records clearly embossed. Chapter 31-10, Code of Georgia as amended.

BY  6527743

  S2065764

**WARNING:** THIS DOCUMENT IS PRINTED ON SECURITY WATERMARKED PAPER AND CONTAINS SECURITY FIBERS. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARK. THE DOCUMENT FACE CONTAINS A SECURITY BACKGROUND, EMBOSSED SEAL AND THERMOCHROMIC INK. THE BACK CONTAINS SPECIAL LINES WITH TEXT.

FEB 14 2022



VOID IF ALTERED OR COPIED