Attachment d



UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
MIDDLE DISTRICT OF GEORGIA
475 Mulberry Street

MACON , GEORGIA 31601

DAVID W. BUNT, Clerk
Telephone: (478) 752-3497
Facsimile:  (478) 738-6327

OFFICE
ALBANY 317(
ATHENS 306(
COLUMBUS 319(
MACON 312(
VALDOSTA 316(

July 26, 2021
(Mailed via USPS and hand-delivered)

Mr. Marquet Mattox
c/o Butts County Detention Center
835 Ernest Biles Dr
Jackson, GA  30233

RE: USA v Marquet Mattox Case #3:20-cr-44-CAR

Mr. Mattox:

Judge Royal has spoken with the United States Marshal's Service
and you will not be shackled during the jury trial unless the
need arises.

You will be allowed to wear your own clothes provided by your
family members.  They can bring the clothes to the USMS lock-up
on the second floor of the courthouse in Athens the morning of
August 16.

The Government will provide a copy of the indictment to Judge
Royal, of which the forfeiture notice will be redacted, for his
review before trial.

Jury selection and trial will begin on Monday, August 16 at 9:00
am.

Sincerely,
s/Nora Paul
Courtroom Clerk to
Judge Ashley Royal

i Convey, transfer, and assign this entire debt, matter, obligation, etc., to and for
the account of the United States for a full acquittance and discharge for all
purposes of the debt, matter, obligation; to include Case 3: 20-cr-44-CAR.

January 3, 2022

Re-Registered
personal Physique
a Civilian



by rights of redemption in subrogation and equity
i convey, transfer, and assign the entire debt, matter, instrument obligation, etc.,
on the obverse side, etc., ~~xxxxx~~ to and for the account of the united states
for a full acquittance and discharge for all purposes of the debt, matter, obligation,
etc.

Date: May 25, 2022

Print: Burgess Meathox EI, Marquet Anivain
by: no rights waived
personne physique, a civilian,
private person / natural person,
principal, grantor, settler, trustor,
majority
all God given rights reserved
and non waived



*Conveyed*

U.S. COURTS, MIDDLE DISTRICT OF GEORGIA
OFFICE OF THE CLERK
P.O. BOX 128
MACON, GEORGIA 31202-0128

OFFICIAL BUSINESS

*Hand delivered*

Mr. Marquet Mattox
c/o Butts County Detention Center
835 Ernest Biles Dr
Jackson, GA  30233

i Convey, transfer, and assign this entire debt, matter, obligation, etc., to and for the account of the United States for a full acquittance and discharge for all purposes of the debt, matter, obligation, etc.

January 3, 2022

respectfully,
No right waived
personne physique
a civilian



by rights of redemption in subrogation and equity
i convey, transfer, and assign the entire debt, matter, instrument, obligation, etc.,
on the obverse side, etc., to and for the account of the United states for a
full acquittance and discharge for all purposes of the debt, matter, obligation, etc.

Date: May 25, 2022

Print: Burgess Mattox El, Marqueel Antwain

by: no flights waived
personne physique, a civilian,
private person/ natural person,
principal, settler, grantor, truster,
majority
all God given rights reserved
and non waived