attachment e

AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

| United States of America | ) |
|---|---|
| v. | ) |
| MARQUET ANTWAIN BURGESS MATTOX a/k/a MARQUET ANTWAIN BURGESS MATTOX EL a/k/a MARQUET BURGESS MATTOX a/k/a ASIM ASHUNTA EL a/k/a ASIM EL BEY | ) Case No. 3:20-cr-44-001(CAR) ) ) ) |
| Defendant | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: U.S. District Court<br>475 Mulberry Street<br>Macon, Georgia 31202 | Courtroom No.:  E – 1st Floor |
|---|---|
| | Date and Time: October 7, 2020 @ 3:00PM |

This offense is briefly described as follows:

Wire Fraud; False Claims against the United States Government; and Theft of Government Funds

**SEE ATTACHMENT FOR IMPORTANT INSTRUCTIONS REGARDING YOUR COURT APPEARANCE**

Date: September 30, 2020

s/ Gail G. Sellers
*Issuing officer's signature*

Gail G. Sellers, Deputy Clerk
*Printed name and title*

---

I declare under penalty of perjury that I have:

☐ Executed and returned this summons  ☐ Returned this summons unexecuted

Date:

I convey, transfer, and assign this entire debt, matter, obligation, etc., to and for the account of the United States for a full acquittance and discharge for all purposes of the debt, matter, obligation, etc.
January 3, 2022

Server's signature

Printed name and title
no rights reserved

by rights of redemption in subrogation and equity.
i convey, transfer, and assign the entire debt, matter, instrument, obligation, etc.,
on the obverse side, etc., to and for the account of the United States
for a full acquittance and discharge for all purposes of the debt, matter, obligation,
etc.

Date: May 25, 2022

print: Burgess Maddox El, marquet Amwain

by: no right waived
persone physique, a civilian,
private person / natural person,
Principal, grantor, settlor, trustor,
majority
all God given rights reserved
and non waived



*Conveyed*

## INSTRUCTIONS REGARDING YOUR COURT APPEARANCE

You have been issued a SUMMONS to come to the United States District Court for the Middle District of Georgia, 475 Mulberry Street, Macon, Georgia, to answer allegations of criminal wrongdoing made against you in an indictment handed down by a grand jury of this district. THIS SUMMONS has been issued in lieu of issuing a WARRANT for your arrest to allow you to voluntarily report to court. The court expects you to appear AS DIRECTED and to follow these instructions BEFORE you report to court at the time and date set forth in the attached SUMMONS.

The purpose of issuing a SUMMONS is to allow you to avoid the unpleasantness associated with being taken into custody and to report on your own. HOWEVER, IT IS IMPORTANT FOR YOU TO UNDERSTAND THAT IF YOU FAIL TO APPEAR AS DIRECTED, A WARRANT FOR YOUR ARREST WILL BE ISSUED AND THE UNITED STATES MARSHAL'S SERVICE WILL PHYSICALLY TAKE YOU INTO CUSTODY. In that event, the date and time of your court appearance cannot be guaranteed, and you may find yourself being held in custody overnight while awaiting your court appearance.

Because you are being afforded an opportunity to report to court on your own, it will be necessary for you to make an appointment with the United States Probation Office **PRIOR TO COMING TO COURT** to personally provide information about yourself so that a PRETRIAL SERVICES REPORT can be prepared by that office for use at your Initial Appearance Hearing. When you appear in court for your Initial Appearance Hearing, you will be advised of any criminal charges made against you and of your legal and Constitutional rights. The court will then consider setting conditions for your release from custody, that is, setting bond, if necessary, and such other conditions as may be appropriate.

Accordingly, YOU ARE ORDERED AND DIRECTED to **IMMEDIATELY** contact the

UNITED STATES PROBATION OFFICE
433 Walnut Street
Macon, Georgia 31202
Telephone: (478) 752-8106

upon receipt of this SUMMONS and Notice. That office will give you further instructions and set up an appointment for you to provide the information required to be given BEFORE your court appearance.

*I Convey, transfer and assign this entire debt, matter, obligation, etc., to and for the account of the United States for a full acquittance and discharge for all purposes of the entire debt, matter, obligation, etc.*

*January 3, 2022*

*No Rights Waived*
*personne physique*
*a Civilian*



by rights of redemption in subrogation and equity
i conveyed, transfer, and assign the entire debt, matter, instrument,
obligation, etc., on the obverse side, etc; to and for the account of the
United States for a full acquittance and discharge for all purposes of the debt,
matter, obligation, etc.

Date: May 25, 2022

print: Burgess Mattox El, Marquet Antwan

by: /s/ Rights weil
personne physique, a Civilian,
Private person / natural person,
Principal, grantor, settlor, truster,
majority
all God given rights reserved
and non waived

