

Burgess Matt El Maguet
C/o 835 Emos Bibs Drive
Jackson Georgia 30233

X-Rayed
CLEARED FOR DELIVERY

Private

David W. Bunt
Clerk of Court
United States District Court
For the middle District of Georgia
Macon Division
475 Mulberry Street
Macon Georgia