attachment f



**Department of the Treasury**
**Internal Revenue Service**

2888 WOODCOCK BLVD
STOP 308D
ATLANTA, GA 30341-4002

Date:
05/24/2021
Re: Your Inquiry dated

BURGESS MATTOX BEY INVESTMENT TR
ASIM EL BEY TTEE
925B PEACHTREE ST NE NO 2160
ATLANTA, GA 30309

Taxpayer Identification number: *(last 4 digits)*
XX-XXX7505
Tax period:
2015

ATTN: MARQUET BURGESS MATTOX

I am notifying you that I am pursuing a Suit to Foreclose on the Notice of Federal Tax Lien (seize) for the property located at 1054 Morgan Garner Dr, Lilburn, GA 30047.

*[Handwritten:]* I Convey, transfer, and assign this entire debt, matter, obligation, etc., ~~[struck through]~~ to and for the account of the United States for a full acquittance and discharge for all purposes of the debt, matter, obligation.

January 3, 2022

No Rights waived
personne physique
a civilian

| Your telephone number: | Best time to call during normal working hours: |
|---|---|
| (470)719-6673 | 9:00 am to 2:30 pm |

| Your Signature | Title | Employee Number |
|---|---|---|
| S FREEMAN | REVENUE OFFICER | 1000250952 |

Form **5260** (Rev 7-2015)   Catalog Number 42403P   Department of the Treasury - Internal Revenue Serv



by rights of redemption in subrogation and equity
i convey, transfer, and assign the entire debt, matter, instrument, obligation, etc., on the obverse side, etc., to and for the account of the United States for a full acquittance and discharge for all purposes of the debt, matter, obligation, etc.

Date: May 25, 2022

print: Burgess Mattox El, Marquest Antwain
by: no right waived
personne physique, a civilian,
private person / natural person,
principal, grantor, settlor, trustor,
majority
all God given rights reserved
and non waived



*Conveyed*

**Internal Revenue Service**
Attn:
Stop 308 D
2888 Woodcock Boulevard
Atlanta, GA 30341-4002

Official Business
Penalty for Private Use, $300

2000 6015930206

NEOPOST
05/25/2021
US POSTAGE

Marquet Burgess Mattox
c/o Butler County Detention Cen.
835 Ernest Biles Dr
Jackson GA 30233

I convey, transfer, and assign this entire debt, matter, obligation, etc., to and for the account of the United States for a full acquittance and discharge for all purposes of the debt, matter, obligation, etc.

January 3, 2022

respectfully
not Registered
personne physique
a Civilian



by rights of redemption in Subrogation and equity
i convey, transfer, and assign the entire debt, matter, instruments, obligations, etc.,
on the obverse side, etc., to and for the account of the United States for
a full acquittance and discharge for all purposes of the debt, matter, obligation, etc.

Date: Mar/ 25, 2022

print: Burgess Mattox El, Marquet Antwain

by: [signature]
personne physique, a civilian,
private person / natural person,
principal, grantor, settlor, truster,
majority
all God given rights reserved
and non waived