FILED '22 07 25 AM 09:39 MDGA-MAC

Private   Priority   Exclusive   Urgent   Proprietary Matter

Not for public consumption and demand to seal due to private conflict laws

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

UNITED STATES OF AMERICA         Case no. 3:20-CR-44 (CAR)
   v
MARQUET ANTWAIN BURGESS
       MATTOX,
aka MARQUET ANTWAIN
       BURGESS MATTOX EL,
aka MARQUET BURGESS
       MATTOX,
aka ASIM ASHUNTA EL
aka ASIM EL BEY,
       persone physique.

FILED '22 07 25 AM09:39 MDGA-MAC

## Notice of Appeal / Request for Transcripts for appeal

In good faith, honorable intent, clean hands, and by rights of redemption in Subrogation and equity, on this day, July 20, 2022, I Burgess Mattox El, Marques Antwan, personne physique, a civilian, private person/natural person, a flesh and blood living man in full life hereby file this notice of appeal; and simultaneously request, due to me being forced into an indigent statues by custodians, request the court to provide me with transcripts for "all" hearings to the matter needed as evidence for the appeal; hearing dates are identified as follows:

    October 7, 2020
    October 9, 2020
    October 23, 2020
    May 5, 2021
    June 3, 2021
    July 14, 2021
    August 16, 2021
    August 17, 2021
    August 18, 2021
    July 14, 2022

Date: July 20, 2022        print: Burgess Mattox El, Marques Antwan

                           by: no [illegible] [illegible]
                           personne physique, a civilian,
                           private person/natural person,
                           principal, grantor, settlor, trustor,
                           majority
                           all God given rights reserved
                           and non waived

