FILED '22 07 25 AM09:33 MDGA-MAC

Burgess Matter El, Marquelt Andwin
C/O 835 Ernest Biles Drive
Jackson Georgia 30233

Private

David W. Bunt
CLERIC OF COURT
United States District Court
for the Middle District of Georgia
Macon Division
475 Mulberry Street
Macon Georgia 31201


