APPEAL,BUTTS CO,PRO SE

# U.S. District Court [LIVE AREA]
## Middle District of Georgia (Athens)
## CRIMINAL DOCKET FOR CASE #: <u>3:20–cr–00044–CAR–CHW</u>–1

Case title: USA v. MATTOX

Date Filed: 09/17/2020

Date Terminated: 07/20/2022

Assigned to: US DISTRICT
JUDGE C ASHLEY ROYAL
Referred to: US MAGISTRATE
JUDGE CHARLES H WEIGLE

**<u>Defendant (1)</u>**

**MARQUET ANTWAIN
BURGESS MATTOX**
*TERMINATED: 07/20/2022*
*also known as*
MARQUET ANTWAIN
BURGESS MATTOX EL
*TERMINATED: 07/20/2022*
*also known as*
MARQUET BURGESS
MATTOX
*TERMINATED: 07/20/2022*
*also known as*
ASIM ASHUNTA EL
*TERMINATED: 07/20/2022*
*also known as*
ASIM EL BEY
*TERMINATED: 07/20/2022*

represented by **MARQUET ANTWAIN BURGESS MATTOX**
BUTTS COUNTY DETENTION CENTER
835 ERNEST BILES DRIVE
JACKSON, GA 30233
PRO SE

**FEDERAL DEFENDERS MIDDLE DISTRICT
OF GEORGIA INC**
440 MARTIN LUTHER KING JR BLVD STE 400
MACON, GA 31201
478–743–4747
Fax: 478–207–3419
Email: <u>GAM_MAC_ECF@fd.org</u>
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community
Defender Appointment*

**CATHERINE M WILLIAMS**
FEDERAL DEFENDERS OF MD GA
440 MLK JR BLVD STE 400
MACON, GA 31201
478–743–4747
Fax: 478–207–3428
Email: <u>catherine_m_williams@fd.org</u>
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community
Defender Appointment*

**JARED SCOTT WESTBROEK**
FEDERAL DEFENDERS OF MDGA, Inc.
440 MLK JR BLVD STE 400
MACON, GA 31201
478–743–4747
Fax: 478–207–3428

Email: jared_westbroek@fd.org
*TERMINATED: 04/28/2021*
*Designation: Public Defender or Community*
*Defender Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 18:1343 Wire Fraud (1–9) | 230 months as to counts one through nine, 60 months as to counts ten through nineteen to be served concurrently, 120 as to count twenty to be served concurrently, for a total term of imprisonment of 230 months. 3 years supervised release on each count to be served concurrently for a total term of supervised release of 3 years. $2000 mandatory assessment. Restitution in the amount of $3,242,388.85. |
| 18:287 False Claims against the United States Government (10–19) | 230 months as to counts one through nine, 60 months as to counts ten through nineteen to be served concurrently, 120 as to count twenty to be served concurrently, for a total term of imprisonment of 230 months. 3 years supervised release on each count to be served concurrently for a total term of supervised release of 3 years. $2000 mandatory assessment. Restitution in the amount of $3,242,388.85. |
| 18:641 Theft of Government Funds (20) | 230 months as to counts one through nine, 60 months as to counts ten through nineteen to be served concurrently, 120 as to count twenty to be served concurrently, for a total term of imprisonment of 230 months. 3 years supervised release on each count to be served concurrently for a total term of supervised release of 3 years. $2000 mandatory assessment. Restitution in the amount of $3,242,388.85. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |

None

**Plaintiff**

**UNITED STATES OF AMERICA**          represented by   **LYNDIE FREEMAN**
US ATTORNEY'S OFFICE
PO BOX 1702
MACON, GA 31201
478−752−3511
Email: lyndie.freeman@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

**ALEX KALIM**
DOJ−USAO
300 MULBERRY ST
STE 400
MACON, GA 31211
478−752−3511
Email: alex.kalim@usdoj.gov
*TERMINATED: 06/11/2021*
*Designation: Government Attorney*

**JESSICA KRAFT**
150 M ST NE
STE 1.1505
WASHINGTON, DC 20002
202−514−7670
Email: jessica.a.kraft@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

**MIKE MORRISON**
300 MULBERRY ST
STE 400
MACON, GA 31201
478−752−3511
Email: mike.morrison@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 09/17/2020 | 1 | | **INDICTMENT** as to MARQUET ANTWAIN BURGESS MATTOX (2) count(s) 1−9, 10−19, 20. (ggs) (Entered: 09/17/2020) |
| 09/30/2020 | | | **Arraignment set for 10/7/2020 03:00 PM in Macon** before US MAGISTRATE JUDGE CHARLES H WEIGLE.  **Initial Appearance set for 10/7/2020 03:00 PM in Macon** before US MAGISTRATE JUDGE CHARLES H WEIGLE. NOTICE OF **SETTING** HEARING as to |

| | | |
|---|---|---|
| | | MARQUET ANTWAIN BURGESS MATTOX. Hearing will occur **IN–PERSON**. Counsel, parties, and members of the public and press should review Amended Standing Order 2020–09, available on the courts website, regarding courthouse entrance procedures due to COVID–19. (cma) (Entered: 09/30/2020) |
| 10/05/2020 | 5 | ARREST Warrant Returned Unexecuted in case as to MARQUET ANTWAIN BURGESS MATTOX. Warrant issued in error. Summons issued. (ggs) (Entered: 10/05/2020) |
| 10/06/2020 | 6 | CJA 23 Financial Affidavit by MARQUET ANTWAIN BURGESS MATTOX (cma) Modified on 10/11/2020 Defendant refused to complete and sign (cma). (Entered: 10/06/2020) |
| 10/06/2020 | 7 | **SEALED MOTION** by MARQUET ANTWAIN BURGESS MATTOX. (Attachments: # 1 POA, # 2 AUTHORIZATION) Motion(s) referred to CHARLES H WEIGLE.(ggs) ***DOCUMENT TO REMAIN SEALED AFTER CASE IS UNSEALED*** (Entered: 10/06/2020) |
| 10/06/2020 | 8 | NOTICE of DNA Testing as to MARQUET ANTWAIN BURGESS MATTOX (ggs) (Entered: 10/06/2020) |
| 10/07/2020 | 9 | TEXT ONLY Minute Entry *(content for administrative purposes only)* for proceedings held before US MAGISTRATE JUDGE CHARLES H WEIGLE: AUSA: C. Shanelle Booker; Defense Counsel: Self Represented (refused assistance from FDO, Tina Hunt; US Probation Officer: David Simmons; Initial Appearance as to MARQUET ANTWAIN BURGESS MATTOX held on 10/7/2020, the court attempted to conduct the initial appearance and defendant would not follow instructions of the court and talked at the same time the Judge and AUSA, order could not be restored to the court and the defendant was taken into custody for contempt of court, hearings continued to Friday, 10/09/2020, it is to be determined if hearings are to be zoom or in person. Court Reporter: FTR Gold 3:05 p.m..Time in Court: 46 minutes. (cma) (Entered: 10/08/2020) |
| 10/07/2020 | | Arrest of MARQUET ANTWAIN BURGESS MATTOX (cma) (Entered: 10/11/2020) |
| 10/08/2020 | | **Arraignment set for 10/9/2020 02:30 PM in Macon** before US MAGISTRATE JUDGE CHARLES H WEIGLE. **Initial Appearance set for 10/9/2020 02:30 PM in Macon** before US MAGISTRATE JUDGE CHARLES H WEIGLE. NOTICE OF **SETTING** HEARING as to MARQUET ANTWAIN BURGESS MATTOX. Hearing will occur **IN–PERSON**. Counsel, parties, and members of the public and press should review Amended Standing Order 2020–09, available on the courts website, regarding courthouse entrance procedures due to COVID–19. (cma) (Entered: 10/08/2020) |
| 10/09/2020 | 10 | ***ORDER*** OF CONTEMPT AND TEMPORARY DETENTION as to MARQUET ANTWAIN BURGESS MATTOX. The United States Marshals Service is hereby ORDERED to retain custody of Defendant until 2:30 PM on Friday, October 9, 2020, when the Defendant shall be produced before the Court for a renewed attempt to conduct the required preliminary criminal proceedings in this case. Ordered by US MAGISTRATE JUDGE CHARLES |

| | | | H WEIGLE on 10/9/2020. (ggs) (Entered: 10/09/2020) |
|---|---|---|---|
| 10/09/2020 | 11 | | TEXT ONLY Minute Entry *(content for administrative purposes only)* for proceedings held before US MAGISTRATE JUDGE CHARLES H WEIGLE: AUSA: Steven C. Ouzts; Defense Counsel: Self Represented–Jared Westbroek, FDO on standby at request of the court; US Probation Officer: David Simmons; Return to court from 10/07/2020 Initial Appearance and Arraignment hearings where defendant failed to cooperated with court and was found in contempt and taken into custody; Initial Appearance as to MARQUET ANTWAIN BURGESS MATTOX held on 10/9/2020, Charges and sentencing range stated, advised of rights, rights to attorney discussed, defendant again stated he was self represented; Arraignment held on 10/9/2020 as to MARQUET ANTWAIN BURGESS MATTOX (1) Count 1–9,10–19,20, Plea entered by the court after defendant failed to respond and made a statement regarding his name, Not Guilty on counts 1–9,10–19,20 accepted by the court, a Faretta Inquiry is need, explained to defendant, and scheduled by the court for 10/23/2020 at 02:30 p.m., the FDO will be appointed as standby counsel until the hearing; Detention Hearing as to MARQUET ANTWAIN BURGESS MATTOX held on 10/9/2020, the government requested detention and gave argument, defendant requested release and gave argument, defense called witness Samuel Walsh Taylor, witness sworn and made statement on behalf of Mr. Mattox, government questioned witness, defense questioned witness, the court remanded the defendant to the custody of USMS pending trial; the court gave Mr. Westbroek to give to defendant a copy of the indictment, Standard Pretrial Order, to be filed today, Faretta Waiver and questions to be addressed at inquiry, defendant stated the Lord's Prayer as his plea.Court Reporter: Tammy DiRocco FTR Gold 3:15 p.m..Time in Court: 39 minutes. (cma) Modified on 10/13/2020 Faretta Waiver is attached (cma). (Entered: 10/11/2020) |
| 10/09/2020 | 12 | | ORDER: Pursuant to Rule 1 l(a)(4) of the Federal Rules of Criminal Procedure, the Court hereby enters a plea of Not Guilty on Defendant's behalf as to MARQUET ANTWAIN BURGESS MATTOX: NOT GUILTY. (cma) (Entered: 10/11/2020) |
| 10/09/2020 | 13 | | ***STANDARD PRETRIAL ORDER*** as to MARQUET ANTWAIN BURGESS MATTOX. Ordered by US MAGISTRATE JUDGE CHARLES H WEIGLE on 10/09/2020. (cma) (Entered: 10/11/2020) |
| 10/09/2020 | 26 | | STANDING ORDER 2020–12 EXTENDING JURY TRIAL MORATORIUM BECAUSE OF NATIONAL EMERGENCY as to MARQUET ANTWAIN BURGESS MATTOX. Ordered by CHIEF DISTRICT JUDGE MARC T TREADWELL on 10/8/2020. (ggs) (Entered: 02/03/2021) |
| 10/13/2020 | 14 | | ***ORDER APPOINTING STANDBY COUNSEL*** the Federal Defenders of the Middle District of Georgia, Inc., is hereby appointed to serve as stand–by counsel for the Defendant in this case to represent MARQUET ANTWAIN BURGESS MATTOX. Ordered by US MAGISTRATE JUDGE CHARLES H WEIGLE on 10/13/2020. (ggs) (Entered: 10/13/2020) |
| 10/13/2020 | 16 | | DISREGARD – WRONG DOCUMENT ATTACHED – COVID–19 PUBLIC HEALTH AND SAFETY STANDING ORDER 2020–03 |

| | | | |
|---|---|---|---|
| | | | REGARDING NATIONAL EMERGENCY as to MARQUET ANTWAIN BURGESS MATTOX. Ordered by CHIEF US DISTRICT JUDGE CLAY D LAND on 3/30/2020. (ggs) Modified on 2/3/2021 (ggs). (Entered: 10/13/2020) |
| 10/13/2020 | 28 | | ***STANDING ORDER 2020–3 REGARDING NATIONAL EMERGENCY*** as to MARQUET ANTWAIN BURGESS MATTOX. Ordered by CHIEF US DISTRICT JUDGE CLAY D LAND on 3/30/2020. (ggs) (Entered: 02/03/2021) |
| 10/14/2020 | | | **FARETTA INQUIRY set for 10/23/2020 10:30 AM in Macon** before US MAGISTRATE JUDGE CHARLES H WEIGLE. NOTICE OF **SETTING** HEARING as to MARQUET ANTWAIN BURGESS MATTOX. Hearing will occur **IN–PERSON**. Counsel, parties, and members of the public and press should review Amended Standing Order 2020–09, available on the courts website, regarding courthouse entrance procedures due to COVID–19. (cma) (Entered: 10/14/2020) |
| 10/14/2020 | 17 | | ***ORDER*** OF DETENTION PENDING TRIAL as to MARQUET ANTWAIN BURGESS MATTOX Ordered by US MAGISTRATE JUDGE CHARLES H WEIGLE on 10/14/2020. (vs) (Entered: 10/14/2020) |
| 10/14/2020 | 18 | | MOTION to Unseal Case by UNITED STATES OF AMERICA as to MARQUET ANTWAIN BURGESS MATTOX. Motion(s) referred to CHARLES H WEIGLE.(cma) (Entered: 10/16/2020) |
| 10/16/2020 | 19 | | ***ORDER*** granting 18 Motion to Unseal Case as to MARQUET ANTWAIN BURGESS MATTOX (1). Ordered by US MAGISTRATE JUDGE CHARLES H WEIGLE on 10/16/2020. (ggs) (Entered: 10/16/2020) |
| 10/21/2020 | 20 | | NOTICE OF ATTORNEY APPEARANCE by by JARED SCOTT WESTBROEK appearing for MARQUET ANTWAIN BURGESS MATTOX *Standby Counsel Only* Attorney JARED SCOTT WESTBROEK added to party MARQUET ANTWAIN BURGESS MATTOX(pty:dft)(WESTBROEK, JARED) (Entered: 10/21/2020) |
| 10/21/2020 | 21 | | NOTICE OF ATTORNEY APPEARANCE by ALEX KALIM appearing for USA. Attorney ALEX KALIM added to party UNITED STATES OF AMERICA(pty:pla)(KALIM, ALEX) (Entered: 10/21/2020) |
| 10/23/2020 | 22 | | TEXT ONLY Minute Entry *(content for administrative purposes only)* for proceedings held before US MAGISTRATE JUDGE CHARLES H WEIGLE: AUSA: Lyndie Freeman; Defense: Pro Se; Jared Westbroek, FDO Standby Counsel; USPO: Matt Santucci; Faretta Inquiry as to MARQUET ANTWAIN BURGESS MATTOX held on 10/23/2020, the defendant presented documents which were admitted into court, the Court conducted an inquiry pursuant to Faretta v. California, the Court advised Defendant regarding the charges and possible penalties he faces in this case, the Court questioned Defendant regarding his knowledge of rules of evidence, criminal procedure, sentencing guidelines, trial proceedings. The Court advised Defendant that he would be required to abide by the rules of evidence and civil procedure and would not be given any special consideration due to his pro se status and advised that a trained lawyer would be better able to provide a defense. The Court strongly urged Defendant not to proceed representing himself. Defendant indicated he |

| | | | |
|---|---|---|---|
| | | | understood his responsibilities and the disadvantages of proceeding without counsel and stated that he wished to continue representing himself. The Court found that Defendant knowingly and voluntarily waived his right to counsel and allowed Defendant to proceed with self–representation. The Court further ordered that standby counsel continue to be available at Defendants request; Detention Hearing as to MARQUET ANTWAIN BURGESS MATTOX held on 10/23/2020, defendant moved to reopen bond, the court heard the basis, and denied the motion. Court Reporter: Tammy DiRocco and FTR Gold 10:33 a.m..Time in Court: 36 minutes. (cma) (Additional attachment(s) added on 10/23/2020: Documents admitted to the court: Faretta Waiver Executed # 1 Convey and Assign this True Bill Indictment, # 2 Certification of Birth Certificate) (cma). Modified on 6/4/2021 the original of the three attachments were given to N. Paul for CAR review and possible mailing to dft (cma). (Entered: 10/23/2020) |
| 10/26/2020 | 23 | | DISREGARD–FILED IN ERROR*ORDER* appointing Federal Defenders of the Middle District of Georgia, Inc. to represent MARQUET ANTWAIN BURGESS MATTOX. Ordered by US MAGISTRATE JUDGE CHARLES H WEIGLE on 10/23/2020. (cma) Modified on 10/26/2020 DISREGARD–FILED IN ERROR (cma). (Entered: 10/26/2020) |
| 10/28/2020 | 24 | | *ORDER* denying 7 **SEALED MOTION** as to MARQUET ANTWAIN BURGESS MATTOX (1). Ordered by US DISTRICT JUDGE C ASHLEY ROYAL on 10/28/20. (ans) (Entered: 10/28/2020) |
| 11/05/2020 | 25 | | PRO SE Motion for Review of Release/Detention Order i/c/w 18 USC 3145 (Document titled Motion For Revocation of Detention Order) re 17 Order of Detention, by MARQUET ANTWAIN BURGESS MATTOX. Motion(s) referred to CHARLES H WEIGLE. (ggs) Modified on 2/3/2021. (ggs). (Entered: 11/05/2020) |
| 12/14/2020 | 27 | | STANDING ORDER 2020–13 EXTENDING JURY TRIAL MORATORIUM BECAUSE OF NATIONAL EMERGENCY as to MARQUET ANTWAIN BURGESS MATTOX. Ordered by CHIEF DISTRICT JUDGE MARC T TREADWELL on 12/14/2020. (ggs) (Entered: 02/03/2021) |
| 02/03/2021 | | | MOTION(S) as to MARQUET ANTWAIN BURGESS MATTOX REFERRED to Magistrate Judge: 25 Motion for Review of Release/Detention Order i/c/w 18 USC 3145 re 17 Order of Detention.. Motion(s) referred to CHARLES H WEIGLE.(ggs) (Entered: 02/03/2021) |
| 02/11/2021 | 29 | | COVID–19 PUBLIC HEALTH AND SAFETY STANDING ORDER 2021–02 EXTENDING JURY TRIAL MORATORIUM as to MARQUET ANTWAIN BURGESS MATTOX. Ordered by CHIEF DISTRICT JUDGE MARC T TREADWELL on 02/10/21. (ans) (Entered: 02/11/2021) |
| 03/19/2021 | 30 | | STANDING ORDER 2021–03 EXTENDING JURY TRIAL MORATORIUM BECAUSE OF NATIONAL EMERGENCY as to MARQUET ANTWAIN BURGESS MATTOX. Ordered by CHIEF DISTRICT JUDGE MARC T TREADWELL on 3/19/2021. (ggs) (Entered: 03/19/2021) |
| 04/07/2021 | 31 | | |

| | | | |
|---|---|---|---|
| | | | NOTICE OF PRETRIAL CONFERENCE as to MARQUET ANTWAIN BURGESS MATTOX. Pretrial Conference set for 5/5/2021 at 09:30 AM in Athens before US DISTRICT JUDGE C ASHLEY ROYAL. Hearing will occur **IN–PERSON**. Counsel, parties, and members of the public and press should review Standing Order 2021–04, available on the courts website, regarding courthouse entrance procedures due to COVID–19. Interested parties may obtain dial information by emailing athens.ecf@gamd.uscourts.gov.(ans) (Entered: 04/07/2021) |
| 04/27/2021 | <u>32</u> | | NOTICE OF ATTORNEY APPEARANCE by by CATHERINE M WILLIAMS appearing for MARQUET ANTWAIN BURGESS MATTOX *Standby Counsel Only and Substitution of Counsel* Attorney CATHERINE M WILLIAMS added to party MARQUET ANTWAIN BURGESS MATTOX(pty:dft)(WILLIAMS, CATHERINE) (Entered: 04/27/2021) |
| 05/04/2021 | | | (TIME CHANGE ONLY) NOTICE OF PRETRIAL CONFERENCE as to MARQUET ANTWAIN BURGESS MATTOX. Pretrial Conference set for 5/5/2021 at 11:30 AM in Athens before US DISTRICT JUDGE C ASHLEY ROYAL. Hearing will occur **IN–PERSON**. Counsel, parties, and members of the public and press should review Standing Order 2021–04, available on the courts website, regarding courthouse entrance procedures due to COVID–19. Interested parties may obtain dial information by emailing athens.ecf@gamd.uscourts.gov.(nop) (Entered: 05/04/2021) |
| 05/07/2021 | 33 | | TEXT ONLY Minute Entry *(content for administrative purposes only)* for proceedings held before US DISTRICT JUDGE C ASHLEY ROYAL: Pretrial Conference as to MARQUET ANTWAIN BURGESS MATTOX held on 5/5/2021 in Athens. Deft did not receive notice of this hearing and does not want to be referred to as a Sovereign Citizen as he is American Indian. Deft has filed a pro–se motion to review his detention order and requests he be released from custody in order to prepare his case. This hearing is continued to a date TBD. Court Reporter: Tammy DiRocco.Time in Court: 11:41–11:49. (nop) (Entered: 05/07/2021) |
| 05/24/2021 | | | Status Conference set for 6/3/2021 09:30 AM in Athens before US DISTRICT JUDGE C ASHLEY ROYAL.<br><br>NOTICE OF **SETTING** HEARING as to MARQUET ANTWAIN BURGESS MATTOX. Hearing will occur **IN–PERSON**. Counsel, parties, and members of the public and press should review Standing Order 2021–06, available on the courts website, regarding courthouse entrance procedures due to COVID–19. Interested parties may obtain dial information by emailing athens.ecf@gamd.uscourts.gov. (nop) (Entered: 05/24/2021) |
| 05/24/2021 | | | Motion Hearing set for 6/3/2021 09:30 AM in Athens before US DISTRICT JUDGE C ASHLEY ROYAL. NOTICE OF SETTING HEARING ON MOTION re <u>25</u> Motion for Review of Release/Detention Order i/c/w 18 USC 3145 re <u>17</u> Order of Detention as to MARQUET ANTWAIN BURGESS MATTOX. Hearing will occur **IN–PERSON**. Counsel, parties, and members of the public and press should review Standing Order 2021–06, available on the courts website, regarding courthouse entrance procedures due to COVID–19. Interested parties may obtain dial information by emailing athens.ecf@gamd.uscourts.gov.(nop) (Entered: 05/24/2021) |

| 06/03/2021 | 35 | | Minute Entry *(content for administrative purposes only)* for proceedings held before US DISTRICT JUDGE C ASHLEY ROYAL: Motion Hearing and Status Conference as to MARQUET ANTWAIN BURGESS MATTOX held on 6/4/2021 in Athens re 25 Motion for Review of Release/Detention Order i/c/w 18 USC 3145 re 17 Order of Detention filed by MARQUET ANTWAIN BURGESS MATTOX. Motion is denied from the Bench. Court Reporter: Tammy DiRocco.Time in Court: 10:16−11:19. (Attachments: # 1 Exhibit) (nop) (Entered: 06/04/2021) |
| 06/03/2021 | 36 | | This is a text only entry; no document issued. *ORDER* denying 25 Motion for Review of Release/Detention Order i/c/w 18 USC 3145 as to MARQUET ANTWAIN BURGESS MATTOX (1). Ordered by US DISTRICT JUDGE C ASHLEY ROYAL on 6/3/2021. (nop) (Entered: 06/04/2021) |
| 06/04/2021 | 34 | | *ORDER* on the Government's Request for Ninety (90) Days' Notice as to MARQUET ANTWAIN BURGESS MATTOX. The Governments request is hereby DENIED. Ordered by US DISTRICT JUDGE C ASHLEY ROYAL on 6/4/2021. (ggs) (Entered: 06/04/2021) |
| 06/04/2021 | | | Jury Trial set for 8/16/2021 09:00 AM in Athens before US DISTRICT JUDGE C ASHLEY ROYAL.<br><br>NOTICE OF **SETTING** HEARING as to MARQUET ANTWAIN BURGESS MATTOX. Hearing will occur **IN−PERSON**. Counsel, parties, and members of the public and press should review Standing Order 2021−06, available on the courts website, regarding courthouse entrance procedures due to COVID−19. Interested parties may obtain dial information by emailing athens.ecf@gamd.uscourts.gov. (nop) (Entered: 06/04/2021) |
| 06/04/2021 | | | **REMARK**: Transcripts of hearings dated 10/7/2020 before Judge Weigle; 10/9/2020 before Judge Weigle; and 5/5/2021 before Judge Royal were hand−delivered to Defendant on 6/3/2021 in Athens, GA. (nop) (Entered: 06/04/2021) |
| 06/08/2021 | | | **REMARK**: Transcripts of hearings dated 10/23/2020 before Judge Weigle; and 6/3/2021 before Judge Royal were mailed to Deft Marquet Mattox, Butts County Detention Center, 835 Ernest Biles Drive, Jackson, GA 30233 this date. (nop) (Entered: 06/08/2021) |
| 06/09/2021 | | | NOTICE OF PRETRIAL CONFERENCE as to MARQUET ANTWAIN BURGESS MATTOX. Pretrial Conference set for 7/14/2021 at 09:30 AM in Athens before US DISTRICT JUDGE C ASHLEY ROYAL.<br><br>NOTICE OF **SETTING** HEARING as to MARQUET ANTWAIN BURGESS MATTOX. Hearing will occur **IN−PERSON**. Counsel, parties, and members of the public and press should review Standing Order 2021−06, available on the courts website, regarding courthouse entrance procedures due to COVID−19. Interested parties may obtain dial information by emailing athens.ecf@gamd.uscourts.gov. (nop) (Entered: 06/09/2021) |
| 06/09/2021 | 37 | | TRANSCRIPT of Proceedings as to MARQUET ANTWAIN BURGESS MATTOX held on 10−7−20, before Judge Weigle. Court Reporter Tammy W. DiRocco. Volume Number: 1 of 1. Initial Appearance. The transcript may be inspected at the court or purchased through the court reporter for a period of |

| | | | |
|---|---|---|---|
| | | | 90 days. After 90 days, the transcript may be obtained via PACER. REDACTION OF TRANSCRIPTS: Complete redaction policy available on the courts website. (Tammy W. DiRocco) (Entered: 06/09/2021) |
| 06/09/2021 | 38 | | TRANSCRIPT of Proceedings as to MARQUET ANTWAIN BURGESS MATTOX held on 10–9–20, before Judge Weigle. Court Reporter Tammy W. DiRocco. Volume Number: 1 of 1. Arraignment. The transcript may be inspected at the court or purchased through the court reporter for a period of 90 days. After 90 days, the transcript may be obtained via PACER. REDACTION OF TRANSCRIPTS: Complete redaction policy available on the courts website. (Tammy W. DiRocco) (Entered: 06/09/2021) |
| 06/09/2021 | 39 | | TRANSCRIPT of Proceedings as to MARQUET ANTWAIN BURGESS MATTOX held on 10–23–20, before Judge Weigle. Court Reporter Tammy W. DiRocco. Volume Number: 1 of 1. Faretta hearing. The transcript may be inspected at the court or purchased through the court reporter for a period of 90 days. After 90 days, the transcript may be obtained via PACER. REDACTION OF TRANSCRIPTS: Complete redaction policy available on the courts website. (Tammy W. DiRocco) (Entered: 06/09/2021) |
| 06/09/2021 | 40 | | TRANSCRIPT of Proceedings as to MARQUET ANTWAIN BURGESS MATTOX held on 5–5–21, before Judge Royal. Court Reporter Tammy W. DiRocco. Volume Number: 1 of 1. Pretrial Conference. The transcript may be inspected at the court or purchased through the court reporter for a period of 90 days. After 90 days, the transcript may be obtained via PACER. REDACTION OF TRANSCRIPTS: Complete redaction policy available on the courts website. (Tammy W. DiRocco) (Entered: 06/09/2021) |
| 06/09/2021 | 41 | | TRANSCRIPT of Proceedings as to MARQUET ANTWAIN BURGESS MATTOX held on 6–3–21, before Judge Royal. Court Reporter Tammy W. DiRocco. Volume Number: 1 of 1. Status Conference. The transcript may be inspected at the court or purchased through the court reporter for a period of 90 days. After 90 days, the transcript may be obtained via PACER. REDACTION OF TRANSCRIPTS: Complete redaction policy available on the courts website. (Tammy W. DiRocco) (Entered: 06/09/2021) |
| 06/10/2021 | 42 | | MOTION to Withdraw as Attorney by Alex Kalim. by UNITED STATES OF AMERICA as to MARQUET ANTWAIN BURGESS MATTOX. (KALIM, ALEX) Modified on 6/10/2021 to remove referral judge. (ggs). (Entered: 06/10/2021) |
| 06/11/2021 | 43 | | This is a text only entry; no document issued. **ORDER** granting 42 Motion to Withdraw as Attorney. ALEX KALIM is hereby withdrawn as attorney for the United States of America. Ordered by U.S. DISTRICT JUDGE C. ASHLEY ROYAL on 6/11/2021. (mbh) (Entered: 06/11/2021) |
| 07/01/2021 | 44 | | NOTICE OF ATTORNEY APPEARANCE by JESSICA KRAFT appearing for USA. Attorney JESSICA KRAFT added to party UNITED STATES OF AMERICA(pty:pla)(KRAFT, JESSICA) (Entered: 07/01/2021) |
| 07/09/2021 | 45 | | MOTION to Strike *Property Listed in Forfeiture Notice of Indictment* by UNITED STATES OF AMERICA as to MARQUET ANTWAIN BURGESS MATTOX. (Attachments: # 1 Proposed Order)(MORRISON, MIKE) (Entered: 07/09/2021) |

| 07/14/2021 | 46 | | Minute Entry *(content for administrative purposes only)* for proceedings held before US DISTRICT JUDGE C ASHLEY ROYAL: Pretrial Conference held on 7/14/2021. Court Reporter: Tammy DiRocco. (ggs) (Entered: 07/14/2021) |
|---|---|---|---|
| 07/26/2021 | 47 | | Letter from Nora Paul, Calendar/Courtroom Clerk to Marquet Mattox regarding Jury Trial. (nop) (Entered: 07/26/2021) |
| 07/29/2021 | 48 | | MOTION in Limine *to Admit Certified Business Records* by UNITED STATES OF AMERICA as to MARQUET ANTWAIN BURGESS MATTOX. (Attachments: # 1 Exhibit A – Certified Business Records)(FREEMAN, LYNDIE) Modified on 7/29/2021 to add description of exhibits. (ggs). (Entered: 07/29/2021) |
| 07/29/2021 | | | Notice of Deficiency related document(s): 48 Motion in Limine filed by UNITED STATES OF AMERICA: Pursuant to page 13 of the CM/ECF Administrative Procedures manual, generic descriptions for exhibits/attachments are not permitted (i.e. Exhibit A, etc.) **NO NEED TO REFILE – exhibit description added by case manager.**.(ggs) (Entered: 07/29/2021) |
| 08/02/2021 | 49 | | NOTICE *of Intent under FRE 404(b)* as to MARQUET ANTWAIN BURGESS MATTOX.(FREEMAN, LYNDIE) (Entered: 08/02/2021) |
| 08/04/2021 | 50 | | *ORDER* granting 48 Motion to Admit Certified Business Records as to MARQUET ANTWAIN BURGESS MATTOX (1). Ordered by US DISTRICT JUDGE C ASHLEY ROYAL on 8/4/2021. (ggs) (Entered: 08/04/2021) |
| 08/04/2021 | 51 | | *ORDER* on OUTSTANDING ISSUES AND SUMMARY OF ORAL RULINGS FOR TRIAL as to MARQUET ANTWAIN BURGESS MATTOX. Ordered by US DISTRICT JUDGE C ASHLEY ROYAL on 8/4/2021. (ggs) (Entered: 08/05/2021) |
| 08/05/2021 | 52 | | TRANSCRIPT of Proceedings as to MARQUET ANTWAIN BURGESS MATTOX held on 7–14–21, before Judge Royal. Court Reporter Tammy W. DiRocco. Volume Number: 1 of 1. Pretrial Conference hearing. The transcript may be inspected at the court or purchased through the court reporter for a period of 90 days. After 90 days, the transcript may be obtained via PACER. REDACTION OF TRANSCRIPTS: Complete redaction policy available on the courts website. (Tammy W. DiRocco) (Entered: 08/05/2021) |
| 08/06/2021 | 53 | | Proposed Voir Dire Questions by UNITED STATES OF AMERICA as to MARQUET ANTWAIN BURGESS MATTOX (FREEMAN, LYNDIE) (Entered: 08/06/2021) |
| 08/09/2021 | 54 | | INITIAL NOTIFICATION OF ELECTRONIC AVAILABILITY OF JUROR QUESTIONNAIRES. In order to obtain access to the attached juror questionnaires, you must docket CERTIFICATION RE: JUROR QUESTIONNAIRES. (kms) (Entered: 08/09/2021) |
| 08/09/2021 | | | Counsel for United States of America hereby certifies that the juror information forms and the information obtained therefrom are privileged and shall be kept confidential and not shared with anyone other than his or her client or other members of his or her law firm or Federal Defender organization without written consent of the United States District Court. This |

|  |  |  | information shall be used only for selecting the jury. Further, counsel certifies in accordance with U.S. District Court, Middle District of Georgia, Local Rule 48, that, immediately after trial, he or she will destroy all copies of completed juror information forms and any other documents containing information obtained from the completed form and shall not use juror information for any purpose (FREEMAN, LYNDIE) (Entered: 08/09/2021) |
|---|---|---|---|
| 08/09/2021 | 55 |  | EXHIBIT LIST by UNITED STATES OF AMERICA as to MARQUET ANTWAIN BURGESS MATTOX (FREEMAN, LYNDIE) (Entered: 08/09/2021) |
| 08/09/2021 | 56 |  | TRIAL BRIEF by UNITED STATES OF AMERICA as to MARQUET ANTWAIN BURGESS MATTOX (KRAFT, JESSICA) (Entered: 08/09/2021) |
| 08/15/2021 | 57 |  | Proposed Jury Instructions/Requests to Charge by UNITED STATES OF AMERICA as to MARQUET ANTWAIN BURGESS MATTOX (KRAFT, JESSICA) (Entered: 08/15/2021) |
| 08/16/2021 | 58 |  | MOTION for Discovery by MARQUET ANTWAIN BURGESS MATTOX. (ggs) Modified on 8/16/2021 to remove referral judge. (ggs). (Entered: 08/16/2021) |
| 08/16/2021 | 59 |  | MOTION for Relief from a Final Judgment Order or Proceeding by MARQUET ANTWAIN BURGESS MATTOX. (Attachments: # 1 Relief Continued, # 2 Final Decree Changing the Name of an Adult, # 3 Letter dated 7/26/2021 from N. Paul to M. Mattox, # 4 Notice from Department of the Treasury to Mattox) (ggs) Modified on 8/16/2021 to remove referral judge. (ggs). (Entered: 08/16/2021) |
| 08/16/2021 | 60 |  | Minute Entry *(content for administrative purposes only)* for proceedings held before US DISTRICT JUDGE C ASHLEY ROYAL:Jury Trial Day 1 as to MARQUET ANTWAIN BURGESS MATTOX held on 8/16/2021 Court Reporter: Tammy DiRocco. (ggs) (Entered: 08/17/2021) |
| 08/16/2021 | 62 |  | Minute Entry *(content for administrative purposes only)* for proceedings held before US DISTRICT JUDGE C ASHLEY ROYAL: FINAL PRETRIAL CONFERENCE held on 8/16/2021 in Athens. FTR Gold START and STOP Times 9:37–9:44. AUSA: Lyndie Freeman/Jessica Kraft. Defense Counsel: Pro–Se/Catherine Williams standby. Court Reporter: Tammy DiRocco.Time in Court: 9:37–9:44. (nop) (Entered: 08/17/2021) |
| 08/17/2021 | 61 |  | SECOND MOTION for Relief from a Final Judgment, Order, or Proceeding by MARQUET ANTWAIN BURGESS MATTOX. Motion(s) referred to CHARLES H WEIGLE.(ggs) (Entered: 08/17/2021) |
| 08/17/2021 | 63 |  | Minute Entry *(content for administrative purposes only)* for proceedings held before US DISTRICT JUDGE C ASHLEY ROYAL:Jury Trial Day 2 as to MARQUET ANTWAIN BURGESS MATTOX held on 8/17/2021. Court Reporter: Tammy DiRocco. (ggs) (Entered: 08/18/2021) |
| 08/18/2021 | 64 |  | Minute Entry *(content for administrative purposes only)* for proceedings held before US DISTRICT JUDGE C ASHLEY ROYAL:Jury Trial Day 3 as to MARQUET ANTWAIN BURGESS MATTOX held on 8/18/2021. Court Reporter: Tammy DiRocco. (ggs) (Entered: 08/18/2021) |

| 08/18/2021 | 65 | | JURY VERDICT – Guilty on all counts (ggs) (Entered: 08/18/2021) |
|---|---|---|---|
| 08/18/2021 | 66 | | Jury Verdict signature page (Un–redacted) re: 65 Jury Verdict. (ggs) (Entered: 08/18/2021) |
| 08/18/2021 | 70 | | EXHIBIT LIST by MARQUET ANTWAIN BURGESS MATTOX (Attachments: # 1 Exhibit D8 – Final Decree of Name Change)(ggs) (Entered: 08/31/2021) |
| 08/18/2021 | 71 | | EXHIBIT LIST by UNITED STATES OF AMERICA as to MARQUET ANTWAIN BURGESS MATTOX (Attachments: # 1 Exhibit 1 Photos of House at 1054 Morgan Garner Drive, Lilburn, Georgia, # 2 Exhibit 2 Closing Documents for Sale of House at 1054 Morgan Garner Drive, Lilburn, Georgia, # 3 Exhibit 3–1 2015 Form 1041 for Kemahra Investment Trust dated Sept. 10, 2016 (DLN x9306), # 4 Exhibit 3–2 2015 Form 1041 for Kemahra Investment Trust dated Nov. 7, 2017 (DLN x1007), # 5 Exhibit 3–3 2015 Form 1041 for Kemahra Investment Trust dated Aug. 10, 2018 (DLN x4118), # 6 Exhibit 3–4 2016 Form 1041 for Kemahra Investment Trust dated Mar. 2, 2017 (DLN x1357), # 7 Exhibit 3–5 2016 Form 1041 for Kemahra Investment Trust dated Nov. 18, 2017 (DLN x7037), # 8 Exhibit 3–6 2015 Form 1041 for Burgess Mattox Bey Investment Trust dated Sept. 22, 2016 (DLN x6146), # 9 Exhibit 3–7 2015 Form 1041 for Burgess Mattox Bey Investment Trust dated Nov. 7, 2017 (DLN x1017), # 10 Exhibit 3–8 2015 Form 1041 for Burgess Mattox Bey Investment Trust dated Aug. 10, 2018 (DLN x0048), # 11 Exhibit 3–9 2016 Form 1041 for Burgess Mattox Bey Investment Trust dated Nov. 18, 2017 (DLN x9047), # 12 Exhibit 3–10 2015 Form 1041 for Burgess Mattox Bey Trust dated Jan. 13, 2017 (DLN x4007), # 13 Exhibit 3–11 2015 Form 1041 for Burgess Mattox Bey Trust dated May 31, 2017 (DLN x9017), # 14 Exhibit 3–12 2016 Form 1041 for Burgess Mattox Bey Trust dated Sept. 22, 2017 (DLN x5537), # 15 Exhibit 3–13 2016 Form 1041 for Burgess Mattox Bey Trust dated Nov. 17, 2017 (DLN x1027), # 16 Exhibit 3–14 2016 Form 1041 for Burgess Mattox Bey Trust dated Feb. 8, 2018 (DLN x9018), # 17 Exhibit 3–15 2016 Form 1041 for Burgess Mattox Bey Trust dated Aug. 7, 2019 (DLN x1079), # 18 Exhibit 3–16 2015 Form 1041 for Marquet Antwain Burgess Mattox Trust dated April 4, 2017 (DLN x3027), # 19 Exhibit 3–17 2015 Form 1041 for Marquet Antwain Burgess Mattox Trust dated Aug. 3, 2017 (DLN x6007), # 20 Exhibit 3–18 2015 Form 1041 for Marquet Antwain Burgess Mattox Trust dated Feb. 7, 2018 (DLN x4158), # 21 Exhibit 3–19 2016 Form 1041 for Marquet Antwain Burgess Mattox Trust dated Aug. 4, 2017 (DLN x2217), # 22 Exhibit 3–20 2016 Form 1041 for Marquet Antwain Burgess Mattox Trust dated Nov. 18, 2017 (DLN x0057), # 23 Exhibit 3–21 2016 Form 1041 for Kamili Investment Trust dated Sept. 21, 2017 (DLN x1777), # 24 Exhibit 3–22 2016 Form 1041 for Kamili Investment Trust dated Nov. 17, 2017 (DLN x1007), # 25 Exhibit 3–23 2016 Form 1041 for Kamilya Investment Trust dated Sept. 22, 2017 (DLN x6187), # 26 Exhibit 3–24 2016 Form 1041 for Kamilya Investment Trust dated Nov. 17, 2017 (DLN x0037), # 27 Exhibit 3–25 2016 Form 1041 for Kamilya Investment Trust dated Feb. 7, 2018 (DLN x4208), # 28 Exhibit 3–26 2016 Form 1041 for Marshana El Investment Trust dated Jan. 17, 2018 (DLN x3048), # 29 Exhibit 3–27 2016 Form 1041 for Asim El Bey Trust dated Jan. 17, 2018 (DLN x4268), # 30 Exhibit 3–28 2016 Form 1041 for Nwatson Trust dated Jan. 17, 2018 (DLN x0308), # 31 Exhibit 3–29 2016 Form 1041 for Nycholas Kemahra Mattox El dated Jan. 17, 2018 (DLN x1138), # 32 Exhibit 3–30 2016 Form 1041 for |

Watson El Trust dated Jan. 18, 2018 (DLN x6418), # 33 Exhibit 3–31 2016 Form 1041 for Watson El Trust dated Feb. 27, 2018 (DLN x3018), # 34 Exhibit 3–32 2016 Form 1041 for Eric Marice Baldwin El Trust dated Jan. 18, 2018 (DLN x9278), # 35 Exhibit 3–33 2015 Account Transcript for Kemahra Investment Trust, # 36 Exhibit 3–34 2016 Account Transcript for Kemahra Investment Trust, # 37 Exhibit 3–35 2015 Account Transcript for Burgess Mattox Bey Investment Trust, # 38 Exhibit 3–36 2016 Account Transcript for Burgess Mattox Bey Investment Trust, # 39 Exhibit 3–37 2015 Account Transcript for Burgess Mattox Bey Trust, # 40 Exhibit 3–38 2016 Account Transcript for Burgess Mattox Bey Trust, # 41 Exhibit 3–39 2015 Account Transcript for Marquet Antwain Burgess Mattox Trust, # 42 Exhibit 3–40 2016 Account Transcript for Marquet Antwain Burgess Mattox Trust, # 43 Exhibit 3–41 2016 Account Transcript for Kamili Investment Trust, # 44 Exhibit 3–42 2016 Account Transcript for Kamilya Investment Trust, # 45 Exhibit 3–43 2016 Account Transcript for Marshana El Investment Trust, # 46 Exhibit 3–44 2016 Account Transcript for Asim El Bey Trust, # 47 Exhibit 3–45 2016 Account Transcript for Nwatson Trust, # 48 Exhibit 3–46 2016 Account Transcript for Nycholas Kemahra Mattox El, # 49 Exhibit 3–47 2016 Account Transcript for Watson El Trust, # 50 Exhibit 3–48 2016 Account Transcript for Eric Marice Baldwin El, # 51 Exhibit 3–49 2003 Account Transcript for Marquet A. Mattox, # 52 Exhibit 3–50 2004 Account Transcript for Marquet A. Mattox, # 53 Exhibit 3–51 2005 Account Transcript for Marquet A. Mattox, # 54 Exhibit 3–52 2006 Account Transcript for Marquet A. Mattox, # 55 Exhibit 3–53 2007 Account Transcript for Marquet A. Mattox, # 56 Exhibit 3–54 2008 Account Transcript for Marquet A. Mattox, # 57 Exhibit 3–55 2009 Account Transcript for Marquet A. Mattox, # 58 Exhibit 3–56 2010 Account Transcript for Marquet A. Mattox, # 59 Exhibit 3–57 2011 Account Transcript for Marquet A. Mattox, # 60 Exhibit 3–58 2012 Account Transcript for Marquet A. Mattox, # 61 Exhibit 3–59 2013 Account Transcript for Marquet A. Mattox, # 62 Exhibit 3–60 2014 Account Transcript for Marquet A. Mattox, # 63 Exhibit 3–61 2015 Account Transcript for Marquet A. Mattox, # 64 Exhibit 3–62 2016 Account Transcript for Marquet A. Mattox, # 65 Exhibit 3–63 2017 Account Transcript for Marquet A. Mattox, # 66 Exhibit 3–64 2018 Account Transcript for Marquet A. Mattox, # 67 Exhibit 3–65 2019 Account Transcript for Marquet A. Mattox, # 68 Exhibit 3–66 2020 Account Transcript for Marquet A. Mattox, # 69 Exhibit 3–67 2016 Penalty Account Transcript for Kemahra Investment Trust, # 70 Exhibit 3–68 2016 Penalty Account Transcript for Burgess Mattox Bey Investment Trust, # 71 Exhibit 3–69 2015 Penalty Account Transcript for Marquet Antwain Burgess Mattox Trust, # 72 Exhibit 3–70 2015 BMFOLP for Kemahra Investment Trust, # 73 Exhibit 3–71 2016 BMFOLP for Kemahra Investment Trust, # 74 Exhibit 3–72 2015–2016 BMFOLP for Burgess Mattox Bey Investment Trust, # 75 Exhibit 3–73 2015–2016 BMFOLP for Burgess Mattox Bey Trust, # 76 Exhibit 3–74 2015 BMFOLP for Marquet Antwain Burgess Mattox Trust, # 77 Exhibit 3–75 2016 BMFOLP for Marquet Antwain Burgess Mattox Trust, # 78 Exhibit 3–76 2016 BMFOLP for Kamili Investment Trust, # 79 Exhibit 3–77 2016 BMFOLP for Kamilya Investment Trust, # 80 Exhibit 3–78 2016 BMFOLP for Marshana El Investment Trust, # 81 Exhibit 3–79 2016 BMFOLP for Asim El Bey Trust, # 82 Exhibit 3–80 2016 BMFOLP for Nwatson Trust, # 83 Exhibit 3–81 2016 BMFOLP for Nycholas Kemahra Mattox El, # 84 Exhibit 3–82 2016 BMFOLP for Watson El Trust, # 85 Exhibit 3–83 2016 BMFOLP for Eric Marice Baldwin El, # 86

| | | |
|---|---|---|
| | | Exhibit 3–84 IMFOLP for Marquet A. Mattox (2002–2021), # 87 Exhibit 3–85 Refund Check ($9,992.97) issued Nov. 15, 2016 to Kemahra Investment Trust, # 88 Exhibit 3–86 Refund Check ($325,408.97) issued Nov. 15, 2016 to Burgess Mattox Bey Investment Trust, # 89 Exhibit 3–87 Refund Check ($2,571,783.77) issued Feb. 27, 2018 to Burgess Mattox Bey Investment Trust, # 90 Exhibit 3–88 Refund Check ($2,106,706.61) issued Dec. 4, 2018 to Marshana El Investment Trust, # 91 Exhibit 4–1 Summary Chart of Forms 1041, U.S. Income Tax Returns for Estates and Trusts, # 92 Exhibit 5 Charter Communications Subscriber Records, # 93 Exhibit 6 Wells Fargo bank account records for Kemahra Investment Trust (x5797), # 94 Exhibit 7 Wells Fargo bank account records for Kemahra Investment Trust (x2515), # 95 Exhibit 8–1 Signature cards and statements for Wells Fargo bank account for Burgess Mattox Bey Investment Trust (x4976), # 96 Exhibit 8–2 Deposit items and checks for Wells Fargo bank account for Burgess Mattox Bey Investment Trust (x4976), # 97 Exhibit 8–3 Photos of Defendant conducting transactions for Wells Fargo bank account for Burgess Mattox Bey Investment Trust (x4976), # 98 Exhibit 9 Wells Fargo bank account records for Burgess Mattox Bey Investment Trust (x3495), # 99 Exhibit 10 Wells Fargo bank account records for Burgess Mattox Bey Trust (x2507), # 100 Exhibit 11 Wells Fargo bank account records for Marshana El Investment Trust (x7200), # 101 Exhibit 12 Wells Fargo bank account records for Nwatson Trust (x9119), # 102 Exhibit 13 Classic Cadillac records related to purchase of 2018 Cadillac Escalade, # 103 Exhibit 14 Photos of 2018 Cadillac Escalade, # 104 Exhibit 16 Haverty's Furniture records related to Marquet Burgess Mattox El, # 105 Exhibit 17 UPS Mailbox Service Agreement records)(ggs) (Entered: 09/17/2021) |
| 08/19/2021 | 67 | MOTION to Withdraw as Attorney *Standby Counsel* by Catherine M. Williams. by MARQUET ANTWAIN BURGESS MATTOX. (WILLIAMS, CATHERINE) Modified on 8/19/2021 to remove referral judge. (ggs). (Entered: 08/19/2021) |
| 08/24/2021 | 68 | **ORDER** denying 67 Motion to Withdraw as Attorney. as to MARQUET ANTWAIN BURGESS MATTOX (1). Ordered by US DISTRICT JUDGE C ASHLEY ROYAL on 8/24/2021. (ggs) (Entered: 08/24/2021) |
| 08/25/2021 | 69 | Letter from G. Sellers to MARQUET MATTOX requesting that he make arrangements to have someone retrieve his clothing and trial exhibits, etc. from the Athens Clerk's Office. (ggs) (Entered: 08/25/2021) |
| 05/09/2022 | 72 | NOTICE of Surety Termination from Bond Liability as to MARQUET ANTWAIN BURGESS MATTOX. (Attachments: # 1 Envelope)(ggs) (Entered: 05/09/2022) |
| 05/17/2022 | 73 | DRAFT PRESENCE INVESTIGATION REPORT as to MARQUET ANTWAIN BURGESS MATTOX. Objection to Presentence Report due by 5/31/2022 (vjb) (Entered: 05/17/2022) |
| 05/23/2022 | 74 | NO OBJECTION to 73 Presentence Investigation Report as to MARQUET ANTWAIN BURGESS MATTOX (FREEMAN, LYNDIE) (Entered: 05/23/2022) |
| 05/24/2022 | 75 | NOTICE OF SETTING SENTENCING HEARING as to MARQUET ANTWAIN BURGESS MATTOX. Hearing will occur **IN–PERSON**. |

| | | | |
|---|---|---|---|
| | | | Sentencing set for 7/14/2022 at 09:30 AM in Athens before US DISTRICT JUDGE C ASHLEY ROYAL.<br><br>Counsel, parties, and members of the public and press should review Standing Order 2022–03, available on the courts website, regarding courthouse entrance procedures due to COVID–19. Interested parties may obtain dial information by emailing athens.ecf@gamd.uscourts.gov. (ans) (Entered: 05/24/2022) |
| 05/24/2022 | | | Notice of Deficiency related document(s): 74 Objection to Presentence Investigation Report filed by UNITED STATES OF AMERICA Certificate of Service for document served outside of CM/ECF not attached. See F.R.Civ.P. 5(d)(1)(B)(i). Defendant is pro se.(ggs) (Entered: 05/24/2022) |
| 05/24/2022 | 76 | | DISREGARD – REFILED AT TAB 77 to reflect that document was mailed – Certificate of Service by UNITED STATES OF AMERICA as to MARQUET ANTWAIN BURGESS MATTOX re 74 Objection to Presentence Investigation Report (FREEMAN, LYNDIE) Modified on 5/24/2022 (ggs). (Entered: 05/24/2022) |
| 05/24/2022 | 77 | | Certificate of Service by UNITED STATES OF AMERICA as to MARQUET ANTWAIN BURGESS MATTOX re 74 Objection to Presentence Investigation Report (FREEMAN, LYNDIE) (Entered: 05/24/2022) |
| 06/06/2022 | 78 | | **ORDER** as to MARQUET ANTWAIN BURGESS MATTOX re 73 Presentence Investigation Report. The Court ORDERS the United States Marshals Service to serve Defendant with a copy of the PSR and a copy of this order. The Court ORDERS Defendant to accept service. Ordered by US DISTRICT JUDGE C ASHLEY ROYAL on 6/6/2022. (ggs) (Entered: 06/06/2022) |
| 06/06/2022 | 79 | | USM285 Process Receipt and Return ISSUED for MARQUET ANTWAIN BURGESS MATTOX. (ggs) (Entered: 06/06/2022) |
| 06/07/2022 | 80 | | USM285 Process Receipt and Return EXECUTED for MARQUET ANTWAIN BURGESS MATTOX. (ggs) (Entered: 06/07/2022) |
| 06/14/2022 | 81 | | FIRST OBJECTION (Document titled "Affidavit of Fact" to 73 Presentence Investigation Report as to MARQUET ANTWAIN BURGESS MATTOX (Attachments: # 1 Government's Notice of No Objection to the PSR, # 2 NEF re: Notice of Setting Sentencing Hearing, # 3 Envelope)(ggs) (Entered: 06/14/2022) |
| 06/21/2022 | 82 | | SECOND OBJECTION to 73 Presentence Investigation Report as to MARQUET ANTWAIN BURGESS MATTOX (Attachments: # 1 Order, # 2 Presentence Investigation Report, # 3 Envelope)(ggs) Modified on 6/23/2022 to correct filing date. (ggs). (Entered: 06/23/2022) |
| 06/28/2022 | | | NOTICE OF **CANCELLATION** of 7/14/2022 Sentencing as to MARQUET ANTWAIN BURGESS MATTOX. Sentencing will be rescheduled and held in Macon.(nop) (Entered: 06/28/2022) |
| 06/29/2022 | | | Sentencing reset for 7/14/2022 at 01:30 PM in Athens before US DISTRICT JUDGE C ASHLEY ROYAL. |

| | | | |
|---|---|---|---|
| | | | NOTICE OF **RESETTING** HEARING as to MARQUET ANTWAIN BURGESS MATTOX. Hearing will occur **IN–PERSON**. Counsel, parties, and members of the public and press should review Standing Order 2022–03, available on the courts website, regarding courthouse entrance procedures due to COVID–19. (nop) (Entered: 06/29/2022) |
| 07/06/2022 | 83 | | FINAL PRESENTENCE INVESTIGATION REPORT as to MARQUET ANTWAIN BURGESS MATTOX. (Attachments: # 1 Addendum)(vjb) (Entered: 07/06/2022) |
| 07/06/2022 | 84 | | ***ORDER*** TO ACCEPT SERVICE as to MARQUET ANTWAIN BURGESS MATTOX re 83 Presentence Investigation Report Ordered by US DISTRICT JUDGE C ASHLEY ROYAL on 7/6/2022. (tam) (Entered: 07/06/2022) |
| 07/06/2022 | 85 | | USM285 Process Receipt and Return ISSUED for MARQUET ANTWAIN BURGESS MATTOX. (tam) (Entered: 07/06/2022) |
| 07/07/2022 | 86 | | USM285 Process Receipt and Return (ASSIGNED TO USMS FOR PERSONAL SERVICE) for MARQUET ANTWAIN BURGESS MATTOX. (tam) (Entered: 07/07/2022) |
| 07/11/2022 | 87 | | AFFIDAVIT of Facts by MARQUET ANTWAIN BURGESS MATTOX (Attachments: # 1 Envelope)(tam) (Entered: 07/11/2022) |
| 07/12/2022 | 88 | | USM285 Process Receipt and Return EXECUTED for MARQUET ANTWAIN BURGESS MATTOX. (tam) (Entered: 07/12/2022) |
| 07/13/2022 | 89 | | Preliminary MOTION for Forfeiture of Property by UNITED STATES OF AMERICA as to MARQUET ANTWAIN BURGESS MATTOX. (Attachments: # 1 Proposed Order)(MORRISON, MIKE) (Entered: 07/13/2022) |
| 07/14/2022 | 90 | | Certificate of Service by UNITED STATES OF AMERICA as to MARQUET ANTWAIN BURGESS MATTOX re 89 Preliminary MOTION for Forfeiture of Property *(Amended)* (MORRISON, MIKE) (Entered: 07/14/2022) |
| 07/14/2022 | 91 | | USM285 Process Receipt and Return – TO BE ASSIGNED TO DUSM FOR SERVICE for MARQUET ANTWAIN BURGESS MATTOX. (vs) (Entered: 07/14/2022) |
| 07/14/2022 | 98 | | EXHIBIT by MARQUET ANTWAIN BURGESS MATTOX re 94 Sentencing (ans) (Entered: 07/21/2022) |
| 07/14/2022 | 99 | | ***PRELIMINARY ORDER OF FORFEITURE/MONEY JUDGMENT*** RE 89 Motion for Forfeiture of Property as to MARQUET ANTWAIN BURGESS MATTOX (1). Ordered by US DISTRICT JUDGE C ASHLEY ROYAL on 07/14/22. (ans) (Entered: 07/21/2022) |
| 07/15/2022 | 92 | | Appeal Information Package mailed to MARQUET ANTWAIN BURGESS MATTOX (nop) (Entered: 07/15/2022) |
| 07/19/2022 | 93 | | AFFIDAVIT of Title and Benefiial Ownership pursuant to Bank Shi–Urkantzu, Muurish/Moorish Freeholder Financial Services by MARQUET ANTWAIN BURGESS MATTOX (Attachments: # 1 Exhibit A – |

| | | |
|---|---|---|
| | | Certified Copy BANK SHI–URKANTZU. MUURISH/MOORISH FREEHOLDER FINANCIAL SERVICES Recorded: 8/28/2014 Filed & Recorded <see www.pulaskiclerk.com real estate room 102 Instrument No. 2014049867, # 2 Exhibit B – Certified Copy Notice of Newspaper Publication for Bank Shi–Urkantzu, Muurish/Moorish Freeholder Financial Services Recorded 12/05/2014 Filed & Recorded (see www.pulaskiclerk,com, in real estate room 102 instrument No, 2014049867 & 2014071800), # 3 Exhibit C – Certified Copy Notice Concerning Fiduciary Relationship Recorded: 12/16/2014 Filed & Recorded (see www.pulaskiclerk.com, in real estate room 102 instrument No, 2014073970, # 4 Exhibit D – Affidavit of true and exact copy of the Congressional Record proceedings and debates of the 90th Congress first session Volume 113–part 12 June 12th 1967– June 20th 1967 (The 14th Amendment is Unconstitutional pages 15641–15646, # 5 Exhibit E – Affidavit of true and exact copy of the Georgia Archives University System of Georgia (14th and 15th Amendment to the Constitution Of The United States were never validly adopted pages 1–4, # 6 Notary Presentment and Certificaton of Mailing, # 7 Envelope)(ggs) (Entered: 07/19/2022) |
| 07/20/2022 | 94 | TEXT ONLY Minute Entry *(content for administrative purposes only)* for proceedings held before US DISTRICT JUDGE C ASHLEY ROYAL:SENTENCING as to MARQUET ANTWAIN BURGESS MATTOX held on 7/20/2022 for MARQUET ANTWAIN BURGESS MATTOX (1), Count(s) 1–9, 10–19, 20, 230 months as to counts one through nine, 60 months as to counts ten through nineteen to be served concurrently, 120 as to count twenty to be served concurrently, for a total term of imprisonment of 230 months. 3 years supervised release on each count to be served concurrently for a total term of supervised release of 3 years. $2000 mandatory assessment. Restitution in the amount of $3,242,388.85.. FTR Gold START and STOP Times 12:49pm to 1:48pm. AUSA: Lyndie Freeman. Defense Counsel: Pro Se. US Probation Officer: Erica Simpson. OFFENSE LEVEL: 37. CATEGORY: I. RANGE: 210 to 240. CONDITIONS: Mandatory Assessment Fee.Fine is waived. It is the Courts judgment that the defendant is unable and not likely to become able to pay all or part of a fine even with the use of a reasonable installment schedule. Therefore, the Court waives the fine as well as any alternative sanctions in this case.Financial penalties shall be paid in accordance with the Courts Standing Order 2017–02.The period of supervised release shall include the mandatory, standard, and special conditions as noted in the Presentence Report and the Courts Standing Order 2017–02. Defendant is remanded to the custody of the US Marshals Service. Court Reporter: Tammy DiRocco.Time in Court: 59 minutes. (bsl) (Entered: 07/20/2022) |
| 07/20/2022 | 95 | ***JUDGMENT*** as to MARQUET ANTWAIN BURGESS MATTOX (1), Count(s) 1–9, 10–19, 20, 230 months as to counts one through nine, 60 months as to counts ten through nineteen to be served concurrently, 120 as to count twenty to be served concurrently, for a total term of imprisonment of 230 months. 3 years supervised release on each count to be served concurrently for a total term of supervised release of 3 years. $2000 mandatory assessment. Restitution in the amount of $3,242,388.85. Ordered by US DISTRICT JUDGE C ASHLEY ROYAL on 7/20/2022. (ggs) (Entered: 07/20/2022) |
| 07/21/2022 | 97 | |

| | | | |
|---|---|---|---|
| | | | USM285 Process Receipt and Return EXECUTED for MARQUET ANTWAIN BURGESS MATTOX. (tam) (Entered: 07/21/2022) |
| 07/21/2022 | 100 | | MOTION for Appointment of Custodian by MARQUET ANTWAIN BURGESS MATTOX. (Attachments: # 1 Proposed Order Writ of Revocation of Detention Order, # 2 Proposed Order Writ Final Order, # 3 Exhibit A– Copy of Indictment, # 4 Exhibit B– Copy of Birth Certificate and Seal of the State of Georgia, # 5 Exhibit C– Copy of Indictment, # 6 Exhibit D– Letter to Defendant from Nora Paul, # 7 Exhibit E– Summons in case 3:20–cr–44, # 8 Exhibit G– Copy of Filed Presentence Investigation Report, # 9 Envelope) Motion(s) referred to CHARLES H WEIGLE.(tam) (Additional attachment(s) added on 7/21/2022: # 10 Exhibit F– Letter from the Department of the Treasury Internal Revenue Service) (tam). (Entered: 07/21/2022) |
| 07/22/2022 | 101 | | This is a text only entry; no document issued. *ORDER* denying 100 Motion as to MARQUET ANTWAIN BURGESS MATTOX (1). Having reviewed Defendant's filings, it is clear Mr. Mattox continues to raise the same frivolous arguments he has raised throughout the proceedings. The arguments are meritless or fall outside the Court's jurisdiction. The Court has repeatedly denied Defendant's nonsensical motions, and if he wishes to raise these issues again, he may do so by filing a notice of appeal to the Eleventh Circuit. The Court will no longer entertain Mr. Mattox wasting its time. Ordered by U.S. DISTRICT JUDGE C. ASHLEY ROYAL on 07/22/2022. (crm) (Entered: 07/22/2022) |
| 07/25/2022 | 102 | | NOTICE OF APPEAL – Final Judgment of Conviction by MARQUET ANTWAIN BURGESS MATTOX re 95 Judgment. (Attachments: # 1 Envelope)(ggs) (Entered: 07/25/2022) |

AO 245B    Judgment in a Criminal Case
(Rev. 12/19)   Sheet 1

# UNITED STATES DISTRICT COURT
## Middle District of Georgia

UNITED STATES OF AMERICA
### V.
MARQUET ANTWAIN BURGESS MATTOX

## JUDGMENT IN A CRIMINAL CASE

Case Number:          3:20-CR-00044-CAR-CHW(1)
USM Number:          11907-509

*Pro se*
───────────────────────────────
Defendant's Attorney

## THE DEFENDANT:

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
   which was accepted by the court.

☒ was found guilty on count(s)   1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19 and 20
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section / Nature of Offense | Offense Ended | Count |
|---|---|---|
| 18:1343 Wire Fraud | 08/10/2018 | 1-9 |
| 18:287 False Claims Against United States Government | 08/10/2018 | 10-19 |
| 18:641 Theft of Government Funds | 08/10/2018 | 20 |

     The defendant is sentenced as provided in pages 2 through ____7____ of this judgment.  The sentence is imposed pursuant to
the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

     It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name,
residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to
pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

July 14, 2022
───────────────────────────────
Date of Imposition of Judgment

s/ C. Ashley Royal
───────────────────────────────
Signature of Judge

C. ASHLEY ROYAL
SENIOR UNITED STATES DISTRICT JUDGE
───────────────────────────────
Name and Title of Judge

07/20/2022
───────────────────────────────
Date

GAMD 20

AO 245B    Judgment in Criminal Case
(Rev. 12/19)   Sheet 2 — Imprisonment

Judgment — Page    2    of    7

DEFENDANT:        MARQUET ANTWAIN BURGESS MATTOX
CASE NUMBER:      3:20-CR-00044-CAR-CHW(1)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a period of two hundred thirty (230) months as to counts one through nine (1-9), sixty (60) months as to counts ten through nineteen (10-19) to be served concurrently, and one hundred twenty (120) months as to count twenty to be served concurrently for a total term of imprisonment of two hundred thirty (230) months.

☐    The court makes the following recommendations to the Bureau of Prisons:

☒    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

    ☐    at _____    ☐ a.m.    ☐ p.m.    on _____ .

    ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐    before 2 p.m. on _____ .

    ☐    as notified by the United States Marshal.

    ☐    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B    Judgment in a Criminal Case
(Rev. 12/19)   Sheet 3 — Supervised Release

---

|  | Judgment—Page | 3 | of | 7 |

DEFENDANT:        MARQUET ANTWAIN BURGESS MATTOX
CASE NUMBER:      3:20-CR-00044-CAR-CHW(1)

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:  three (3) years on each count to run concurrent for a total term of three (3) years

# MANDATORY CONDITIONS

1.   You must not commit another federal, state or local crime.

2.   You must not unlawfully possess a controlled substance.

3.   You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐     The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. (*check if applicable*)

4.   ☒   You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution.  (*check if applicable*)

5.   ☒   You must cooperate in the collection of DNA as directed by the probation officer. (*check if applicable*)

6.   ☐   You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. (*check if applicable*)

7.   ☐   You must participate in an approved program for domestic violence. (*check if applicable*)

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B    Judgment in a Criminal Case
(Rev. 12/19)   Sheet 3A — Supervised Release

| | | Judgment—Page | 4 | of | 7 |
|---|---|---|---|---|---|

DEFENDANT:        MARQUET ANTWAIN BURGESS MATTOX
CASE NUMBER:      3:20-CR-00044-CAR-CHW(1)

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature     _____   Date  _____
USPO Officer's Signature  _____   Date  _____

AO 245B    Judgment in a Criminal Case
Rev. 12/19)   Sheet 3D — Supervised Release

Judgment—Page    5    of    7

DEFENDANT:         MARQUET ANTWAIN BURGESS MATTOX
CASE NUMBER:       3:20-CR-00044-CAR-CHW(1)

## SPECIAL CONDITIONS OF SUPERVISION

You shall provide financial information to the Probation Officer upon request.

You are prohibited from incurring new credit charges or opening additional lines of credit without approval of the Probation Office.

You are to fully comply with the Internal Revenue Service officials in regard to any past taxes and/or penalties owed.

You shall submit your person, property, house, residence, vehicle, papers, computers (as defined by 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States Probation Officer.  Failure to submit to a search may be grounds for revocation of release.  The Defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition.

AO 245B    Judgment in a Criminal Case
(Rev. 12/19)  Sheet 5 — Criminal Monetary Penalties

Judgment — Page ___6___ of ___7___

DEFENDANT:        MARQUET ANTWAIN BURGESS MATTOX
CASE NUMBER:      3:20-CR-00044-CAR-CHW(1)

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $2,000.00 | $3,242,388.85 | $.00 | $.00 | $.00 |

☐ The determination of restitution is deferred until _____ An *Amended Judgment in a Criminal Case (AO245C)* will be entered after such determination.

☒ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

IRS-RACS
Attn: Mail Stop 6261 Restitution
333 W. Pershing Avenue
Kansas City, MO 64108

☐ Restitution amount ordered pursuant to plea agreement $

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☒ the interest requirement is waived for the  ☐ fine  ☒ restitution

    ☐ the interest requirement for the  ☐ fine  ☐ restitution is modified as follows:

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub.L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B    Judgment in a Criminal Case
(Rev. 12/19)  Sheet 6 — Schedule of Payments

Judgment — Page ___7___ of ___7___

DEFENDANT:       MARQUET ANTWAIN BURGESS MATTOX
CASE NUMBER:     3:20-CR-00044-CAR-CHW(1)

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☐  Lump sum payment of $ _____ due immediately, balance due

       ☐  not later than _____ , or
       ☐  in accordance with  ☐  C,  ☐  D  ☐  E, or  ☐  F below; or

**B** ☒  Payment to begin immediately (may be combined with  ☐  C,  ☐  D, or  ☒  F below); or

**C** ☐  Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of
       _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

**D** ☐  Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of
       _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a
       term of supervision; or

**E** ☐  Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from
       imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☒  Special instructions regarding the payment of criminal monetary penalties:

Any criminal monetary penalty ordered by the court shall be due and payable in full immediately. Present and future Assets are subject to enforcement and may be included in the treasury offset program allowing qualified federal benefits to be applied to the balance of criminal monetary penalties.

Payment during the term of supervised release will commence within 60 days after release from imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time.  (fine/restitution) payment shall be due during the period of imprisonment at the rate of not less than $25 per quarter and pursuant to the bureau of prisons' financial responsibility program.  The value of any future assets may be applied to offset the balance of criminal monetary penalties.  The defendant may be included in the treasury offset program, allowing qualified benefits to be applied to offset the balance of any criminal monetary penalties.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

       Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount,
       and corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

GAMD 27

FILED '22 JUL 25 AM09:39 MDGA-MAC

Private   Priority   Exclusive   Urgent   Proprietary Matter

Not for public Consumption and demand to seal due to private Conflict laws

### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF GEORGIA
### ATHENS DIVISION

UNITED STATES OF AMERICA                    Case no. 3:20-CR-44 (CAR)

      v

MARQUET ANTWAIN BURGESS
     MATTOX,
aka MARQUET ANTWAEN
     BURGESS MATTOX EL,
aka MARQUET BURGESS
     MATTOX,
aka ASIM ASHUNTA EL
aka ASIM EL BEY,
     personne physique.

Page 1 of 2

FILED '22 07 25 AM09:39 HDGA-MAC

*Notice of Appeal /*
*Request for Transcripts for appeal*

in good faith, honorable intent, clean hands, and by rights of
redemption in Subrogation and equity, on this day, July 20, 2022,
I Burgess Mattox El, Marquez Andujar personne physique', a civilian
private person/natural person, a flesh and blood living man in full life
hereby file this notice of appeal; and Simultaneously request,
due to me being forced into an indigent Statues by Custodians,
request the court to provide me with transcripts for "all" hearings to the
matter needed as evidence for the appeal; hearing dates are identified
as follows)

    October 7, 2020
    October 9, 2020
    October 23, 2020
    May 5, 2021
    June 3, 2021
    July 14, 2021
    August 16, 2021
    August 17, 2021
    August 18, 2021
    July 14, 2022

Date: July 20, 2022      print: Burgess Mattox El, Marquez Andujar

                    by: no rights waived
                       personne physique, a Civilian,
                       private person/natural person,
                       Principal, grantor, Settlor, trustor,
                       minority
                       all God given rights reserved
                       and not waived

FILED '22 07 25 AM09:33 MDGA-MAC

Sugess Mattox FJ Marques Anderson
C/O 835 Ernest Biles Drive
Jackson Georgia 30233

Private

David W. Bunt
CLERIC OF COURT
United States District Court
For the Middle District of Georgia
Macon Division
475 Mulberg Street
Macon Georgia 31201

