FILED '22 07 28 AM 09:35 MDGA-MAC

Private   Priority   Exclusive   Urgent   Proprietary matter

Not for public consumption and demand to seal due to private conflict laws

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

UNITED STATES OF AMERICA                Case no. 3:20-CR-44 (CAR)

v.

MARQUET ANTWAIN BURGESS
    MATTOX
aka MARQUET ANTWAIN
    BURGESS MATTOX EL,
aka MARQUET BURGESS
    MATTOX,
aka ASIM ASHUNTA EL
aka ASIM EL BEY,
    personae physique

Amended Notice of Appeal /
Request for Transcripts for appeal

In good faith, honorable intent, clean hands, and by rights of redemption in subrogation and equity, on this day, July 21, 2022, I Burgess Mattox El, Marquis Antwan, persona physique, a civilian, private person / natural person, a flesh and blood living man in full life, hereby file this amended notice of appeal; and simultaneously respectfully request due to me being forced into an indigent status by custodians, request the court to provide me with transcripts for "all" hearings to the matter needed as evidence for the appeal, hearing dates are identified as follows:

October 7, 2020
October 9, 2020
October 23, 2020
May 5, 2021
June 3, 2021
July 14, 2021
August 16, 2021
August 17, 2021
August 18, 2021
July 14, 2022

Date: July 21, 2022         Print: Burgess Mattox El, Marquis Antwan

by: /s/ Rights well
persona physique, a civilian,
private person / natural person
principal, grantor, settler, trustee,
in capacity
all rights given, rights reserved
and not waived