Burgess Mallox Et, Mary [illegible]
C/O 835 Ernest Biles Drive
Jackson Georgia 30233

FILED '22 07 28 AM 09:34 MDGA-MAC

Private

David W. Bunt
CLERK of COURT
United States District Court
for the middle District of Georgia

475 mulberry Street
macon Georgia 31601