Private Priority   Exclusive   Urgent   Proprietary matter

Not for public consumption and demand to seal due to private conflict laws

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
ATLANTA GEORGIA

Case no.

## Eleventh Circuit transcript order

In good faith, honorable intent, clean hands, and by rights of redemption in subrogation and equity, on this day, August 1, 2022, i Burgess Mattox El, Marquet Antwain personne physique, a civilian, private person/natural person, flesh and blood living man in full life, majority, hereby file this transcript order / transcript information Part 1.

Part 1                     Transcript information

Case information:                       case no. 3:20-CR-44 (CAR)

UNITED STATES OF AMERICA
 v
MARQUET ANTWAIN BURGESS
    MATTOX,
aka MARQUET ANTWAIN
    BURGESS MATTOX EL,
aka MARQUET BURGESS
    MATTOX,
aka ASIM ASHUNA EL,
aka ASIM EL BEY,
    personne physique.

District court no: 3:20-cr-44

Date notice of appeal filed: July 25, 2022

Transcript order information
 ✓ i am ordering all necessary transcripts already on file

Hearing dates:    ✓ Pre-trail proceeding
- October 7, 2020
  magistrate    custodian Charles H. Weigle DBA CHARLES H. WEIGLE MAGISTRATE
  court reporter    custodian Tammy DiRocco DBA TAMMY DIROCCO COURT REPORTER

- October 9, 2020    ✓ Pre-trail proceeding
  magistrate    custodian Charles H. Weigle DBA CHARLES H. WEIGLE MAGISTRATE
  court reporter    custodian Tammy DiRocco DBA TAMMY DIROCCO COURT REPORTER

- October 23, 2020    ✓ Pre-trail proceeding
  magistrate    custodian Charles H. Weigle DBA CHARLES H. WEIGLE MAGISTRATE
  court reporter    unknown / unidentified

- May 5, 2021    ✓ Pre-trail proceeding
  judge    custodian C Ashley Royal DBA C ASHLEY ROYAL DISTRICT JUDGE
  court reporter    custodian Tammy DiRocco DBA TAMMY DIROCCO COURT REPORTER

- June 3, 2021    ✓ Pre-trail proceeding
  judge    custodian C Ashley Royal DBA C ASHLEY ROYAL DISTRICT JUDGE
  court reporter    custodian Tammy DiRocco DBA TAMMY DIROCCO COURT REPORTER

- July 14, 2021    ✓ Pre-trail proceeding
  judge    custodian C Ashley Royal DBA C ASHLEY ROYAL DISTRICT JUDGE
  court reporter    custodian Tammy DiRocco DBA TAMMY DIROCCO COURT REPORTER

Hearing dates    ✓ trail
- August 16, 2021
  judge    custodian C Ashley Royal DBA C ASHLEY ROYAL DISTRICT JUDGE
  court reporter    custodian Tammy DiRocco DBA TAMMY DIROCCO COURT REPORTER

- August 17, 2021    ✓ trail
  judge    custodian C Ashley Royal DBA C ASHLEY ROYAL DISTRICT JUDGE
  court reporter    custodian Tammy DiRocco DBA TAMMY DIROCCO COURT REPORTER

- August 18, 2021    ✓ trail
  judge    custodian C Ashley Royal DBA C ASHLEY ROYAL DISTRICT JUDGE
  court reporter    custodian Tammy DiRocco DBA TAMMY DIROCCO COURT REPORTER

| | | | |
|---|---|---|---|
| | Hearing date | | ✓ Sentence |
| • | July 20, 2022 | | |
| | Judge | custodian C Ashley Royal DBA C ASHLEY ROYAL SENIOR DISTRICT JUDGE |
| | Court reporter | custodian Tammy DiRocco DBA TAMMY DIROCCO COURT REPORTER |

| | | |
|---|---|---|
| | Dates | ✓ Other |
| • | May 9, 2022 | document 72 and all attachments |
| | Notice of surety termination from bond liability | |
| • | June 14, 2022 | ✓ Other |
| | Affidavit of facts | document 81 and all attachments |
| • | June 21, 2022 | ✓ Other |
| | Affidavit of facts | document 82 and all attachments |
| • | July 11, 2022 | ✓ Other |
| | Affidavit of facts | document 87 and all attachments |
| • | July 14, 2022 | ✓ Other |
| | Exhibit | document 98 and all attachments |
| • | July 19, 2022 | ✓ Other |
| | Affidavit of title and beneficial ownership | document 93 and all attachments |
| • | July 21, 2022 | ✓ Other |
| | Appointment of custodians | document 102 and all attachments |
| | custodian duties | |
| | Special deposit | |
| | affidavit of ownership | |
| | challenge of jurisdiction | |
| | Writ moving the court | |
| | Writ Revocation of detention order / Release order | |
| | Private property private estate / private trust / private deed    certificate number 32065764 | |
| | Writ final order | |

Transcript of sentencing hearing
✓ a transcript of the sentencing hearing is already on file


Financial arrangements
   see affidavit attached


Date: August 1, 2022          Print: Burgess Mattox El, Marquice Antwain

                              by: All rights vested
                                  personne physique, a civilian,
                                  private person/ natural person,
                                  principal, grantor, settlor, trustor,
                                  all God given rights reserved
                                  and non waived


i affirm part 1 is complete supra on pages **2-5** and i affirm the
aforementioned and attachments / affidavit of facts, etc., are mailed to the following:

to:   Custodian David Smith DBA DAVID SMITH CLERK OF COURT
      United States Court of Appeals for the Eleventh Circuit
      56 Forsyth Street
      Atlanta, Georgia "nation state"

to:   Custodian David W. Bunt DBA DAVID W. BUNT CLERK OF COURT
      United States District Court Middle District of Georgia, Macon Division
      475 Mulberry Street
      Macon, Georgia "nation state"

to.   Custodian Tammy DiRocco DBA TAMMY DIROCCO COURT REPORTER
      United States District Court Middle District of Georgia, Macon Division
      475 Mulberry Street
      Macon, Georgia "nation state"

cc: Custodian Hilda Garcia DBA HILDA GARCIA SUPERVISOR
Departmento De Hacienda
10 Covadonga
San Juan, Puerto Rico "nation state"

cc: Custodian Lyndie M Freeman DBA LYNDIE M FREEMAN ASSISTANT
UNITED STATES ATTORNEY
United States Department of Justice
300 Mulberry Street
Macon, Georgia "nation state"

## Affidavit of facts

in good faith, honorable intent, clean hands, and by rights of redemption, in subrogation and equity, on this day, August 1, 2022, i, Burgess Mattox El, marquet Antwain "personne physique, a civilian, private person/natural person, flesh and blood living man in full life, majority, hereby file this Affidavit of facts.

i affirm i am a flesh and blood living man in full life created from my mother's womb on the 19 day of March 1972, a living man of God's creation born on the land in Athens, Clarke County, Georgia "nation state" as per Genesis 1:26-31.

i am an American national / a private person within the fifty United States of America.

i am not a domestic corporation nor domestic partnership nor domestic resident nor domestic trust nor domestic estate. i am not lost at sea nor lost beyond the sea; i am not dead nor deceased nor a decedent nor civiliter mortuus nor an ens legis nor one and the same as the ens legis.

as per Exodus 20:12 "honor thy father and thy mother, that thy days may be long upon the land the Lord thy God giveth thee." i chose to honor my father and my mother.

and as per Matthew 20:16 "so the last shall be first and the first last for many are called, but few chosen."

my full legal proper name "Last/First" Burgess Mattox El, marquet not "misnomer" MARQUET ANTWAIN BURGESS MATTOX EL nor First: MARQUET   Middle: ANTWAIN   Last: BURGESS MATTOX EL

"NO BODY" name is in all capital letters.

El is my title of nobility, to be acknowledged in my proper status. my estate mailing, private mailbox 507  2625 Piedmont road. number 56. Atlanta, Georgia "nation state".  my consumer abode is temporary on the land of Lilburn, Gwinnett County, Georgia "nation state".

my name has been on the "Do Not Stop Do Not Detain" list with the Governor and Attorney General for Georgia "nation State" since 2015/2016; verifiable with the Governor and Attorney General.

in which custodians to the matter have clearly overthrown since October 7, 2020, via kidnapping, false imprisonment, etc., against me a flesh and blood living man in full life, personic physique, a civilian, private person/ natural person.

thus waging war against Georgia "nation State" on American soil; thus acts of treason.

i affirm i have never given consent orally or written for any custodian nor anyone else to ever effect or abrogate my private rights.

i affirm in good faith, honorable intent, and clean hands, on August 25, 2015, via "special deposit" for my benefit i delivered certified copies of my authenticated private property/ private estate/ private trust/ private deed identified as: Margaret Antwain Burgess Mattox "estate" Georgia "nation State" certificate of live birth, file number 1972GA000018665, certificate number 758022 authenticated June 30, 2015, by Georgia "nation State" via great seal signed by former custodian Nathan Deal DBA NATHAN DEAL GOVERNOR and signed by custodian Brian P. Kemp DBA BRIAN P. KEMP SECRETARY OF STATE;

authenticated July 13, 2015, by United States of America Department of State, signed by former custodian John F. Kerry DBA JOHN F. KERRY SECRETARY OF STATE;

and accompanied by affidavit of ownership, etc., delivered the aforemention to former custodian Juan Zaragoza DBA JUAN ZARAGOZA SECRETARIO Departmento De Hacienda De Puerto Rico;

was confirmed received by custodian Ivan Corrabella Ortiz, October 2015; and confirmed processed and approved January 2016, by custodian Ivan Corrabella Ortiz via custodian Hilda Garcia DBA HILDA GARCIA SUPERVISOR inheritance department Departmento De Hacienda; and verifiable via custodian Hilda Garcia.

a copy of my authenticated private property/ private estate/ private trust/ private deed is enclosed via attachment a

i affirm my private property private estate / private trust identified supra remains on deposit in Departmento De Hacienda via "special deposit" for my benefit; estate is not abandoned; my private property private estate is also evidenced via recording August 25, 2015 via Clerk of Court, Oconee County, Georgia "nation state" via book: 1298 pages: 1-98.

in good faith, honorable intent, clean hands, and by rights of redemption in subrogation and equity, on October 23, 2020, for my benefit and to settle, discharge and close any/all debt to the matter, etc., i delivered my "original" authenticated private property private estate / private trust / private deed identified supra on page 8, etc., to custodian Charles H. Weigle DBA CHARLES H. WEIGLE MAGISTRATE United States District Court for the Middle District of Georgia Macon Division; takes without just compensation and held by resultant custodian.

on May 25, 2022, i made an additional special deposit to the court of my private property private estate / private trust / private deed identified as Marques Antwan Burgess Mattox "estate" Georgia "nation State" "original" certificate of live birth, file number 1972GA00000180065 certificate number S2065764, to settle, discharge, and close "all" debt, liabilities, etc., to the matter; delivered to custodian David W. Bunt DBA DAVID W. BUNT CLERK OF COURT United States District Court for the Middle District of Georgia Macon Division no later than June 10, 2022, but it appears custodian withheld for nearly forty days before filing into the record on July 21, 2022.

a copy of my additional private property private estate / private trust / private deed aforemention is enclosed via attachment b

i affirm, on May 25, 2022, i also granted custodians limited discretionary authority to utilize the special deposit of my private property on deposit with the court identified supra to immediately and permanently settle, discharge, and close "all" debt, etc., to the matter, etc., and i also provided an affidavit of ownership affirming i am familiar with the facts stated within the private estate / private trust / private deed; i am the principal; beneficiary; the aforemention is my private property.

i affirm a "bond" and or "equivalent" identified as my private property/ private estate/ private trust/ private deed has been on deposit with the Court for my benefit for this entire matter since October 23, 2020, to settle, discharge, and close any/ all debt, etc., to the matter, including, but not limited to transcript fees, etc.; and has been on deposit for my benefit with Departmento de Hacienda since August 2015, to settle, discharge, and close any/ all debt, etc.

i now document into record Burgess-Mattox El, Marquies Antwain, personne physique, a civilian, private person/ natural person, flesh and blood living man in full life operation with clean hands as of this day. i further affirm that the aforementioned facts herein are true, correct, and complete to the best of my knowledge and belief and affirmed as the truth.

Date: August 1, 2022            Print: Burgess-Mattox El, Marquies Antwain

                               by: /s/ Right_usald
                               personne physique, a civilian,
                               private person/ natural person,
                               principal, grantor, settlor, trustor,
                               majority
                               all God given rights reserved
                               and non waived