Burgess Mattix El Marquett Ardean
C/o 835 Ernest Biles Drive
Jackson Georgia 30233

PGNate

Tommy DiRocco
Court Reporter
United States District Court
For the Middle District of Georgia
Macro Division
475 Mulberry Street
Macon Georgia 31601

