Burgess mattox El, Marquet Jordan
C/o BOS Ernest B. Lee Pvil
Jackson Georgia 30233

Private

David W. Bust
Clerk of Court
United States District Court
for the middle District of Georgia
macon Division
475 Mulberry Street
Macon Georgia 31601

