**UNITED STATES DISTRICT COURT**

OFFICE OF THE CLERK

MIDDLE DISTRICT OF GEORGIA

475 MULBERRY STREET
P.O. BOX 128
MACON, GEORGIA 31202-0128

**DAVID W. BUNT**
CLERK
PHONE: 478-752-3497
FAX: 478-752-3450
david_bunt@gamd.uscourts.gov

OFFICES

| | |
|---|---|
| ALBANY | (229) 430-8432 |
| ATHENS | (706) 227-1094 |
| COLUMBUS | (706) 649-7816 |
| MACON | (478) 752-3497 |
| VALDOSTA | (229) 242-3616 |

August 12, 2022

Marquet Mattox
Butts County Detention Center
835 Ernest Biles Drive
Jackson, GA  30233

RE:   Transcript Information Form
      3:20-cr-44

Dear Mr. Mattox:

    I am in receipt of a Transcript Information Form and other requests for documents for purposes of the appeal of the above referenced case.   It is not clear what you are requesting.

    All hearings in this case have been previously transcribed, and copies of the transcripts have been previously provided to you, with the exception of the trial transcript and the sentencing hearing transcript.   You were also eligible for representation under the Criminal Justice Act. Accordingly, a court reporter will prepare the transcripts of your jury trial and sentencing hearing, and financial arrangements will be made on your behalf for payment of those transcripts.   A copy will be provided to you, and a copy will also be docketed in this case.

    All other documents filed in this case are on the docket and available to the Court of Appeals as part of the record of this case.   Additional copies of these documents, and additional copies of the transcripts previously provided to you will not be provided again, unless you would like to pay for them pursuant to the fee schedule established by the Judicial Conference at the established rate of $0.50 per page.

Sincerely,

DAVID W. BUNT
CLERK