UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
P.O. BOX 1106
ATHENS, GEORGIA 30603-1106

OFFICIAL BUSINESS

REDMC*220816AM1018MDG7-ATH     ATLANTA METRO 301     05 AUG 2022 PM 9 L



Return to Sender
☒ Released from custody.
☐ Items unacceptable.
Officer: _____

MARQUET ANTWAIN BURGESS MATTOX
BUTTS COUNTY DETENTION CENTER
835 ERNEST BILES DRIVE
JACKSON, GA 30233

NIXIE         300  FE  1        0000/14/22
              RETURN TO SENDER
          NOT DELIVERABLE AS ADDRESSED
               UNABLE TO FORWARD
BC: 30603110606         *3124-03953-05-42