# ELEVENTH CIRCUIT TRANSCRIPT ORDER FORM
*Provide all required information and check the appropriate box(es)*

### PART I.                               Transcript Information

*Within 14 days of the filing of the notice of appeal, the appellant must complete Part I and file this form with the District Court Clerk and the Court of Appeals Clerk for all cases. 11th Cir. R. 10-1.*

### Case Information:

Short Case Style: USA _____ vs MATTOX _____

District Court No.: 3:20-cr-44 _____ Date Notice of Appeal Filed: 7/25/2022

Court of Appeals No. (if available): _____

### Transcript Order Information:

[ ] No hearing   [ ] No transcript is required for appeal purposes   [ ] All necessary transcript(s) already on file
[ ] I am ordering a transcript of the following proceedings:

HEARING DATE(S)  /  JUDGE/MAGISTRATE  /  COURT REPORTER NAME(S)

[x] Pre-Trial Proceedings *See attached and affidavit of facts*

[x] Trial *See attached and affidavit of facts*

[x] Sentence *See attached and affidavit of facts*

[ ] Plea

[x] Other *See attached and affidavit of facts*

### Criminal Appeals:

In a criminal appeal, if the appellant pleaded guilty and intends to raise an issue regarding the guilty plea, the record must include a transcript of the guilty plea colloquy, and if the appellant intends to raise an issue regarding the sentence, the record must include a transcript of the sentencing hearing. *If such transcripts are not ordered, you must check the appropriate box(es) below:*

#### Transcript of Guilty Plea Colloquy

[ ] A transcript of the guilty plea colloquy is already on file.

[ ] A transcript of a guilty plea colloquy is not being ordered and is not already on file, and I certify that no issue regarding a guilty plea will be raised in a merits brief in this appeal.

#### Transcript of Sentencing Hearing

[ ] A transcript of the sentencing hearing is already on file.

[ ] A transcript of the sentencing hearing is not being ordered and is not already on file, and I certify that no issue regarding sentencing will be raised in a merits brief in this appeal.

Note: Counsel who seek leave to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), must ensure the record contains transcripts of all relevant proceedings. *See* 11th Cir. R. 27-1(a)(8).

by rights of redemption in subrogation and equity, i convey, transfer, and assign this entire debt, matter, instrument, obligation, etc., on the adverse side, etc., pages 1-2, etc., to and for the account of the United States for a full acquittance and discharge for all purposes of the debt, matter, obligation, etc.

Date: August 1, 2022

print: Burgess Mattox El, Marquest Antwain
by: ~~no rights waive~~
personne physique, a civilian,
private person / natural person,
principal, grantor, settlor, trustor,
all God given rights reserved
and non waived



Financial Arrangements:

☐ I certify that I have made satisfactory arrangements with the Court Reporter(s) for paying the cost of the transcript(s).

☐ Criminal Justice Act: My completed AUTH-24 for government payment of transcripts has been uploaded in eVoucher and is ready for submission to the magistrate judge or district judge [if appointed by the district court] or to the circuit judge [if ordered by or appointed by the circuit court]. [A transcript of the following proceedings will be provided *only if specifically authorized* in Item 13 on the AUTH-24: Voir Dire; Opening and Closing Statements of Prosecution and Defense; Prosecution Rebuttal; Jury Instructions.]

Ordering Counsel/Party: _See attached and affidavit of facts_

Address: _____

E-mail: _____ Phone No.: _____

I certify that I have completed and filed Part I with the District Court Clerk and the Court of Appeals Clerk, served all parties, AND sent a copy to the appropriate Court Reporter(s) if ordering a transcript. 11th Cir. R. 10-1.

Date: _____ Signature: _____ Attorney for: _____

PART II.                    Court Reporter Acknowledgment

*Within 14 days of receipt, the Court Reporter must complete this section, file this form with the District Court Clerk, and send a copy to the Court of Appeals Clerk and all parties. The transcript must be filed within 30 days of the date satisfactory arrangements for paying the cost of the transcript were made unless the Court Reporter obtains an extension of time to file the transcript.*

Date Transcript Order received: __8-15-22__

[X] Satisfactory arrangements for paying the cost of the transcript were made on: __8-18-22__

[ ] Satisfactory arrangements for paying the cost of the transcript have not been made.

No. of hearing days: __4__

Estimated no. of transcript pages: __700__

Estimated filing date: __9-18-22__

Date: __8-19-22__   Signature: _Tammy W. DiRocco_   Phone No.: __478-752-2607__

PART III.           Notification That Transcript Has Been Filed In District Court

*On the date the transcript is filed in the district court, the Court Reporter must complete this section, file this form with the District Court Clerk, and send a copy to the Court of Appeals Clerk.*

I certify that the transcript has been completed and filed with the district court on (date): _____

Date: _____ Signature: _____

Rev. 1c

by rights of redemption in Subrogation and equity, i convey, transfer, and assign this entire debt, matter, instrument, obligation, etc., on the obverse side, etc., pages 1-2, etc., to and for the account of the United States for a full acquittance and discharge for all purposes of the debt, matter, obligation, etc.

Date: August 1, 2022

print: Burgess mattox El, marquet Anawan
by: All rights avail
personne physique, a civilian,
private person/ natural person,
principal, grantor, settlor, trustee,
all God given rights reserved
and non waived

