IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 22-12497-A

_____

UNITED STATES OF AMERICA,

                                                                  Plaintiff - Appellee,

versus

MARQUET ANTWAIN BURGESS MATTOX,
a.k.a. Marquet Antwain Burgess Mattox EL,
a.k.a. Marquet Burgess Mattox,
a.k.a. Asim Ashunta EL,
a.k.a. Asim EL Bey,

                                                                   Defendant - Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

ORDER: Pursuant to the 11th Cir. R. 42-1(b), this appeal is DISMISSED for want of prosecution because the appellant Marquet Antwain Burgess Mattox failed to comply with the rules on Certificates of Interested Persons and Corporate Disclosure Statements and make satisfactory financial arrangements for the transcript(s). See 11th Cir. Rules 26.1-1 through 26.1-4.

Effective September 28, 2022.

                                           DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

                                                                              FOR THE COURT - BY DIRECTION